# EXHIBIT 1

US007099273B2

## (12) United States Patent
### Ha et al.

(10) **Patent No.:      US 7,099,273 B2**
(45) **Date of Patent:      Aug. 29, 2006**

(54) **DATA TRANSPORT ACCELERATION AND MANAGEMENT WITHIN A NETWORK COMMUNICATION SYSTEM**

(75) Inventors: **Sungwon Ha**, San Jose, CA (US); **Sung-wook Han**, San Jose, CA (US); **Tae-eun Kim**, Sunnyvale, CA (US); **Vaduvur Bharghavan**, San Jose, CA (US); **Upamanyu Madhow**, Santa Barbara, CA (US); **Kannan Ramchandran**, Berkeley, CA (US)

(73) Assignee: **Bytemobile, Inc.**, Mountain View, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 1021 days.

(21) Appl. No.: **10/061,574**

(22) Filed: **Jan. 29, 2002**

(65) **Prior Publication Data**

US 2002/0150048 A1      Oct. 17, 2002

**Related U.S. Application Data**

(60) Provisional application No. 60/309,212, filed on Jul. 31, 2001, provisional application No. 60/283,542, filed on Apr. 12, 2001.

(51) **Int. Cl.**
*H04J 1/16*          (2006.01)
*H04J 3/14*          (2006.01)

(52) **U.S. Cl.** ...................... **370/229**; 370/235; 370/236

(58) **Field of Classification Search** ................ 370/229, 370/230, 230.1, 231, 232, 235, 235.1, 236, 370/252; 709/235
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

6,038,216 A      3/2000  Packer ........................ 370/231

(Continued)

FOREIGN PATENT DOCUMENTS

EP          0 415 843 A2      3/1991

(Continued)

OTHER PUBLICATIONS

M. Allman, "TCP Congestion Control", IETF FRC, Online! Apr. 1999 XP 002210779, pp. 1-12.

(Continued)

*Primary Examiner*—Ajit Patel
(74) *Attorney, Agent, or Firm*—Wilson Sonsini Goodrich & Rosati

(57)          **ABSTRACT**

Improved data transport and management within a network communication system may be achieved by utilizing a transmit timer incorporated within the sender device and exploiting host-level statistics for a plurality of connections between a sender and receiver. The period of the transmit timer may be periodically adjusted based on a ratio of the smoothed round-trip time and the smoothed congestion window, thereby reducing or eliminating bursty data transmission commonly associated with conventional TCP architectures. For applications having a plurality of connections between a sender and a receiver that share a common channel, such as web applications, the congestion window and smoothed round trip time estimates for all active connections may be used to initialize new connections and allocate bandwidth among existing connections. This aspect of the present invention may reduce the destructive interference that may occur as different connections compete with one another to maximize the bandwidth of each connection without regard to other connections serving the same application. Error recovery may also be improved by incorporating a short timer and a long timer that are configured to reduce the size of the congestion window and the corresponding transmission rate in response to a second packet loss with a predefined time period in order to increase resilience to random packet loss.

**15 Claims, 14 Drawing Sheets**



## US 7,099,273 B2

Page 2

### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 6,076,114 A | | 6/2000 | Wesley | 709/235 |
| 6,105,064 A | | 8/2000 | Davis et al. | 709/224 |
| 2001/0032269 A1* | 10/2001 | Wilson | 709/235 |
| 2002/0071388 A1* | 6/2002 | Bergsson et al. | 370/230 |
| 2002/0085587 A1* | 7/2002 | Mascolo | 370/477 |
| 2002/0154602 A1* | 10/2002 | Garcia-Luna-Aceves et al. | 370/230 |
| 2006/0050638 A1* | 3/2006 | Meyer et al. | 370/231 |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | WO 97/35410 | 9/1997 |
| WO | WO 00/04665 | 1/2000 |
| WO | WO 00/51296 | 8/2000 |

### OTHER PUBLICATIONS

Andras Veres, "The Chaotic Nature of TCP Congestion Control", Proceedings IEEE Infocom 2000, vol. 3 of 3, conf. 19, XP-001044268, pp. 1715-1723.

W. Richard Stevens, "TCP Time Out and Retransmission", TCP/IP Illustrated, vol. 1, The Protocols, 2000, Computing Series XP002223116, pp. 297-337.

Upkar Varshney, "Selective Slow Start: A Simple Algorithm For Improving TCP Performance in Wireless ATM Environment," IEEE, Nov. 1997, vol. 1, XP-000799722, pp. 465-469.

J. Touch, "TCP Control Block Interpendence," Apr. 1997, IETF XP-002223117, pp. 1-11.

Robert Morris, "TCP Behavior With Many Flows," IEEE Conference on Network Protocols, Oct. 1997, XP-002223115, pp. 205-211.

Hari Balakrishnan, "TCP Behavior of a Busy Internet Server: Analysis and Improvements," InFocom 1998, pp. 252-262.

Shih-Chiang Tsao, "Pre-Order Deficit Round Robin: a new scheduling algorithm for packet-switched networks," Computer Networks, vol. 35, No. 2-3, Feb. 2001, pp. 287-305.

Prashant Pradhan, "Aggregate TCP Congestion Control Using Multiple Network Probing," IEEE, 2000, pp. 30-37.

* cited by examiner



FIG. 1



FIG. 2



FIG. 3

Case 1:24-cv-01336-MN    Document 33-1    Filed 04/29/26    Page 7 of 602 PageID #: 2003



FIG. 4



FIG. 5



FIG. 6A



FIG. 6B

Case 1:24-cv-01336-MN    Document 33-1    Filed 04/29/26    Page 11 of 602 PageID #: 2007



FIG. 6C



FIG. 7

U.S. Patent          Aug. 29, 2006          Sheet 10 of 14          US 7,099,273 B2



FIG. 8A



FIG. 8B



FIG. 8C



FIG. 9



FIG. 10

US 7,099,273 B2

# DATA TRANSPORT ACCELERATION AND MANAGEMENT WITHIN A NETWORK COMMUNICATION SYSTEM

## REFERENCE TO RELATED APPLICATIONS

The present application claims priority from U.S. provisional application Nos. 60/309,212 and 60/283,542 filed Jul. 31, 2001 and Apr. 12, 2001, respectively. U.S. provisional application Nos. 60/309,212 212 and 60/283,542 are hereby incorporated herein by reference in their entirety.

## BACKGROUND

1. Field of Invention

The present invention generally relates to data communication protocols, and more particularly, to systems and methods for data transport acceleration and management within a network communication system.

2. Description of Related Art

Transport Control Protocol (TCP) has become a common end-to-end data transport protocol used in modern data communication networks. Communication networks employing a TCP architecture offer significant advantages in terms of connectivity by enabling applications and users deployed on different physical networks to communicate with one another using a common communications protocol. The recent increase in the number and diversity of applications, users and networking environments utilizing TCP architectures, however, has exposed many of the limitations associated with a single, ubiquitous design. Because these architectures were primarily intended to provide reliable, sequenced transmission of non-real-time data streams over relatively high bandwidth wireline channels, these TCP architectures tend to exhibit sub-optimal performance when employed in applications or networking environments having different or incompatible characteristics.

Many of the problems associated with conventional TCP architectures stem from the flow control, congestion control and error recovery mechanisms used to control transmission of data over a communication network. Typical TCP flow control mechanisms, for example, utilize an acknowledgement-based approach to control the number and timing of new packets transmitted over the communication network. In these implementations, a sender maintains a congestion window parameter that specifies the maximum number of unacknowledged packets that may be transmitted to the receiver. As the sender receives acknowledgement signals from the receiver, the congestion control mechanism increases the size of the congestion window (and decreases the number of unacknowledged packets), thereby enabling the flow control mechanism to immediately transmit additional packets to the receiver. The problem with this approach is that it assumes that the network employs symmetric communication channels that enable data packets and acknowledgements to be equally spaced in time. In communication networks, such as wireless communication networks, that employ asymmetric uplink and downlink channels, where the available bandwidth towards the receiver is significantly higher than the available bandwidth towards the sender, the receiver may be unable to access the uplink channel in order to transmit acknowledgement signals to the sender in a timely manner. This initial delay in the transmission of acknowledgement signals may cause the sender to suspend transmission of additional data packets until additional acknowledgement signals are received, and then transmit a large burst of packets in response to the sender

receiving a large group of acknowledgement signals. This bursty nature of data transmission may under-utilize the available bandwidth on the downlink channel, and may cause some applications requiring a steady flow of data, such as audio or video, to experience unusually poor performance.

The congestion control and error recovery mechanisms typically employed in TCP architectures may also cause the communication network to exhibit sub-optimal performance. In conventional TCP implementations, the congestion control and error recovery mechanisms are used to adjust the size of the congestion window (and therefore the number of new packets that may be transmitted to the receiver) based on the current state of the congestion control and error recovery algorithm. In the initial "slow start" state, for example, the sender rapidly probes for bandwidth by increasing the size of the congestion window by one for each new acknowledgement received from the receiver until the congestion window exceeds a particular congestion window threshold. Once the congestion window exceeds the congestion window threshold, the algorithm enters a "congestion avoidance" state, where the congestion window is increased by one whenever a number of acknowledgment signals equal to the size of the current congestion window is received. If the sender receives a predetermined number of duplicate acknowledgements or a selective acknowledgment ("SACK") that indicate that a packet in the sequence has not been received, the algorithm enters a "fast retransmit" state in which the sender decreases the congestion window to a size equal to one half of the current congestion window plus three, and retransmits the lost packet. After the "fast retransmit" state, the algorithm enters a temporary "fast recovery" state that increments the congestion window by one for each duplicate acknowledgement received from the receiver. If an acknowledgement for the lost packet is received before a retransmit timeout occurs (which is typically based on the average and mean deviation of round-trip time samples), the algorithm transitions to the "congestion avoidance" state. On the other hand, if an acknowledgement for the lost packet is not received before a retransmit timeout occurs, the sender resets the congestion window to one, retransmits the lost packet and transitions to the "slow start" state.

The problem with the foregoing approach is that the congestion avoidance and error recovery mechanisms assumes that packet loss within the communication network was caused by congestion, rather than a temporary degradation in the signal quality of the communication channel. Although this assumption may work adequately for many wireline communication networks that have a relatively low occurrence of random packet loss, random packet loss due to fading, temporary degradation in signal quality, signal handoffs or large propagation delays occur with relatively high frequency in most wireless and other bandwidth constrained networks. Because conventional TCP architectures react to both random loss and network congestion by significantly and repeatedly reducing the congestion window, high levels of random packet loss may lead to significant and potentially unjustified deterioration in data throughput. TCP performance, particularly in the fast recovery state, may also be adversely impacted by signal handoffs and fades that typically occur in wireless networks. Handoffs and fades can cause multiple data packet losses, which can lead to failure of TCP's fast recovery mechanism and result in prolonged timeouts. If the handoff or fade lasts for several round trip times, failure of multiple retransmission attempts may cause exponential backoff of data throughput. This may result in long recovery times that last significantly longer than the

US 7,099,273 B2

**3**

originating fades or handoffs, and may cause TCP connections to stall for extended periods of time.

Another area where conventional TCP congestion control mechanisms tend to exhibit sub-optimal performance is initialization of data connections over reduced-bandwidth channels, such as wireless links. Generally, when a connection is initiated, the congestion control mechanism aggressively increases the size of the congestion window until it senses a data packet loss. This process may adversely impact other connections that share the same reduced-bandwidth channel as the connection being initialized attempts to maximize its data throughput without regard of the other pre-existing connections. For example, many applications, such as web browsers, often open multiple TCP connections between a given sender and a given receiver. Under conventional TCP architectures, these connections operate independently and may compete with one another for the same bandwidth, even though they serve the same application. This may lead to inefficient use of resources with decreased overall throughput as connections initialized at later times disrupt connections already in progress.

Therefore, in light of the deficiencies of existing approaches, there is a need for improved systems and methods for data transport acceleration and management within a network communication system, particularly network communication systems having wireless and other bandwidth constrained channels.

SUMMARY OF THE INVENTION

Embodiments of the present invention provide systems and method for data transport acceleration and management within a network communication system. In one embodiment of the present invention, a transmit timer incorporated within the sender is utilized to provide timer-based data flow control, instead of the acknowledgement-based flow control utilized in conventional TCP architectures. The transmit time may be used by the sender to determine the rate at which data packets are transmitted to the receiver. The period of the transmit timer may be based on smoothed round trip time and smoothed congestion window measurements to provide a better estimate of available bandwidth. For example, in one embodiment, the period of the timer may be determined by the ratio of the smoothed round trip time and the smoothed congestion window and may be periodically updated to reflect the current state of the communication channel. This timer-based approach to flow control, together with the smoothing used to compute the transmission rate, offers a more relevant estimate of congestion within the communication network and may reduce or eliminate the bursty transmission of data commonly associated with conventional TCP architectures.

According to another embodiment of the present invention, a short timer may be used to enable faster error recovery if the duplicate acknowledgment or selective acknowledgment mechanisms for loss detection provided by typical TCP implementations fail. For example, the short timer may be used to provide a dial tone that maintains a connection active for a predetermined period of time during traffic congestion while the network is probed to detect whether transmission conditions improve. The exponential backoff of the timeout timer that causes stalls in conventional TCP implementations may also be disabled, and a long timer may be used in conjunction with the short timer to provide a more robust response to random packet loss. For example, the short timer and the long timer may be set in response to detection of a lost packet. Expiration of the short

**4**

timer may be configured to cause the sender to retransmit the lost packet. If the long timer expires before an acknowledgement for the retransmitted packet is received, the sender may then reduce the congestion window (and the corresponding transmission rate) and transition to a slow start state. The exponential backoff of the timeout timer may also be delayed by, for example, disabling the exponential backoff for a predetermined number of expirations of the long timer, thereby reducing stalls due to transient phenomenon and protecting against the possibility of network congestion collapse. These approaches may significantly reduce the vulnerability to random packet loss by causing the sender to reduce the congestion window in response to a second packet loss within a predetermined time period, instead of the first packet loss as used in conventional TCP implementations.

Another embodiment of the present invention provides for early detection of network traffic congestion by comparing a current smoothed estimate of the round trip time with a previous value of the smoothed estimate of the round trip time, such as the value of the smoothed estimate of the round trip time substantially one round-trip time earlier. If the change in the smoothed round trip time estimates exceeds a predetermined threshold, the size of the congestion window may reduced, which reduces the transmission rate of the transmit timer. If the change in the next smoothed round trip time estimates again exceeds the predetermined threshold, the congestion window may be reduced by a greater level than the initial reduction. By adjusting the congestion window based on the smoothed round trip time, the sender may be able to detect congestion within the network without causing a packet loss.

When a plurality of connections between a server and a client share a single communication channel, another embodiment manages access to the shared channel by each connection based on a set of weights corresponding to the plurality of connections and on host-level statistics. For example, a comparison between a then-current smoothed estimate of a round trip time for a particular connection and a minimum value of the smoothed estimate of the round trip time for the plurality of other connections may be used to adjust the rate of change of the congestion window for that particular connection in a slow start state. In another embodiment, the congestion window for a particular connection is updated during a congestion avoidance state based on a four-state model that employs host-level statistics. The statistics may include a congestion window for that particular connection, a smoothed estimate of the round trip time for that particular connection, or a change in the sum of the congestion windows for a plurality of connections. The available bandwidth among the active connections may then be allocated based on a set of host-level variables, including a sum of the congestion windows of the individual connections and a minimum value of the smoothed estimate of the round trip time for all connections.

According to another embodiment of the invention, a TCP communication session transitions from a slow start state to a congestion avoidance state based on a comparison between a then-current smoothed estimate of the round trip time and a minimum value of the smoothed estimate of the round trip time recorded over a prior period of time. In a particular embodiment, if multiple connections share a single communication channel, the minimum value of the smoothed estimate of the round trip time is determined over all the connections sharing the channel. The then-current smoothed estimate of the round trip time may then be compared to the minimum value of the smoothed estimate of the round trip

US 7,099,273 B2

5

time recorded over a prior period of time to determine whether to switch from increasing the congestion window at a relatively-fast rate in a slow start state to increasing the congestion window at a more gradual rate in congestion avoidance.

BRIEF DESCRIPTION OF THE DRAWINGS

These and other features and advantages of the present invention will become more apparent to those skilled in the art from the following detailed description in conjunction with the appended drawings in which:

FIG. **1** illustrates an exemplary network communication system in which certain aspects of the present invention may be advantageously practiced;

FIG. **2** illustrates another exemplary communication system in which certain aspects of the present invention may be advantageously practiced;

FIG. **3** illustrates an exemplary platform that may be used in accordance with the present invention;

FIG. **4** illustrates an exemplary method in flowchart form providing for traffic management of data communications in accordance with an embodiment of the present invention;

FIG. **5** illustrates a flowchart showing exemplary processes that may take place during an initialization state in accordance with an embodiment of the present invention;

FIG. **6A** illustrates a flowchart showing exemplary processes that may take place during data transmission in accordance with an embodiment of the present invention;

FIG. **6B** illustrates a flowchart showing exemplary processes that may take place while processing incoming acknowledgment signals in accordance with an embodiment of the present invention;

FIG. **6C** illustrates a process branch that may be executed while processing acknowledgement signals in conjunction with the embodiment of FIG. **6B**;

FIG. **7** illustrates a flowchart showing exemplary processes that may take place during a congestion avoidance state in accordance with an embodiment of the present invention;

FIG. **8A** illustrates an exemplary state model that may be used to adjust the congestion window or data transmission rate in accordance with an embodiment of the present invention;

FIG. **8B** illustrates a flow diagram showing exemplary state transitions corresponding to the exemplary state model from FIG. **8A**;

FIG. **8C** illustrates an exemplary process that may be employed to detect network traffic congestion in accordance with an embodiment of the present invention;

FIG. **9** illustrates a flowchart showing exemplary processes that may take place during a fast retransmit state in accordance with an embodiment of the present invention; and

FIG. **10** illustrates a flowchart showing exemplary processes that may take place during a fast recovery state in accordance with an embodiment of the present invention.

DETAILED DESCRIPTION

Aspects of the present invention provide systems and methods for data transport acceleration and management within a communications network. Either alone or in combination, these systems and methods provide improved data transfer between devices connected via communication networks, including wireless and wireline networks. The following description is presented to enable a person skilled in

6

the art to make and use the invention. Descriptions of specific embodiments or applications are provided only as examples. Various modifications, substitutions, and variations of embodiments will be apparent to those skilled in the art, and the generic principles defined herein may be applied to other embodiments and applications without departing from the spirit and scope of the invention. The present invention should therefore not be limited to the described or illustrated embodiments, and should be accorded the widest scope consistent with the principles and features disclosed herein.

FIG. **1** illustrates an exemplary network communication system in which certain aspects of the present invention may be advantageously practiced. The exemplary system includes a server **102** that communicates with a client **116** via a network **112**, such as the Internet, General Packet Radio Service (GPRS) or other wireline or wireless network. The server **102** and the client **116** may each comprise a computing device, such as a computer, mobile computer, laptop computer, wireless device, personal digital assistant, or cellular telephone, that are configured to transmit and receive data in accordance with a data communication protocol. As such, the terms "server" and "sender" generally represent a computing device that transmits data, and the terms "client" and "receiver" generally denote a computing device that receives data. Of course, the functions of the server **102** and the client **116** may be interchangeable depending on the direction of the data stream. For example, the server **102** could function as a client and the client **116** could function as a server in the event the server **102** receives a data stream from the client **116**. Similarly, the server **102** and the client **116** may both act as a server and a client with respect to each other during the same communication session in the event the server **102** and the client **116** are performing duplex independent transmissions, such as when the server **102** is streaming multimedia data to the client **116** while the client **116** is transmitting an email message to the server **102**. In other embodiments, additional servers and clients may exist and be interconnected via the network **112**, and the server **102** may communicate with one or more additional clients.

As further illustrated in FIG. **1**, the server **102** includes an IP layer **104**, a TCP layer **106** and a server application **107**. The IP layer **104** provides data-level support for communications between the server **102** and the client **116**, including managing the format of the data packets and the addressing scheme. The TCP layer **106** provides connection-level support for communications between the server **102** and the client **116**, including managing the establishment of connections and delivery of data from and to the server application **107**. The IP layer **104** and the TCP layer **106** cooperate to provide virtual data connections between the server **102** and the client **116**. The server application **107** may comprise one or more applications, such as a web application, video conferencing application or email application, that rely on the TCP layer **106** and the IP layer **104** to transmit and receive data. In a similar manner, the client **116** also includes a client IP layer **118**, a client TCP layer **120** and a client application **122** that perform functions similar to the ones provided by the IP layer **104**, the TCP layer **106** and the server application **107**.

In operation, the server **102** and the client **116** communicate via the network **112** using data transmissions configured in accordance with the TCP protocol. In this context, the IP layer **104** and the TCP layer **106** of the server **102** may communicate with the client IP layer **118** and the client TCP layer **120** to establish one or more virtual connections

US 7,099,273 B2

7                                                  8

between the server **102** and the client **116** via the network **112**. These virtual connections may serve the server application **107** running on the server **102** and the client application **122** running on the client **116**. For example, in one embodiment, the server **102** may transmit data requested by a web browser application running within the client application **122**. Data transmitted by the server **102** to the client **116** is formatted into data packets by the IP layer **104** and the TCP layer **106** and addressed to the client **116** according to the Internet Protocol ("IP") scheme. The data packets formatted by the IP layer **104** and the TCP layer **106** are transmitted via the server channel **110** to the network **112**. The network **112** then routes the data packets through the network **112** to the client **16** via the client channel **114**. Once the client **116** receives the data packets, the client IP layer **118** and the client TCP layer **120** disassemble the incoming data packets, extract the appropriate information and transmit appropriate acknowledgement signals back to the server **102**.

Conventional TCP implementations incorporated within network communications systems, such as the exemplary network communication system of FIG. **1**, may experience sub-optimal performance depending on the application or networking environment. For example, because the flow control mechanism incorporated within conventional TCP implementations transmits new packets in response to each received acknowledgement (and the size of the congestion window), these flow control mechanisms may produce bursty data transmission in the event the networking environment utilizes asymmetric uplink and downlink channels that prevent the client from transmitting acknowledgement signals in a timely manner. Conventional TCP implementations may also erroneously assume that random packet loss that is common within wireless networking environments corresponds to congestion loss, rather than to a mere temporary degradation in the signal quality of the wireless channel. This erroneous detection of congestion loss may cause the server **102** to substantially reduce the size of the congestion window and the corresponding number of unacknowledged packets the server may transmit to the client. The error recovery mechanisms may also be susceptible to signal handoffs and deep fades in that the unacknowledged packets may cause an exponential increase in the retransmit timer and a corresponding decrease in the data throughput, which in many cases may represent overly aggressive responses to the actual problems. Furthermore, if multiple connections are established between the client and the server, the aggressive initialization typically employed within TCP implementation during slow start may cause new connections to substantially interfere in the existing connections.

Embodiments of the present invention alleviate many of the foregoing problems by enhancing the operation of TCP without severing end-to-end TCP syntax. For example, instead of the acknowledgement-based flow control typically implemented within TCP architectures, embodiments of the present invention utilize a transmit timer **108** that may be used to provide timer-based flow control of data transmitted by the server **102**. In other words, instead of transmitting a specified number packets in response to receiving a specified number of acknowledgements, embodiments of the present invention transmit a packet in response to each expiration of the transmit timer **108**. The period of the timer may be determined by the ratio of the smoothed round trip time and the smoothed congestion window and may be periodically updated as a predetermined number of new measurements are taken. This timer-based flow control and

the smoothing used to compute the period of the transmit timer **108** may reduce bursty transmissions and provide a better measurement of network congestion. The transmission rate determined in accordance with this aspect of the invention may be applied to both new and retransmitted packets.

Another embodiment of the present invention reduces the adverse effects associated with random packet loss by resetting the congestion window in response to the second packet loss (rather than the first) to provide improved robustness to random packet loss. Additionally, the initialization criterion used to determine whether to transition from aggressive growth of the congestion window in slow start to less aggressive growth in congestion avoidance may be based on the smoothed round trip time (instead of the size of the congestion window) in order to provide a better estimation of network congestion. For multiple connections between the same client and the same server, the congestion windows and initialization criteria for all active connections may be linked together and allocated among the active connections so as to avoid destructive competition among existing connections. As a result, these aspects of the invention may provide significant improvements in performance over conventional TCP implementations.

FIG. **2** illustrates another exemplary communication system in which certain aspects of the present invention may be advantageously practiced. In the exemplary system of FIG. **2**, a service module **228** is deployed between a server **202** and a client **218** to manage TCP data transmissions. Unlike in the embodiment of FIG. **1**, where TCP data transmissions are managed by a server, the embodiment of FIG. **2** utilizes the service module **228** to intercept and regulate data transmission between the server **208** and the client **218**. For example, the service module **228** may include a classifier **234** that classifies packets communicated between the server **202** and the client **218** to determine whether the connection corresponds to a service application **242** supported by the service module **228**. If so, the service module **228** breaks the connection between the server **202** and the client **218** to form a server side connection **208** between the service application **242** and the sever **202** and a client side connection **210** between the service application **242** and the client **218**. Because this process forms two separate connections that pass through the TCP layer **236** and the IP layer **232** of the service module **228**, embodiments of the present invention may be configured to provide transport acceleration and data management over both the server side connection **208** and the client side connection **210**, thereby enhancing end-to-end performance.

Additional information regarding the functionality, features and operation of a service module deployed between a server and a client to manage TCP data transmissions as illustrated in FIG. **2** is described in U.S. patent application Ser. No. 10/095,551, entitled "Service-Based Compression of Content Within A Network Communication System" and in U.S. patent application Ser. No. 10/126,131, entitled "Systems and Methods for Providing Differentiated Services within a Network Communication System," which have been assigned of record to the assignee of the present application and are incorporated herein by reference.

Referring to FIG. **3**, an exemplary platform that may be used in accordance with the present invention is illustrates generally at **300**. As illustrated, the exemplary platform includes a network interface card **302**, a microprocessor **304**, a memory system **308** and an interrupt controller **310**, which are all operationally coupled to a system bus **306**. The network interface card **302** interfaces via one or more data

US 7,099,273 B2

**9**

ports with other systems or nodes of a communication network, such as a network router, gateway or base transceiver station. The interrupt controller **310** is coupled to the processor **304** via one or more communication lines. The memory system **308**, which may comprise a random access memory, hard drive, floppy disk, compact disk, or another type of computer readable medium, stores various modules that control the functionality of the exemplary platform, such as applications **310** and an operating system and networking stack **312**. The operating system and networking stack **312** comprises a TCP layer **314** and an IP layer **318**. As will be discussed in greater detail below, the TCP layer **314** comprises a number of features that enhance TCP performance according to various aspects of the present invention, including a transmit timer **316** which controls the rate at which data packets are transmitted by the platform **300**.

In operation, when the network interface card **302** receives a data packet, the network interface card **302** generates an interrupt command and communicates it to the interrupt controller **310**. The interrupt controller **310** then passes the interrupt command to the processor **304** in accordance with the priority assigned to that particular interrupt. When the processor **304** receives the interrupt, the processor **304** executes one or more interrupt handlers incorporated within the operating system and networking stack **312** to process the incoming data packet. Embodiments of the present invention may also incorporate other functionalities within the operating system and networking stack **312**, such as functionalities for classifying a connection, breaking a connection between a wireless client and a server and swapping source addresses for outgoing packets. In other embodiments of the present invention, the operating system and networking stack **312** may also interact with the applications **310** to provide various services, such as web browser applications, video conferencing or email applications.

FIG. **4** illustrates an exemplary method in flowchart form for providing traffic management of data communications in accordance with an embodiment of the present invention. The exemplary traffic management process illustrated in FIG. **4** may be deployed in various configurations or devices that participate in, or regulate data communications. For example, the traffic management process **400** may be deployed within the TCP layer **106** of the server **102** in the embodiment of FIG. **1**, or within the TCP layer **236** of the service module **228** in the embodiment of FIG. **2**. Generally, when a client initiates a TCP connection to a server, the connection goes through an initial setup process where the client and server exchange handshake control messages that include synchronization and acknowledgement signals. When the handshake process is completed, the client and server can transmit data packets to each other. According to the embodiment of FIG. **4**, data transport control is managed through a series of states that guide the traffic management process depending on various trigger events that occur within the system, such as arrival of acknowledgement (ACK) or selective acknowledgement (SACK) signals, or the expiration of a transmit timer, short timer or long timer. In various embodiments, specific actions or transitions between the states of the traffic management process take place in response to such trigger events.

As illustrated in FIG. **4**, the exemplary traffic management process includes an idle state **402**, an initialization state **404**, a slow start state **406**, a congestion avoidance state **410**, a fast retransmit state **414** and a fast recovery state **418**. Various aspects of the present invention are deployed within these states to provide enhanced data traffic management,

**10**

including, for example, a transmit timer **408** included within the slow start state **406** that controls the transmission rate of data packets and enables more efficient management of data transmission.

In operation, when a data transmission is initiated, the traffic management process **400** leaves the idle state **402** and enters the initialization state **404**. In the initialization state **404**, a number of variables relevant to traffic management are initialized, including, for example, a congestion window (snd_cwnd) that estimates the delay-bandwidth product of the connection and may influence the transmission rate of data packets. Once initialization of relevant variables is completed, the traffic management process enters the slow start state **406**. During the slow start state **406**, the congestion window is increased relatively fast while attempting to anticipate traffic congestion and transmission rate limitations. Availability of data transmission resources is inferred from various conditions, including based on measurements of various characteristics of the network, such as a round trip time. When network congestion is detected along the transmission channel, possibly based on a set of conditions involving a comparison of a smooth estimate round trip time (srtt) with a minimum smooth estimate round trip time (min_srtt) and a comparison of a congestion window (snd_cwnd) with a congestion window threshold (snd_ssthresh), the traffic management process **400** enters the congestion avoidance state **410**. These conditions will be further described in conjunction with step **624** of the exemplary acknowledgment processing system illustrated in FIG. **6**B.

In the congestion avoidance state **410**, the congestion window is altered more gradually based on a four-state process in an attempt to efficiently utilize the communication channel while minimizing or avoiding losses. If the available bandwidth increases, the congestion window is correspondingly increased, which results in a decrease of the period of a transmit timer according to an aspect of the present invention. A decrease in the period of the transmit timer may translate in an increase of the transmission rate. Consequently, upon detection of an increase in the available bandwidth, the transmission rate may be increased to ensure efficient utilization of network resources. Conversely, if the available bandwidth decreases, the congestion window may be decreased, thereby increasing the period of the transmit timer and curtailing the transmission rate to avoid overloading the transmission channel.

If persisting traffic congestion is detected along the transmission channel, a long timeout trigger may lead the traffic management process **400** to return to the slow start state **406**, where the congestion window is reset to its initial value. If only limited packet loss is detected via a predetermined number of duplicate acknowledgement signals, selective acknowledgement signals or short timeouts, however, the traffic management process enters the fast retransmit state **414**. In the fast retransmit state **414**, data packets presumed lost are retransmitted. Once data packets are retransmitted in the fast retransmit state **414**, the traffic management process **400** enters the fast recovery state **418**. In the fast recovery state **418**, a number of system variables are adjusted, including possibly reducing the congestion window or increasing the sender advertised window, while data packets are retransmitted. The traffic management process may remain in the fast recovery state **418** in response to short timeouts until a long timer expires or until additional acknowledgment signals are received. If the long timer expires, the traffic management process **400** returns into the congestion avoidance state **410**.

US 7,099,273 B2

11

FIG. **5** illustrates a flowchart showing exemplary processes that may take place during an initialization state in accordance with an embodiment of the present invention. An initialization state **504** illustrated in FIG. **5** may correspond to the initialization state **404** in the embodiment of FIG. **4**. In the initialization state **504**, a number of variables and constants relevant to traffic management are initialized as further described below. In the embodiment of FIG. **5**, an initialization state **504** is located between the idle state **502** and the slow start state **506**. A number of processes are executed during the initialization state **504** to configure various variables that may be used subsequently to manage the data traffic.

These processes include initialization of a congestion window (snd_cwnd) (**508**), of a congestion window threshold (snd_ssthresh) (**510**), and of other variables (**520**) and constants (**530**) as further described below. Each of these initialization processes may be performed independently, either before, simultaneously with, or subsequent to other initialization processes. For example, initialization of the congestion window (**508**) may take place before, at the same time with, or after initialization of the congestion window threshold (**510**). Once initialized, the corresponding variables or constants are stored in memory for subsequent use during the traffic management process that controls data communications in connection with various embodiments of the present invention.

According to an embodiment of the present invention, the congestion window (snd_cwnd) is used to initially determine the period of a transmit timer and implicitly the data packet transmission rate. This congestion window is initialized in step **508** to a particular value determined by a configurable parameter. Depending on various factors, as further described below, the congestion window may be initialized to a size of 2 or 3 data packets. In an exemplary case, the congestion window for a new connection between a server and a client established over a channel shared by pre-existing connections between the same server and client may be initialized based on the minimum smoothed estimate of round trip time determined over all pre-existing connections.

In another exemplary case, the congestion window is initialized based on historical information regarding previous data communications over a particular data channel. For example, when a data connection is set up over a particular wireless channel, an embodiment of the present invention may retrieve information that was previously saved regarding the transmission characteristics of that particular channel (e.g., channel physical medium error rate, bandwidth, channel reliability, or link availability) and may initialize the congestion window based on such information. For example, for a wireless channel that exhibited relatively low bandwidth and high error rates, the congestion window may be initialized to a smaller value (e.g., snd_cwnd=2).

In yet another exemplary case, the congestion window may be initialized based on the identity of a subscriber that originates or receives a data transmission. The identity of particular subscribers may be determined based on Internet Protocol (IP) addresses or based on identity information provided as part of the data received from the subscriber. For example, in one embodiment, subscribers may be allocated priority levels, and corresponding congestion windows may be initialized to provide transmission rates and quality of service proportional to their respective priority levels. For example, a subscriber with a higher priority may be allocated a larger initial congestion window corresponding to a higher initial data rate. Alternatively, the congestion window

12

may be initialized based on the type of data being transmitted. For example, a connection a for multimedia data streaming may receive a larger initial congestion window as compared to a connection established to transmit an email message to account for the larger data rate requirement of the multimedia connection.

A congestion window threshold variable (snd_ssthresh) that controls the behavior of an embodiment of the present invention during the slow start state is initialized in step **510**. In one case, the congestion window threshold is initialized to zero to disable an initial comparison performed in step **624** of the exemplary process illustrated in FIG. **6**B. Additional variables associated with various aspects of the present invention are initialized in step **520**, including a minimum smoothed estimate of round trip time (min_srtt) value. In one case, when multiple connections between a server and a client share a communication channel, the minimum smoothed estimate round trip time for a new connection being established over that communication channel may be set equal to the minimum value of the smoothed estimate round trip time measured for existing connections. If there are no pre-existing connections, the minimum smoothed estimate round trip time may be initialized to zero.

A number of constants that may be employed at different stages of the traffic data management process according to various embodiments of the invention are initialized in step **530**. These constants include, for example, a threshold value that may be used during a slow start state to decide whether to enter a fast retransmit state ("sysctl_dupack"), a constant "a1" used by an embodiment of the invention operating in a slow start state to decide whether to remain in that state under various circumstances, a constant "a2" that may be employed to detect traffic congestion, a constant "a3" that may be used to determine how aggressively to probe during a congestion control state based on the number of packages acknowledged by incoming messages, a constant "a4" that may be used to determine a smoothed congestion window according to a recurrent formula and a constant "a5" that may help determine the extent to which the transmission rate is decreased during the fast retransmit state.

FIG. **6**A illustrates a flowchart showing exemplary processes that may take place during data transmission in accordance with an embodiment of the present invention.

According to an aspect of the present invention, data packet transmission or retransmission takes place at intervals determined by a transmit timer. Transmission or retransmission of data packets may occur while a traffic management process progresses through various states as illustrated by various embodiments of the invention, including, for example, the slow start, congestion avoidance, fast retransmit or fast recovery states illustrated in the embodiment of FIG. **4**. Certain conditions defined within some of these states may supersede the transmit timer under specific circumstances and may prevent transmission or retransmission of particular data packets. For example, if an embodiment of the invention determines that the network transmission resources are overloaded, transmission of additional data packets may be suspended until the congestion in the network subsides.

According to various aspects of the present invention, three types of timers are employed to provide trigger events that induce actions within, or transitions between, various states of a traffic management process: a transmit timer, a short timer and a long timer. According to an embodiment of the invention, the transmit timer provides a mechanism for controlling the data transmission rate by adjusting the period of the transmit timer based on modification of the congestion

US 7,099,273 B2

13

window and smoothed round trip time measurements. Another embodiment of the invention provides a short timer that may be used to detect loss of individual data packets. Yet another embodiment provides a long timer that may be used to detect more severe losses of multiple data packets.

According to an aspect of the present invention, the data transmission rate at which data packets are sent is controlled by the transmit timer with a period determined based on the ratio between a then-current value of a smoothed estimate of a round trip time and a then-current value of a smoothed congestion window. The smoothed estimate of the round trip time between a server and a client represents a measure of the time that messages or control signals take to propagate between the two devices. In one embodiment, the smoothed estimate of the round trip time (srtt) at a particular time "t" is determined according to the following formula:

$$srtt[t]=K_1 * srtt[t-1]+K_2 * \text{measured\_}rtt, \qquad (1)$$

where measured_rtt corresponds to the round trip time ("rtt") measured between the server and the client. The round trip time may be measured based on the time that passes between transmission of a particular packet and receipt of an acknowledgment from the client corresponding to that packet. The smoothed estimate of the round trip time (srtt) may be determined based on the average and mean deviation of round-trip time samples previously measured by the system and may be periodically updated to include recent measurements. In one case, the round trip time is determined based only on a predetermined number of more recent measurements. In another case, the round trip time may be determined based on all previous available measurements. The smoothed estimate of the round trip time provides a more accurate indication of the actual propagation delay of data travelling between the server and the client as compared to the round trip time. In equation (1), $K_1$ and $K2$ are configurable parameters that may be set to different values depending on the characteristics of the network, server and client. In one embodiment, $K_1$ is set to $7/8$ and $K2$ is set to $1/8$.

The smoothed congestion window represents a weighted measure of the number of data packets that the server is prepared to transmit to the client and is determined based on the then-current congestion window. The congestion window estimates the delay-bandwidth product of the connection to the receiver. In various embodiments, the congestion window is determined based on acknowledgement signals provided by the client, and/or on information regarding the condition of the network inferred by the server through other methods (e.g., based on a timer, or based on measurements of network characteristics such as round trip time). According to one embodiment of the present invention, the smoothed congestion window is periodically updated using the following formula:

$$\text{smoothed\_}cwnd[t]=a4*\text{smoothed\_}cwnd[t-1]+(1-a4)*snd\_cwnd,$$

where smoothed_cwnd [t] represents the smoothed congestion window at a particular moment in time generically denoted as t, snd_cwnd represents the then current congestion window, and a4 represents a constant that may have been initialized in step **530** of initialization state **504** from the embodiment of FIG. **5**.

In light of equation (2), in a corresponding embodiment, the period of the transmit timer controlling the transmission rate of data packets may be expressed as,

$$T=srtt[t]/\text{smoothed\_}cwnd[t], \qquad (3)$$

14

where srtt[t] represents the then-current value of a smoothed estimate of the round trip time between the sending and the receiving devices determined in accordance with equation (1), and smoothed_cwnd [t] is the smoothed congestion window determined in accordance with equation (2). According to an embodiment of the present invention, a server transmits data packets to a client at intervals determined in accordance with equation (3). The corresponding data transmission rate "R" is the inverse of the period of the timer, i.e., R=1/T.

According to this aspect of the present invention, data packets are transmitted at a rate determined based on the ratio between a smoothed estimate of the round trip time and a smoothed congestion window. In one case, this transmission rate is employed for transmission of all data packets, including retransmissions of data packets lost or delayed in the communication channel or network. In an alternative case, this transmission rate is employed only for transmission of selected data packets. In determining the transmission rate as illustrated above, equations (2) or (3) may be modified to include additional terms or scaling factors. For example, the transmission rate may be determined using different formulas for different data packets, depending on conditions existing in the network or along a communication channel.

An advantage of employing a data transmission rate determined in accordance with this aspect of the present invention is that bursts in data transmissions may be decreased or eliminated. Alternatively stated, this aspect of the present invention may help avoid situations where bursts of data are transmitted within short periods of time with an erroneous assumption that the communication channel or receiving device may accommodate the corresponding data surge. This situation may occur under typical TCP implementations, for example, when signals acknowledging receipt of data packets are sent by a client connected to a high-speed network through a slow channel. In that case, acknowledgement signals that are initially spaced out in time by the slower channel may be compressed in time while propagating through the faster network, and may reach the server within a relatively short period of time. This may cause the server to erroneously assume that the close spacing of acknowledgement signals indicates that a high-speed data path exists between the client and the server, and therefore transmit information at a high data rate that overloads the available transmission resources. This situation may also occur if acknowledgement signals that are initially spaced out in time become queued up along the transmission path due to traffic congestion and are eventually compressed in time. In both of these situations, a server utilizing typical TCP may react by sending a burst of data without regard of the actual transmission resources in the network, thereby inducing or exacerbating traffic congestion or data loss. According aspects of the present invention, however, data packets are transmitted at a particular transmission rate based on a transmit timer, thereby avoiding sudden variations in the data rate. This may help alleviate or redress performance limitations that may otherwise be encountered by a server and client communicating via TCP under circumstances similar with the ones described above.

Another embodiment of the present invention provides a short timer that may be used to detect loss of data packets. To account for the possibility of packets being lost subsequent to an original transmission or a retransmission, a short timer may be set when a packet is transmitted or retransmitted. Expiration of the short timer leads to a short timeout state. This provides an additional mechanism (in addition to

US 7,099,273 B2

**15**

typical TCP duplicate acknowledgments, selective acknowledgment and timeout) for detecting packet loss. The short timer may be important when selective acknowledgments (SACKs) that can explicitly indicate packet loss are not available, and may be disabled if selective acknowledgments are available. The short timer may also be used to maintain connections active during extended disturbances occurring along the communication channel, such as deep fades, by preventing the traffic management process from reacting prematurely to an apparent termination of the connection. For example, an embodiment of the invention may maintain a connection with a client over a communication channel that experiences an extended breakdown (e.g., a prolonged state of congestion or a deep fade) without terminating the connection to the client. According to an aspect of the present invention, this may be achieved because certain actions and transitions between states (e.g., termination of a connection) occur in response to certain events, such as timeouts or receipt of acknowledgment signals. For example, an embodiment of the invention may be configured to respond to expiration of a short timer by re-transmitting a particular data packet at a particular data rate rather than decreasing the data rate or waiting for receipt of an acknowledgment signal.

The timeout interval of the short timer may be defined based on the then-current smoothed estimate of the round trip time and the maximum value of the smoothed estimate of the round trip time recorded since the previous timeout. For example, the period (srto) of the short timer may be determined based on the following formula:

$$srto=\min(srtt+2*mdev, \max\_srtt+mdev),$$

where srtt is the then-current smoothed estimate of the round trip time. Additionally, "mdev" corresponds to a running average of the deviation of the measured value of the round trip time from the average value of the round trip time, and may be computed as follows:

$$mdev[t]=\tfrac{3}{4}*mdev[t-1]+\tfrac{1}{4}*|measured\_rtt-srtt[t]|.$$

An aspect of the present invention may also provide a long timer that may be used to detect extended periods of silence from the client or more severe data loss, including, for example, loss of multiple data packets. The long timer may be reset upon transmission or retransmission of a data packet or upon receipt of an acknowledgment signal. Expiration of the long timer leads to a long timeout state and induces the traffic management process to transition into a slow start state from a congestion avoidance state, a fast retransmit state, or a fast recovery state. The timeout interval of the long timer may be defined based on the then-current smoothed estimate of the round trip time and the maximum variation of the round trip time. For example, the expiry period of the long timer may be determined using the following formula:

$$rto=\max(4*srtt, 2*srtt+4*\max\_deviation\_in\_rtt),$$

where max_deviation_in_rtt corresponds to the largest value of mdev determined over an arbitrary period of time. In one case, max_deviation_in_rtt is the largest value of mdev recorded since the initialization of that particular connection.

In the embodiment of FIG. **6A**, once initialization of various variables and constants takes place in initialization state **602**, data transmission may begin. As described above, according to an aspect of the invention, transmission of data packets takes place at a transmission rate determined based

**16**

on a transmit timer. Transmission of data may occur simultaneously with progression of the traffic management process through various states like slow start, congestion avoidance, fast retransmit and fast recovery as illustrated in FIG. **4**. While in each of these states, the traffic management process may modify various parameters (e.g., the congestion window) in response to different conditions present in the network (e.g., traffic congestion). Modification of such parameters may result in adjustment of the period of the transmit timer, and consequently of the transmission rate.

In the embodiment of FIG. **6A**, a data transmission process **604** commences upon expiration of a transmit timer. In one embodiment, the expiry period of the transmit timer is determined using equation (3) from above. Upon expiry of a transmit timer, the traffic management process advances to step **606**. A decision is made at step **606** whether any packets need to be retransmitted. Packets may need to be retransmitted, for example, if they were previously declared lost by the system, as determined by receipt a predetermined number of duplicate acknowledgements, expiration of the short timer, etc. If packets do need to be retransmitted, the first packet in the retransmit queue is transmitted at step **608**.

If the decision at step **606** indicates that no retransmission of packets is necessary, the traffic management process progresses to step **610** where it transmits a new packet if permitted by the sender advertised window (snd_adv_wnd), which is included in each acknowledgement and indicates the size of the clients buffer. An aspect of the present invention provides a sender advertised window that helps determine the amount of data that the server may send and assists with recovery from data errors. The sender advertised window is further described below in connection with the embodiment of FIG. **9**.

The fact that the transmit timer controls both retransmission of lost data packets in step **608** and transmission of new data packets in step **610** enables synchronization of the transmit and retransmit processes to effectively manage data traffic. Since, as previously discussed, the period of the transmit timer is adjusted dynamically to ensure efficient utilization of available network transmission capacity, and therefore data packets are transmitted only when bandwidth is anticipated to be available, the embodiment of FIG. **6A** effectively multiplexes retransmitted and new data packets through the transmission channel. As a result, this embodiment of the invention achieves a fair queuing mechanism that efficiently allocates bandwidth for both transmission and retransmission of data to help optimize overall throughput.

From either step **608** or step **610**, the traffic management process proceeds to step **612** where it sets both a short timer and a long timer as previously discussed. The short timer detects loss of individual data packets, while the long timer identifies more severe losses involving multiple data packets. The traffic management process then enters step **613** where it determines the next expiration period for the transmit timer, which indicates when the next data packet will be transmitted. The period of the transmit timer depends on the ratio of the smoothed round trip time to the smoothed congestion window, as was described above in connection with equation (3). At step **613**, to determine the next expiration period of the transmit timer, the system increments the then-current time recorded by the timer by the value T obtained from equation (3).

The system then enters step **614**, where it waits for either of the following three triggering events: expiration of the short timer previously set in step **612**, expiration of the long timer previously set in step **612**, or receipt of an acknowl-

US 7,099,273 B2

17

edgement signal from the client. Step **614** is a default state that recurs throughout various phases of the traffic management process and provides a phase in which the system awaits one of the aforementioned triggering events to determine the subsequent evolution of the system. If the transmit timer set in step **613** expires before the short timer or the long timer, then the traffic management process returns to step **606** to attempt to transmit or retransmit a data packet. If the short timer set in step **612** expires first, however, the system assumes that a data packet has been lost and progresses to step **618** to retransmit the packet. In one embodiment of the invention, the system retransmits the first data packet in the transmission sequence that has not been acknowledged as received by the client. The sequence number for this data packet is denoted in step **618** as snd_una. In this case, the client has acknowledged all data packets in transmission sequence through and including snd_una−1.

In a different embodiment, the system may retransmit a different data packet than snd_una, possibly one of the data packets that were sent to the client after the snd_una packet. Upon retransmission of a data packet in step **618**, the system resets both the short and the long timers in step **619**.

At step **614**, if the long timer expires before the transmit timer or the short timer, thereby indicating a possible loss of multiple data packets, the traffic management process enters an optional step **615**, where it disables or delays a TCP exponential backoff mechanism that typically exists in TCP. Typical TCP utilizes a single timer to identify prolonged periods of non-responsiveness from the client, possibly indicating network congestion or disturbances along the communication channel. In such TCP implementations, expiration of the timer induces a timeout state that progressively increases subsequent periods of the timer exponentially (typically as a power of 2). Consequently, in typical TCP implementations, sustained lack of response from the client may result in successive timeouts with exponentially-increasing delays. This may lead to excessive decrease of the data transmission rate, extended stalling of the transmission, or loss of connection.

By utilizing a long timer to delay or disable this backoff mechanism (e.g. by delaying the backoff mechanism for D expirations of the long timer), an aspect of the present invention may avoid such exponential increase in the period of successive timeouts and associated disadvantages. More specifically, the period of the long timer may be controlled based on a smoothed estimate of the round trip time as described above in connection with the embodiment of FIG. **6**A, and may therefore be maintained within a more desirable range. Furthermore, because of the presence of the short timer, the long timer may be made longer than the retransmit timeout ("RTO") value that exists in typical TCP implementations, thus reducing the occurrence of spurious timeouts. In one embodiment, this may be achieved by making the period of the short timer smaller than the period of the long timer such that the short timer tends to expire before the long timer, and by resetting the long timer whenever the short timer is reset (e.g., upon transmission or retransmission of data packets). Consequently, in this embodiment, as long as transmission or retransmission of packets is permitted by the sender advertised window, the short timer essentially disables the operation of the long timer. The long timer is only relevant in this embodiment if a corresponding sub-process is triggered by arrival of an acknowledgment signal since the short timer is not reset by such an event. In that case, if transmission or retransmission of data packets is suspended for a sufficiently-long period of time, the long timer is

18

operational and may expire before the short timer. From optional step **615**, the traffic management process advances to step **616** where it transmits the next packet expected by the client, i.e., the packet with sequence number snd_una. The long timer is then reset in step **617**.

If an acknowledgment signal is received while the traffic management process is expecting triggering events in step **614**, the traffic management process advances to branch point "A," from where it enters step **620** of the flow chart illustrated in FIG. **6**B. FIG. **6**B illustrates a flowchart showing exemplary processes that may take place while processing incoming acknowledgment signals in accordance with an embodiment of the present invention. At step **620**, a decision is made whether the acknowledgment signal received in step **614** of the embodiment of FIG. **6**A is a duplicate acknowledgment. Duplicate acknowledgments are acknowledgments that correspond to the same data packet and may indicate that a preceding data packet was not received, possibly because it is lost or because data packages were reordered by the network. Duplicate acknowledgments may be generated when the client expects a data packet with a specific sequence number but receives a data packet with a higher sequence number. In that case, for each out-of-sequence packet received, the client generates an acknowledgment signal that identifies the data packet originally expected. In an alternative implementation, the client generates an acknowledgment signal only upon receipt of multiple out-of-sequence packets.

If the decision at step **620** is that the incoming acknowledgment signal is not a duplicate acknowledgment, the system progresses to step **622** where it records the number of data packets that were successfully delivered to the receiver by increasing a corresponding variable ack_free_cnt. The variable ack_free_cnt maintains a count of the number of buffers freed by incoming acknowledgment signals. Determination of the number of data packets successfully delivered to the receiver may be made based on various criteria. In one embodiment, if successive incoming acknowledgments correspond to nonconsecutive data packets in the data stream, the number of packets successfully delivered to the receiver is inferred in step **622** by assuming that all data packages numbered between those corresponding packages will be eventually received. In this case, acknowledgement signals may be interpreted to indicate that all preceding unacknowledged data packets will be successfully delivered, and the number of such unacknowledged packets is used to increment the variable ack_free_cnt in step **622**. For example, if the server receives acknowledgments for data packets with sequence numbers up to and including packet **152**, and if the next acknowledgment corresponds to packet **155**, the server assumes that packets **153** and **154** will be eventually received and increments ack_free_cnt by two. If the incoming acknowledgment signals do not indicate any gaps in the sequence of packets received by the client, however, each acknowledgment signal is interpreted to indicate successful delivery of a single corresponding data packet in step **622**, and the variable ack_free_cnt is incremented by one for each acknowledgement signal received.

The traffic management process then progresses to step **624**, where a decision regarding the congestion state of the network is made. The decision process in step **624** comprises two conditions. The first condition assesses whether the congestion window snd_cwnd is smaller or equal to the congestion window threshold snd_ssthresh:

$$snd\_cwnd \leq snd\_ssthresh$$

US 7,099,273 B2

19

This condition may employ past history regarding the data channel, the identity of a subscriber or the nature of the data being transmitted to determine how far the congestion window should be relatively-rapidly increased. The congestion window threshold may have been previously initialized to zero in step **510** of initialization state **504** from FIG. **5**. Consequently, in that case, this condition in step **624** would be initially inoperative, and the second condition would control the original decision in step **624**. The congestion window threshold may be updated to a non-zero value subsequently, and the first condition would then become operative.

The second condition in step **624** compares the then-current smoothed estimate of the round trip time (srtt) with a weighted value of the minimum recorded smoothed estimate of the round trip time min_srtt:

$$srtt \vdash a1*\text{min\_}srtt$$

This condition is particularly important when the first condition is inoperative. One case when the first condition in step **624** is inoperative occurs when the congestion window threshold is equal to zero as previously described. The first condition in step **624** may also be inoperative if past history relevant to the condition is missing (e.g., relevant information regarding past history was not stored or was improperly retrieved) or is unreliable (e.g., after a timeout). In the expression of the second condition in step **624**, the minimum recorded value of the smoothed estimate of the round trip time (min_srtt) represents the minimum smoothed estimate of the round trip time that was recorded during previous measurements and is used as a measure of the propagation delay. This value is shared among multiple connections to a single host that share a communication channel, and may be employed to avoid destructive competition for bandwidth among these connections.

In one embodiment, weight $a_1$ assigned to the minimum smoothed estimate of the round trip time in step **624** is the constant used to decide whether to remain in the slow start state that was initialized in step **530** of initialization state **504** from FIG. **5**. The second condition in step **624** may be broadly interpreted to permit rapid growth of the congestion window until the queuing delay is at least $(a_1-1)$ times the propagation delay. This interpretation is more accurate in typical networks that have buffering of the order of the bandwidth-delay product. In a particular embodiment, the value of $a_1$ is equal to 1.2.

If both conditions in step **624** evaluate as true (indicating that growth of the congestion window may continue at a relatively fast rate), the system branches into step **625** of the slow start state, where it increases the size of the congestion window based on the value of the variable ack_free_cnt that was previously updated in step **622**. According to an aspect of the present invention, the congestion window is increased based on the number of data packets or data segments that are acknowledged as received by a client. In one embodiment, the congestion window, and indirectly the data transmission rate, are adjusted based on the number of data packets acknowledged by acknowledgement signals sent by a client. Various methods for acknowledging data packets using acknowledgement signals were previously discussed in connection with updating the variable ack_free_cnt in step **622**. In a particular embodiment, the number of data segments or data packets effectively acknowledged by an acknowledgement signal sent by a client device is weighted and is used thereafter to increase the congestion window. For example, if an incoming acknowledgement signal communicates that the client device has received a total of five data

20

packets, the congestion window may be increased by five data packets. Alternatively, the congestion window may be increased by a different number of packets if a weighing function is used to weigh the number of packets acknowledged. In the latter example, for a particular weighing function, if an incoming acknowledgement signal communicates that the client device has received five data packets, the congestion window may be increased by three or by nine data packets, depending on the characteristics and form of the weighing function.

An advantage of this aspect of the present invention is that the data transmission rate does not decrease unnecessarily under certain circumstances, including, for example, when channel communication resources exist but acknowledgement signals are lost. Under such circumstances, when signals acknowledging receipt of data packages by a receiving device are lost and do not reach the server, the server may increase the congestion window by a smaller amount in response to the fewer incoming acknowledgement signals. This may happen under conventional TCP, for example, where the congestion window may be increased by one data packet or data segment for each acknowledgment signal received. This may result in a correspondingly-smaller increase in the data transmission rate, which is undesirable if the data channel has available bandwidth that could accommodate a comparatively-higher transmission rate. An aspect of the present invention may address and potentially resolve this situation by increasing the congestion window, and implicitly the transmission rate, by a relatively-larger amount in response to fewer incoming acknowledgement signals.

An embodiment of the invention employs the process for updating the variable ack_free_cnt that was discussed above in conjunction with step **622** to increase the congestion window in step **625** of FIG. **6B** according to the following formula:

$$snd\_cwnd=snd\_cwnd+ ack\_free\_cnt/a_3,$$

where $a_3$ is a constant that may be used to determine how aggressively to probe for bandwidth availability while performing congestion control. The variable $a_3$ may have been initialized at step **530** of the initialization state **502** of FIG. **5**.

From step **625**, the traffic management process advances to step **626** where it updates variable ack_free_cnt using the following formula:

$$ack\_free\_cnt=(ack\_free\_cnt) \bmod (a_3),$$

where "mod" indicates the modulo mathematical operator. The system then configures a state variable cong_indic=−1 in step **627** to indicate that the congestion window may be increased subsequently.

If both of the conditions in step **624** evaluate as false, the system then branches to step **628** of a congestion avoidance state where it updates the variable ack_free_cnt substantially similarly as previously described in connection with step **626**. The traffic management process then invokes a four-state model for congestion avoidance. This state model is further described in connection with FIGS. **8A**, **8B** and **8C**.

If the decision in step **620** of the embodiment of FIG. **6B** indicates that the acknowledgment signal that prompted the traffic management process to leave step **614** of the embodiment from FIG. **6A** was a duplicate acknowledgment signal, this embodiment assumes that a data packet has been lost. Consequently, the system enters a fast retransmit state by

US 7,099,273 B2

21                                                                22

progressing to step **662** of the flow process illustrated in FIG. **6**C via branch point "B."

FIG. **6**C illustrates a process branch that may be executed while processing acknowledgement signals in conjunction with the embodiment of FIG. **6**B. Branch point "B" from FIG. **6**B leads the traffic management process to step **662** in FIG. **6**C. In step **662**, the system estimates the number of data packets that have been delivered to the receiver out of order and stores this number into a variable out_of_order-_cnt. In one embodiment of the present invention, this number is determined based on information provided by a client via selective acknowledgment (SACK) messages. If SACK information is not available, the number of data packets that have been delivered to the receiver out of order may be estimated based on the number of duplicate acknowledgment signals received by the sender. In step **664**, the number of data packets that have been delivered to the receiver out of order estimated in step **662** is compared to a threshold variable systctl_dupack that indicates when the system should assume that data packages that have not been delivered within a certain period of time are lost. In one embodiment of the invention, the threshold systctl_dupack is initialized in step **520** of the initialization state **504** from FIG. **5**. In a particular embodiment, the threshold systctl_du-pack has a value of 3. If the comparison in step **664** indicates that the number of data packets estimated in step **662** to have been delivered to the receiver out of order exceeds the threshold value, the system enters a fast retransmit state in step **666**. Otherwise, the system waits for the next acknowledgment signal in step **670**.

FIG. **7** illustrates a flowchart showing exemplary processes that may take place during a congestion avoidance state in accordance with an embodiment of the present invention. The system may enter congestion avoidance from step **624** in FIG. **6**B. In the congestion avoidance state **704**, the transmission rate is altered gradually to utilize efficiently available bandwidth resources while minimizing or avoiding losses. Data packets are transmitted while the transmission rates for individual connections sharing the communication channel are independently and dynamically adjusted to improve global data throughput. The congestion window is updated in response to variations in network capacity using a state diagram and taking into account the weights of various connections sharing the communication channel. Probing for bandwidth availability also takes into account weights of individual connections to avoid destructive competition for channel capacity.

In the embodiment of FIG. **7**, the traffic management process enters the congestion avoidance state **704** from the slow start state **702**. Once in the congestion avoidance state **704**, the system performs traffic management for various independent connections sharing the communication channel. In the embodiment of FIG. **7**, these independent connection are suggestively denoted as Connection #1, . . . , Connection #N, where the variable N generically represents an arbitrary number of connections. A number of other independent connections are not shown in FIG. **7**, but may comprise steps substantially similar with the steps illustrated for Connection #1 and Connection #N. In certain embodiments of the invention, traffic management for the various individual connections may take place selectively and in any relative order.

In steps **710** and **720**, the system employs a host-level manager module to determine connection-specific congestion window threshold variables for each individual connection in a manner that helps achieve a fair queuing mechanism providing weight-based transmission rate allocation for the individual connections. The connection-specific congestion window threshold variables determined in steps **710** and **720** provide Quality of Service support for the traffic management process by making window dynamics during congestion avoidance a function of individual connection weights. In one embodiment, each connection-level congestion window threshold variable is determined based on the following formula:

$$CW^K_{THRESH}=snd\_cwnd_K*\text{average\_weight}/\text{connection\_weight}_K, \qquad (4)$$

where $CW^K_{THRESH}$ represents the connection-level congestion window threshold for a particular individual connection generically identified as K, $snd\_cwnd_K$ is the congestion window for that particular connection, average_weight represents a measure of the average of the weights of active connections and $connection\_weight_K$ is the actual weight of that particular individual connection.

For Connection #1, the system then enters step **712** where a decision is made regarding the capacity of the network at that particular time. A variable ack_free_cnt is maintained for each individual connection to indicate how many data packets have been successfully delivered to the receiver, and therefore by how much the network capacity may have increased. In one embodiment, this variable is the variable ack_free_cnt that was described in conjunction with step **622** et seq. in FIG. **6**B and is updated based on acknowledgment signals provided by the client in a manner substantially similar with the method described in connection with FIG. **6**B. The condition in step **712** evaluates whether the number of data packets that have been delivered to the client, and therefore have left the network, is higher than the weighted threshold allocated to Connection #1. Alternatively stated, Connection #1 is allowed to transmit a certain number of data packets, which depends on its weight, and the condition in step **712** evaluates whether Connection #1 is permitted to use network resources that may have become available, or if another connection with a higher weight should receive priority. The expression for the connection-level congestion window threshold provided by equation (4) permits individual connections with higher weights to change their congestion windows more frequently because their thresholds are smaller. This mechanism provides priority access to the communication channel to connections with higher weights.

If the condition in step **712** evaluates as false, therefore indicating that Connection #1 must yield channel resources to another connection with a higher weight, the system progresses to step **714**. In step **714**, the congestion window is updated based on a state model that will be further described in conjunction with the embodiments of FIGS. **8**A, **8**B and **8**C. The state model evaluates network resources in step **714** and adjusts the congestion window for Connection #1. The system then enters step **716** where it resets the variable $ack\_free\_cnt_1$ that tracks the number of data packets have been successfully delivered to the receiver. If the condition in step **712** evaluates as true, therefore indicating that Connection #1 has sufficient priority to transmit data, the system permits Connection #1 to transmit a data packet and progresses to step **718** where it increases the variable $ack\_free\_cnt_1$ to account for additional data packets that may have successfully reached the receiver since $ack\_free\_cnt_1$ was last updated.

The description of the connection-level traffic management process for Connection #1 provided above also applies in a substantially similar manner to other individual connections, including Connection #N illustrated in the embodi-

US 7,099,273 B2

23

ment of FIG. 7. In applying this description to other connections, however, appropriate reference modifications would have to be made to refer to corresponding steps and variables associated with such other individual connections. For example, when adapting the discussion above to Connection #N, references to the variable $ack\_free\_cnt_1$ would be instead to variable $ack\_free\_cnt_N$.

FIG. 8A illustrates an exemplary state model that may be used to adjust the congestion window or data transmission rate in accordance with an embodiment of the present invention. The state model illustrated in FIG. 8A may be employed to update the congestion window while the traffic management process is operating in a congestion avoidance state, including, for example, in steps 714 or 724 of the congestion avoidance state 704 from the embodiment of FIG. 7. In typical TCP implementations, a traffic management process may assume that certain measurements of network conditions are accurately and promptly reflected in variables maintained within the corresponding system. Under certain circumstances, however, this assumption may be incorrect. For example, in step 624 of slow start state 604 from FIG. 6B, a decision is made based on the size of the congestion window and measurements of the round trip time. Under certain circumstances, it may take at least one round trip time for measured round trip times to be reflected in updated values of the congestion window, so the two conditions evaluated within step 624 may not be synchronized in time. According to an embodiment of the present invention, the state model illustrated in FIG. 8A may be used to update the congestion window while allowing sufficient settling time for accurate measurements of round trip time.

In the embodiment of FIG. 8A, the data traffic management process transitions between four different states denoted as state 1 (802), state 2 (804), state −1 (806) and state 0 (808). Transitions between the four states are guided by measurements of channel or network resource availability. These measurements are illustrated in FIG. 8A by the value of a function "update," which may take a value of 0 or 1 depending on whether network congestion is detected: update=0 indicates that no traffic congestion has been detected, and condition update=1, which indicates that traffic congestion has been detected in the network. Transitions between the various states in the embodiment of FIG. 8A are accompanied by increases or decreases in the size of the congestion window maintained by the traffic management process, suggestively indicated as "increase" or "decrease."

FIG. 8B illustrates a flow diagram showing exemplary state transitions corresponding to the exemplary state model from FIG. 8A. The progression of the traffic management process through the states of FIG. 8A may also be described in reference to the state flow diagram of FIG. 8B. For example, the four states illustrated in FIG. 8B may correspond to the four states from FIG. 8A as follows: state CONGAVOID_GOOD (810) in FIG. 8B may correspond to state 1 (802) in FIG. 8A; state CONGAVOID_BAD (814) in FIG. 8B may correspond to state 2 (804) in FIG. 8A; state CONGAVOID_REDUCED (824) in FIG. 8B may correspond to state −1 (806) in FIG. 8A; and state CONGAVOID_POST_REDUCE (828) in FIG. 8B may correspond to state 0 (808) in FIG. 8A. In the embodiment of FIG. 8B, the traffic management process may begin initially in state CONGAVOID_GOOD (810). The management process then progresses to step 812, where the network is probed to determine traffic conditions. Determination of traffic conditions in step 812 is made by running an external process that employs a number of network or channel capacity measurements to assess availability of transmission

24

resources. In the embodiment of FIG. 8A, this external process identifies network traffic congestion. The functionality and operation of the external process used to determine traffic congestion in step 812 is further described below in connection with the embodiment of FIG. 8C.

If no congestion is detected in step 812, the traffic management process increases the congestion window in step 816 and returns to state CONGAVOID_GOOD (810). In the embodiment of FIG. 8B, the congestion window is increased or decreased by one data packet at a time. In another embodiment, the congestion window may be increased by more than one packet. If congestion is detected in step 812, the traffic management process enters state CONGAVOID_BAD (814). The traffic management process then proceeds to state 820 where another decision regarding the existence of congestion in the network is made using a process substantially similar with the process previously described in conjunction with step 812. If no congestion is detected in step 820, then the traffic management process returns to state CONGAVOID_GOOD (810). Otherwise, if congestion is detected in step 820, the traffic management process decreases the congestion window in step 822 and enters state CONGAVOID_REDUCED (824).

State CONGAVOID_REDUCED (824) is a transient state that immediately follows a reduction in the size of the congestion window. Once in this state, the traffic management process attempts to increase the data transmission rate by increasing the congestion window in step 826, and therefore decreasing the period of the transmit timer. This may be done to maximize throughput and efficiently utilize network resources. From step 826, the traffic management process enters state CONGAVOID_POST_REDUCE (828), which is an intermediate state followed by another probing for network traffic conditions in step 830. The decision made in step 830 regarding the existence of network traffic congestion relies on a process substantially similar with the processes used for similar purposes in steps 812 and 820. If congestion is identified in step 830, the traffic management process returns to state CONGAVOID_BAD (814) in anticipation of a possible need to decrease the congestion window. If no congestion is determined in step 830, the traffic management process assumes that additional network transmission capacity exists, and increases the congestion window in step 832 to take advantage of this additional capacity. The traffic management process then returns to state CONGAVOID_GOOD (810).

FIG. 8C illustrates an exemplary process that may be employed to detect network traffic congestion in accordance with an embodiment of the present invention. The process illustrated in FIG. 8C may represent the external process employed in steps 812, 820 or 830 of the embodiment of FIG. 8B to determine network traffic congestion. According to the embodiment of FIG. 8C, determination of network traffic congestion is made using host-level statistics that take into account various individual connections that share a communication channel, therefore preventing destructive competition for channel resources among these individual connections. An advantage of this embodiment is that the global data throughput across individual connections is increased.

According to an aspect of the present invention, determination of network traffic congestion is made based on a number of traffic-related measurements, including the round trip time (which provides a measure of the propagation delay within the network) and the congestion windows for various active connections. In the embodiment of FIG. 8C, determination of network congestion is made in two stages. In a

US 7,099,273 B2

25

first stage, a decision whether variable sum_cwnd_change is less than zero is made in step **840**. The variable sum_cwnd_change represents the change in the sum of the congestion windows for all active connections and provides a measure of the total amount of data sent by all connections and of the transmission rate over the channel shared by these active connections. If the condition in step **840** is true, therefore indicating that the sum of all congestion windows has not increased, an embodiment of the invention declares in step **842** that no congestion has been detected. One reason for declaring that no congestion exists when the sum of the congestion windows decreases is that such a decrease suggests that additional traffic capacity may have become available in the network, and therefore probing for network congestion may not be necessary.

If the condition in step **840** evaluates is false, however, the traffic management process proceeds to a second decision stage in step **850**, where another evaluation regarding the existence of congestion in the network is made based on the following equation:

$$srtt\_change > a_2 \cdot srtt * sum\_cwnd\_change/snd\_cwnd. \quad (5)$$

In equation (5), srtt represents the smoothed estimate of the round trip time. The smoothed estimate of the round trip time may be determined substantially as previously described in connection with equation (1) and the embodiment of FIG. **6**A. Variable srtt_change represents the change in the smoothed estimate of the round trip time since the last update. In another embodiment, the change in the smoothed estimate of the round trip time may be determined over a longer period of time. Scaling constant $a_2$ represents a constant used in congestion detection that may have been initialized in step **530** of initialization state **504** with a value between 0 and 1. In a particular embodiment, when the network exhibits a significant amount of traffic imbalance, variable $a_2$ is assigned a numerical value of 1. Variable snd_cwnd represents the congestion window for a particular connection under consideration.

In the embodiment of FIG. **8**C, when the condition expressed in equation (5) is true, the traffic management process advances to step **852** and declares that network congestion has been detected. Conversely, if the condition evaluates as false, the traffic management process progresses to step **854** where it declares that no network congestion exists.

FIG. **9** illustrates a flowchart showing exemplary processes that may take place during a fast retransmit state in accordance with an embodiment of the present invention. Fast retransmit state **910** illustrated in FIG. **9** may correspond to the fast retransmit state **414** in the embodiment of FIG. **4**. The traffic management process may enter the fast retransmit state **910** in step **666** of the process flow illustrated in FIG. **6**C. In the fast retransmit state **910**, data packets presumed to be lost along the transmission channel are retransmitted and the data transmission rate is adjusted gradually depending on channel resource availability. Further, a "sender advertised window" (alternatively identified as "flow control window" or "snd_adv_wnd") maintained by the client is employed to recover from data errors.

When first entering fast retransmit, the highest data packet sequence number sent thus far is stored in a variable high_seq. The system remains in fast retransmit state **910** and continues to retransmit lost packets until the transmitted packet sequence index number snd_una exceeds the value of high_seq, which indicates that the client has received all the packets that were resent. Upon entering the fast retransmit

26

state **910**, the traffic management process encounters decision step **920** that determines whether the fast retransmit state **910** is being entered for the first time in the current cycle. This condition essentially estimates the duration for which a corresponding connection between a server and a client has been operating in the fast retransmit state. If the fast retransmit state **910** is being entered for the first time in the current cycle, the traffic management process proceeds to step **922**. In step **922**, the number of data packets estimated to have been delivered to the receiver out of order, which is stored in a variable out_of_order_cnt, is compared to a threshold variable sysctl_dupack that indicates when the system should assume that data packages that have not been delivered within a certain period of time are lost. The decision in step **922** may be substantially similar with the decision made in step **664** from FIG. **6**C, which was previously described in conjunction with the embodiment of FIG. **6**C.

If the comparison in step **922** indicates that the number of data packets estimated to have been delivered to the receiver out of order exceeds the threshold value sysctl_dupack, the traffic management process enters step **924** where the highest sequence new packet number snd_nxt is stored in variable high_seq and the then-current size of the congestion window snd_cwnd is stored in the congestion window threshold snd_ssthresh. The sender advertised window is then increased in step **930**. The sender advertised window ("snd_adv_wnd") indicates the amount of data that the sender may transmit. The sender advertised window may be used to match the amount of data transmitted by the server to the network transmission capacity to maximize throughput and efficiently recover from data errors. In one embodiment of the invention, the sender advertised window is used to limit the highest data packet sequence number that may be sent by the server to a value of

$$snd\_una + snd\_adv\_wnd - 1,$$

where snd_una represents the sequence number of the next expected packet as indicated by the acknowledgment signals received from the client (i.e., all packets up to snd_una−1 are known to have been received).

In one embodiment of the present invention, the sender advertised window snd_adv_wnd is determined by selecting the maximum of two expressions in accordance with the following formula:

$$snd\_adv\_wnd = Max\{packets\_in\_flight + 3 * sysctl\_dup\_ack/no\_active\_conn, snd\_cwnd\}, \quad (6)$$

where packets_in_flight represents an estimate of the number of data packets that have been sent by the server but have not yet reached the receiver, sysctl_dup_ac represents a threshold variable which may be configured to determine when the system should assume that data packages that have not been delivered within a certain period of time are lost, no_active_conn is the number of data connections to a single server or client sharing the communication channel and snd_cwnd represents the congestion window for a particular connection.

The traffic management process then advances to step **928** where it retransmits a data packet that is assumed to be lost. Retransmission of data packets in step **928** is performed using a transmit timer substantially as described in conjunction with the embodiment of FIG. **6**A. The traffic management then sets a short timer and a long timer at step **930**. Short and long timers have been previously described in connection with the embodiment of FIG. **6**A. If the decision

US 7,099,273 B2

27

in step **922** evaluates as false, the system proceeds to step **932** where it resets a long timer. The system then enters state **934** where it waits for arrival of an acknowledgment signal or for expiration of the transmit timer, short timer, or long timer.

The preceding discussion relative to fast retransmit state **910** has described a series of steps that are executed when the decision in step **920** determines that fast retransmit state **920** was entered for the first time in the present cycle. If fast retransmit state **920** was not entered for the first time, however, step **940** is executed. In step **940**, a decision is made whether snd_una is larger than high_seq. If so, then all packets were resent have been successfully received at the client, and the system leaves fast retransmit state **910** via branch point "C." Otherwise, if the decision in step **940** indicates that not all data packets have been acknowledged as received, the system proceeds to step **942**. In step **942**, a decision is made whether more than two packets have been lost and need to be retransmitted. If so, then the congestion window snd_cwnd is reduced in step **944** from the value it had upon entering the fast retransmit state **910** as follows:

$$snd\_cwnd = a_5 * snd\_ssthresh,$$

where $a_5$ is a constant that determines the extent to which the transmission rate is decreased during the fast retransmit state and which may have been initialized in step **530** of the initialization phase **504** from FIG. **5**. The system then proceeds to step **946**.

If the decision in step **942** evaluates as false, then the system skips step **944** and advances directly to step **946**. At step **946**, the system updates relevant variables and transmits a data packet if appropriate. In one embodiment, transmission of a data packet at step **946** is not based on a transmit timer as previously described in connection with various aspects of the present invention, but instead relies on substantially-typical TCP logic. If a data packet was retransmitted in step **948**, the system sets a short timer and a long timer in step **950**. Short timers and long timers have been previously described in connection with the embodiment of FIG. **6A**.

According to one aspect of the present invention, early congestion detection permits use of a less drastic cutback in the data transmission rate upon detection of data loss than in typical TCP implementations. Such early congestion detection may be achieved through use of various aspects of the present invention disclosed herein. Consequently, when a data loss is detected, it is likely that the data loss is not due to traffic congestion, but it is instead a result of other phenomena affecting the network or the communication channel, like, for example, random signal fades in wireless transmissions.

One embodiment of the invention takes advantage of this fact by reducing the congestion window, and therefore indirectly the transmission rate, only when a second data packet loss is detected. By not reacting upon detection of a first data loss, this embodiment avoids premature reaction to apparent, but possibly non-existent, network congestion. This is in contrast to TCP, which generally reacts upon detection of losses by immediately reducing the congestion window and transmission rate. This mechanism of delayed reaction to data losses may be implemented with the assistance of the embodiment of FIG. **9**. If the system determines that the packet that was presumed lost and was previously retransmitted was not the first lost packet, then the congestion window is decreased. This process ensures that the congestion window is only decreased if a second data loss is

28

detected, but not before. In alternative embodiments, the decrease of the congestion window may occur only upon detection of a higher number of data losses than two. Depending on the nature the data being transmitted and the attributes of the network or communication channels, the number of data losses that induce a decrease in the congestion window, and correspondingly transmission rate, may be defined to be higher.

According to an aspect of the present invention, the data transmission rate may be adjusted independently of the size of the corresponding sender advertised window to separate congestion control from flow control within the traffic management process. In accordance with certain aspects of the invention, flow control may be performed by adjusting a congestion window to permit more aggressive probing of communication channel resources, or by using a timer to control the transmission rate to provide robustness to loss of control signals, as previously discussed. Since adjustment of the transmission rate may be performed based on the size of the congestion window and on the round trip time between the client and the server, as described in conjunction with the embodiment of FIG. **6A**, congestion control depends primarily on congestion window and round trip time in related implementations.

As described in conjunction with the embodiment of FIG. **9**, error recovery, which is a component of flow control, depends on the size of the advertised window. As can be ascertained from equation 6, in the embodiment of FIG. **9**, the sender advertised window is at least as large as the congestion window. The size of the sender advertised window may be increased further while the congestion window may be decreased. As a result, flow congestion may be decoupled from flow control. Consequently, a congestion window or a timer may be used during error recovery to adjust the transmission rate while controlling congestion, while the sender advertised window may be independently adjusted to ensure efficient error recovery. In a particular embodiment, the congestion window may be reduced in response to congestion and data loss while the sender advertised window may be increased to permit transmission of more data packets, therefore accelerating error recovery. This permits separation of congestion control and flow control, thereby increasing the flexibility and efficiency of the traffic management process and decreasing reaction latency. For example, even if the rate of transmission is decreased upon detection of network congestion, the system may continue to transmit data packets. As a result, the short timer and long timer are repeatedly reset, which prevents the occurrence of a timeout that may lead to a significant reduction in the data transfer rate.

FIG. **10** illustrates a flowchart showing exemplary processes that may take place during a fast recovery state in accordance with an embodiment of the present invention. Fast recovery state **1004** illustrated in FIG. **10** may correspond to fast recovery state **418** in the embodiment of FIG. **4**. In fast recovery state **1004**, the data transmission rate is gradually adjusted depending on channel resource availability. Fast recovery state **1004** tends to be a transitory state. In the embodiment of FIG. **10**, the traffic management process enters fast recovery state **1004** from fast retransmit state **910** in FIG. **9** via branch point "D". In decision step **1006**, a determination is made whether the congestion window was decreased while the traffic management process operated in fast retransmit state **910** of FIG. **9**. If the congestion window was decreased, then the traffic management process proceeds to step **1010** where it configures a variable corresponding to a particular state in a state management model

US 7,099,273 B2

29

that updates the congestion window. In one embodiment, step **1010** configures a state variable corresponding to the state model previously described in connection with FIGS. **8**A and **8**B. As particularly illustrated in FIG. **1010**, the traffic management process drives the state model into state CONGAVOID_REDUCED, which corresponds to state **806** in FIG. **8**A and state **824** in FIG. **8**B.

If the congestion window was not decreased in fast retransmit state **1002**, however, the traffic management process first reduces the congestion window in step **1008** before updating the state variable in step **1010**. From step **1010**, the traffic management process then proceeds to step **1012**, where it decreases the value of the congestion window threshold snd_ssthresh. In one embodiment, the congestion window threshold is decreased by a factor of ¾. The traffic management process then sets a long timer in step **1014**. The traffic management process then enters step **1016** where it waits for arrival of an acknowledgment signal or for the expiration of a timer.

While the present invention has been described with reference to exemplary embodiments, it will be readily apparent to those skilled in the art that the invention is not limited to the disclosed or illustrated embodiments but, on the contrary, is intended to cover numerous other modifications, substitutions, variations and broad equivalent arrangements that are included within the spirit and scope of the following claims.

What is claimed is:

1. A method of transferring data from a sender to a receiver in a communication network, the method comprising:

establishing a connection between the sender and the receiver;

measuring round trip times of data packets sent from the sender to the receiver;

determining a congestion window parameter that specifies a maximum number of unacknowledged data packets that may be sent to the receiver; and

transmitting additional data packets to the receiver in response to expiration of a transmit timer, the period of the transmit timer based on the round trip time measurements and the congestion window parameter.

2. The method of claim **1**, wherein the step of measuring the round trip times comprises measuring the time between transmission of a data packet and receipt of a corresponding acknowledgement.

3. The method of claim **1**, wherein the step of determining comprises adjusting the congestion window parameter in response to receipt of acknowledgements from the receiver.

4. The method of claim **3**, wherein the step of adjusting comprises incrementing the congestion window parameter in response to receipt of each acknowledgement.

5. The method of claim **3**, wherein the step of adjusting comprises incrementing the congestion window parameter in response to receipt of a number of acknowledgments

30

equal to the size of the then-current congestion window parameter.

6. The method of claim **3**, wherein the step of adjusting comprising increasing the congestion window parameter by an amount equal to a number of buffers effectively freed by each acknowledgement.

7. The method of claim **1**, wherein the period of the timer is based on a smoothed round trip time and a smoothed congestion window.

8. The method of claim **7**, wherein the period of the timer is based on a ratio of the smoothed round trip time and the smoothed congestion window.

9. The method of claim **7**, wherein the smoothed round trip time is based on an average and mean deviation of a plurality of round trip time measurements.

10. The method of claim **7**, wherein the smooth round trip time is based on a weighted sum of a previous smoothed round trip time and a then-current round trip time measurement.

11. The method of claim **7**, wherein the smoothed congestion window comprises a weighted sum of a previous smoothed congestion window and a then-current congestion window parameter.

12. The method of claim **1**, wherein the step of transmitting comprises multiplexing new and retransmitted data packets.

13. The method of claim **12**, wherein the step of multiplexing comprises determining whether to transmit either the new or the retransmitted data packets based on expiration of a timer.

14. The method of claim **12**, wherein the step of multiplexing comprises determining whether to transmit either the new or the retransmitted data packets based on a number of duplicate acknowledgments exceeding a predetermined threshold.

15. A system for transferring data from a sender to a receiver in a communication network, the system comprising:

a processor; and

a memory unit operably coupled to the processor, the memory unit storing instructions which when executed by the processor cause the processor to operate so as to:

establish a connection between the sender and the receiver;

measure round trip times of data packets sent from the sender to the receiver;

determine a congestion window parameter that specifies a maximum number of unacknowledged data packets that may be sent to the receiver; and

transmit additional data packets to the receiver in response to expiration of a transmit timer, the period of the transmit timer based on the round trip time measurements and the congestion window parameter.

* * * * *

# EXHIBIT 2

US007099273C1

# (12) EX PARTE REEXAMINATION CERTIFICATE (12770th)
# United States Patent
## Ha et al.

(10) **Number:**         **US 7,099,273 C1**
(45) **Certificate Issued:**    **Nov. 14, 2024**

(54) **DATA TRANSPORT ACCELERATION AND MANAGEMENT WITHIN A NETWORK COMMUNICATION SYSTEM**

(75) Inventors: **Sungwon Ha**, San Jose, CA (US); **Sung-wook Han**, San Jose, CA (US); **Tae-eun Kim**, Sunnyvale, CA (US); **Vaduvur Bharghavan**, San Jose, CA (US); **Upamanyu Madhow**, Santa Barbara, CA (US); **Kannan Ramchandran**, Berkeley, CA (US)

(73) Assignee: **OPTIMORPHIX, INC.**, Minneapolis, MN (US)

Reexamination Request:
No. 90/019,446, Mar. 8, 2024

Reexamination Certificate for:
| | |
|---|---|
| Patent No.: | **7,099,273** |
| Issued: | **Aug. 29, 2006** |
| Appl. No.: | **10/061,574** |
| Filed: | **Jan. 29, 2002** |

### Related U.S. Application Data

(60) Provisional application No. 60/309,212, filed on Jul. 31, 2001, provisional application No. 60/283,542, filed on Apr. 12, 2001.

(51) **Int. Cl.**
| | |
|---|---|
| *H04J 1/16* | (2006.01) |
| *H04J 3/14* | (2006.01) |
| *H04L 1/00* | (2006.01) |
| *H04L 1/1809* | (2023.01) |
| *H04L 1/1867* | (2023.01) |
| (Continued) | |

(52) **U.S. Cl.**
CPC .......... *H04L 1/0018* (2013.01); *H04L 1/0002* (2013.01); *H04L 1/1809* (2013.01); *H04L 1/1874* (2013.01); *H04L 1/188* (2013.01); *H04L 1/1887* (2013.01); *H04L 9/40* (2022.05); *H04L 47/10* (2013.01); *H04L 47/193* (2013.01); *H04L 47/20* (2013.01); *H04L 47/28*

(2013.01); *H04L 47/283* (2013.01); *H04L 47/37* (2013.01); *H04L 69/161* (2013.01); *H04L 69/162* (2013.01);
(Continued)

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

To view the complete listing of prior art documents cited during the proceeding for Reexamination Control Number 90/019,446, please refer to the USPTO's Patent Electronic System.

*Primary Examiner* — Matthew E Heneghan

(57) **ABSTRACT**

Improved data transport and management within a network communication system may be achieved by utilizing a transmit timer incorporated within the sender device and exploiting host-level statistics for a plurality of connections between a sender and receiver. The period of the transmit timer may be periodically adjusted based on a ratio of the smoothed round-trip time and the smoothed congestion window, thereby reducing or eliminating bursty data transmission commonly associated with conventional TCP architectures. For applications having a plurality of connections between a sender and a receiver that share a common channel, such as web applications, the congestion window and smoothed round trip time estimates for all active connections may be used to initialize new connections and allocate bandwidth among existing connections. This aspect of the present invention may reduce the destructive interference that may occur as different connections compete with one another to maximize the bandwidth of each connection without regard to other connections serving the same application. Error recovery may also be improved by incorporating a short timer and a long timer that are configured to reduce the size of the congestion window and the corresponding transmission rate in response to a second packet loss with a predefined time period in order to increase resilience to random packet loss.



**US 7,099,273 C1**

Page 2

(51) **Int. Cl.**
    *H04L 9/40*       (2022.01)
    *H04L 47/10*     (2022.01)
    *H04L 47/193*   (2022.01)
    *H04L 47/20*     (2022.01)
    *H04L 47/28*     (2022.01)
    *H04L 47/283*   (2022.01)
    *H04L 69/16*     (2022.01)
    *H04L 69/163*   (2022.01)
    *H04L 47/43*     (2022.01)

(52) **U.S. Cl.**
    CPC ............ *H04L 69/163* (2013.01); *H04L 47/43*
        (2022.05); *H04L 69/16* (2013.01); *Y02D 30/50*
                      (2020.08)

US 7,099,273 C1

**1**

# EX PARTE
# REEXAMINATION CERTIFICATE

NO AMENDMENTS HAVE BEEN MADE TO
THE PATENT

AS A RESULT OF REEXAMINATION, IT HAS BEEN
DETERMINED THAT:

The patentability of claims **1-15** is confirmed.

\* \* \* \* \*

**2**

# EXHIBIT 3

US009275167B2

(12) **United States Patent**
Melnyk et al.

(10) **Patent No.:**     **US 9,275,167 B2**
(45) **Date of Patent:**       **Mar. 1, 2016**

(54) **CONTENT ADAPTATION**

(75) Inventors: **Miguel Melnyk**, Champaign, IL (US); **Suresh Bashyam**, Sunnyvale, CA (US); **Andrew Penner**, Champaign, IL (US); **John Rochon**, Champaign, IL (US); **Kapil Dakhane**, Sunnyvale, CA (US)

(73) Assignee: **Citrix Systems, Inc.**, Fort Lauderdale, FL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 607 days.

(21) Appl. No.: **13/471,019**

(22) Filed: **May 14, 2012**

(65) **Prior Publication Data**

US 2012/0290917 A1      Nov. 15, 2012

**Related U.S. Application Data**

(62) Division of application No. 11/636,033, filed on Dec. 8, 2006, now Pat. No. 8,181,107.

(51) **Int. Cl.**
**G06F 17/21** (2006.01)
**G06F 17/30** (2006.01)
**H04L 29/08** (2006.01)

(52) **U.S. Cl.**
CPC .......... **G06F 17/30905** (2013.01); **H04L 67/28** (2013.01); **H04L 67/2823** (2013.01); **H04L 67/2828** (2013.01); **H04L 67/303** (2013.01)

(58) **Field of Classification Search**
CPC ................................................ G06F 17/30905
USPC ....................................................... 715/236
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,437,005 A | 7/1995 | Torres | |
| 5,491,785 A | 2/1996 | Robson et al. | |
| 6,023,714 A | 2/2000 | Hill et al. | |
| 6,230,157 B1 | 5/2001 | Malcolm et al. | |
| 6,300,947 B1 | 10/2001 | Kanevsky | |
| 6,920,488 B1 | 7/2005 | Le Pennec et al. | |
| 6,983,331 B1 | 1/2006 | Mitchell et al. | |
| 6,992,687 B1 | 1/2006 | Baird et al. | |
| 7,055,095 B1 | 5/2006 | Anwar | |
| 7,134,073 B1 | 11/2006 | Fiedorowicz et al. | |
| 7,293,281 B1 | 11/2007 | Moran et al. | |
| 7,305,479 B1 | 12/2007 | Morris et al. | |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 1 071 024 A2 | 1/2001 |
| WO | WO 00/39666 | 7/2000 |

OTHER PUBLICATIONS

Chen, Y. et al.; "Detecting Web Page Structure for Adaptive Viewing on Small Form Factor Devices"; ACM; WWW3 (2003); May 20-24, 2003; Budapest, Hundary; pp. 225-233.*

(Continued)

*Primary Examiner* — Frank D Mills
(74) *Attorney, Agent, or Firm* — Finnegan, Henderson, Farabow, Garrett & Dunner, LLP

(57) **ABSTRACT**

A system includes a mobile device and an optimization server. The mobile device is capable of transmitting request data that includes a requested webpage and identification data. The optimization server is configured to receive response data that corresponds to the request data from a content server, to adapt the response data based on the identification data, and to transmit the adapted response data to the mobile device.

**41 Claims, 11 Drawing Sheets**



## US 9,275,167 B2

Page 2

### (56)  References Cited

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 7,500,188 | B1 * | 3/2009 | Trapani et al. ............... 715/273 |
| 7,607,082 | B2 | 10/2009 | Xie et al. |
| 7,685,260 | B2 | 3/2010 | Fukuda et al. |
| 7,987,420 | B1 | 7/2011 | Kloba et al. |
| 8,181,107 | B2 | 5/2012 | Melnyk et al. |
| 2001/0047394 | A1 | 11/2001 | Kloba et al. |
| 2002/0049812 | A1 | 4/2002 | Nahon |
| 2002/0059367 | A1 | 5/2002 | Romero et al. |
| 2002/0091738 | A1 | 7/2002 | Rohrabaugh et al. |
| 2002/0103823 | A1 | 8/2002 | Jackson et al. |
| 2002/0116407 | A1 | 8/2002 | Negishi et al. |
| 2002/0120721 | A1 | 8/2002 | Eilers et al. |
| 2002/0143826 | A1 | 10/2002 | Day et al. |
| 2002/0161796 | A1 | 10/2002 | Sylthe |
| 2003/0033448 | A1 | 2/2003 | Kieffer |
| 2003/0037021 | A1 | 2/2003 | Krothappalli et al. |
| 2003/0046318 | A1 | 3/2003 | Schohn et al. |
| 2003/0069881 | A1 | 4/2003 | Huttunen |
| 2003/0088639 | A1 | 5/2003 | Lentini et al. |
| 2003/0115549 | A1 | 6/2003 | Ward |
| 2003/0176996 | A1 | 9/2003 | Lecarpentier |
| 2003/0214519 | A1 | 11/2003 | Smith et al. |
| 2003/0226110 | A1 | 12/2003 | Scheering |
| 2003/0229900 | A1 | 12/2003 | Reisman |
| 2003/0237053 | A1 | 12/2003 | Chen et al. |
| 2004/0049737 | A1 | 3/2004 | Simon Hunt et al. |
| 2004/0100509 | A1 * | 5/2004 | Sommerer et al. ............ 345/864 |
| 2004/0103371 | A1 * | 5/2004 | Chen et al. .................... 715/513 |
| 2004/0107403 | A1 | 6/2004 | Tetzchner |
| 2004/0120589 | A1 | 6/2004 | Lopresti et al. |
| 2004/0133848 | A1 * | 7/2004 | Hunt et al. .................... 715/500 |
| 2004/0139397 | A1 | 7/2004 | Yuan et al. |
| 2004/0148571 | A1 * | 7/2004 | Lue ............................... 715/514 |
| 2004/0163046 | A1 | 8/2004 | Chu et al. |
| 2004/0205568 | A1 | 10/2004 | Breuel et al. |
| 2004/0205605 | A1 | 10/2004 | Adler et al. |
| 2004/0205650 | A1 | 10/2004 | Cheng |
| 2004/0268221 | A1 | 12/2004 | Wang |
| 2004/0268248 | A1 | 12/2004 | Makela |
| 2004/0268249 | A1 * | 12/2004 | Fennelly et al. .............. 715/523 |
| 2005/0097458 | A1 | 5/2005 | Wilson |
| 2005/0108636 | A1 | 5/2005 | Sylthe et al. |
| 2005/0188298 | A1 | 8/2005 | Makela |
| 2005/0256836 | A1 | 11/2005 | Awamoto et al. |
| 2006/0007466 | A1 | 1/2006 | Ben-Yehuda et al. |
| 2006/0031404 | A1 | 2/2006 | Kassab |
| 2006/0031411 | A1 | 2/2006 | Gimson et al. |
| 2006/0036955 | A1 * | 2/2006 | Baudisch et al. ............. 715/747 |
| 2006/0047729 | A1 | 3/2006 | Yuan et al. |
| 2006/0047743 | A1 | 3/2006 | Yuan et al. |
| 2006/0059462 | A1 | 3/2006 | Yamamoto |
| 2006/0085743 | A1 * | 4/2006 | Baudisch et al. ............. 715/526 |

| | | | |
|---|---|---|---|
| 2006/0095510 | A1 | 5/2006 | Rouse et al. |
| 2006/0149726 | A1 * | 7/2006 | Ziegert et al. ..................... 707/5 |
| 2006/0173891 | A1 | 8/2006 | Berstis et al. |
| 2006/0195784 | A1 | 8/2006 | Koivisto et al. |
| 2006/0197782 | A1 | 9/2006 | Sellers et al. |
| 2006/0224955 | A1 | 10/2006 | Makela |
| 2006/0236223 | A1 | 10/2006 | Aubert et al. |
| 2006/0282758 | A1 | 12/2006 | Simons et al. |
| 2007/0083810 | A1 | 4/2007 | Scott et al. |
| 2007/0150556 | A1 | 6/2007 | Fukuda et al. |
| 2007/0226612 | A1 | 9/2007 | Sun |
| 2007/0268317 | A1 | 11/2007 | Banay |
| 2007/0276795 | A1 | 11/2007 | Poulsen |
| 2007/0300244 | A1 | 12/2007 | Kieffer |
| 2008/0033996 | A1 | 2/2008 | Kesari |
| 2008/0040659 | A1 * | 2/2008 | Doyle ........................... 715/236 |
| 2008/0072139 | A1 | 3/2008 | Salinas et al. |
| 2008/0109477 | A1 | 5/2008 | Lue |
| 2008/0120393 | A1 | 5/2008 | Chen et al. |
| 2008/0155396 | A1 | 6/2008 | Dubinko et al. |
| 2008/0195696 | A1 | 8/2008 | Boutroux et al. |
| 2012/0284616 | A1 | 11/2012 | Melnyk et al. |
| 2012/0290918 | A1 | 11/2012 | Melnyk et al. |
| 2012/0290919 | A1 | 11/2012 | Melnyk et al. |

#### OTHER PUBLICATIONS

Sanders, Javascript Design, pp. 10-11 (New Riders, Dec. 12, 2001).

Mohomed et al., Context-Aware Interactive Content Adaptation, pp. 42-55 (ACM, MobiSys '06, Jun. 19-22, 2006).

Hoh et al., Device Personalisation—Where Content Meets Device, pp. 67-74 (BT Technology Journal, vol. 21 No. 1, Jan. 2003).

Goebel et al., Software Architecture for the Adaption of IALOGS and Contents to Different Devices, pp. 42-51 (Springer-Verlag, Lecture Notes in Computer Science vol. 2344, 2002).

Ham, K. et al., "Wireless-Adaptation of WWW Content Over CDMA", Mobile Multimedia Communications, 1999 (MOMUC '99), pp. 368-372; Nov. 15, 1999.

Bos, K. et al., "HTML and Style Sheets", Standard-Working-Draft, Internet Engineering Task Force (IETF); http://www.w3.org/pub/WWW/TR; Jan. 23, 1996; pp. 1-10.

International Search Report and Written Opinion of the International Searching Authority for International Application No. PCT/US2007/023998, mailed Nov. 27, 2008, 33 pgs.

International Search Report and Written Opinion of the International Searching Authority for International Application No. PCT/US2007/023998, mailed Jun. 18, 2009, 23 pgs.

W3C; "HTML 4.0 Specification; W3C Recommendation"; retrieved from http://www.w3.org/TR/1998/REC-html40-19980424/html40.pdf; Apr. 24, 1998; p. 60.

Chen, Y. et al.; "Detecting Web Page Structure for Adaptive Viewing on Small Form Factor Devices"; ACM; WWW3 (2003); May 20-24, 2003; Budapest, Hungary; pp. 225-233.

* cited by examiner



FIG. 1

**U.S. Patent**     Mar. 1, 2016     Sheet 2 of 11     US 9,275,167 B2





CONTENT SERVER 116

STORAGE DEVICE 114

OS 110

REQUEST MONITOR 210

ADAPTOR 240

INT 260

CONTENT CACHE 220

RESPONSE MONITOR 230

INT 250

MOBILE DEVICE 202

FIG. 2



FIG. 3



FIG. 4A



FIG. 4B



FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 9



FIG. 10



FIG. 11A



FIG. 11B

US 9,275,167 B2

**1**

## CONTENT ADAPTATION

### RELATED APPLICATIONS

This application is a divisional of U.S. application Ser. No. 11/636,033, filed Dec. 8, 2006 now U.S. Pat. No. 8,181,107, titled "Content Adaptation," which is incorporated herein by reference.

### BACKGROUND INFORMATION

The Internet allows for vast amounts of information to be communicated over any number of interconnected networks, computers, and network devices. Typically, information or content is located at websites on one or more content servers, and a user can retrieve this content using a user agent, such as a web browser, running on a client device. For example, the user can input a webpage address into the web browser or access a web link, which sends requests to the server to access and provide to the user the content on the respective website. This type of communication is commonly referred to as "web browsing."

Web browsing is enjoyed by millions of users on the Internet. Because web browsing has become so widespread, many websites provide more complicated, enhanced visual effects and features. These enhanced qualities are generally directed towards a user viewing the website from a typical computer, such as a laptop, PC, etc.

Mobile web browsing has gained some traction because of the increased network speed, improved browsers, more powerful devices, and better pricing plans. But significant challenges still remain for Internet browsing on a mobile phone to become more popular among users. Some end user challenges include the frustration over long download times, the lack of accessibility, the lack of performance, and the lack of usability. For example, it may take over a minute for a full download of www.msn.com from a mobile phone on a typical network without multipart encoding. Accessibility challenges include the inability of WAP 2.0 browsers to render rich HTML content; the lack of plug in support for rich multi-media content; and the lack of support for DHTML websites. Performance challenges include the large latency in wireless networks, the discrepancies between uplink and downlink bandwidth, and TCP limitations. Along with the accessibility and performance issues, usability challenges can include, among other things, attempting to fit a large complicated page onto a small screen. In addition to these challenges to the user, website developers also face challenges such as the lack of standards for defining the device and the browsers capability, and the large test matrix of a myriad device and browser combinations. For mobile web browsing to become more readily operable for the user, these issues must be addressed.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a block diagram of an exemplary system.

FIG. 2 is a block diagram illustrating an embodiment of the exemplary system of FIG. 1.

FIG. 3 is a functional diagram illustrating an exemplary communication flow for the exemplary system of FIG. 2.

FIGS. 4A & 4B illustrate a Document Object Model tree structure and a corresponding webpage.

FIG. 5 is a flowchart representing the steps of an exemplary method for processing request data.

FIG. 6 is a flowchart representing the steps of an exemplary method for processing response data.

**2**

FIG. 7 is a flowchart representing the steps of an exemplary method for processing JavaScript coding.

FIG. 8 is a flowchart representing the steps of an exemplary method for providing content styling.

FIG. 9 is a flowchart representing the steps of an exemplary method for performing small screen adaptation of the original web page and paginating the response data.

FIG. 10 is a flowchart representing the steps of an exemplary method for performing form processing.

FIGS. 11A & 11B are block diagrams illustrating the exemplary effects of form processing.

### DESCRIPTION OF THE EMBODIMENTS

Reference will now be made in detail to the exemplary embodiments implemented according to the invention, the examples of which are illustrated in the accompanying drawings. Wherever possible, the same reference numbers will be used throughout the drawings to refer to the same or like parts.

FIG. 1 is a block diagram of an exemplary system. Exemplary system 100 can be any type of system that transmits data over a network, such as a wireless network, Internet, etc. For example, the exemplary system can include a browser requesting access to content from content servers through the Internet. The exemplary system can include, among other things, a user agent 102, a client device 104, a gateway 106, one or more networks 108, 112, an optimization server 110, a storage device 114, and one or more content servers 116-118.

User agent 102 is a client application used with a network protocol. For example, user agent 102 could be a web browser, a search engine crawler, a screen reader, or a Braille browser, and user agent 102 could be used to access the Internet. User agent 102 can be a software program that transmits request data (e.g., an HTTP/HTTPS/WAP/WAIS/Gopher/RTSP request, etc.) to a web server and receives response data in response to the request data. For example, user agent 102 can send request data to content servers 116-118 for a particular file or object data of a web page by its URL, and the content server of the web page can query the object data in a database and can send back the object data as part of the response data (e.g., HTTP/WAP response data) to the user agent. This process continues until every object in the web page has been downloaded to the user agent.

Client device 104 is a computer program or hardware device that can access remote services. Client device 104 can receive request data from user agent 102, can transmit the request data to the content servers, and can receive response data in response to the request data. For example, client device 104 can be Bytemobile Optimization Client Software. In some embodiments, user agent 102 and client device 104 can be housed in the same device, such as a computer, a PDA, a cell phone, a laptop, or any device accessing the Internet. In some embodiments, client device 104 can be removed and its functionality can be included in user agent 102.

Gateway 106 is a device that converts formatted data provided in one type of network to a particular format required for another type of network. Gateway 106, for example, may be a server, a router, a firewall server, a host, or a proxy server. The gateway 106 has the ability to transform the signals received from client device 104 into signals that network 108 can understand and vice versa. Gateway 106 may be capable of processing audio, video, and T.120 transmissions alone or in any combination, and is capable of full duplex media translations.

Networks 108 and 112 can include any combination of wide area networks (WANs), local area networks (LANs), or

US 9,275,167 B2

3

wireless networks suitable for networking communication such as Internet communication.

Optimization server (OS) **110** is a server that provides communication between gateway **106** and content servers **116-118**. For example, OS **110** could be a Bytemobile Optimization Services Node. OS **110** can optimize performance by enabling significantly faster and more reliable service to customers. OS **110** can include optimization techniques, which are further described below.

Storage device **114** is a device that stores adaptation parameters relating to the specifications of user agent **102** and a device utilizing the user agent **102**. In some embodiments, storage device **114** can be included with OS **110**, local to OS **110**, or remote from OS **110**. The stored adaptation parameters can assist OS **110** in determining what kind of optimization techniques are provided to user agent **102** and the device. Storage device **114** can be any type of device that stores data.

Content servers **116-118** are servers that receive the request data from user agent **102**, process the request data accordingly, and return the response data back to user agent **102**. For example, content servers **116-118** can be a web server, an enterprise server, or any other type of server. Content servers **116-118** can be a computer or a computer program responsible for accepting HTTP requests from the user agent and serving the user agents with web pages.

FIG. **2** is a block diagram illustrating an embodiment of the exemplary system of FIG. **1**. Mobile device **202** is a wireless device that can include, among other things, user agent **102** and/or client device **104**. OS **110** may include, among other things, a request monitor **210**, a content cache **220**, a response monitor **230**, an adaptor **240**, and interfaces **250**, **260**. As stated above, in some embodiments, storage device **114** can be located within, local to, or remote from OS **110**.

Request monitor **210** can be a software program or a hardware device that receives or intercepts the request data, such as an HTTP request for a specific URL, from mobile device **202**. Request monitor **210** has the ability to extract identification data, from the request data and to provide the identification data to the storage device **114** in exchange for adaptation parameters, which can be provided to adaptor **240** for future processing. Identification data can include, among other things, the type of user agent and the type mobile device, and the adaptation parameters can include data describing the properties of the user agent and mobile device, such as screen size, etc. Request monitor **210** can also communicate with the content cache **220** to provide stored adapted response data (e.g., sub-pages) to the mobile device **202**. Further, request monitor **210** can transmit the request data to content server **116** if the request data does not request the adapted response data.

Response monitor **230** can be a software program or a hardware device that receives response data from content server **116**. After receiving the response data, response monitor **230** provides the content data to adaptor **240**, which adapts the response data for mobile device **202**. Depending upon whether the response data is to be adapted for the mobile device, response monitor **230** can provide either the response data or the adapted response data to mobile device **202**.

Adaptor **240** can be a software program or a hardware device that receives the response data from response monitor

4

**230** and adapts the response data in accordance with the adaptation parameters received from request monitor **210**. This adaptation process will be further described below. Adaptor **240** can provide the adapted response data to response monitor **230** and/or content cache **220**. In some embodiments, the adapted response data includes a main adapted sub-page and subsequent adapted sub-pages. The main adapted sub-page could be provided to the response monitor **230**, which provides it to mobile device **202** for downloading and displaying. These sub-pages could be stored at content cache **220** for future referencing.

Content cache **220** is a device that stores adapted response data (e.g., adapted sub-pages) for future referencing. Content cache **220** can provide this adapted response data to request monitor **210**, which can provide the adapted response data to mobile device **202** without having to re-request response data from content server **116**. Content cache **220** can also provide adapted response data to response monitor **230**, which transmits this data to mobile device **202**. In some embodiments, content cache **220** can directly provide the adapted response data to mobile device **202**.

Interfaces **250** and **260** are software programs or hardware devices that communicatively couple OS **110** with mobile device **202** and content server **116** through wired or wireless communication means. Each interface has the ability to communicate with the elements of OS **110**, translate the communication so that the communication means can utilize the data, and transmit the translated communication across the corresponding communication means. In some embodiments, interfaces **250** and **260** can include encryption means and/or decryption means to encrypt communications leaving from and decrypt communications coming into OS **110**.

FIG. **3** is a functional diagram illustrating an exemplary communication flow in the exemplary system of FIG. **2**. It is assumed for the purposes of explaining this exemplary communication flow that the request data corresponds to a request for a URL and that content cache **220** has not stored any adapted response data corresponding to the requested URL. Further, while the exemplary communication flow illustrates OS **110** providing the content adaptation, in some embodiments, the user agent may include additional components to locally assist the content adaptation process by transferring or further translating the adapted information.

The user inputs a URL into a user agent of the mobile device **202**. Mobile device **202** then transmits (**302**) the request data to OS **110**. The request data can include, among other things, the requested URL and identification data identifying the mobile device and the type of user agent on the mobile device. The request data can be directed explicitly to a gateway or proxy and then to OS **110**, or it can be directed to content server **116** and the request can be intercepted transparently by an inline proxy or gateway.

Request monitor **210** extracts the identification data from the request data and then transmits (**304**) the identification data to storage device **114**. Responsive to the identification data, storage device **114** returns (**306**) adaptation parameters to request monitor **210**. In some embodiments, the adaptation parameters may include, among other things, the following data:

| Adaptation parameters | Meaning/Use |
| --- | --- |
| JavaScript support | whether the device supports JavaScript |
| Screen width | usable screen width in pixels |

US 9,275,167 B2

5

6

-continued

| Adaptation parameters | Meaning/Use |
|---|---|
| Screen height | usable screen height in pixels |
| Markup language | usually XHTML or XHTML/MP |
| Color depth | bit-depth used for image transcoding/byte-reduction |
| Maximum bytes per page | devices generally have problems when the page size exceeds this limit |
| Maximum images per page | some devices have problems when the number of images exceeds this limit |
| Maximum links per page | few devices have problems when the number of links exceeds this limit |
| Font-size support | whether variable font-sizes can be used |
| Font-family support | whether variable font-families can be used |
| Preferred font-family | default font-family of the device |
| Minimum font size | the smallest size where differences in font size are no longer rendered |
| Maximum font size | the largest size where differences in font size are no longer rendered |
| Number of available font sizes | how many different font sizes can be specified between min and max where each font size is rendered differently |
| HTML table support | whether the browser can render tables |
| Previous sub-page soft-key | The key number in the handset keypad to link to the "Previous sub-page" action |
| Next sub-page soft-key | The key number in the handset keypad to link to the "Next sub-page" action |
| Top of page soft-key | The key number in the handset keypad to link to the "Top of the page" action |
| Bottom of page soft-key | The key number in the handset keypad to link to the "bottom of page" action |
| Referring page soft-key | The key number in the handset keypad to link to the "Previously viewed site" action |
| Maximum URL length | Some devices cannot handle long URLs |
| Maximum HTML title length | Used to chop title for browser which don't manage long titles properly |
| User Agent | Used for device-specific adaptations |

Upon receiving the adaptation parameters, request monitor **210** can forward (**308**) the adaptation parameters to adaptor **240** for future referencing. In some embodiments, adaptor **240** receives the identification data from request monitor **210**, stores it, and exchanges the identification data for the adaptation parameters located in storage device **114**.

After communicating with adaptor **240**, request monitor **210** forwards (**310**) the request data to content server **116**. Subsequently, content server **116** provides (**312**) response data (e.g., HTTP response), associated with the request data, to response monitor **230** of OS **110**. The response data can include, among other things, an HTML document, a Cascaded Style Sheet Files, and one or more JavaScript files, all of which constitute the requested webpage. These web pages include a collection of nested HTML elements, represented by tags. The OS **110** can utilize a parser to create a data structure that stores the tags found in the HTML document for accessing and manipulating each individual element in the HTML document. Because HTML tags can be nested, this data structure is likely to be in the form of a tree.

The Document Object Model (DOM) interface is a standard method to access this tree-like data structure, commonly referred to as the DOM tree of the HTML document, and represents the requested web page. The embodiments described herein generally assume a DOM tree as the input, but it would be readily appreciated by one of ordinary skill in the art that any other type of data structure representing a web page can be used. Further, it would be readily appreciated by one of ordinary skill in the art that any other method for accessing and traversing the elements in the webpage can be used.

The following sample HTML document illustrates some key concepts:

```
<html>
    <head>
        <title> The Document Title </title>
    </head>
    <body>
        <div>
            <h1> A section header </h1>
            <p> a paragraph</p>
        </div>
        <span> <p> Another Paragraph </p> </span>
    </body>.
</html>
```

For example, FIG. **4A** illustrates a very simplified DOM tree structure that represents the sample HTML document. In this DOM tree structure, node **400** is the root node and is also the parent node of child nodes **402**, **414**. An exemplary embodiment could be that root node **400** has an <HTML> tag, which identifies root node **400** as being written in HTML. Further, node **402** includes a <Body> tag and node **414** includes a <Head> tag. The <Body> tag encloses the actual, visible content of the HTML document, and can be used to define style properties that apply to the entire document, such as the background image, the text, the link, and the visited link colors. The <Head> tag encloses special tags bearing information about the document itself. Node **414** has a child node **416**, a descendent of both node **400** and node **414**. For this particular example, node **416** includes a <Title> tag, which identifies the node having the title of the page at the head of the document. Node **402** links to nodes **404**, **410**, which are both descendents of node **402** and **400**. In this example, node **404** is a <div> tag that encloses a header <h1> tag (node **406**) and a paragraph <p> tag (node **408**) while node **410** is a <span> tag used to apply style to the "another paragraph"<p> tag in node **412**. Ultimately, each node in the DOM tree may

US 9,275,167 B2

7

be displayed, or rendered for a computer screen by using the style information provided in the webpage's CSS files. As a result of the rendering process, each node in the DOM tree can have geometric and style properties. For example, the rendering process of the data tree structure provided in FIG. **4A** could produce the exemplary webpage provided in FIG. **4B**. FIG. **4B** provides the corresponding reference numbers that relate to the data tree structure provided in FIG. **4A** and the sample HTML document provided above.

Referring back to FIG. **3**, if adaptation is required, response monitor **230** provides (**314**) the response data to adaptor **240**, which adapts the response data for mobile device **202** based on the adaptation parameters provided in step **308**. Adaptor **240** traverses the DOM tree structure, to create adapted request data that would maintain the look and feel of the originally requested webpage. This adaptation can also include content styling, JavaScript processing, small screen adaptation, and paginating the response data, wherein paginating includes, among other things, separating the request data into several sub-pages because the screen and/or user agent on the mobile device may not be able to accommodate the entire webpage. For example, if a user requests cnn.com, the entire cnn.com webpage could not be displayed on the phone because the download would take too long and/or the mobile device's memory could not be sufficient to accommodate all of the information. Paginating would allow cnn.com to be broken up into several sub-pages while still maintaining the look and feel of the original page.

If the adaptor creates several sub-pages, the adaptor can determine the adapted main sub-page and the subsequent sub-pages. For example, referring back to the cnn.com example, the breaking news section of cnn.com could be the adapted main sub-page while the latest news tab box, the menu items, etc. could all be in the same or different sub-pages. As will be explained later, the sub-pages can include header and footer data that link to prior and subsequent sub-pages.

By creating these sub-pages, adaptor **240** assists mobile device **202** because mobile device **202** does not have to download the entire webpage. If the adapted response data includes one or more subsequent sub-pages, adaptor **240** can forward (**316**) these one or more subsequent sub-pages to content cache **220** to be stored for future referencing. If the sub-page is the adapted main sub-page, adaptor can forward (**318**) the adapted main sub-page to response monitor **230**, which forwards (**320**) the adapted main sub-page to mobile device **202** for downloading and displaying. In some embodiments, adaptor **240** can forward the adapted main sub-page to response monitor **230** at step **318** prior to forwarding the subsequent sub-pages to content cache **220** at step **316**. Further, in some embodiments, adaptor **240** can bypass forwarding the adapted main sub-page to response monitor **230** and can directly forward it to the mobile device **202** itself.

The user can then view the adapted main sub-page at mobile device **202**. If preferring to view a subsequent sub-page, a user can request this sub-page by linking to it through a footer on the bottom of the downloaded main sub-page. Then, mobile device transmits (**322**) the request data, which includes the request for the subsequent sub-page, to OS **110**.

Request monitor **210** receives the request data and analyzes it to determine whether the request data includes a request for new content data or for another subsequent sub-page. In this particular case, request monitor **210** determines that the request is for another sub-page. Because of this determination, request monitor **210** communicates (**324**) the request to content cache **220** for the requested adapted sub-page. Upon receiving the adapted sub-page, request monitor **210** can for-

8

ward (**326**) it to mobile device **202** for downloading. In some embodiments, one of ordinary skill in the art would appreciate that content cache **220** can forward the cached adapted sub-page directly to mobile device **202**.

FIG. **5** is a flowchart representing an exemplary method for processing request data. It will be readily appreciated by one of ordinary skill in the art that the illustrated procedure can be altered to delete steps or further include additional steps. After initial start step **500**, an OS receives (**502**) request data from a mobile device.

After receiving the request data from mobile device, the OS determines (**504**) whether the request is for an adapted sub-page. If so, the OS communicates (**514**) the request data to the content cache for the particular adapted sub-page corresponding to the request data and then forwards (**516**) the particular sub-page to the mobile device for downloading and displaying. After the forwarding, the method can proceed to connector **518** and then end (**520**).

On the other hand, if the request data does not correspond to a request for an adapted sub-page, the request data corresponds to a request for content data (e.g., HTTP content) resulting in the OS extracting (**506**) identification data from the request data. The identification data provides a sequence of alphanumeric symbols that include data about the mobile device type and the user agent type. The OS communicates (**508**) the identification device to a storage device in exchange for adaptation parameters (e.g., the adaptation parameters provided in the chart above), which assist the OS in determining how to adapt the content data for the requesting mobile device. Upon receiving the adaptation parameters, the OS can provide (**510**) the adaptation parameters to the adaptor for future processing.

The OS can then transmit (**512**) the request data to a content server where the content server transmits response data to the OS; the response data including content data corresponding to the request. In some embodiments, the OS can add additional parameters to the request data to ensure that the content server will reply with a webpage. In some embodiments, transmission step **512** can be located between extraction step **506** and communication step **508**. After the transmission, the method can proceed to connector **518** and then end (**520**).

FIG. **6** is a flowchart representing an exemplary method for processing response data. It will be readily appreciated by one of ordinary skill in the art that the illustrated procedure can be altered to delete steps or further include additional steps. After initial start step **600**, an OS receives (**602**) response data from a content server.

After receiving the response data, the OS determines (**604**) whether the response data is to be adapted for the mobile device. For example, some websites, such as Google, are mobile-aware, and provide a response already adjusted specifically for mobile devices and hence, may not need the adaptation process. In some embodiments, mobile-aware response data may still require adapting by the OS. If the request data is not to be adapted, the OS can transmit (**608**) the non-adapted response data to the mobile device for downloading. After the transmission, the method can proceed to connector **622** and then end (**624**).

On the other hand, if the response data is to be adapted for the mobile device, the OS parses and traverses (**610**) an original DOM tree structure of the response data (e.g. HTTP response data). As a result of the parsing, the OS can provide a DOM tree that can be traversed to perform at least one of the following for adaptation: JavaScript processing (**612**), content styling (**614**), and paginating and small screen transforming (**616**), which will be further described in FIGS. **7**, **8**, & **9**, respectively. These adaptation processes can work together or

US 9,275,167 B2

9

operate as a single standalone process. These adaptation processes can alter a webpage provided by the response data to be broken down into several sub-pages, which can include a first adapted main page and/or one or more subsequent adapted sub-pages. The OS caches (618) these one or more adapted sub-pages for future referencing and provides (620) the adapted main adapted page to the mobile device for downloading. If the user at the mobile device requests one of these adapted sub-pages, the OS can provide them to the mobile device without having to re-request the data from the content server. In some embodiments, where only one main adapted page was created from the original web-page, the method can bypass storage step 618. After the providing step, the method proceeds to connector 622 and then ends (624).

FIG. 7 is a flowchart representing an exemplary method for processing JavaScript coding. This particular example is concerned with sending JavaScript code and its relevant execution context state information in the adapted sub-page(s) to retain key JavaScript functionality in the adapted sub-page to be provided to the mobile device. This exemplary method effectively provides a "snapshot" and transfers the execution context to the mobile device browser. In this example, Java-Script functionality considered critical relates to the animation and processing of HTML forms and tab boxes. This exemplary method can be extended to preserve other types of functionality. It will be readily appreciated by one of ordinary skill in the art that the illustrated procedure can be altered to delete steps or further include additional steps or functionality. It is assumed for purposes of this method that upon receiving the response data, an OS creates a JavaScript Engine to prepare the JavaScript Execution Context according to Standard JavaScript Specifications, summarized herein at steps 702 to 708.

After initial start step 700, the OS extracts (702) all Java-Script code and references from the original DOM tree structure and any related JavaScript files to build the JavaScript Execution Context (JSContext). The JSContext provides a list of all JavaScript objects defined in the global scope of the requested web page. This list includes objects of user-defined type, objects of built-in type (data, string, etc.), native objects exposed to JavaScript (document, window, etc.), and special objects, such as functions. Then, a JSProcessor extracts (704) the list of JavaScript objects from the JSContext and stores (706) them as keys in a global object map. In some embodiments, native objects are not included in the global object map because these objects can be provided by the user agent's JavaScript implementation. Once the web page is fully loaded and the JS execution context (JSContext) is built, the JSProcessor executes (708) all "onload" JavaScript functions. Onload JavaScript functions perform additional downloads, initialization, and formatting of the webpage. After onload script execution, the web page reaches a static state and usually waits for user interaction.

Then, the OS can begin traversing the DOM tree structure by traversing (712) the next non-traversed node (e.g., first designated node). During the DOM tree traversal, the OS examines each DOM node, which represents an HTML element, to determine whether it references JavaScript objects, and if so, whether those JavaScript objects will be needed in the adapted page to retain desired functionality. The OS determines (714) whether the current HTML element node in the DOM tree structure being visited references JavaScript in one or more of its attributes. For example, a node meeting this first condition can include an anchor tag, with an <href> attribute, containing a JavaScript function call and a select tag with an onchange attribute containing actual JavaScript. If the attributes do not reference JavaScript, the method proceeds to

10

connector 734 and the method further, if needed, traverses the next node within the DOM tree structure.

On the other hand, if the attributes refer to JavaScript, the OS determines (716) whether the JavaScript object(s), referenced by this HTML element node, are necessary (and can be executed) in the resulting adapted sub-page to retain the desired functionality. This determination involves the OS determining whether at least one of the following can be satisfied: this DOM node is located in a DOM sub-tree marked for direct copy (e.g., as a result of a tab box preservation technique further described below); this DOM node is a descendant of a form node; this DOM node is form-related even though it may not be inside a form (select, input, etc.); and this DOM node includes any other criteria related beyond tab-box and form processing (if used as an extension of this exemplary method). If none of these conditions are met, the method proceeds to connector 734 and the method, if needed, further traverses the DOM tree structure. Otherwise, if at least one of these conditions is met, then the JavaScript object(s) should be provided in the adapted page, and this object, as well as all the objects referenced during its execution, should be extracted from the global map and sent in the adapted page.

For this purpose, the OS can build an object dependency graph, which identifies the relationship of the current object to other objects in the global map, during the DOM tree traversal. Steps 718 to 732 refer to building this dependency graph and extracting the JavaScript code to be included in the adapted sub-page(s). These steps are exemplary and may vary in different embodiments to achieve the objective of retrieving JavaScript code required to continue the execution in the adapted page. The dependency graph in this case is implemented as a set (a type of data structure). In addition, the "class" and "id" attributes (if any) of this HTML element are retained in the adapted page.

Next, the OS parses the JavaScript found in the attribute value for any reference to objects in the global map. To begin the parsing, the OS tokenizes (718) the JavaScript code (e.g., by using the JavaScript Engine's lexical scanner) into a list of identifiers. After the tokenization, the OS extracts (722) the identifiers matching the JavaScript object in the global object map. The identifiers that match a global object name are added (724) to the current DOM node's dependency set, which stores global object names that this JavaScript depends upon. The OS decompiles (726) the global object into source code, which provides a snapshot of the global object at this instant in time. The OS then stores (728) this source code in the global object map at an entry corresponding to the global object's name. Next, the OS tokenizes (730) this source code to determine if it references other global objects by looking up the identifier tokens in the global object map.

After tokenizing this new fragment of source code, the OS determines (732) whether the source code references other global objects by looking up identifiers in the global object map. If so, the process is iterated by proceeding to connector 720 until no more dependencies are found. After decompiling and tokenizing a global object, any dependencies found during the recursive dependency search are cached in the object's dependence set. If an object, whose dependencies were already processed, is queried again during a subsequent recursive dependency search, a cached dependence set is used, avoiding the re-processing. The following example illustrates dependency caching. Suppose there are two HTML elements in the original document and the objects in the left column are defined in the global scope of this document as well.

HTML Element 1: <input onmouseover='alert(y)'>
HTML Element 2: <select onchange='foo( )'>

US 9,275,167 B2

11

| Global Object | Dependence Sets After HTML Element 1 | Dependence Set After HTML Element 2 |
|---|---|---|
| var x = 5<br>var y = x + 10<br>bar( ) { alert(y − 2) }<br>foo( ) { bar( ) } | X | x (cache hit)<br>x, y<br>bar, x, y |

Notice that the 'alert' identifier would be after decompiling and tokenizing 'bar.' The 'alert' function (object) is provided by the native implementation. Thus, in some embodiments, this non-native object is not included in the dependency sets because it is assumed that the target device will provide this object.

This example also illustrates the concept of taking a snapshot of the execution context. For example, variable X holds the value 5. To continue the execution in the target device, the current value of x will be needed for the JavaScript application to work properly. The de-compilation step at step **726** can provide JavaScript code that would set the variable to the value it had at snapshot time. If determination step **732** determines that the source code refers to other global objects on the map, the method proceeds to connector **720** for further decompiling, storing, and tokenizing the remaining objects.

On the other hand, if the source code does not refer to other objects in the global object map, the OS determines (**736**) whether all DOM nodes have been traversed in the original DOM tree structure. If not, the method proceeds with the traversal of the original DOM tree by advancing to connector **708** and the next DOM node is traversed.

On the other hand, if the traversal has reached the root node, the OS constructs (**738**) JavaScript source code. This construction can occur during a serialization function (provided in FIG. **9**) used for preparing the final HTML code to be sent, managing the dependency sets for each HTML element in the DOM tree structure and merging them (eliminating duplicates between DOM sub-trees) as the DOM tree representing a sub-page is traversed bottom-up. Serialization is performed in several bottom-up traversals (one for each identified Content Section), and once these traversals reach the root node, the merged dependency graph represents all global objects on which the entire DOM tree is dependent. Constructing the adapted source code involves querying each name in the merged dependency set provided in the root DOM node of each content section. The source code for each object (which has already been stored for these objects) is returned and appended to the sub-page being prepared for output to mobile device for all the content sections included in the sub-page (the appending is provided in FIG. **9** at step **916**). The resulting source code for all required objects can compile into a state identical to the state of the original document after onload scripts have been executed—without any of the original onload scripts present in the resulting document—resulting in a transfer of the execution context to the mobile device. After constructing the final JavaScript code, the method can end **740**.

FIG. **8** is a flowchart representing an exemplary method for content styling. It will be readily appreciated by one of ordinary skill in the art that the illustrated procedure can be altered to delete steps or further include additional steps. Providing this content styling process to the resulting small-screen adapted content structures helps an OS significantly reduce the bytes of Cascading Style Sheet (CSS) information while preserving the original look and feel of the original webpage. Of the numerous CSS properties that can be applied to an HTML tag of the DOM tree structure, this method defines a

12

subset of essential style properties affecting the rendering and displaying of HTML elements to retain the look and feel of the original content in the small-screen adapted content. For example, the essential properties may include, among other things, the following:

font-style—The font-style property sets the style of a font (italic, oblique).

font-variant—The font-variant property is used to display text in a small-caps font, which means that all the lower case letters are converted to uppercase letters, but all the letters in the small-caps font have a smaller font-size compared to the rest of the text.

font-size—The font-size property sets the size of a font.

font-weight—The font-weight property sets how thick or thin characters in text should be displayed (often used to bold characters).

font-family—The font-family property is a prioritized list of font family names and/or generic family names for an element. The browser will use the first value it recognizes.

text-decoration—The text-decoration property decorates the text.

text-transform—The text-transform property controls the letters in an element.

background-color—The background-color property sets the background color of an element.

color—The color property allows authors to specify the color of an element.

display—The display property sets how/if an element is displayed.

width—The width property sets the width of an element.

The essential properties can be the only properties considered by the style application method. But there can be exceptions programmed into the OS, wherein an exception may include the styling of tab boxes in which all CSS properties explicitly set in the original page are transferred to the adapted page.

By applying these retained properties to the resulting content sections of the DOM trees during the serialize stage, a significant portion of the original's page style can be achieved. The OS can discard the layout-specific CSS properties, thereby significantly reducing the amount of data transmitted to and downloaded at the mobile device.

The first stage in the style application process extracts the essential CSS style properties from each HTML element to be included in the adapted page. Extraction can be performed during the traversal of the original DOM tree, simultaneously with JavaScript processing, flattening, etc. After initial start step **800**, to begin the extraction process the OS begins extracting (**802**) the DOM tree structure. Upon reaching a node, the OS extracts (**806**) the essential computed CSS style properties from this node during the traversal of the DOM tree structure, saves the CSS style properties to a style structure, and copies the structure to this node's children nodes. The OS next determines (**808**) whether any nodes still need to be extracted. If so, the method proceeds to connector **804** to extract additional nodes; otherwise, the OS begins the second stage of content styling.

The second stage of content styling involves applying the appropriate style to each node. This function occurs during a serialization process (further explained below in FIG. **9**) that creates actual HTML code for each content section being serialized. Style application can be performed differentially by including an HTML code imposing style when a change in style is detected. The method for applying style changes tries to incorporate the inheritance features of HTML CSS, and can be applied in the following exemplary ways:

US 9,275,167 B2

13

When a change in a background color needs to be applied, the OS wraps all contiguous DOM nodes sharing the same style within a <DIV> tag thereby forcing the style change.

If background color change is not necessary, the OS uses a <SPAN> tag that forces the new style properties to wrap contiguous nodes with the same style.

Style is applied directly to each node (without using inheritance) in the following cases:

(1) the tag of the node is a h1-h6 tag;

(2) the tag of the node is an <anchor> tag being provided to an openwave browser because these tags have trouble inheriting style;

(3) the node is a preformatted node resulting from the layout preservation small screen adaptation process; or

(4) the tag of the node is a tag that cannot be directly wrapped within a <span> or <div> tag (e.g., an <option> tag).

The second stage is conducted on each of the adapted Content Section DOM trees, in a bottom-up fashion during serialize step in FIG. 9. In the particular embodiment explained in FIG. 8, the method assumes that all stored style properties for each node contain absolute style values (i.e. "background-color=blue", and therefore, in addition to the differential style application, the method includes the detection of style changes between a parent node and its children). The method can be modified to cover other cases as well. To begin the second stage, the OS selects (812) a parent node and sets the parent node's style as the variable CurrentStyle. After setting the variable, the OS determines (816) whether the parent node has any children nodes to traverse.

If the parent node has children nodes to traverse, the OS further determines (818) whether a difference exists between the CurrentStyle and the child node's style. For determining the difference, the OS specifies the style content by defining classes. One class is defined for each style property:value pair that is found necessary to be applied at some point to force a desired style change. Classes are created on demand during the serialization process as changes in style are found, and are used in enclosure tags (<div> or <span> tags) for inheritance, or applied directly as discussed above. If a difference does not exist, the OS adds (820) the child node to the list of children node that share the same style and the method proceeds through connectors 826826 and 814 to determination step 816.

On the other hand, if a difference exists, OS wraps (822) the previous children nodes in an enclosure tag, sets the current child node style to CurrentStyle, and adds the current child node to a new list of children nodes. For example, the enclosure tag can be a <div> tag or a <span> tag. Then, the OS associates (824) the CurrentStyle with either a new or an existing style class. If the CurrentStyle is a new style, the OS could create a style class name; add that style value to a global index and future nodes having the same or similar styles could be added to this class name; and apply the class name to the enclosure tag. Otherwise, if this nodes style value is the same as or similar to an existing style value, this node could be added to the pre-existing class name associated with the existing style value.

If the parent node does not have any remaining children to traverse in determination step 816, the OS further determines (828) whether additional nodes remain to be enclosed or wrapped. If so, the method proceeds to connector 810 and then selection step 812; otherwise, the OS includes (830) the style values in a paginated sub-page that corresponds to the applied class name. When an adapted sub-page is con-

14

structed, all classes used to style the content sections enclosed in the sub-page are explicitly included inside the page's<style> tag. After the including step, the method can proceed to end (832).

FIG. 9 is a flowchart representing an exemplary method for transforming the original webpage into a set of sub-pages. These sub-pages bear the relevant content of the original webpage in an order that is best suited for viewing in a mobile device; are formatted to fit the small screen of a mobile device; and fit in the available memory of the mobile device. It will be readily appreciated by one of ordinary skill in the art that the illustrated procedure can be altered to delete steps or further include additional steps. After initial start step 900, the OS receives (902) adaptation parameters from a storage location. The adaptation parameters (e.g., the adaptation parameter provided in the chart above) provide information regarding the properties of a mobile device and its user agent and it helps the OS determine how to adapt the response data for transmitting it to the mobile device.

A key definition on which the present method relies is a classification of HTML elements, used to determine which action should be performed on each corresponding node in the original DOM tree. These types of classifications break into three main groups: (1) grouping elements, such as <table> or <div> tags, that impose a specific layout or structure to the content, but do not usually represent actual content; (2) ignored elements that do not provide any useful content; and (3) simple elements, such as font formatting tags, links, images, etc., that represent content or non-layout inducing markup. An exemplary classification chart is provided below in Appendix A illustrating the specific classifications for all HTML tags.

To further paginate, the OS identifies (904) sections of related content in the original DOM tree to allow advanced content manipulation. For example, menus can be moved, or content can be reordered into a more usable sequence, while preserving the logical and semantical grouping. The OS can perform identification of a content section based on statistical pattern recognition techniques to minimize the classification error. Content sections are used for arranging data that should belong together so that the adapted sub-pages maintain the look and feel of the original webpage. To identify the content sections, the OS traverses the DOM tree structure. The OS then determines (906) whether to create a content section based on the geometric information (or box model[width, height]) of a node. The geometric information of the node determines whether a content section may be created from its sub-tree. To classify a node in the DOM tree as a content section, a series of rectangles in the width×height plane (also called buckets) can be used. The first condition for considering whether a DOM node should be included in a content section is to determine whether the node fits in one of these buckets, which are described in more detail below. If a node fits in one of the content section buckets, it is likely that its sub-tree will be in the same content section bucket. During the traversal of each node of the original DOM tree, the following steps are performed for finding content sections:

The depth first pre-order traversal of the DOM tree starts at the root—an <html> tag.

The OS skips the current node and its sub-trees if the current node is listed in the in the ignored element list.

The OS creates a content section for the current node if the current node is a text node, resulting in the current node being a leaf node, unless the text is filler text. Filler text can be considered decorative and otherwise useless text, like a lone pipe symbol or two colons.

US 9,275,167 B2

15

The OS skips the current node if the current node is odd shaped and is either an <image> or <iframe> tag. This classification identifies images that are used for layout as spacers, shading, ornamentation, or useless information that neither preserves the original layout of the content data nor provides content. For example, the OS can identify odd shaped elements when any of the following are true:

(1) width in range (0,7) pixels;

(2) height in range (0,4) pixels;

(3) aspect ratio>5 and width <17 pixels;

(4) aspect ratio<0.04 and height <17 pixels;

(5) x coordinate<−width (no part of the object is rendered on the screen); and

(6) y coordinate<−height (no part of the object is rendered on the screen).

The OS can create a content section out of the current node if tab box processing is enabled and the current node is classified as a tabbed box (as described below).

The OS creates a content section if the current node has been classified as a simple element.

The OS creates a content section if the current node is a grouping element whose shape fits a content section bucket classification (as described below) or is a hidden node, which is determined through the CSS properties 'visibility' and 'display'.

The OS can recover from misidentifications of content sections caused by the presence of nodes within the content sections that have the "float" CSS property set. For detecting this situation, the OS saves the geometry properties of the content section and compares each node's geometry to the content section's geometry during the small screen adaptation stage. A content section is considered misidentified when the dimensions of one if the node's children exceeds its own dimensions (meaning that either the child's width or height are larger than the content section's width or height).

If detecting a misidentification, the OS can discard the originally misidentified content section and will invoke the process for finding content sections on each of children of the node originally misidentified as a content section.

If none of the above conditions are true for the current node, the OS recursively invokes the aforementioned process on each of the current node's children to determine whether any other content sections should be created.

To classify nodes as content sections according to geometric properties, the OS can compare the content section buckets to the geometric data from a node. The content section buckets are empirically adjusted beforehand to minimize the error in detecting content sections. For example, the following are exemplary content section buckets where the normalized height or width is the height or width of the node, divided by the total height or width of the page:

Small Regions in Width and Height

(1) Width range [26, 165]

(2) Height range [1, 100000]

(3) Normalized Width range [0, 10]

(4) Normalized Height range [0.01, 0.324]

Wide, Short Regions (Header and Footer)

(1) Width range [165, 2000]

(2) Height range [1, 100000]

(3) Normalized Width range [0, 10]

(4) Normalized Height range [0.01, 0.324]

Small Boxes

(1) Width range [26, 2000]

16

(2) Height range [10, 150]

(3) Normalized Width range [0, 10]

(4) Normalized Height range [0, 0.01]

Columns

(1) Width range [26, 165]

(2) Height range [1, 100000]

(3) Normalized Width range [0, 10]

(4) Normalized Height range [0.324, 2]

Large Boxes

(1) Width range [165, 331]

(2) Height range [1, 100000]

(3) Normalized Width range [0, 10]

(4) Normalized Height range [0.324, 0.541]

While these exemplary content section buckets are illustrated, one of ordinary skill in the art would appreciate that any variations of this model can similarly be derived for different cases.

Tab boxes are complex HTML constructs that fully exploit JavaScript HTML visibility control. For example, cnn.com provides a tab box having two tabs: a Top Stories tab and a Most Popular tab. When a user clicks on either tab, the user gets the most recent stories corresponding to that particular tab for that particular time. Because of the tab box's complex structure, if configured to do so, the OS can recognize the tab box constructs and can provide special adaptation to preserve the tab box structures, which applies only to target devices that support JavaScript.

To recognize tab boxes, the OS first examines a parent node's one or more child nodes for a tab box structure having some visible and hidden children nodes. At least one of each should be present for the node to be considered a tab box. Next, the OS discards child elements that are not likely to represent "tabs". In some embodiments, the OS assumes that all tabs in the tab box should have a similar DOM structure such as, the number of children of each tab being the same. For elements with far more or less children than the tabs of a tab box, the OS assumes that these elements do not represent tabs and discards these elements from the decision. Finally, after considering only elements determined to be tabs, the OS can compute the ratio of visible tabs to total tabs. If the ratio is low (allowing for error in tab detection), the OS determines that the node, whose child elements are the tabs in question, is a tab box. If a tab box is identified during the process of finding content sections, a new content section is created out of it.

After identifying the content sections, the OS begins to process these content sections by adapting the resulting DOM tree fragments for displayable at the mobile device. First, the OS transforms (906) the original DOM tree structure for small screen rendering into an adapted DOM tree structure (small screen adaptation). The transformation can involve two main ways: (1) flattening content that is too wide for the mobile device's screen when rendered, and (2) preserving the layout for content that fits on the screen when rendered (e.g., the tab box identification described above, etc.).

Flattening involves fitting content that is too wide to be displayed on a mobile device's screen when rendered, and can be performed on all identified content sections. The flattening process can include deconstructing a portion of HTML that renders an area too wide for the target handset into smaller pieces. The OS can flatten the sub-tree by removing layout imposing HTML tags until: the content itself is reached (e.g., simple elements), the current node fits in the target screen, the current node is identified as a tab box, etc. The flattening process copies useful, formatted content out of the original DOM tree into a new DOM tree for each content section. Other processing, such as transcoding, JavaScript

US 9,275,167 B2

17

Processing, Style Extraction, etc., can be executed simultaneously while visiting each node in the content section. The following provides an exemplary flattening scheme:

The OS copies the current node to the new document tree if the current node is a text node, and it is not empty or filler text.

The OS skips the current node and its sub-tree if the current node is odd-shaped and includes either an <image> or <iframe> tag.

The OS skips the current node if the current node is on the list of ignored elements.

The OS skips the current node if the mobile device's markup language is XHTML/MP and the transcoder module indicates to skip the node.

The OS skips the current node if the current node is a <span> tag and its CSS visibility property is set to hidden.

If the current node is visible (CSS "display" property is set to 'block' and its CSS visibility property is not set to 'hidden', and coordinates are greater than zero) the OS checks the current node's geometry against the geometry of its parent to determine if the height or width of the current node is larger than its parent. If this occurs, the currently processed content section is most likely misidentified because of misleading geometry resulting from the CSS float property. The flattening process can then be aborted, and the process of finding content sections resumes as previously explained. This step relates to the process for checking cases of content section misidentification.

The OS directly copies the current node's JavaScript information and all relevant style information if the current node is a tab box. This preserves the complete look and functionality of the tab box as it would appear on the original page.

The OS copies the current node's layout configuration to the new DOM tree structure (unless the configuration disallows this in the case where the target device does not support tables) if the current node is a <td>, <table>, or <div> and its geometry is between 0 and the screen width (non-inclusive).

The OS copies the current node to the new document tree and flattens the node's children if the current node is on the list of simple elements.

The OS gives special consideration to the current node to ensure its width has been set correctly if the current node is an <input> or <select> tag.

The OS further processes the current node if the node is an HTML element and the mobile device's markup language is XHTML/MP. The OS can coerce the node to comply with XHTML/MP by adjusting the tag type or attribute list accordingly. For example the transcoder would replace a <center> tag with <div align='center'> tag.

The OS removes unneeded attributes, such as STYLE, VALIGN, ABBR, ABINDEX attributes.

The OS processes an image associated with the current node for determining the resizing information and for encoding the 'src" attribute accordingly (if the current node is an <image> or an <input> of type image).

The OS discards the current node and its sub-tree if the node is a form element without a submit button and the mobile device does not support JavaScript.

The OS further processes the current node and its sub-tree if the node is a form element with a submit button and the mobile device supports JavaScript.

18

The OS further flattens each of the current node's children if the node is a form element with a submit button and the mobile device supports JavaScript.

The OS further transforms the new DOM sub-tree by inserting breaks into an HTML tag. The HTML tag's CSS display property dictates whether a browser should insert a break before and after the tag when the mobile device's browser renders the HTML. In some embodiments, some CSS display property values, in conjunction with being applied to grouping tags, require breaks to be inserted before and after the grouping tags' nodes in the content section's DOM tree to best preserve the original layout. For example, a paragraph of text containing a link should not contain a break before or after the link because the link text should appear inline with the rest of the text. In some embodiments, the CSS display property values that can cause a break to be inserted are listed as follows:

Block
Table
List-item
Table-row
Table-Cell
Table-column-group
Table-row-group

The OS further transforms the new DOM sub-tree by processing the forms found in the original DOM tree structure. The flattening process generates a sequence of simple HTML elements in document order. Often in forms, laying out HTML elements in document order can cause some difficulty matching up the text used to describe a form element, a <select> or <input> tag, and the form element itself. Copying elements in document order may result in text, text, text, followed by form element, form element, form element. This will confuse the user about which text label corresponds to which form element. For example, FIG. **11**A illustrates how a mobile device may render form data. For example, form labels FROM **1100**, TO **1102**, DEPARTURE DATE **1104**, and RETURN DATE **1106** do not match up with their corresponding form elements **1108**, **1110**, **1112**, and **1114**, respectively. The purpose of form processing is to match up the form labels with their corresponding form elements, as shown in FIG. **11**B.

FIG. **10** is a flowchart representing an exemplary method for performing form processing. It will be readily appreciated by one of ordinary skill in the art that the illustrated procedure can be altered to delete steps or further include additional steps. After initial start step **1000**, the OS locates (**1002**) a <form> tag during the flattening process thereby triggering the form processing on the <form> tag's sub-tree.

After locating a <form> tag, the OS can search (**1004**) within the <form> tag for a <tr> or <div> tag with at least two form elements nested underneath it. When the OS locates that instance of a <tr> or <div> tag, the OS saves (**1006**) the position of the previous occurrence of the <tr> or <div> tag and flattens everything up to that position. At this point, the OS has isolated two nodes whereby the first node's sub-tree might contain text nodes that correspond with the second nodes sub-tree's form elements.

The OS can then attempt to rearrange the sub-trees of the two nodes so that the form labels can be associated with their corresponding form elements. Before the rearranging occurs, the OS scans (**1008**) the first node's children to determine (**1010**) whether the form label exists in the first node that describes the form elements in the second node. If the OS finds another form element at the same level as the form label in the first node's sub-tree or finds nothing, the re-arranging will not occur and the OS will continue flattening (**1014**) the

US 9,275,167 B2

19

node of the DOM tree structure. The method will proceed to connector **1016** and then end (**1018**).

On the other hand, if the OS locates a <label> tag or finds text contained inside of a cell of the <tr> or <div> tag, the OS can rearrange (**1012**) the nodes so that the form labels will correspond with their form elements. This re-arrangement occurs by the OS taking the sub-tree of each of the first node's children, having the form label, that qualify to be rearranged and appending these children to a fakeroot. This fakeroot's children are then interlaced within the second node's children that contain form elements so that the form labels are correctly associated with the form elements as shown in FIG. **11**B. After the re-arranging, the method will proceed to connector **1016** and then end (**1018**).

Referring back to transformation step (**906**) in FIG. **9**, in some embodiments, flattening can be unnecessary because a webpage designer has laid out the into an area that is small enough for the mobile device's screen size. In this case, a layout preservation function copies the sub-tree representing the small section, including the grouping and layout tags, to preserve the original designer's layout.

During DOM traversal, for any <div>, <td>, or <table> tag whose dimensions fit within the screen width, the layout is preserved and the OS copies the sub-tree corresponding to these tags as-is. In some embodiments, some conditions may invalidate a node's sub-tree; hence, allowing the flattening to continue on that originally discovered node. Also, the layout preservation function performs much of the same functionality checks that are provided in the flattening process because both functions are trying to filter the tags before adding them to the content section's adapted DOM tree. For example, the layout preservation function can perform the following checks and error conditions:

If necessary, the OS performs transcoding on a node by node basis.

The OS can include <Input> or <Select> tags that are not included inside of forms if JavaScript is supported on the device.

The OS can ensure that a form has some way of submitting itself to a mobile device that does not support JavaScript; otherwise, the layout preservation function does not preserve the layout of this sub-tree.

The OS ignores odd shaped images and iframes.

The OS ignores hidden <span> tags.

The OS can invalidate a float element if the float element is found because its dimensions are probably incorrect.

The OS replaces a <td> tag with a <div> tag if a root node includes a <td> tag because the flattening process has removed the parent table tag and the layout preservation function the adapted DOM tree structure cannot have floating <td> tag in an output HTM.

Some browsers (specifically NetFront) may have problems rendering <div> tags with small dimensions (e.g., less than 20 pixels). These problems occur when small <td> tags are replaced with <div> tags (i.e. www.cnn.com). To remedy this, the OS can insert a <br> tag before appending the new <div> tag

The OS can modify and include filler text. For example, spacer text, a form of filler test, can be used by a mobile device's browser for layout information. The OS can replace the filler text with a single space prior to removing all filler text.

The OS can promote Lowsrc attributes values to src attribute values.

The OS can set a flag "preFormat" (used for style) for each node added to the adapted DOM tree. If a node is created using the layout preservation function (preFormat flag

20

set), the node's class and <id> tag are left intact so that JavaScripts, that reference them, may still function properly.

Regarding the processing of a tab box, when locating a tab box, the OS copies the entire DOM sub-tree and all of its CSS style properties explicitly set in the sub-tree and applies them to the adapted DOM tree structure to achieve an exact replica of the original layout.

While transforming the original DOM tree structure into a new, small screen adapted DOM tree structures, the OS performs (**908**) the JavaScript processing in FIG. **7** and the content styling performed in FIG. **8**, collecting all JavaScript and style data required to assemble the final HTML page(s). The OS can then serialize (**910**) the adapted tree structure by transforming it into HTML text. As noted above, a content section may exceed the limitations of the target mobile device (i.e. memory, number of links, etc). Therefore, if it is determined within serialization that the resulting page will break a device limit, the OS can break the content section into multiple presentation units. In a truly flattened tree, it can be very difficult for the OS to determine where to insert a presentation unit division between two simple elements. Instead of true flattening, the OS can copy a sub-tree representing a content section directly from the original DOM sub-tree to the adapted DOM tree structure to preserve the original sub-tree's structure, and can mark all grouping elements as transparent nodes. Transparent nodes assist in retaining the original grouping of simple elements and assist the serialization process. Serialization is performed bottom-up, and fails when any of the device limits are exceeded (determined by counters for bytes, # of images, etc). When the serialize function fails on the root of the content section, the OS then attempts to recursively create a presentation unit for the sub-tree that begins at each of the root's children. As each presentation unit is created, the OS caches these presentation units in the nodes themselves so future invocations of the serialize function will not perform traversals deeper into the tree. When the sub-tree of a simple element exceeds the device limits (i.e. a large paragraph of plain text), the serialization function breaks the simple element into multiple presentation units and re-serializes them.

Once the list of content sections have been created and each content section contains a list of one or more presentation unit (each being smaller than the maximum page size), the OS can construct the actual sub-pages. To begin constructing the sub-pages, the OS can construct (**912**) one or more adapted sub-pages. The construct function populates the final page list with newly created presentation units by traversing all content section's presentation units one at a time. By looping through all presentation units of all content sections, the construct function determines whether each presentation unit should go on the current sub-page or whether a new sub-page should be started so that the generated sub-pages comply with the mobile device's limitations. For example, the determination can be based on the following characteristics:

Adding the presentation unit to the current sub-page if the sub-page's size is 0.

Starting a new page if adding to the current sub-page would exceed any limit of the device.

Adding the presentation unit to the current sub-page if the page's byte count is still under the minimum "preferred" byte size (prevents tiny pages except at the end).

Adding the presentation unit to the current sub-page if it is the last presentation unit (sometimes prevents small final pages).

Optimizing the current page's byte size towards the average byte size (bytes left/preferred pages left) by starting

US 9,275,167 B2

21

a new page if the current one already exceeds the average, or if adding the presentation units to this page would exceed the average more than the current deficiency of presentation units.

Adding the presentation unit to the current sub-page if a preferred number of pages have already been exceeded.

Adding the presentation unit to the current sub-page if none of the above conditions apply.

Because the content styling has already been applied in the presentation unit's outer-most <div> tag, the build pages process can add the HTML generated by the serialization function to put one or more sub-pages together. A presentation unit includes information concerning its respective content styling classes and JavaScript. When multiple presentation units are combined into a sub-page, the respective content styling classes and JavaScript are also combined into that sub-page. The construct function also extracts each menu content section out of the main page sequence and creates a new sub-page sequence for these extracted sections.

After constructing the sub-pages, the OS identifies (**914**) menu content sections and moves these menu content sections out of the main browsing path to a separate browsing path. This prevents large sections of links from taking up the first few pages in a sub-page sequence. For example, espn-.go.com provides a menu that is small in size for the browser but extremely long when displayed in single-column format on a device. The construction function can insert a menu link into the DOM tree where the menu content section was extracted from. In some embodiments, the construction function can replace a section having hundreds of links with a single link to the new page list; thereby allowing the presentation unit to retain all of its original content and allowing the user to skip browsing through excessive pages of menus to get to the main content.

To identify these menu content sections, the OS calculates a menu score on all content sections on the list for determining whether a content section is a menu content section. A score is produced from multiple statistics collected about the content section during flattening and serialization and if the score exceeds a threshold, the OS classifies this content section as a menu and moves this content section to a new sub-page. For example, the menu score can be based on the following:

The menu score can be proportional to the link density, which is the number of links divided by the area of the content section.

The menu score can be proportional to the placement of the content section relating to the document order. Sections near the beginning of the document are classified as menus more aggressively because menus at the beginning of the adapted sub-page can hinder the user's experience.

The menu score can be increased if determined that the URL of the original document does not look like the URL of a homepage. This makes menu classification more aggressive on pages where navigational links are less important that content.

The menu score can be proportional to the number of links in the content section because having more links indicates a likelihood that the content section is a menu.

The menu score can be increased if the links within the content section refer to pages whose URLs do not look like the URL of a homepage.

The menu score can be decreased if the content section includes more text than link bytes. Long text links are less likely to be a menu because they are more likely related to the page's content.

22

If the menu score of a content section exceeds a predetermined threshold, the OS shall classify the content section as a menu content section and move this section back to a later sub-page.

After distinguishing between the menu and non-menu content sections, the OS encloses (**916**) the sub-pages with a header and footer when appropriate. The header and/or footer allow a user to navigate through the sub-pages within a sub-page sequence. The enclose function involves adding the appropriate header and doctype; writing the <head> tag (which includes CSS classes and scripts that are used in the page) into the sub-page's HTML buffer; and creating a navigational header and footer for the user. In some embodiments, the adapted main sub-page and/or the subsequent sub-pages may not include a header. Further, the header and/or footer can include, among other things, links to nearby sub-pages, links to sub-pages that are multiples of 10 away from the present sub-page, and links to the first and last sub-page. For example, the link can be a page number, an image, or a name of the sub-page. In some embodiments, links to the previous and next sub-page contain soft key attributes. Further, in some embodiments, the footer may include an anchor with a soft key. The footer may also include a static description of any enabled soft keys.

For a menu sub-page, the header and footer can be exactly the same. If the menu fits in a single page, the header and footer may only have a link to return to the place the menu was extracted from in the main sequence; otherwise, Prev and Next links can be included when there is a previous or next menu sub-page. After the sub-pages have been enclosed, the method can end (**918**).

In some embodiments, to improve the usability of the resulting pages on small screen devices and minimize the byte count, it may be desirable to resize large images. The pagination function can prepare images for resizing by gathering geometric data and calculating the necessary resizing factor. Because the pagination engine already has information about the size of the target device's screen and has access to the geometric information of an image when it is rendered on the screen, the pagination engine is well suited to perform this calculation. When receiving the original image URL, the OS can calculate an appropriate image size and resize it accordingly.

In some embodiments, before content adaptation is performed, there are some HTML responses (e.g., HTML redirects, etc.) that should not be adapted. Some websites send back HTML responses that redirect a user to a different website rather than using the HTTP for redirects. These websites often include this redirect information in the original document's meta tag, but this information could be stripped out by the pagination engine thereby creating a blank page that would not redirect to the intended page. To avoid this, a mechanism could be provided into the content adaptation engine to scan the document's meta tag for "HTTP-EQUIV='Refresh' content=' '" with the "content=" having a very low timeout and a URL. If this is found, the page can be transcoded and returned. Now, the mobile device can receive an HTML page capable of redirecting to the intended page.

The methods disclosed herein may be implemented as a computer program product, i.e., a computer program tangibly embodied in an information carrier, e.g., in a machine readable storage device or in a propagated signal, for execution by, or to control the operation of, data processing apparatus, e.g., a programmable processor, a computer, or multiple computers. A computer program can be written in any form of programming language, including compiled or interpreted languages, and it can be deployed in any form, including as a

US 9,275,167 B2

23

stand alone program or as a module, component, subroutine, or other unit suitable for use in a computing environment. A computer program can be deployed to be executed on one computer or on multiple computers at one site or distributed across multiple sites and interconnected by a communication network.

In the preceding specification, the invention has been described with reference to specific exemplary embodiments. It will however, be evident that various modifications and changes may be made without departing from the broader spirit and scope of the invention as set forth in the claims that follow. The specification and drawings are accordingly to be regarded as illustrative rather than restrictive sense. Other embodiments of the invention may be apparent to those skilled in the art from consideration of the specification and practice of the invention disclosed herein.

What is claimed is:

1. A system comprising:

an optimization server comprising one or more processors configured to receive from a content server response data corresponding to request data that includes a requested webpage and identification data and that is transmitted from a mobile device, to adapt the response data to the mobile device based on the identification data, and to transmit the adapted response data to the mobile device, wherein the adaptation of the response data includes a paginating of content, wherein the optimization server is further configured to:

identify content sections during a traversal of a first Document Object Model (DOM) representing the webpage;

transform the first DOM to a second DOM based on an adaptation parameter that describes features of the mobile device, wherein the transformation includes a detection of a tab box and a preservation of nodes corresponding to the tab box for the second DOM;

serialize the second DOM by converting the second DOM into adapted markup language source code; and

construct an adapted webpage from the markup language source code; wherein the adapted webpage is provided to the mobile device for downloading.

2. The system of claim 1, wherein the paginating further comprises the optimization server being further configured to classify HTML elements of the first data structure into grouping elements, ignored elements, and simple elements.

3. The system of claim 2, wherein the paginating further comprises the optimization server being further configured to skip the creation of the content section if a node is classified as the ignored element, or is an odd-shaped node and is associated with an <image> or <iframe> tag.

4. The system of claim 2, wherein the paginating further comprises the optimization server being further configured to create a content section if a node is classified as a tab box, is a text node and the text is not filler text, is classified as the simple element, or is classified as a grouping element whose geometric features fit within a content section bucket.

5. The system of claim 1, wherein the identification of content sections includes a comparison of geometric properties of a node in the first DOM to one or more content section buckets to determine whether the node and any descendant nodes are a content section.

6. The system of claim 1, wherein the adaptation parameter describes features of the mobile device and HyperText Markup (HTML) elements included in the first DOM and the second DOM.

7. The system of claim 1, wherein the serializing of the second DOM includes a breaking of the content sections into

24

multiple presentation units if the content section exceeds the limitations of the mobile device, wherein the multiple presentations units are converted into sub-pages for downloading at the mobile device.

8. The system of claim 7, wherein the sub-pages include a main sub-page and any subsequent sub-pages, wherein the main sub-page is initially transmitted to the mobile device for downloading and the sub-pages are cached for future referencing.

9. The system of claim 1, wherein the construction of the adapted webpage involves a determination of whether the content section exceeds the limitations of the mobile device and a breaking of the content sections into multiple presentation units if the content section exceeds the limitations of the mobile device, wherein the multiple presentations units are converted into sub-pages for downloading at the mobile device.

10. The system of claim 9, wherein the sub-pages include a main sub-page and any subsequent sub-pages, wherein the main sub-page is initially transmitted to the mobile device for downloading and the sub-pages are cached for future referencing.

11. The system of claim 9, wherein the paginating further comprises the optimization server being further configured to enclose the sub-page with a header or a footer so that the sub-page can link to other sub-pages.

12. The system of claim 1, wherein the transforming involves the optimization server being further configured to flatten the first DOM based on a removal of layout imposing markup language tags and a transcoding of each node.

13. The system of claim 1, wherein the transforming involves the optimization server being further configured to preserve the layout based on a copying of grouping and layout tags to the second DOM.

14. A method being performed by one or more processors and comprising:

identifying content sections during a traversal of a first Document Object Model (DOM) representing a webpage;

transforming the first DOM to a second DOM based on an adaptation parameter that describes features of a mobile device, wherein the transforming includes detecting a tab box and preserving nodes corresponding to the tab box for the second DOM;

serializing the second DOM by converting the second DOM into adapted markup language source code; and

constructing an adapted webpage from the markup language source code; wherein the adapted webpage is provided to the mobile device for downloading.

15. The method of claim 14, further comprising classifying HTML elements of the first DOM into grouping elements, ignored elements, and simple elements.

16. The method of claim 15, further comprising skipping the creation of the content section if a node is classified as the ignored element, or is an odd-shaped node and is associated with an <image> or <iframe> tag.

17. The method of claim 15, further comprising creating the content section if a node is classified as a tab box, is a text node and the text is not filler text, is classified as the simple element, or is classified as a grouping element whose geometric features fit within a content section bucket.

18. The method of claim 14, wherein identifying content sections includes comparing geometric properties of a node in the first DOM to one or more content section buckets to determine whether the node and any descendant nodes are a content section.

US 9,275,167 B2

25

19. The method of claim 14, wherein the transforming includes form processing so that the form element label corresponds to the form element on a display of the mobile device.

20. The method of claim 14, wherein serializing the second DOM includes breaking the content sections into multiple presentation units if the content section exceeds the limitations of the mobile device, wherein the multiple presentations units are converted into sub-pages for downloading at the mobile device.

21. The method of claim 20, wherein the sub-pages include a main sub-page and any subsequent sub-pages, wherein the main sub-page is initially transmitted to the mobile device for downloading and the sub-pages are cached for future referencing.

22. The method of claim 14, wherein constructing the adapted webpage involves determining whether the content section exceeds the limitations of the mobile device and breaking the content sections into multiple presentation units if the content section exceeds the limitations of the mobile device, wherein the multiple presentations units are converted into sub-pages for downloading at the mobile device.

23. The method of claim 22, wherein the sub-pages include a main sub-page and any subsequent sub-pages, wherein the main sub-page is initially transmitted to the mobile device for downloading and the sub-pages are cached for future referencing.

24. The method of claim 22, further comprising enclosing the sub-page with a header or a footer so that the sub-page can link to other sub-pages.

25. The method of claim 14, wherein the transforming involves flattening the first DOM by removing layout imposing markup language tags and transcoding each node.

26. The method of claim 14, wherein the transforming involves preserving the layout by copying grouping and layout tags to the second DOM.

27. A method for small screen rendering of a webpage for a mobile device, the method being performed by one or more processors and comprising:

identifying a content section during a traversal of a first DOM representing the webpage;

determining whether the size of a data element of the content section would fit into the mobile device's screen;

transforming the content section based on the determination;

determining whether the one or more nodes of the content section is to be copied to a second DOM, wherein the copying of the content section includes detecting a tab box and preserving nodes corresponding to the tab box for the second DOM; and

breaking the copied content section into multiple presentation units if the copied content session exceeds the limitations of the mobile device, wherein the multiple presentations units are converted into sub-pages for downloading at the mobile device.

28. The method of claim 27, further comprising flattening the data element of the content section if determined that the size of the data element content section would not fit into the mobile device's screen.

29. The method of claim 27, further comprising preserving a layout of the data element of the content section if determined that the size of the data element would fit into the mobile device's screen.

30. A non-transitory computer readable medium storing instructions that are executable by one or more processors of

26

a computer, to cause the computer to perform a method of rendering a webpage for a mobile device, the method comprising:

identifying content sections during a traversal of a first Document Object Model (DOM) representing the webpage;

transforming the content sections based on the size of the content sections;

determining whether the one or more nodes of the content section is to be copied to a second DOM, wherein the copying of the content section includes detecting a tab box and preserving nodes corresponding to the tab box for the second DOM; and

breaking the copied content sessions into multiple presentation units if the copied content session exceeds the limitations of the mobile device, wherein the multiple presentations units are converted into sub-pages for downloading at the mobile device.

31. A method being performed by one or more processors and comprising:

identifying content sections during a traversal of a first Document Object Model (DOM) representing a webpage;

transforming the first DOM to a second DOM based on an adaptation parameter that describes features of a mobile device, wherein the transforming includes detecting a tab box and preserving nodes corresponding to the tab box for the second DOM;

serializing the second DOM by converting the second DOM into adapted markup language source code; and

breaking the content sections into one or more sub-pages for downloading at the mobile device; and

enclosing the one or more sub-pages with a header or a footer, wherein the one or more sub-pages are provided to the mobile device for downloading.

32. The method of claim 31, wherein the header or footer of a sub-page allows a user of a mobile device to navigate to another sub-page of the one or more sub-pages.

33. A non-transitory computer readable medium storing instructions that are executable by one or more processors of a computer, to cause the computer to perform a method of paginating content of a webpage for a mobile device, the method comprising:

identifying content sections during a traversal of a first DOM representing the webpage;

transforming the first DOM to a second DOM based on an adaptation parameter that describes features of the mobile device, wherein the transforming includes detecting a tab box and preserving nodes corresponding to the tab box for the second DOM;

serializing the second DOM by converting the second DOM into adapted markup language source code; and

constructing an adapted webpage from the markup language source code; wherein the adapted webpage is provided to the mobile device for downloading.

34. A server comprising:

one or more processors;

a response monitor configured to receive response data from a content server, wherein the response data includes a webpage and corresponds to request data provided by a mobile device; and

an adaptor configured to adapt the response data based on the properties of the mobile device, wherein the adapted response data is provided to the mobile device for downloading, wherein the adaptation of the response data includes a paginating of content, wherein the adaptor is further configured to:

US 9,275,167 B2

27

identify content sections during a traversal of a first Document Object Model (DOM) representing a webpage;

transform the first DOM to a second DOM based on an adaptation parameter that describes features of a mobile device, wherein the transformation includes a detection of a tab box and a preservation of nodes corresponding to the tab box for the second DOM;

serialize the second DOM by converting the second DOM into adapted markup language source code; and

construct an adapted webpage from the markup language source code; wherein the adapted webpage is provided to the mobile device for downloading.

35. A method for small screen rendering of a webpage for a mobile device, the method being performed by one or more processors and comprising:

identifying a content section during a traversal of a first DOM representing the webpage;

determining whether the size of a data element of the content section would fit into the mobile device's screen;

transforming the content section based on the determination;

determining whether the one or more nodes of the content section is to be copied to a second DOM; and

breaking the copied content section into multiple presentation units if the copied content session exceeds the limitations of the mobile device, wherein the multiple presentations units are converted into sub-pages for downloading at the mobile device, and wherein the breaking of the copied content section into multiple presentation units includes an identification of menu content sections based on a determined menu score and if the menu score exceeds a menu threshold, allowing the capability to reorder the menu content section from its current location in a sub-page to a subsequent sub-page.

36. A system comprising:

an optimization server comprising one or more processors configured to receive from a content server response data corresponding to request data that includes a requested webpage and identification data and that is transmitted from a mobile device, to adapt the response data to the mobile device based on the identification data, and to transmit the adapted response data to the mobile device, wherein the adaptation of the response data includes a paginating of the content in the original page, wherein the optimization server is further configured to:

identify content sections during a traversal of a first Document Object Model (DOM) representing the webpage;

transform the first DOM to a second DOM based on an adaptation parameter that describes features of the mobile device;

serialize the second DOM by converting the second DOM into adapted markup language source code; and

construct an adapted webpage from the markup language source code, wherein the construction of the adapted webpage includes an identification of menu content sections based on a determined menu score and if the menu score exceeds a menu threshold, the optimization server is further configured to allow the capability to reorder the menu content section from its current location in a sub-page to a subsequent sub-page, and wherein the adapted webpage is provided to the mobile device for downloading.

37. A method being performed by one or more processors and comprising:

28

identifying content sections during a traversal of a first Document Object Model (DOM) representing a webpage;

transforming the first DOM to a second DOM based on an adaptation parameter that describes features of a mobile device;

serializing the second DOM by converting the second DOM into adapted markup language source code; and

constructing an adapted webpage from the markup language source code, wherein constructing the adapted webpage includes identifying menu content sections by calculating a menu score and if the menu score exceeds a menu threshold, allowing the capability to reorder the menu content section from its current location in a sub-page to a subsequent sub-page, and wherein the adapted webpage is provided to the mobile device for downloading.

38. A non-transitory computer readable medium storing instructions that are executable by one or more processors of a computer, to cause the computer to perform a method of paginating content of a webpage for a mobile device, the method comprising:

identifying content sections during a traversal of a first DOM representing the webpage;

transforming the first DOM to a second DOM based on an adaptation parameter that describes features of the mobile device;

serializing the second DOM by converting the second DOM into adapted markup language source code; and

constructing an adapted webpage from the markup language source code, wherein the construction of the adapted webpage includes an identification of menu content sections based on a determined menu score and if the menu score exceeds a menu threshold, allowing the capability to reorder the menu content section from its current location in a sub-page to a subsequent sub-page, and wherein the adapted webpage is provided to the mobile device for downloading.

39. A server comprising:

one or more processors;

a response monitor that receives response data from a content server, wherein the response data includes a webpage and corresponds to request data provided a mobile device; and

an adaptor configured to adapt the response data based on properties of the mobile device, wherein the adapted response data is provided to the mobile device for downloading, wherein the adaptation of the response data includes a paginating of content, wherein the adaptor is further configured to:

identify content sections during a traversal of a first Document Object Model (DOM) representing the webpage;

transform the first DOM to a second DOM based on an adaptation parameter that describes features of the mobile device;

serialize the second DOM by converting the second DOM into adapted markup language source code; and

construct an adapted webpage from the markup language source code, wherein the construction of the adapted webpage includes an identification of menu content sections based on a determined menu score and if the menu score exceeds a menu threshold, allowing the capability to reorder the menu content section from its current location in a sub-page to a

US 9,275,167 B2

29

subsequent sub-page, and wherein the adapted webpage is provided to the mobile device for downloading.

40. A non-transitory computer readable medium storing instructions that are executable by one or more processors of a computer, to cause the computer to perform a method of rendering a webpage for a mobile device, the method comprising:

identifying content sections during a traversal of a first Document Object Model (DOM) representing a webpage;

transforming the content sections based on the size of the content sections;

determining whether the one or more nodes of the content section is to be copied to a second DOM; and

breaking the copied content sessions into multiple presentation units if the copied content session exceeds the limitations of the mobile device, wherein the multiple presentations units are converted into sub-pages for downloading at the mobile device, and wherein the breaking of the copied content section into multiple presentation units includes an identification of menu content sections based on a determined menu score and if the menu score exceeds a menu threshold, allowing the

30

capability to reorder the menu content section from its current location in a sub-page to a subsequent sub-page.

41. A method being performed by one or more processors and comprising:

identifying content sections during a traversal of a first Document Object Model (DOM) representing a webpage;

transforming the first DOM to a second DOM based on an adaptation parameter that describes features of a mobile device;

serializing the second DOM by converting the second DOM into adapted markup language source code; and

breaking the content sections into one or more sub-pages for downloading at the mobile device, wherein the breaking of the content sections into one or more sub-pages includes an identification of menu content sections based on a determined menu score and if the menu score exceeds a menu threshold, allowing the capability to reorder the menu content section from its current location in one of the one or more sub-pages to a subsequent sub-page of the one or more sub-pages; and

enclosing the one or more sub-pages with a header or a footer, wherein the one or more sub-pages are provided to the mobile device for downloading.

*    *    *    *    *

# EXHIBIT 4

US010412388B2

(12) **United States Patent**
Melnyk et al.

(10) **Patent No.:** **US 10,412,388 B2**
(45) **Date of Patent:** **Sep. 10, 2019**

(54) **FRAMEWORK FOR QUALITY-AWARE VIDEO OPTIMIZATION**

(71) Applicant: **Citrix Systems, Inc.**, Fort Lauderdale, FL (US)

(72) Inventors: **Miguel Melnyk**, Champaign, IL (US); **Andrew Penner**, Champaign, IL (US); **Jeremy Tidemann**, Champaign, IL (US)

(73) Assignee: **CITRIX SYSTEM, INC.**, Fort Lauderdale, FL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **15/864,843**

(22) Filed: **Jan. 8, 2018**

(65) **Prior Publication Data**

US 2018/0131937 A1     May 10, 2018

**Related U.S. Application Data**

(63) Continuation of application No. 12/751,951, filed on Mar. 31, 2010, now Pat. No. 9,894,361.

(60) Provisional application No. 61/165,224, filed on Mar. 31, 2009.

(51) **Int. Cl.**
**H04N 19/124** (2014.01)
**H04N 19/172** (2014.01)
(Continued)

(52) **U.S. Cl.**
CPC ......... **H04N 19/124** (2014.11); **H04N 19/152** (2014.11); **H04N 19/154** (2014.11);
(Continued)

(58) **Field of Classification Search**
CPC .... H04N 19/124; H04N 19/40; H04N 19/172; H04N 19/154; H04N 19/152; H04N 19/46
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

6,661,927 B1    12/2003    Suarez et al.
2002/0110193 A1    8/2002    Yoo et al.
(Continued)

FOREIGN PATENT DOCUMENTS

CN    1235428 A    11/1999
CN    1631041 A    6/2005
(Continued)

OTHER PUBLICATIONS

Al-Khrayshah, M., "A Real-Time SNR Scalable Transcoder for MPEG-2 Video Streams," Eindhoven University of Technology, Master Informatica Computer Science Engineering (CSE) Afstudeerverslagen; Jan. 1, 2009, pp. 1-80.
(Continued)

*Primary Examiner* — Obafemi O Sosanya
(74) *Attorney, Agent, or Firm* — Foley & Lardner LLP; Christopher J. McKenna

(57) **ABSTRACT**

A computer-implemented method includes receiving an encoded video frame, decompressing the received encoded video frame, extracting a first quantization parameter (QP) from the decompressed video frame, and acquiring a delta QP based on the first QP. The method also includes acquiring a second QP based on the delta QP and the first QP, compressing the decompressed video frame based on the second QP, and providing the compressed video frame. The first QP corresponds to quantization settings originally used for compressing the encoded video frame. And the second QP corresponds to quantization settings for compressing the decompressed video frame.

**20 Claims, 9 Drawing Sheets**



## US 10,412,388 B2

Page 2

(51) **Int. Cl.**
  *H04N 19/46* (2014.01)
  *H04N 19/152* (2014.01)
  *H04N 19/154* (2014.01)
  *H04N 19/40* (2014.01)
(52) **U.S. Cl.**
  CPC .......... *H04N 19/172* (2014.11); *H04N 19/40* (2014.11); *H04N 19/46* (2014.11)

(56) **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2002/0181595 A1 | 12/2002 | Obata et al. | |
| 2003/0095594 A1 | 5/2003 | Laksono et al. | |
| 2004/0141732 A1 | 7/2004 | Sugiyama | |
| 2005/0152449 A1 | 7/2005 | Nemiroff et al. | |
| 2005/0220188 A1 | 10/2005 | Wang | |
| 2005/0232354 A1 | 10/2005 | Chen | |
| 2007/0274385 A1* | 11/2007 | He | H04N 19/51 375/240.12 |
| 2007/0280349 A1* | 12/2007 | Prieto | H04N 19/124 375/240.03 |
| 2008/0065965 A1 | 3/2008 | Hannuksela | |
| 2009/0106356 A1 | 4/2009 | Brase et al. | |
| 2009/0213930 A1 | 8/2009 | Ye et al. | |
| 2009/0232220 A1 | 9/2009 | Neff et al. | |
| 2010/0061448 A1 | 3/2010 | Zhou et al. | |
| 2010/0166060 A1* | 7/2010 | Ezure | H04N 19/176 375/240.03 |
| 2010/0254451 A1 | 10/2010 | Melnyk et al. | |
| 2011/0090953 A1 | 4/2011 | Melnyk et al. | |
| 2012/0314764 A1 | 12/2012 | Tidemann et al. | |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 1 727 371 A1 | 11/2006 |
| EP | 2 061 241 A1 | 5/2009 |
| JP | 2011-514056 A | 4/2011 |
| WO | WO-97/37322 A1 | 10/1997 |
| WO | WO-2008/098249 A1 | 8/2008 |
| WO | WO-2009/105732 A1 | 8/2009 |
| WO | WO-2010/117432 A2 | 10/2010 |

### OTHER PUBLICATIONS

English translation and Second Chinese Office Action for Application No. 201080057336.1, dated Sep. 23, 2015; 31 pages.

EP Examination Report for EP Appl. No. 10713807.5 dated Oct. 11, 2017, 4 pages.

EP Examination Report for EP Application No. 10713807.5, dated Oct. 26, 2012, 7 pages.

First Chinese Office Action for Application No. 201080057336.1 dated Feb. 12, 2015; 33 pages (English translation included).

First Chinese Office Action for Application No. 201280039090.4 dated Aug. 1, 2016; 25 pages (English translation included).

International Preliminary Report on Patentability for International Application No. PCT/US2010/002762, dated Apr. 26, 2012, 10 pgs.

International Search Report and the Written Opinion for International Application No. PCT/US2010/002762, dated May 19, 2011, 17 pgs.

International Search Report and the Written Opinion for International Application No. PCT/US2012/041691, dated Oct. 5, 2012, 20 pages.

International Search Report and Written Opinion for International Application No. PCT/US2010/000988, dated Nov. 19, 2010, 24 pages.

Lei, Z, et al. "Rate Adaptation Transcoding for Precoded Video Streams," ACM 2002, Dec. 1, 2002-Dec. 6, 2002, pp. 127-135.

Nakajima, Y, et al., "Rate Conversion of MPEG Coded Video by Re-Quantization Process," Proceedings of the International Conference on Image Processing (ICIP), Washington, D.C., Oct. 23-26, 1995, IEEE Comp. Soc. Press, US, vol. 3, Oct. 23, 1995, pp. 408-411.

Puri, A, et al. "Motion-Compensated Video Coding with Adaptive Perceptual Quantization," IEEE Transactions on Circuits and Systems for Video Technology, IEEE Service Center, vol. 1, No. 4, Dec. 1, 1991, pp. 351-361.

Sullivan G J et al: "Rate-Distortion Optimization for Video Compression" IEEE Signal Processing Magazine, IEEE Service Center, Piscataway, NJ, US LNKD- D0I:10.1109/79.733497, vol. 15, No. 6, Nov. 1, 1998, pp. 74-90.

Summons to Attend Oral Proceedings for European Application No. 10776446.6; mailed Sep. 22, 2016; 7 pages.

U.S. Notice of Allowance for U.S. Appl. No. 12/751,951 dated Oct. 6, 2017, 10 pages.

U.S. Office Action for U.S. Appl. No. 10/696,507, dated Nov. 13, 2008, 15 pages.

U.S. Office Action for U.S. Appl. No. 12/751,951 dated Apr. 16, 2013, 24 pages.

U.S. Office Action for U.S. Appl. No. 12/751,951 dated Jun. 15, 2017, 28 pages.

U.S. Office Action for U.S. Appl. No. 12/751,951 dated Oct. 9, 2012, 25 pages.

* cited by examiner



FIG. 1

U.S. Patent          Sep. 10, 2019          Sheet 2 of 9          US 10,412,388 B2



FIG. 2

U.S. Patent        Sep. 10, 2019        Sheet 3 of 9        US 10,412,388 B2



FIG. 3

**U.S. Patent**    Sep. 10, 2019    Sheet 4 of 9    US 10,412,388 B2



FIG. 4

**U.S. Patent**    Sep. 10, 2019    Sheet 5 of 9    US 10,412,388 B2



FIG. 5



FIG. 6



FIG. 7

U.S. Patent          Sep. 10, 2019          Sheet 8 of 9          US 10,412,388 B2



FIG. 8



FIG. 9

US 10,412,388 B2

**1**

# FRAMEWORK FOR QUALITY-AWARE VIDEO OPTIMIZATION

## CROSS-REFERENCE TO RELATED APPLICATIONS

This patent application is a continuation of, and claims priority to and the benefit of U.S. patent application Ser. No. 12/751,951, filed Mar. 31, 2010, and titled "FRAMEWORK FOR QUALITY-AWARE VIDEO OPTIMIZATION," which claims priority to and the benefit of U.S. Provisional Patent Application No. 61/165,224, filed Mar. 31, 2009, and titled "FRAMEWORK FOR QUALITY-AWARE VIDEO OPTIMIZATION." The contents of all of which are hereby incorporated herein by reference in its entirety for all purposes.

## BACKGROUND INFORMATION

Quantization Vs. Perceptual Quality

In video processing, quantization is a lossy compression technique achieved by compressing a range of values to a single quantum value. When a video frame is quantized in any system, information is lost. For example, typical video encoders (e.g., MPEG-2) can compress video frames by discarding information that does not contribute to the reconstruction of an image representative of the original image during decoding. The amount of information discarded during encoding depends on how each video frame is quantized. Each video compression format defines a discrete set of quantization settings, and each quantization setting has an abstract identifier, denoted as a quantization parameter (QP). The QP can be arbitrarily defined as, for example, an integer that indexes an array of quantization settings such that quantization noise introduced by a smaller QP value of X is less than the quantization noise introduced by a larger QP value of X+1. The quantization settings indexed by a given QP value can be different for each video codec.

If too much information is discarded during quantization, the video frame may appear distorted when it is decompressed during playback. This captures the relationship between quantization and perceptual quality. Thus, the QP may be used as an indicator of perceptual quality since the QP indicates how much information is discarded when encoding a video frame.

To illustrate that the QP is only a heuristic for estimating the video frame's perceptual quality, one should consider a "low quality" video frame quantized with fine quantization settings. If a video frame is encoded with fine quantization settings—meaning very little information is discarded—the video frame reconstructed by the decoder will very closely match the original video frame. The quantization noise in the reconstructed video frame is very low, but the reconstructed video frame still appears to be low quality since the original video frame was of low quality. This is just one example where the QP does not accurately indicate the perceptual quality of the video.

Quantization vs. Bitrate

In video processing, bitrate refers to a number of bits used per unit of playback time to represent a continuous video after encoding (data compression). Different images or video frames can naturally require a different number of bits to be represented even when they share the same pixel dimensions and are encoded with the same QP. The relationship between QP and compressed byte size for a given video frame, however, is more predictable. If a higher QP value represents a coarser quantization (more information

**2**

loss), then a frame quantized with a higher QP value of X+1 will never require more bits than the same frame quantized with a smaller QP value of X (this ignores corner cases in the entropy coding schemes usually applied to quantized coefficient data). In practice, this means that average bitrate requirement of frames decreases when the QP used to quantize them is increased. FIG. **3** shows how the bitrate of a video sequence decreases as the QP increases. The bitrate numbers and the QP values in FIG. **3** are just examples. In real life, the numbers and the values can be different and correlation between QP values and bitrate can vary for different video sequences.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** illustrates a block diagram of an exemplary system.

FIG. **2** is a block diagram illustrating an embodiment of an exemplary quality-aware video optimizer in the exemplary system of FIG. **1**.

FIG. **3** illustrates exemplary correlation between bitrate and QP for various video frame sequences.

FIG. **4** illustrates exemplary mappings from $QP_{Input}$ to $\Delta QP$.

FIG. **5** is a functional diagram illustrating an exemplary process flow in the embodiment of FIG. **2**.

FIG. **6** is a flowchart representing an exemplary method of quality-aware video optimization.

FIG. **7** is a block diagram illustrating another embodiment of an exemplary quality-aware video optimizer in the exemplary system of FIG. **1**.

FIG. **8** is a functional diagram illustrating an exemplary process flow in the embodiment of FIG. **7**.

FIG. **9** is a flowchart representing another exemplary method of quality-aware video optimization.

## DETAILED DESCRIPTION

Reference will now be made in detail to the exemplary embodiments, examples of which are illustrated in the accompanying drawings. Wherever possible, the same reference numbers will be used throughout the drawings to refer to the same or like parts.

Exemplary embodiments disclosed herein are directed to methods and systems for quality-aware video optimization. Quality-aware video optimization is a technique to modify a video frame sequence so that the byte size of video stream is reduced as much as possible, while simultaneously limiting the perceptual quality degradation to a controllable level. The quality-aware video optimization technique can require only a single pass over the previously encoded video frame sequence in order to optimize the video frame sequence. A problem with existing single-pass rate control techniques is that the relationship between the compressed bytes size of a video frame and its quantization parameter is only known after the frame is encoded. To achieve byte reduction and controllable quality degradation in a single pass, a quality-aware video optimizer can refer to information about how video frames were quantized during their initial encoding and use the information to optimize the video frame sequence.

A framework for quality-aware video optimization can adjust image quantization, allowing, through empirical testing, the fine control of the quality degradation in the byte-reduced content. Through further empirical testing, it is also possible to apply the quantization adjustment optimi-

US 10,412,388 B2

3

zations to transcoding scenarios, where the input and output compression formats are different.

FIG. 1 illustrates a block diagram of an exemplary system 100. Exemplary system 100 may be any type of system that provides video content over a local connection or a network, such as a wireless network, Internet, broadcast network, etc. Exemplary system 100 may include, among other things, a user device 102, a gateway 104, one or more networks 106 and 110, a video optimizer 108, and one or more media servers 112-114.

User devices 102 can be a hardware device such as a computer, a PDA, a cell phone, a laptop, a desktop, a VCR, a Laserdisc player, a DVD player, blue ray disc player, a television set including a broadcast tuner, or any electronic device capable of accessing a data network and/or capable of playing video. User device 102 can include software applications that allow user device 102 to communicate with and receive video content from a data network, e.g., network 106. For example, user device 102 may send request data to a media server to download a particular video streaming file, and the media server can transmit the video streaming file to user device 102. In some embodiments, the video streaming file may be routed through video optimizer 108. User device 102 may provide a display and one or more software applications, such as a media player, for displaying the video stream to a user of the user device.

In some embodiments, user device 102 can also be or include a storage device for storing or archiving video content. For example, the storage device can be provided as a video CD, DVD, Blu-ray disc, hard disk, magnetic tape, flash memory card/drive, volatile or non-volatile memory, holographic data storage, and any other storage medium.

Gateway 104 is one or more devices that serve as an entrance or a means of access and may or may not convert formatted data provided in one type of network to a particular format required for another type of network. Gateway 104, for example, may be a server, a router, a firewall server, a host, or a video optimizer. For example, gateway 104 may have the ability to transform signals received from user device 102 into signals that network 106 or 110 can understand and vice versa. This transforming ability, however, is not required in some data network, for example, Fourth-Generation (4G) or Worldwide Interoperability for Microwave Access (WiMAX). Gateway 104 may be capable of processing audio, video, and T.120 transmissions alone or in any combination, and is capable of full duplex media translations. Further, gateway 104 can include video optimizer 108 for quality-aware video optimization.

Networks 106 and 110 may include any combination of wide area networks (WANs), local area networks (LANs), or wireless networks suitable for packet-type communications, such as Internet communications, or broadcast networks suitable for distributing video content.

Video optimizer 108 can be implemented as a software program and/or hardware device that provides quality-aware video optimization. Video optimizer 108 is a server that provides communication between user device 102 and media servers 112-114. Video optimizer 108 can perform single-pass, on-the-fly, quality-aware optimization to a previously encoded video frame sequence, as described below. Since the video optimization method only requires one pass over the video frame sequence, video optimizer 108 is well suited to operate in a wide variety of environments. For example, video optimizer 108 can be part of any of the media servers 112-114, or any network device between user device 102 and media servers 112-114. In this way, video optimizer 108 optimizes live video feeds before they tra-

4

verse a low-capacity network segment. Also, video optimizer 108 can also be installed in front of a storage array to optimize surveillance video before it is archived, and thus saves storage space.

Media servers 112-114 can be computer servers that receive a request for video content from user device 102, process the request, and provide video content to user device 102 through, in some embodiments, video optimizer 108. For example, media servers 112-114 can be web servers, enterprise servers, or any other type of computer servers. Media servers 112-114 can be computers programmed to accept requests (e.g., HTTP, RTSP, or other protocols that can initiate a video session) from user device 102 and to serve user device 102 with video stream. Also, media servers 112-114 can be PDAs, cell phones, laptops, desktops, or any devices configured to transfer video content to user device 102 through, in some embodiments, one or more networks 106 and 110. In addition, media servers 112-114 can be broadcasting facilities, such as free-to-air, cable, satellite, and other broadcasting facilities, for distributing video content to user device 102 through, in some embodiments, video optimizer 108. Further, media servers 112-114 can be video sources, such as surveillance devices configured to capture videos and transfer the captured videos to user device 102 through, in some embodiments, video optimizer 108. Also, as an alternative to the configuration of system 100 shown in FIG. 1, any of media servers 112-114 can include video optimizer 108 for quality-aware video optimization.

FIG. 2 is a block diagram illustrating an embodiment of an exemplary quality-aware video optimizer 108 in the exemplary system of FIG. 1. For simplicity, FIG. 2 only illustrates a video optimizer 108, compressed video frames as input (202), and optimized-compressed video frames as output (204). Video optimizer 108 may include, among other things, a decoder 210, a QP adjustment module 220, and an encoder 230. The illustrated configuration of video optimizer 108 is exemplary only, and can be modified to provide discrete elements or combine multiple elements into a single one, and be provided as any combination of hardware and software components.

With reference to FIG. 2, decoder 210 can be a software program and/or a hardware device that intercepts and decodes (decompresses) the incoming compressed video frames. Each incoming compressed video frame can include, among other things, a header and compressed frame video. The header can include, among other things, an input QP ($QP_{Input}$) having been used for compressing the frame.

Decoder 210 can include, among other things, a de-quantizer 212. For each decompressed video frame, de-quantizer 212 can extract $QP_{Input}$ from the decompressed video frame, and forward the $QP_{Input}$ to QP adjustment module 220. Decoder 210 can then transfer the decompressed video frame to encoder 230. In some embodiments, the decompressed video frame can be stored in a database, for example, a buffer or a queue. Also, as an alternative to the configuration of video optimizer 108 shown in FIG. 2, de-quantizer 212 can be located external to decoder 210.

Quality-aware Video Optimization: QP Adjustment

QP adjustment module 220 can be a software program and/or a hardware device for deriving, based on the $QP_{Input}$, an output QP ($QP_{Output}$) used for compressing the decompressed video frame. As previously explained, since a relationship can be established between a QP value and perceptual quality of a video frame, and also between a QP and a bitrate of video frame, QP adjustment module 220 can use the difference ($\Delta QP$) between the $QP_{Input}$ and the $QP_{Output}$ to simultaneously control the bitrate reduction and perceptual

US 10,412,388 B2

5

quality degradation of an output video frame of the optimized-compressed video frames (**204**).

The parameter $\Delta QP$ can be defined as, for example:

$$QP_{Input}+\Delta QP=QP_{Output}$$

where $QP_{Input}$ is the quantization parameter used when an input (compressed) video frame (**202**) was originally encoded and $QP_{Output}$ is the quantization parameter derived by QP adjustment module **220** for use when re-quantizing the decompressed frame. For each input video frame, $QP_{Input}$ and the compressed byte size are known. QP adjustment module **220** can choose a $\Delta QP$ value to derive a $QP_{Output}$ used for quantizing the output video frame that can satisfy the requirement of byte size reduction and preserve the original perceptual quality. The smaller the $\Delta QP$ value is, the smaller the $QP_{Output}$ value is, and thus less information will be discarded during encoding—less degradation of perceptual quality. On the contrary, the larger the $\Delta QP$ value is, the larger the $QP_{Output}$ value is, and thus more information will be discarded during encoding—more degradation of perceptual quality.

Two properties of the QP vs. bitrate curve shown in FIG. **3** can be exploited to achieve optimization for an input video frame. The first property to exploit is the fact that a small $\Delta QP$ has little impact on bitrate when the $QP_{Input}$ is high. This is shown on the rightmost, flat part of the curves in FIG. **3**. Quantizing a video frame with a high $QP_{Output}$ value discards more information from the original video frame. To maintain the original perceptual quality of the video frame, a high $QP_{Output}$ value cannot be used. This contradicts the goal of reducing the byte size, because when $QP_{Output}$ is less than $QP_{Input}$, the byte size of the frame can only increase. Given the shape of the QP vs. bitrate curve in FIG. **3**, when $QP_{Input}$ is high, a negative $\Delta QP$ can be used to derive a relatively small $QP_{Output}$ that discards less information and maintains perceptual quality, while only increasing the byte size by a small amount.

The second property to exploit is that a small $\Delta QP$ has a large impact on bitrate when the $QP_{Input}$ is low. This is shown on the leftmost, steep part of the curves in FIG. **3**. When $QP_{Input}$ is low, even a small positive $\Delta QP$ will result in large byte reduction—discards a significant amount of information during encoding.

These observations lead to a novel function, F, defining $\Delta QP$ according to the value of $QP_{Input}$. This relationship between $\Delta QP$ and $QP_{Input}$ can be written as, for example:

$$\Delta QP=F(QP_{Input})$$

The function F can be empirically derived according to the observations described above along with perceptual analysis of real video sources. The function F can be, among other things, for example, a mapping table between $QP_{Input}$ and $\Delta QP$. The function F can also be derived from a database containing, for example, a mapping between $QP_{Input}$ and $\Delta QP$.

Referring back to FIG. **2**, QP adjustment module **220** can utilize the function F to acquire $\Delta QP$, and in turn use $\Delta QP$ to derive $QP_{Output}$ used for quantizing the decompressed video frame. For example, when the $QP_{Input}$ is low or below a predetermined threshold, QP adjustment module **220** can select a positive $\Delta QP$. The positive $\Delta QP$ can yield substantial byte savings when re-quantizing high quality frames. Based on the positive $\Delta QP$, QP adjustment module **220** can derive a $QP_{Output}$ value higher than the $QP_{Input}$ to reduce the byte size substantially while decreasing the original perceptual quality of the high quality input video frame marginally. On the other hand, when the $QP_{Input}$ high or above a predeter-

6

mined threshold—a significant amount of information is discarded during original compression of an input video frame, QP adjustment module **220** can select a negative $\Delta QP$. Based on the negative $\Delta QP$, QP adjustment module **220** can derive a $QP_{Output}$ value lower than the $QP_{Input}$ to retain the original perceptual quality of the input video frame, while only inflating the byte size marginally. When a normal video frame sequence (**202**) including frames of various qualities is optimized with this method, the net byte reduction can be positive.

Quality-aware Video Optimization: Controlling Quality Degradation

In some embodiments, QP adjustment module **220** can also acquire a quality degradation offset, which is a parameter indicating an amount of quality degradation, to control quality degradation during the optimization of the decompressed video frame. Quality degradation can be observed from a mapping between $QP_{Input}$ and the $\Delta QP$ value used for re-quantizing a video frame. FIG. **4** shows two exemplary mappings between $QP_{Input}$ and $\Delta QP$. The values of $\Delta QP$ and $QP_{Input}$ in FIG. **4** are just examples. In real life, the values can be different and mappings between $QP_{Input}$ and the $\Delta QP$ can vary for different video sequences. In FIG. **4**, the higher curve yields more quality degradation because a higher $\Delta QP$ means that more information is discarded when re-quantizing the frame.

Referring back to FIG. **2**, QP adjustment module **220** can add a quality degradation offset to the $\Delta QP$ to adjust the constant quality degradation introduced during optimization. For example, QP adjustment module **220** can utilize the following revised function to acquire the $\Delta QP$:

$$\Delta QP=F(QP_{Input})+D$$

As described above, F is a function disclosing correlation between $QP_{Input}$ and $\Delta QP$. The quality degradation offset D is a parameter indicating the amount of quality degradation. The parameter can be obtained based on, among other things, for example, historical data analysis of optimized video. If quality degradation is introduced during optimization is to be minimized, a default value of the quality degradation offset D can be set to zero. QP adjustment module **220** can obtain the quality degradation offset, for example, from a database containing, e.g., historical data analysis of optimized videos. Based on the $QP_{Input}$ and the quality degradation offset, QP adjustment module **220** can derive $\Delta QP$. QP adjustment module **220** can then use $\Delta QP$ to calculate $QP_{Output}$ corresponding to $QP_{Input}$.

Quality-aware Video Optimization: Mapping Quantization Parameters Between Codecs

In some embodiments, QP adjustment module **220** can also take into consideration of the differences between an arbitrary combination of input and output compression formats (codecs), and compute codec adjustment that accounts for difference between the input and output compression formats (codecs). The quantization setting indicated by a given QP may be different for each video codec. An equivalent or corresponding quantization setting for two different video codecs, rendering the same perceptual quality, may be represented by two different QP values with difference scales. For example, a quantization setting for a video frame in codec A is represented by a QP value 20, and an corresponding quantization setting in codec B may be represented by a QP value 15. To obtain the quantization setting in codec B corresponding to the one in codec A represented by a QP value (e.g., 20), QP adjustment module **220** can convert the QP value (e.g., 20) from QP scale in codec A to the QP scale in codec B, and get a converted QP value (e.g.,

US 10,412,388 B2

7

15). By having this functionality, quality-aware video optimizer **108** can provide optimization benefit in any transcoding scenario.

If a compression format (codec) of an input (compressed) video frame (**202**) detected by decoder **210** is different from that used by encoder **230** for compressing the decompressed video frame, QP adjustment module **220** can convert $QP_{Input}$ from the decoder's QP scale to the encoder's QP scale before a $\Delta QP$ can be computed. This can be done, for example, by maintaining a mapping between QP scales for each combination of decoder and encoder that the quality-aware video optimizer supports. For example, a mapping between QP scales relates all QPs from codec A to those of codec B such that a video frame encoded with codec A can yield the same perceptual quality when encoded with codec B. These mappings can be determined experimentally, and can be implemented by QP adjustment module **220** in the QP adjustment step. If the input codec is the same as the output codec, the $QP_{Input}$ may not be converted or the converted $QP_{Input}$ is the same as the $QP_{Input}$.

Based on the converted $QP_{Input}$, the quality degradation offset, QP adjustment module **220** can derive $\Delta QP$. Alternatively, QP adjustment module **220** can obtain codec adjustment accounting for differences between input and output compression formats (codecs) based on a determination whether the input and output compression formats are the same. Based on the $QP_{Input}$, codec adjustment, and the quality degradation offset, QP adjustment module **220** can compute $\Delta QP$. QP adjustment module **220** can then calculate $QP_{Output}$ based on $\Delta QP$, and forward $QP_{Output}$ to encoder **230**.

Encoder **230** can be a software program and/or a hardware device that receives decompressed video frames and encodes (compresses) the video frames. Encoder **230** can include, among other things, a quantizer **232**. Quantizer **232** receives $QP_{Output}$ and a corresponding decompressed video frame, and optimizes the video frame by applying quantization setting represented by $QP_{Output}$ to the encoding (compression) of the video frame. Then, video optimizer **108** outputs and transmits (**204**) the optimized-compressed video frame to a destination. Also, as an alternative to the configuration of video optimizer **108** shown in FIG. **2**, quantizer **232** can be located external to encoder **230**.

The video optimizer can process the incoming compressed video frames (**202**) one by one, and apply the above video quality-aware optimization process to each video frame on the fly and in a single pass. The video optimizer can be installed anywhere it is needed, and can apply the quality-aware video optimization whenever it is needed.

FIG. **5** is a functional diagram illustrating an exemplary process flow in the embodiment of FIG. **2**. Without departing from the exemplary embodiments, the exemplary process flow can be altered to delete steps, change the order of steps, or include additional steps.

After receiving (**202**) compressed video frames from a data network, video optimizer **108** can direct the compressed video frames to decoder **210**. Decoder **210** can intercept and decode (decompress) an incoming compressed video frame. De-quantizer **212** of decoder **210** may extract from the decompressed video frame $QP_{Input}$, which was originally used for compressing the incoming compressed video frame. Decoder **210** or de-quantizer **212** may then pass (**502**) the extracted $QP_{Input}$ to QP adjustment module **220**, and transfer (**504**) the decompressed video frame to encoder **230**.

Based on the $QP_{Input}$, QP adjustment module **220** may convert $QP_{Input}$ from decoder **210**'s QP scale to encoder **230**'s QP scale, if the input compressed video frames (**202**)

8

and the output compressed video frames (**204**) are in different compression formats (codecs). The conversion can be based on a mapping between QP scales for each combination of input codec and output codec that the quality-aware video optimizer supports. If the input codec is the same as the output codec, the $QP_{Input}$ may not be converted or the converted $QP_{Input}$ the same as the $QP_{Input}$.

Also, in some embodiments, QP adjustment module **220** can acquire a quality degradation offset, indicating an amount of quality degradation, to control quality degradation introduced during the optimization of the decompressed video frame. A default value of the quality degradation offset can be set to zero, denoting that minimal quality degradation is introduced. The quality degradation offset can be obtained, for example, from a database containing, e.g., historical data analysis of optimized video. Based on the converted $QP_{Input}$ and the quality degradation offset, QP adjustment module **220** can compute $\Delta QP$ used to derive $QP_{Output}$ corresponding to the incoming $QP_{Input}$, and forward (**506**) $QP_{Output}$ to encoder **230**.

After receiving (**504**, **506**) the decompressed video frame and the corresponding $QP_{Output}$, quantizer **232** of encoder **230** optimizes the video frame by applying quantization setting indicated by $QP_{Output}$ to the encoding (compression) of the decompressed video frame. The optimization can include, for example, reducing byte size of the compressed video frames while attempting to retain the original perceptual quality of the compressed video frames. After the optimization, video optimizer **108** outputs and transmits (**204**) the optimized-compressed video frame to a destination, for example, user device **102**.

FIG. **6** is a flowchart representing an exemplary method of quality-aware video optimization. Without departing from the exemplary embodiments, the exemplary process flow can be altered to delete steps, change the order of steps, or include additional steps.

After receiving (**602**) a compressed video frame, a video optimizer decodes (decompresses) (**604**) the video frame, and extracts (**606**) an input QP value from the decoded (decompressed) video frame. In addition, the video optimizer can obtain (**608**) a codec adjustment, which accounts for differences between the input and output compression formats (codecs). The video optimizer may perform this step based on a determination whether encoding codec (output video compression format) is different from decoding codec (input video compression format). If the input codec is the same as the output codec, the default value of the codec adjustment may be set to zero.

At step **610**, the video optimizer may acquire a quality degradation offset, indicating amount of quality degradation, to control quality degradation introduced during optimization of the decompressed video frame. A default value of the quality degradation offset can be set to zero, if quality degradation is to be minimized. The quality degradation offset can be obtained based on, for example, analysis of historical data of optimized video. Based on the input QP, the codec adjustment, and the quality degradation offset, the video optimizer can compute a $\Delta QP$. The $\Delta QP$ corresponds to the difference between the input QP and an output QP used for optimizing the decompressed video frame. The video optimizer can then derive (**612**) the output QP based on the $\Delta QP$.

Alternatively, the video optimizer may convert the input QP value from decoding (input) QP scale to encoding (output) QP scale based on a determination that the encoding codec is different from the decoding codec. If the decoding codec is the same as the encoding codec, the input QP may

US 10,412,388 B2

9

not be converted or the converted input QP is the same as the input QP. Based on the converted input QP and the quality degradation offset, the video optimizer can compute a ΔQP and thus use the ΔQP to derive (**612**) an output QP for optimizing the decompressed video frame.

After having derived the output QP, the video optimizer can optimize (**614**) the decoded (decompressed) video frame by encoding (compressing) it based on quantization setting corresponding to the derived output QP. The optimization can modify the decompressed video frame so that the byte size of the compressed video frame is reduced as much as possible, while simultaneously limiting the perceptual quality degradation to a controllable level. The video optimizer can transmit (**616**) the optimized video frame to a destination. The method can then end (**618**).

FIG. **7** is a block diagram illustrating another embodiment of an exemplary quality-aware video optimizer **108** in the exemplary system of FIG. **1**. The system in FIG. **7** has similar components to those in FIG. **2**, except that in FIG. **7**, video optimizer **108** has an inflation prevention module **710** to compensate for byte size inflation that can be introduced during optimization. The illustrated configuration of video optimizer **108** in FIG. **7** is exemplary only, and can be modified to provide discrete elements or combine multiple elements into a single one, and be provided as any combination of hardware and software.

Quality-aware Video Optimization: Applying Compression Feedback to Prevent Inflation

A situation may arise where the $QP_{Input}$ values for at least some of the input video frames of a video stream (**202**) are high, and thus QP adjustment module **220** may choose negative ΔQP values for those frames to preserve the original perceptual quality of the video stream. High $QP_{Input}$ values indicate that the input video frames (**202**) have lost substantial information during their original compression. During quality-ware video optimization process, it is not desirable to further discard more information from the input video frames. QP adjustment module **220** can select negative ΔQP values used to derive low $QP_{Output}$ values, thus retaining the original perceptual quality of the video stream. Nevertheless, the negative ΔQP values and low $QP_{Output}$ values can inflate the byte size of the video stream. Although the degree of the byte size inflation would be small, it is usually not desirable to increase the byte storage requirement of the video stream.

Inflation prevention module **710** can utilize a feedback mechanism to adjust ΔQP value for any potential inflation. In some embodiments, for the video stream currently being processed, inflation prevention module **710** can utilize a compensation function that takes into consideration the total byte size of at least some video frames encoded thus far and the total byte size of at least some video frames decoded thus far. In some embodiments, for the video stream currently being processed, inflation prevention module **710** can utilize a compensation function that takes into consideration the total byte size of all video frames encoded thus far and the total byte size of all video frames decoded thus far. The compensation function can output a positive value to compensate for the byte size inflation. Inflation prevention module **710** can then further adjust the ΔQP value based on byte size inflation adjustment—the output of the compensation function—to preserve the original perceptual quality of the input video frames while avoiding or minimizing byte size inflation.

10

For each video frame to be encoded, the ΔQP can be calculated as, for example:

$$\Delta QP = F(QP_{Input})D + C(\text{InputBytes}, \text{OutputBytes})$$

As previously described therein, F is a function disclosing correlation between $QP_{Input}$ and ΔQP, and the parameter D is a quality degradation offset indicating the amount of quality degradation to be introduced during re-quantization. The function C is the compensation function. In some embodiments, the symbol InputBytes represents the total byte size of at least some frames previously decoded for a video stream currently being processed, and the symbol OuputBytes represents the total byte size of at least some frames previously encoded for the video stream currently being processed. In some embodiments, the symbol Input-Bytes represents the total byte size of all frames previously decoded for a video stream currently being processed, and the symbol OuputBytes represents the total byte size of all frames previously encoded for the video stream currently being processed. Video optimizer **108** may keep track of InputBytes and OuputBytes of a video frame stream currently being processed. InputBytes and OuputBytes can also be obtained from a database containing, e.g., total byte size of video frames encoded thus far and total byte size of video frames decoded thus far for the video frame stream currently being processed. If no byte size inflation occurs, the compensation function may output a zero value.

After QP adjustment module **220** having computed a ΔQP based on the $QP_{Input}$ and the quality degradation offset, inflation prevention module **710** can adjust the ΔQP based on the byte size inflation adjustment. Based on the adjusted ΔQP, inflation prevention module **710** can then derive $QP_{Output}$ for optimizing the decompressed video frame being processed. In some embodiments, QP adjustment module **220** and inflation prevention module **710** can be combined into one component. The combined component can calculate the ΔQP based on the $QP_{Input}$, the quality degradation offset, and the byte size inflation adjustment, and further use the ΔQP to derive a $QP_{Output}$ for optimizing the decompressed video frame.

The rest of components function similarly to those provided above in FIG. **2**. The inflation prevention mechanism can help retain the original perceptual quality of a video stream having lost substantial information during original compression, while reduce byte size of the video stream as much as possible.

FIG. **8** is a functional diagram illustrating an exemplary process flow in the embodiment of FIG. **7**. The system in FIG. **8** has similar components to those in FIG. **5**, except that in FIG. **8**, video optimizer **108** provides inflation prevention module **710** to compensate for byte size inflation in computing ΔQP. Without departing from the exemplary embodiments, the exemplary process flow can be altered to delete steps, change the order of steps, or include additional steps.

After having computed ΔQP for an input compressed video frame, QP adjustment module **220** provides (**802**) the computed ΔQP to inflation prevention module **710**. Inflation prevention module **710** can retrieve historic byte size data or historic inflation data. The historic byte size data may include, for example, InputBytes (total byte size of all or some frames previously decoded for a video frame stream being currently processed) and OuputBytes (total byte size of all or some frames previously encoded for the video frame stream being currently processed) kept by video optimizer **108** or in a database. The historic inflation data may include, for example, byte size inflation that has been introduced during video optimization of some frames of a video frame

US 10,412,388 B2

**11**

stream being currently processed. Based on the historic byte size data or the historic inflation data, inflation prevention module **710** can estimate byte size inflation to be introduced during video optimization based on the ΔQP provided by QP adjustment module **220**. Inflation prevention module **710** can then adjust the ΔQP by compensating for the estimated byte size inflation. The adjusted ΔQP can help retain the original perceptual quality of the input compressed video frame while reducing the byte size of the video frame as much as possible. Based on the adjusted ΔQP, inflation prevention module **710** can derive a $QP_{Output}$ corresponding to an incoming $QP_{Input}$, and forward (**506**) the $QP_{Output}$ to encoder **230**.

The rest of communication flow is similar to the communication flow provided above in FIG. **5**.

FIG. **9** is a flowchart representing another exemplary method of quality-aware video optimization. Without departing from the exemplary embodiments, the exemplary process flow can be altered to delete steps, change the order of steps, or include additional steps.

After receiving (**902**) a compressed video frame, a video optimizer decodes (decompresses) (**904**) the video frame, and extracts (**906**) an input QP value from the decoded (decompressed) video frame. In addition, the video optimizer can convert (**908**) the input QP value from decoding QP scale to encoding QP scale, based on a determination that encoding codec (output video compression format) is different from decoding codec (input video compression format). The conversion accounts for differences between the input and output compression formats (codecs). If the encoding codec is the same as the decoding codec, the input QP value is not converted or the converted input QP value is the same as the input QP value.

At step **910**, the video optimizer may also acquire a quality degradation offset, indicating the amount of quality degradation to be introduced during optimization of the decompressed video frame. A default value of the quality degradation offset can be set to zero, if quality degradation is to be minimized. The quality degradation offset can be obtained based on, for example, analysis of historical data of optimized video.

The video optimizer may further obtain (**912**) a byte size inflation adjustment based on historic data of a video stream currently being processed. The historic data can include historic byte size data or historic inflation data of the video stream. The historic byte size data may include, for example, total byte size of all or some frames previously decoded for the video stream, and total byte size of all or some frames previously encoded for the video stream. The historic inflation data may include, for example, byte size inflation that has been introduced during video optimization of some frames of a video frame stream being currently processed. In some embodiments, the historic data can be retrieved from a database. The byte size inflation adjustment can compensate for byte size inflation to be introduced during optimization of the decompressed video frame. If no byte size inflation is introduced, the default value of the byte size inflation adjustment can be set to zero.

Based on the converted input QP, the quality degradation offset, and the byte size inflation adjustment, the video optimizer can compute a ΔQP. The ΔQP corresponds to the difference between the input QP and an output QP used for optimizing the decompressed video frame. The video optimizer can then derive (**914**) the output QP based on the ΔQP.

Alternatively, the video optimizer may calculate a ΔQP based on the converted input QP and the quality degradation offset first, and then adjust the ΔQP based on the byte size

**12**

inflation adjustment. Based on the adjusted ΔQP, the video optimizer can derive (**914**) the output QP for optimizing the decompressed video frame.

After having derived the output QP, the video optimizer can optimize (**916**) the decoded (decompressed) video frame by encoding (compressing) it based on quantization setting corresponding to the derived output QP. The optimization can modify the decompressed video frame so that the byte size of the compressed video frame is reduced as much as possible, while simultaneously limiting the perceptual quality degradation to a controllable level. The video optimizer can transmit (**918**) the optimized video frame to a destination. The method can then end (**920**).

The methods disclosed herein may be implemented as a computer program product, i.e., a computer program tangibly embodied in an information carrier, e.g., in a machine readable storage device, for execution by, or to control the operation of, data processing apparatus, e.g., a programmable processor, a computer, or multiple computers. A computer program can be written in any form of programming language, including compiled or interpreted languages, and it can be deployed in any form, including as a standalone program or as a module, component, subroutine, or other unit suitable for use in a computing environment. A computer program can be deployed to be executed on one computer or on multiple computers at one site or distributed across multiple sites and interconnected by a communication network.

A portion or all of the methods disclosed herein may also be implemented by an application specific integrated circuit (ASIC), a field-programmable gate array (FPGA), a complex programmable logic device (CPLD), a printed circuit board (PCB), a digital signal processor (DSP), a combination of programmable logic components and programmable interconnects, a single central processing unit (CPU) chip, a CPU chip combined on a motherboard, a general purpose computer, or any other combination of devices or modules capable of performing quality-aware video optimization disclosed herein.

In the preceding specification, the invention has been described with reference to specific exemplary embodiments. It will, however, be evident that various modifications and changes may be made without departing from the broader spirit and scope of the invention as set forth in the claims that follow. The specification and drawings are accordingly to be regarded as illustrative rather than restrictive. Other embodiments may be apparent to those skilled in the art from consideration of the specification and practice of the invention disclosed herein.

What is claimed is:

1. A method comprising:

(a) identifying, by a device, a first quantization parameter used to encode a decoded frame;

(b) determining, by the device, a delta quantization parameter as a function of the first quantization parameter, wherein the function is configured to provide the delta quantization parameter based at least on obtaining a level of reduction in bitrate while maintaining a level of quality to a predetermined level;

(c) determining, by the device, a second quantization parameter for encoding the decoded frame based at least on the first quantization parameter and the delta quantization parameter; and

(d) encoding, by the device, the decoded frame using the second quantization parameter.

US 10,412,388 B2

**13**

**2**. The method of claim **1**, wherein (a) further comprises extracting, by a de-quantizer, the first quantization parameter from the decoded frame.

**3**. The method of claim **1**, wherein (b) further comprises receiving, by an adjustment module of the device, the first quantization parameter as an input to the function, wherein the adjustment module is configured to compute the function.

**4**. The method of claim **1**, wherein (b) further comprises determining the delta quantization parameter from the function configured to map the first quantization parameter to the delta quantization parameter.

**5**. The method of claim **1**, wherein (b) further comprises determining the delta quantization parameter from the function configured to select a positive delta quantization parameter responsive to the first quantization parameter being below a predetermined threshold.

**6**. The method of claim **1**, wherein (b) further comprises determining the delta quantization parameter from the function configured to select a negative delta quantization parameter responsive to the first quantization parameter being above a predetermined threshold.

**7**. The method of claim **1**, wherein the function is further configured to maintain the level of quality to a same quality of level as the decoded frame.

**8**. The method of claim **1**, wherein (c) further comprises determining the second quantization parameter by adding the delta quantization parameter to the first quantization parameter.

**9**. The method of claim **1**, wherein (c) further comprises determining the second quantization parameter based at least on a quality degradation offset, wherein the quality degradation offset indicates an amount of quality degradation.

**10**. The method of claim **1**, wherein (c) further comprises determining the second quantization parameter based at least on a compensation function, wherein the compensation function is configured to provide a byte size inflation adjustment using as an input: a total byte size of one or more decoded frames and a total byte size of one or more encoded frames.

**11**. A system comprising:

a device comprising one or more processors, coupled to memory and configured to:

identify a first quantization parameter used to encode a decoded frame;

determine a delta quantization parameter as a function of the first quantization parameter, wherein the function is configured to provide the delta quantization

**14**

parameter based at least on obtaining a level of reduction in bitrate while maintaining a level of quality to a predetermined level;

determine a second quantization parameter for encoding the decoded frame based at least on the first quantization parameter and the delta quantization parameter; and

encode, the decoded frame using the second quantization parameter.

**12**. The system of claim **11**, wherein a de-quantizer of the device is configured to extract the first quantization parameter from the decoded frame.

**13**. The system of claim **11**, wherein an adjustment module of the device is configured to receive the first quantization parameter as an input to the function and to compute the function to output the delta quantization parameter.

**14**. The system of claim **11**, wherein the function is further configured to map the first quantization parameter to the delta quantization parameter.

**15**. The system of claim **11**, wherein the function is further configured to select a positive delta quantization parameter responsive to the first quantization parameter being below a predetermined threshold.

**16**. The system of claim **11**, wherein the function is further configured to select a negative delta quantization parameter responsive to the first quantization parameter being above a predetermined threshold.

**17**. The system of claim **11**, wherein the function is further configured to maintain the level of quality to a same quality of level as the decoded frame.

**18**. The system of claim **11**, wherein the device is further configured to determine the second quantization parameter by adding the delta quantization parameter to the first quantization parameter.

**19**. The system of claim **11**, wherein the device is further configured to determine the second quantization parameter based at least on a quality degradation offset, wherein the quality degradation offset indicates an amount of quality degradation.

**20**. The system of claim **11**, wherein the device is further configured to determine the second quantization parameter based at least on a compensation function, wherein the compensation function is configured to provide a byte size inflation adjustment using as an input: a total byte size of one or more decoded frames and a total byte size of one or more encoded frames.

\*   \*   \*   \*   \*

# EXHIBIT 5

US009894361B2

(12) **United States Patent**
Melnyk et al.

(10) **Patent No.:** **US 9,894,361 B2**
(45) **Date of Patent:** **Feb. 13, 2018**

(54) **FRAMEWORK FOR QUALITY-AWARE VIDEO OPTIMIZATION**

(75) Inventors: **Miguel Melnyk**, Champaign, IL (US); **Andrew Penner**, Champaign, IL (US); **Jeremy Tidemann**, Champaign, IL (US)

(73) Assignee: **Citrix Systems, Inc.**, Fort Lauderdale, FL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 1038 days.

(21) Appl. No.: **12/751,951**

(22) Filed: **Mar. 31, 2010**

(65) **Prior Publication Data**

US 2010/0254451 A1 Oct. 7, 2010

**Related U.S. Application Data**

(60) Provisional application No. 61/165,224, filed on Mar. 31, 2009.

(51) **Int. Cl.**

| | |
|---|---|
| *H04N 19/124* | (2014.01) |
| *H04N 19/152* | (2014.01) |
| *H04N 19/154* | (2014.01) |
| *H04N 19/172* | (2014.01) |
| *H04N 19/40* | (2014.01) |
| *H04N 19/46* | (2014.01) |
| *H04N 19/176* | (2014.01) |

(Continued)

(52) **U.S. Cl.**
CPC ......... *H04N 19/124* (2014.11); *H04N 19/152* (2014.11); *H04N 19/154* (2014.11); *H04N 19/172* (2014.11); *H04N 19/40* (2014.11); *H04N 19/46* (2014.11)

(58) **Field of Classification Search**
USPC ...................................... 375/240.03; 3/240.03
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

6,661,927 B1 * 12/2003 Suarez .................. H04N 19/63
375/240.11
2002/0110193 A1 8/2002 Yoo et al.
(Continued)

FOREIGN PATENT DOCUMENTS

CN 1235428 A 11/1999
CN 1631041 A 6/2005
(Continued)

OTHER PUBLICATIONS

Bibliographic information for Japanese Publication No. JP 2011514056, published Apr. 28, 2011 for Qualcomm, Inc. (2 pgs).
(Continued)

*Primary Examiner* — Obafemi Sosanya
(74) *Attorney, Agent, or Firm* — Foley & Lardner LLP; Christopher J. McKenna

(57) **ABSTRACT**

A computer-implemented method includes receiving an encoded video frame, decompressing the received encoded video frame, extracting a first quantization parameter (QP) from the decompressed video frame, and acquiring a delta QP based on the first QP. The method also includes acquiring a second QP based on the delta QP and the first QP, compressing the decompressed video frame based on the second QP, and providing the compressed video frame. The first QP corresponds to quantization settings originally used for compressing the encoded video frame. And the second QP corresponds to quantization settings for compressing the decompressed video frame.

**25 Claims, 9 Drawing Sheets**



## US 9,894,361 B2

Page 2

(51) **Int. Cl.**
H04N 19/63        (2014.01)
H04N 19/147       (2014.01)
H04N 19/139       (2014.01)

(56)                **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2002/0181595 A1 | 12/2002 | Obata et al. | |
| 2003/0095594 A1 | 5/2003 | Laksono et al. | |
| 2004/0141732 A1 | 7/2004 | Sugiyama et al. | |
| 2005/0152449 A1 | 7/2005 | Nemiroff | |
| 2005/0220188 A1* | 10/2005 | Wang | H04N 19/147 375/240.03 |
| 2005/0232354 A1* | 10/2005 | Chen | H04N 19/139 375/240.16 |
| 2008/0065965 A1 | 3/2008 | Hannuksela | |
| 2009/0106356 A1 | 4/2009 | Brase et al. | |
| 2009/0213930 A1 | 8/2009 | Ye et al. | |
| 2009/0232220 A1 | 9/2009 | Neff et al. | |
| 2010/0061448 A1 | 3/2010 | Zhou et al. | |
| 2010/0166060 A1* | 7/2010 | Ezure | H04N 19/176 375/240.03 |
| 2011/0090953 A1 | 4/2011 | Melnyk et al. | |
| 2012/0314764 A1 | 12/2012 | Tidemann et al. | |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 1727371 A1 | 11/2006 |
| EP | 2061241 A1 | 5/2009 |
| WO | WO 97/37322 | 10/1997 |
| WO | WO 2008/098249 | 8/2008 |
| WO | WO 2009/105732 | 8/2009 |
| WO | WO 2010/117432 A2 | 10/2010 |

OTHER PUBLICATIONS

Sullivan, G.J., et al., "Rate-Distortion Optimization for Video Compression," IEEE Signal Processing Magazine, vol. 15, No. 6, Nov. 1, 1998, pp. 74-90 XP011089821.

PCT Notification of Transmittal of the International Search Report and Written Opinion of the International Searching Authority for International Application No. PCT/US2010/000988, dated Nov. 19, 2010, 24 pages.
Communication pursuant to Article 94(3) EPC for European Application No. 10713807.5, dated Oct. 26, 2012, 7 pgs.
Al-Khrayshah, M., "A Real-Time SNR Scalable Transcoder for MPEG-2 Video Streams," Eindhoven University of Technology, Master Informatica Computer Science Engineering (CSE) Afstudeerverslagen; Jan. 1, 2009, pp. 1-80.
English translation and First Chinese Office Action for Application No. 201080057336.1 dated Feb. 12, 2015; 33 pages.
English translation and Second Chinese Office Action for Application No. 201080057336.1 dated Sep. 23, 2015; 31 pages.
English translation and First Chinese Office Action for Application No. 201280039090.4 dated Aug. 1, 2016; 25 pages.
International Search Report and the Written Opinion for International Application No. PCT/US2010/002762, dated May 19, 2011, 18 pgs.
International Preliminary Report on Patentability for International Application No. PCT/US2010/002762, dated Apr. 26, 2012, 10 pgs.
International Search Report and the Written Opinion for International Application No. PCT/US2012/041691, dated Oct. 5, 2012, 20 pages.
Lei, Z, et al. "Rate Adaptation Transcoding for Precoded Video Streams," ACM 2002, Dec. 1, 2002-Dec. 6, 2002, pp. 127-135.
Nakajima, Y, et al., "Rate Conversion of MPEG Coded Video by Re-Quantization Process," Proceedings of the International Conference on Image Processing (ICIP), Washington, D.C., Oct. 23-26, 1995, IEEE Comp. Soc. Press, US, vol. 3, Oct. 23, 1995, pp. 408-411.
Puri, A, et al. "Motion-Compensated Video Coding with Adaptive Perceptual Quantization," IEEE Transactions on Circuits and Systems for Video Technology, IEEE Service Center, vol. 1, No. 4, Dec. 1, 1991, pp. 351-361.
Summons to Attend Oral Proceedings for European Application No. 10776446.6; mailed Sep. 22, 2016; 7 pages.

* cited by examiner

Case 1:24-cv-01336-MN    Document 33-1    Filed 04/29/26    Page 88 of 602 PageID #: 2084



FIG. 1

U.S. Patent    Feb. 13, 2018    Sheet 2 of 9    US 9,894,361 B2



**FIG. 2**



FIG. 3



FIG. 4



FIG. 5



FIG. 6

U.S. Patent        Feb. 13, 2018        Sheet 7 of 9        US 9,894,361 B2



FIG. 7

U.S. Patent        Feb. 13, 2018        Sheet 8 of 9        US 9,894,361 B2



FIG. 8



FIG. 9

US 9,894,361 B2

**1**

# FRAMEWORK FOR QUALITY-AWARE VIDEO OPTIMIZATION

## CROSS REFERENCE TO RELATED PATENTS

This application claims the priority and benefit of U.S. Provisional Application No. 61/165,224, filed on Mar. 31, 2009, titled "A Framework for Quality-Aware Video Optimization," the entire contents of which are incorporated herein by reference.

## BACKGROUND INFORMATION

Quantization Vs. Perceptual Quality

In video processing, quantization is a lossy compression technique achieved by compressing a range of values to a single quantum value. When a video frame is quantized in any system, information is lost. For example, typical video encoders (e.g., MPEG-2) can compress video frames by discarding information that does not contribute to the reconstruction of an image representative of the original image during decoding. The amount of information discarded during encoding depends on how each video frame is quantized. Each video compression format defines a discrete set of quantization settings, and each quantization setting has an abstract identifier, denoted as a quantization parameter (QP). The QP can be arbitrarily defined as, for example, an integer that indexes an array of quantization settings such that quantization noise introduced by a smaller QP value of X is less than the quantization noise introduced by a larger QP value of X+1. The quantization settings indexed by a given QP value can be different for each video codec.

If too much information is discarded during quantization, the video frame may appear distorted when it is decompressed during playback. This captures the relationship between quantization and perceptual quality. Thus, the QP may be used as an indicator of perceptual quality since the QP indicates how much information is discarded when encoding a video frame.

To illustrate that the QP is only a heuristic for estimating the video frame's perceptual quality, one should consider a "low quality" video frame quantized with fine quantization settings. If a video frame is encoded with fine quantization settings—meaning very little information is discarded—the video frame reconstructed by the decoder will very closely match the original video frame. The quantization noise in the reconstructed video frame is very low, but the reconstructed video frame still appears to be low quality since the original video frame was of low quality. This is just one example where the QP does not accurately indicate the perceptual quality of the video.

Quantization Vs. Bitrate

In video processing, bitrate refers to a number of bits used per unit of playback time to represent a continuous video after encoding (data compression). Different images or video frames can naturally require a different number of bits to be represented even when they share the same pixel dimensions and are encoded with the same QP. The relationship between QP and compressed byte size for a given video frame, however, is more predictable. If a higher QP value represents a coarser quantization (more information loss), then a frame quantized with a higher QP value of X+1 will never require more bits than the same frame quantized with a smaller QP value of X (this ignores corner cases in the entropy coding schemes usually applied to quantized coefficient data). In practice, this means that average bitrate requirement of frames decreases when the QP used to

**2**

quantize them is increased. FIG. **3** shows how the bitrate of a video sequence decreases as the QP increases. The bitrate numbers and the QP values in FIG. **3** are just examples. In real life, the numbers and the values can be different and correlation between QP values and bitrate can vary for different video sequences.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** illustrates a block diagram of an exemplary system.

FIG. **2** is a block diagram illustrating an embodiment of an exemplary quality-aware video optimizer in the exemplary system of FIG. **1**.

FIG. **3** illustrates exemplary correlation between bitrate and QP for various video frame sequences.

FIG. **4** illustrates exemplary mappings from $QP_{Input}$ to $\Delta QP$.

FIG. **5** is a functional diagram illustrating an exemplary process flow in the embodiment of FIG. **2**.

FIG. **6** is a flowchart representing an exemplary method of quality-aware video optimization.

FIG. **7** is a block diagram illustrating another embodiment of an exemplary quality-aware video optimizer in the exemplary system of FIG. **1**.

FIG. **8** is a functional diagram illustrating an exemplary process flow in the embodiment of FIG. **7**.

FIG. **9** is a flowchart representing another exemplary method of quality-aware video optimization.

## DETAILED DESCRIPTION

Reference will now be made in detail to the exemplary embodiments, examples of which are illustrated in the accompanying drawings. Wherever possible, the same reference numbers will be used throughout the drawings to refer to the same or like parts.

Exemplary embodiments disclosed herein are directed to methods and systems for quality-aware video optimization. Quality-aware video optimization is a technique to modify a video frame sequence so that the byte size of video stream is reduced as much as possible, while simultaneously limiting the perceptual quality degradation to a controllable level. The quality-aware video optimization technique can require only a single pass over the previously encoded video frame sequence in order to optimize the video frame sequence. A problem with existing single-pass rate control techniques is that the relationship between the compressed bytes size of a video frame and its quantization parameter is only known after the frame is encoded. To achieve byte reduction and controllable quality degradation in a single pass, a quality-aware video optimizer can refer to information about how video frames were quantized during their initial encoding and use the information to optimize the video frame sequence.

A framework for quality-aware video optimization can adjust image quantization, allowing, through empirical testing, the fine control of the quality degradation in the byte-reduced content. Through further empirical testing, it is also possible to apply the quantization adjustment optimizations to transcoding scenarios, where the input and output compression formats are different.

FIG. **1** illustrates a block diagram of an exemplary system **100**. Exemplary system **100** may be any type of system that provides video content over a local connection or a network, such as a wireless network, Internet, broadcast network, etc. Exemplary system **100** may include, among other things, a

US 9,894,361 B2

3

user device **102**, a gateway **104**, one or more networks **106** and **110**, a video optimizer **108**, and one or more media servers **112-114**.

User devices **102** can be a hardware device such as a computer, a PDA, a cell phone, a laptop, a desktop, a VCR, a Laserdisc player, a DVD player, blue ray disc player, a television set including a broadcast tuner, or any electronic device capable of accessing a data network and/or capable of playing video. User device **102** can include software applications that allow user device **102** to communicate with and receive video content from a data network, e.g., network **106**. For example, user device **102** may send request data to a media server to download a particular video streaming file, and the media server can transmit the video streaming file to user device **102**. In some embodiments, the video streaming file may be routed through video optimizer **108**. User device **102** may provide a display and one or more software applications, such as a media player, for displaying the video stream to a user of the user device.

In some embodiments, user device **102** can also be or include a storage device for storing or archiving video content. For example, the storage device can be provided as a video CD, DVD, Blu-ray disc, hard disk, magnetic tape, flash memory card/drive, volatile or non-volatile memory, holographic data storage, and any other storage medium.

Gateway **104** is one or more devices that serve as an entrance or a means of access and may or may not convert formatted data provided in one type of network to a particular format required for another type of network. Gateway **104**, for example, may be a server, a router, a firewall server, a host, or a video optimizer. For example, gateway **104** may have the ability to transform signals received from user device **102** into signals that network **106** or **110** can understand and vice versa. This transforming ability, however, is not required in some data network, for example, Fourth-Generation (4G) or Worldwide Interoperability for Microwave Access (WiMAX). Gateway **104** may be capable of processing audio, video, and T.120 transmissions alone or in any combination, and is capable of full duplex media translations. Further, gateway **104** can include video optimizer **108** for quality-aware video optimization.

Networks **106** and **110** may include any combination of wide area networks (WANs), local area networks (LANs), or wireless networks suitable for packet-type communications, such as Internet communications, or broadcast networks suitable for distributing video content.

Video optimizer **108** can be implemented as a software program and/or hardware device that provides quality-aware video optimization. Video optimizer **108** is a server that provides communication between user device **102** and media servers **112-114**. Video optimizer **108** can perform single-pass, on-the-fly, quality-aware optimization to a previously encoded video frame sequence, as described below. Since the video optimization method only requires one pass over the video frame sequence, video optimizer **108** is well suited to operate in a wide variety of environments. For example, video optimizer **108** can be part of any of the media servers **112-114**, or any network device between user device **102** and media servers **112-114**. In this way, video optimizer **108** optimizes live video feeds before they traverse a low-capacity network segment. Also, video optimizer **108** can also be installed in front of a storage array to optimize surveillance video before it is archived, and thus saves storage space.

Media servers **112-114** can be computer servers that receive a request for video content from user device **102**, process the request, and provide video content to user device

4

**102** through, in some embodiments, video optimizer **108**. For example, media servers **112-114** can be web servers, enterprise servers, or any other type of computer servers. Media servers **112-114** can be computers programmed to accept requests (e.g., HTTP, RTSP, or other protocols that can initiate a video session) from user device **102** and to serve user device **102** with video stream. Also, media servers **112-114** can be PDAs, cell phones, laptops, desktops, or any devices configured to transfer video content to user device **102** through, in some embodiments, one or more networks **106** and **110**. In addition, media servers **112-114** can be broadcasting facilities, such as free-to-air, cable, satellite, and other broadcasting facilities, for distributing video content to user device **102** through, in some embodiments, video optimizer **108**. Further, media servers **112-114** can be video sources, such as surveillance devices configured to capture videos and transfer the captured videos to user device **102** through, in some embodiments, video optimizer **108**. Also, as an alternative to the configuration of system **100** shown in FIG. **1**, any of media servers **112-114** can include video optimizer **108** for quality-aware video optimization.

FIG. **2** is a block diagram illustrating an embodiment of an exemplary quality-aware video optimizer **108** in the exemplary system of FIG. **1**. For simplicity, FIG. **2** only illustrates a video optimizer **108**, compressed video frames as input (**202**), and optimized-compressed video frames as output (**204**). Video optimizer **108** may include, among other things, a decoder **210**, a QP adjustment module **220**, and an encoder **230**. The illustrated configuration of video optimizer **108** is exemplary only, and can be modified to provide discrete elements or combine multiple elements into a single one, and be provided as any combination of hardware and software components.

With reference to FIG. **2**, decoder **210** can be a software program and/or a hardware device that intercepts and decodes (decompresses) the incoming compressed video frames. Each incoming compressed video frame can include, among other things, a header and compressed frame video. The header can include, among other things, an input QP ($QP_{Input}$) having been used for compressing the frame.

Decoder **210** can include, among other things, a dequantizer **212**. For each decompressed video frame, dequantizer **212** can extract $QP_{Input}$ from the decompressed video frame, and forward the $QP_{Input}$ to QP adjustment module **220**. Decoder **210** can then transfer the decompressed video frame to encoder **230**. In some embodiments, the decompressed video frame can be stored in a database, for example, a buffer or a queue. Also, as an alternative to the configuration of video optimizer **108** shown in FIG. **2**, de-quantizer **212** can be located external to decoder **210**.

Quality-Aware Video Optimization: QP Adjustment

QP adjustment module **220** can be a software program and/or a hardware device for deriving, based on the $QP_{Input}$, an output QP ($QP_{Output}$) used for compressing the decompressed video frame. As previously explained, since a relationship can be established between a QP value and perceptual quality of a video frame, and also between a QP and a bitrate of video frame, QP adjustment module **220** can use the difference ($\Delta QP$) between the $QP_{Input}$ and the $QP_{Output}$ to simultaneously control the bitrate reduction and perceptual quality degradation of an output video frame of the optimized-compressed video frames (**204**).

The parameter $\Delta QP$ can be defined as, for example:

$$QP_{Input} + \Delta QP = QP_{Output}$$

where $QP_{Input}$ is the quantization parameter used when an input (compressed) video frame (**202**) was originally

US 9,894,361 B2

5

encoded and $QP_{Output}$ is the quantization parameter derived by QP adjustment module **220** for use when re-quantizing the decompressed frame. For each input video frame, $QP_{Input}$ and the compressed byte size are known. QP adjustment module **220** can choose a $\Delta QP$ value to derive a $QP_{Output}$ used for quantizing the output video frame that can satisfy the requirement of byte size reduction and preserve the original perceptual quality. The smaller the $\Delta QP$ value is, the smaller the $QP_{Output}$ value is, and thus less information will be discarded during encoding—less degradation of perceptual quality. On the contrary, the larger the $\Delta QP$ value is, the larger the $QP_{Output}$ value is, and thus more information will be discarded during encoding—more degradation of perceptual quality.

Two properties of the QP vs. bitrate curve shown in FIG. **3** can be exploited to achieve optimization for an input video frame. The first property to exploit is the fact that a small $\Delta QP$ has little impact on bitrate when the $QP_{Input}$ is high. This is shown on the rightmost, flat part of the curves in FIG. **3**. Quantizing a video frame with a high $QP_{Output}$ value discards more information from the original video frame. To maintain the original perceptual quality of the video frame, a high $QP_{Output}$ value cannot be used. This contradicts the goal of reducing the byte size, because when $QP_{Output}$ is less than $QP_{Input}$, the byte size of the frame can only increase. Given the shape of the QP vs. bitrate curve in FIG. **3**, when $QP_{Input}$ is high, a negative $\Delta QP$ can be used to derive a relatively small $QP_{Output}$ that discards less information and maintains perceptual quality, while only increasing the byte size by a small amount.

The second property to exploit is that a small $\Delta QP$ has a large impact on bitrate when the $QP_{Input}$ is low. This is shown on the leftmost, steep part of the curves in FIG. **3**. When $QP_{Input}$ is low, even a small positive $\Delta QP$ will result in large byte Reduction—discards a significant amount of information during encoding.

These observations lead to a novel function, F, defining $\Delta QP$ according to the value of $QP_{Input}$. This relationship between $\Delta QP$ and $QP_{Input}$ can be written as, for example:

$$\Delta QP = F(QP_{Input})$$

The function F can be empirically derived according to the observations described above along with perceptual analysis of real video sources. The function F can be, among other things, for example, a mapping table between $QP_{Input}$ and $\Delta QP$. The function F can also be derived from a database containing, for example, a mapping between $QP_{Input}$ and $\Delta QP$.

Referring back to FIG. **2**, QP adjustment module **220** can utilize the function F to acquire $\Delta QP$, and in turn use $\Delta QP$ to derive $QP_{Output}$ used for quantizing the decompressed video frame. For example, when the $QP_{Input}$ is low or below a predetermined threshold, QP adjustment module **220** can select a positive $\Delta QP$. The positive $\Delta QP$ can yield substantial byte savings when re-quantizing high quality frames. Based on the positive $\Delta QP$, QP adjustment module **220** can derive a $QP_{Output}$ value higher than the $QP_{Input}$ to reduce the byte size substantially while decreasing the original perceptual quality of the high quality input video frame marginally. On the other hand, when the $QP_{Input}$ is high or above a predetermined threshold—a significant amount of information is discarded during original compression of an input video frame, QP adjustment module **220** can select a negative $\Delta QP$. Based on the negative $\Delta QP$, QP adjustment module **220** can derive a $QP_{Output}$ value lower than the $QP_{Input}$ to retain the original perceptual quality of the input video frame, while only inflating the byte size marginally. When a

6

normal video frame sequence (**202**) including frames of various qualities is optimized with this method, the net byte reduction can be positive.

Quality-Aware Video Optimization: Controlling Quality Degradation

In some embodiments, QP adjustment module **220** can also acquire a quality degradation offset, which is a parameter indicating an amount of quality degradation, to control quality degradation during the optimization of the decompressed video frame. Quality degradation can be observed from a mapping between $QP_{Input}$ and the $\Delta QP$ value used for re-quantizing a video frame. FIG. **4** shows two exemplary mappings between $QP_{Input}$ and $\Delta QP$. The values of $\Delta QP$ and $QP_{Input}$ in FIG. **4** are just examples. In real life, the values can be different and mappings between $QP_{Input}$ and the $\Delta QP$ can vary for different video sequences. In FIG. **4**, the higher curve yields more quality degradation because a higher $\Delta QP$ means that more information is discarded when re-quantizing the frame.

Referring back to FIG. **2**, QP adjustment module **220** can add a quality degradation offset to the $\Delta QP$ to adjust the constant quality degradation introduced during optimization. For example, QP adjustment module **220** can utilize the following revised function to acquire the $\Delta QP$:

$$\Delta QP = F(QP_{Input}) + D$$

As described above, F is a function disclosing correlation between $QP_{Input}$ and $\Delta QP$. The quality degradation offset D is a parameter indicating the amount of quality degradation. The parameter can be obtained based on, among other things, for example, historical data analysis of optimized video. If quality degradation is introduced during optimization is to be minimized, a default value of the quality degradation offset D can be set to zero. QP adjustment module **220** can obtain the quality degradation offset, for example, from a database containing, e.g., historical data analysis of optimized videos. Based on the $QP_{Input}$ and the quality degradation offset, QP adjustment module **220** can derive $\Delta QP$. QP adjustment module **220** can then use $\Delta QP$ to calculate $QP_{Output}$ corresponding to $QP_{Input}$.

Quality-Aware Video Optimization: Mapping Quantization Parameters Between Codecs

In some embodiments, QP adjustment module **220** can also take into consideration of the differences between an arbitrary combination of input and output compression formats (codecs), and compute codec adjustment that accounts for difference between the input and output compression formats (codecs). The quantization setting indicated by a given QP may be different for each video codec. An equivalent or corresponding quantization setting for two different video codecs, rendering the same perceptual quality, may be represented by two different QP values with difference scales. For example, a quantization setting for a video frame in codec A is represented by a QP value 20, and an corresponding quantization setting in codec B may be represented by a QP value 15. To obtain the quantization setting in codec B corresponding to the one in codec A represented by a QP value (e.g., 20), QP adjustment module **220** can convert the QP value (e.g., 20) from QP scale in codec A to the QP scale in codec B, and get a converted QP value (e.g., 15). By having this functionality, quality-aware video optimizer **108** can provide optimization benefit in any transcoding scenario.

If a compression format (codec) of an input (compressed) video frame (**202**) detected by decoder **210** is different from that used by encoder **230** for compressing the decompressed video frame, QP adjustment module **220** can convert $QP_{Input}$

US 9,894,361 B2

7

from the decoder's QP scale to the encoder's QP scale before a $\Delta$QP can be computed. This can be done, for example, by maintaining a mapping between QP scales for each combination of decoder and encoder that the quality-aware video optimizer supports. For example, a mapping between QP scales relates all QPs from codec A to those of codec B such that a video frame encoded with codec A can yield the same perceptual quality when encoded with codec B. These mappings can be determined experimentally, and can be implemented by QP adjustment module **220** in the QP adjustment step. If the input codec is the same as the output codec, the $QP_{input}$ may not be converted or the converted $QP_{Input}$ is the same as the $QP_{Input}$.

Based on the converted $QP_{Input}$, the quality degradation offset, QP adjustment module **220** can derive $\Delta$QP. Alternatively, QP adjustment module **220** can obtain codec adjustment accounting for differences between input and output compression formats (codecs) based on a determination whether the input and output compression formats are the same. Based on the $QP_{Input}$, codec adjustment, and the quality degradation offset, QP adjustment module **220** can compute $\Delta$QP. QP adjustment module **220** can then calculate $QP_{Output}$ based on $\Delta$QP, and forward $QP_{Output}$ to encoder **230**.

Encoder **230** can be a software program and/or a hardware device that receives decompressed video frames and encodes (compresses) the video frames. Encoder **230** can include, among other things, a quantizer **232**. Quantizer **232** receives $QP_{Output}$ and a corresponding decompressed video frame, and optimizes the video frame by applying quantization setting represented by $QP_{Output}$ to the encoding (compression) of the video frame. Then, video optimizer **108** outputs and transmits (**204**) the optimized-compressed video frame to a destination. Also, as an alternative to the configuration of video optimizer **108** shown in FIG. **2**, quantizer **232** can be located external to encoder **230**.

The video optimizer can process the incoming compressed video frames (**202**) one by one, and apply the above video quality-aware optimization process to each video frame on the fly and in a single pass. The video optimizer can be installed anywhere it is needed, and can apply the quality-aware video optimization whenever it is needed.

FIG. **5** is a functional diagram illustrating an exemplary process flow in the embodiment of FIG. **2**. Without departing from the exemplary embodiments, the exemplary process flow can be altered to delete steps, change the order of steps, or include additional steps.

After receiving (**202**) compressed video frames from a data network, video optimizer **108** can direct the compressed video frames to decoder **210**. Decoder **210** can intercept and decode (decompress) an incoming compressed video frame. De-quantizer **212** of decoder **210** may extract from the decompressed video frame $QP_{Input}$, which was originally used for compressing the incoming compressed video frame. Decoder **210** or de-quantizer **212** may then pass (**502**) the extracted $QP_{Input}$ to QP adjustment module **220**, and transfer (**504**) the decompressed video frame to encoder **230**.

Based on the $QP_{Input}$, QP adjustment module **220** may convert $QP_{Input}$ from decoder **210**'s QP scale to encoder **230**'s QP scale, if the input compressed video frames (**202**) and the output compressed video frames (**204**) are in different compression formats (codecs). The conversion can be based on a mapping between QP scales for each combination of input codec and output codec that the quality-aware video optimizer supports. If the input codec is the same as the output codec, the $QP_{Input}$ may not be converted or the converted $QP_{Input}$ is the same as the $QP_{Input}$.

8

Also, in some embodiments, QP adjustment module **220** can acquire a quality degradation offset, indicating an amount of quality degradation, to control quality degradation introduced during the optimization of the decompressed video frame. A default value of the quality degradation offset can be set to zero, denoting that minimal quality degradation is introduced. The quality degradation offset can be obtained, for example, from a database containing, e.g., historical data analysis of optimized video. Based on the converted $QP_{Input}$ and the quality degradation offset, QP adjustment module **220** can compute $\Delta$QP used to derive $QP_{Output}$ corresponding to the incoming $QP_{Input}$, and forward (**506**) $QP_{Output}$ to encoder **230**.

After receiving (**504**, **506**) the decompressed video frame and the corresponding $QP_{Output}$, quantizer **232** of encoder **230** optimizes the video frame by applying quantization setting indicated by $QP_{Output}$ to the encoding (compression) of the decompressed video frame. The optimization can include, for example, reducing byte size of the compressed video frames while attempting to retain the original perceptual quality of the compressed video frames. After the optimization, video optimizer **108** outputs and transmits (**204**) the optimized-compressed video frame to a destination, for example, user device **102**.

FIG. **6** is a flowchart representing an exemplary method of quality-aware video optimization. Without departing from the exemplary embodiments, the exemplary process flow can be altered to delete steps, change the order of steps, or include additional steps.

After receiving (**602**) a compressed video frame, a video optimizer decodes (decompresses) (**604**) the video frame, and extracts (**606**) an input QP value from the decoded (decompressed) video frame. In addition, the video optimizer can obtain (**608**) a codec adjustment, which accounts for differences between the input and output compression formats (codecs). The video optimizer may perform this step based on a determination whether encoding codec (output video compression format) is different from decoding codec (input video compression format). If the input codec is the same as the output codec, the default value of the codec adjustment may be set to zero.

At step **610**, the video optimizer may acquire a quality degradation offset, indicating amount of quality degradation, to control quality degradation introduced during optimization of the decompressed video frame. A default value of the quality degradation offset can be set to zero, if quality degradation is to be minimized. The quality degradation offset can be obtained based on, for example, analysis of historical data of optimized video. Based on the input QP, the codec adjustment, and the quality degradation offset, the video optimizer can compute a $\Delta$QP. The $\Delta$QP corresponds to the difference between the input QP and an output QP used for optimizing the decompressed video frame. The video optimizer can then derive (**612**) the output QP based on the $\Delta$QP.

Alternatively, the video optimizer may convert the input QP value from decoding (input) QP scale to encoding (output) QP scale based on a determination that the encoding codec is different from the decoding codec. If the decoding codec is the same as the encoding codec, the input QP may not be converted or the converted input QP is the same as the input QP. Based on the converted input QP and the quality degradation offset, the video optimizer can compute a $\Delta$QP and thus use the $\Delta$QP to derive (**612**) an output QP for optimizing the decompressed video frame.

After having derived the output QP, the video optimizer can optimize (**614**) the decoded (decompressed) video frame

US 9,894,361 B2

9

by encoding (compressing) it based on quantization setting corresponding to the derived output QP. The optimization can modify the decompressed video frame so that the byte size of the compressed video frame is reduced as much as possible, while simultaneously limiting the perceptual quality degradation to a controllable level. The video optimizer can transmit (**616**) the optimized video frame to a destination. The method can then end (**618**).

FIG. **7** is a block diagram illustrating another embodiment of an exemplary quality-aware video optimizer **108** in the exemplary system of FIG. **1**. The system in FIG. **7** has similar components to those in FIG. **2**, except that in FIG. **7**, video optimizer **108** has an inflation prevention module **710** to compensate for byte size inflation that can be introduced during optimization. The illustrated configuration of video optimizer **108** in FIG. **7** is exemplary only, and can be modified to provide discrete elements or combine multiple elements into a single one, and be provided as any combination of hardware and software.

Quality-Aware Video Optimization: Applying Compression Feedback to Prevent Inflation

A situation may arise where the $QP_{Input}$ values for at least some of the input video frames of a video stream (**202**) are high, and thus QP adjustment module **220** may choose negative $\Delta QP$ values for those frames to preserve the original perceptual quality of the video stream. High $QP_{Input}$ values indicate that the input video frames (**202**) have lost substantial information during their original compression. During quality-ware video optimization process, it is not desirable to further discard more information from the input video frames. QP adjustment module **220** can select negative $\Delta QP$ values used to derive low $QP_{Output}$ values, thus retaining the original perceptual quality of the video stream. Nevertheless, the negative $\Delta QP$ values and low $QP_{Output}$ values can inflate the byte size of the video stream. Although the degree of the byte size inflation would be small, it is usually not desirable to increase the byte storage requirement of the video stream.

Inflation prevention module **710** can utilize a feedback mechanism to adjust $\Delta QP$ value for any potential inflation. In some embodiments, for the video stream currently being processed, inflation prevention module **710** can utilize a compensation function that takes into consideration the total byte size of at least some video frames encoded thus far and the total byte size of at least some video frames decoded thus far. In some embodiments, for the video stream currently being processed, inflation prevention module **710** can utilize a compensation function that takes into consideration the total byte size of all video frames encoded thus far and the total byte size of all video frames decoded thus far. The compensation function can output a positive value to compensate for the byte size inflation. Inflation prevention module **710** can then further adjust the $\Delta QP$ value based on byte size inflation adjustment—the output of the compensation function—to preserve the original perceptual quality of the input video frames while avoiding or minimizing byte size inflation.

For each video frame to be encoded, the $\Delta QP$ can be calculated as, for example:

$$\Delta QP = F(QP_{Input}) + D + C(\text{InputBytes}, \text{OutputBytes})$$

As previously described therein, F is a function disclosing correlation between $QP_{Input}$ and $\Delta QP$, and the parameter D is a quality degradation offset indicating the amount of quality degradation to be introduced during re-quantization. The function C is the compensation function. In some embodiments, the symbol InputBytes represents the total

10

byte size of at least some frames previously decoded for a video stream currently being processed, and the symbol OuputBytes represents the total byte size of at least some frames previously encoded for the video stream currently being processed. In some embodiments, the symbol InputBytes represents the total byte size of all frames previously decoded for a video stream currently being processed, and the symbol OuputBytes represents the total byte size of all frames previously encoded for the video stream currently being processed. Video optimizer **108** may keep track of InputBytes and OuputBytes of a video frame stream currently being processed. InputBytes and OuputBytes can also be obtained from a database containing, e.g., total byte size of video frames encoded thus far and total byte size of video frames decoded thus far for the video frame stream currently being processed. If no byte size inflation occurs, the compensation function may output a zero value.

After QP adjustment module **220** having computed a $\Delta QP$ based on the $QP_{Input}$ and the quality degradation offset, inflation prevention module **710** can adjust the $\Delta QP$ based on the byte size inflation adjustment. Based on the adjusted $\Delta QP$, inflation prevention module **710** can then derive $QP_{Output}$ for optimizing the decompressed video frame being processed. In some embodiments, QP adjustment module **220** and inflation prevention module **710** can be combined into one component. The combined component can calculate the $\Delta QP$ based on the $QP_{Input}$, the quality degradation offset, and the byte size inflation adjustment, and further use the $\Delta QP$ to derive a $QP_{Output}$ for optimizing the decompressed video frame.

The rest of components function similarly to those provided above in FIG. **2**. The inflation prevention mechanism can help retain the original perceptual quality of a video stream having lost substantial information during original compression, while reduce byte size of the video stream as much as possible.

FIG. **8** is a functional diagram illustrating an exemplary process flow in the embodiment of FIG. **7**. The system in FIG. **8** has similar components to those in FIG. **5**, except that in FIG. **8**, video optimizer **108** provides inflation prevention module **710** to compensate for byte size inflation in computing $\Delta QP$. Without departing from the exemplary embodiments, the exemplary process flow can be altered to delete steps, change the order of steps, or include additional steps.

After having computed $\Delta QP$ for an input compressed video frame, QP adjustment module **220** provides (**802**) the computed $\Delta QP$ to inflation prevention module **710**. Inflation prevention module **710** can retrieve historic byte size data or historic inflation data. The historic byte size data may include, for example, InputBytes (total byte size of all or some frames previously decoded for a video frame stream being currently processed) and OuputBytes (total byte size of all or some frames previously encoded for the video frame stream being currently processed) kept by video optimizer **108** or in a database. The historic inflation data may include, for example, byte size inflation that has been introduced during video optimization of some frames of a video frame stream being currently processed. Based on the historic byte size data or the historic inflation data, inflation prevention module **710** can estimate byte size inflation to be introduced during video optimization based on the $\Delta QP$ provided by QP adjustment module **220**. Inflation prevention module **710** can then adjust the $\Delta QP$ by compensating for the estimated byte size inflation. The adjusted $\Delta QP$ can help retain the original perceptual quality of the input compressed video frame while reducing the byte size of the video frame as much as possible. Based on the adjusted $\Delta QP$, inflation

US 9,894,361 B2

11

prevention module **710** can derive a $QP_{Output}$ corresponding to an incoming $QP_{Input}$, and forward (**506**) the $QP_{Output}$ to encoder **230**.

The rest of communication flow is similar to the communication flow provided above in FIG. **5**.

FIG. **9** is a flowchart representing another exemplary method of quality-aware video optimization. Without departing from the exemplary embodiments, the exemplary process flow can be altered to delete steps, change the order of steps, or include additional steps.

After receiving (**902**) a compressed video frame, a video optimizer decodes (decompresses) (**904**) the video frame, and extracts (**906**) an input QP value from the decoded (decompressed) video frame. In addition, the video optimizer can convert (**908**) the input QP value from decoding QP scale to encoding QP scale, based on a determination that encoding codec (output video compression format) is different from decoding codec (input video compression format). The conversion accounts for differences between the input and output compression formats (codecs). If the encoding codec is the same as the decoding codec, the input QP value is not converted or the converted input QP value is the same as the input QP value.

At step **910**, the video optimizer may also acquire a quality degradation offset, indicating the amount of quality degradation to be introduced during optimization of the decompressed video frame. A default value of the quality degradation offset can be set to zero, if quality degradation is to be minimized. The quality degradation offset can be obtained based on, for example, analysis of historical data of optimized video.

The video optimizer may further obtain (**912**) a byte size inflation adjustment based on historic data of a video stream currently being processed. The historic data can include historic byte size data or historic inflation data of the video stream. The historic byte size data may include, for example, total byte size of all or some frames previously decoded for the video stream, and total byte size of all or some frames previously encoded for the video stream. The historic inflation data may include, for example, byte size inflation that has been introduced during video optimization of some frames of a video frame stream being currently processed. In some embodiments, the historic data can be retrieved from a database. The byte size inflation adjustment can compensate for byte size inflation to be introduced during optimization of the decompressed video frame. If no byte size inflation is introduced, the default value of the byte size inflation adjustment can be set to zero.

Based on the converted input QP, the quality degradation offset, and the byte size inflation adjustment, the video optimizer can compute a ΔQP. The ΔQP corresponds to the difference between the input QP and an output QP used for optimizing the decompressed video frame. The video optimizer can then derive (**914**) the output QP based on the ΔQP.

Alternatively, the video optimizer may calculate a ΔQP based on the converted input QP and the quality degradation offset first, and then adjust the ΔQP based on the byte size inflation adjustment. Based on the adjusted ΔQP, the video optimizer can derive (**914**) the output QP for optimizing the decompressed video frame.

After having derived the output QP, the video optimizer can optimize (**916**) the decoded (decompressed) video frame by encoding (compressing) it based on quantization setting corresponding to the derived output QP. The optimization can modify the decompressed video frame so that the byte size of the compressed video frame is reduced as much as possible, while simultaneously limiting the perceptual qual-

12

ity degradation to a controllable level. The video optimizer can transmit (**918**) the optimized video frame to a destination. The method can then end (**920**).

The methods disclosed herein may be implemented as a computer program product, i.e., a computer program tangibly embodied in an information carrier, e.g., in a machine readable storage device, for execution by, or to control the operation of, data processing apparatus, e.g., a programmable processor, a computer, or multiple computers. A computer program can be written in any form of programming language, including compiled or interpreted languages, and it can be deployed in any form, including as a standalone program or as a module, component, subroutine, or other unit suitable for use in a computing environment. A computer program can be deployed to be executed on one computer or on multiple computers at one site or distributed across multiple sites and interconnected by a communication network.

A portion or all of the methods disclosed herein may also be implemented by an application specific integrated circuit (ASIC), a field-programmable gate array (FPGA), a complex programmable logic device (CPLD), a printed circuit board (PCB), a digital signal processor (DSP), a combination of programmable logic components and programmable interconnects, a single central processing unit (CPU) chip, a CPU chip combined on a motherboard, a general purpose computer, or any other combination of devices or modules capable of performing quality-aware video optimization disclosed herein.

In the preceding specification, the invention has been described with reference to specific exemplary embodiments. It will, however, be evident that various modifications and changes may be made without departing from the broader spirit and scope of the invention as set forth in the claims that follow. The specification and drawings are accordingly to be regarded as illustrative rather than restrictive. Other embodiments may be apparent to those skilled in the art from consideration of the specification and practice of the invention disclosed herein.

What is claimed is:

1. A computer-implemented method comprising:
receiving an encoded video frame;
decompressing the received encoded video frame;
extracting a first quantization parameter (QP) from the decompressed video frame, wherein the first QP corresponds to quantization settings originally used for compressing the encoded video frame;
acquiring a delta QP based on the first QP;
acquiring an inflation adjustment based on a comparison between total byte size of frames previously decompressed and total byte size of the frames after being previously compressed, wherein the received encoded video frame and the frames previously decompressed are part of a sequence including a plurality of video frames;
acquiring a second QP based on the delta QP, the first QP, and the inflation adjustment, wherein the second QP corresponds to quantization settings for compressing the decompressed video frame;
compressing the decompressed video frame based on the acquired second QP; and
providing the compressed video frame.

2. The method of claim **1**, further comprising:
determining whether a compression format of the received encoded video frame is different from a compression format to be used for compressing the decompressed video frame;

US 9,894,361 B2

13

converting, based on the determination, the first QP from an input QP scale into an output QP scale, wherein the input QP scale corresponds to the compression format of the received encoded video frame, and the output QP scale corresponds to the compression format to be used for compressing the decompressed video frame; and

acquiring the second QP based on the converted first QP and the delta QP.

3. The method of claim 2, wherein converting the first QP is further based on a mapping between the input QP scale and the output QP scale.

4. The method of claim 1, wherein acquiring the delta QP is further based on a mapping between the first QP and the delta QP.

5. The method of claim 1, wherein acquiring the delta QP comprises:

choosing, if a value of the first QP is below a threshold, a positive value for the delta QP.

6. The method of claim 1, wherein acquiring the delta QP comprises:

choosing, if a value of the first QP is above a threshold, a negative value for the delta QP.

7. The method of claim 1, further comprising:

acquiring a quality degradation offset for controlling amount of video quality degradation to be introduced during compression of the decompressed video frame; and

acquiring the second QP based on the quality degradation offset, the first QP, and the delta QP.

8. The method of claim 7, wherein acquiring the quality degradation offset can be based on analysis of historical data of compressed video.

9. The method of claim 7, wherein a default value of the quality degradation offset can be set to zero if minimal quality degradation is introduced during the compression.

10. A computer-implemented method comprising:

decompressing a received encoded video frame that is a part of a sequence including a plurality of video frames;

extracting a first quantization parameter (QP) from the decompressed video frame, wherein the first QP corresponds to quantization settings originally used for compressing the encoded video frame;

acquiring a delta QP based on the first QP;

acquiring an inflation adjustment based on a comparison between total byte size of frames previously decompressed and total byte size of the frames after being previously compressed, wherein the received encoded video frame and the frames previously decompressed are part of the sequence including a plurality of video frames;

acquiring a second QP based on the delta QP and the inflation adjustment, wherein the second QP corresponds to quantization settings for compressing the decompressed video frame; and

compressing the decompressed video frame based on the second QP.

11. The method of claim 10, wherein the inflation adjustment is further acquired based on historical data concerning the sequence including byte size inflation that has been introduced during compression of at least some of sequence frames.

12. The method of claim 10, wherein the historical data concerning the sequence includes byte size of at least some of sequence frames previously decompressed and byte size of the at least some of the sequence frames after previously being compressed.

14

13. A video optimizer comprising:

a decoder configured to decompress a received encoded video frame, wherein the decompressed video frame includes a first quantization parameter (QP) corresponding to quantization settings originally used for compressing the encoded video frame;

an inflation prevention module configured to acquire an inflation adjustment based on a comparison between total byte size of frames previously decompressed and total byte size of the frames after being previously compressed, wherein the received encoded video frame and the frames previously decompressed are part of a sequence including a plurality of video frames;

a QP adjustment module configured to obtain a delta QP based on the first QP, and to acquire a second QP based on the delta QP the first QP, and the inflation adjustment, wherein the second QP corresponds to quantization settings for compressing the decompressed video frame; and

an encoder configured to compress the decompressed video frame based on the second QP.

14. The video optimizer of claim 13, further comprising a de-quantizer configured to decompress the received encoded video frame and to extract the first QP from the decompressed video frame.

15. The video optimizer of claim 13, wherein the QP adjustment module is further configured to:

acquire compression format adjustment accounting for differences between a compression format of the received encoded video frame and a compression format to be used for compressing the decompressed video frame;

convert the first QP from an input QP scale into an output QP scale based on the compression format adjustment, wherein the input QP scale corresponds to the compression format of the received encoded video frame, and the output QP scale corresponds to the compression format to be used for compressing the decompressed video frame; and

obtain the second QP based on the converted first QP and the delta QP.

16. The video optimizer of claim 13, wherein the QP adjustment module is further configured to obtain the compression format adjustment from a database containing a mapping between the input QP scale and the output QP scale.

17. The video optimizer of claim 13, wherein the QP adjustment module is further configured to obtain the delta QP from a database containing a mapping between the first QP and the delta QP.

18. The video optimizer of claim 13, wherein the QP adjustment module is further configured to:

acquire a quality degradation offset for controlling amount of video quality degradation to be introduced during compression of the decompressed video frame; and

obtain the second QP based on the quality degradation offset and the delta QP.

19. The video optimizer of claim 18, wherein the QP adjustment module is further configured to acquire the quality degradation offset from a database containing historical data analysis of compressed videos.

20. The video optimizer of claim 13, further comprising a quantizer configured to compress the decompressed video frame by applying the quantization settings represented by the second QP to compression of the decompressed video frame.

US 9,894,361 B2

15

**21**. A video optimizer comprising:

a decoder configured to decompress a received encoded video frame that is a part of a sequence of plurality of video frames, wherein the decompressed video frame includes a first quantization parameter (QP) corresponding to quantization settings originally used for compressing the encoded video frame;

a QP adjustment module configured to acquire a delta QP based on the first QP;

an inflation prevention module configured to acquire an inflation adjustment based on a comparison between total byte size of frames previously decompressed and total byte size of the frames after being previously compressed, wherein the received encoded video frame and the frames previously decompressed are part of a sequence including a plurality of video frames;

a QP adjustment module configured to acquire a second QP based on the delta QP and the inflation adjustment, wherein the second QP corresponds to quantization settings for compressing the decompressed video frame; and

an encoder configured to compress the decompressed video frame based on the second QP.

**22**. The video optimizer of claim **21**, wherein the inflation adjustment is further acquired based on historical data concerning the sequence including byte size inflation that has been introduced during compression of at least some of sequence frames.

**23**. The video optimizer of claim **21**, wherein the historical data concerning the sequence includes byte size of at least some of sequence frames previously decompressed and byte size of the at least some of the sequence frames after previously being compressed.

**24**. A non-transitory computer readable medium storing instructions that, when executed, cause a computer to perform a method for video optimization, the method comprising:

receiving an encoded video frame;

decompressing the received encoded video frame;

extracting a first quantization parameter (QP) from the decompressed video frame, wherein the first QP cor-

16

responds to quantization settings originally used for compressing the encoded video frame;

acquiring a delta QP based on the first QP;

acquiring an inflation adjustment based on a comparison between total byte size of frames previously decompressed and total byte size of the frames after being previously compressed, wherein the received encoded video frame and the frames previously decompressed are part of a sequence including a plurality of video frames;

acquiring a second QP based on the delta QP, the first QP, and the inflation adjustment, wherein the second QP corresponds to quantization settings for compressing the decompressed video frame;

compressing the decompressed video frame based on the second QP; and

providing the compressed video frame.

**25**. A non-transitory computer readable medium storing instructions that, when executed, cause a computer to perform a method for video optimization, the method comprising:

decompressing a received encoded video frame that is a part of a sequence of plurality of video frames;

extracting a first quantization parameter (QP) from the decompressed video frame, wherein the first QP corresponds to quantization settings originally used for compressing the encoded video frame;

acquiring a delta QP based on the first QP;

acquiring an inflation adjustment based on a comparison between total byte size of frames previously decompressed and total byte size of the frames after being previously compressed, wherein the received encoded video frame and the frames previously decompressed are part of the sequence including a plurality of video frames;

acquiring a second QP based on the delta QP and the inflation adjustment, wherein the second QP corresponds to quantization settings for compressing the decompressed video frame; and

compressing the decompressed video frame based on the second QP.

* * * * *

# EXHIBIT 6

US009936040B2

(12) **United States Patent**
Dakhane et al.

(10) **Patent No.:** **US 9,936,040 B2**
(45) **Date of Patent:** **Apr. 3, 2018**

(54) **SYSTEMS AND METHODS FOR PARTIAL VIDEO CACHING**

(71) Applicant: **Citrix Systems, Inc.**, Fort Lauderdale, FL (US)

(72) Inventors: **Kapil Dakhane**, Santa Clara, CA (US); **Ioannis Beredimas**, Thessaloniki (GR); **Robert Kidd**, Champaign, IL (US); **Nicholas James Stavrakos**, Los Altos, CA (US); **Andrew Michael Penner**, Savoy, IL (US)

(73) Assignee: **Citrix Systems, Inc.**, Burlington, MA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 336 days.

(21) Appl. No.: **14/577,078**

(22) Filed: **Dec. 19, 2014**

(65) **Prior Publication Data**

US 2016/0182671 A1 Jun. 23, 2016

(51) **Int. Cl.**
*G06F 15/16* (2006.01)
*H04L 29/08* (2006.01)
*H04L 29/06* (2006.01)

(52) **U.S. Cl.**
CPC ........ *H04L 67/2842* (2013.01); *H04L 65/605* (2013.01)

(58) **Field of Classification Search**
CPC ... H04L 65/60; H04L 65/605; H04L 67/2842; H04L 9/083; H04L 9/14; G06F 17/30412; H04N 21/4702
USPC ................................................ 709/219, 231
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 7,991,904 B2 | 8/2011 | Melnyk et al. | |
| 8,230,105 B2 | 7/2012 | Melnyk et al. | |
| 8,255,551 B2 | 8/2012 | Melnyk et al. | |
| 8,429,169 B2 | 4/2013 | Koopmans et al. | |
| 9,473,736 B2 * | 10/2016 | Vince | H04N 21/25816 |
| 9,577,824 B2 * | 2/2017 | Martell | H04L 9/083 |
| 2009/0106356 A1 * | 4/2009 | Brase | G06F 17/3002 709/203 |
| 2010/0083004 A1 * | 4/2010 | Kirshenbaum | G06F 21/6218 713/193 |
| 2011/0246550 A1 * | 10/2011 | Levari | G06F 17/30412 709/201 |
| 2012/0265901 A1 * | 10/2012 | Swenson | H04L 65/1076 709/246 |
| 2012/0317308 A1 | 12/2012 | Penner et al. | |
| 2013/0080777 A1 * | 3/2013 | Martell | H04L 9/14 713/168 |
| 2013/0263167 A1 | 10/2013 | Parthasarathy et al. | |

(Continued)

*Primary Examiner* — Frantz Jean
(74) *Attorney, Agent, or Firm* — Allen, Dyer, Doppelt & Gilchrist, P. A.

(57) **ABSTRACT**

A cache server, a method, and a non-transitory computer-readable medium storing a set of instructions are disclosed. The apparatus comprises a memory and one or more processors configured to acquire one or more segments of media data associated with a first request, the first request being generated by one or more client devices, store the one or more segments associated with the first request, generate a key for each segment of the one or more segments associated with the first request, and generate a first set entry and a first set key for the one or more segments associated with the first request.

**31 Claims, 12 Drawing Sheets**



**US 9,936,040 B2**

Page 2

(56)                    **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2014/0025837 A1* | 1/2014 | Swenson ........... | H04L 29/06027 709/231 |
| 2014/0344468 A1* | 11/2014 | Saremi ................. | H04L 65/105 709/231 |
| 2015/0121417 A1* | 4/2015 | Vince ............... | H04N 21/25816 725/31 |
| 2015/0256600 A1 | 9/2015 | Dakhane et al. | |

* cited by examiner

Case 1:24-cv-01336-MN    Document 33-1    Filed 04/29/26    Page 108 of 602 PageID #: 2104



FIG. 1

Case 1:24-cv-01336-MN    Document 33-1    Filed 04/29/26    Page 109 of 602 PageID #: 2105



FIG. 2



**FIG. 3**



FIG. 4



FIG. 5



FIG. 6



FIG. 7

U.S. Patent          Apr. 3, 2018          Sheet 8 of 12          US 9,936,040 B2



**FIG. 8**



**FIG. 9**



**FIG. 10**



**FIG. 11**



**FIG. 12**

US 9,936,040 B2

**1**

## SYSTEMS AND METHODS FOR PARTIAL VIDEO CACHING

### BACKGROUND

At present, websites deliver millions of hours of video content to hundreds of millions of users each month. Some popular websites, such as YouTube™ (www.youtube.com), are entirely focused on delivering video content to users. Other popular websites, such as CNN™ (www.cnn.com), supplement traditional news and non-video content with short video clips or segments of special interest. Consumer interest in video content is so great that few popular websites have remained popular while providing no video content whatsoever.

One of the most popular types of content downloaded by users today is media content, such as video, image, and audio files. Media content comes in different formats, where some formats are more suitable for real-time media streaming than other formats. For example, HTTP Live Streaming (HLS) is a popular media streaming format because it breaks the overall stream into a sequence of small HTTP-based file downloads, each download loading one short segment of the overall stream. As the stream is played, the client device may select from a number of alternate short segments containing the same material encoded at a variety of data rates, allowing the streaming session to adapt to the available data rate. At the start of the streaming session, the client device downloads an extended M3U playlist (an .m3u8 file) containing the index data for the various segments available for this stream. Each segment can be stored as a separate .ts file compliant with the MPEG transport stream (TS) container format, and can include both video and audio streams, such as an H.264-encoded video stream and an advanced audio coding (AAC)-encoded audio stream.

On the other hand, some container formats are not well adapted for real-time streaming, especially for real-time streaming that may involve real-time adjustments of bitrate, frame resolution, and so forth. For example, the MPEG-4 Part 14 (MP4) format makes any such adjustments very difficult, because it requires that the index data (the "moov" atom) be transmitted in advance. Because the MP4 index data defines frame sizes for the entire stream, no frame can change in size after the index data is transmitted, which significantly constrains any real-time bitrate adjustments.

Notwithstanding the many websites that deliver enormous amounts of video content online to users, delivery of video content is still an expensive proposition. Delivering large video content files over the Internet tends to place a substantial processing load on the network infrastructure communicating such content as well as web servers transmitting such content to users (relative to delivering text or static image content). This burden is especially great on network infrastructures employing wireless technology, since wireless networks generally offer lower communication throughput than wired networks and wireless networks generally suffer from greater packet loss and location-dependent throughput than wired networks.

As a result of this burden, fewer users can be served by the network and web server infrastructure when serving video content relative to the number of users that can be served by the same network and web server infrastructure delivering text or still image content. Thus, companies that seek to appeal to a large user community either face increasing their content delivery capacity or risk losing users if their website seems slow due to overloaded web servers or an overloaded network infrastructure. Since customer loss can

**2**

be fatal to a web business, most companies opt to increase their content delivery capacity as their customer base grows.

### BRIEF DESCRIPTION OF THE DRAWINGS

Reference will now be made to the accompanying drawings, which illustrate exemplary embodiments of the present disclosure. In the drawings:

FIG. **1** is a simplified block diagram of an exemplary network system, consistent with embodiments of the present disclosure.

FIG. **2** is a simplified block diagram illustrating a simplified block diagram of an exemplary video, consistent with embodiments of the present disclosure.

FIG. **3** is a simplified block diagram illustrating exemplary requests by one or more client devices, consistent with embodiments of the present disclosure.

FIG. **4** illustrates a cache server storing segments requested by a first exemplary video request, consistent with embodiments of the present disclosure.

FIG. **5** illustrates a first embodiment of a cache server storing segments requested by a second exemplary video request, consistent with embodiments of the present disclosure.

FIG. **6** illustrates a second embodiment of a cache server storing segments requested by a second exemplary video request, consistent with embodiments of the present disclosure.

FIG. **7** illustrates an optimization server providing segments associated with a third exemplary video request to a client device, consistent with embodiments of the present disclosure.

FIG. **8** is a flowchart representing an exemplary method for storing partial videos in a cache server, consistent with embodiments of the present disclosure.

FIG. **9** is a flowchart representing an exemplary method for providing videos partially stored in a cache server to a client device, consistent with embodiments of the present disclosure.

FIG. **10** is a simplified diagram illustrating an optimization of a video partially stored in a cache server, consistent with embodiments of the present disclosure.

FIG. **11** is a flowchart illustrating an exemplary method for performing online optimization of a video partially stored in a cache server, consistent with embodiments of the present disclosure.

FIG. **12** is a flowchart illustrating an exemplary method for performing offline optimization of a video partially stored in a cache server, consistent with embodiments of the present disclosure.

### DETAILED DESCRIPTION OF THE DRAWINGS

Reference will now be made in detail to the exemplary embodiments consistent with the embodiments disclosed herein, the examples of which are illustrated in the accompanying drawings. Wherever possible, the same reference numbers will be used throughout the drawings to refer to the same or like parts.

The systems and methods described herein generally relate to storing partial media data, such as video media data, in a cache server. By storing this media data in a cache server, the amount and number of content requests to content servers can be decreased, thereby decreasing network congestion. Generally, the systems and methods operate by receiving a first request, e.g., a request or a full file request, for one or more segments of media data from a client device,

US 9,936,040 B2

3

acquiring the one or more segments from a content server, if a property of the one or more segments exceeds a threshold, storing the one or more segments in the cache server; generating a key for each segment of the one or more segments; generating a set entry and a set key associated with the one or more segments; and storing the segment keys and the set key.

FIG. **1** is a block diagram of an exemplary system **100**. Exemplary system **100** can be any type of system that transmits data packets over a network. For example, the exemplary system **100** can include one or more networks transmitting data packets across wired or wireless networks from servers to client devices. The exemplary system **100** can include, among other things, network **101**, access network **102**, optimization server **103**, cache server **104**, one or more client devices **105**A-C, and one or more content servers **106**A-C.

Network **101** can include any combination of wide area networks (WANs), local area networks (LANs), or wireless networks suitable for packet-type communications. In some exemplary embodiments, network **101** can be, for example, Internet and X.25 networks. Network **101** can communicate data packets with access network **102** and with one or more content servers **106**A-C.

Access network **102** can include one or more radio networks, one or more cellular networks, one or more wide area networks (WANs), one or more local area networks (LANs), wireless networks suitable for packet-type communications, or any combination thereof. Access network **102** can be operated by, for example, service providers such as DSL service provides (e.g., AT&T®), broadband service providers (e.g., Comcast®), and numerous cellular service provides (e.g., AT&T®, Sprint®, and Verizon®). Access network **102** can employ technologies including digital subscriber line (DSL), cable broadband, 802.11 Wi-Fi, Global System for Mobile Communication (GSM), Universal Mobile Telecommunications System (UMTS) adopting Wideband Code Division Multiple Access (W-CDMA) radio access technology, CDMA2000, Worldwide Interoperability for Microwave Access (WiMax) and Long Term Evolution (LTE). For example, in some embodiments, access network **102** can be a General Packet Radio Service (GPRS) core network, which provides mobility management, session management and transport for Internet Protocol packet services in GSM and W-CDMA networks. One or more client devices (e.g., **104**A-C) can communicate with access network **102**, which in turn communicates with one or more content servers **106**A-C directly or indirectly through network **101**. The exemplary access network **102** can include, among other things, optimization server **103**.

As shown in FIG. **1**, optimization server **103** can be deployed at one or more locations within access network **102**. Optimization server **103**, however, is not limited to be located within the access network **102**. Rather, it can be implemented at any intermediate nodes within the system **100**. In some embodiments of access network **102**, optimization server **103** can be incorporated in a gateway node that has visibility into data traffic between all client devices and content servers. For example, in the case of a mobile broadband access network using GSM, UMTS, or LTE technology, optimization server **103** can be located at any intermediate nodes including Traffic Optimization Platforms (TOP), Deep Packet Inspection (DPI) nodes, and other gateway nodes such as the Gateway GPRS Support Node (GGSN), the Serving Gateway node (SGW), or the Packet Data Network Gateway node (PGW). A TOP can perform web and video compression. A DPI node can examine the

4

header (and possibly also the data part) of a packet as it passes an inspection point, searching for protocol non-compliance, viruses, spam, intrusions, or defined criteria to decide whether the packet may pass or if it needs to be routed to a different destination, or for the purpose of collecting statistical information. A GGSN can be responsible for the interworking between the GPRS network and external packet switched networks, such as the Internet and X.25 networks. A SGW can store the service parameters of the mobile broadband access network and can route and forward user data packets, while a PGW can perform policy enforcement, packet filtering, and packet screening.

Optimization server **103** can be implemented as a software program and/or one or more electronic devices, such as a proxy server, a router, a firewall server, a host, or any other electronic device that can intercept and facilitate communications between client devices **104**A-C and content servers **106**A-C. Optimization server **103** can include one or more hardware processors, such as one or more microprocessors or special-purpose digital signal processors. Optimization server **103** can also include a memory, such as a random access memory (RAM) or other dynamic storage device, for storing information and instructions to be executed by the one or more processors. Such instructions, when stored in non-transitory storage media accessible to the one or more processors, can render the optimization server into a special-purpose machine that is customized to perform the operations specified in the instructions. The term "non-transitory media" as used herein refers to any media storing data and/or instructions that cause a machine to operate in a specific fashion. Such non-transitory media can comprise non-volatile media and/or volatile media. Common forms of non-transitory media include, for example, a floppy disk, a flexible disk, hard disk, solid state drive, magnetic tape, or any other magnetic data storage medium, a CD-ROM, any other optical data storage medium, any physical medium with patterns of holes, a RAM, a PROM, and EPROM, a FLASH-EPROM or any flash memory, NVRAM, a cache, a register, any other memory chip or cartridge, and networked versions of the same.

Optimization server **103** can also include one or more communication interfaces that can provide a two-way data communication coupling to network **101** and access network **102** and through which optimization server **103** can communicate with client devices **105**A-C, content servers **106**A-C, cache server **104**. For example, the communication interface can be an integrated services digital network (ISDN) card, cable modem, satellite modem, or a modem to provide a data communication connection to a corresponding type of telephone line. As another example, the communication interface can be a local area network (LAN) card to provide a data communication connection to a compatible LAN. Wireless links can also be implemented. In any such implementation, a communication interface sends and receives electrical, electromagnetic, or optical signals that carry digital data streams representing various types of information.

Optimization server **103** can process any packet type communications including multimedia data, such as audio data, video data, graphical data, or any combination thereof. Multimedia data transmission can be, for example, part of Transport Control Protocol (TCP) transactions. TCP transactions can include TCP requests from one or more client devices **105**A-C and TCP responses from one or more content servers **106**A-C. As an example, through one or more TCP transactions, a client device (such as client device **105**A) can request multimedia data (e.g., a video clip) stored

US 9,936,040 B2

5

on a content server (e.g., content server **106**A), and the content server can respond to the request by transmitting the multimedia data to the client device, which then acknowledges the receipt of the multimedia data. When optimization server **103** is deployed on an intermediate node that is located between the client device and the content server, it can process the multimedia data by, for example, obtaining, measuring, extracting, and storing a variety of transactional events and parameters associated with the multimedia data. It is appreciated that optimization server **103** can process multimedia data transmitted by more than one content server and requests transmitted by more than one client device.

Optimization server **103** can perform real-time, on-the-fly modifications to certain media formats. The modification process can include, for example, format container modification, transcoding, compressing, optimizing, dynamic bandwidth shaping (DBS), or any other real-time on-the-fly modifications of media data.

In some embodiments, optimization server **103** can perform the methods described in further detail below, such a method for caching partial videos and a method for providing partially cached videos to a client device. In addition, optimization server **103** can apply media format substitute techniques, such as the techniques described in U.S. patent application Ser. No. 14/198,276, entitled "Systems and Methods for Media Format Substitution," the entire contents of which is hereby incorporated by reference in its entirety. In some embodiments, optimization server **103** can perform communication management and encoding techniques, such as the techniques described in U.S. Patent Publication No. 2012/0317308 entitled "On-Demand Adaptive Bitrate Management for Streaming Media Over Packet Networks," U.S. Pat. No. 7,991,904, U.S. Patent Publication No. 2011/0283012, and U.S. Patent Publication No. 2011/0283015, all of which are hereby incorporated by reference in their entireties.

Cache server **104** can be one or more electronic devices, such as a computer server, storage device, etc., that store cached media content. Cache server **104** can receive a request for cached media data from optimization server **103**, process the request, and if the cached media data is available, provide the requested cached media data to optimization server **103**. Cache server **104** can be a part of optimization server **103**, or it can be remotely accessible by optimization server **103** (as shown in FIG. **1**). In some embodiments, cache server **104** can be indexed. For example, cache server **104** can be indexed according to the techniques described in U.S. Pat. No. 8,429,169, entitled "Systems and Methods for Video Cache Indexing," which is hereby incorporated by reference in its entirety.

Each entry in cache server **104** can comprise at least a field for an index and a field for referencing the cached content. In some embodiments, each reference to cached content can be a directory name and file name for that cached content. In other embodiments, each reference to cached content may be another means of identifying cached content, such as a string that uniquely identifies the cached content. In some embodiments, cache server **104** is a data structure stored in main or secondary memory within the optimization server **103**. In other embodiments, the cache server **104** may be comprised of data stored in a file or database table within the optimization server **103** or stored in a file or database table on a file or database server external to the optimization server **103**.

One or more client devices **105**A-C can be devices or applications, either in hardware or software, that communicate with access network **102**. One or more client devices

6

**105**A-C can be implemented, for example, as an electronic device such as a computer, a PDA, a cell phone, a laptop, a netbook device, a smart phone devices, a tablet, a smartwatch, web TV equipment, a game console (e.g., Xbox™ or Playstation™), or any other device or application that can communicate with a network. While it is appreciated that that one or more client devices **105**A-C can include wired devices, one or more client devices **105**A-C are typically wireless devices since the quality of experience for users of wireless devices tends to fluctuate more based on the variation in one or more networks bandwidths and the number of subscribers using those networks.

One or more client devices **105**A-C can make requests to and receive responses from one or more content servers **106**A-C through access network **102** and network **101**. For example, one or more client devices **105**A-C can send request data to a content server to download or stream a particular media data file, and the content server can transmit the media data file to one or more client devices **105**A-C. In some embodiments, the request data, the media data file, or both, can be routed through optimization server **103**. Client device, e.g., client device **105**A, can provide a display and one or more software applications, such as a media player or an Internet browser, for displaying the received media data to a user of the client device.

One or more content servers **106**A-C can be any computer systems or software programs that are capable of serving the requests of clients, e.g., one or more client devices **105**A-C. One or more content servers **106**A-C can be any types of servers including content servers, application servers, communication servers, database servers, proxy servers, web servers, caching servers, and any other suitable servers. One or more content servers **106**A-C can store and provide, among other things, multimedia data. Any requested multimedia data can be provided by one or more content servers. Further, content servers **106**A-C can be broadcasting facilities, such as free-to-air, cable, satellite, and other broadcasting facilities configured to distribute media data to client devices **105**A-C, in some embodiments, through optimization server **103**.

FIG. **2** is a simplified block diagram illustrating a simplified block diagram of an exemplary video, consistent with embodiments of the present disclosure. Video object **200** can be comprised of several segments, such as segments $S_1$ **201**, $S_2$ **202**, $S_3$ **203**, and $S_n$ **204**. For example video object **200** can be broken into a sequence of small HTTP-based file segments **201-204** using a Dynamic Adaptive Streaming over HTTP (DASH) method, such as YouTube® DASH. Each segment, such as segment $S_1$ **201** can contain a short interval of playback time. Thus, video content that is potentially hours in duration, such as a sporting event or movie, can be broken into smaller segments and each segment can be made available at a variety of different bit rates, e.g., different levels of encoding. Each segment can contain additional metadata that provides additional segment information, such as timing within video object **200**, URL address for the segment, video resolution, and bit rates. The length of each segment can be predefined by the protocol used, such as Apple's® HTTP Live Streaming or YouTube® DASH.

FIG. **3** is a simplified block diagram illustrating exemplary requests by one or more client devices, consistent with embodiments of the present disclosure. As shown in FIG. **3**, the optimization server can receive from the client device a request for media data, such as video object **200**. The request can be received over any suitable protocol, including UDP and TCP/IP protocols such as HTTP, HTTPS, FTP, SSH, etc.

US 9,936,040 B2

7

For example, the request can be an HTTP GET request that identifies the requested media data by a URL. In some embodiments, the request can be an HTTP range request or a full file request. A request can be a request for one or more segments, e.g., request **304** for segments $S_1$-$S_3$. Each segment can have its own URL and a request can be one or more HTTP GET requests that identify each segment by URL.

In FIG. **3**, segments $S_1$ through $S_9$ represent segments from the same video object **200**. One more client devices **105A-C** can request, e.g., requests **304**, **305**, and **306**, one or segments from optimization server **103**. In some embodiments, one or more client devices **105A-C** can request a full file (not shown). A request can be for any number of segments, e.g. 3 segments or 300 segments. For example, request **304**, made at time $T_1$, is a request for segments $S_1$-$S_3$. Similarly, request **305**, made at time $T_2$, is a request for segments $S_8$ and $S_9$ and request **306**, made at time $T_3$, is a request for segments $S_1$-$S_9$. In some embodiments, requests can be made by the same client device **105A**. For example, request **304** can be client device **105A** requesting initial streaming of video object **200** and request **305** can occur when a user of client device **105A** skips ahead to $S_8$ of video object **200**. In other embodiments, request **304** can be made by a first client device **105A** and request **305** can be made by a second client device **105B**.

In some embodiments, optimization server **103** can initiate a download of the requested media data from one or more content servers **106A-C**. For example, the optimization server **103** can download segments $S_1$-$S_3$ from the content server identified in the URL of request **304**. The optimization server can use any suitable protocol for initiating and downloading the media data, including UDP and TCP/IP protocols such as HTTP, HTTPS, FTP, SSH, etc. After initiating the download, the optimization server begins receiving the requested media data from the one or more content servers **106A-C**. The requested media data can be received from the content server in one or more separate responses, such as HTTP **200** "OK" or HTTP **206** "Partial Content" responses. In some embodiments, as described in further detail below, optimization server **103** can initiate a download of the requested media data from cache server **104**. In some embodiments, optimization server **103** can store some or all of the received media data either locally or in a remote server communicatively coupled to the optimization server.

FIG. **4** illustrates a cache server storing segments requested by first exemplary video request, consistent with embodiments of the present disclosure. As shown in FIG. **4**, optimization server **103** can receive a request **304** for segments $S_1$-$S_3$. Optimization server **103** can first request the segments $S_1$-$S_3$ from cache server **104**. The cache server data structure can be comprised of a series of entries, wherein each entry further comprises a key, media content, e.g., a segment, and metadata associated with the media content. A key can be any unique identifier to identify a segment of media data and can be generated using the HTTP request for the segment. Metadata can include, for example, the location of the segment in the video object, e.g., segment 2, the quality of the segment, the URL for the segment, etc. Groups of related entries can be combined into a set, e.g., the set containing set metadata **402**. A set can comprise a key and metadata associated with the segments. For example, the metadata can include the segments in the set, e.g., segments 1-3, the quality of each segment, and the URL for each segment.

Determinations of whether a requested segment, e.g., segment $S_1$, is stored in the cache server **104** are made by

8

checking the cache data structure to determine whether a matching key exists. The cache server **104** determines that a reference to the requested segment is stored in the cache server **104** by comparing a key generated from the requested segment to the key field within each entry of the cache server **104**. If a match exists between the key generated from the requested segment and the key field within an entry of the cache server, the segment referenced by the segment reference field within the entry of the cache data structure whose key field matched the generated key is provided to the optimization server **103**. If a match exists between the key generated by the requested segment and a key in the cache server, the segment is present in the cache server, at least in original format but also possibly at the requested quality level. In some embodiments, as described in further detail below, the optimization server **103** can perform additional optimization, e.g., encoding, of the cached segment if the segment is not stored in the appropriate quality level.

If no match exists between the key generated by the requested segment and the key in the cache server, the content cache does not presently contain the requested content, in original format or at the appropriate quality level. As shown in FIG. **4**, cache server **104** does not presently contain the requested segments $S_1$-$S_3$. Accordingly, optimization server **103** can initiate a download of the requested segments $S_1$-$S_3$ from one or more content servers **106A-C**.

In some embodiments, cache server **104** can store segments $S_1$-$S_3$ downloaded from the one or content servers **106A-C**. For example, cache server **104** can store segments $S_1$-$S_3$ if a property of those segments exceeds a threshold. Cache server **104** can store segments $S_1$-$S_3$ if a their number of views in a week exceeds 10,000 or average number of views per day exceeds 100, etc. Cache server **104** can create a key for each segment $S_1$, $S_2$, and $S_3$ and store each segment as a separate entry. Cache server **104** can also create set, e.g., $Set_{1,v1}$ **401** associated with the segments. A set entry can comprise a set key **401** and set metadata **402** associated with the segments that comprise the set. Exemplary methods for generating set key and set metadata are described in U.S. patent application Ser. No. 13/194,837, entitled "Systems and Methods for Video Cache Indexing," which is hereby incorporated by reference in its entirety. In some embodiments, a set key can be generated by characterizing all of the segments in the set. For example, the set containing segments $S_1$-$S_3$ of video "ABCD" could be associated with key "ABCD.s1_s3." In the example shown in FIG. **4**, set metadata **402** can include the keys for each segment, $S_1$-$S_3$, that are part of the set. Metadata **402** can also include the timing of each segment, e.g., segment 1, the URL address for each segment, and the quality of each segment. In some embodiments, metadata **402** can include the hit count, e.g., the number of times the set was requested from cache server **104**.

FIG. **5** illustrates a first embodiment of a cache server storing segments requested by a second exemplary video request, consistent with embodiments of the present disclosure. As shown in FIG. **5**, optimization server **103** can receive a second request **305** corresponding to segments $S_8$ and $S_9$ of video object **200**. In some embodiments, request **305** can be sent from the same client device as request **304**, e.g., client device **105A**. For example, request **305** can occur when a user of a client device skips ahead to $S_8$ of video object **200**. In other embodiments, request **205** can be from a different client device, e.g., client device **105B**. Optimization server **103** can first request segments $S_8$ and $S_9$ from cache server **104**. In this example, segments $S_1$-$S_3$ are stored in cache server **104**, however, segments $S_8$ and $S_9$ are not

US 9,936,040 B2

9

presently stored in cache server **104**. Accordingly, optimization server **103** can request segments $S_8$ and $S_9$ from one or more content servers **106A-C**.

In some embodiments, cache server **104** can store segments $S_8$ and $S_9$ downloaded from the one or more content servers **106A-C**. Cache server **104** can store segments $S_8$ and $S_9$ as separate cache entries, each with a unique cache key. A set does not have to contain a continuous block of segments. Because segments $S_8$ and $S_9$ are segments of the same video object **200** as segments $S_1$-$S_3$, and the timing of segments $S_8$ and $S_9$ is relatively close, i.e., there are only a few segments between $S_3$ and $S_8$, in some embodiments, segments $S_8$ and $S_9$ can be added to the same set as segments $S_1$-$S_3$. In this exemplary embodiment, a new set key **501**, e.g. $Set_{1,8,v1}$, is generated for the set and the set metadata **502** is updated to include metadata associated with segments $S_8$ and $S_9$.

FIG. **6** illustrates a second embodiment of a cache server storing segments requested by a second exemplary video request, consistent with embodiments of the present disclosure. As in FIG. **5**, FIG. **6** illustrates the exemplary scenario where optimization server **103** receives a second request **305** corresponding to segments $S_8$ and $S_9$ of video object **200**. In this example, segments $S_1$-$S_3$ are stored in cache server **104**, however, segments $S_8$ and $S_9$ are not presently stored in cache server **104**. Accordingly, optimization server **103** can request segments $S_8$ and $S_9$ from one or more content servers **106A-C**.

In some embodiments, cache server **104** can store segments $S_8$ and $S_9$ downloaded from the one or more content servers **106A-C**. Cache server **104** can store segments $S_8$ and $S_9$ as separate cache entries, each with a unique cache key. As shown in FIG. **6**, a new set, $Set_{8,v1}$ can be created for segments $S_8$ and $S_9$. A new set key **601** and set metadata **604** can also be generated for new set $Set_{8,v1}$. A new set $Set_{8,v1}$ can be created because segments $S_8$ and $S_9$ are viewed significantly less often than segments $S_1$-$S_3$, e.g., the beginning of the video object **200**.

When cache server **104** is full, the least recently used set and its associated segments can be evicted to create space for new segments. Individual segments are not evicted. In the exemplary scenario shown in FIG. **5**, if segments $_8$ and $_9$ are the least recently used segments, $Set_{1,8,v1}$ can be evicted. Thus, segments $S_1$-$S_3$ and segments $S_8$ and $S_9$ will no longer be stored in cache server **104**. On the other hand, in the exemplary scenario shown in FIG. **6**, if segments $S_8$ and $S_9$ are the least recently used segments, $Set_{8,v1}$ can be evicted. Thus, segments $S_1$ and $S_3$ can continue to be stored in cache server **104**, whereas segments $S_8$ and $S_9$ can be evicted from cache server **104**.

FIG. **7** illustrates an optimization server providing segments associated with a third exemplary video request to a client device, consistent with embodiments of the present disclosure. As shown in FIG. **7**, optimization server **103** can receive a request **306** from a client device. Request **306** is a request for segments $S_1$ through $S_9$ of video object **200**. As shown in FIG. **3**, request **306** occurs after request **304** for segments $S_1$-$S_3$ and request **305** for segments $S_8$ and $S_9$. Accordingly, as shown in FIG. **7**, segments $S_1$-$S_3$ are stored in cache server **104**, whereas segments $S_4$-$S_7$ must be retrieved from one of the content servers **106A-C**.

After receiving request **306**, optimization server **103** can request the next segment, e.g., segment $S_1$, from cache server **104**. The optimization server **103** can provide cache server **104** with a key associated with segment $S_1$ and cache server **104** can determine whether a match exists by comparing the key to keys stored in cache server **104**. If a match

10

exists, cache server **104** can provide optimization server **103** with the segment, as well as metadata associated with the segment and its set. In this exemplary scenario, segment $S_1$ is stored in cache server **104** and cache server **104** can provide the requested segment $S_1$ to optimization server **103**. Cache server **104** can also provide optimization server **103** with all other segments in segment $S_1$'s set, e.g. segments $S_2$, $S_3$, $S_8$, and $S_9$. Optimization server **103** can then provide the requested segment $S_1$ to the client device. After providing segment $S_1$ to the client device, optimization server **103** can request the next segments, $S_2$ and $S_3$, from cache server **104**.

Optimization server **103** can generate requests, e.g. range requests or full file requests, to content servers **106A-C** for the missing video segments, $S_4$-$S_7$. In some embodiments, optimization server **103** can schedule the download of segments $S_4$-$S_7$ to complete just-in-time for their turn in transmission. Segments $S_4$-$S_7$ can be stitched in with segments $S_1$-$S_3$ to be provided to the client device. In some embodiments, cache server **104** can store segments $S_4$-$S_7$ and can update the set and set key accordingly to include segments $S_4$-$S_7$. In some embodiments, a new set and set key can be generated to include segments $S_4$-$S_7$. Optimization server **103** can request segments $S_8$ and $S_9$ from cache server **104** and provide segments $S_8$ and $S_9$ to the client device.

In some embodiments, optimization server **103** can perform additional optimization of the segments received from either the cache server **104** or the content servers **106A-C**. For example, network conditions can change during the transmission of the media data, such that dynamic encoding is needed to match the changing network conditions. An exemplary method for performing dynamic encoding is described in U.S. Patent Publication No. US 2012/0317308, entitled "On-Demand Adaptive Bitrate Management for Streaming Media over Packet Networks," which is hereby incorporated by reference in its entirety.

In some embodiments, optimization server **103** can determine, based on the received request from the client device, the type of the client device, e.g., its brand, model, and/or operating system, the type and version of the playback application, e.g., a web browser, a media player, a YouTube® mobile application, etc., or both. Based on this information, optimization server **103** can determine whether the client device and application support playback of a particular media format, such as the HTTP Live Streaming (HLS) or the YouTube® DASH format. Alternatively, optimization server **103** can determine whether the client device and application support the particular media format without first determining the particular type of device and playback application. In some embodiments, optimization server **103** can determine whether to perform media format substitution. An exemplary method of media format substitution is described in U.S. patent application Ser. No. 14/198,276, entitled "Methods and Systems for Media Format Substitution," which is hereby incorporated by reference in its entirety.

FIG. **8** is a flowchart representing an exemplary method for storing partial videos in a cache server, consistent with embodiments of the present disclosure. While the following description indicates that method **800** can be performed by an electronic device such as a cache server (e.g., cache server **104**), it is appreciated that method **800** can be performed at an optimization server (e.g., optimization server **103**) alone or in combination with the cache server. While the flowchart discloses the following steps in a particular order, it is appreciated that at least some of the

US 9,936,040 B2

11

steps can be moved, modified, or deleted where appropriate, consistent with embodiments of the present disclosure.

At step **802**, the cache server can acquire segments associated with a request from a client device. The request can be received over any suitable protocol, including UDP and TCP/IP protocols such as HTTP, HTTPS, FTP, SSH, etc. For example, the request can be an HTTP GET request that identifies the requested media data by a URL. The media data can be any combination of video data, audio data, image data, text data, and other types of data. In some embodiments, the cache server can initiate a download of the requested segments from the content server identified in the URL of the request. In other embodiments, the optimization server can initiate a download of the requested segments from the content server identified in the URL of the request. The optimization server and cache can use any suitable protocol for initiating and downloading the data, including UDP and TCP/IP protocols such as HTTP, HTTPS, FTP, SSH, etc. The requested segments can be received from the content server in one or more separate responses, such as HTTP **200** "OK" or HTTP **206** "Partial Content" responses. If the optimization server initiated the download request, the optimization server can then provide the downloaded segments to the cache server.

At step **803**, the cache server can determine whether a property of the segment exceeds a threshold. For example, the cache server can determine whether the segment has been viewed a predetermined number of times, e.g., at least 10,000 views in the past week or if the segment has been viewed, on average, a predetermined number of times per day, e.g., average number of views per day exceeds 100, etc. Thus, the cache server can only store the most popular segments that are most likely to be subject to a playback request in the future.

At step **804**, the cache server can determine whether the segment is already stored in the cache server. In some embodiments, if the segment is stored in the cache server, the cache server can determine whether the segment is "fresh." To make this determination, the cache server can, for example, request information associated with the segment (e.g., file timestamp, file headers, a fingerprint of the contents of the segment, etc.) from the content server, and compare the information to determine whether the segment on the content server differs from the segment on the cache server. If all or parts of segment on the cache server is determined to be fresh (e.g., identical to that on the content server), method **800** ends. If, however, all or some parts of segment are not in the cache server or are not fresh, the method can proceed to step **805**.

At step **805**, the cache server determines whether a set containing segments that are similar to the segment exists in the cache server. A set containing segments with similar timing from the same media data, e.g., video object **200**, and of the same quality can be considered similar. For example, the fifth segment of a video can be similar to the first four segments of that same video. On the other hand, the 1000th segment of that video can be considered to not be similar to the first four segments because of the large gap between the segments. The cache server can make the determination of whether a set is s similar to a segment by searching the set keys and set metadata, e.g., set key **401** and set metadata **402**. For example, the cache server can search for a set with a key extension corresponding to the video of the segment and can further search the metadata to see if the set contains any segments that are within a predetermined range, e.g., within 10 segments, of the segment.

12

If no corresponding set exists, e.g., no set with similarity, the cache server can create a new set entry (**806**). In creating this new set entry, the cache server can also create a new set key. On the other hand, if a corresponding set already exists in the cache server, at step **807**, the cache server can update the set to include the segment. For example, in the above example, if segments 1-4 of a video ABCDE were already stored in the cache server with key "ABCDE.q0_s1-s4," segment 5 can be added to the set, and the set key can be updated to be "ABCDE.q0_s1-s5." In some embodiments, the cache server can update the metadata associated with the set to include information associated with segment 5.

At step **808**, the cache server can store the segment. The segment is stored in the cache server as an entry. In some embodiments, the cache server can generate a segment key for the segment. For example, the segment key for segment 5 of a video ABCDE, of low quality can be "ABCDE.q0_s5." Alternatively, the segment key can be represented by the byte range of the segments, such as "ABDCE.q0_65536_131071." A method for generating the set key using characteristics of the segment are described in further detail in U.S. Pat. No. 8,429,169, entitled "Systems and Methods for Video Cache Indexing," which is hereby incorporated by reference in its entirety.

FIG. **9** is a flowchart representing an exemplary method for providing videos partially stored in a cache server to a client device, consistent with embodiments of the present disclosure. While the following description indicates that method **900** can be performed by an electronic device such as an optimization server (e.g., optimization server **103**), it is appreciated that method **900** can be performed at a cache server (e.g., cache server **104**) alone or in combination with the optimization server. While the flowchart discloses the following steps in a particular order, it is appreciated that at least some of the steps can be moved, modified, or deleted where appropriate, consistent with embodiments of the present disclosure.

At step **902**, the optimization server can receive a request, e.g., a range request or a full file request, from a client device. The request can be received over any suitable protocol, including UDP and TCP/IP protocols such as HTTP, HTTPS, FTP, SSH, etc. For example, the request can be an HTTP GET request that identifies the requested media data by a URL. The media data can be any combination of video data, audio data, image data, text data, and other types of data.

At step **903**, the optimization server can determine whether the next requested segment is stored in the cache server. The optimization server can determine whether the requested segment is stored in the cache server by providing the cache server with a key corresponding to the requested segment. The cache server can compare the key generated from the requested segment to the key field within each entry of the cache server. If a match exists between the key generated from the requested segment and the key field within an entry of the cache server, the cache server can provide the segment referenced by the key to the optimization server. On the other hand, if the requested segment is not in the cache server, the optimization server can acquire the segment from the content server at step **904**. For example, the optimization server can initiate a download request to the content server.

In some embodiments, after acquiring the requested segment, from either the cache server or the content server, the optimization server can perform additional optimization (not shown), e.g., encoding, of the cached segment if the segment is not stored in the appropriate quality level. The optimiza-

US 9,936,040 B2

13                                                                        14

tion can optionally update the cache server (not shown) to store the missing segments. In some embodiments, the optimization server can store in the cache server the original media content as downloaded from the content server. In other embodiments, instead of or in addition to storing the original media content, the optimization server can store in the cache server formatted, transcoded, optimized, and/or otherwise processed media data, such as segments of formatted media data (e.g., .ts files).

At step **905**, optimization serve can provide the requested segments to the client device. In some embodiments, the optimization server can send the file in an HTTP **200** response. As part of the HTTP **200** response, the optimization server can specify the type and the quality of the transmitted segments. At step **906**, the optimization determines whether video download or playback is complete, e.g., whether all of the requested segments have been provided to the client device. If video download or playback is not complete, method **900** returns to step **903** to determine whether the next requested segment in the request is stored in the cache server. Otherwise, if all segments in the request have been sent to the client device, method **900** ends (**907**).

FIG. **10** is a simplified diagram illustrating an optimization of a video partially stored in a cache server, consistent with embodiments of the present disclosure. In some embodiments, the optimization server can provide segments to the client device at various quality levels, e.g. "Low," "Medium," or "High," based on conditions particular to that client device. In particular, a user who creates video content to be shared with others on the Internet may capture and upload that video in a resolution and format that is unoptimized for downloading. One example of such resolution is "1080p," a form of high definition video. Additionally, that high definition video file may not utilize any compression technology to reduce the time required for users to download the high definition file. For example, a user downloading a movie in 1080p format onto a client device may find that the download takes an unacceptably long time to complete, due to network bandwidth limitations, and may also find that the client device is not able to take full advantage of the high resolution content based on the low resolution screen on the client device. Thus, users, network infrastructure providers, and website operators may find that files in original resolution and format are inconvenient to deal with.

In some embodiments, cache server **104** can store several versions of cached segments, at different quality levels (i.e., optimization levels). For example, in some embodiments, the content server can store segments in original format **1005** and in one or more of low **1007**, medium **1009**, high **1011**, and offline **1013** resolution formats. The high, medium, and low resolution formatted segments can represent optimized versions of the original format segments that have been created for client devices of varying capacity to receive and display such segments. For example, a low resolution segment can be appropriate for a user on a client device, based on reduced network communication capacity and reduced screen resolution for that client device.

In some embodiments, these various versions of segments may be identified and differentiated from the content in original format by appending a quality level indicator onto the key of each version of the content. For example, if a segment originally had key "123ab", a filename for a version of that content stored in original format could be "123ab.O" (where "O" corresponds to "original") while filenames for low, medium, high, and offline quality versions of the content could be "123ab.L" **1006**, "123ab.M" **1008**, "123ab.H," **1010**, and "123ab.Off" **1012**, respectively.

Based on this naming convention, the cache server can recognize the quality level associated with each set of segments it stores, and can easily ascertain whether a version of the requested segment at a particular quality level was available.

In some embodiments, these various quality levels can constitute higher or lower resolution formats within the same encoding technology (e.g., MP4) and in other embodiments these various quality levels can represent segments stored in different encoding format. In some embodiments, both resolution and encoding format can vary between quality levels.

In some embodiments, the optimization server generates the requested segments at appropriate quality levels (**1001**), e.g., low, medium, or high, and provides them to the cache server for storage on an as-needed basis. For example, if a client device makes a request for a segment, and the cache server determines that the requested segment is not stored in the cache server even in original format, the cache server can acquire the requested segment, in original format, from the content server. Thereafter, the optimization server creates an optimized version of the requested segment at a quality level that is appropriate for the user requesting that segment. The optimization server can then provide the requested segment in original format and the optimized version of the requested segment to the cache server, which stores both versions. As discussed above, in some embodiments, versions of the requested segments stored within the content server can be identified and distinguished by appending a quality indicator to the filename of the segment.

Similarly, if a client device requests a segment from the optimization server, and the cache server has the requested segment stored in original format, but the cache server does not have the requested content segment at a quality level that is appropriate to the client device, the optimization server can optimize the original format content to create a copy of the requested segment in the quality level that is appropriate for the client device without interacting with the content server. The optimization server can then provide the optimized copy of the requested segment to the cache server for storage. In other embodiments, the optimization server can create optimized copies of requested segment corresponding to all quality levels upon a first request for a segment at a particular quality level.

FIG. **11** is a flowchart illustrating an exemplary method for performing online optimization, e.g., on demand optimization, of a video partially stored in a cache server, consistent with embodiments of the present disclosure. While the following description indicates that method **1100** can be performed by an electronic device such as an optimization server (e.g., optimization server **103**), it is appreciated that method **1100** can be performed at a cache server (e.g., cache server **104**) alone or in combination with the optimization server. While the flowchart discloses the following steps in a particular order, it is appreciated that at least some of the steps can be moved, modified, or deleted where appropriate, consistent with embodiments of the present disclosure.

At step **1102**, the optimization server can receive a request, e.g., a range request or a full file request, from a client device. The request can be received over any suitable protocol, including UDP and TCP/IP protocols such as HTTP, HTTPS, FTP, SSH, etc. For example, the request can be an HTTP GET request that identifies the requested media data by a URL. The media data can be any combination of video data, audio data, image data, text data, and other types

US 9,936,040 B2

15

of data. The request can be a request for one or more segments within the media data, e.g., segments S1-S3 of video object **200**.

At step **1103**, the optimization server can determine whether the requested segments are stored in the cache server. The optimization server can determine whether the requested segments are stored in the cache server by providing the cache server with keys corresponding to the requested segments. A segment key can be generated, for example, by characterizing the segment, e.g., by applying a hash algorithm to the segment, and storing the characterization result as a key corresponding to that segment. For example, optimization server can use key "123ab.M" to request the "Medium" quality version of the segments associated with key "123ab." The cache server can compare the keys generated from the requested segments to the key field within each entry of the cache server. If a match exists between the key generated from the requested segment and the key field within an entry of the cache server, the cache server can provide the segment referenced by the key in the cache server to the optimization server.

On the other hand, if the requested segment is not in the cache server, the optimization server can, at step **1104**, acquire the requested segments from the content server. The optimization server can acquire the requested segments by initiating a download request or forwarding the received request to the content server. The optimization server can provide the acquired segments to the cache server for storage at step **1105**. In some embodiments, the cache server can store the acquired segments using method **800** described in greater detail above.

At step **1106**, the optimization server can determine whether optimization of the requested segments are needed. Optimization can be needed, for example, when download takes an unacceptably long time to complete, due to network bandwidth limitations, and or characteristics of the client device render it unable to take full advantage of the high resolution content based on the low resolution screen on the client device. If optimization is not needed, optimization server can provide the unoptimized segments to the client device at step **1110**. If optimization is needed, at step **1107**, the optimization server can determine whether the proper optimization level of the segments is stored in the cache server. For example, if bandwidth is limited, the optimization server can perform a request for a low quality version of the segment in the cache server. The cache server can search for the key corresponding to the low quality version of the segment, e.g., "123ab.L." If the low quality version is stored in the cache server, the cache server can provide the segment to the optimization server.

If the segments are not stored in the cache server at the appropriate quality level, the optimization server can optimize the segments at step **1108**. Optimization can include, for example, encoding the segment in a higher or lower resolution format within the same encoding technology or applying different encoding formats. In some embodiments, at step **1109**, the cache server can store the optimized version of the segments. The optimized version does not replace the original version of the segments, but can be stored as a separate cache entry. At step **1110**, the optimization server can provide the segments to the client device, in response to the request received from the client device.

FIG. **12** is a flowchart illustrating an exemplary method for performing offline optimization of a video partially stored in a cache server, consistent with embodiments of the present disclosure. While the following description indicates that method **1200** can be performed by an electronic device

16

such as an optimization server (e.g., optimization server **103**), it is appreciated that method **1200** can be performed at a cache server (e.g., cache server **104**) alone or in combination with the optimization server. While the flowchart discloses the following steps in a particular order, it is appreciated that at least some of the steps can be moved, modified, or deleted where appropriate, consistent with embodiments of the present disclosure.

At step **1202**, optimization server determines whether sufficient segments are stored in the cache server to perform offline optimization. Offline optimization is processor intensive, producing more compact files with better visual processing. To optimize a set using offline optimization, a significant portion of the media data, e.g., video object **200**, is stored in the cache server. Further, offline optimization can be scheduled only when there are not active sessions for the online-optimized cache copy.

If a sufficient number of segments are stored in the cache server, at step **1203** the optimization server determines whether offline optimization has already been performed on the segments. If offline optimization was already performed, the method ends. Otherwise, the method proceeds to step **1204** where offline optimization is performed. Exemplary methods of offline optimization are described in further detail in U.S. application Ser. Nos. 13/436,658 and 13/494, 032, both of which are hereby incorporated by reference in their entireties.

The methods disclosed herein may be implemented as a computer program product, e.g., a computer program tangibly embodied in an information carrier, e.g., in a machine readable storage device or in a propagated signal, for execution by, or to control the operation of, data processing apparatus, e.g., a programmable processor, a computer, or multiple computers. A computer program can be written in any form of programming language, including compiled or interpreted languages, and it can be deployed in any form, including as a stand alone program or as a module, component, subroutine, or other unit suitable for use in a computing environment. A computer program can be deployed to be executed on one computer or on multiple computers at one site or distributed across multiple sites and interconnected by a communication network.

In the preceding specification, the subject matter has been described with reference to specific exemplary embodiments. It will, however, be evident that various modifications and changes may be made without departing from the broader spirit and scope of the invention as set forth in the claims that follow. The specification and drawings are accordingly to be regarded as illustrative rather than restrictive. Other embodiments may be apparent to those skilled in the art from consideration of the specification and practice of the embodiments disclosed herein.

What is claimed:

1. A cache server comprising:
   a memory; and
   one or more processors configured to:
      acquire one or more segments of media data associated with a first request, the first request being generated by one or more client devices;
      store the one or more segments associated with the first request;
      generate a key for each segment of the one or more segments associated with the first request; and
      generate a first set entry that includes a first set key for the one or more segments associated with the first request.

US 9,936,040 B2

17

2. The cache server of claim 1, wherein the one or more processors are further configured to:

store the one or more segments associated with the first request if a property of the one or more segments associated with the first request exceeds a threshold.

3. The cache server of claim 1, wherein the one or more processors are further configured to:

acquire one or more segments of media data associated with a second request, the second request being generated by the one or more client devices;

store the one or more segments associated with the second request;

generate a key for each segment of the one or more segments associated with the second request;

determine whether the one or more segments associated with the second request are associated with to the one or more segments associated with the first request;

if the one or more segments associated with the second request are associated with the one or more segments associated with the first request, update the first set entry and the first set key; and

if the one or more segments associated with the second request are not associated with the one or more segments associated with the first request, generate a second set entry that includes a second set key for the one or more segments associated with the second request.

4. The cache server of claim 1, wherein the one or more processors are further configured to:

determine whether one or more segments associated with a third request are stored in the cache server;

if the one or more segments associated with the third request are not stored in the cache server, acquire the one or more segments associated with the third request; and

provide the one or more segments associated with the third request to an optimization server.

5. The cache server of claim 4, wherein the one or more segments associated with the third request can be provided from the optimization server to the one or more client devices.

6. The cache server of claim 5, wherein the provided one or more segments can be optimized by the optimization server before being provided to the one or more client devices.

7. The cache server of claim 6, wherein the one or more processors are further configured to:

store the one or more optimized segments;

generate a key for each optimized segment of the one or more optimized segments; and

generate an optimized set entry that includes an optimized set key for the one or more optimized segments.

8. The cache server of claim 5, wherein a media format of the one or more segments associated with the third request can be modified at the optimization server before the one or more segments are provided to the one or more client devices.

9. The cache server of claim 8, wherein the one or more processors are further configured to:

store the one or more modified segments;

generate a key for each modified segment of the one or more modified segments; and

generate a modified set entry that includes a modified set key for the one or more modified segments.

18

10. The cache server of claim 1, wherein the first set entry includes a plurality of cache entries; wherein each of the plurality of cache entries is associated with one segment of the one or more segments.

11. The cache server of claim 1, wherein the one or more segments are associated with timings that are within a predetermined range.

12. The cache server of claim 1, wherein the one or more segments are associated with a predetermined quality.

13. The cache server of claim 1, wherein the first set entry is associated with a count of a number of times the first set was requested from the cache server.

14. A method comprising:

acquiring one or more segments associated with a first request, the first request being generated by one or more client devices;

storing the one or more segments associated with the first request in a cache server;

generating a key for each segment of the one or more segments associated with the first request; and

generating a first set entry that includes a first set key for the one or more segments associated with the first request.

15. The method of claim 14, wherein the storing of the one or more segments occurs if a property of the one or more segments associated with the first request exceeds a threshold.

16. The method of claim 14, further comprising:

acquiring one or more segments of media data associated with a second request, the second request being generated by one or more client devices;

storing the one or more segments associated with the second request in the cache server;

generating a key for each segment of the one or more segments associated with the second request;

determining whether the one or more segments associated with the second request are associated with the one or more segments associated with the first request;

responsive to determining that the one or more segments associated with the second request are associated with the one or more segments associated with the first request, updating the first set entry and the first set key; and

responsive to determining that the one or more segments associated with the second request are not associated with the one or more segments associated with the first request, generating a second set entry that includes a second set key for the one or more segments associated with the second request.

17. The method of claim 14, further comprising:

determining whether one or more segments associated with a third request are stored in the cache server;

responsive to determining that the one or more segments associated with the third request are not stored in the cache server, acquiring the one or more segments associated with the third request; and

providing the one or more segments associated with the third request to an optimization server.

18. The method of claim 17, further comprising providing the one or more segments associated with the third request to the one or more client devices.

19. The method of claim 17, wherein the provided one or more segments can be optimized by the optimization server before being provided to the one or more client devices.

20. The method of claim 19, further comprising:

storing the one or more optimized segments;

US 9,936,040 B2

19

generating a key for each optimized segment of the one or more optimized segments; and

generating an optimized set entry that includes an optimized set key for the one or more optimized segments.

21. The method of claim 17, wherein a media format of the one or more segments associated with the third request can be modified at the optimization server before the one or more segments are provided to the one or more client devices.

22. The method of claim 21, further comprising:

storing the one or more modified segments;

generating a key for each modified segment of the one or more modified segments; and

generating a modified set entry that includes a modified set key for the one or more modified segments.

23. A non-transitory computer-readable medium storing a set of instructions that are executable by one or more processors to cause the one or more processors to perform a method comprising:

acquiring one or more segments associated with a first request, the first request being generated by one or more client devices;

storing the one or more segments associated with the first request in a cache server;

generating a key for each segment of the one or more segments associated with the first request; and

generating a first set entry that includes a first set key for the one or more segments associated with the first request.

24. The non-transitory computer-readable medium of claim 23, wherein the storing of the one or more segments occurs if a property of the one or more segments associated with the first request exceeds a threshold.

25. The non-transitory computer-readable medium of claim 23, further comprising instructions executable by the one or more processors to cause the one or more processors to perform:

acquiring one or more segments of media data associated with a second request, the second request being generated by one or more client devices;

storing the one or more segments associated with the second request in the cache server;

generating a key for each segment of the one or more segments associated with the second request;

determining whether the one or more segments associated with the second request are associated with to the one or more segments associated with the first request;

if the one or more segments associated with the second request are associated with the one or more segments associated with the first request, updating the first set entry and the first set key; and

20

if the one or more segments associated with the second request are not associated with the one or more segments associated with the first request, generating a second set entry that includes a second set key for the one or more segments associated with the second request.

26. The non-transitory computer-readable medium of claim 23, further comprising instructions executable by the one or more processors to cause the one or more processors to perform:

determining whether one or more segments associated with a third request are stored in the cache server;

if the one or more segments associated with the third request are not stored in the cache server, acquiring the one or more segments associated with the third request; and

providing the one or more segments associated with the third request to an optimization server.

27. The non-transitory computer-readable medium of claim 26, further comprising instructions executable by the one or more processors to cause the one or more processors to perform:

providing the one or more segments associated with the third request to the one or more client devices.

28. The non-transitory computer-readable medium of claim 26, wherein the provided one or more segments can be optimized by the optimization server before being provided to the one or more client devices.

29. The non-transitory computer-readable medium of claim 28, further comprising instructions executable by the one or more processors to cause the one or more processors to perform:

storing the one or more optimized segments;

generating a key for each optimized segment of the one or more optimized segments; and

generating an optimized set entry that includes an optimized set key for the one or more optimized segments.

30. The non-transitory computer-readable medium of claim 26, wherein a media format of the one or more segments associated with the third request can be modified at the optimization server before the one or more segments are provided to the one or more client devices.

31. The non-transitory computer-readable medium of claim 30, further comprising instructions executable by the one or more processors to cause the one or more processors to perform:

storing the one or more modified segments;

generating a key for each modified segment of the one or more modified segments; and

generating a modified set entry that includes a modified set key for the one or more modified segments.

* * * * *

# EXHIBIT 7

US009167021B2

## (12) United States Patent
### Parthasarathy et al.

(10) **Patent No.:** **US 9,167,021 B2**
(45) **Date of Patent:** **Oct. 20, 2015**

(54) **MEASURING WEB BROWSING QUALITY OF EXPERIENCE IN REAL-TIME AT AN INTERMEDIATE NETWORK NODE**

(75) Inventors: **Kannan Parthasarathy**, Palo Alto, CA (US); **Nicholas James Stavrakos**, Los Altos, CA (US)

(73) Assignee: **Citrix Systems, Inc.**, Fort Lauderdale, FL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 265 days.

(21) Appl. No.: **13/436,671**

(22) Filed: **Mar. 30, 2012**

(65) **Prior Publication Data**

US 2013/0262659 A1      Oct. 3, 2013

(51) **Int. Cl.**
| | |
|---|---|
| *G06F 15/173* | (2006.01) |
| *H04L 29/08* | (2006.01) |
| *H04L 12/24* | (2006.01) |
| *H04L 12/26* | (2006.01) |

(52) **U.S. Cl.**
CPC ............ ***H04L 67/02*** (2013.01); ***H04L 41/5067*** (2013.01); ***H04L 41/5083*** (2013.01); *H04L 43/16* (2013.01)

(58) **Field of Classification Search**
USPC ....................................................... 709/224
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 7,403,487 | B1 | 7/2008 | Foladare et al. |
| 2002/0065911 | A1 * | 5/2002 | von Klopp et al. ........... 709/224 |
| 2002/0120727 | A1 | 8/2002 | Curley et al. |
| 2003/0005113 | A1 | 1/2003 | Moore |

| | | | |
|---|---|---|---|
| 2005/0071307 | A1 | 3/2005 | Snyder |
| 2007/0061339 | A1 | 3/2007 | Douglet et al. |
| 2009/0088188 | A1 * | 4/2009 | Wormald et al. ............. 455/466 |
| 2010/0269044 | A1 | 10/2010 | Ivanyi et al. |
| 2011/0271309 | A1 | 11/2011 | Chetlur et al. |
| 2012/0110167 | A1 | 5/2012 | Joch et al. |
| 2012/0117225 | A1 | 5/2012 | Kordasiewicz |
| 2012/0140624 | A1 | 6/2012 | Denman et al. |
| 2012/0191841 | A1 * | 7/2012 | Swamidas et al. ............ 709/224 |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 2480001 A2 | 7/2012 |
| EP | 2530870 A1 | 12/2012 |

(Continued)

OTHER PUBLICATIONS

PCT International Search Report; related to Application No. PCT/US2013/034713; dated (mailed) Aug. 19, 2013 (3 pgs.).

(Continued)

*Primary Examiner* — Vivek Srivastava
*Assistant Examiner* — Karina J Garcia-Ching
(74) *Attorney, Agent, or Firm* — Finnegan, Henderson, Farabow, Garrett & Dunner, LLP

(57) **ABSTRACT**

A method including acquiring a current HTTP transaction; determining whether the current HTTP transaction relates to web browsing for a specific client; acquiring a previous transactions set of the specific client; evaluating whether the current HTTP transaction belongs with the previous transactions set; if the current HTTP transaction belongs with the previous transactions set, adding the current HTTP transaction to the previous transactions set; and if the current HTTP transaction does not belong with the previous transactions set, creating a boundary of a page unit that includes the HTTP transactions of the previous transactions set for computing a page unit time.

**43 Claims, 5 Drawing Sheets**



## US 9,167,021 B2

Page 2

(56)                **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2012/0246310 A1* | 9/2012 | Broda et al. .................. | 709/224 |
| 2013/0182579 A1 | 7/2013 | Turgeon et al. | |
| 2013/0219048 A1* | 8/2013 | Arvidsson et al. ............ | 709/224 |
| 2013/0223207 A1 | 8/2013 | Bouchard et al. | |
| 2013/0263167 A1 | 10/2013 | Parthasarathy et al. | |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| EP | 2632100 A1 | 8/2013 |
| WO | WO-03/081883 A1 | 10/2003 |
| WO | WO-2010/069372 A1 | 6/2010 |
| WO | WO-2010/100315 A1 | 9/2010 |
| WO | WO-2011/065692 A2 | 6/2011 |
| WO | WO-2011/119439 A2 | 9/2011 |
| WO | WO-2012/055022 A1 | 5/2012 |
| WO | WO-2012/055023 A1 | 5/2012 |

### OTHER PUBLICATIONS

PCT Written Opinion of the International Searching Authority; related to Application No. PCT/US2013/034713; dated (mailed) Aug. 19, 2013 (4 pgs.).

PCT International Search Report and Written Opinion issued in Application No. PCT/US2013/034708 dated Jul. 26, 2013; 9 pages.

PCT International Search Report and Written Opinion issued in Application No. PCT/US2014/053588 dated Nov. 6, 2014; 9 pages.

Gahbiche Msakni, H. et al.; "Is QoE estimation based on QoS parameters sufficient for video quality assessment?"; 2013 9th International Wireless Communications and Mobile Computing Conference; Jul. 1, 2013; pp. 538-544.

Extended European Search Report issued in European Application No. 13768473.4, dated Mar. 4, 2015; 7 pages.

Extended European Search Report issued in European Application No. 13769049.1, dated Mar. 18, 2015; 4 pages.

* cited by examiner



Fig. 1

103

Transaction History Database — 208

Page Unit Detection and Web QoE Score Measurement Module — 206

HTTP Processing and Filtering Module — 204

Packet Processing Module — 202

Client Devices — 104

Content Servers — 105

**Fig. 2**

U.S. Patent          Oct. 20, 2015          Sheet 3 of 5          US 9,167,021 B2



Fig. 3



**Fig. 4**



**Fig. 5**

US 9,167,021 B2

<div style="display:flex">
<div>

**1**

## MEASURING WEB BROWSING QUALITY OF EXPERIENCE IN REAL-TIME AT AN INTERMEDIATE NETWORK NODE

### BACKGROUND INFORMATION

The amount of time needed to download a web page is an important indicator of the quality of a user's experience when browsing web sites on the Internet. Downloading a web page involves many transactions at several levels. At the Transmission Control Protocol/Internet Protocol (TCP/IP) level, one or more TCP connections are established between the client and the server. Once the connection is established, at the Hypertext Transfer Protocol (HTTP) level, several request-response transactions are carried out to complete a web page download. The first HTTP request from the client fetches the top level HyperText Markup Language (HTML) content for the web page. The web browser then parses the retrieved HTML content and sends out additional HTTP requests to the content server for all embedded objects such as Java Script objects, Cascading Style Sheet (CSS) objects, and image objects. The client device can monitor when a web page request started and when the last HTTP response associated with the web page was received.

Because the client has this monitoring capability, measuring the time needed to download a web page can be straightforward when the measurement is made at the client. This can be done by starting a timer when the first HTTP request to the content server is sent, and stopping the timer when the last HTTP object is received and the web page is completely rendered in a client application such as the web browser.

Measuring the web page download time at the content server is also relatively straightforward if all the content is served from the same server. The server also has complete knowledge to determine the first and last HTTP transaction corresponding to a web page download from a client. The measurement, however, becomes complicated if content for a single web page is distributed across several physical servers in order to distribute load or due to partnerships with third party content providers such as advertisements providers. In these circumstances, a single content server may not have all the information to determine the time taken to download a complete web page.

Moreover, an intermediate network node also may not have all information to determine the time taken to download a complete web page. An intermediate network node can, in theory, parse HTML content served from content servers and determine the composition of a web page including all the embedded objects in the page. But since dynamic Universal Resource Locators (URLs) that are generated by execution of Java Script on the client cannot be predicted, access to HTTP cookies that are stored only on the client may be required in order to measure the time taken to download the complete web page. Thus it is practically not feasible to accurately measure the time taken to download a web page at an intermediate network node located between a client and a server.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a block diagram of an exemplary network system.

FIG. **2** is a block diagram illustrating an embodiment of an exemplary web QoE score measurement system shown in FIG. **1**.

FIG. **3** is a flowchart representing an exemplary method of page unit time measurement.

</div>
<div>

**2**

FIG. **4** is a flowchart representing an exemplary method for determining whether an HTTP transaction relates to web browsing, as shown in FIG. **3**.

FIG. **5** is a flowchart representing an exemplary method for determining whether a transaction set is a page unit, as shown in FIG. **3**.

### DETAILED DESCRIPTION OF DRAWINGS

Reference will now be made in detail to the exemplary embodiments consistent with the embodiments disclosed herein, the examples of which are illustrated in the accompanying drawings. Wherever possible, the same reference numbers will be used throughout the drawings to refer to the same or like parts.

The embodiments described herein provide a way for Service Providers providing access to the Internet to measure Quality of Experience (QoE) of subscribers browsing web pages on the Internet. The QoE measurement can be based in part on the time it takes to download web pages. This measurement or web QoE score can help a Service Provider to determine whether its customers are satisfied. By measuring and monitoring the web QoE score for each client, Service Providers can take actions accordingly to improve the satisfaction of their customers.

FIG. **1** is a block diagram of an exemplary network system. Exemplary network system **100** can be any type of system that transmits data packets over a network. For example, the exemplary system **100** can include one or more networks transmitting data packets across wired or wireless networks from servers to clients. The exemplary system **100** can include, among other things, network **101**, access network **102**, web QoE measurement system **103**, one or more client devices **104**(A-C), and one or more content servers **105**(A-C).

Network **101** can include any combination of wide area networks (WANs), local area networks (LANs), or wireless networks suitable for packet-type communications. In some exemplary embodiments, network **101** can be, for example, Internet and X.25 networks. Network **101** can communicate data packet with access network **102** and with one or more content servers **105**.

Access network **102** can be any combination of radio network, wide area networks (WANs), local area networks (LANs), or wireless networks suitable for packet type communications. Access network **102** can be operated by, for example, service providers such as DSL service provides (e.g., AT&T®), broadband service providers (e.g., Comcast®), and numerous cellular service provides (e.g., AT&T®, Sprint®, and Verizon®). Access network **102** can employ technologies including digital subscriber line (DSL), cable broadband, 802.11 Wi-Fi, Global System for Mobile Communication (GSM), Universal Mobile Telecommunications System (UMTS) adopting Wideband Code Division Multiple Access (W-CDMA) radio access technology, CDMA2000, Worldwide Interoperability for Microwave Access (WiMax) and Long Term Evolution (LTE). For example, in some embodiments, access network **102** can be a General Packet Radio Service (GPRS) core network, which provides mobility management, session management and transport for Internet Protocol packet services in GSM and W-CDMA networks. One or more clients (e.g., **104A-104C**) can communicate with the access network **102**, which in turn communicates with content servers **105** directly or indirectly through network **101**. The exemplary access network **102** can include, among other things, web QoE measurement system **103**.

</div>
</div>

US 9,167,021 B2

3

As shown in FIG. 1, web QoE measurement system 103 can be deployed at one or more locations within access network 102. Web QoE measurement system 103, however, is not limited to be located within the access network 102. Rather, it can be implemented at any intermediate nodes within the communication system 100. In some embodiments of access network 102, web QoE measurement system 103 can be located at a gateway node (not shown in FIG. 1) that has visibility into data traffic between all clients and Internet content servers. For example, in the case of a mobile broadband access network using GSM or UMTS technology, web QoE measurement system 103 can be located at any intermediate nodes including Traffic Optimization Platforms (TOP), Deep Packet Inspection (DPI) nodes, and other gateway nodes such as the Gateway GPRS Support Node (GGSN). A Traffic Optimization Platform (TOP) can perform web and video compression. A Deep Packet Inspection (DPI) node can examine the header (and possibly also the data part) of a packet as it passes an inspection point, searching for protocol non-compliance, viruses, spam, intrusions, or defined criteria to decide whether the packet may pass or if it needs to be routed to a different destination, or, for the purpose of collecting statistical information. A Gateway GPRS Support Node (GGSN) can be responsible for the interworking between the GPRS network and external packet switched networks, such as the Internet and X.25 networks.

As discussed above, web QoE measurement system 103 are not limited to be located at these exemplary nodes. Web QoE measurement system 103 can also be implemented on any gateway nodes that convert formatted data provided in one type of network to a particular format required for another type of network, or any other intermediate nodes if desired. A gateway node, for example, may be a server, a router, a firewall server, a host, or a proxy server. Much like a content server, an HTTP proxy server can accept target URLs within a client's browser window, process the request, and then display the contents of the requested URLs immediately back within the client's browser. In some embodiments, the HTTP proxy servers can be explicit HTTP proxy servers (e.g. Wireless Application Protocol (WAP) Gateways) that process web pages or transparent HTTP proxy servers such as those in traffic management and optimization platforms. A gateway node may be capable of processing webpage, image, audio, video, and T.120 transmissions alone or in any combination, and is capable of full duplex media translations.

Web QoE measurement system 103 can process any packet type communications including HTTP transactions. HTTP transactions can include HTTP requests from client devices 104 and HTTP responses from content servers 105.

Client devices 104 can be devices or applications, either in hardware or software, that communicate with access network 102. Client devices 104 can be, for example, a mobile handheld device, a laptop computer, a netbook device, a smart phone device, a web TV equipment, or any other devices or applications that can communicate with a network. Client devices 104 can make requests to and receive responses from content servers 105 through access network 102 and network 101.

Content servers 105 can be any computer systems or software programs that are capable of serving the requests of clients, e.g., client devices 104. Content servers 105 can be any types of servers including content servers, application servers, communication servers, database servers, proxy servers, web servers, caching servers and any other suitable servers. A web page can be located at one content server, or a web page can be located at multiple content servers. For example, a single web page such as a CNN web page can have

4

many objects such as new links, images, videos, etc. The objects may not be located at one content server and can spread onto several content servers for the purpose of reducing server load, or for the purpose of using third party advertisements. Content servers 105 can communicate with client devices 104 through network 101 and access network 102.

FIG. 2 is a block diagram illustrating an embodiment of an exemplary web QoE measurement system 103 shown in FIG. 1. Web QoE measurement system 103 can include, among other things, a packet processing module 202, an HTTP processing and filtering module 204, a page unit detection and web QoE score measurement module 206, and a transaction history database 208. Web QoE measurement system 103 can have one or more processors and at least one memory for storing program instructions. The processor(s) can be a single or multiple microprocessors, field programmable gate arrays (FPGAs), or digital signal processors (DSPs) capable of executing particular sets of instructions. Computer-readable instructions can be stored on a tangible non-transitory computer-readable medium, such as a flexible disk, a hard disk, a CD-ROM (compact disk-read only memory), and MO (magneto-optical), a DVD-ROM (digital versatile disk-read only memory), a DVD RAM (digital versatile disk-random access memory), or a semiconductor memory. Alternatively, the methods can be implemented in hardware components or combinations of hardware and software such as, for example, ASICs, special purpose computers, or general purpose computers.

Web QoE measurement system 103 can communicate with one or more clients (e.g., client devices 104) and content servers 105, either directly or indirectly. In some embodiments, web QoE measurement system 103 can be part of an adaptive traffic manager, for example, the adaptive traffic manager described in application Ser. No. 13/436,658 titled "Adaptive Traffic Management in Cellular Wireless Networks." Packet processing module 202 is a lower stack in the processing stack of web QoE measurement system 103. Packet processing module 202 is responsible for routing traffic and handling packets between client devices 104 and content servers 105. Packet processing module 202 can be a software program and/or a hardware device.

HTTP processing and filtering module 204 can parse HTTP requests and response headers received from packet processing module 202. The Hypertext Transfer Protocol (HTTP) is an application protocol for distributed, collaborative, hypermedia information systems. HTTP is the fundamental protocol of data communication for the World Wide Web. HTTP functions as a request-response protocol in a client-server computing model. In an HTTP transaction, a web browser, for example, acts as a client (e.g., client devices 104), while an application running on a computer hosting a web site functions as a server (e.g., content servers 105). The client submits an HTTP request message to the server. The server, which stores content, or provides resources, such as HyperText Markup Language (HTML) files, or performs other functions on behalf of the client, returns a response message to the client. A response from the server contains completion status information about the request and may also contain any content requested by the client in its message body. Both HTTP requests and HTTP responses are part of an HTTP transaction. It would be readily appreciated that the processing and filtering performed by HTTP processing and filtering module 204 can be performed by separate modules.

Both the client request and the server response can contain headers. A header defines the operating parameters (i.e., meta-data) of an HTTP transaction. For example, the header may include meta-data indicating whether an HTTP transac-

US 9,167,021 B2

5

tion is associated with web page rendering. A header may also include other meta-data describing web pages contents.

HTTP processing and filtering module **204** can be a software program, a hardware device, or any combination thereof for examining the meta-data associated with the transaction and filters out transactions that are unlikely to be associated with web page rendering. In some embodiments, HTTP filtering can be performed because not all the HTTP transactions are associated with web page rendering. For example, the increasing use of sophisticated web technologies generates a constant "chatter" of background traffic between clients and servers. But much of the background "chatter" traffic, which is not associated with web page rendering, is nevertheless based on HTTP.

Filtering can be based on meta-data associated with each HTTP transaction at the HTTP proxy servers. The meta-data can include the user agent of the HTTP protocol, the Multipurpose Internet Mail Extensions (MIME) type of the content from the server, and any other information about the contents in the HTTP transaction. A user agent is an application, such as a software application, on the client in the HTTP protocol within a client-server system. Using a user agent meta-data, the HTTP protocol can identify the application that originated the request at the client. Thus, the user agent meta-data can be used to determine whether an HTTP transaction is associated with web page rendering.

The Multipurpose Internet Mail Extensions (MIME) is another type of meta-data. MIME can describe the content type of the transaction including, for example, text, attachment, HTML, image, audio, video, and applications. Some of the contents described in MIME content type meta-data are associated with web page rendering, but some are not. For example, the content with a content type of HyperText Markup Language (HTML) language may be associated with web page rendering if the HTML contents are from web pages. Thus, MIME can also be used to determine whether an HTTP transaction is associated with web page rendering.

Page unit detection and web QoE score measurement module **206** processes, in real-time, the filtered HTTP transactions corresponding to web page rendering. It would be readily appreciated that the detecting of page units and the measuring of web QoE scores performed by page unit detection and web QoE score measurement module **206** can be performed by separate modules. In some embodiments, the processing can include detecting of page unit boundaries, measuring of web QoE score and storing the web QoE score in a transaction history database **208**. In order to measure the time taken to download a complete web page so that a web QoE score can be measured, HTTP transactions are be grouped into web pages. At the intermediate node, such as at a gateway node, however, each HTTP transaction is treated as an independent unit and the number of transactions that belong to the same web page may vary significantly. For example, downloading a Google® search web page with a simple search box may involve only a few HTTP transactions. But downloading a CNN® web page containing hundreds of news links, images, advertisements, and video clips may involve a significantly larger number of HTTP transactions.

Because the number of HTTP transactions varies from one web page to another, it is difficult for an intermediate node to identify exactly the group of transactions that belong to the same page. Hence, it may not be practical to delineate web page boundaries at the intermediate nodes in order to measure the time taken to download a complete web page. Moreover, new web technologies such as Asynchronous JavaScript and

6

XML (AJAX) make it more difficult to detect page boundaries due to the constant "chatter" of background transactions between client and server.

Because of the difficulty to delineate web page boundaries as discussed above, web QoE measurement system **103** can instead use page units. A page unit can be a collection of HTTP transactions from a client device that occur closely in time. Web QoE measurement system **103** can distinguish client devices based on the source IP addresses of a request for web content or the destination IP address of a response to the request. Web QoE measurement system **103** can also distinguish client devices based on information included in, for example, special HTTP headers (e.g., x-forwarded-for), RADIUS feeds, PCRF servers and Subscriber Profile Repositories. Web QoE measurement system **103** can use a small timing threshold for attempting to limit the transactions for a single web page. This timing threshold is a predetermined number that is correlated with downloading a single web page. While the page unit is a tool used to help determine the amount of time to download a single web page, the page unit can include some transactions that are directed to one or more web pages so long as those transactions occur within this timing threshold. Although a page unit may not correspond to a single web page in all circumstances, the time taken to download the page unit is correlated to the time taken to download a web page. Therefore, page units can be used as an alternative to measure the web QoE score for web page rendering.

Besides being based on the timing threshold and the transactions being from the client device, in some embodiments, the page unit can be defined based on other properties. A page unit can also require that user agent information contained in meta-data in the HTTP transactions (e.g. client HTTP requests) be the same. A user agent is an application, such as a software application, on the client device using the HTTP protocol within a client-server system. Using the user agent meta-data, the HTTP protocol can identify the application that originated the request at the client. Thus, user agent meta-data can indicate whether the HTTP transactions are from the same application of the client. Using the user agent information would allow the web QoE measurement system to distinguish a transaction originating from an e-mail application (Microsoft Outlook™) from transactions originating from a web browser (Microsoft Internet Explorer™).

In some embodiments, the page unit can also be defined based in part on whether one of the HTTP transactions includes at least one HyperText Markup Language (HTML) object. HTML elements are the basic building-blocks of web pages and thus HTML object can be associated with web page rendering. In some embodiments, the page unit can be defined based in part on whether the size of the largest HTML object satisfies a threshold condition. In some embodiments, page unit detection and web QoE score measurement module **206** can determine whether the size of the largest HTML object is greater than a pre-configured threshold value. For example, a size threshold value can be set at 2 KB and the page unit detection and web QoE score measurement module **206** can reject the transaction set as a page unit if the largest HTML object in the transaction set is less than 2 KB. Similarly, in some embodiments, a page unit can be defined based in part on whether the number of image objects in the HTTP transaction satisfies a threshold condition. In these embodiments, page unit detection and web QoE score measurement module **206** can determine whether the number of image objects is greater than a pre-configured threshold value. For example, an image threshold value can be set to be 2 images and the page unit detection and web QoE score measurement module

US 9,167,021 B2

7

**206** can reject the transaction set as a page unit if the number of images in the transaction set is less than 2.

As indicated above, page unit detection and web QoE score measurement module **206** can also define a page unit based on the timing threshold. For example, to determine whether transaction correspond with a page unit, web QoE measurement system **103** can monitor a time gap between any two consecutive transactions fall within the timing threshold condition for determining whether the second transaction of those two consecutive transactions is part of the page unit. For example, page unit detection and web QoE score measurement module **206** can require that the time gap be less than a pre-configured threshold value. A time gap can be defined as the time period from the completion of a first HTTP transaction to the beginning of a second HTTP transaction. A time gap can be greater than zero if the two consecutive transactions do not overlap, or equal to zero if the two consecutive transactions overlap or if the duration of one transaction is completely subsumed by the duration of other transaction. In some embodiments, the properties for defining a page unit can include properties not referred to above. Similarly, a page unit does not have to require all the HTTP transaction properties and can require any combination of the HTTP transaction properties as described above.

The time taken to download a page unit can be correlated to the time taken to download a web page. In some embodiments, the time taken to download a page unit, i.e. page unit time, can be defined as the time period from the beginning of the first HTTP transaction in the page unit to the completion of the last HTTP transaction in the page unit. In some embodiments, a page unit has HTTP transactions that are similar to those in a web page. The objects in HTTP transactions in a page unit can include, for example, HTML objects, images, Java Scripts, and Cascading Style Sheets (CSS). All the objects in a page unit can be found in a web page. Thus, measurement of the page unit time can be used in place of the measurement of time taken to download a web page.

Using the page unit and the page unit time information, page unit detection and web QoE score measurement module **206** can generate a QoE score for that page unit. The page unit time, however, can differ according to the number of objects in the HTTP transactions in the page unit. In some embodiments, the page unit time can increase as the number of objects in the HTTP transactions in the page unit increases. In some embodiments, however, the page unit time may not increase linearly as the number of objects in the page unit increases. For example, the page unit time can increase at a faster rate when the number of objects is small, but increase at a slower rate when the number of objects becomes large. In other words, the page unit time may exhibit a non-linear relationship with the number of objects in the HTTP transactions in the page unit. This non-linear relationship can be a result of the web browser's tendency to download multiple objects in a parallel way. When multiple objects are downloaded in parallel, a growing number of objects may not necessarily result in a rapid increase of time taken to download a page unit (i.e., page unit time).

A non-linear relationship between the page unit time and the number of objects can lead to inaccurate measurements of web QoE score. For example, within a page unit time $t_1$, a first client may have completed downloading a large number of objects that belong to a complex web page. In a page unit time $t_2$, a second client may have completed downloading a small number of objects that belong to a simple web page. Even if the page unit time $t_1$ is greater than page unit time $t_2$, the

8

increased page unit time $t_1$ may not necessarily indicate that the first client had a bad web QoE score compared to the second client.

The page unit time can be normalized to account for the non-linear relationship between the page unit time and number of objects in HTTP transactions in a page unit. In some embodiments, the normalized page unit time can be obtained based on the measured page unit time and the average page unit time for the same number of objects. For example, the normalized page unit time can be obtained by multiplying an average page unit time for a fixed number of objects to a ratio of page unit time for a measured number of objects and an average page unit time for the same measured number of objects, i.e., normalized page unit time=average page unit time for a fixed number of objects×((page unit time for a measured number of objects)/(average page unit time for the same measured number of objects)). The page unit time for a measured number of objects can be the measurements related to a specific client. The average page unit time for a fixed number of objects and the average page unit time for the same measured number of objects can be measurements across all clients and can be pre-determined and stored in a database (e.g., database **208** shown in FIG. **2**).

The fixed number in the above formula can be any number that is pre-determined. For example, the fixed number can be 25. The average page unit time for a fixed number of objects and the average page unit time for the same measured number of objects can be obtained based on measurements across all clients in a pre-determined time period. For example, if the fixed number is 25, measurements of page unit times can be obtained for 25 objects across all clients. The average page unit time for a fixed number of objects (i.e., 25 objects in this example) can then be acquired by taking the average of the measurements of page unit times for the 25 objects across all the clients. Also, if the measured number of objects (i.e., the number of objects included in a page unit for a specific client) is, for example, 50, measurements of page unit times can be obtained for same number of objects (i.e. 50 objects in this example) across all clients. The average page unit time for the same measured number of objects can then be acquired by taking the average of the measurements of page unit times for the 50 objects across all the clients. Thus, if the page unit time for a measured number of objects is greater than the average page unit time for the same measured number of objects, the ratio of the two would be greater than "1." And thus the normalized page unit time for this client is greater than the average page unit time for a fixed number of objects (e.g. 25 objects) across all clients. Hence, in this example, the client may have had a worse than average web QoE score because the page unit time of the current HTTP transactions associated with the client is higher than average.

In some embodiments, the pre-determined time period in the measuring of the average page unit time for a fixed number of objects and the average page unit time for the same measured number of objects can be based on a sliding time window. The sliding time window can be spanning the most recent three hours. For example, if measurement starts at 9 AM, the sliding time window can be from 9 AM-12 PM, 10 AM-1 PM, 11 AM-2 PM, so on and so forth. In some embodiments, the sliding window can be more than three hours (such as a day, or several days).

The normalized page unit time can be used to measure the web Quality of Experience (web QoE) score of a client rendering of web pages. In some embodiments, the web QoE score can be "0" if the normalized page unit time is greater or equal to a threshold value. In contrast, the web QoE score can be "1" if the normalized page unit time is less than a threshold

US 9,167,021 B2

9

value. The threshold value determines if the quality of client's web rendering is good or bad and can be configured to any desirable value. It is easily appreciated by those skilled in the art that the web QoE scores may not be limited to 0 and 1. Rather, the web QoE scores can be any values and can be defined by multiple ranges for the normalized page unit time instead of using a single threshold value. Page unit detection and web QoE measurement module **206** can be a software program and/or a hardware device.

Transaction history database **208** can store web QoE scores determined by page unit detection and web QoE measurement module **206**. Transaction history database **208** can also store normalized page unit time, non-normalized average page unit time and any other transaction history data for each client. The non-normalized average page unit time can be for different number of HTTP objects, for example, 25 or 100 HTTP objects. The non-normalized average page unit time can be obtained by computing an average page unit time based on measurements across all clients in a pre-determined time period (e.g., a most recent sliding time window). Transaction history database **208** can be a software program and/or a hardware device and can be located local to or remote from web QoE measurement system **103**.

FIG. **3** is a flowchart representing an exemplary method of page unit time measurement. Referring to FIG. **3**, it will be readily appreciated by one of ordinary skill in the art that the illustrated procedure can be altered to delete steps or further include additional steps. The exemplary method of web QoE score measurement can be based on detection of page unit boundaries by a page unit Detection Module (e.g., page unit Detection and web QoE Score Measurement Module **206**).

After initial step **300**, a web QoE score measurement system acquires (**302**) an HTTP transaction from client devices (e.g., client devices **104**). The HTTP transaction can include any type of objects associated with a web page, such as plain text, HTML, image, audio, video, CSS, etc.

After the HTTP transaction is acquired, the web QoE score measurement system (e.g., web QoE score measurement system **103**) determines (**304**) whether the HTTP transaction is accepted or filtered out. For example, an HTTP filtering module (e.g., HTTP Processing and Filtering Module **204**) filters the HTTP transaction to determine whether an HTTP transaction is not related to web browsing.

If the HTTP transactions are determined to be accepted by the HTTP filtering module, the web QoE score measurement system obtains (**306**) the client identify. The client identity can be obtained from, for example, the source IP address of the client from an HTTP request. The client identity can also be obtained from a destination IP address in the HTTP response from a content server. The client identity can also be obtained from information included in, for example, special HTTP headers (x-forwarded-for), RADIUS feeds, PCRF servers and Subscriber Profile Repositories. By obtaining the client identity, the web QoE measurement system associates the current HTTP transaction with an individual client. The web QoE measurement system can store this association in a database (e.g., transaction history database **208**).

The web QoE score measurement system then retrieves (**308**) previous transactions set of the client device. The previous transactions set can be retrieved from a transaction history database (e.g. transaction history database **208**). Subsequently, the web QoE score measurement system computes (**310**) the time gap between the retrieved previous transactions set and the current HTTP transaction. For example, the time gap can be computed based on the completion time of the last HTTP transaction in the previous transaction set and the beginning time of the current HTTP transaction.

10

Once the time gap is computed, the web QoE score measurement system determines (**312**) whether the time gap between current HTTP transaction and previous transactions set satisfy a threshold condition. In some embodiments, the web QoE score measurement system can sequentially process HTTP transactions from a client and search for time gaps that are larger than a preselected threshold value. For example, a time gap that is greater than a threshold value can be an indicator that the last transaction of the previous transactions set was the outer boundary of a page unit. The threshold condition can be, for example, a threshold value that is preconfigured to any desirable values, such as values based on the historical measurements or past experiences. This threshold value can also be tunable.

If the time gap between the current HTTP transaction and previous transactions set does satisfy a threshold condition at determination step **312**, the web QoE score measurement system adds (**320**) current HTTP transaction to the previous transaction set and goes back to step **302** to acquire additional HTTP transaction. Adding the current HTTP transaction to the previous transactions set indicates that the current HTTP transaction and the previous transactions are transactions of a page unit.

On the other hand, if the time gap between the current HTTP transaction and previous transactions set does not satisfy a threshold condition, the web QoE score measurement system proceeds to determine (**314**) whether the previous transactions set is a page unit. The determination can be based on several HTTP transaction properties such as number of HTML objects, size of the HTML object, number of images, total number of objects, and total download time for the current HTTP transactions. In some embodiments, determination steps **312** and **314** shown can be performed by a page unit detection and web QoE score measurement module (e.g., page unit detection and web QoE score measurement module **206**).

If the previous transactions set is determined to be a page unit, the web QoE score measurement system computes (**316**) the page unit time of the page unit. This page unit time can be used for computing a QoE score for a client. The web QoE score measurement system then starts (**318**) a new HTTP transactions set with the current HTTP transactions and goes back to step **302** to retrieve additional HTTP transactions.

If the previous transaction set is determined to not be a page unit, the web QoE score measurement system rejects (**322**) the previous transaction set as a page unit without obtaining any page unit time. The web QoE score measurement system then also starts (**318**) new HTTP transactions set with the current HTTP transaction.

It is easily appreciated by those skilled in the art that if no previous HTTP transactions set is available, step **310** to step **316** can be skipped and the web QoE score measurement system proceed to step **318** to start a new transactions set with the current HTTP transaction. It is also easily appreciated by those skilled in the art that additional steps can be included anywhere in the flowchart shown in FIG. **3** to enhance the decision flow.

FIG. **4** is a flowchart representing an exemplary method for determining whether an HTTP transaction relates to web browsing (such as in determination step **304** of FIG. **3**). Referring to FIG. **4**, it will be readily appreciated by one of ordinary skill in the art that the illustrated procedure can be altered to delete steps or further include additional steps. After initial step **400**, a web QoE score measurement system (e.g., web QoE score measurement system **103**) determines (**402**) whether a user agent of an HTTP transaction matches an entry in a predefined set. A user agent is an application, such as a

US 9,167,021 B2

11

software application, on the client in the HTTP protocol within a client-server system. An identification of the user agent could be provided as a string in the HTTP request. Using this user agent meta-data, the HTTP protocol can identify the application that originated the request at the client. The entries in the predefined set can be, for example, a known list of popular web browsers such as Microsoft® Internet Explorer, Mozilla® Firefox, Google® Chrome, and Apple® Safari. The matching can be done based on regular expression patterns, substring matching, matching full strings or any other matching mechanisms. On the other hand, for example, a user agent not involved with web browsing could be AndroidDownloadManager.

If the user agent of the HTTP transaction matches an entry in the predefined set, the web QoE score measurement system could then determine (**404**) whether a response code is in a predefined set. A response code indicates the status of an HTTP transaction such as a successful HTTP transaction, an HTTP redirection, a server error, etc. The predefined set can be configured to include response codes that are associated with web page rendering. For example, the web QoE score measurement system can accept only HTTP transactions with response codes of 200 (successful HTTP transaction) or 301/302 (HTTP redirection), but filter out HTTP transactions associated with other response codes.

If the response code of the current HTTP transaction is determined to be within the predefined set, the web QoE score measurement system could then determine (**406**) whether a content type field of the current HTTP transaction is in a predefined set. Content type of HTTP transactions can be, for example, markup language, images, Java script, etc. In an HTTP transaction (e.g., an HTTP response), content type fields corresponding to the content type are included in the response meta-data. An exemplary list of content type fields associated with web pages is shown in Table 1. For example, a content type field contained within an HTTP response may indicate the content as "text/html," "application/xhtml+xml," or "image." The content type field in the current HTTP transaction can be matched with respect to a predefined content type list to determine whether the current HTTP transaction is associated with a web page. The matching can also be done based on regular expression patterns, substring matching, matching full strings or any other matching mechanisms. The content type can also be obtained from, for example, portion of an HTTP payload content.

TABLE 1

| An exemplary list of content type fields associated with web pages. | |
| --- | --- |
| Content Type | Content Type Field |
| Markup language | text/html, application/xhtml+xml |
| Image | image/* |
| Java Script | text/javascript, application/x-javascript |
| Style Sheet | text/css |
| Shockwave Flash | application/x-shockwave-flash |

If the content type field of the current HTTP transaction is determined to be in a predefined set, the web QoE score measurement system accepts (**408**) the current HTTP transaction. If the user agent of the HTTP transaction does not match (**402**) an entry in the predefined set, or if the response code of the current HTTP transaction is determined (**404**) to not be within the predefined set, or if the content type field of the current HTTP transaction is determined (**406**) to not be in the predefined set, the web QoE score measurement system discards (**410**) the current HTTP transaction because it deter-

12

mines that the HTTP transaction is not associated with a web page. After having either accepted (**408**) or discarded (**410**) the current HTTP transaction, the method can proceed to end (**412**).

Moreover, it will be readily appreciated that the order of determination steps **402**, **404**, and **406** can be rearranged.

FIG. **5** is a flowchart representing an exemplary method for determining whether a transaction set is a page unit (e.g., such as the determination step **314** in FIG. **3**). Referring to FIG. **5**, it will be readily appreciated by one of ordinary skill in the art that the illustrated procedure can be altered to delete steps or further include additional steps. The exemplary method for determining whether a transaction set is a page unit can be a heuristic method for accepting or rejecting page units. Page units can be rejected if there is evidence that a transaction set may not correspond to a web page. After initial step **500**, a web QoE score measurement system (e.g., web QoE score measurement system **103**) determines (**502**) whether a transaction set, which includes one or more HTTP transactions, includes at least one HTML object. Having an HTML object within a transaction set likely indicates that the transaction set is associated with a web page. Likewise, a transaction set without an HTML object likely indicates that the transaction set is not associated with a web page.

If the transaction set has at least one HTML object, the web QoE score measurement system proceeds to determine (**504**) whether the size of the largest HTML object satisfies a threshold condition. In some embodiments, a page unit must have the size of at least one HTML object greater than a preconfigured threshold value. The requirement for a minimum HTML object size can filter out spurious HTTP transactions that are marked as HTML but are too small to be associated with a web page. The threshold condition can be, for example, a tunable, preconfigured threshold value that, for example, can be based on the historical measurements or past experiences.

If the size of the largest HTML object satisfies the threshold condition (i.e., the size of at least one HTML object is greater than a pre-configured threshold value), the web QoE score measurement system proceeds to determine (**506**) whether the number of images in the transactions set satisfies a threshold condition. In some embodiments, some of the web pages requested by clients have images. The web QoE score measurement system can require the number of images in the transactions set to satisfy the threshold condition. For example, in order for the transactions set to be considered a page unit, a transactions set can be required to have a number of images greater than or equal to a threshold value. The threshold condition can be, for example, a tunable, preconfigured threshold value that, for example, can be based on historical measurements or past experiences.

If the number of images satisfies the threshold condition (i.e., the number of images in a transactions set is greater than or equal to a threshold value), the web QoE score measurement system proceeds to determine (**508**) whether the total number of objects in the transaction sets satisfies a threshold condition. Web pages have a finite number of objects. In some embodiments, a transactions set can be rejected as a page unit if the number of objects or HTTP transactions does not satisfy a threshold condition. For example, a transactions set having a total number of objects greater than a pre-configured threshold value can be rejected as a page unit. The threshold condition can be, for example, a tunable, preconfigured threshold value that, for example, can be based on the historical measurements or past experiences.

If the total number of objects satisfies the threshold condition (i.e., a transactions set having a total number of objects

US 9,167,021 B2

13

less than or equal to a pre-configured threshold value), the web QoE score measurement system proceeds to determine (**510**) whether the total download time satisfies a threshold condition. In some embodiments, step **510** can remove outliers that have a large download time from being considered a page unit. For example, the total time duration of transaction set (i.e. time period measured from the start of the first HTTP transaction to the end of last HTTP transaction) is compared with a threshold condition. If the total time duration satisfies the threshold condition, for example, less than a threshold value, the transaction set can be accepted as a page unit. The threshold condition can be, for example, a tunable, preconfigured threshold value that, for example, can be based on the historical measurements or past experiences.

If the total download time satisfies the threshold condition (i.e., the download time is less than the download-time threshold time), the web QoE score measurement system proceeds to accept (**512**) the transaction set as a page unit. If the transaction set contains (**502**) no HTML object, or if the size of the largest HTML object does not satisfy (**504**) the size threshold condition, or if the number of images in the transaction set does not satisfy (**506**) the transaction-number threshold condition, or if the total number of objects does not satisfy (**508**) the object-number threshold condition, or if the total download time does not satisfy (**510**) the download-time threshold condition, the web QoE score measurement system rejects (**514**) the transaction set as a page unit. After having either accepted (**512**) or rejected (**514**) the transaction set as a page unit, the method can proceed to end **516**.

It will readily appreciated by those skilled in the art that any of determination steps **504**, **506**, **508**, and **510** can be rearranged or deleted from FIG. **5** without departing from the embodiments described herein.

In some embodiments, several enhancements can be included for detection of the start of a new page unit. One exemplary enhancement is to treat an HTTP transaction with content type field of "text/html" as potential indicators of a start of a new page unit. Content type fields are meta-data contained in the HTTP transactions that can be used to identify what type of content is included in the HTTP transaction. In another exemplary embodiment, if a previous transaction set is acceptable as a page unit (i.e. it passes all the steps shown in FIG. **5**) and the size of the HTML content of the current HTTP transaction is greater than a threshold, the current HTTP transaction can be treated as the start of a new page unit.

In some embodiments, enhancement can be based on a total page unit time of a hypothetical page unit comprising the current HTTP transaction and the previous transaction set. In other words, the total page unit time can be computed by adding the current HTTP transaction to the previous transaction set regardless whether the current HTTP transaction and previous transaction set is actually a page unit. If the total page unit time exceeds a predefined threshold, then the current HTTP transaction can be treated as the start of a new page unit.

In some embodiments, enhancement can be based on the number of HTTP transactions in the previously transaction set. If the number of HTTP transactions has reached a predefined threshold, the current HTTP transaction can be treated as the start of a new page unit. This enhancement can, for example, prevent the grouping of a large set of HTTP transactions which are closely spaced, i.e., which have small time gaps, from being wrongfully rejected in step **508** (i.e., rejection of a page unit because of total number of objects exceeding a threshold value) shown in FIG. **5**.

14

The methods disclosed herein may be implemented as a computer program product, i.e., a computer program tangibly embodied in an information carrier, e.g., in a machine readable storage device or in a propagated signal, for execution by, or to control the operation of, data processing apparatus, e.g., a programmable processor, a computer, or multiple computers. A computer program can be written in any form of programming language, including compiled or interpreted languages, and it can be deployed in any form, including as a stand alone program or as a module, component, subroutine, or other unit suitable for use in a computing environment. A computer program can be deployed to be executed on one computer or on multiple computers at one site or distributed across multiple sites and interconnected by a communication network.

In the preceding specification, the subject matter has been described with reference to specific exemplary embodiments. It will, however, be evident that various modifications and changes may be made without departing from the broader spirit and scope of the invention as set forth in the claims that follow. The specification and drawings are accordingly to be regarded as illustrative rather than restrictive. Other embodiments may be apparent to those skilled in the art from consideration of the specification and practice of the embodiments disclosed herein.

What is claimed is:

1. A method comprising:

acquiring a current Hypertext Transfer Protocol (HTTP) transaction;

determining whether the current HTTP transaction relates to web browsing;

acquiring a previous transactions set of a specific client;

evaluating whether the current HTTP transaction belongs with the previous transactions set;

if the current HTTP transaction belongs with the previous transactions set, adding the current HTTP transaction to the previous transactions set; and

if the current HTTP transaction does not belong with the previous transactions set, creating a boundary of a page unit that includes the HTTP transactions of the previous transactions set for computing a page unit time.

2. The method of claim **1**, wherein the page unit time is used for acquiring an expected quality of experience score.

3. The method of claim **1**, wherein the determining whether the current HTTP transaction relates to web browsing comprises:

determining whether a user agent of the current HTTP transaction matches with an entry in a predefined user agent set; and

accepting the current HTTP transaction if the user agent of the current HTTP transaction matches with an entry in a predefined user agent set.

4. The method of claim **1**, wherein the determining whether the current HTTP transaction relates to web browsing comprises:

determining whether a response code is in a predefined response code set, wherein the response code is acquired based on the current HTTP transaction; and

accepting the current HTTP transaction if the response code is determined to be within the predefined response code set.

5. The method of claim **1**, wherein the determining whether the current HTTP transaction relates to web browsing comprises:

determining whether a content type is within a predefined content type set, wherein the content type is acquired based on the current HTTP transaction; and

US 9,167,021 B2

15

accepting the current HTTP transaction if the content type is within a predefined content type set.

6. The method of claim 1, wherein the evaluating whether the current HTTP transaction belongs with the previous transactions set comprises:

computing a time gap between the current HTTP transaction and the previous transactions set;

determining whether the time gap satisfies a predefined timing threshold condition; and

associating the current HTTP transaction with the previous transactions set if the time gap satisfied the predefined timing threshold condition.

7. The method of claim 1, wherein the creating a boundary of a page unit further comprises determining whether the previous transactions set is the page unit.

8. The method of claim 7, wherein determining whether the previous transactions set is a page unit further comprises:

determining whether the previous transactions set includes at least one HyperText Markup Language (HTML) object; and

accepting the previous transactions set as a page unit based at least in part on the previous transaction set including at least one HTML object.

9. The method of claim 7, wherein determining whether the previous transactions set is a page unit further comprises:

determining whether size of a largest HyperText Markup Language (HTML) object included in the previous transactions set satisfies a size threshold condition; and

accepting the previous transactions set as a page unit based at least in part on the size of the largest HTML object satisfying a size threshold condition.

10. The method of claim 7, wherein determining whether the previous transaction set is a page unit further comprises:

determining whether a number of images included in the previous transactions set satisfies an image threshold condition; and

accepting the previous transactions set as a page unit based at least in part on the number of images satisfying the image threshold condition.

11. The method of claim 7, wherein determining whether the previous transactions set is a page unit further comprises:

determining whether a total number of objects included in the previous transactions set satisfies a number of object threshold condition; and

accepting the previous transactions set as a page unit based at least in part on the total number of objects satisfying the number of object threshold condition.

12. The method of claim 7, wherein determining whether the previous transactions set is a page unit further comprises:

determining whether a total download time satisfies a download time threshold condition; and

accepting the previous transactions set as a page unit based at least in part on the total download time satisfying the download time threshold condition.

13. The method of claim 1, further comprising:

acquiring a first average page unit time based on predetermined page unit times of more than one client for a fixed number of objects, wherein the first average page unit time is stored in a database;

acquiring a second average page unit time based on predetermined page unit times of more than one client for the same number of objects included within the HTTP transactions of the previous transactions set, wherein the second average page unit time is stored in the database; and

16

computing a normalized page unit time based on the page unit time, the first average page unit time and the second average page unit time.

14. The method of claim 13, wherein the acquiring the first average page unit time and the acquiring the second average page unit time are based on a sliding time window.

15. A non-transitory computer readable storage medium storing instruction that, when executed by a computer, cause the computer to perform a method for processing Hypertext Transfer Protocol (HTTP) data, the method comprising:

acquiring a current HTTP transaction;

determining whether the current HTTP transaction relates to web browsing;

acquiring a previous transactions set of a specific client;

evaluating whether the current HTTP transaction belongs with the previous transactions set;

if the current HTTP transaction belongs with the previous transactions set, adding the current HTTP transaction to the previous transactions set; and

if the current HTTP transaction does not belong with the previous transactions set, creating a boundary of a page unit that includes the HTTP transactions of the previous transactions set for computing a page unit time.

16. The computer readable storage medium of claim 15, wherein the page unit time is used for acquiring an expected quality of experience score.

17. The computer readable storage medium of claim 15, wherein the determining whether the current HTTP transaction relates to web browsing comprises:

determining whether a user agent of the current HTTP transaction matches with an entry in a predefined user agent set; and

accepting the current HTTP transaction if the user agent of the current HTTP transaction matches with an entry in a predefined user agent set.

18. The computer readable storage medium of claim 15, wherein the determining whether the current HTTP transaction relates to web browsing comprises:

determining whether a response code is in a predefined response code set, wherein the response code is acquired based on the current HTTP transaction; and

accepting the current HTTP transaction if the response code is determined to be within the predefined response code set.

19. The computer readable storage medium of claim 15, wherein the determining whether the current HTTP transaction relates to web browsing comprises:

determining whether a content type is within a predefined content type set, wherein the content type is acquired based on the current IMP transaction; and

accepting the current HTTP transaction if the content type is within a predefined content type set.

20. The computer readable storage medium of claim 15, wherein the evaluating whether the current HTTP transaction belongs with the previous transactions set comprises:

computing a time gap between the current HTTP transaction and the previous transactions set;

determining whether the time gap satisfies a predefined timing threshold condition; and

associating the current HTTP transaction with the previous transactions set if the time gap satisfied the predefined timing threshold condition.

21. The computer readable storage medium of claim 15, wherein the creating a boundary of a page unit further comprises determining whether the previous transactions set is the page unit.

US 9,167,021 B2

**17**

22. The computer readable storage medium of claim **21**, wherein determining whether the previous transactions set is a page unit further comprises:

determining whether the previous transactions set includes at least one HyperText Markup Language (HTML) object; and

accepting the previous transactions set as a page unit based at least in part on the previous transactions set including at least one HTML object.

23. The computer readable storage medium of claim **21**, wherein determining whether the previous transactions set is a page unit further comprises:

determining whether size of a largest HyperText Markup Language (HTML) object included in the previous transactions set satisfies a size threshold condition; and

accepting the previous transactions set as a page unit based at least in part on the size of the largest HTML object satisfying a size threshold condition.

24. The computer readable storage medium of claim **21**, wherein determining whether the previous transactions set is a page unit further comprises:

determining whether a number of images included in the previous transactions set satisfies an image threshold condition; and

accepting the previous transactions set as a page unit based at least in part on the number of images satisfying the image threshold condition.

25. The computer readable storage medium of claim **21**, wherein determining whether the previous transactions set is a page unit further comprises;

determining whether a total number of objects included in the previous transactions set satisfies a number of object threshold condition; and

accepting the previous transactions set as a page unit based at least in part on the total number of objects satisfying the number of object threshold condition.

26. The computer readable storage medium of claim **21**, wherein determining whether the previous transactions set is a page unit further comprises:

determining whether a total download time satisfies a download time threshold condition; and

accepting the previous transactions set as a page unit based at least in part on the total download time satisfying the download time threshold condition.

27. The computer readable storage medium of claim **15**, further comprising:

acquiring a first average page unit time based on predetermined page unit times of more than one client for a fixed number of objects, wherein the first average page unit time is stored in a database;

acquiring a second average page unit time based on predetermined page unit times of more than one client for the same number of objects included within the HTTP transactions of the previous transactions set, wherein the second average page unit time is stored in the database; and

computing a normalized page unit time based on the page unit time, the first average page unit time and the second average page unit time.

28. The computer readable storage medium of claim **27**, wherein the acquiring the first average page unit time and the acquiring the second average page unit time are based on a sliding time window.

29. An apparatus for page unit detection comprising:

a packet processor configured to acquire a current Hypertext Transfer Protocol (HTTP) transaction;

**18**

a transaction filter configured to determine whether the current HTTP transaction relates to web browsing;

a page unit detector configured to

acquire a previous transactions set of a specific client,

evaluate whether the current HTTP transaction belongs with the previous transactions set,

if the current HTTP transaction belongs with the previous transactions set, add the current HTTP transaction to the previous transactions set; and

if the current HTTP transaction does not belong with the previous transactions set, create a boundary of a page unit that includes the HTTP transactions of the previous transactions set for computing a page unit time.

30. The apparatus of claim **29**, wherein the page unit time is used for acquiring an expected quality of experience score.

31. The apparatus of claim **29**, wherein the transaction filter is configured to determine whether the current HTTP transaction relates to web browsing by determining whether a user agent of the current HTTP transaction matches with an entry in a predefined user agent set, and accepting the current HTTP transaction if the user agent of the current HTTP transaction matches with an entry in a predefined user agent set.

32. The apparatus of claim **29**, wherein the transaction filter is configured to determine whether the current HTTP transaction relates to web browsing by determining whether a response code is in a predefined response code set, wherein the response code is acquired based on the current HTTP transaction, and accepting the current HTTP transaction if the response code is determined to be within the predefined response code set.

33. The apparatus of claim **29**, wherein the transaction filter is configured to determine whether the current HTTP transaction relates to web browsing by determining whether a content type is within a predefined content type set, wherein the content type is acquired based on the current HTTP transaction, and accepting the current HTTP transaction if the content type is within a predefined content type set.

34. The apparatus of claim **29**, wherein the page unit detector is configured to evaluate whether the current HTTP transaction belongs with the previous transactions set by computing a time gap between the current HTTP transaction and the previous transactions set, determining whether the time gap satisfies a predefined timing threshold condition, and associating the current HTTP transaction with the previous transactions set if the time gap satisfied the predefined timing threshold condition.

35. The apparatus of claim **29**, wherein the page unit detector is configured to create a boundary of a page unit by determining whether the previous transactions set is the page unit.

36. The apparatus of claim **35**, wherein the page unit detector is configured to determine whether the previous transactions set is a page unit by determining whether the previous transactions set includes at least one HyperText Markup Language (HTML) object, and accepting the previous transactions set as a page unit based at least in part on the previous transaction set including at least one HTML object.

37. The apparatus of claim **35**, wherein the page unit detector is configured to determine whether the previous transactions set is a page unit by determining whether size of a largest HyperText Markup Language (HTML) object included in the previous transactions set satisfies a size threshold condition, and accepting the previous transactions set as a page unit based at least in part on the size of the largest HTML object satisfying a size threshold condition.

38. The apparatus of claim **35**, wherein the page unit detector is configured to determine whether the previous transac-

US 9,167,021 B2

19

tions set is a page unit by determining whether a number of images included in the previous transactions set satisfies an image threshold condition, and accepting the previous transactions set as a page unit based at least in part on the number of images satisfying the image threshold condition.

39. The apparatus of claim 35, wherein the page unit detector is configured to determine whether the previous transactions set is a page unit by determining whether a total number of objects included in the previous transactions set satisfies a number of object threshold condition, and accepting the previous transactions set as a page unit based at least in part on the total number of objects satisfying the number of object threshold condition.

40. The apparatus of claim 35, wherein the page unit detector is configured to determine whether the previous transactions set is a page unit by determining whether a total download time satisfies a download time threshold condition, and accepting the previous transactions set as a page unit based at least in part on the total download time satisfying the download time threshold condition.

41. The apparatus of claim 29, wherein the page unit detector is further configured to acquire a first average page unit time based on predetermined page unit times of more than one client for a fixed number of objects, wherein the first average page unit time is stored in a database, acquire a second average page unit time based on predetermined page unit times of more than one client for the same number of objects included within the HTTP transactions of the previous transactions set,

20

wherein the second average page unit time is stored in the database, and compute a normalized page unit time based on the page unit time, the first average page unit time and the second average page unit time.

42. The apparatus of claim 41, wherein the page unit detector is further configured to acquire the first average page unit time and acquire the second average page unit time based on a sliding time window.

43. An apparatus for page unit detection, comprising:
one or more computer-readable storage media configured to store instructions; and
one or more processors configured to execute the instructions to cause the apparatus to:
acquire a current Hypertext Transfer Protocol (HTTP) transaction;
determine whether the current HTTP transaction relates to web browsing;
acquire a previous transactions set of a specific client;
evaluate whether the current HTTP transaction belongs with the previous transactions set;
if the current HTTP transaction belongs with the previous transactions set, add the current HTTP transaction to the previous transactions set; and
if the current HTTP transaction does not belong with the previous transactions set, create a boundary of a page unit that includes the HTTP transactions of the previous transactions set for computing a page unit time.

\*    \*    \*    \*    \*

# EXHIBIT 8

**U.S. PATENT NO. 7,099,273**
**DATA TRANSPORT ACCELERATION AND MANAGEMENT WITHIN A NETWORK COMMUNICATION SYSTEM**
**CLAIMS 1-14**

OptiMorphix, Inc. ("OptiMorphix") contends that at least the following claims of U.S. Patent No. 7,099,273 (the "'273 patent") identified below are infringed by Akamai Technologies, Inc. ("Akamai").

Accused Products: Akamai Products and Services that use TCP-BBR congestion control, including the Akamai Content Delivery Platform (the "Akamai '273 Product(s)").

| Claim Language | Representative Instrumentality[1] |
|---|---|
| [1PRE] A method of transferring data from a sender to a receiver in a communication network, the method comprising: | To the extent the preamble is limiting, the Akamai '273 Products perform data transport acceleration and management within a network communication system. Akamai directly infringes the '273 patent under 35 U.S.C. § 271(a) by performing the claimed methods in the United States through the testing and use of the Akamai '273 Products. In particular, Akamai infringes under § 271(a) by using and testing the Akamai '273 Products domestically. Unless otherwise noted, OptiMorphix contends that every element of each asserted claim is literally met by Akamai's testing and use of the Akamai '273 Products. To the extent Akamai claims any element is not literally met, OptiMorphix asserts that such element is nonetheless satisfied under the doctrine of |

---

[1] This analysis is preliminary and subject to amendment. OptiMorphix reserves the right to supplement this chart based on further investigation, discovery, claim construction, or other developments. Additional information may include source code, data sheets, design specifications, deposition testimony, testing data, reference designs, implementation details, and schematics. These infringement contentions extend beyond the specifically identified products to include all reasonably similar products and components that infringe in the same or similar manner. The claim chart demonstrates infringement by comparing each element of the asserted claims to corresponding features of the Akamai '273 Products. The chart provides exemplary evidence of OptiMorphix's current infringement theory based on available information and is not intended as an expert report. OptiMorphix has prepared these contentions before obtaining discovery in this action. OptiMorphix expects Akamai and third parties will produce additional information regarding the Akamai '273 Products beyond what is publicly available. Accordingly, OptiMorphix reserves the right to revise this analysis upon receiving such information or upon issuance of any Court Order construing any claim terms of the asserted claims.

| | |
|---|---|
| | equivalents. No substantial differences between the patent claim elements and the corresponding features of the Akamai '273 Products exist. In every instance, each step of the methods performed by the Akamai '273 Products is performed by the Akamai '273 Product for substantially the same function, in substantially the same way, and to achieve substantially the same result as the corresponding claim element.<br><br>The Akamai '273 Products include technology that performs the step of establishing a data connection between a sender and receiver using a handshake process. Akamai tests and uses the TCP-BBR congestion control technology in the Akamai '273 Products. Akamai describes on its blog "As part of Akamai's ongoing investments in improving delivery performance, last month we completed the worldwide deployment of the Bottleneck Bandwidth and RTT (BBR) TCP congestion control algorithm across our Edge Platform." *Akamai Improves Global Delivery Performance*, AKAMAI BLOG (December 19, 2019).<br><br>The Akamai '273 Products through their use of TCP-BBR ("BBR") perform a method of transferring data from a sender to a receiver in a communication network.<br><br>```<br>/* Bottleneck Bandwidth and RTT (BBR) congestion control<br> *<br> * BBR congestion control computes the sending rate based on the delivery<br> * rate (throughput) estimated from ACKs. In a nutshell:<br> *<br> *    On each ACK, update our model of the network path:<br> *        bottleneck_bandwidth = windowed_max(delivered / elapsed, 10 round trips)<br> *        min_rtt = windowed_min(rtt, 10 seconds)<br> *    pacing_rate = pacing_gain * bottleneck_bandwidth<br> *    cwnd = max(cwnd_gain * bottleneck_bandwidth * min_rtt, 4)<br>```<br><br>tcp_bbr.c, Kernel.org (v. 6.8, Mar. 10, 2026), available at: https://cdn.kernel.org/pub/linux/kernel/v6.x/linux-6.8.tar.xz. |
| [1a] establishing a connection between the sender and the receiver; | The Akamai '273 Products establish a connection between the sender and the receiver.<br><br>The Akamai '273 Products use BBR as shown in the below documentation. |

==Akamai is using a congestion control algorithm that was originally developed by Google to optimize streaming video traffic on its content delivery network (CDN) platform. The algorithm is called the Bottleneck Bandwidth and RTT (BBR).==

Internet traffic rides on an underlying transport protocol, the most popular of which is TCP. As CDN traffic is delivered into last mile networks, it often hits a lot of interference that increases degradation. Congestion control algorithms are used to combat that degradation. Alex Balford, senior product marketing manager at Akamai, said Akamai uses about five different congestion control algorithms that work with TCP. Some of these algorithms are proprietary and some are open source.

==BBR is the newest of Akamai's congestion control algorithms.== It was developed by Google, which has open-sourced it for the larger community. "This algorithm matches the bandwidth requirements with the send rate of packets," said Balford. "You want to right-size that to not send too fast or too slow." He said Akamai tested BBR for more than a year in order to understand how it would operate within its global platform. Akamai tested it in its labs and then with different customers and different variables. "We didn't want to blindly impact our customers," said Balford.

Linda Hardesty, *Akamai customizes open source congestion control algorithm,* STREAMTV INSIDER (December 19, 2019) (emphasis added), available at: https://www.streamtvinsider.com/tech/akamai-customizes-open-source-congestion-control-algorithm.

Akamai tests and uses the TCP-BBR congestion control technology in the Akamai '273 Products which connects senders and receivers of data.

Page 3 of 34

> As viewers consume more and more video each day, network congestion has become an increasing challenge for CDNs. Akamai announced today that it has responded to that challenge by completing rollout of the Bottleneck Bandwidth and Roundtrip Time (BBR) TCP congestion algorithm across its Edge Platform. BBR is just one of the algorithms Akamai uses, depending on a variety of factors, and is now the algorithm of choice more than 80% of the time, according to a company spokesperson.
>
> Rather than wait until customers complained of congestion and excessive buffering, Akamai took a proactive approach in rolling out BBR, says Alex Balford, senior product marketing manager at Akamai. "Rolling out BBR is more about Akamai's ongoing work to evaluate, test, and deploy capabilities that can help improve delivery performance for our customers rather than the result of complaints or specific requests," Balford says. "Particularly given the growth of and competition within the online media industry, delivery performance is a paramount concern for our customers. We're thrilled by the improvements that we've observed since the rollout of BBR across Akamai's edge platform."

Eric Schumacher-Rasmussen, *Akamai Reports Improved Performance with BBR Algorithm,* STREAMINGMEDIA.COM – ONLINE VIDEO NEWS (December 19, 2019) (emphasis added), available at: https://www.streamingmedia.com/Articles/News/Online-Video-News/Akamai-Reports-Improved-Performance-with-BBR-Algorithm-135831.aspx.

BBR operates on Transmission Control Protocol (TCP) sockets and is invoked only after a TCP connection has been established between sender and receiver via the standard TCP three-way handshake. BBR's per-socket state (the "bbr" congestion control block) is created and initialized through the bbr_init() entry point at the moment a TCP connection is instantiated.

```
__bpf_kfunc static void bbr_init(struct sock *sk)
{
        struct tcp_sock *tp = tcp_sk(sk);
        struct bbr *bbr = inet_csk_ca(sk);

        bbr->prior_cwnd = 0;
        tp->snd_ssthresh = TCP_INFINITE_SSTHRESH;
        bbr->rtt_cnt = 0;
        bbr->next_rtt_delivered = tp->delivered;
        bbr->prev_ca_state = TCP_CA_Open;
        bbr->packet_conservation = 0;

        bbr->probe_rtt_done_stamp = 0;
        bbr->probe_rtt_round_done = 0;
        bbr->min_rtt_us = tcp_min_rtt(tp);
        bbr->min_rtt_stamp = tcp_jiffies32;

        minmax_reset(&bbr->bw, bbr->rtt_cnt, 0);  /* init max bw to 0 */

        bbr->has_seen_rtt = 0;
        bbr_init_pacing_rate_from_rtt(sk);
```

tcp_bbr.c, Kernel.org (v. 6.8, Mar. 10, 2026), available at: https://cdn.kernel.org/pub/linux/kernel/v6.x/linux-6.8.tar.xz.

| | |
|---|---|
| [1b] measuring round trip times of data packets sent from the sender to the receiver; | The Akamai '273 Products measure round trip times (RTT) of data packets sent from the sender to the receiver.<br><br>The Akamai '273 Products utilize TCP-BBR congestion control which measures round trip times of data packets sent from the sender to a receiver.  The below excerpt shows the Akamai '273 Products exhibit stable round trip time behavior.  After an initial spike, the RTT remains relatively flat and stable over time, with minimal fluctuations.  By using TCP-BBR the Akamai '273 Products avoid network-induced RTT increases by pacing data transmissions and preventing buffer bloat. |

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 7,099,273



AKAMAI PLATFORM TCP STREAM ROUND TRIP TIME (December 2024) (emphasis added).

The Akamai '273 Products utilize TCP-BBR congestion control as shown in the below TCP Stream Throughput graph. The periodic and evenly spaced patterns show TCP-BBR packet pacing wherein the Akamai '273 Products match the bottleneck bandwidth, avoiding overloading the buffer. Further, the Akamai '273 Products perform timestamping. Specifically, when an Akamai '273 Product transmits a data packet, it records the current time as a timestamp. The timestamp is stored in the transmission

Page 6 of 34

control block (TCB), which maintains the state of the TCP connection, including RTT measurements and other relevant information.



AKAMAI PLATFORM TCP STREAM THROUGHPUT (December 2024) (emphasis added).

The Akamai '273 Products perform acknowledgment processing.  Specifically, the Akamai '273 Products send an acknowledgment (ACK) for a specific packet, the sender processes the ACK and identifies the corresponding packet in the TCB.  By matching the ACK with the original packet, the Akamai '273 Products retrieve the original timestamp associated with that packet.

The Akamai '273 Products perform a round-trip time (RTT) calculation. Specifically, the Akamai '273 Products calculate the RTT for a specific packet by subtracting the original timestamp from the current time when the ACK is received. This gives an individual RTT sample for that packet as explained in the below excerpt.

### One way to stay near (max BW, min RTT) point:

**Model** network, update windowed max BW and min RTT estimates on each ACK

**Control** sending based on the model, to…

    Probe both max BW and min RTT, to feed the model samples

    **Pace** near estimated BW, to reduce queues and loss  [move queue to sender]

    Vary pacing rate to keep inflight near BDP (for full pipe but small queue)

That's **BBR** congestion control:

    **BBR** = Bottleneck Bandwidth and Round-trip propagation time

    BBR seeks high tput with small queue by probing BW and RTT *sequentially*

Neal Cardwell, Yunchung Cheng, et al,, *BBR Congestion Control*, Google IETF 97: Seoul Presentation at 9 (November 2016) (emphasis added) (describing RTT_sample = ACK_receive_time - original_timestamp).

The Akamai '273 Products manage congestion using TCP-BBR as shown in the below Time/Sequence graph from the Akamai '273 Products. The below excerpt shows the Akamai '273 Products transmit packets with sequence numbers that increase in a relatively smooth, linear fashion over time, with no major dips or stalls. The Akamai '273 Products' use of TCP-BBR enables packet packing and avoids congestion by transmitting at the optimal rate for the bottleneck bandwidth.

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 7,099,273



AKAMAI PLATFORM TCP STREAM TIME / SEQUENCE (December 2024) (emphasis added).

The Akamai '273 Products perform the step of MinRTT estimation. Specifically, the Akamai '273 Products maintain a running estimate of the minimum RTT observed (MinRTT) over a specified time window. The MinRTT is used by the Akamai '273 Products to estimate the base round-trip propagation time without queuing delay. When a new RTT sample is calculated, the Akamai '273 Products compare it with the current MinRTT value. If the new sample is lower than the existing MinRTT, the Akamai '273 Products update MinRTT with a new value.

In addition, the Akamai '273 Products perform round-trip time-based pacing. Specifically, the Akamai products use the MinRTT estimate in performing pacing rate and congestion window calculations to ensure the sending rate is adapted based on the observed network conditions. BBR's pacing rate and

Page 9 of 34

Case 1:24-cv-01336-MN    Document 33-1    Filed 04/29/26    Page 158 of 602 PageID #: 2154

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 7,099,273

congestion window calculations factor in the MinRTT value to maintain a balance between efficient data transfer and minimal congestion.

> To match the packet-arrival rate to the bottleneck link's departure rate, BBR paces every data packet. BBR must match the bottleneck *rate,* which means pacing is integral to the design and fundamental to operation— pacing_rate is BBR's primary control parameter. A secondary parameter, cwnd_gain, bounds inflight to a small multiple of the BDP to handle common network and receiver pathologies (see the later section on Delayed and Stretched ACKs). Conceptually, the TCP send routine looks like the following code. (In Linux, sending uses the efficient FQ/pacing queuing discipline,[4] which gives BBR line-rate single-connection performance on multigigabit links and handles thousands of lower-rate paced connections with negligible CPU overhead.)

Neal Cardwell, Yuchung Cheng, C. Stephen Gunn, Soheil Hassas Yeganeh, Van Jacobson, *BBR: Congestion-Based Congestion Control*, ACM Queue, Sep/Oct 2016 and CACM, Feb 2017 (emphasis added).

BBR measures round-trip times of data packets sent from the sender to the receiver. Every ACK delivers a per-packet RTT sample (rs->rtt_us) that BBR consumes to maintain a minimum-RTT estimate (min_rtt_us) over a sliding window. The bbr_update_min_rtt() function explicitly receives these RTT samples and updates BBR's path model.

| | |
|---|---|
| | ```
static void bbr_update_min_rtt(struct sock *sk, const struct rate_sample *rs)
{
        struct tcp_sock *tp = tcp_sk(sk);
        struct bbr *bbr = inet_csk_ca(sk);
        bool filter_expired;

        /* Track min RTT seen in the min_rtt_win_sec filter window: */
        filter_expired = after(tcp_jiffies32,
                               bbr->min_rtt_stamp + bbr_min_rtt_win_sec * HZ);
        if (rs->rtt_us >= 0 &&
            (rs->rtt_us < bbr->min_rtt_us ||
            (filter_expired && !rs->is_ack_delayed))) {
                bbr->min_rtt_us = rs->rtt_us;
                bbr->min_rtt_stamp = tcp_jiffies32;
        }
```
tcp_bbr.c, Kernel.org (v. 6.8, Mar. 10, 2026), available at: https://cdn.kernel.org/pub/linux/kernel/v6.x/linux-6.8.tar.xz. |
| [1c] determining a congestion window parameter that specifies a maximum number of unacknowledged data packets that may be sent to the receiver; and | The Akamai '273 Products determine a congestion window parameter that specifies a maximum number of unacknowledged data packets that may be sent to the receiver.<br><br>The Akamai '273 Products calculate a congestion window parameter, which defines the maximum quantity of unacknowledged data packets permitted to be transmitted to the recipient. Specifically, the Akamai '273 Products calculate a cwnd value based on the estimated bottleneck bandwidth (BtlBw) and RTT to ensure the congestion window is large enough not to limit the sending rate derived from the BtlBw and RTT estimates. This is done by setting the cwnd to the product of the estimated BtlBw and RTT: cwnd = BtlBw * RTT. The calculation done by the Akamai '273 Products ensures that the cwnd value is large enough to accommodate the in-flight data based on the BtlBw and RTT estimates, while also accounting for potential variations in network conditions. The Akamai '273 Products calculate a congestion window (cwnd) based on the bottleneck bandwidth (BtlBw) and round-trip time (RTT) estimates to ensure the sending rate is not constrained by the window size. The cwnd effectively sets a limit on the number of unacknowledged data packets in transit, but it is not set by a specific parameter for the maximum number of unacknowledged packets. |

BBR determines a congestion-window parameter, expressly called "cwnd," that specifies the maximum number of unacknowledged data packets permitted to be in flight to the receiver. The central function bbr_set_cwnd() computes and installs this value on every ACK.

```c
/* Slow-start up toward target cwnd (if bw estimate is growing, or packet loss
 * has drawn us down below target), or snap down to target if we're above it.
 */
static void bbr_set_cwnd(struct sock *sk, const struct rate_sample *rs,
                         u32 acked, u32 bw, int gain)
{
        struct tcp_sock *tp = tcp_sk(sk);
        struct bbr *bbr = inet_csk_ca(sk);
        u32 cwnd = tcp_snd_cwnd(tp), target_cwnd = 0;

        if (!acked)
                goto done;   /* no packet fully ACKed; just apply caps */

        if (bbr_set_cwnd_to_recover_or_restore(sk, rs, acked, &cwnd))
                goto done;

        target_cwnd = bbr_bdp(sk, bw, gain);

        /* Increment the cwnd to account for excess ACKed data that seems
         * due to aggregation (of data and/or ACKs) visible in the ACK stream.
         */
        target_cwnd += bbr_ack_aggregation_cwnd(sk);
        target_cwnd = bbr_quantization_budget(sk, target_cwnd);

        /* If we're below target cwnd, slow start cwnd toward target cwnd. */
        if (bbr_full_bw_reached(sk))  /* only cut cwnd if we filled the pipe */
                cwnd = min(cwnd + acked, target_cwnd);
        else if (cwnd < target_cwnd || tp->delivered < TCP_INIT_CWND)
                cwnd = cwnd + acked;
        cwnd = max(cwnd, bbr_cwnd_min_target);
```

tcp_bbr.c, Kernel.org (v. 6.8, Mar. 10, 2026), available at: https://cdn.kernel.org/pub/linux/kernel/v6.x/linux-6.8.tar.xz.

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 7,099,273

| [1d] transmitting additional data packets to the receiver in response to expiration of a transmit timer, the period of the transmit timer based on the round trip time measurements and the congestion window parameter. | The Akamai '273 Products transmit additional data packets to the receiver in response to expiration of a transmit timer, the period of the transmit timer based on the round trip time measurements and the congestion window parameter. |
|---|---|
| | Specifically, the Akamai '273 Products transmit additional data packets to the receiver in response a transmit timer expiration. The period of the transmit timer is based on the round-trip time measurements and the congestion window parameter. The Akamai '273 Products employ a transmit timer that triggers the sending of additional data packets once it expires. The timer's period is dynamically calculated, specifically using the most recent round-trip time (RTT) measurements and the congestion window (cwnd) parameter. The cwnd is computed as the product of the estimated bottleneck bandwidth (BtlBw) and the RTT, ensuring that the allowed number of unacknowledged packets aligns with the network's capacity. Moreover, the product continuously refines its RTT estimates by timestamping each packet and calculating the elapsed time upon receiving acknowledgments, with a maintained MinRTT value serving as the baseline for network propagation delay. These parameters collectively inform the duration of the transmit timer, such that its expiration accurately reflects when additional packets should be sent to optimize throughput while avoiding network congestion. |
| | BBR transmits additional data packets in response to expiration of a transmit timer (the pacing timer), and it sets the period of that timer based on the RTT measurement (min_rtt_us) and the congestion window parameter (cwnd). BBR computes a per-socket pacing rate and writes it into sk->sk_pacing_rate, which is enforced either by the fq qdisc pacing timer or by the TCP stack's internal high-resolution pacing timer. BBR initializes the pacing timer's period from the cwnd and the RTT directly — the inter-packet spacing is set to rtt/cwnd. |

```c
/* Initialize pacing rate to: high_gain * init_cwnd / RTT. */
static void bbr_init_pacing_rate_from_rtt(struct sock *sk)
{
        struct tcp_sock *tp = tcp_sk(sk);
        struct bbr *bbr = inet_csk_ca(sk);
        u64 bw;
        u32 rtt_us;

        if (tp->srtt_us) {                   /* any RTT sample yet? */
                rtt_us = max(tp->srtt_us >> 3, 1U);
                bbr->has_seen_rtt = 1;
        } else {                             /* no RTT sample yet */
                rtt_us = USEC_PER_MSEC;   /* use nominal default RTT */
        }
        bw = (u64)tcp_snd_cwnd(tp) * BW_UNIT;
        do_div(bw, rtt_us);
        WRITE_ONCE(sk->sk_pacing_rate,
                        bbr_bw_to_pacing_rate(sk, bw, bbr_high_gain));
}
```

tcp_bbr.c, Kernel.org (v. 6.8, Mar. 10, 2026), available at: https://cdn.kernel.org/pub/ linux/kernel/v6.x/linux-6.8.tar.xz.

On every ACK, bbr_main() updates both the pacing rate (i.e., the transmit-timer period = 1/pacing_rate) and the cwnd, using the same bandwidth and RTT inputs.

<table>
<tr><td></td><td>

```
__bpf_kfunc static void bbr_main(struct sock *sk, u32 ack, int flag, const struct rate_sample *rs)
{
        struct bbr *bbr = inet_csk_ca(sk);
        u32 bw;

        bbr_update_model(sk, rs);

        bw = bbr_bw(sk);
        bbr_set_pacing_rate(sk, bw, bbr->pacing_gain);
        bbr_set_cwnd(sk, rs, rs->acked_sacked, bw, bbr->cwnd_gain);
}
```

tcp_bbr.c, Kernel.org (v. 6.8, Mar. 10, 2026), available at: https://cdn.kernel.org/pub/linux/kernel/v6.x/linux-6.8.tar.xz.

</td></tr>
<tr><td>

[2] The method of claim 1, wherein the step of measuring the round trip times comprises measuring the time between transmission of a data packet and receipt of a corresponding acknowledgement.

</td><td>

The Akamai '273 Products perform the method of claim 1, wherein the step of measuring the round trip times comprises measuring the time between transmission of a data packet and receipt of a corresponding acknowledgement.

BBR consumes per-packet RTT samples (rs->rtt_us) that are produced by the Linux TCP stack as the elapsed time between transmission of a data packet and receipt of its corresponding acknowledgement (measured by subtracting the packet's send-time from the ACK receive-time — either via TCP timestamps or the socket's skb transmit timestamp). These samples flow into BBR through the rate_sample structure.

</td></tr>
</table>

Page 15 of 34

```
static void bbr_update_min_rtt(struct sock *sk, const struct rate_sample *rs)
{
        struct tcp_sock *tp = tcp_sk(sk);
        struct bbr *bbr = inet_csk_ca(sk);
        bool filter_expired;

        /* Track min RTT seen in the min_rtt_win_sec filter window: */
        filter_expired = after(tcp_jiffies32,
                               bbr->min_rtt_stamp + bbr_min_rtt_win_sec * HZ);
        if (rs->rtt_us >= 0 &&
            (rs->rtt_us < bbr->min_rtt_us ||
             (filter_expired && !rs->is_ack_delayed))) {
                bbr->min_rtt_us = rs->rtt_us;
                bbr->min_rtt_stamp = tcp_jiffies32;
        }
```

tcp_bbr.c, Kernel.org (v. 6.8, Mar. 10, 2026), available at: https://cdn.kernel.org/pub/
linux/kernel/v6.x/linux-6.8.tar.xz.

The BBR header comment explicitly states that these RTT samples are derived from ACKs: "On each ACK, update our model of the network path: … min_rtt = windowed_min(rtt, 10 seconds)."  BBR also uses tp->srtt_us (the Linux TCP stack's smoothed RTT), which is by definition computed from the time between packet transmission and ACK receipt.

```
        if (tp->srtt_us) {                  /* any RTT sample yet? */
                rtt_us = max(tp->srtt_us >> 3, 1U);
                bbr->has_seen_rtt = 1;
        } else {                            /* no RTT sample yet */
                rtt_us = USEC_PER_MSEC;   /* use nominal default RTT */
        }
        bw = (u64)tcp_snd_cwnd(tp) * BW_UNIT;
        do_div(bw, rtt_us);
        WRITE_ONCE(sk->sk_pacing_rate,
                   bbr_bw_to_pacing_rate(sk, bw, bbr_high_gain));
}
```

tcp_bbr.c, Kernel.org (v. 6.8, Mar. 10, 2026), available at: https://cdn.kernel.org/pub/
linux/kernel/v6.x/linux-6.8.tar.xz.

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 7,099,273

| [3] The method of claim 1, wherein the step of determining comprises adjusting the congestion window parameter in response to receipt of acknowledgements from the receiver. | The Akamai '273 Products perform the method of claim 1, wherein the step of determining comprises adjusting the congestion window parameter in response to receipt of acknowledgements from the receiver.<br><br>BBR adjusts the cwnd parameter in response to each acknowledgement received from the receiver. The entry point bbr_main() is invoked by the TCP stack on every incoming ACK, and every such invocation calls bbr_set_cwnd() to recompute cwnd.<br><br>```c\n__bpf_kfunc static void bbr_main(struct sock *sk, u32 ack, int flag, const struct rate_sample *rs)\n{\n        struct bbr *bbr = inet_csk_ca(sk);\n        u32 bw;\n\n        bbr_update_model(sk, rs);\n\n        bw = bbr_bw(sk);\n        bbr_set_pacing_rate(sk, bw, bbr->pacing_gain);\n        bbr_set_cwnd(sk, rs, rs->acked_sacked, bw, bbr->cwnd_gain);\n}\n```<br><br>tcp_bbr.c, Kernel.org (v. 6.8, Mar. 10, 2026), available at: https://cdn.kernel.org/pub/linux/kernel/v6.x/linux-6.8.tar.xz.<br><br>The ACK count (rs->acked_sacked) is passed directly into bbr_set_cwnd(), which then raises or adjusts cwnd toward the target. |

```c
{
        struct tcp_sock *tp = tcp_sk(sk);
        struct bbr *bbr = inet_csk_ca(sk);
        u32 cwnd = tcp_snd_cwnd(tp), target_cwnd = 0;

        if (!acked)
                goto done;   /* no packet fully ACKed; just apply caps */

        if (bbr_set_cwnd_to_recover_or_restore(sk, rs, acked, &cwnd))
                goto done;

        target_cwnd = bbr_bdp(sk, bw, gain);

        /* Increment the cwnd to account for excess ACKed data that seems
         * due to aggregation (of data and/or ACKs) visible in the ACK stream.
         */
        target_cwnd += bbr_ack_aggregation_cwnd(sk);
        target_cwnd = bbr_quantization_budget(sk, target_cwnd);

        /* If we're below target cwnd, slow start cwnd toward target cwnd. */
        if (bbr_full_bw_reached(sk))  /* only cut cwnd if we filled the pipe */
                cwnd = min(cwnd + acked, target_cwnd);
        else if (cwnd < target_cwnd || tp->delivered < TCP_INIT_CWND)
                cwnd = cwnd + acked;
        cwnd = max(cwnd, bbr_cwnd_min_target);

done:
        tcp_snd_cwnd_set(tp, min(cwnd, tp->snd_cwnd_clamp));    /* apply global cap */
        if (bbr->mode == BBR_PROBE_RTT)  /* drain queue, refresh min_rtt */
                tcp_snd_cwnd_set(tp, min(tcp_snd_cwnd(tp), bbr_cwnd_min_target));
}
```

tcp_bbr.c, Kernel.org (v. 6.8, Mar. 10, 2026), available at: https://cdn.kernel.org/pub/linux/kernel/v6.x/linux-6.8.tar.xz.

| | |
|---|---|
| [4] The method of claim 3, wherein the step of adjusting comprises incrementing the congestion window parameter in | The Akamai '273 Products perform the method of claim 3, wherein the step of adjusting comprises incrementing the congestion window parameter in response to receipt of each acknowledgement. |

| response to receipt of each acknowledgement. | BBR increments cwnd in response to each acknowledgement.  In bbr_set_cwnd(), whenever cwnd is below the target BDP (in STARTUP, after loss recovery, or during initial build-up), cwnd is incremented by the number of packets acknowledged on the just-received ACK. |
|---|---|
| | ```
/* If we're below target cwnd, slow start cwnd toward target cwnd. */
if (bbr_full_bw_reached(sk))  /* only cut cwnd if we filled the pipe */
        cwnd = min(cwnd + acked, target_cwnd);
else if (cwnd < target_cwnd || tp->delivered < TCP_INIT_CWND)
        cwnd = cwnd + acked;
cwnd = max(cwnd, bbr_cwnd_min_target);
``` |
| | tcp_bbr.c, Kernel.org (v. 6.8, Mar. 10, 2026), available at: https://cdn.kernel.org/pub/linux/kernel/v6.x/linux-6.8.tar.xz. |
| | The variable "acked" is the number of packets newly (S)ACKed on this ACK. For a single non-stretch ACK, acked = 1, so cwnd is incremented by 1 for each such acknowledgement — identical to the classical per-ACK increment described in claim 4. During loss recovery, the per-ACK increment behavior is also preserved via packet conservation. |
| | ```
if (bbr->packet_conservation) {
        *new_cwnd = max(cwnd, tcp_packets_in_flight(tp) + acked);
        return true;    /* yes, using packet conservation */
}
*new_cwnd = cwnd;
return false;
}
``` |
| | tcp_bbr.c, Kernel.org (v. 6.8, Mar. 10, 2026), available at: https://cdn.kernel.org/pub/linux/kernel/v6.x/linux-6.8.tar.xz. |
| | BBR increments cwnd in response to each acknowledgement.  In bbr_set_cwnd(), whenever cwnd is below the target BDP (in STARTUP, after loss recovery, or during initial build-up), cwnd is incremented by the number of packets acknowledged on the just-received ACK. |

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 7,099,273

| [5] The method of claim 3, wherein the step of adjusting comprises incrementing the congestion window parameter in response to receipt of a number of acknowledgments equal to the size of the then-current congestion window parameter. | The Akamai '273 Products perform the method of claim 3, wherein the step of adjusting comprises incrementing the congestion window parameter in response to receipt of a number of acknowledgments equal to the size of the then-current congestion window parameter.<br><br>BBR effectively increments cwnd once every round trip — that is, once the sender has received approximately "cwnd" acknowledgements from the receiver. This is implemented in two ways:  (1) Round-based advancement. BBR marks the boundary of each packet-timed round as "round_start," which occurs after one full cwnd of packets has been delivered and acknowledged.<br><br><code>/* Estimate the bandwidth based on how fast packets are delivered */<br>static void bbr_update_bw(struct sock *sk, const struct rate_sample *rs)<br>{<br>        struct tcp_sock *tp = tcp_sk(sk);<br>        struct bbr *bbr = inet_csk_ca(sk);<br>        u64 bw;<br><br>        bbr->round_start = 0;<br>        if (rs->delivered < 0 \|\| rs->interval_us <= 0)<br>                return; /* Not a valid observation */<br><br>        /* See if we've reached the next RTT */<br>        if (!before(rs->prior_delivered, bbr->next_rtt_delivered)) {<br>                bbr->next_rtt_delivered = tp->delivered;<br>                bbr->rtt_cnt++;<br>                bbr->round_start = 1;<br>                bbr->packet_conservation = 0;<br>        }</code><br><br>tcp_bbr.c, Kernel.org (v. 6.8, Mar. 10, 2026), available at: https://cdn.kernel.org/pub/linux/kernel/v6.x/linux-6.8.tar.xz.<br><br>Within each round, BBR's target cwnd is recomputed from a bandwidth estimate that itself grows by approximately 2× per round in STARTUP (the documented purpose of the 2/ln(2) STARTUP gain — see comment below).  Cwnd therefore increases by roughly one cwnd-worth each round trip. |

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 7,099,273

```
/* We use a high_gain value of 2/ln(2) because it's the smallest pacing gain
 * that will allow a smoothly increasing pacing rate that will double each RTT
 * and send the same number of packets per RTT that an un-paced, slow-starting
 * Reno or CUBIC flow would:
 */
static const int bbr_high_gain  = BBR_UNIT * 2885 / 1000 + 1;
/* The pacing gain of 1/high_gain in BBR_DRAIN is calculated to typically drain
 * the queue created in BBR_STARTUP in a single round:
 */
```

tcp_bbr.c, Kernel.org (v. 6.8, Mar. 10, 2026), available at: https://cdn.kernel.org/pub/ linux/kernel/v6.x/linux-6.8.tar.xz.

(2) Per-ACK accumulation with target cap. In bbr_set_cwnd(), cwnd is incremented by "acked" per ACK, but capped at target_cwnd, which itself is updated once per round from the new bandwidth sample. The net effect is that cwnd is incremented to the new round's target once an entire cwnd worth of ACKs has been received.

```
        target_cwnd = bbr_bdp(sk, bw, gain);

        /* Increment the cwnd to account for excess ACKed data that seems
         * due to aggregation (of data and/or ACKs) visible in the ACK stream.
         */
        target_cwnd += bbr_ack_aggregation_cwnd(sk);
        target_cwnd = bbr_quantization_budget(sk, target_cwnd);

        /* If we're below target cwnd, slow start cwnd toward target cwnd. */
        if (bbr_full_bw_reached(sk))  /* only cut cwnd if we filled the pipe */
                cwnd = min(cwnd + acked, target_cwnd);
        else if (cwnd < target_cwnd || tp->delivered < TCP_INIT_CWND)
                cwnd = cwnd + acked;
        cwnd = max(cwnd, bbr_cwnd_min_target);
```

tcp_bbr.c, Kernel.org (v. 6.8, Mar. 10, 2026), available at: https://cdn.kernel.org/pub/ linux/kernel/v6.x/linux-6.8.tar.xz.

| | |
|---|---|
| [6] The method of claim 3, wherein the step of adjusting comprising [*sic*] increasing the congestion window parameter by an amount equal to a number of buffers effectively freed by each acknowledgement. | The Akamai '273 Products perform the method of claim 3, wherein the step of adjusting comprises increasing the congestion window parameter by an amount equal to a number of buffers effectively freed by each acknowledgement. |

The Akamai '273 Products perform the method of claim 3, wherein the step of adjusting comprises increasing the congestion window parameter by an amount equal to a number of buffers effectively freed by each acknowledgement.

BBR increases cwnd by an amount equal to the number of buffers freed by each acknowledgement. Each ACK frees buffer space for the packets it acknowledges — this count is "acked" (equal to rs->acked_sacked). BBR adds exactly that number to cwnd.

```c
static void bbr_set_cwnd(struct sock *sk, const struct rate_sample *rs,
                         u32 acked, u32 bw, int gain)
{
        struct tcp_sock *tp = tcp_sk(sk);
        struct bbr *bbr = inet_csk_ca(sk);
        u32 cwnd = tcp_snd_cwnd(tp), target_cwnd = 0;

        if (!acked)
                goto done;   /* no packet fully ACKed; just apply caps */

        if (bbr_set_cwnd_to_recover_or_restore(sk, rs, acked, &cwnd))
                goto done;

        target_cwnd = bbr_bdp(sk, bw, gain);

        /* Increment the cwnd to account for excess ACKed data that seems
         * due to aggregation (of data and/or ACKs) visible in the ACK stream.
         */
        target_cwnd += bbr_ack_aggregation_cwnd(sk);
        target_cwnd = bbr_quantization_budget(sk, target_cwnd);

        /* If we're below target cwnd, slow start cwnd toward target cwnd. */
        if (bbr_full_bw_reached(sk))   /* only cut cwnd if we filled the pipe */
                cwnd = min(cwnd + acked, target_cwnd);
        else if (cwnd < target_cwnd || tp->delivered < TCP_INIT_CWND)
                cwnd = cwnd + acked;
```

tcp_bbr.c, Kernel.org (v. 6.8, Mar. 10, 2026), available at: https://cdn.kernel.org/pub/linux/kernel/v6.x/linux-6.8.tar.xz.

During loss recovery (packet conservation), BBR increases cwnd so that cwnd equals packets-in-flight plus the number of packets freed by the current ACK.

<table>
<tr>
<td></td>
<td>

```
if (bbr->packet_conservation) {
    *new_cwnd = max(cwnd, tcp_packets_in_flight(tp) + acked);
    return true;    /* yes, using packet conservation */
}
*new_cwnd = cwnd;
return false;
}
```

tcp_bbr.c, Kernel.org (v. 6.8, Mar. 10, 2026), available at: https://cdn.kernel.org/pub/ linux/kernel/v6.x/linux-6.8.tar.xz.
</td>
</tr>
<tr>
<td>

[7] The method of claim 1, wherein the period of the timer is based on a smoothed round trip time and a smoothed congestion window.
</td>
<td>

The Akamai '273 Products perform the method of claim 1, wherein the period of the timer is based on a smoothed round trip time and a smoothed congestion window.

The period of BBR's transmit (pacing) timer is based on a smoothed round-trip time and a smoothed congestion window (the cwnd derived from a time-windowed max-bandwidth filter, smoothed by BBR's quantization budget and ack-aggregation compensation).

```
/* Window length of min_rtt filter (in sec): */
static const u32 bbr_min_rtt_win_sec = 10;
/* Minimum time (in ms) spent at bbr_cwnd_min_target in BBR_PROBE_RTT mode: */
static const u32 bbr_probe_rtt_mode_ms = 200;
/* Skip TSO below the following bandwidth (bits/sec): */
static const int bbr_min_tso_rate = 1200000;

/* Pace at ~1% below estimated bw, on average, to reduce queue at bottleneck.
 * In order to help drive the network toward lower queues and low latency while
 * maintaining high utilization, the average pacing rate aims to be slightly
 * lower than the estimated bandwidth. This is an important aspect of the
 * design.
 */
static const int bbr_pacing_margin_percent = 1;
```

tcp_bbr.c, Kernel.org (v. 6.8, Mar. 10, 2026), available at: https://cdn.kernel.org/pub/ linux/kernel/v6.x/linux-6.8.tar.xz.

Cwnd smoothing is derived from a windowed-max bandwidth estimator and further refined through smoothing based on a quantization budget and ACK-aggregation compensation.
</td>
</tr>
</table>

```
/* BBR congestion control block */
struct bbr {
        u32     min_rtt_us;             /* min RTT in min_rtt_win_sec window */
        u32     min_rtt_stamp;          /* timestamp of min_rtt_us */
        u32     probe_rtt_done_stamp;   /* end time for BBR_PROBE_RTT mode */
        struct minmax bw;       /* Max recent delivery rate in pkts/uS << 24 */
        u32     rtt_cnt;                /* count of packet-timed rounds elapsed */
        u32     next_rtt_delivered; /* scb->tx.delivered at end of round */
        u64     cycle_mstamp;           /* time of this cycle phase start */
        u32     mode:3,                 /* current bbr_mode in state machine */
                prev_ca_state:3,        /* CA state on previous ACK */
                packet_conservation:1,  /* use packet conservation? */
                round_start:1,          /* start of packet-timed tx->ack round? */
                idle_restart:1,         /* restarting after idle? */
                probe_rtt_round_done:1, /* a BBR_PROBE_RTT round at 4 pkts? */
                unused:13,
                lt_is_sampling:1,       /* taking long-term ("LT") samples now? */
                lt_rtt_cnt:7,           /* round trips in long-term interval */
                lt_use_bw:1;            /* use lt_bw as our bw estimate? */
```

tcp_bbr.c, Kernel.org (v. 6.8, Mar. 10, 2026), available at: https://cdn.kernel.org/pub/linux/kernel/v6.x/linux-6.8.tar.xz.

Because pacing_rate = pacing_gain × bw and cwnd = cwnd_gain × bw × min_rtt, the pacing-timer period (1/pacing_rate) equals (cwnd_gain / pacing_gain) × (min_rtt / cwnd), making it a function of both the smoothed RTT and the smoothed cwnd; this relationship is confirmed by the pacing-rate initialization, where pacing_rate = high_gain × cwnd / rtt.

| | |
|---|---|
| [8] The method of claim 7, wherein the period of the timer is based on a ratio of the smoothed round trip time and the smoothed congestion window. | The Akamai '273 Products perform the method of claim 7, wherein the period of the timer is based on a ratio of the smoothed round trip time and the smoothed congestion window.<br><br>BBR sets the pacing-timer period as a ratio of the smoothed RTT to the smoothed cwnd. In bbr_init_pacing_rate_from_rtt(), BBR explicitly computes the pacing rate as cwnd / rtt, so the pacing period (the inter-packet gap, i.e., the transmit-timer period) is rtt / cwnd. |

|  |  |
|---|---|
|  | ```c /* Initialize pacing rate to: high_gain * init_cwnd / RTT. */ static void bbr_init_pacing_rate_from_rtt(struct sock *sk) {         struct tcp_sock *tp = tcp_sk(sk);         struct bbr *bbr = inet_csk_ca(sk);         u64 bw;         u32 rtt_us;          if (tp->srtt_us) {                    /* any RTT sample yet? */                 rtt_us = max(tp->srtt_us >> 3, 1U);                 bbr->has_seen_rtt = 1;         } else {                               /* no RTT sample yet */                 rtt_us = USEC_PER_MSEC;   /* use nominal default RTT */         }         bw = (u64)tcp_snd_cwnd(tp) * BW_UNIT;         do_div(bw, rtt_us);         WRITE_ONCE(sk->sk_pacing_rate,                 bbr_bw_to_pacing_rate(sk, bw, bbr_high_gain)); } ``` <br><br> tcp_bbr.c, Kernel.org (v. 6.8, Mar. 10, 2026), available at: https://cdn.kernel.org/pub/ linux/kernel/v6.x/linux-6.8.tar.xz. |
| [9] The method of claim 7, wherein the smoothed round trip time is based on an average and mean deviation of a plurality of round trip time measurements. | The Akamai '273 Products perform the method of claim 7, wherein the smoothed round trip time is based on an average and mean deviation of a plurality of round trip time measurements. <br><br> BBR relies on tp->srtt_us to initialize the pacing rate. The kernel's tp->srtt_us is by construction an exponentially weighted moving average of RTT samples, and the kernel simultaneously maintains tp->mdev_us (the mean deviation of the RTT samples). Both are computed in tcp_rtt_estimator() (net/ipv4/tcp_input.c). |

```c
/* Initialize pacing rate to: high_gain * init_cwnd / RTT. */
static void bbr_init_pacing_rate_from_rtt(struct sock *sk)
{
        struct tcp_sock *tp = tcp_sk(sk);
        struct bbr *bbr = inet_csk_ca(sk);
        u64 bw;
        u32 rtt_us;

        if (tp->srtt_us) {                      /* any RTT sample yet? */
                rtt_us = max(tp->srtt_us >> 3, 1U);
                bbr->has_seen_rtt = 1;
        } else {                                /* no RTT sample yet */
                rtt_us = USEC_PER_MSEC;  /* use nominal default RTT */
        }
        bw = (u64)tcp_snd_cwnd(tp) * BW_UNIT;
        do_div(bw, rtt_us);
        WRITE_ONCE(sk->sk_pacing_rate,
                bbr_bw_to_pacing_rate(sk, bw, bbr_high_gain));
}
```

tcp_bbr.c, Kernel.org (v. 6.8, Mar. 10, 2026), available at: https://cdn.kernel.org/pub/linux/kernel/v6.x/linux-6.8.tar.xz.

BBR also uses tcp_min_rtt() to seed its initial min_rtt at connection start, which draws from the same sample population. The smoothed RTT input to BBR's pacing-timer calculation is therefore "based on an average and mean deviation of a plurality of round trip time measurements" — both quantities are computed by the TCP stack from multiple RTT samples and consumed by BBR's pacing logic.

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 7,099,273

<table>
<tr><td></td><td>

```
bbr->probe_rtt_done_stamp = 0;
bbr->probe_rtt_round_done = 0;
bbr->min_rtt_us = tcp_min_rtt(tp);
bbr->min_rtt_stamp = tcp_jiffies32;

minmax_reset(&bbr->bw, bbr->rtt_cnt, 0);  /* init max bw to 0 */

bbr->has_seen_rtt = 0;
bbr_init_pacing_rate_from_rtt(sk);
```

tcp_bbr.c, Kernel.org (v. 6.8, Mar. 10, 2026), available at: https://cdn.kernel.org/pub/linux/kernel/v6.x/linux-6.8.tar.xz.

</td></tr>
<tr><td>

[10] The method of claim 7, wherein the smooth round trip time is based on a weighted sum of a previous smoothed round trip time and a then-current round trip time measurement.

</td><td>

The Akamai '273 Products perform the method of claim 7, wherein the smooth round trip time is based on a weighted sum of a previous smoothed round trip time and a then-current round trip time measurement.

The smoothed RTT used by BBR (tp->srtt_us) is a weighted sum of the previous smoothed RTT and the current RTT measurement.

```
if (tp->srtt_us) {                      /* any RTT sample yet? */
        rtt_us = max(tp->srtt_us >> 3, 1U);
        bbr->has_seen_rtt = 1;
} else {                                /* no RTT sample yet */
        rtt_us = USEC_PER_MSEC;   /* use nominal default RTT */
}
bw = (u64)tcp_snd_cwnd(tp) * BW_UNIT;
do_div(bw, rtt_us);
WRITE_ONCE(sk->sk_pacing_rate,
           bbr_bw_to_pacing_rate(sk, bw, bbr_high_gain));
}
```

tcp_bbr.c, Kernel.org (v. 6.8, Mar. 10, 2026), available at: https://cdn.kernel.org/pub/linux/kernel/v6.x/linux-6.8.tar.xz

</td></tr>
</table>

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 7,099,273

| | |
|---|---|
| | Moreover, BBR's own min_rtt filter implements a windowed combination of prior RTT estimates and the current sample, thus retaining the prior min_rtt unless the current sample is smaller (or the 10-second window expires).<br><br>```c<br>if (rs->rtt_us >= 0 &&<br>    (rs->rtt_us < bbr->min_rtt_us ||<br>     (filter_expired && !rs->is_ack_delayed))) {<br>        bbr->min_rtt_us = rs->rtt_us;<br>        bbr->min_rtt_stamp = tcp_jiffies32;<br>}<br><br>if (bbr_probe_rtt_mode_ms > 0 && filter_expired &&<br>    !bbr->idle_restart && bbr->mode != BBR_PROBE_RTT) {<br>        bbr->mode = BBR_PROBE_RTT;  /* dip, drain queue */<br>        bbr_save_cwnd(sk);  /* note cwnd so we can restore it */<br>        bbr->probe_rtt_done_stamp = 0;<br>}<br>```<br><br>tcp_bbr.c, Kernel.org (v. 6.8, Mar. 10, 2026), available at: https://cdn.kernel.org/pub/linux/kernel/v6.x/linux-6.8.tar.xz |
| [11] The method of claim 7, wherein the smoothed congestion window comprises a weighted sum of a previous smoothed congestion window and a then-current congestion window parameter. | The Akamai '273 Products perform the method of claim 7, wherein the smoothed congestion window comprises a weighted sum of a previous smoothed congestion window and a then-current congestion window parameter.<br><br>BBR's smoothed cwnd is a blend of a previous cwnd value and a then-current cwnd/target computed from the newest bandwidth sample.  Specifically, bbr_set_cwnd() computes a new cwnd as the weighted combination of the previous cwnd (tcp_snd_cwnd(tp)) plus an increment based on newly-acked packets, capped at the new target derived from the current bandwidth and RTT model. |

```c
static void bbr_set_cwnd(struct sock *sk, const struct rate_sample *rs,
                        u32 acked, u32 bw, int gain)
{
        struct tcp_sock *tp = tcp_sk(sk);
        struct bbr *bbr = inet_csk_ca(sk);
        u32 cwnd = tcp_snd_cwnd(tp), target_cwnd = 0;

        if (!acked)
                goto done;  /* no packet fully ACKed; just apply caps */

        if (bbr_set_cwnd_to_recover_or_restore(sk, rs, acked, &cwnd))
                goto done;

        target_cwnd = bbr_bdp(sk, bw, gain);

        /* Increment the cwnd to account for excess ACKed data that seems
         * due to aggregation (of data and/or ACKs) visible in the ACK stream.
         */
        target_cwnd += bbr_ack_aggregation_cwnd(sk);
        target_cwnd = bbr_quantization_budget(sk, target_cwnd);

        /* If we're below target cwnd, slow start cwnd toward target cwnd. */
        if (bbr_full_bw_reached(sk))  /* only cut cwnd if we filled the pipe */
                cwnd = min(cwnd + acked, target_cwnd);
        else if (cwnd < target_cwnd || tp->delivered < TCP_INIT_CWND)
                cwnd = cwnd + acked;
        cwnd = max(cwnd, bbr_cwnd_min_target);
```

tcp_bbr.c, Kernel.org (v. 6.8, Mar. 10, 2026), available at: https://cdn.kernel.org/pub/
linux/kernel/v6.x/linux-6.8.tar.xz.


In addition, BBR uses a save/restore mechanism (prior_cwnd) that blends previous cwnd values across
loss recovery and PROBE_RTT episodes — combining prior and current cwnd estimates.

<table>
<tr><td></td><td>

```
/* Save "last known good" cwnd so we can restore it after losses or PROBE_RTT */
static void bbr_save_cwnd(struct sock *sk)
{
        struct tcp_sock *tp = tcp_sk(sk);
        struct bbr *bbr = inet_csk_ca(sk);

        if (bbr->prev_ca_state < TCP_CA_Recovery && bbr->mode != BBR_PROBE_RTT)
                bbr->prior_cwnd = tcp_snd_cwnd(tp);  /* this cwnd is good enough */
        else  /* loss recovery or BBR_PROBE_RTT have temporarily cut cwnd */
                bbr->prior_cwnd = max(bbr->prior_cwnd, tcp_snd_cwnd(tp));
}
```

tcp_bbr.c, Kernel.org (v. 6.8, Mar. 10, 2026), available at: https://cdn.kernel.org/pub/linux/kernel/v6.x/linux-6.8.tar.xz

</td></tr>
<tr><td>

[12] The method of claim 1, wherein the step of transmitting comprises multiplexing new and retransmitted data packets.

</td><td>

The Akamai '273 Products perform the method of claim 1, wherein the step of transmitting comprises multiplexing new and retransmitted data packets.

BBR governs a send process that multiplexes new and retransmitted data packets through the same congestion-window and pacing-timer control path.  BBR's cwnd accounting expressly reserves cwnd capacity for retransmissions (losses) alongside new sends:

</td></tr>
</table>

```
        /* An ACK for P pkts should release at most 2*P packets. We do this
         * in two steps. First, here we deduct the number of lost packets.
         * Then, in bbr_set_cwnd() we slow start up toward the target cwnd.
         */
        if (rs->losses > 0)
                cwnd = max_t(s32, cwnd - rs->losses, 1);

        if (state == TCP_CA_Recovery && prev_state != TCP_CA_Recovery) {
                /* Starting 1st round of Recovery, so do packet conservation. */
                bbr->packet_conservation = 1;
                bbr->next_rtt_delivered = tp->delivered;  /* start round now */
                /* Cut unused cwnd from app behavior, TSQ, or TSO deferral: */
                cwnd = tcp_packets_in_flight(tp) + acked;
        } else if (prev_state >= TCP_CA_Recovery && state < TCP_CA_Recovery) {
                /* Exiting loss recovery; restore cwnd saved before recovery. */
                cwnd = max(cwnd, bbr->prior_cwnd);
                bbr->packet_conservation = 0;
        }
        bbr->prev_ca_state = state;

        if (bbr->packet_conservation) {
                *new_cwnd = max(cwnd, tcp_packets_in_flight(tp) + acked);
                return true;    /* yes, using packet conservation */
        }
```

tcp_bbr.c, Kernel.org (v. 6.8, Mar. 10, 2026), available at: https://cdn.kernel.org/pub/
linux/kernel/v6.x/linux-6.8.tar.xz

Under BBR, when packets are in the retransmission queue (marked lost, or SACKed past), the TCP write path (tcp_xmit_retransmit_queue and tcp_write_xmit, driven by BBR's cwnd and pacing rate) interleaves retransmissions and new transmissions on the same socket. The BBR header comment confirms BBR is integrated with loss recovery and adjusts the send quota accordingly:

| | |
|---|---|
| | ```
* The core algorithm does not react directly to packet losses or delays,
* although BBR may adjust the size of next send per ACK when loss is
* observed, or adjust the sending rate if it estimates there is a
* traffic policer, in order to keep the drop rate reasonable.
```<br><br>tcp_bbr.c, Kernel.org (v. 6.8, Mar. 10, 2026), available at: https://cdn.kernel.org/pub/linux/kernel/v6.x/linux-6.8.tar.xz |
| [13] The method of claim 12, wherein the step of multiplexing comprises determining whether to transmit either the new or the retransmitted data packets based on expiration of a timer. | The Akamai '273 Products perform the method of claim 12, wherein the step of multiplexing comprises determining whether to transmit either the new or the retransmitted data packets based on expiration of a timer.<br><br>In BBR, the decision to release each next skb (whether it is a new packet or a retransmission) is gated by the expiration of the pacing timer BBR controls through sk->sk_pacing_rate. When the pacing timer next fires, the TCP write path selects the next packet to send — and that packet will be a retransmission if the retransmit queue is non-empty (e.g., after loss detection) and otherwise a new packet. BBR explicitly describes this pacing-timer control.<br><br>```
* NOTE: BBR might be used with the fq qdisc ("man tc-fq") with pacing enabled,
* otherwise TCP stack falls back to an internal pacing using one high
* resolution timer per TCP socket and may use more resources.
*/
```<br><br>tcp_bbr.c, Kernel.org (v. 6.8, Mar. 10, 2026), available at: https://cdn.kernel.org/pub/linux/kernel/v6.x/linux-6.8.tar.xz<br><br>In addition, BBR modifies send-quota timing on loss detection via the packet-conservation flag, which causes cwnd to release exactly enough quota (packets-in-flight + acked) per ACK, interleaving new sends and retransmissions under timer control. |

|  |  |
|---|---|
|  | ```
if (bbr->packet_conservation) {
        *new_cwnd = max(cwnd, tcp_packets_in_flight(tp) + acked);
        return true;    /* yes, using packet conservation */
}
*new_cwnd = cwnd;
return false;
}
```

tcp_bbr.c, Kernel.org (v. 6.8, Mar. 10, 2026), available at: https://cdn.kernel.org/pub/ linux/kernel/v6.x/linux-6.8.tar.xz

BBR also arms an explicit probe-RTT timer (bbr_probe_rtt_mode_ms = 200 ms) during which packet release is re-gated.  And BBR cooperates with the kernel's retransmission timeout (RTO) timer, which fires to inject a retransmission when no ACK has arrived within rto.

```
/* Minimum time (in ms) spent at bbr_cwnd_min_target in BBR_PROBE_RTT mode: */
static const u32 bbr_probe_rtt_mode_ms = 200;
/* Skip TSO below the following bandwidth (bits/sec): */
static const int bbr_min_tso_rate = 1200000;
```

tcp_bbr.c, Kernel.org (v. 6.8, Mar. 10, 2026), available at: https://cdn.kernel.org/pub/ linux/kernel/v6.x/linux-6.8.tar.xz |
| [14] The method of claim 12, wherein the step of multiplexing comprises determining whether to transmit either the new or the retransmitted data packets based on a number of duplicate acknowledgments | The Akamai '273 Products perform the method of claim 12, wherein the step of multiplexing comprises determining whether to transmit either the new or the retransmitted data packets based on a number of duplicate acknowledgments exceeding a predetermined threshold.

Under BBR, the decision to inject a retransmission (and thereby multiplex it with new transmissions) is driven in part by the TCP fast-retransmit/fast-recovery mechanism, which triggers when the number of duplicate (or SACKed) ACKs exceeds the DUPACK threshold (tp->reordering, defaulting to 3.  BBR responds to those loss-recovery transitions by reducing cwnd, entering packet conservation, and allowing retransmissions to be multiplexed with new sends: |

| | |
|---|---|
| exceeding a predetermined threshold. | ```
if (rs->losses > 0)
        cwnd = max_t(s32, cwnd - rs->losses, 1);

if (state == TCP_CA_Recovery && prev_state != TCP_CA_Recovery) {
        /* Starting 1st round of Recovery, so do packet conservation. */
        bbr->packet_conservation = 1;
        bbr->next_rtt_delivered = tp->delivered;  /* start round now */
        /* Cut unused cwnd from app behavior, TSQ, or TSO deferral: */
        cwnd = tcp_packets_in_flight(tp) + acked;
} else if (prev_state >= TCP_CA_Recovery && state < TCP_CA_Recovery) {
        /* Exiting loss recovery; restore cwnd saved before recovery. */
        cwnd = max(cwnd, bbr->prior_cwnd);
        bbr->packet_conservation = 0;
}
bbr->prev_ca_state = state;
``` |

tcp_bbr.c, Kernel.org (v. 6.8, Mar. 10, 2026), available at: https://cdn.kernel.org/pub/linux/kernel/v6.x/linux-6.8.tar.xz

Entry into TCP_CA_Recovery is driven by the kernel loss-detection path (tcp_fastretrans_alert / tcp_mark_head_lost in net/ipv4/tcp_input.c) when dupACK/SACK counts exceed the reordering threshold.  At that point, the retransmission queue is drained, and BBR's cwnd bound determines how retransmissions and new data are multiplexed.  BBR also saves and restores cwnd specifically for these dupACK-driven loss-recovery transitions:

```
/* Entering loss recovery, so save cwnd for when we exit or undo recovery. */
__bpf_kfunc static u32 bbr_ssthresh(struct sock *sk)
{
        bbr_save_cwnd(sk);
        return tcp_sk(sk)->snd_ssthresh;
}
```

tcp_bbr.c, Kernel.org (v. 6.8, Mar. 10, 2026), available at: https://cdn.kernel.org/pub/linux/kernel/v6.x/linux-6.8.tar.xz

The choice to transmit a retransmitted rather than a new data packet is therefore determined, among other things, based on a number of duplicate acknowledgements exceeding a predetermined threshold.

# EXHIBIT 9

**U.S. PATENT NO. 9,275,167**
**CONTENT ADAPTATION**
**CLAIMS 1, 2, 6-15, 19, 25-29**

OptiMorphix, Inc. ("OptiMorphix") contends that at least the following claims of U.S. Patent No. 10,412,167 (the "'167 patent") identified below are infringed by Akamai Technologies, Inc. ("Akamai").

Accused Products: Akamai's content delivery network ("CDN") platform, including its distributed edge computing infrastructure (the "Akamai Network") (the "Akamai '167 Product(s)"). The following functionalities embedded in the Akamai '167 Product result in uses of the Akamai '167 Product that infringe the '167 Patent: Akamai ION; EdgeWorkers (including the html-rewriter module and the Device Object API); EdgeKV; Property Manager; Device Characterization; Mobile Detect and Redirect; and Adaptive Acceleration.

| Claim Language | Representative Instrumentality[1] |
|---|---|
| [1PRE] A system comprising: | Akamai tests and uses an optimization server for transforming a first DOM to a second DOM based on an adaptation parameter comprising each and every limitation of the claim, and directly infringes the claim on at least these bases. *See, e.g.,* [1a]-[1e]. To the extent the preamble is limiting, the Akamai '167 Product is a device comprising an optimization server for transforming a first DOM to a second DOM based on an adaptation parameter. [1a]-[1e]. |

---

[1] This analysis is preliminary and subject to amendment. OptiMorphix reserves the right to supplement this chart based on further investigation, discovery, claim construction, or other developments. Additional information may include source code, data sheets, design specifications, deposition testimony, testing data, reference designs, implementation details, and schematics. These infringement contentions extend beyond the specifically identified products to include all reasonably similar products and components that infringe in the same or similar manner. The claim chart demonstrates infringement by comparing each element of the asserted claims to corresponding features of the Akamai '167 Product. The chart provides exemplary evidence of OptiMorphix's current infringement theory based on available information and is not intended as an expert report. OptiMorphix has prepared these contentions before obtaining discovery in this action. OptiMorphix expects Akamai and third parties will produce additional information regarding the Akamai '167 Product beyond what is publicly available. Accordingly, OptiMorphix reserves the right to revise this analysis upon receiving such information or upon issuance of any Court Order construing any claim terms of the asserted claims.

Additionally, and/or in the alternative, Akamai indirectly infringes the claim, for example by actively inducing third-party infringement (*e.g.*, infringement by Akamai's Product end-users and/or third-party integrators).  *See, e.g.*, [1a]-[1e].  Moreover, Akamai induces infringement under 35 U.S.C. § 271(b) by encouraging its customers and end users to infringe by offering, testing, using, and selling a system for practicing the '167 patent in the United States.

Unless otherwise noted, OptiMorphix contends that every element of each asserted claim is literally met by the Akamai '167 Product.  To the extent Akamai claims any element is not literally met, OptiMorphix asserts that such element is nonetheless satisfied under the doctrine of equivalents.  No substantial differences between the patent claim elements and the corresponding features of the Akamai '167 Product exists.  In every instance, each element of the apparatus described in the claim is in the Akamai '167 Product for substantially the same function, in substantially the same way, and to achieve substantially the same result as the corresponding claim element.

The Akamai '167 Product comprises an optimizations server.

> You can add Adaptive Acceleration to your Ion property to improve HTML page load performance. Adaptive Acceleration syncs with Akamai real-user monitoring to gather navigation and resource timing data, and stores that data in a policy that's associated with your hostname. As requests for your hostname continue, policy data is gathered and reviewed to identify key resources. This allows Adaptive Acceleration to provide these resources to an end user's browser ahead of time, reducing the load and rendering time for your web pages.

*Akamai ION: Welcome to Adaptive Acceleration,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), https://techdocs.akamai.com/adaptive-acceleration/docs/welcome-adaptive-acceleration.

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,275,167

| | |
|---|---|
| | A **streamed** response flows through the EdgeWorkers function reading individual parts of the response, one chunk at a time. An example of streaming in another context is when you watch live video content, the video is delivered to your device a small section of content at a time.<br><br>EdgeWorkers provides an html-rewriter module to use in your EdgeWorkers functions to consume and rewrite HTML documents. The html-rewriter module includes a built-in parser that emulates standard HTML parsing and DOM-construction.<br><br>*Akamai EdgeWorkers:Response Body Processing,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/edgeworkers/docs/process-response-bodies. |
| [1a] an optimization server comprising one or more processors configured to receive from a content server response data corresponding to request data that includes a requested webpage and identification data and that is transmitted from a mobile device, to adapt the response data to the mobile device based on the identification data, and to transmit the adapted response data to the mobile device, wherein the adaptation of the response data includes a paginating | The Akamai '167 Product comprises an optimization server with one or more processors configured to receive from a content server response data corresponding to request data that includes a requested webpage and identification data and that is transmitted from a mobile device, to adapt the response data to the mobile device based on the identification data, and to transmit the adapted response data to the mobile device, wherein the adaptation of the response data includes a paginating of content.<br><br>The Akamai '167 Product is an optimization server wherein each edge server comprises one or more processors and executes the EdgeWorkers JavaScript runtime.  When a mobile device transmits an HTTP request for a webpage, the edge server receives the request, and the EdgeWorkers responseProvider() event handler acts as a surrogate origin: it issues an httpRequest() sub-request to the customer's content (origin) server, receives the response data from the origin, and returns a createResponse() object that is transmitted back to the requesting mobile device. |

| | |
|---|---|
| of content, wherein the optimization server is further configured to: | *Akamai EdgeWorkers: http-request,* AKAMAI TECHDOCS (last visited March 2026) (emphasis

**HTTP sub-requests**

EdgeWorkers supports HTTP requests made from within an event handler. These HTTP sub-requests provide a logical way to fetch resources asynchronously across the network. If you want your callback to wait for the sub-request to complete, the event handlers should return a Promise or be declared async.

added), available at: https://techdocs.akamai.com/edgeworkers/docs/http-request. |



*Akamai EdgeWorkers: Response Orchestration,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/edgeworkers/docs/response-orchestration.

The "identification data" limitation is satisfied by Akamai '167 Product's Device Characterization feature (in ION) and the EdgeWorkers Device Object API, which exposes the requesting device's characteristics to the EdgeWorker for adaptation decisions.  The request.device object contains properties including isMobile, isTablet, resolutionWidth, resolutionHeight, physicalScreenWidth,

physicalScreenHeight, brandName, os, osVersion, mobileBrowser, mobileBrowserVersion, and modelName.

## Device Object

The `device` request object contains properties specifying the client device characteristics.

Device property specifics apply to a given request . The value of this property is null if the contract associated with the request does not have entitlements for Edge Device Characteristics.

*Akamai EdgeWorkers: Device Object,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/edgeworkers/docs/device-object.

## isMobile

Indicates if the device is a mobile device. This is a read-only boolean value.

JavaScript

```
// User-Agent: Mozilla/5.0 (Macintosh; Intel Mac OS X 10.14; rv:68.0) Gecko/20100101 Firefox/68.0
request.device.isMobile;
// => false
```

*Akamai EdgeWorkers: Device Object,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/edgeworkers/docs/device-object.

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,275,167

> Mobile Detect and Redirect leverages Akamai's device characteristics library, a frequently updated data system that provides information about the requesting device. With it in place, you can customize content based on several device characteristics.

*Akamai ION: Mobile Detection and Redirect*, AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/ion/docs/mobile-detect-and-redirect-ion.

The "adaptation … includes a paginating of content" limitation is satisfied by the Akamai '167 Product EdgeWorkers, EdgeKV and Adaptive Acceleration functionality. An EdgeWorker executing inside responseProvider() can fetch multiple page fragments (or cached page segments stored in EdgeKV by page/segment key), splice them into the response stream using HtmlRewritingStream, and return successive page segments to the client. The Akamai '167 Product Adaptive Acceleration functionality analyzes user data to identify critical resources on the page and prepositions those resources to the client during page load.

> You can use Response Orchestration to dynamically create tailored, personalized data or web content for a specific set of users or devices. You can also source data and content from multiple server-side APIs or content origins. Response Orchestration supports conditions when combining multiple data sets or HTML fragments.
>
> EdgeWorkers provides two mechanisms for returning response objects to the client from the edge:
>
> * the `responseProvider` event handler.
>
> * the `respondWith()` JavaScript method available from the Request Object.

*Akamai EdgeWorkers: Response Orchestration*, AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/edgeworkers/docs/response-orchestration.

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,275,167

| [1b] identify content sections during a traversal of a first Document Object Model (DOM) representing the webpage; | The Akamai '167 Product identifies content sections during a traversal of a first Document Object Model (DOM) representing the webpage. |
|---|---|
| | The Akamai '167 Product html-rewriter module includes a built-in parser that emulates standard HTML parsing and DOM construction.  The HtmlRewritingStream class traverses the incoming HTML byte stream and invokes registered onElement() callbacks whenever a CSS selector matches an encountered element.  This streaming DOM traversal is a traversal of a first DOM, and the CSS-selector-based onElement() matches are an identification of content sections. |
| | An EdgeWorkers function can register callbacks on CSS selectors. When the parser encounters an element matching the selector, it executes the callback. The callback can insert new content around the element, modify the tag attributes, or remove the element entirely. |
| | *Akamai EdgeWorkers: html-rewriter,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/edgeworkers/docs/htmlrewriter. |
| | **onElement()** |
| | Registers a handler to run when a CSS selector matches. The handler takes an Element object as a parameter and provides functions to modify the document. |
| | | Parameter | Type | Description | |---|---|---| | handler | Function | The function that runs when the selector matches. When the `HtmlRewritingStream` calls the handler, it passes an Element object as an argument.<br><br>Async handlers are not currently supported. It is not possible to await an `httpRequest()` call in the handler. | |
| | *Akamai EdgeWorkers: html-rewriter,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/edgeworkers/docs/htmlrewriter. |

The html-rewriter library supports type, class, attribute, and ID CSS selectors, as well as child and descendent combinators.

You can, for example, rewrite a page to lazy load images, but load a hero image normally. In this example the hero image includes the ID "hero" so you can use `:not pseudoclass` with the ID selector `img:not(#hero)` to identify all of the non-hero images.

Here's the JavaScript for your EdgeWorkers function.

```javascript
import { HtmlRewritingStream } from 'html-rewriter';
import { httpRequest } from 'http-request';
import { createResponse } from 'create-response';
```

*Akamai EdgeWorkers: html-rewriter,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/edgeworkers/docs/htmlrewriter.

| [1c] transform the first DOM to a second DOM based on an adaptation parameter that describes features of the mobile device, wherein the transformation includes a detection of a tab box and a preservation of nodes corresponding to the tab box for the second DOM; | The Akamai '167 Product transforms the first DOM to a second DOM based on an adaptation parameter that describes features of the mobile device, wherein the transformation includes a detection of a tab box and a preservation of nodes corresponding to the tab box for the second DOM.

The Akamai '167 Product transforms the first DOM (the origin HTML stream) into a second DOM (the adapted HTML stream) through HtmlRewritingStream's onElement() callbacks. The handler in the Akamai '167 Product receives an Element object supporting before(), after(), prepend(), append(), setAttribute(), and replaceWith() methods, each of which mutates the output stream.

The Akamai '167 Product handlers condition their transformations on the Device Object API (i.e., on the adaptation parameter that describes features of the mobile device).  For example, a handler may test request.device.isMobile,    request.device.resolutionWidth,    request.device.physicalScreenWidth, request.device.brandName, or request.device.os and, based on those values, modify element attributes, |

Case 1:24-cv-01336-MN    Document 33-1    Filed 04/29/26    Page 193 of 602 PageID #:
2189

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,275,167

insert mobile-specific stylesheets, lazy-load images, or restructure the layout. The output of the pipeThrough(rewriter) stream is the second DOM.

*Akamai EdgeWorkers: html-rewriter,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/edgeworkers/docs/htmlrewriter.

*Akamai EdgeWorkers: Device Object,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/edgeworkers/docs/device-object.

## physicalScreenWidth

The physical screen width of the device, in millimeters. This is a read-only integer value.

JavaScript

```
// User-Agent: Mozilla/5.0 (Macintosh; Intel Mac OS X 10.14; rv:68.0) Gecko/20100101 Firefox/68.0
request.device.physicalScreenWidth;
// => 280
```

*Akamai EdgeWorkers: Device Object,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/edgeworkers/docs/device-object.

The Akamai '167 Product performs tab box detection and preservation. Specifically, the HtmlRewritingStream operates as a pass-through parser: any element that is not explicitly modified or removed by a handler is emitted unchanged into the output stream. The Akamai '167 Product can register an onElement() handler keyed on CSS selectors commonly used for tab boxes (e.g., 'div[role="tablist"]', '.tab-container', 'ul.nav-tabs', or 'div.tabs').

Because HtmlRewritingStream in the Akamai '167 Product preserves unmodified subtrees by default, the nodes corresponding to the matched tab-box element (and its descendants) are carried through to the second DOM. This functionality is shown in the below excerpt from Akamai '167 Product documentation where the hero element is intentionally excluded from modification and flows through unchanged to the output.

<table>
<tr><td></td><td>

If the `index.html` file contains the following details the hero image remains unchanged. Lazy load only applies to the other images.

HTML

```html
<img id='hero' src='protagonist.jpg'>
<img id='unrelated' src='raven.jpg'>
<img src='rife.jpg'>
```

*Akamai EdgeWorkers: html-rewriter,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/edgeworkers/docs/htmlrewriter.

</td></tr>
<tr><td>

[1d] serialize the second DOM by converting the second DOM into adapted markup language source code; and

</td><td>

The Akamai '167 Product serializes the second DOM by converting the second DOM into adapted markup language source code.

Specifically, the Akamai '167 Product's HtmlRewritingStream is a transform stream (it consumes HTML bytes as input, applies registered element handlers, and emits adapted HTML bytes on its output side). The act of emitting the modified stream by the Akamai '167 Product (i.e., the output side of response.body.pipeThrough(rewriter)) is a serialization of the second DOM into adapted markup language source code. The serialized output generated by the Akamai '167 Product is a well-formed HTML byte stream that differs from the input by exactly the modifications applied by the onElement() handlers.

</td></tr>
</table>

You can use the `HtmlRewritingStream` in pipe chains. It acts as a transform stream that you can use with `ReadableStream.pipeThrough()` and `ReadableStream.pipeTo()`.

When reading, instances of `HtmlRewritingStream` expect ArrayBuffers, which are interpreted as containing UTF8 characters. When reading from HTTP responses, the `response.body` can be streamed directly to rewriter instances.

*Akamai EdgeWorkers: html-rewriter,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/edgeworkers/docs/htmlrewriter.

```
export async function responseProvider(request) {
    return httpRequest('/index.html').then(async response => {
        let rewriter = new HtmlRewritingStream();
        rewriter.onElement('img:not(#hero)',el=>{
el.setAttribute('loading','lazy');
        });

        returncreateResponse(200,{},
response.body.pipeThrough(rewriter)
        );
    });
}
```

*Akamai EdgeWorkers: html-rewriter,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/edgeworkers/docs/htmlrewriter.

The example above demonstrates the Akamai '167 Product serialization pipeline.  In the Akamai '167 Product the origin response body is piped through the HtmlRewritingStream, which applies the handler-specified transformations and emits the adapted HTML as a ReadableStream of bytes.

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,275,167

| | |
|---|---|
| [1e] construct an adapted webpage from the markup language source code; wherein the adapted webpage is provided to the mobile device for downloading. | The Akamai '167 Product constructs an adapted webpage from the markup language source code; wherein the adapted webpage is provided to the mobile device for downloading.<br><br>Specifically, the serialized adapted HTML stream produced by Akamai '167 Product HtmlRewritingStream is wrapped into a complete HTTP response by the EdgeWorkers createResponse() function, which is invoked from inside responseProvider(). createResponse() takes a status code, response headers, and a body (which may be a string or a ReadableStream), and returns an opaque response object that the Akamai '167 Product transmits to the requesting client.<br><br>**createResponse()**<br><br>Generates the return value for `responseProvider()` .<br><br>Use this function to validate the passed values and return an opaque object. The opaque object can be used to resolve the Promise returned from responseProvider(). The function accepts either a list of parameters or an options object.<br><br>*Akamai EdgeWorkers: create-response,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/edgeworkers/docs/create-response. |

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,275,167

| headers | Object<br>**Note:** A string cannot contain illegal characters. Refer to section three of the RFC 7230 document for information about the allowed characters. | Properties used as key:value pairs for the response headers. Keys are strings that contain header names, values are either strings or arrays of strings.<br><br>Header names and values must conform to the RFC 7230 standards. |
|---|---|---|
| body | String or ReadableStream | Content of the response body<br>When specified as a string, the body is limited to 16 KB. When specified as a ReadableStream, there is no size limit. The ReadableStream should consist of bytes of data. You can use the TextEncoder class to transform a text stream into a byte stream. |

*Akamai EdgeWorkers: create-response,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/edgeworkers/docs/create-response.

### Error handling when streaming with createResponse()

As soon as the EdgeWorker returns the opaque object from `responseProvider()` the status code and headers registered with `createResponse()` are sent to the client. If you pass a ReadableStream into `createResponse()` it allows your EdgeWorker to continue executing so it can stream the response body to the client.

If there is an uncaught error during streaming, the following can occur:

- The EdgeWorker sends a `200 OK` response back to the client.

- The EdgeWorker writes part of the response to the client.

- The EdgeWorker encounters a fatal error such as an exception or exceeding a limit. When a fatal error occurs, the response body is truncated.

*Akamai EdgeWorkers: create-response,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/edgeworkers/docs/create-response.

| | |
|---|---|
| | Once createResponse() returns, the Akamai '167 Product transmits the response headers and body to the requesting mobile device over the HTTP/2 or HTTP/3 connection.  The device receives the adapted HTML and renders it. |
| [2] The system of claim 1, wherein the paginating further comprises the optimization server being further configured to classify HTML elements of the first data structure into grouping elements, ignored elements, and simple elements. | The Akamai '167 Product paginates content wherein the optimization server is further configured to classify HTML elements of the first data structure into grouping elements, ignored elements, and simple elements.<br><br>The Akamai '167 Product's HtmlRewritingStream component classifies HTML elements of the first DOM through its CSS-selector-based handler registration model. Each call to onElement(selector, handler) defines a class of elements and the treatment that class will receive during the streaming traversal. An EdgeWorker can register: (i) handlers that structurally manipulate container elements (i.e., grouping elements such as 'div', 'section', 'article', 'ul', 'table'); (ii) handlers that remove or strip elements using el.replaceWith('') (i.e., ignored elements such as 'script', 'iframe', or advertising containers); and (iii) handlers that merely mutate attributes or leaf content (i.e., simple elements such as 'img', 'a', or 'p'). Elements matching no registered selector are, by default, passed through unmodified by the Akamai '167 Product.<br><br>An EdgeWorkers function can register callbacks on CSS selectors. When the parser encounters an element matching the selector, it executes the callback. The callback can insert new content around the element, modify the tag attributes, or remove the element entirely.<br><br>*Akamai EdgeWorkers: html-rewriter,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/edgeworkers/docs/htmlrewriter. |

| | |
|---|---|
| | With the following handlers.<br><br>`JavaScript`<br><br>```<br>rewriter.onElement('div#doomed',el=>el.replaceWith(''));<br>rewriter.onElement('div#doomed i', el => el.append('APPENDED'));<br>```<br><br>*Akamai EdgeWorkers: html-rewriter,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/edgeworkers/docs/htmlrewriter.<br><br>The replaceWith(") pattern cited above is a mechanism for the "ignored elements" functionality. Selector-based attribute mutation (e.g., el.setAttribute('loading','lazy')) is the mechanism for simple elements.  Structural wrapping/injection of children via el.prepend()/el.append() on container selectors is a mechanism for grouping elements performed by the Akamai '167 Product. |
| [6] The system of claim 1, wherein the adaptation parameter describes features of the mobile device and HyperText Markup (HTML) elements included in the first DOM and the second DOM. | The Akamai '167 Product's adaptation parameter describes features of the mobile device and HyperText Markup (HTML) elements included in the first DOM and the second DOM.<br><br>The Akamai '167 Product Device Object API exposes features of the mobile device (including isMobile, isTablet, resolutionWidth, resolutionHeight, physicalScreenWidth, physicalScreenHeight, brandName, modelName, os, osVersion, mobileBrowser, and mobileBrowserVersion) directly to the onElement() handler scope.   The Akamai '167 Product HtmlRewritingStream exposes the matched HTML Element to that same handler via the Element object, which has a 'tag' property (the lowercase name of the matched HTML tag) and a 'selector' property (the CSS string that matched), in addition to methods for reading and modifying the element in place. Together, the device properties and the Element object form an adaptation parameter that describes mobile-device features and HTML elements in the first and second DOM. |

Page 17 of 56

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,275,167

## Device Object

The `device` request object contains properties specifying the client device characteristics.

Device property specifics apply to a given request . The value of this property is null if the contract associated with the request does not have entitlements for Edge Device Characteristics.

*Akamai EdgeWorkers: Device Object,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/edgeworkers/docs/device-object.

## Element Object

The Element object is an argument to the handler registered with the `onElement()` method. The handler calls functions on the Element to modify the output stream.

*Akamai EdgeWorkers: html-rewriter,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/edgeworkers/docs/htmlrewriter.

Page 18 of 56

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,275,167

| | |
|---|---|
| | **tag**<br><br>The lowercase name of the matched HTML tag.<br><br>**Methods**<br><br>The Element object supports methods for adding text around existing elements. The example below shows the output of processing `<div>original</div>`.<br><br>```javascript
el.before('before')                    el.after('after')
    |                                      |
 ---+--                                 --+--
   before<div>PREPENDoriginalAPPEND</div>after
          ---+---           --+--
             |                |
     el.prepend('PREPEND')   el.append('APPEND')
```<br><br>*Akamai EdgeWorkers: html-rewriter,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/edgeworkers/docs/htmlrewriter. |
| [7] The system of claim 1, wherein the serializing of the second DOM includes a breaking of the content sections into multiple presentation units if the content section exceeds the limitations of the mobile device, wherein the multiple presentations units are converted into sub-pages for downloading at the mobile device. | The Akamai '167 Product's serializing of the second DOM includes a breaking of the content sections into multiple presentation units if the content section exceeds the limitations of the mobile device, wherein the multiple presentation units are converted into sub-pages for downloading at the mobile device.<br><br>The Akamai '167 Product's HtmlRewritingStream's streaming serialization tests the requesting device's limitations via request.device.resolutionWidth / resolutionHeight / physicalScreenWidth / physicalScreenHeight, compares them against the size of a matched content section, and breaks oversized sections into multiple presentation units using the Element object's removal and content-insertion methods.  Each presentation unit is generated as a sub-page.  Further, the generation and conversion by the Akamai '167 Product can be either (a) as a distinct HTML response body assembled via createResponse() and keyed by a segment index, or (b) as content segments fetched from EdgeKV |

Case 1:24-cv-01336-MN    Document 33-1    Filed 04/29/26    Page 203 of 602 PageID #: 2199

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,275,167

(which stores sub-page fragments keyed by URL + segment index) and spliced into the output stream through httpRequest() sub-requests.

*Akamai EdgeWorkers: Device Object,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/edgeworkers/docs/device-object.

*Akamai EdgeKV: Overview,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/edgekv/docs/performance.

The Akamai '167 Product supplies the persistence layer for sub-page fragments; and the Akamai '167 Product includes decision logic (comparing section size against device limits) and the assembly logic (splicing fragments into the HtmlRewritingStream output). The resulting multi-part response is a conversion of presentation units into sub-pages for downloading.

| | |
|---|---|
| [8] The system of claim 7, wherein the sub-pages include a main sub-page and any subsequent sub-pages, wherein the main sub-page is initially transmitted to the mobile device for downloading and the sub-pages are cached for future referencing. | The Akamai '167 Product's sub-pages include a main sub-page and any subsequent sub-pages, wherein the main sub-page is initially transmitted to the mobile device for downloading and the sub-pages are cached for future referencing.<br><br>Once sub-pages are generated by the Akamai '167 Product (as described for Claim 7), the Akamai edge delivery platform caches them for future referencing through two mechanisms: (i) Property Manager's Caching behavior caches the EdgeWorkers-generated responses keyed on URL and request headers, and (ii) EdgeKV stores the sub-page fragments in a globally replicated key-value namespace for retrieval on subsequent requests. The first ("main") sub-page is transmitted as the response to the initial request via createResponse(); subsequent sub-pages are cached by both Property Manager caching and EdgeKV and delivered to the mobile devices.<br><br>Set this behavior to cache content on Akamai platform servers and associate caching instructions with content sent downstream to browsers or mobile devices.<br><br>⚠ If your origin server's response includes the `Vary` header, Akamai edge servers may ignore caching rules and the content won't be cached. See the Remove Vary Header behavior for more details on how the `Vary` header affects cacheability.<br><br>*Akamai Property Manager: Caching,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/property-mgr/docs/caching-2. |

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,275,167

| | |
|---|---|
| | To gain further performance benefits from dynamic content assembly you can also implement caching. In the example above there's opportunity to cache the HTML template, the JSON object, and the content generated from html-rewriter. To cache the HTML template and JSON you can use the caching and cache prefresh Property Manager behaviors. You also need to make a small addition to the EdgeWorkers sub-request and add an `\X-Subrequest` header to the request. This identifies requests that come from an EdgeWorkers function so you can then use the header as part of the cache key. *Akamai EdgeWorkers: Dynamic Content Assembly Using The HTML-Rewriter,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/edgeworkers/docs/html-rewriter-dynamic-content-assembly. |
| [9] The system of claim 1, wherein the construction of the adapted webpage involves a determination of whether the content section exceeds the limitations of the mobile device and a breaking of the content sections into multiple presentation units if the content section exceeds the limitations of the mobile device, wherein the multiple presentations units are converted into sub-pages for downloading at the mobile device. | The Akamai '167 Product's construction of the adapted webpage involves a determination of whether the content section exceeds the limitations of the mobile device and a breaking of the content sections into multiple presentation units if the content section exceeds the limitations of the mobile device, wherein the multiple presentation units are converted into sub-pages for downloading at the mobile device. Specifically, the Akamai '167 Product converts multiple presentation units into sub-pages by createResponse() inside responseProvider(), which assembles the final HTTP response from the HtmlRewritingStream output.  Within responseProvider(), the Akamai '167 Product can (i) read device limitation fields from request.device, (ii) compare those fields against the size or structure of matched content sections (for example, by counting elements emitted through onElement() callbacks), and (iii) generate a bounded first sub-page through createResponse() while storing or arranging the remaining sub-pages for follow-up delivery. |

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,275,167

| | |
|---|---|
| | **createResponse()**<br><br>Generates the return value for `responseProvider()`.<br><br>Use this function to validate the passed values and return an opaque object. The opaque object can be used to resolve the Promise returned from responseProvider(). The function accepts either a list of parameters or an options object.<br><br>*Akamai EdgeWorkers: create-response,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/edgeworkers/docs/create-response. |

Case 1:24-cv-01336-MN    Document 33-1    Filed 04/29/26    Page 207 of 602 PageID #: 2203

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,275,167



*Akamai EdgeWorkers: Response Orchestration,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/edgeworkers/docs/response-orchestration.

| [10] The system of claim 9, wherein the sub-pages include a main sub-page and any subsequent sub-pages, wherein the main sub-page is initially transmitted to the mobile device for | The Akamai '167 Product's sub-pages include a main sub-page and any subsequent sub-pages, wherein the main sub-page is initially transmitted to the mobile device for downloading and the sub-pages are cached for future referencing. <br><br> The Akamai '167 Product contain functionality wherein the first sub-page is assembled by createResponse() in responseProvider() and is immediately transmitted to the requesting mobile device; |
|---|---|

| | |
|---|---|
| downloading and the sub-pages are cached for future referencing. | subsequent sub-pages generated by the Akamai '167 Product are kept (i) in Property Manager's caching layer keyed on URL and headers, and (ii) in EdgeKV keyed on segment index, both of which provide caching for future referencing against later client requests for the same content.<br><br>The Device Characterization algorithm identifies many key characteristics of the requesting device by cross-referencing multiple resources: the device's `user-agent` string, an industry-standard database (WURFL), and internal device monitoring capabilities. With DC enabled, you select which device characteristics are used to cache content. DC creates cache keys based on the values of the characteristics you select. This way, the cached content is optimized for devices with different characteristics.<br><br>**Definitions**<br><br>• **Forwarding**. In this context, sending information about the requesting end-user device from the edge server to the origin.<br><br>• **Caching**. Storing content on the edge server so that subsequent requests for the same content don't have to go to the origin.<br><br>*Akamai Property Manager: Device Characterization – Define Cached Content,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/property-mgr/docs/device-characterization-dc.<br><br>The Akamai '167 Product uses Device Characterization cache keys for sub-page caching in the mobile-adaptation context: the cached sub-pages are keyed on both the URL and the device characteristics that drove the pagination decision. |
| [11] The system of claim 9, wherein the paginating further comprises the optimization server being further configured to enclose the sub-page with a | The Akamai '167 Product's paginating further comprises the optimization server being further configured to enclose the sub-page with a header or a footer so that the sub-page can link to other sub-pages.<br><br>The Akamai '167 Product utilizes the HtmlRewritingStream component for enclosing a sub-page with a header and footer via the Element object's before(), after(), prepend(), and append() methods. An |

| header or a footer so that the sub-page can link to other sub-pages. | EdgeWorker can register onElement('body', …) and use el.prepend('<nav class="sub-page-header">…</nav>') to inject a header containing links to other sub-pages, and el.append('<nav class="sub-page-footer">…</nav>') to inject a footer with the same navigation.  The header and footer markup can contain anchor elements with hrefs pointing to sibling sub-page URLs (for example, '?page=2', '?page=3'). |
|---|---|

*Akamai EdgeWorkers: html-rewriter,* AKAMAI TECHDOCS (last visited March 2026), available at: https://techdocs.akamai.com/edgeworkers/docs/htmlrewriter.

Case 1:24-cv-01336-MN    Document 33-1    Filed 04/29/26    Page 210 of 602 PageID #:
2206

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,275,167

```
  rewriter.onElement('head',el=>{
el.append('<script src="/beaconTracker.js"></script>');
  });

  // (3) Use `pipeThrough()` to modify the input HTML with the rewriter
  return createResponse(200, {}, htmlResponse.body.pipeThrough(rewriter))
}
```

*Akamai EdgeWorkers: html-rewriter,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/edgeworkers/docs/htmlrewriter.

| [12] The system of claim 1, wherein the transforming involves the optimization server being further configured to flatten the first DOM based on a removal of layout imposing markup language tags and a transcoding of each node. | The Akamai '167 Product's transforming involves the optimization server being further configured to flatten the first DOM based on a removal of layout imposing markup language tags and a transcoding of each node. |
|---|---|
| | The Akamai '167 Product uses the HtmlRewritingStream component for removal of layout-imposing tags.  This is performed by onElement() handlers in the Akamai '167 Product that invoke el.replaceWith(") on matched layout containers (for example, 'table', 'tr', 'td', 'div.layout-grid', 'aside', or decorative wrappers). The replaceWith(") pattern removes the matched element from the output stream entirely, flattening the nesting of the first DOM. |
| | The Akamai '167 Product also performs transcoding of each node utilizing the onElement() handlers that rewrite tag attributes (e.g., setAttribute('loading','lazy') on '<img>' elements), rewrite or replace child content (via prepend/append/before/after), or restructure the element's markup inline. |

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,275,167

With the following handlers.

```javascript
rewriter.onElement('div#doomed',el=>el.replaceWith(''));
rewriter.onElement('div#doomed i', el => el.append('APPENDED'));
```

*Akamai EdgeWorkers: html-rewriter,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/edgeworkers/docs/htmlrewriter.

```javascript
export async function responseProvider(request) {
    return httpRequest('/index.html').then(async response => {
        let rewriter = new HtmlRewritingStream();
        rewriter.onElement('img:not(#hero)',el=>{
            el.setAttribute('loading','lazy');
        });

        return createResponse(200, {},
            response.body.pipeThrough(rewriter)
        );
    });
}
```

*Akamai EdgeWorkers: html-rewriter,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/edgeworkers/docs/htmlrewriter.

Page 28 of 56

```
export async function responseProvider(request) {
    return httpRequest('/index.html').then(async response => {
        let rewriter = new HtmlRewritingStream();
        rewriter.onElement('img:not(#hero)',el=>{
el.setAttribute('loading','lazy');
        });

        return createResponse(200, {},
                response.body.pipeThrough(rewriter)
        );
    });
}
```

*Akamai EdgeWorkers: html-rewriter,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/edgeworkers/docs/htmlrewriter.

The lazy-load example shown in the above excerpt from Akamai '167 Product documentation shows a form of per-node transcoding.  Specifically, every matched '<img>' element that is not the hero image is transcoded by attribute injection.  The replaceWith(") example is a form of layout-tag removal.

| | |
|---|---|
| [13] The system of claim 1, wherein the transforming involves the optimization server being further configured to preserve the layout based on a copying of grouping and layout tags to the second DOM. | The Akamai '167 Product's transforming involves the optimization server being further configured to preserve the layout based on a copying of grouping and layout tags to the second DOM.<br><br>The Akamai '167 Product uses the HtmlRewritingStream component as a pass-through streaming parser: any element not affirmatively modified or removed by a registered onElement() handler is copied through unchanged from the first DOM (input stream) to the second DOM (output stream).  This default pass-through behavior is copying of grouping and layout tags to the second DOM.  Further, the Akamai '167 Product contain functionality for layout preservation (the grouping and layout tags are generated byte-for-byte in their original positions).  An EdgeWorker in the Akamai '167 Product that registers no handlers against layout tags ('html', 'head', 'body', 'div', 'section', 'article', 'main', 'header', 'footer', 'nav', 'aside', 'table', 'tr', 'td') thereby preserves all of them. |

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,275,167

| | |
|---|---|
| | If the `index.html` file contains the following details the hero image remains unchanged. Lazy load only applies to the other images.<br><br>HTML<br><br>```html<br><img id='hero' src='protagonist.jpg'><br><img id='unrelated' src='raven.jpg'><br><img src='rife.jpg'><br>```<br><br>*Akamai EdgeWorkers: html-rewriter,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/edgeworkers/docs/htmlrewriter.<br><br>The EdgeWorkers output will contain the following images.<br><br>HTML<br><br>```html<br><img id='hero' src='protagonist.jpg'><br><img id='unrelated' src='raven.jpg' loading='lazy'><br><img src='rife.jpg' loading='lazy'><br>```<br><br>*Akamai EdgeWorkers: html-rewriter,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/edgeworkers/docs/htmlrewriter.<br><br>The above excerpt from Akamai '167 Product documentation (the hero image example) is an illustration of pass-through preservation: the '<img id="hero">' element is copied from the first DOM to the second DOM unmodified, while other elements are transcoded. Applied to grouping and layout tags, the same pass-through behavior preserves the layout skeleton of the webpage in the second DOM. |
| [14PRE] A method being performed by one or more processors and comprising: | To the extent the preamble is limiting, the Akamai '167 Product performs content adaptation by transforming the first DOM to a second DOM based on an adaptation parameter. |

Page 30 of 56

| | Akamai and its customers directly infringe the '167 patent under 35 U.S.C. § 271(a) by performing the claimed methods in the United States through the testing and use of the Akamai '167 Product.  In particular, Akamai infringes § 271(a) by using and testing the Akamai '167 Product domestically, while Akamai's customers and end users infringe by using and testing products that perform video compression using adaptive re-quantization using extracted and derived quantization parameters.<br><br>Moreover, Akamai induces infringement under 35 U.S.C. § 271(b) by encouraging its customers and end users to infringe by offering, testing, using, and selling a system for practicing the '167 patent in the United States.<br><br>Unless otherwise noted, OptiMorphix contends that every element of each asserted claim is literally met by Akamai's testing and use of the Akamai '167 Product.  To the extent Akamai claims any element is not literally met, OptiMorphix asserts that such element is nonetheless satisfied under the doctrine of equivalents.  No substantial differences between the patent claim elements and the corresponding features of the Akamai '167 Product exists.  In every instance, each step of the methods performed by the Akamai '167 Product is performed by the Akamai '167 Product for substantially the same function, in substantially the same way, and to achieve substantially the same result as the corresponding claim element.<br><br>The Akamai '167 Product performs a method by one or more processors. The method of Claim 14 is performed by the Akamai '167 Product on one or more processors comprising the Akamai edge server hardware at Akamai points of presence.  Each edge server hosts the EdgeWorkers JavaScript runtime, which executes customer-deployed EdgeWorkers functions on those processors in response to incoming HTTP requests. The subsequent method steps [14a]–[14d] are performed by an EdgeWorker function running inside the EdgeWorkers runtime on the edge-server processors, using the html-rewriter module (HtmlRewritingStream with onElement() callbacks), the EdgeWorkers Device Object API, the responseProvider event handler, and the createResponse() function. |
|---|---|

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,275,167



*Akamai EdgeWorkers:Response Body Processing,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/edgeworkers/docs/process-response-bodies



*Akamai EdgeWorkers: Response Orchestration,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/edgeworkers/docs/response-orchestration.

| [14a] identifying content sections during a traversal of a first Document Object Model (DOM) representing a webpage; | The Akamai '167 Product identifies content sections during a traversal of a first Document Object Model (DOM) representing a webpage. |
| | The Akamai '167 Product html-rewriter module includes an HTML parser that emulates standard HTML parsing and DOM construction.  When an EdgeWorker function invokes response.body.pipeThrough(rewriter), HtmlRewritingStream streams the origin HTML bytes through |

Case 1:24-cv-01336-MN    Document 33-1    Filed 04/29/26    Page 217 of 602 PageID #:
2213

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,275,167

its parser and, on each element encountered during the traversal, evaluates all registered CSS selectors and invokes the corresponding onElement() handlers. Each handler invocation corresponds to the identification of a content section (e.g., 'article', 'section.main-content', 'div.tab', '<nav>') during the parser's traversal of the first DOM.

> An EdgeWorkers function can register callbacks on CSS selectors. When the parser encounters an element matching the selector, it executes the callback. The callback can insert new content around the element, modify the tag attributes, or remove the element entirely.

*Akamai EdgeWorkers: html-rewriter,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/edgeworkers/docs/htmlrewriter.

## onElement()

Registers a handler to run when a CSS selector matches. The handler takes an Element object as a parameter and provides functions to modify the document.

| Parameter | Type | Description |
|-----------|------|-------------|
| handler | Function | The function that runs when the selector matches. When the `HtmlRewritingStream` calls the handler, it passes an Element object as an argument.<br><br>Async handlers are not currently supported. It is not possible to await an `httpRequest()` call in the handler. |

*Akamai EdgeWorkers: html-rewriter,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/edgeworkers/docs/htmlrewriter.

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,275,167

| | |
|---|---|
| | The html-rewriter library supports type, class, attribute, and ID CSS selectors, as well as child and descendent combinators. |
| | You can, for example, rewrite a page to lazy load images, but load a hero image normally. In this example the hero image includes the ID "hero" so you can use `:not pseudoclass` with the ID selector `img:not(#hero)` to identify all of the non-hero images. |
| | Here's the JavaScript for your EdgeWorkers function. |
| | ```javascript import { HtmlRewritingStream } from 'html-rewriter'; import { httpRequest } from 'http-request'; import { createResponse } from 'create-response'; ``` |
| | *Akamai EdgeWorkers: html-rewriter,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/edgeworkers/docs/htmlrewriter. |
| [14b] transforming the first DOM to a second DOM based on an adaptation parameter that describes features of a mobile device, wherein the transforming includes detecting a tab box and preserving nodes corresponding to the tab box for the second DOM; | The Akamai '167 Product transforms the first DOM to a second DOM based on an adaptation parameter that describes features of a mobile device, wherein the transforming includes detecting a tab box and preserving nodes corresponding to the tab box for the second DOM. The Akamai '167 Product transforms the first DOM to second DOM using onElement() handlers that mutate the streaming output via the Element object's before(), after(), prepend(), append(), setAttribute(), and replaceWith() methods. The Akamai '167 Product's handlers condition transformations on the EdgeWorkers Device Object API ( the adaptation parameter that describes features of the mobile device). The Device Object exposes isMobile, isTablet, resolutionWidth, resolutionHeight, physicalScreenWidth, physicalScreenHeight, brandName, modelName, os, osVersion, mobileBrowser, and mobileBrowserVersion, each available to the handler via request.device. The second DOM is the stream emitted from pipeThrough(rewriter) after the handlers have executed. |

*Akamai EdgeWorkers: Device Object,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/edgeworkers/docs/device-object.

*Akamai EdgeWorkers: Device Object,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/edgeworkers/docs/device-object.

Page 36 of 56

## resolutionWidth

The screen resolution width of the device, in pixels . This is a read-only integer value.

```
JavaScript

// User-Agent: Mozilla/5.0 (Macintosh; Intel Mac OS X 10.14; rv:68.0) Gecko/20100101 Firefox/68.0
request.device.resolutionWidth;
// => 1280
```

*Akamai EdgeWorkers: Device Object,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/edgeworkers/docs/device-object.

The Akamai '167 Product detects tab boxes by registering onElement() handlers on CSS selectors that match tab-box markup — for example, rewriter.onElement('div[role="tablist"]', …), rewriter.onElement('ul.nav-tabs', …), rewriter.onElement('.tab-container', …), or rewriter.onElement('div.tabs', …). When the Akamai '167 Product parser encounters a matching element during the traversal, the handler fires and the tab box is detected. The Akamai '167 Product HtmlRewritingStream operates as a pass-through streaming parser: any element (and its descendant subtree) that is not affirmatively removed or replaced by a handler is produced unchanged into the output stream. The hero-image example in the Akamai '167 Product documentation illustrates this preservation behavior:

<table>
<tr>
<td></td>
<td>

If the `index.html` file contains the following details the hero image remains unchanged. Lazy load only applies to the other images.

```
HTML

<img id='hero' src='protagonist.jpg'>
<img id='unrelated' src='raven.jpg'>
<img src='rife.jpg'>
```

*Akamai EdgeWorkers: html-rewriter,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/edgeworkers/docs/htmlrewriter.

The EdgeWorkers output will contain the following images.

```
HTML

<img id='hero' src='protagonist.jpg'>
<img id='unrelated' src='raven.jpg' loading='lazy'>
<img src='rife.jpg' loading='lazy'>
```

*Akamai EdgeWorkers: html-rewriter,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/edgeworkers/docs/htmlrewriter.

</td>
</tr>
<tr>
<td>[14c] serializing the second DOM by converting the second DOM into adapted markup language source code; and</td>
<td>

The Akamai '167 Product serializes the second DOM by converting the second DOM into adapted markup language source code.

The Akamai '167 Product's HtmlRewritingStream component takes in HTML bytes on the input side, applies the registered onElement() handler during the parser traversal, and produces adapted HTML bytes on the output side. The generation of the adapted HTML byte stream from pipeThrough(rewriter) is a serialization of the second DOM into adapted markup language source code.

</td>
</tr>
</table>

Case 1:24-cv-01336-MN    Document 33-1    Filed 04/29/26    Page 222 of 602 PageID #: 2218

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,275,167

You can use the `HtmlRewritingStream` in pipe chains. It acts as a transform stream that you can use with `ReadableStream.pipeThrough()` and `ReadableStream.pipeTo()`.

When reading, instances of `HtmlRewritingStream` expect ArrayBuffers, which are interpreted as containing UTF8 characters. When reading from HTTP responses, the `response.body` can be streamed directly to rewriter instances.

*Akamai EdgeWorkers: html-rewriter,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/edgeworkers/docs/htmlrewriter.

```
export async function responseProvider(request) {
    return httpRequest('/index.html').then(async response => {
        let rewriter = new HtmlRewritingStream();
        rewriter.onElement('img:not(#hero)',el=>{
el.setAttribute('loading','lazy');
        });

        returncreateResponse(200,{},
response.body.pipeThrough(rewriter)
        );
    });
}
```

*Akamai EdgeWorkers: html-rewriter,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/edgeworkers/docs/htmlrewriter.

The Akamai '167 Product documentation excerpted above shows the serialization pipeline used by the Akamai '167 Product: the origin response body is piped through the HtmlRewritingStream, which applies the handler-specified transformations and produces the adapted HTML as a ReadableStream of bytes.

| | |
|---|---|
| [14d] constructing an adapted webpage from the markup language source | The Akamai '167 Product constructs an adapted webpage from the markup language source code; wherein the adapted webpage is provided to the mobile device for downloading. |

| code; wherein the adapted webpage is provided to the mobile device for downloading. | The Akamai '167 Product constructs an adapted webpage using the HtmlRewritingStream component and the createResponse() function, which is invoked from inside the responseProvider event handler. createResponse() accepts a status code, response headers, and a body (which may be a string or a ReadableStream), and returns an response object that the Akamai edge delivery infrastructure transmits to the mobile device. |
| --- | --- |

**createResponse()**

Generates the return value for `responseProvider()`.

Use this function to validate the passed values and return an opaque object. The opaque object can be used to resolve the Promise returned from responseProvider(). The function accepts either a list of parameters or an options object.

*Akamai EdgeWorkers: create-response,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/edgeworkers/docs/create-response.

| headers | Object<br>**Note:** A string cannot contain illegal characters. Refer to section three of the RFC 7230 document for information about the allowed characters. | Properties used as key:value pairs for the response headers. Keys are strings that contain header names, values are either strings or arrays of strings.<br><br>Header names and values must conform to the RFC 7230 standards. |
| --- | --- | --- |
| body | String or ReadableStream | Content of the response body<br>When specified as a string, the body is limited to 16 KB. When specified as a ReadableStream, there is no size limit. The ReadableStream should consist of bytes of data. You can use the TextEncoder class to transform a text stream into a byte stream. |

*Akamai EdgeWorkers: create-response,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/edgeworkers/docs/create-response.

| | |
|---|---|
| | **Error handling when streaming with createResponse()**<br><br>As soon as the EdgeWorker returns the opaque object from `responseProvider()` the status code and headers registered with `createResponse()` are sent to the client. If you pass a ReadableStream into `createResponse()` it allows your EdgeWorker to continue executing so it can stream the response body to the client.<br><br>If there is an uncaught error during streaming, the following can occur:<br><br>• The EdgeWorker sends a `200 OK` response back to the client.<br><br>• The EdgeWorker writes part of the response to the client.<br><br>• The EdgeWorker encounters a fatal error such as an exception or exceeding a limit. When a fatal error occurs, the response body is truncated.<br><br>*Akamai EdgeWorkers: create-response,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/edgeworkers/docs/create-response. |
| [15] The method of claim 14, further comprising classifying HTML elements of the first DOM into grouping elements, ignored elements, and simple elements. | The Akamai '167 Product further comprises classifying HTML elements of the first DOM into grouping elements, ignored elements, and simple elements.<br><br>The Akamai '167 Product's HtmlRewritingStream component classifies HTML elements of the first DOM through its CSS-selector-based handler registration model. Each call to onElement(selector, handler) defines a class of elements and the treatment that class will receive during the streaming traversal.  An EdgeWorker performing the Claim 14 method can register (i) handlers that structurally manipulate container elements — grouping elements such as 'div', 'section', 'article', 'ul', 'table' and (ii) handlers that strip or remove elements using el.replaceWith(") (ignored elements such as 'script', 'iframe', or advertising containers). Elements matching no registered selector are passed through unmodified. |

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,275,167

> An EdgeWorkers function can register callbacks on CSS selectors. When the parser encounters an element matching the selector, it executes the callback. The callback can insert new content around the element, modify the tag attributes, or remove the element entirely.

*Akamai EdgeWorkers: html-rewriter,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/edgeworkers/docs/htmlrewriter.

> With the following handlers.
>
> JavaScript
>
> ```javascript
> rewriter.onElement('div#doomed',el=>el.replaceWith(''));
> rewriter.onElement('div#doomed i', el => el.append('APPENDED'));
> ```

*Akamai EdgeWorkers: html-rewriter,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/edgeworkers/docs/htmlrewriter.

Page 42 of 56

| | |
|---|---|
| | ```
export async function responseProvider(request) {
    return httpRequest('/index.html').then(async response => {
        let rewriter = new HtmlRewritingStream();
        rewriter.onElement('img:not(#hero)',el=>{
el.setAttribute('loading','lazy');
        });

        return createResponse(200, {},
                response.body.pipeThrough(rewriter)
        );
    });
}
```

*Akamai EdgeWorkers: html-rewriter,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/edgeworkers/docs/htmlrewriter. |
| [19] The method of claim 14, wherein the transforming includes form processing so that the form element label corresponds to the form element on a display of the mobile device. | The Akamai '167 Product's transforming includes form processing so that the form element label corresponds to the form element on a display of the mobile device. <br><br> The Akamai '167 Product uses the HtmlRewritingStream component for form processing through onElement() handlers registered on form-related CSS selectors. A handler registered on 'label' can read the label's 'for' attribute (via the Element object) and a handler registered on 'input', 'select', or 'textarea' can read the corresponding 'id' attribute.  The Akamai '167 Product handler can then rewrite either attribute to ensure the label-to-control association is correct in the adapted markup.  Handlers in the Akamai '167 Product can also inject mobile-specific wrapping markup that co-locates the label and its control for correct rendering on a mobile device, using prepend(), append(), before(), and after() on the form-element selector. |

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,275,167

The html-rewriter library supports type, class, attribute, and ID CSS selectors, as well as child and descendent combinators.

You can, for example, rewrite a page to lazy load images, but load a hero image normally. In this example the hero image includes the ID "hero" so you can use `:not pseudoclass` with the ID selector `img:not(#hero)` to identify all of the non-hero images.

Here's the JavaScript for your EdgeWorkers function.

```JavaScript
import { HtmlRewritingStream } from 'html-rewriter';
import { httpRequest } from 'http-request';
import { createResponse } from 'create-response';
```

*Akamai EdgeWorkers: html-rewriter,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/edgeworkers/docs/htmlrewriter.

## Element Object

The Element object is an argument to the handler registered with the `onElement()` method. The handler calls functions on the Element to modify the output stream.

*Akamai EdgeWorkers: html-rewriter,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/edgeworkers/docs/htmlrewriter.

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,275,167

| | |
|---|---|
| | The Element object supports methods for adding text around existing elements. The example below shows the output of processing `<div>original</div>`.<br><br>```\nJavaScript\n\nel.before('before')                    el.after('after')\n      |                                    |\n   ---+--                               --+--\n   before<div>PREPENDoriginalAPPEND</div>after\n            ---+---          --+--\n               |                |\n   el.prepend('PREPEND')     el.append('APPEND')\n```<br><br>*Akamai EdgeWorkers: html-rewriter,* AKAMAI TECHDOCS (last visited March 2026), available at: https://techdocs.akamai.com/edgeworkers/docs/htmlrewriter. |
| [25] The method of claim 14, wherein the transforming involves flattening the first DOM by removing layout imposing markup language tags and transcoding each node. | The Akamai '167 Product's transforming involves flattening the first DOM by removing layout imposing markup language tags and transcoding each node.<br><br>The Akamai '167 Product's HtmlRewritingStream component performs flattening the first DOM and transcoding at each node. F irst, removal of layout-imposing tags is performed by onElement() handlers in the Akamai '167 Product that invoke el.replaceWith('') on matched layout containers — for example, 'table', 'tr', 'td', 'div.layout-grid', 'aside', or decorative wrapper selectors.  The replaceWith('') pattern removes the matched element from the output stream entirely, flattening the nesting of the first DOM. Second, transcoding of each node is performed by onElement() handlers that rewrite tag attributes (e.g., setAttribute('loading','lazy') on '<img>' elements), rewrite or replace child content (via prepend/append/before/after), or restructure the element's markup inline. |

With the following handlers.

```
JavaScript

rewriter.onElement('div#doomed',el=>el.replaceWith(''));
rewriter.onElement('div#doomed i', el => el.append('APPENDED'));
```

*Akamai EdgeWorkers: html-rewriter,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/edgeworkers/docs/htmlrewriter.

```
export async function responseProvider(request) {
    return httpRequest('/index.html').then(async response => {
        let rewriter = new HtmlRewritingStream();
        rewriter.onElement('img:not(#hero)',el=>{
el.setAttribute('loading','lazy');
        });

        return createResponse(200, {},
                response.body.pipeThrough(rewriter)
        );
    });
}
```

*Akamai EdgeWorkers: html-rewriter,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/edgeworkers/docs/htmlrewriter.

The lazy-load example shown in the above excerpt from Akamai '167 Product documentation is an example of per-node transcoding (every matched '<img>' element that is not the hero image is transcoded by attribute injection). The replaceWith(") example is a form of layout-tag removal.

| [26] The method of claim 14, wherein the transforming involves preserving the layout by copying grouping and layout tags to the second DOM. | The Akamai '167 Product's transforming involves preserving the layout by copying grouping and layout tags to the second DOM. |
|---|---|
| | The Akamai '167 Product's HtmlRewritingStream component is a pass-through streaming parser: any element not affirmatively modified or removed by a registered onElement() handler is copied through unchanged from the first DOM (input stream) to the second DOM (output stream).  This default pass-through behavior is copying of grouping and layout tags to the second DOM.  An EdgeWorker performing the Claim 14 method that registers no handlers against layout tags ('html', 'head', 'body', 'div', 'section', 'article', 'main', 'header', 'footer', 'nav', 'aside', 'table', 'tr', 'td') thereby preserves all of them. |

```
If the index.html file contains the following details the hero image remains unchanged. Lazy load only applies to
the other images.

HTML

<img id='hero' src='protagonist.jpg'>
<img id='unrelated' src='raven.jpg'>
<img src='rife.jpg'>
```

*Akamai EdgeWorkers: html-rewriter,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/edgeworkers/docs/htmlrewriter.

Case 1:24-cv-01336-MN     Document 33-1     Filed 04/29/26     Page 231 of 602 PageID #:
2227

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,275,167

The EdgeWorkers output will contain the following images.

```
HTML

<img id='hero' src='protagonist.jpg'>
<img id='unrelated' src='raven.jpg' loading='lazy'>
<img src='rife.jpg' loading='lazy'>
```

*Akamai EdgeWorkers: html-rewriter,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/edgeworkers/docs/htmlrewriter.

The hero-image example excerpted above from Akamai '167 Product Documentation is an example of pass-through preservation: the '<img id="hero">' element is copied from the first DOM to the second DOM unmodified, while other elements are transcoded. Applied to grouping and layout tags, the same pass-through behavior preserves the entire layout skeleton of the webpage in the second DOM.

| | |
|---|---|
| [27PRE] A method for small screen rendering of a webpage for a mobile device, the method being performed by one or more processors and comprising: | To the extent the preamble is limiting, the Akamai '167 Product performs a method for small screen rendering of a webpage for a mobile device through traversal of a first DOM representing a webpage and transforming the content in a second DOM.<br><br>Akamai and its customers directly infringe the '167 patent under 35 U.S.C. § 271(a) by performing the claimed methods in the United States through the testing and use of the Akamai '167 Product.  In particular, Akamai infringes § 271(a) by using and testing the Akamai '167 Product domestically, while Akamai's customers and end users infringe by using and testing products that perform video compression using adaptive re-quantization using extracted and derived quantization parameters.<br><br>Moreover, Akamai induces infringement under 35 U.S.C. § 271(b) by encouraging its customers and end users to infringe by offering, testing, using, and selling a system for practicing the '167 patent in the United States. |

| | |
|---|---|
| | Unless otherwise noted, OptiMorphix contends that every element of each asserted claim is literally met by Akamai's testing and use of the Akamai '167 Product.  To the extent Akamai claims any element is not literally met, OptiMorphix asserts that such element is nonetheless satisfied under the doctrine of equivalents.  No substantial differences between the patent claim elements and the corresponding features of the Akamai '167 Product exists.  In every instance, each step of the methods performed by the Akamai '167 Product is performed by the Akamai '167 Product for substantially the same function, in substantially the same way, and to achieve substantially the same result as the corresponding claim element.<br><br>The Akamai '167 Product performs a method for small screen rendering of a webpage for a mobile device, the method being performed by one or more processors.  The Akamai '167 Product performs this method on the one or more processors of Akamai edge servers at Akamai points of presence. E ach edge server hosts the EdgeWorkers JavaScript runtime, which executes customer-deployed EdgeWorkers functions in response to incoming HTTP requests. The EdgeWorker function, combined with the Device Object API, Device Characterization in ION, Mobile Detect and Redirect, and the html-rewriter module, performs the subsequent method steps [27a]–[27e] for mobile-device clients identified via request.device.isMobile and the associated device-characteristic fields.<br><br>Mobile Detect and Redirect leverages Akamai's device characteristics library, a frequently updated data system that provides information about the requesting device. With it in place, you can customize content based on several device characteristics.<br><br>*Akamai ION: Mobile Detection and Redirect,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/ion/docs/mobile-detect-and-redirect-ion. |
| [27a] identifying a content section during a traversal of a first DOM representing the webpage; | The Akamai '167 Product identifies a content section during a traversal of a first DOM representing the webpage.<br><br>Specifically, the Akamai '167 Product performs this step using the HtmlRewritingStream's parser-driven streaming traversal of the origin HTML bytes.  Each registered onElement(selector, handler) call |

Case 1:24-cv-01336-MN    Document 33-1    Filed 04/29/26    Page 233 of 602 PageID #: 2229

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,275,167

| | |
|---|---|
| | identifies a content section — e.g., 'article', 'section', 'div.content', 'figure' — and invokes the handler as the parser encounters the matched element. The Claim 1 [1b] and Claim 14 [14a] analyses above is incorporated herein.<br><br>An EdgeWorkers function can register callbacks on CSS selectors. When the parser encounters an element matching the selector, it executes the callback. The callback can insert new content around the element, modify the tag attributes, or remove the element entirely.<br><br>*Akamai EdgeWorkers: html-rewriter,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/edgeworkers/docs/htmlrewriter. |
| [27b] determining whether the size of a data element of the content section would fit into the mobile device's screen; | The Akamai '167 Product determines whether the size of a data element of the content section would fit into the mobile device's screen.<br><br>The Akamai '167 Product makes a device-side dimension determination available via the EdgeWorkers Device Object API. The Device Object exposes request.device.resolutionWidth, request.device.resolutionHeight, request.device.physicalScreenWidth, and request.device.physicalScreenHeight, which together describe the mobile device's screen dimensions. An EdgeWorker handler executing inside onElement() can therefore read the mobile device's screen size. The handler can then compare that screen size against any width, height, or dimension attributes declared on the data element in the incoming HTML (for example, the 'width' and 'height' attributes of '<img>', '<video>', '<iframe>', or '<canvas>' elements) via the Element object's attribute-reading methods. |

**resolutionWidth**

The screen resolution width of the device, in pixels . This is a read-only integer value.

JavaScript

```
// User-Agent: Mozilla/5.0 (Macintosh; Intel Mac OS X 10.14; rv:68.0) Gecko/20100101 Firefox/68.0
request.device.resolutionWidth;
// => 1280
```

*Akamai EdgeWorkers: Device Object,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/edgeworkers/docs/device-object.

**physicalScreenWidth**

The physical screen width of the device, in millimeters. This is a read-only integer value.

JavaScript

```
// User-Agent: Mozilla/5.0 (Macintosh; Intel Mac OS X 10.14; rv:68.0) Gecko/20100101 Firefox/68.0
request.device.physicalScreenWidth;
// => 280
```

*Akamai EdgeWorkers: Device Object,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/edgeworkers/docs/device-object.

| [27c] transforming the content section based on the determination; | The Akamai '167 Product transforms the content section based on the determination.<br><br>Once a handler has made the determination in [27b], the Akamai '167 Product transforms the matched content section using the Element object's mutation methods: setAttribute() to resize declared dimensions, replaceWith() to swap in a smaller element, prepend()/append()/before()/after() to restructure the section, or conditional branching to leave the section unchanged when it is deemed to |

|  | fit. These are native HtmlRewritingStream transformation mechanisms that are shown in the below excerpt from Akamai '167 Product documentation. |
|---|---|
|  | ```
export async function responseProvider(request) {
    return httpRequest('/index.html').then(async response => {
        let rewriter = new HtmlRewritingStream();
        rewriter.onElement('img:not(#hero)',el=>{
el.setAttribute('loading','lazy');
        });

        return createResponse(200, {},
                response.body.pipeThrough(rewriter)
        );
    });
}
``` |
|  | *Akamai EdgeWorkers: html-rewriter,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/edgeworkers/docs/htmlrewriter. |
| [27d] determining whether the one or more nodes of the content section is to be copied to a second DOM, wherein the copying of the content section includes detecting a tab box and preserving nodes corresponding to the tab box for the second DOM; and | The Akamai '167 Product determines whether the one or more nodes of the content section is to be copied to a second DOM, wherein the copying of the content section includes detecting a tab box and preserving nodes corresponding to the tab box for the second DOM. The HtmlRewritingStream component in the Akamai '167 Product, determines whether nodes of the content section are to be copied to a second DOM. As to tab-box detection and preservation, the analysis above for Claim 1 [1c] and Claim 14 [14b] is incorporated here. Further, the tab-box detection is performed by an onElement() handler registered on tab-box selectors such as 'div[role="tablist"]', 'ul.nav-tabs', '.tab-container', or 'div.tabs', and preservation is performed by HtmlRewritingStream's default pass-through behavior for any subtree that is not affirmatively modified. |

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,275,167

| | |
|---|---|
| | If the `index.html` file contains the following details the hero image remains unchanged. Lazy load only applies to the other images. <br><br> HTML <br><br> ```<img id='hero' src='protagonist.jpg'>```<br>```<img id='unrelated' src='raven.jpg'>```<br>```<img src='rife.jpg'>``` <br><br> *Akamai EdgeWorkers: html-rewriter,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/edgeworkers/docs/htmlrewriter. |
| [27e] breaking the copied content section into multiple presentation units if the copied content session exceeds the limitations of the mobile device, wherein the multiple presentations units are converted into sub-pages for downloading at the mobile device. | The Akamai '167 Product breaks the copied content section into multiple presentation units if the copied content section exceeds the limitations of the mobile device, wherein the multiple presentation units are converted into sub-pages for downloading at the mobile device. <br><br> This step combines Device Object reads (request.device.resolutionWidth/Height, request.device.physicalScreenWidth/Height) with HtmlRewritingStream mutations and EdgeKV-backed segment retrieval to break an oversized content section into multiple presentation units and deliver them as sub-pages via successive createResponse() invocations or spliced content fetched from EdgeKV. The same non-native pagination theory laid out for Claims 1 [1a], 7, and 9 above applies here. <br><br> **As a distributed key-value store, how is EdgeKV data stored to be performant, and to achieve redundancy and fault tolerance?** <br><br> When data is written to EdgeKV, it is replicated across multiple instances of the persistent store within the geoLocation of the specified namespace. A copy of the data also exists on every edge server executing a read request for that data from an EdgeWorkers function. <br><br> *Akamai EdgeKV: Overview,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/edgekv/docs/performance. |

|  |  |
|---|---|
|  | <br><br>*Akamai EdgeWorkers: create-response,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/edgeworkers/docs/create-response. |
| [28] The method of claim 27, further comprising flattening the data element of the content section if determined that the size of the data element content section would not fit into the mobile device's screen. | The Akamai '167 Product further comprises flattening the data element of the content section if determined that the size of the data element content section would not fit into the mobile device's screen.<br><br>The flattening operation is performed by the Akamai '167 Product's HtmlRewritingStream component. An onElement() handler invokes el.replaceWith(") to remove layout-imposing tags (e.g., 'table', 'tr', 'td', 'div.layout-grid', decorative wrappers) and produces the descendant content directly into the output stream, thereby flattening the data element's nesting. The same flattening analysis is discussed above for Claims 12 and 25. The Akamai '167 Product handler can condition its flattening on the [27b] size determination by wrapping the replaceWith(") call in an if-branch that tests the declared width/height attribute against request.device.resolutionWidth/Height. |

With the following handlers.

```
JavaScript

rewriter.onElement('div#doomed',el=>el.replaceWith(''));
rewriter.onElement('div#doomed i', el => el.append('APPENDED'));
```

*Akamai EdgeWorkers: html-rewriter,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/edgeworkers/docs/htmlrewriter.

## resolutionWidth

The screen resolution width of the device, in pixels . This is a read-only integer value.

```
JavaScript

// User-Agent: Mozilla/5.0 (Macintosh; Intel Mac OS X 10.14; rv:68.0) Gecko/20100101 Firefox/68.0
request.device.resolutionWidth;
// => 1280
```

*Akamai EdgeWorkers: Device Object,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/edgeworkers/docs/device-object.

| | |
|---|---|
| [29] The method of claim 27, further comprising preserving a layout of the data element of the content section if determined that the size of the data element would fit into the mobile device's screen. | The Akamai '167 Product further comprises preserving a layout of the data element of the content section if determined that the size of the data element would fit into the mobile device's screen.<br><br>Specifically, the Akamai '167 Product's HtmlRewritingStream component operates as a pass-through streaming parser: any element (and its descendant subtree) that is not affirmatively modified or removed by a registered onElement() handler is produced unchanged into the output stream. This default pass- |

Case 1:24-cv-01336-MN    Document 33-1    Filed 04/29/26    Page 239 of 602 PageID #:
2235

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,275,167

through behavior preserves the layout of every data element for which no modifying handler is registered.

```
If the index.html file contains the following details the hero image remains unchanged. Lazy load only applies to the other images.

HTML

<img id='hero' src='protagonist.jpg'>
<img id='unrelated' src='raven.jpg'>
<img src='rife.jpg'>
```

*Akamai EdgeWorkers: html-rewriter,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/edgeworkers/docs/htmlrewriter.

```
The EdgeWorkers output will contain the following images.

HTML

<img id='hero' src='protagonist.jpg'>
<img id='unrelated' src='raven.jpg' loading='lazy'>
<img src='rife.jpg' loading='lazy'>
```

*Akamai EdgeWorkers: html-rewriter,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/edgeworkers/docs/htmlrewriter.

The hero-image example excerpted above from Akamai '167 Product documentation is an example of the pass-through mechanism in the Akamai '167 Product: the '<img id="hero">' element is preserved in its entirety while sibling elements are transcoded. Applied to data elements that would fit into the mobile device's screen, the identical mechanism preserves the layout of the matching data element in the output stream.

# EXHIBIT 10

**U.S. PATENT NO. 10,412,388**
**FRAMEWORK FOR QUALITY-AWARE VIDEO OPTIMIZATION**
**CLAIMS 1-9, 11-19**

OptiMorphix, Inc. ("OptiMorphix") contends that at least the following claims of U.S. Patent No. 10,412,388 (the "'388 patent") identified below are infringed by Akamai Technologies, Inc. ("Akamai").

Accused Products: Akamai Products and Services that perform H.265 video encoding, including at least the following: Akamai's content delivery network ("CDN") platform, including its distributed edge computing infrastructure (the "Akamai Network") (the "Akamai '388 Product(s)").

| Claim Language | Representative Instrumentality[1] |
|---|---|
| [1PRE] A method comprising: | To the extent the preamble is limiting, the Akamai '388 Product performs video compression using adaptive re-quantization using extracted and derived quantization parameters.<br><br>Akamai and its customers directly infringe the '388 patent under 35 U.S.C. § 271(a) by performing the claimed methods in the United States through the testing and use of the Akamai '388 Product.  In particular, Akamai infringes § 271(a) by using and testing the Akamai '388 Product domestically, while Akamai's customers and end users infringe by using and testing products that perform video compression using adaptive re-quantization using extracted and derived quantization parameters. |

---

[1] This analysis is preliminary and subject to amendment.  OptiMorphix reserves the right to supplement this chart based on further investigation, discovery, claim construction, or other developments.  Additional information may include source code, data sheets, design specifications, deposition testimony, testing data, reference designs, implementation details, and schematics.  These infringement contentions extend beyond the specifically identified products to include all reasonably similar products and components that infringe in the same or similar manner.  The claim chart demonstrates infringement by comparing each element of the asserted claims to corresponding features of the Akamai '388 Product.  The chart provides exemplary evidence of OptiMorphix's current infringement theory based on available information and is not intended as an expert report.  OptiMorphix has prepared these contentions before obtaining discovery in this action.  OptiMorphix expects Akamai and third parties will produce additional information regarding the Akamai '388 Product beyond what is publicly available.  Accordingly, OptiMorphix reserves the right to revise this analysis upon receiving such information or upon issuance of any Court Order construing any claim terms of the asserted claims.

| | |
|---|---|
| | Moreover, Akamai induces infringement under 35 U.S.C. § 271(b) by encouraging its customers and end users to infringe by offering, testing, using, and selling a system for practicing the '388 patent in the United States.<br><br>Unless otherwise noted, OptiMorphix contends that every element of each asserted claim is literally met by Akamai's testing and use of the Akamai '388 Product.  To the extent Akamai claims any element is not literally met, OptiMorphix asserts that such element is nonetheless satisfied under the doctrine of equivalents.  No substantial differences between the patent claim elements and the corresponding features of the Akamai '388 Product exists.  In every instance, each step of the methods performed by the Akamai '388 Product is performed by the Akamai '388 Product for substantially the same function, in substantially the same way, and to achieve substantially the same result as the corresponding claim element.<br><br>The Akamai '388 Product performs a method of video transcoding and re-encoding.  Specifically, the Akamai '388 Product receives a video file from an origin server, decode it, and re-encodes it into optimized videos at various quality levels. |

> Image and Video Manager offers a simple way to intelligently manage, optimize, and modify your images and short-form videos. With Image and Video Manager, you can deliver a smooth, efficient, visually engaging customer experience that can also save you time and money.
>
> You can configure Image and Video Manager to:
>
> - Deliver images and videos in the best width and format for the requesting device, operating system, and browser
>
> - Reduce the byte size of images and videos without any perceptible reduction in visual quality
>
> - Override image quality settings and deliver lower quality images when a slower connection speed is detected
>
> - Automatically apply artistic transformations such as cropping, rotation, resizing, color adjustment, and watermarks to images

*Akamai Image and Video Manager,* AKAMAI TECHDOCS WEBSITE (last visited March 2026), available at: https://techdocs.akamai.com/ivm/docs/welcome-ivm (emphasis added).

In addition, Akamai Media Services Live ("MSL") and Media Services Live 5 ("MSL5") provide OTT transcoding of video content wherein encoded frames are decoded and then reencoded.

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 10,412,388

> With a focus on innovation and cutting-edge technology, Harmonic has established itself as a key player in the media industry. The company offers a range of products and services designed to optimize video workflows, enhance video quality, and streamline content delivery to viewers worldwide. Harmonic's solutions encompass encoding, transcoding, stream processing, and delivery, enabling broadcasters and service providers to deliver high-quality video content efficiently and cost-effectively.
>
> Through its advanced video compression technologies and cloud-based video delivery platforms, Harmonic helps customers deliver immersive viewing experiences across multiple screens and devices.

*Akamai Media Services Live 5 Overview,* AKAMAI TECHDOCS WEBSITE (last visited March 2026), available at: https://techdocs.akamai.com/msl5-harmonic/docs/welcome-to-msl5 (emphasis added).

The Akamai '388 Product performs a method for encoding, transcoding, and delivering video content. Akamai partners with Harmonic to provide Over-The-Top (OTT) transcoding of video streams over the Akamai network.

> - **Personal Content Recording:** Cost-effective and flexible recording and time-shifting capabilities, support both nPVR (Network Personal Video Recorder) and cDVR (Cloud Digital Video Recorder). This will enhance the viewer experience by offering personalized content access.
>
> 📋 MSL5 is equipped for seamless integration with Harmonic's cutting-edge VOS360 solutions, catering to features related to Transcoding and Content Monetization. This includes features such as Over-The-Top (OTT) transcoding and Dynamic Ad Insertion (DAI), ensuring a high-quality streaming experience and optimized monetization opportunities.

Akamai MSL5: MSL4 to MSL5: Key Benefits and Rationale, AKAMAI TECHDOCS (last visited March 2026), available at: https://techdocs.akamai.com/msl5-harmonic/docs/msl4-to-msl5-key-benefits-and-rationale (emphasis added).

The MSL5 documentation confirms that the Accused Product performs OTT transcoding (a method of receiving an encoded video stream) decoding it and re-encoding it for optimized delivery to end users.

| | |
|---|---|
| | **0.7    Overview of the design characteristics**<br><br>The coded representation specified in the syntax is designed to enable a high compression capability for a desired image or video quality. The algorithm is typically not lossless, as the exact source sample values are typically not preserved through the encoding and decoding processes. A number of techniques may be used to achieve highly efficient compression. Encoding algorithms (not specified in this Recommendation \| International Standard) may select between inter and intra coding for block-shaped regions of each picture. Inter coding uses motion vectors for block-based inter prediction to exploit temporal statistical dependencies between different pictures. Intra coding uses various spatial prediction modes to exploit spatial statistical dependencies in the source signal for a single picture. Motion vectors and intra prediction modes may be specified for a variety of block sizes in the picture. The prediction residual may then be<br><br>ITU-T H.265 (V10), HIGH EFFICIENCY VIDEO CODING § 0.7 (July 2024) (emphasis added).<br><br>The H.265/HEVC standard confirms that the encoding and decoding processes constitute a method of video compression. The Akamai '388 Product implements this standard in its transcoding pipeline, thereby performing a "method" within the meaning of the claim. |

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 10,412,388



*OTT on Cloud Transcoding*, AKAMAI DATASHEET at 3 (2024).

Akamai's Image and Video Manager further automates the creation of derivative videos in various sizes and formats, confirming that the Accused Product practices a method of processing and re-encoding video content for optimized delivery.

| | |
|---|---|
| | Select one of the following visual quality levels for your derivative videos:<br><br>• **High.** The derivative video is of the highest visual quality but has the smallest reduction in byte size<br><br>• **Medium High.** The derivative video is of high visual quality and has a small reduction in byte size<br><br>• **Medium.** The derivative video is of medium visual quality and results in moderate byte savings<br><br>• **Medium Low.** The derivative video is of a low visual quality and a large reduction in byte size<br><br>• **Low.** The derivative is of the lowest visual quality but has the largest reduction in byte size<br><br>*Akamai Image and Video Manager: Configuration – Optimize Your Videos*, AKAMAI TECHDOCS (last visited March 2026), available at: https://techdocs.akamai.com/ivm/docs/optimize-videos |
| [1a] identifying, by a device, a first quantization parameter used to encode a decoded frame; | The Akamai '388 Product identifies, by a device, a first quantization parameter used to encode a decoded frame. During the OTT transcoding process, the Akamai '388 Product decodes an incoming H.265/HEVC-encoded video bitstream. During this decoding process, the device derives the quantization parameter (QP) that was used by the original encoder to encode each frame. The H.265/HEVC standard specifies how the QP is identified during the decoding process. This identified QP constitutes the "first quantization parameter" of the claim.<br><br>The HEVC standard defines the derivation process for quantization parameters in Section 8.6.1. During decoding, the luma quantization parameter QpY is derived for each coding unit. The first step in this derivation is computing the predicted luma quantization parameter qPY_PRED, which serves as the baseline from which the QP for each coding unit is determined: |

Case 1:24-cv-01336-MN   Document 33-1   Filed 04/29/26   Page 248 of 602 PageID #: 2244

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 10,412,388

The predicted luma quantization parameter qP$_{Y\_PRED}$ is derived by the following ordered steps:

1. The variable qP$_{Y\_PREV}$ is derived as follows:
   – If one or more of the following conditions are true, qP$_{Y\_PREV}$ is set equal to SliceQp$_Y$:
      – The current quantization group is the first quantization group in a slice.
      – The current quantization group is the first quantization group in a tile.
      – The current quantization group is the first quantization group in a CTB row of a tile and entropy_coding_sync_enabled_flag is equal to 1.

ITU-T H.265 (V10), High Efficiency Video Coding § 8.6.1 (July 2024) (emphasis added).

The standard further specifies that the predicted QP is derived from the QP values of neighboring coding units:

4. The predicted luma quantization parameter qP$_{Y\_PRED}$ is derived as follows:

$$qP_{Y\_PRED} = ( qP_{Y\_A} + qP_{Y\_B} + 1 ) >> 1 \qquad (8\text{-}282)$$

The variable Qp$_Y$ is derived as follows:

$$Qp_Y = ( ( qP_{Y\_PRED} + CuQpDeltaVal + 52 + 2 * QpBdOffset_Y )\%( 52 + QpBdOffset_Y ) ) - QpBdOffset_Y \quad (8\text{-}283)$$

The luma quantization parameter Qp'$_Y$ is derived as follows:

$$Qp'_Y = Qp_Y + QpBdOffset_Y \qquad (8\text{-}284)$$

ITU-T H.265 (V10), High Efficiency Video Coding § 8.6.1 (July 2024) (emphasis added).

When the Accused Product decodes an incoming stream, it necessarily executes this derivation process, thereby "identifying" the first quantization parameter that was used to encode each coding unit of the now-decoded frame.  Additionally, the initial slice-level QP is established via the slice_qp_delta syntax element, providing the foundational QP for the entire slice:

> slice_qp_delta specifies the initial value of $Qp_Y$ to be used for the coding blocks in the slice until modified by the value of CuQpDeltaVal in the coding unit layer. The initial value of the $Qp_Y$ quantization parameter for the slice, $SliceQp_Y$, is derived as follows:
>
> $$SliceQp_Y = 26 + init\_qp\_minus26 + slice\_qp\_delta \qquad (7\text{-}54)$$
>
> The value of $SliceQp_Y$ shall be in the range of $-QpBdOffset_Y$ to $+51$, inclusive.

ITU-T H.265 (V10), High Efficiency Video Coding § 7.4.7.1 (July 2024).

This establishes the baseline QP for each slice, which is then refined at the coding unit level through the qPY_PRED derivation. The decoder parses and applies these parameters, thereby identifying the first QP used to encode each coding unit of the decoded frame. The Akamai '388 Product performs the decoding step of the transcoding pipeline, during which it identifies the first quantization parameter by parsing and deriving QP values from the incoming HEVC bitstream as specified above.

> transform_skip_enabled_flag equal to 1 specifies that transform_skip_flag may be present in the residual coding syntax. transform_skip_enabled_flag equal to 0 specifies that transform_skip_flag is not present in the residual coding syntax.
>
> cu_qp_delta_enabled_flag equal to 1 specifies that the diff_cu_qp_delta_depth syntax element is present in the PPS and that cu_qp_delta_abs may be present in the transform unit syntax and the palette syntax. cu_qp_delta_enabled_flag equal to 0 specifies that the diff_cu_qp_delta_depth syntax element is not present in the PPS and that cu_qp_delta_abs is not present in the transform unit syntax and the palette syntax.

ITU-T H.265 (V10), High Efficiency Video Coding § 7.4.3.3.1 (July 2024) (emphasis added).

This PPS-level flag enables the signaling of QP deltas at the coding unit level, confirming that the HEVC standard provides a mechanism for signaling and deriving QP values throughout the bitstream, which the decoder (the Akamai '388 Product) parses to identify the first QP.

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 10,412,388

| | |
|---|---|
| [1b] determining, by the device, a delta quantization parameter as a function of the first quantization parameter, wherein the function is configured to provide the delta quantization parameter based at least on obtaining a level of reduction in bitrate while maintaining a level of quality to a predetermined level; | The Akamai '388 Product determines, by the device, a delta quantization parameter as a function of the first quantization parameter, wherein the function is configured to provide the delta quantization parameter based at least on obtaining a level of reduction in bitrate while maintaining a level of quality to a predetermined level.<br><br>The Akamai '388 Product decodes the incoming stream and identifies the first QP. The Akamai '388 Product determines a new delta quantization parameter for the re-encoding step. The Akamai '388 Product utilizes advanced video compression to compress certain blocks to reduce bitrate while maintaining a predetermined high level of quality for the viewer. This bitrate reduction and quality maintenance is achieved at the HEVC codec level by determining a delta QP value that adjusts the first quantization parameter. The delta QP is computed as a function of the first QP because the transcoder must analyze the decoded content—whose visual characteristics were determined by the original QP. The HEVC standard defines the CuQpDeltaVal mechanism, which specifies the delta QP at the coding unit level via syntax elements cu_qp_delta_abs and cu_qp_delta_sign_flag:<br><br>**7.4.9.14   Delta QP semantics**<br><br>**cu_qp_delta_abs**, when present, specifies the absolute value of the difference CuQpDeltaVal between the luma quantization parameter of the current coding unit and its prediction.<br><br>**cu_qp_delta_sign_flag**, when present, specifies the sign of the difference CuQpDeltaVal between the luma quantization parameter of the current coding unit and its prediction.<br><br>It is a requirement of bitstream conformance that the value of CuQpDeltaVal shall be in the range of −( 26 + QpBdOffsetY / 2 ) to +( 25 + QpBdOffsetY / 2 ), inclusive.<br><br>ITU-T H.265 (V10), High Efficiency Video Coding § 7.4.9.14 (July 2024) (emphasis added).<br><br>CuQpDeltaVal is the "delta quantization parameter" of the claim. When the Akamai '388 Product re-encodes (transcodes) the decoded frame, it determines a new CuQpDeltaVal for each coding unit. This delta is a function of the first QP because the transcoder evaluates the decoded content (whose quality characteristics are defined by the first QP) to determine the adjustment. The delta QP's role in adjusting the final QP is shown in the QP derivation formula in the HEVC standard: |

The variable $Qp_Y$ is derived as follows:

$$Qp_Y = ( ( qP_{Y\_PRED} + CuQpDeltaVal + 52 + 2 * QpBdOffset_Y )\%( 52 + QpBdOffset_Y ) ) - QpBdOffset_Y \quad (8\text{-}283)$$

The luma quantization parameter $Qp'_Y$ is derived as follows:

$$Qp'_Y = Qp_Y + QpBdOffset_Y \quad (8\text{-}284)$$

ITU-T H.265 (V10), High Efficiency Video Coding § 8.6.1 (July 2024) (emphasis added).

This formula shows that CuQpDeltaVal (the delta QP) adjusts the predicted QP and produces the final QP. The delta QP is a function of the first QP because the transcoder's rate-distortion analyzes what QP was used originally and computes the change needed for the bitrate/quality profile. The HEVC standard describes this quantization as achieving compression and preserving quality.

intra prediction modes may be specified for a variety of block sizes in the picture. The prediction residual may then be further compressed using a transform to remove spatial correlation inside the transform block before it is quantized, producing a possibly irreversible process that typically discards less important visual information while forming a close approximation to the source samples. Finally, the motion vectors or intra prediction modes may also be further compressed using a variety of prediction mechanisms, and, after prediction, are combined with the quantized transform coefficient information and encoded using arithmetic coding.

ITU-T H.265 (V10), High Efficiency Video Coding § 0.7 (July 2024) (emphasis added).

The quantization performed by the Akamai '388 Product balances bitrate reduction and quality maintenance. The delta QP controls the degree of this tradeoff: a larger delta QP increases compression (reducing bitrate) at the cost of some quality, while a smaller delta QP preserves quality at higher bitrate. The Akamai '388 Product optimizes this bitrate-quality balance:

MSL5, the ultimate solution for delivering high-quality video content to global audiences, offers these benefits:

- **Access via the Akamai Connected Cloud.** Leverage the expertise of Harmonic and the robust infrastructure of Akamai to deliver a comprehensive streaming solution.

- **Seamless streaming experience.** MLS5 builds on the MSL4 capabilities to offer improved video quality, reduced latency, and enhanced playback reliability.

- **Advanced content delivery optimizations.** Meet the evolving needs of modern audiences to accommodate low-latency streaming, near real-time stream provisioning, and configure a playlist duration of up to 12 hours.

- **Cutting-edge security measures.** Protect content from unauthorized access and ensure data integrity throughout the streaming process.

- **Enhanced analytics and reporting capabilities.** Give your content providers valuable insights into viewer behavior, engagement metrics, and performance analytics. MSL5 is equipped for seamless integration with Harmonic's cutting-edge technologies, including Over-The-Top (OTT) transcoding and Dynamic Ad Insertion.

*Akamai Media Services Live: Overview,* AKAMAI TECHDOCS (last visited March 2026), available at: https://techdocs.akamai.com/msl5-harmonic/docs/welcome-to-msl5.

The Akamai '388 Product performs encoding that reduces a bitrate while maintaining quality using adaptive bitrate encoding at predetermined quality levels.

**7.4.9.14   Delta QP semantics**

**cu_qp_delta_abs**, when present, specifies the absolute value of the difference CuQpDeltaVal between the luma quantization parameter of the current coding unit and its prediction.

**cu_qp_delta_sign_flag**, when present, specifies the sign of the difference CuQpDeltaVal between the luma quantization parameter of the current coding unit and its prediction.

It is a requirement of bitstream conformance that the value of CuQpDeltaVal shall be in the range of $-( 26 + QpBdOffsetY / 2 )$ to $+( 25 + QpBdOffsetY / 2 )$, inclusive.

ITU-T H.265 (V10), High Efficiency Video Coding § 7.4.9.14 (July 2024) (emphasis added).

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 10,412,388

| [1c] determining, by the device, a second quantization parameter for encoding the decoded frame based at least on the first quantization parameter and the delta quantization parameter; and | The Akamai '388 Product determines, by the device, a second quantization parameter for encoding the decoded frame based at least on the first quantization parameter and the delta quantization parameter. Specifically, the Akamai '388 Product determine a second quantization parameter for encoding the coding units within the decoded frame. In compliance with the HEVC Standard the Akamai '388 Product determines the second quantization parameter (QpY) by combining the first quantization parameter (qPY_PRED) and the delta quantization parameter (CuQpDeltaVal). |
|---|---|

4. The predicted luma quantization parameter $qP_{Y\_PRED}$ is derived as follows:

$$qP_{Y\_PRED} = ( qP_{Y\_A} + qP_{Y\_B} + 1 ) >> 1 \qquad (8\text{-}282)$$

The variable $Qp_Y$ is derived as follows:

$$Qp_Y = ( ( qP_{Y\_PRED} + CuQpDeltaVal + 52 + 2 * QpBdOffset_Y )\%( 52 + QpBdOffset_Y ) ) - QpBdOffset_Y \qquad (8\text{-}283)$$

ITU-T H.265 (V10), High Efficiency Video Coding § 8.6.1 (July 2024) (emphasis added).

This formula shows the second QP (QpY for re-encoding) is determined "based at least on" the first quantization parameter (qPY_PRED) and the delta quantization parameter (CuQpDeltaVal). The term QpBdOffsetY is a normalization constant that does not change the dependency of qPY_PRED and CuQpDeltaVal. The predicted QP (qPY_PRED) used in the above equation by the Akamai '388 Product is computed from QP values of neighboring coding units by the Akamai '388 Product.

4. The predicted luma quantization parameter $qP_{Y\_PRED}$ is derived as follows:

$$qP_{Y\_PRED} = ( qP_{Y\_A} + qP_{Y\_B} + 1 ) >> 1 \qquad (8\text{-}282)$$

The variable $Qp_Y$ is derived as follows:

$$Qp_Y = ( ( qP_{Y\_PRED} + CuQpDeltaVal + 52 + 2 * QpBdOffset_Y )\%( 52 + QpBdOffset_Y ) ) - QpBdOffset_Y \qquad (8\text{-}283)$$

ITU-T H.265 (V10), High Efficiency Video Coding § 8.6.1 (July 2024) (emphasis added).

Case 1:24-cv-01336-MN   Document 33-1   Filed 04/29/26   Page 254 of 602 PageID #: 2250

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 10,412,388

The predicted QP for re-encoding is informed by the first QP because the Akamai '388 Product's rate-control uses the original encoding parameters to set the initial QP and slice-level QP for the new encoding. The slice-level QP establishes the baseline as shown below.

> slice_qp_delta specifies the initial value of $Qp_Y$ to be used for the coding blocks in the slice until modified by the value of CuQpDeltaVal in the coding unit layer. The initial value of the $Qp_Y$ quantization parameter for the slice, $SliceQp_Y$, is derived as follows:
>
> $$SliceQp_Y = 26 + init\_qp\_minus26 + slice\_qp\_delta \qquad (7\text{-}54)$$
>
> The value of $SliceQp_Y$ shall be in the range of $-QpBdOffset_Y$ to $+51$, inclusive.

ITU-T H.265 (V10), High Efficiency Video Coding § 7.4.7.1 (July 2024) (emphasis added).

The Akamai '388 Product sets init_qp_minus26 and slice_qp_delta for the re-encoding based on the first QP. Combined with CuQpDeltaVal, these parameters determine the second QP (QpY) used for encoding the coding unit of the decoded frame.

> 📋 MSL5 is equipped for seamless integration with Harmonic's cutting-edge VOS360 solutions, catering to features related to Transcoding and Content Monetization. This includes features such as Over-The-Top (OTT) transcoding and Dynamic Ad Insertion (DAI), ensuring a high-quality streaming experience and optimized monetization opportunities.
>
> Please contact your Akamai account representative for more information.

*Akamai MSL5: MSL4 to MSL5: Key Benefits and Rationale,* AKAMAI TECHDOCS (last visited March 2026), available at: https://techdocs.akamai.com/msl5-harmonic/docs/msl4-to-msl5-key-benefits-and-rationale (emphasis added).

| [1d] encoding, by the device, the decoded frame using the second quantization parameter. | The Akamai '388 Product encodes, by the device, the decoded frame using the second quantization parameter. Specifically, the Akamai '388 Product uses the second quantization parameter (QpY) to encode the decoded frame. The second quantization parameter QpY is used as the basis for deriving the luma quantization parameter Qp′Y, which in turn is used to set the operational quantization parameter qP used in the scaling process: |
|---|---|

> The variable $Qp_Y$ is derived as follows:
>
> $$Qp_Y = (( qP_{Y\_PRED} + CuQpDeltaVal + 52 + 2 * QpBdOffset_Y )\%( 52 + QpBdOffset_Y )) - QpBdOffset_Y \quad (8\text{-}283)$$
>
> The luma quantization parameter $Qp'_Y$ is derived as follows:
>
> $$Qp'_Y = Qp_Y + QpBdOffset_Y \quad (8\text{-}284)$$

ITU-T H.265 (V10), High Efficiency Video Coding § 8.6.1 (July 2024) (emphasis added).

The operational qP for the scaling process is then derived from Qp′Y:

> Output of this process is the (nTbS)x(nTbS) array of residual samples r with elements r[ x ][ y ].
>
> The quantization parameter qP is derived as follows:
>
> – If cIdx is equal to 0, the following applies:
>
> $$qP = Clip3( 0, 51 + QpBdOffsetY, Qp'Y + ( tu\_residual\_act\_flag[ xTbY ][ yTbY ] ?\ PpsActQpOffsetY + slice\_act\_y\_qp\_offset : 0 )) \quad (8\text{-}291)$$
>
> – Otherwise, if cIdx is equal to 1, the following applies:
>
> $$qP = Qp'_{cb} \quad (8\text{-}292)$$

ITU-T H.265 (V10), High Efficiency Video Coding § 8.6.2 (July 2024) (emphasis added).

The above excerpt shows that the qP value is derived from the second quantization parameter and the qP value is used in the scaling and transformation process.

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 10,412,388

Where sizeId is specified in Table 7-3 for the size of the quantization matrix equal to (nTbS)x(nTbS) and matrixId is specified in Table 7-4 for sizeId, CuPredMode[ xTbY ][ yTbY ] and cIdx, respectively.

– The scaled transform coefficient d[ x ][ y ] is derived as follows:

$$d[\,x\,][\,y\,] = \text{Clip3}(\,\text{coeffMin, coeffMax}, (\,(\,\text{TransCoeffLevel}[\,xTbY\,][\,yTbY\,][\,cIdx\,][\,x\,][\,y\,] * m[\,x\,][\,y\,] *$$
$$\text{levelScale}[\,qP\,\%\,6\,] << (qP\,/\,6\,)\,) + (\,1 << (\,bdShift - 1\,)\,)\,) >> bdShift\,) \qquad (8\text{-}309)$$

ITU-T H.265 (V10), High Efficiency Video Coding § 8.6.3 (July 2024) (emphasis added).

This formula demonstrates that the second quantization parameter, through the derivation chain QpY → Qp′Y → qP, controls the scaling of transform coefficients during encoding. The qP determines the quantization step size through the levelScale lookup table and the shift operations (qP % 6 and qP / 6). The Akamai '388 Product outputs re-encoded streams using H.265/HEVC, as shown in the below excerpt from Akamai documentation.

Page 16 of 70

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 10,412,388



*Akamai MSL5 Powered By Harmonic: Specifications*, AKAMAI TECHDOCS (last visited March 2026) available at: https://techdocs.akamai.com/msl5-harmonic/docs/msl5-origin-low-latency-hls-ingest-requirements (emphasis added).

The Akamai '388 Product outputs H.265/HEVC-encoded video, which necessarily uses the second quantization parameter in the encoding process as specified by the HEVC standard.

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 10,412,388



*OTT on Cloud Transcoding*, AKAMAI DATASHEET at 3 (2024).

| [2] The method of claim 1, wherein (a) further comprises extracting, by a de-quantizer, the first quantization parameter from the decoded frame. | The Akamai '388 Product performs the method of claim 1, wherein (a) further comprises extracting, by a de-quantizer, the first quantization parameter from the decoded frame. The Akamai '388 Product includes a de-quantizer that extracts the first quantization parameter from the decoded frame. In the H.265/HEVC decoding process, the de-quantizer performs the inverse scaling (de-quantization) of transform coefficients. This de-quantization process is specified in Section 8.6.3 of the H.265 Standard. As a mandatory prerequisite to this process, the de-quantizer must extract the quantization parameter qP, which is the first quantization parameter used to encode the decoded frame. |
|---|---|
| | In compliance with the HEVC Standard the Akamai '388 Product complies with Section 8.6.2 of the H.265 standard which specifies the "Scaling and transformation process," which constitutes the de-quantizer in the HEVC decoding pipeline . This process takes as a mandatory input the quantization |

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 10,412,388

parameter qP, which must first be derived (extracted) per Section 8.6.1.  The de-quantizer then invokes the scaling process of Section 8.6.3 using the extracted QP:

1.  The scaling process for transform coefficients as specified in clause 8.6.3 is invoked with the transform block location ( xTbY, yTbY ), the size of the transform block nTbS, the colour component variable cIdx and the quantization parameter qP as inputs, and the output is an (nTbS)x(nTbS) array of scaled transform coefficients d.

2.  The (nTbS)x(nTbS) array of residual samples r is derived as follows:

    –   If transform_skip_flag[ xTbY ][ yTbY ][ cIdx ] is equal to 1, the residual sample array values r[ x ][ y ] with x = 0..nTbS − 1, y = 0..nTbS − 1 are derived as follows:

    $$r[\,x\,][\,y\,] = (\,\text{rotateCoeffs ? } d[\,nTbS - x - 1\,][\,nTbS - y - 1\,] : d[\,x\,][\,y\,]\,) << tsShift \qquad (8\text{-}298)$$

ITU-T H.265 (V10), High Efficiency Video Coding § 8.6.2 (July 2024) (emphasis added).

In compliance with Section 8.6.3 the Akamai '388 Product uses the extracted QP to perform de-quantization of each transform coefficient:

Where sizeId is specified in Table 7-3 for the size of the quantization matrix equal to (nTbS)x(nTbS) and matrixId is specified in Table 7-4 for sizeId, CuPredMode[ xTbY ][ yTbY ] and cIdx, respectively.

–   The scaled transform coefficient d[ x ][ y ] is derived as follows:

$$d[\,x\,][\,y\,] = \text{Clip3}(\,\text{coeffMin, coeffMax, } ((\,\text{TransCoeffLevel}[\,xTbY\,][\,yTbY\,][\,cIdx\,][\,x\,][\,y\,] * m[\,x\,][\,y\,] *$$
$$\text{levelScale}[\,qP \% 6\,] << (qP / 6)\,) + (1 << (bdShift - 1\,))\,) >> bdShift\,) \qquad (8\text{-}309)$$

ITU-T H.265 (V10), High Efficiency Video Coding § 8.6.3, Eq. (8-309) (July 2024) (emphasis added).

The QP extraction is mandated by Section 8.6.1, which specifies the "Derivation process for quantization parameters."  This process derives (extracts) Qp'Y, Qp'Cb, and Qp'Cr from the bitstream syntax elements.  The derivation process is invoked as a mandatory step for every coding unit during decoding:

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 10,412,388

| | |
|---|---|
| | Output of this process is a modified reconstructed picture before deblocking filtering.<br><br>The derivation process for quantization parameters as specified in clause 8.6.1 is invoked with the luma location ( xCb, yCb ) as input.<br><br>The variable $nCbS_L$ is set equal to $1 \ll log2CbSize$. When ChromaArrayType is not equal to 0, the variable $nCbSw_C$ is set equal to $( 1 \ll log2CbSize ) / SubWidthC$ and the variable $nCbSh_C$ is set equal to $( 1 \ll log2CbSize ) / SubHeightC$.<br><br>The decoding process for coding units coded in inter prediction mode consists of the following ordered steps:<br><br>ITU-T H.265 (V10), High Efficiency Video Coding § 8.5.1 (July 2024) (emphasis added).<br><br>The scaling and transformation process of §§ 8.6.2–8.6.3 performed by the Akamai '388 Product extracts the first quantization parameter from the decoded frame as a mandatory prerequisite to performing inverse scaling. The Akamai '388 Product's transcoding platform decode incoming video using H.265-compliant decoders. The de-quantizer within each decoder extracts the first quantization parameter from the encoded bitstream as part of the mandatory decoding process before any re-encoding occurs.<br><br>With a focus on innovation and cutting-edge technology, Harmonic has established itself as a key player in the media industry. The company offers a range of products and services designed to optimize video workflows, enhance video quality, and streamline content delivery to viewers worldwide. Harmonic's solutions encompass encoding, transcoding, stream processing, and delivery, enabling broadcasters and service providers to deliver high-quality video content efficiently and cost-effectively.<br><br>Through its advanced video compression technologies and cloud-based video delivery platforms, Harmonic helps customers deliver immersive viewing experiences across multiple screens and devices.<br><br>*Akamai MSL5: Media Services Live 5 Overview,* AKAMAI TECHDOCS (last visited March 2026), available at: https://techdocs.akamai.com/msl5-harmonic/docs/welcome-to-msl5 (emphasis added). |
| [3] The method of claim 1, wherein (b) further | The Akamai '388 Product performs the method of claim 1, wherein (b) further comprises receiving, by an adjustment module of the device, the first quantization parameter as an input to the function, wherein |

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 10,412,388

| | |
|---|---|
| comprises receiving, by an adjustment module of the device, the first quantization parameter as an input to the function, wherein the adjustment module is configured to compute the function. | the adjustment module is configured to compute the function.  The Akamai '388 Product includes an "adjustment module" that receives the first quantization parameter as an input to the function that computes the delta QP. This adjustment module corresponds to the rate-control engine within the encoder component of the transcoding/re-encoding pipeline.<br><br>In the Akamai '388 Product, the adjustment module is the perceptual quality optimization engine that receives the first QP (from the decoded source video) as an input and computes the delta QP needed to achieve the target quality/bitrate tier.  The *perceptualQuality* setting configures this adjustment module with five tiers that define the parameters:<br><br><br><br>*Akamai Image and Video Manager: API — Akamai_Imaging_Policy_Video,* AKAMAI TECHDOCS (last visited March 2026), available at: https://techdocs.akamai.com/terraform/docs/ivm-ds-policy-video (emphasis added). |

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 10,412,388

The Akamai '388 Product adjustment module receives the first QP as an input because the re-encoding QP must be computed relative to the source content's encoding characteristics. Specifically, the Akamai '388 Product adjustment module is the rate-control engine that receives the decoded stream's QP characteristics as input and computes the delta QP for each coding unit in the re-encoded output. This is designed to "optimize video workflows" and "enhance video quality"—functions that require the rate-control engine to receive and process the source QP as an input:

> industry. The company offers a range of products and services designed to optimize video workflows, enhance video quality, and streamline content delivery to viewers worldwide. Harmonic's solutions encompass encoding, transcoding, stream processing, and delivery, enabling broadcasters and service providers to deliver high-quality video content efficiently and cost-effectively.

*Akamai MSL5: Media Services Live 5 Overview,* AKAMAI TECHDOCS (last visited March 2026), available at: https://techdocs.akamai.com/msl5-harmonic/docs/welcome-to-msl5 (emphasis added).

The H.265 Standard's delta QP mechanism (Section 7.4.9.14) defines the output of the adjustment module—the CuQpDeltaVal—which represents the difference between the current coding unit's luma QP and its prediction:

> **7.4.9.14   Delta QP semantics**
>
> **cu_qp_delta_abs**, when present, specifies the absolute value of the difference CuQpDeltaVal between the luma quantization parameter of the current coding unit and its prediction.
>
> **cu_qp_delta_sign_flag**, when present, specifies the sign of the difference CuQpDeltaVal between the luma quantization parameter of the current coding unit and its prediction.
>
> It is a requirement of bitstream conformance that the value of CuQpDeltaVal shall be in the range of −( 26 + QpBdOffsetY / 2 ) to +( 25 + QpBdOffsetY / 2 ), inclusive.

ITU-T H.265 (V10), High Efficiency Video Coding § 7.4.9.14 (July 2024) (emphasis added).

| [4] The method of claim 1, wherein (b) further comprises determining the delta quantization parameter from the function configured to map the first quantization parameter to the delta quantization parameter. | The Akamai '388 Product performs the method of claim 1, wherein (b) further comprises determining the delta quantization parameter from the function configured to map the first quantization parameter to the delta quantization parameter.  The Akamai '388 Product determines the delta QP from a function that maps the first QP to the delta QP.  This mapping function takes the first QP as an input and produces a corresponding delta QP as an output.  The Akamai '388 Product's perceptualQuality optimization engine implements a mapping function that takes the first QP (from the source encoding) and maps it to a delta QP based on the configured quality tier.  For any given source QP, the perceptualQuality setting determines a target re-encoding QP, and the difference between that target and the source QP is the delta QP.  This constitutes a function that maps QPsource $\rightarrow \Delta$QP.  The five perceptualQuality tiers (high, mediumHigh, medium, mediumLow, low) define different mapping functions with different quality/bitrate tradeoff curves: |

*Akamai Image and Video Manager: API — Akamai_Imaging_Policy_Video,* AKAMAI TECHDOCS (last visited March 2026), available at: https://techdocs.akamai.com/terraform/docs/ivm-ds-policy-video (emphasis added).

The H.265 standard defines a structural mapping from the predicted QP (qPY_PRED) to the delta QP (CuQpDeltaVal) within Equation (8-283). The encoder's rate-control algorithm determines the CuQpDeltaVal value for each coding unit as a function of the predicted QP, implementing a mapping: qPY_PRED → CuQpDeltaVal:

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 10,412,388

| | |
|---|---|
| | 4. The predicted luma quantization parameter $qP_{Y\_PRED}$ is derived as follows:<br><br>$$qP_{Y\_PRED} = ( qP_{Y\_A} + qP_{Y\_B} + 1 ) \gg 1 \qquad (8\text{-}282)$$<br><br>The variable $Qp_Y$ is derived as follows:<br><br>$$Qp_Y = ( ( qP_{Y\_PRED} + CuQpDeltaVal + 52 + 2 * QpBdOffset_Y ) \% ( 52 + QpBdOffset_Y ) ) - QpBdOffset_Y \quad (8\text{-}283)$$<br><br>The luma quantization parameter $Qp'_Y$ is derived as follows:<br><br>$$Qp'_Y = Qp_Y + QpBdOffset_Y \qquad (8\text{-}284)$$<br><br>ITU-T H.265 (V10), High Efficiency Video Coding § 8.6.1, Eq. (8-283) (July 2024) (emphasis added). |
| [5] The method of claim 1, wherein (b) further comprises determining the delta quantization parameter from the function configured to select a positive delta quantization parameter responsive to the first quantization parameter being below a predetermined threshold. | The Akamai '388 Product performs the method of claim 1, wherein (b) further comprises determining the delta quantization parameter from the function configured to select a positive delta quantization parameter responsive to the first quantization parameter being below a predetermined threshold. The Akamai '388 Product's re-encoding function is configured to select a positive delta QP (i.e., to increase the QP relative to the source) when the first QP is below a predetermined threshold. A low first QP corresponds to a high-quality, high-bitrate source encoding. When the source is already encoded at high quality (low QP), the re-encoding function increases the QP by a positive delta to achieve bitrate savings—the core purpose of the re-encoding optimization.<br><br>Akamai '388 Product perceptualQuality optimization is designed to reduce byte size while maintaining acceptable quality. When a source video is encoded at high quality (low QP, below a threshold), IVM's re-encoding function increases the QP (applies a positive delta) to achieve the target byte savings. Akamai documentation confirms the function is designed to reduce byte size from the source encoding: |

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 10,412,388

| | | |
|---|---|---|
| hosts | | The hosts allowed for video URLs within variables. |
| output | | The output quality of each resized video. Includes:<br><br>• `perceptual_quality` . The visual quality of derivative videos after they have been compressed to maximize byte savings. You can select one of five perceptual quality values: `high` , `mediumHigh` , `medium` , `mediumLow` , or `low` .<br><br>  `high` results in the highest visual quality with the least byte savings, while `low` results in lower visual quality with the greatest byte savings.<br><br>• `perceptual_quality_var` . Use this argument instead of `perceptual_quality` if setting a variable.<br><br>• `placeholder_video_url` . The URL for a specific placeholder video that appears when the user first requests a video and Image and Video Manager is still processing the derivative video. |

*Akamai Image and Video Manager: API — Akamai_Imaging_Policy_Video,* AKAMAI TECHDOCS (last visited March 2026), available at: https://techdocs.akamai.com/terraform/docs/ivm-ds-policy-video (emphasis added).

Even at the "high" tier, the Akamai '388 Product produces reduced byte savings, which requires a positive delta QP when the source QP is sufficiently low. At the "low" tier, the positive delta is larger, producing greater byte savings.  The Akamai '388 Product in compliance with the H.265 standard permits CuQpDeltaVal to be positive, which directly increases the QP for the current coding unit relative to its prediction:

Page 26 of 70

Case 1:24-cv-01336-MN  Document 33-1  Filed 04/29/26  Page 267 of 602 PageID #:
2263

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 10,412,388

**7.4.9.14  Delta QP semantics**

**cu_qp_delta_abs**, when present, specifies the absolute value of the difference CuQpDeltaVal between the luma quantization parameter of the current coding unit and its prediction.

**cu_qp_delta_sign_flag**, when present, specifies the sign of the difference CuQpDeltaVal between the luma quantization parameter of the current coding unit and its prediction.

It is a requirement of bitstream conformance that the value of CuQpDeltaVal shall be in the range of −( 26 + QpBdOffsetY / 2 ) to +( 25 + QpBdOffsetY / 2 ), inclusive.

ITU-T H.265 (V10), High Efficiency Video Coding § 7.4.9.14 (July 2024) (emphasis added).

| [6] The method of claim 1, wherein (b) further comprises determining the delta quantization parameter from the function configured to select a negative delta quantization parameter responsive to the first quantization parameter being above a predetermined threshold. | The Akamai '388 Product performs the method of claim 1, wherein (b) further comprises determining the delta quantization parameter from the function configured to select a negative delta quantization parameter responsive to the first quantization parameter being above a predetermined threshold. Specifically, the Akamai '388 Product's re-encoding function is configured to select a negative delta QP (i.e., to decrease the QP relative to the source) when the first QP is above a predetermined threshold. A high first QP corresponds to a compressed, lower-quality source encoding. When the source is already encoded at low quality (high QP, above a threshold), the re-encoding function may decrease the QP by a negative delta to prevent further quality degradation below the configured quality floor.

The Akamai '388 Product performs perceptual quality optimization that is designed to maintain perceived video quality. When a source is already compressed (high QP), blindly increasing the QP further would degrade quality below acceptable thresholds. Akamai '388 Product documentation for images confirms that the perceptual quality system can increase encoding quality (lower QP, negative delta) when necessary to maintain perceived quality: |
|---|---|

| | |
|---|---|
| | <br>• **Variables:** Within a policy, you can define a set of variables that supply the values to use with transformations.<br><br>• **Quality** (default): Using a `quality` value from 1-100 resembles JPEG quality across output formats. The default is 85.<br><br>• <mark>**Perceptual Quality:**</mark> Dynamically tunes the quality parameter for each image format based on the human-perceived quality of the output image. <mark>For better byte savings without compromising perception of the image, use `perceptualQuality` instead of `quality` to encode many images at a much lower quality.</mark> For certain images that need to maintain human-perceived quality, encode them at a slightly higher quality.<br><br>*Akamai Image and Video Manager: API — IVM Concepts,* AKAMAI TECHDOCS (last visited March 2026), available at: https://techdocs.akamai.com/ivm/reference/concepts (emphasis added) (showing that the perceptual quality function can select a negative delta QP (higher quality = lower QP) when the source is already compressed.).<br><br>In compliance with the H.265 standard the Akamai '388 Product permits CuQpDeltaVal to be negative, which decreases the QP for the current coding unit:<br><br>**7.4.9.14   Delta QP semantics**<br><br>**cu_qp_delta_abs**, when present, specifies the absolute value of the difference CuQpDeltaVal between the luma quantization parameter of the current coding unit and its prediction.<br><br>**cu_qp_delta_sign_flag**, when present, specifies the sign of the difference CuQpDeltaVal between the luma quantization parameter of the current coding unit and its prediction.<br><br><mark>It is a requirement of bitstream conformance that the value of CuQpDeltaVal shall be in the range of −( 26 + QpBdOffsetY / 2 ) to +( 25 + QpBdOffsetY / 2 ), inclusive.</mark><br><br>ITU-T H.265 (V10), High Efficiency Video Coding § 7.4.9.14 (July 2024) (emphasis added). |
| [7] The method of claim 1, wherein the function is further configured to | The Akamai '388 Product performs the method of claim 1, wherein the function is further configured to maintain the level of quality to a same quality of level as the decoded frame.  Specifically, the Akamai '388 Product quality optimization function can be configured to maintain the output video at the same |

Case 1:24-cv-01336-MN   Document 33-1   Filed 04/29/26   Page 269 of 602 PageID #: 2265

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 10,412,388

| maintain the level of quality to a same quality of level as the decoded frame. | quality level as the decoded (source) frame.  Further, the Akamai '388 Product contains a "high" perceptualQuality tier that is expressly configured to preserve the source video's quality level.  Akamai documentation states that the "high" setting "preserves video quality": |
|---|---|
| | |

Below the image:

*Akamai Image and Video Manager: API — Akamai_Imaging_Policy_Video,* AKAMAI TECHDOCS (last visited March 2026), available at: https://techdocs.akamai.com/terraform/docs/ivm-ds-policy-video (emphasis added).

The "high" tier is configured to maintain the output at the same quality level as the source (decoded) frame, with only minimal byte savings.  This is functionality where the delta QP of zero or near-zero maintains the same quality level as the decoded frame.  For images, the Akamai '388 Product perceptualQualityFloor setting further confirms the ability to maintain source quality by establishing a minimum quality floor:

Case 1:24-cv-01336-MN     Document 33-1     Filed 04/29/26     Page 270 of 602 PageID #: 2266

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 10,412,388

> If you selected **Perceptual Quality**, you can:
>
> - Select a qualitative fixed value from the list, for example, Medium High, or
>
> - Select the variable containing the qualitative value.
>   The higher the numerical or qualitative value, the higher the quality of the resulting derivative images, but the lower the byte savings.
>
> 3. If you selected Perceptual Quality, set the **Perceptual Quality Minimum**. This is the minimum quality level of derivative images. Perceptual quality won't reduce quality below this value, even if an image with greater compression would be acceptably visually similar.

*Akamai Image and Video Manager: Configuration – Optimize your Images,* AKAMAI TECHDOCS (last visited March 2026), available at: https://techdocs.akamai.com/ivm/docs/optimize-images (emphasis added).

When the perceptualQualityFloor is set to a value corresponding to the source quality, the function is configured to maintain the same quality level by the Akamai '388 Product.

| | |
|---|---|
| [8] The method of claim 1, wherein (c) further comprises determining the second quantization parameter by adding the delta quantization parameter to the first quantization parameter. | The Akamai '388 Product performs the method of claim 1, wherein (c) further comprises determining the second quantization parameter by adding the delta quantization parameter to the first quantization parameter.  The Akamai '388 Product determines the second quantization parameter by adding the delta quantization parameter (CuQpDeltaVal) to the first quantization parameter (qPY_PRED). This addition operation is mandated by the H.265 standard.  In compliance with the H.265 standard the Akamai '388 Product performs Section 8.6.1 of the H.265 standard wherein the second quantization parameter (QpY) is derived by adding the delta QP (CuQpDeltaVal) to the predicted QP (qPY_PRED), with modular arithmetic applied for wraparound protection: |

Case 1:24-cv-01336-MN   Document 33-1   Filed 04/29/26   Page 271 of 602 PageID #:
2267

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 10,412,388

4. The predicted luma quantization parameter $qP_{Y\_PRED}$ is derived as follows:

$$qP_{Y\_PRED} = ( qP_{Y\_A} + qP_{Y\_B} + 1 ) >> 1 \qquad (8\text{-}282)$$

The variable $Qp_Y$ is derived as follows:

$$Qp_Y = ( ( qP_{Y\_PRED} + CuQpDeltaVal + 52 + 2 * QpBdOffset_Y )\%( 52 + QpBdOffset_Y ) ) - QpBdOffset_Y \qquad (8\text{-}283)$$

The luma quantization parameter $Qp'_Y$ is derived as follows:

$$Qp'_Y = Qp_Y + QpBdOffset_Y \qquad (8\text{-}284)$$

ITU-T H.265 (V10), High Efficiency Video Coding § 8.6.1, Eq. (8-283) (July 2024) (emphasis added).

The core mathematical operation in this formula is the addition of qPY_PRED (the first/predicted quantization parameter) and CuQpDeltaVal (the delta quantization parameter). The modular arithmetic (% (52 + QpBdOffsetY)) and the offset subtraction (− QpBdOffsetY) are merely wraparound and normalization operations applied after the addition. When QpBdOffsetY is zero (the common case for 8-bit video), the formula simplifies to:  *QpY = (qPY_PRED + CuQpDeltaVal + 52) % 52* which is functionally the addition of the delta QP to the predicted QP, with modular wraparound.

The delta QP syntax (Section 7.3.8.14) further confirms the additive relationship:

| | |
|---|---|
| | **7.3.8.14 Delta QP syntax** |
| | |

| delta_qp( ) { | Descriptor |
|---|---|
|   if( cu_qp_delta_enabled_flag && !IsCuQpDeltaCoded ) { | |
|     IsCuQpDeltaCoded = 1 | |
|     **cu_qp_delta_abs** | ae(v) |
|     if( cu_qp_delta_abs ) { | |
|       **cu_qp_delta_sign_flag** | ae(v) |
|       CuQpDeltaVal = cu_qp_delta_abs * ( 1 − 2 * cu_qp_delta_sign_flag ) | |
|     } | |
|   } | |
| } | |

ITU-T H.265 (V10), High Efficiency Video Coding § 7.3.8.14 (July 2024) (emphasis added).

This value is then added to the predicted QP in Equation (8-283) to determine the second QP by the Akamai '388 Product. Any H.265-compliant encoder in the Akamai '388 Product performs this addition to derive the second quantization parameter.

| | |
|---|---|
| [9] The method of claim 1, wherein (c) further comprises determining the second quantization parameter based at least on a quality degradation offset, wherein the quality degradation offset indicates an amount of quality degradation. | The Akamai '388 Product performs the method of claim 1, wherein (c) further comprises determining the second quantization parameter based at least on a quality degradation offset, wherein the quality degradation offset indicates an amount of quality degradation. The Akamai '388 Product determines the second quantization parameter based at least on a quality degradation offset that indicates an amount of quality degradation. In the H.265 encoding framework, multiple offset mechanisms serve as "quality degradation offsets"—each indicates an amount by which quality may be degraded (or adjusted) relative to a baseline. In compliance with the H.265 Standard, the Akamai '388 Product uses several offset mechanisms that are incorporated into the second QP derivation and that indicate an amount of quality degradation. The slice_qp_delta syntax element directly controls the initial QP offset for the entire slice: |

> **slice_qp_delta** specifies the initial value of $Qp_Y$ to be used for the coding blocks in the slice until modified by the value of CuQpDeltaVal in the coding unit layer. The initial value of the $Qp_Y$ quantization parameter for the slice, $SliceQp_Y$, is derived as follows:
>
> $$SliceQp_Y = 26 + init\_qp\_minus26 + slice\_qp\_delta \qquad (7\text{-}54)$$
>
> The value of $SliceQp_Y$ shall be in the range of $-QpBdOffset_Y$ to $+51$, inclusive.
>
> **slice_cb_qp_offset** specifies a difference to be added to the value of pps_cb_qp_offset when determining the value of the $Qp'_{Cb}$ quantization parameter. The value of slice_cb_qp_offset shall be in the range of $-12$ to $+12$, inclusive. When slice_cb_qp_offset is not present, it is inferred to be equal to 0. The value of pps_cb_qp_offset + slice_cb_qp_offset shall be in the range of $-12$ to $+12$, inclusive.

ITU-T H.265 (V10), High Efficiency Video Coding § 7.4.7.1, Eq. (7-54) (July 2024) (emphasis added).

The slice_qp_delta value is a quality degradation offset: a positive value increases the QP (more quantization, more quality degradation), while a negative value decreases the QP (less quantization, less degradation). The magnitude of slice_qp_delta directly indicates the amount of quality degradation relative to the PPS-level baseline. Additionally, the chroma QP offsets (pps_cb_qp_offset, slice_cb_qp_offset, and their Cr counterparts) are incorporated into the chroma QP derivation per Section 8.6.1 by the Akamai '388 Product:

> **pps_cb_qp_offset** and **pps_cr_qp_offset** specify the offsets to the luma quantization parameter $Qp'_Y$ used for deriving $Qp'_{Cb}$ and $Qp'_{Cr}$, respectively. The values of pps_cb_qp_offset and pps_cr_qp_offset shall be in the range of $-12$ to $+12$, inclusive. When ChromaArrayType is equal to 0, pps_cb_qp_offset and pps_cr_qp_offset are not used in the decoding process and decoders shall ignore their value.
>
> **pps_slice_chroma_qp_offsets_present_flag** equal to 1 indicates that the slice_cb_qp_offset and slice_cr_qp_offset syntax elements are present in the associated slice headers. pps_slice_chroma_qp_offsets_present_flag equal to 0 indicates that these syntax elements are not present in the associated slice headers. When ChromaArrayType is equal to 0, pps_slice_chroma_qp_offsets_present_flag shall be equal to 0.
>
> **weighted_pred_flag** equal to 0 specifies that weighted prediction is not applied to P slices. weighted_pred_flag equal to 1 specifies that weighted prediction is applied to P slices.

ITU-T H.265 (V10), High Efficiency Video Coding § 7.4.3.3.1 (July 2024) (emphasis added).

> **slice_act_y_qp_offset, slice_act_cb_qp_offset** and **slice_act_cr_qp_offset** specify offsets to the quantization parameter values qP derived in clause 8.6.2 for luma, Cb, and Cr components, respectively. The values of slice_act_y_qp_offset, slice_act_cb_qp_offset and slice_act_cr_qp_offset shall be in the range of −12 to +12, inclusive. When not present, the values of slice_act_y_qp_offset, slice_act_cb_qp_offset, and slice_act_cr_qp_offset are inferred to be equal to 0. The value of PpsActQpOffsetY + slice_act_y_qp_offset shall be in the range of −12 to +12, inclusive. The value of PpsActQpOffsetCb + slice_act_cb_qp_offset shall be in the range of −12 to +12, inclusive. The value of PpsActQpOffsetCr + slice_act_cr_qp_offset shall be in the range of −12 to +12, inclusive.
>
> **cu_chroma_qp_offset_enabled_flag** equal to 1 specifies that the cu_chroma_qp_offset_flag may be present in the transform unit syntax. cu_chroma_qp_offset_enabled_flag equal to 0 specifies that the cu_chroma_qp_offset_flag is not present in the transform unit syntax. When not present, the value of cu_chroma_qp_offset_enabled_flag is inferred to be equal to 0.

ITU-T H.265 (V10), High Efficiency Video Coding § 7.4.7.1 (July 2024) (emphasis added).

Each of these offsets indicates an amount of quality degradation (or quality adjustment) that is applied when deriving the second quantization parameter. The Akamai '388 Product's H.265 encoder necessarily uses these standard-mandated offsets when computing the second QP.

Further, the Akamai '388 Product uses perceptualQuality tiers as quality degradation offsets at the application level.  Each tier below "high" indicates a progressively greater amount of quality degradation accepted in exchange for byte savings:

<table>
<tr><td colspan="2">

| hosts | The hosts allowed for video URLs within variables. |
|---|---|
| output | The output quality of each resized video. Includes:<br>• `perceptual_quality`. The visual quality of derivative videos after they have been compressed to maximize byte savings. You can select one of five perceptual quality values: `high`, `mediumHigh`, `medium`, `mediumLow`, or `low`.<br><br>`high` results in the highest visual quality with the least byte savings, while `low` results in lower visual quality with the greatest byte savings.<br><br>• `perceptual_quality_var`. Use this argument instead of `perceptual_quality` if setting a variable.<br><br>• `placeholder_video_url`. The URL for a specific placeholder video that appears when the user first requests a video and Image and Video Manager is still processing the derivative video. |

*Akamai Image and Video Manager: API — Akamai_Imaging_Policy_Video,* AKAMAI TECHDOCS (last visited March 2026), available at: https://techdocs.akamai.com/terraform/docs/ivm-ds-policy-video (emphasis added) (The difference between the "high" tier (minimal degradation) and lower tiers (e.g., "medium," "low") represents a quality degradation offset that is factored into the second QP computation).

</td></tr>
<tr><td>

[11PRE] A system comprising:

</td><td>

Akamai tests and uses a system for video compression using adaptive re-quantization using extracted and derived quantization parameters comprising each and every limitation of the claim, and directly infringes the claim on at least these bases. *See, e.g.,* [11a]-[11e]. To the extent the preamble is limiting, the Akamai '388 Product is a system for video compression using adaptive re-quantization using extracted and derived quantization parameters. [11a]-[11e].

Additionally, and/or in the alternative, Akamai indirectly infringes the claim, for example by actively inducing third-party infringement (*e.g.,* infringement by Akamai's Product end-users and/or third-party integrators). *See, e.g.,* [11a]-[11e]. Moreover, Akamai induces infringement under 35 U.S.C. § 271(b)

</td></tr>
</table>

Case 1:24-cv-01336-MN    Document 33-1    Filed 04/29/26    Page 276 of 602 PageID #:
2272

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 10,412,388

| | by encouraging its customers and end users to infringe by offering, testing, using, and selling a system for practicing the '388 patent in the United States.<br><br>Unless otherwise noted, OptiMorphix contends that every element of each asserted claim is literally met by the Akamai '388 Product.  To the extent Akamai claims any element is not literally met, OptiMorphix asserts that such element is nonetheless satisfied under the doctrine of equivalents.  No substantial differences between the patent claim elements and the corresponding features of the Akamai '388 Product exists.  In every instance, each element of the apparatus described in the claim is in the Akamai '388 Product for substantially the same function, in substantially the same way, and to achieve substantially the same result as the corresponding claim element.<br><br>The Akamai '388 Product is capable of performing video transcoding and re-encoding.  Specifically, the Akamai '388 Product receives a video file from an origin server, decode it, and re-encodes it into optimized videos at various quality levels. |
|---|---|

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 10,412,388

| |
|---|

|  |  |
|---|---|
|  | Image and Video Manager offers a simple way to intelligently manage, optimize, and modify your images and short-form videos. With Image and Video Manager, you can deliver a smooth, efficient, visually engaging customer experience that can also save you time and money.<br><br>You can configure Image and Video Manager to:<br><br>• Deliver images and videos in the best width and format for the requesting device, operating system, and browser<br><br>• Reduce the byte size of images and videos without any perceptible reduction in visual quality<br><br>• Override image quality settings and deliver lower quality images when a slower connection speed is detected<br><br>• Automatically apply artistic transformations such as cropping, rotation, resizing, color adjustment, and watermarks to images<br><br>*Akamai Image and Video Manager,* AKAMAI TECHDOCS WEBSITE (last visited March 2026), available at: https://techdocs.akamai.com/ivm/docs/welcome-ivm (emphasis added).<br><br>In addition, Akamai Media Services Live ("MSL") and Media Services Live 5 ("MSL5") provide OTT transcoding of video content wherein encoded frames are decoded and then reencoded. |

> With a focus on innovation and cutting-edge technology, Harmonic has established itself as a key player in the media industry. The company offers a range of products and services designed to optimize video workflows, enhance video quality, and streamline content delivery to viewers worldwide. Harmonic's solutions ==encompass encoding, transcoding, stream processing, and delivery, enabling broadcasters and service providers to deliver high-quality video content== efficiently and cost-effectively.
>
> Through its advanced video compression technologies and cloud-based video delivery platforms, Harmonic helps customers deliver immersive viewing experiences across multiple screens and devices.

*Akamai Media Services Live 5 Overview,* AKAMAI TECHDOCS WEBSITE (last visited March 2026), available at: https://techdocs.akamai.com/msl5-harmonic/docs/welcome-to-msl5 (emphasis added).

The Akamai '388 Product is capable of performing a method for encoding, transcoding, and delivering video content. Akamai partners with Harmonic to provide Over-The-Top (OTT) transcoding of video streams over the Akamai network.

> • **Personal Content Recording:** Cost-effective and flexible recording and time-shifting capabilities, support both nPVR (Network Personal Video Recorder) and cDVR (Cloud Digital Video Recorder). This will enhance the viewer experience by offering personalized content access.
>
> 📋 ==MSL5 is equipped for seamless integration with Harmonic's cutting-edge VOS360 solutions, catering to features related to Transcoding and Content Monetization. This includes features such as Over-The-Top (OTT) transcoding and Dynamic Ad Insertion (DAI), ensuring a high-quality streaming experience and optimized monetization opportunities.==

Akamai MSL5: MSL4 to MSL5: Key Benefits and Rationale, AKAMAI TECHDOCS (last visited March 2026), available at: https://techdocs.akamai.com/msl5-harmonic/docs/msl4-to-msl5-key-benefits-and-rationale (emphasis added).

The MSL5 documentation confirms that the Accused Product performs OTT transcoding (a method of receiving an encoded video stream) decoding it and re-encoding it for optimized delivery to end users.

**0.7   Overview of the design characteristics**

The coded representation specified in the syntax is designed to enable a high compression capability for a desired image or video quality. The algorithm is typically not lossless, as the exact source sample values are typically not preserved through the encoding and decoding processes. A number of techniques may be used to achieve highly efficient compression. Encoding algorithms (not specified in this Recommendation | International Standard) may select between inter and intra coding for block-shaped regions of each picture. Inter coding uses motion vectors for block-based inter prediction to exploit temporal statistical dependencies between different pictures. Intra coding uses various spatial prediction modes to exploit spatial statistical dependencies in the source signal for a single picture. Motion vectors and intra prediction modes may be specified for a variety of block sizes in the picture. The prediction residual may then be

ITU-T H.265 (V10), HIGH EFFICIENCY VIDEO CODING § 0.7 (July 2024) (emphasis added).

The H.265/HEVC standard confirms that the encoding and decoding processes constitute a method of video compression. The Akamai '388 Product implements this standard in its transcoding pipeline, thereby performing a "method" within the meaning of the claim.

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 10,412,388



*OTT on Cloud Transcoding*, AKAMAI DATASHEET at 3 (2024).

Akamai's Image and Video Manager further automates the creation of derivative videos in various sizes and formats, confirming that the Accused Product practices a method of processing and re-encoding video content for optimized delivery.

Case 1:24-cv-01336-MN    Document 33-1    Filed 04/29/26    Page 281 of 602 PageID #: 2277

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 10,412,388

| | |
|---|---|
| | Select one of the following visual quality levels for your derivative videos:<br><br>• **High.** The derivative video is of the highest visual quality but has the smallest reduction in byte size<br><br>• **Medium High.** The derivative video is of high visual quality and has a small reduction in byte size<br><br>• **Medium.** The derivative video is of medium visual quality and results in moderate byte savings<br><br>• **Medium Low.** The derivative video is of a low visual quality and a large reduction in byte size<br><br>• **Low.** The derivative is of the lowest visual quality but has the largest reduction in byte size<br><br>*Akamai Image and Video Manager: Configuration – Optimize Your Videos*, AKAMAI TECHDOCS (last visited March 2026), *available at*: https://techdocs.akamai.com/ivm/docs/optimize-videos. |
| [11a] a device comprising one or more processors, coupled to memory and configured to: | The Akamai '388 Product comprises a device comprising one or more processors coupled to memory.<br><br>For example, the Akamai '388 Product "utilizes public cloud infrastructure in multiple geographic locations." *What is a Distributed Cloud*, AKAMAI WEBSITE, *available at*: https://www.akamai.com/glossary/what-is-a-distributed-cloud.<br><br>The Akamai's 388 Products' "distributed cloud infrastructure" comprises the "entire technology stack" "distributed to different locations, wherever a customer needs it." *Id.* This "entire technology stack" includes one or more processors coupled to memory. |
| [11b] identify a first quantization parameter used to encode a decoded frame; | The Akamai '388 Product is configured to identify a first quantization parameter used to encode a decoded frame.<br><br>During the OTT transcoding process, the Akamai '388 Product decodes an incoming H.265/HEVC-encoded video bitstream. During this decoding process, the device derives the quantization parameter (QP) that was used by the original encoder to encode each frame. The H.265/HEVC standard |

Page 41 of 70

specifies how the QP is identified during the decoding process. This identified QP constitutes the "first quantization parameter" of the claim.

The HEVC standard defines the derivation process for quantization parameters in Section 8.6.1. During decoding, the luma quantization parameter QpY is derived for each coding unit. The first step in this derivation is computing the predicted luma quantization parameter qPY_PRED, which serves as the baseline from which the QP for each coding unit is determined:

> The predicted luma quantization parameter $qP_{Y\_PRED}$ is derived by the following ordered steps:
>
> 1. The variable $qP_{Y\_PREV}$ is derived as follows:
>    - If one or more of the following conditions are true, $qP_{Y\_PREV}$ is set equal to $SliceQp_Y$:
>      - The current quantization group is the first quantization group in a slice.
>      - The current quantization group is the first quantization group in a tile.
>      - The current quantization group is the first quantization group in a CTB row of a tile and entropy_coding_sync_enabled_flag is equal to 1.

ITU-T H.265 (V10), High Efficiency Video Coding § 8.6.1 (July 2024) (emphasis added).

The standard further specifies that the predicted QP is derived from the QP values of neighboring coding units:

Case 1:24-cv-01336-MN    Document 33-1    Filed 04/29/26    Page 283 of 602 PageID #:
2279

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 10,412,388

> 4. The predicted luma quantization parameter $qP_{Y\_PRED}$ is derived as follows:
>
> $$qP_{Y\_PRED} = ( qP_{Y\_A} + qP_{Y\_B} + 1 ) >> 1 \qquad (8\text{-}282)$$
>
> The variable $Qp_Y$ is derived as follows:
>
> $$Qp_Y = ( ( qP_{Y\_PRED} + CuQpDeltaVal + 52 + 2 * QpBdOffset_Y )\%( 52 + QpBdOffset_Y ) ) - QpBdOffset_Y \qquad (8\text{-}283)$$
>
> The luma quantization parameter $Qp'_Y$ is derived as follows:
>
> $$Qp'_Y = Qp_Y + QpBdOffset_Y \qquad (8\text{-}284)$$

ITU-T H.265 (V10), High Efficiency Video Coding § 8.6.1 (July 2024) (emphasis added).

When the Accused Product decodes an incoming stream, it necessarily executes this derivation process, thereby "identifying" the first quantization parameter that was used to encode each coding unit of the now-decoded frame. Additionally, the initial slice-level QP is established via the slice_qp_delta syntax element, providing the foundational QP for the entire slice:

> **slice_qp_delta** specifies the initial value of $Qp_Y$ to be used for the coding blocks in the slice until modified by the value of CuQpDeltaVal in the coding unit layer. The initial value of the $Qp_Y$ quantization parameter for the slice, $SliceQp_Y$, is derived as follows:
>
> $$SliceQp_Y = 26 + init\_qp\_minus26 + slice\_qp\_delta \qquad (7\text{-}54)$$
>
> The value of $SliceQp_Y$ shall be in the range of $-QpBdOffset_Y$ to $+51$, inclusive.

ITU-T H.265 (V10), High Efficiency Video Coding § 7.4.7.1 (July 2024).

This establishes the baseline QP for each slice, which is then refined at the coding unit level through the qPY_PRED derivation. The decoder parses and applies these parameters, thereby identifying the first QP used to encode each coding unit of the decoded frame. The Akamai '388 Product performs the

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 10,412,388

| | decoding step of the transcoding pipeline, during which it identifies the first quantization parameter by parsing and deriving QP values from the incoming HEVC bitstream as specified above. |
|---|---|
| | transform_skip_enabled_flag equal to 1 specifies that transform_skip_flag may be present in the residual coding syntax. transform_skip_enabled_flag equal to 0 specifies that transform_skip_flag is not present in the residual coding syntax.<br><br>cu_qp_delta_enabled_flag equal to 1 specifies that the diff_cu_qp_delta_depth syntax element is present in the PPS and that cu_qp_delta_abs may be present in the transform unit syntax and the palette syntax. cu_qp_delta_enabled_flag equal to 0 specifies that the diff_cu_qp_delta_depth syntax element is not present in the PPS and that cu_qp_delta_abs is not present in the transform unit syntax and the palette syntax.<br><br>ITU-T H.265 (V10), High Efficiency Video Coding § 7.4.3.3.1 (July 2024) (emphasis added).<br><br>This PPS-level flag enables the signaling of QP deltas at the coding unit level, confirming that the HEVC standard provides a mechanism for signaling and deriving QP values throughout the bitstream, which the decoder (the Akamai '388 Product) parses to identify the first QP. |
| [11c] determine a delta quantization parameter as a function of the first quantization parameter, wherein the function is configured to provide the delta quantization parameter based at least on obtaining a level of reduction in bitrate while maintaining a level of quality to a predetermined level; | The Akamai '388 Product is configured to determine a delta quantization parameter as a function of the first quantization parameter, wherein the function is configured to provide the delta quantization parameter based at least on obtaining a level of reduction in bitrate while maintaining a level of quality to a predetermined level.<br><br>The Akamai '388 Product decodes the incoming stream and identifies the first QP.  The Akamai '388 Product determines a new delta quantization parameter for the re-encoding step. The Akamai '388 Product utilizes advanced video compression to compress certain blocks to reduce bitrate while maintaining a predetermined high level of quality for the viewer. This bitrate reduction and quality maintenance is achieved at the HEVC codec level by determining a delta QP value that adjusts the first quantization parameter. The delta QP is computed as a function of the first QP because the transcoder must analyze the decoded content—whose visual characteristics were determined by the original QP. The HEVC standard defines the CuQpDeltaVal mechanism, which specifies the delta QP at the coding unit level via syntax elements cu_qp_delta_abs and cu_qp_delta_sign_flag: |

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 10,412,388

<table>
<tr><td></td><td>

**7.4.9.14  Delta QP semantics**

cu_qp_delta_abs, when present, specifies the absolute value of the difference CuQpDeltaVal between the luma quantization parameter of the current coding unit and its prediction.

cu_qp_delta_sign_flag, when present, specifies the sign of the difference CuQpDeltaVal between the luma quantization parameter of the current coding unit and its prediction.

It is a requirement of bitstream conformance that the value of CuQpDeltaVal shall be in the range of $-(26 + QpBdOffsetY / 2)$ to $+(25 + QpBdOffsetY / 2)$, inclusive.

ITU-T H.265 (V10), High Efficiency Video Coding § 7.4.9.14 (July 2024) (emphasis added).

CuQpDeltaVal is the "delta quantization parameter" of the claim.  When the Akamai '388 Product re-encodes (transcodes) the decoded frame, it determines a new CuQpDeltaVal for each coding unit.  This delta is a function of the first QP because the transcoder evaluates the decoded content (whose quality characteristics are defined by the first QP) to determine the adjustment.  The delta QP's role in adjusting the final QP is shown in the QP derivation formula in the HEVC standard:

The variable $Qp_Y$ is derived as follows:

$$Qp_Y = (( qP_{Y\_PRED} + CuQpDeltaVal + 52 + 2 * QpBdOffset_Y )\%( 52 + QpBdOffset_Y )) - QpBdOffset_Y \quad (8\text{-}283)$$

The luma quantization parameter $Qp'_Y$ is derived as follows:

$$Qp'_Y = Qp_Y + QpBdOffset_Y \quad (8\text{-}284)$$

ITU-T H.265 (V10), High Efficiency Video Coding § 8.6.1 (July 2024) (emphasis added).

</td></tr>
</table>

Page 45 of 70

|  | This formula shows that CuQpDeltaVal (the delta QP) adjusts the predicted QP and produces the final QP.  The delta QP is a function of the first QP because the transcoder's rate-distortion analyzes what QP was used originally and computes the change needed for the bitrate/quality profile.  The HEVC standard describes this quantization as achieving compression and preserving quality. |
|---|---|
|  | intra prediction modes may be specified for a variety of block sizes in the picture. The prediction residual may then be further compressed using a transform to remove spatial correlation inside the transform block before it is quantized, producing a possibly irreversible process that typically discards less important visual information while forming a close approximation to the source samples. Finally, the motion vectors or intra prediction modes may also be further compressed using a variety of prediction mechanisms, and, after prediction, are combined with the quantized transform coefficient information and encoded using arithmetic coding. |
|  | ITU-T H.265 (V10), High Efficiency Video Coding § 0.7 (July 2024) (emphasis added).<br><br>The quantization performed by the Akamai '388 Product balances bitrate reduction and quality maintenance. The delta QP controls the degree of this tradeoff: a larger delta QP increases compression (reducing bitrate) at the cost of some quality, while a smaller delta QP preserves quality at higher bitrate.  The Akamai '388 Product optimizes this bitrate-quality balance: |

Case 1:24-cv-01336-MN    Document 33-1    Filed 04/29/26    Page 287 of 602 PageID #: 2283

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 10,412,388

MSL5, the ultimate solution for delivering high-quality video content to global audiences, offers these benefits:

- **Access via the Akamai Connected Cloud.** Leverage the expertise of Harmonic and the robust infrastructure of Akamai to deliver a comprehensive streaming solution.

- **Seamless streaming experience.** MLS5 builds on the MSL4 capabilities to offer improved video quality, reduced latency, and enhanced playback reliability.

- **Advanced content delivery optimizations.** Meet the evolving needs of modern audiences to accommodate low-latency streaming, near real-time stream provisioning, and configure a playlist duration of up to 12 hours.

- **Cutting-edge security measures.** Protect content from unauthorized access and ensure data integrity throughout the streaming process.

- **Enhanced analytics and reporting capabilities.** Give your content providers valuable insights into viewer behavior, engagement metrics, and performance analytics. MSL5 is equipped for seamless integration with Harmonic's cutting-edge technologies, including Over-The-Top (OTT) transcoding and Dynamic Ad Insertion.

*Akamai Media Services Live: Overview,* AKAMAI TECHDOCS (last visited March 2026), available at: https://techdocs.akamai.com/msl5-harmonic/docs/welcome-to-msl5.

The Akamai '388 Product performs encoding that reduces a bitrate while maintaining quality using adaptive bitrate encoding at predetermined quality levels.

**7.4.9.14    Delta QP semantics**

**cu_qp_delta_abs**, when present, specifies the absolute value of the difference CuQpDeltaVal between the luma quantization parameter of the current coding unit and its prediction.

**cu_qp_delta_sign_flag**, when present, specifies the sign of the difference CuQpDeltaVal between the luma quantization parameter of the current coding unit and its prediction.

It is a requirement of bitstream conformance that the value of CuQpDeltaVal shall be in the range of $-( 26 + \text{QpBdOffsetY} / 2 )$ to $+( 25 + \text{QpBdOffsetY} / 2 )$, inclusive.

ITU-T H.265 (V10), High Efficiency Video Coding § 7.4.9.14 (July 2024) (emphasis added).

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 10,412,388

| [11d] determine a second quantization parameter for encoding the decoded frame based at least on the first quantization parameter and the delta quantization parameter; and | The Akamai '388 Product is configured to determine a second quantization parameter for encoding the decoded frame based at least on the first quantization parameter and the delta quantization parameter. |
|---|---|
| | The Akamai '388 Product determine a second quantization parameter for encoding the coding units within the decoded frame. In compliance with the HEVC Standard the Akamai '388 Product determines the second quantization parameter (QpY) by combining the first quantization parameter (qPY_PRED) and the delta quantization parameter (CuQpDeltaVal). |

4. The predicted luma quantization parameter $qP_{Y\_PRED}$ is derived as follows:

$$qP_{Y\_PRED} = ( qP_{Y\_A} + qP_{Y\_B} + 1 ) >> 1 \qquad (8\text{-}282)$$

The variable $Qp_Y$ is derived as follows:

$$Qp_Y = ( ( qP_{Y\_PRED} + CuQpDeltaVal + 52 + 2 * QpBdOffset_Y )\%( 52 + QpBdOffset_Y ) ) - QpBdOffset_Y \qquad (8\text{-}283)$$

ITU-T H.265 (V10), High Efficiency Video Coding § 8.6.1 (July 2024) (emphasis added).
This formula shows the second QP (QpY for re-encoding) is determined "based at least on" the first quantization parameter (qPY_PRED) and the delta quantization parameter (CuQpDeltaVal). The term QpBdOffsetY is a normalization constant that does not change the dependency of qPY_PRED and CuQpDeltaVal. The predicted QP (qPY_PRED) used in the above equation by the Akamai '388 Product is computed from QP values of neighboring coding units by the Akamai '388 Product.

4. The predicted luma quantization parameter $qP_{Y\_PRED}$ is derived as follows:

$$qP_{Y\_PRED} = ( qP_{Y\_A} + qP_{Y\_B} + 1 ) >> 1 \qquad (8\text{-}282)$$

The variable $Qp_Y$ is derived as follows:

$$Qp_Y = ( ( qP_{Y\_PRED} + CuQpDeltaVal + 52 + 2 * QpBdOffset_Y )\%( 52 + QpBdOffset_Y ) ) - QpBdOffset_Y \qquad (8\text{-}283)$$

ITU-T H.265 (V10), High Efficiency Video Coding § 8.6.1 (July 2024) (emphasis added).

Case 1:24-cv-01336-MN    Document 33-1    Filed 04/29/26    Page 289 of 602 PageID #:
2285

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 10,412,388

The predicted QP for re-encoding is informed by the first QP because the Akamai '388 Product's rate-control uses the original encoding parameters to set the initial QP and slice-level QP for the new encoding. The slice-level QP establishes the baseline as shown below.

> **slice_qp_delta** specifies the initial value of $Qp_Y$ to be used for the coding blocks in the slice until modified by the value of CuQpDeltaVal in the coding unit layer. The initial value of the $Qp_Y$ quantization parameter for the slice, $SliceQp_Y$, is derived as follows:
>
> $$SliceQp_Y = 26 + init\_qp\_minus26 + slice\_qp\_delta \qquad (7\text{-}54)$$
>
> The value of $SliceQp_Y$ shall be in the range of $-QpBdOffset_Y$ to $+51$, inclusive.

ITU-T H.265 (V10), High Efficiency Video Coding § 7.4.7.1 (July 2024) (emphasis added).

The Akamai '388 Product sets init_qp_minus26 and slice_qp_delta for the re-encoding based on the first QP. Combined with CuQpDeltaVal, these parameters determine the second QP (QpY) used for encoding the coding unit of the decoded frame.

> MSL5 is equipped for seamless integration with Harmonic's cutting-edge VOS360 solutions, catering to features related to Transcoding and Content Monetization. This includes features such as Over-The-Top (OTT) transcoding and Dynamic Ad Insertion (DAI), ensuring a high-quality streaming experience and optimized monetization opportunities.
>
> Please contact your Akamai account representative for more information.

*Akamai MSL5: MSL4 to MSL5: Key Benefits and Rationale,* AKAMAI TECHDOCS (last visited March 2026), available at: https://techdocs.akamai.com/msl5-harmonic/docs/msl4-to-msl5-key-benefits-and-rationale (emphasis added).

| [11e] encode, the decoded frame using the second quantization parameter. | The Akamai '388 Product is configured to encode, the decoded frame using the second quantization parameter. |
| --- | --- |
| | The Akamai '388 Product uses the second quantization parameter (QpY) to encode the decoded frame. The second quantization parameter QpY is used as the basis for deriving the luma quantization parameter Qp′Y, which in turn is used to set the operational quantization parameter qP used in the scaling process: |

The variable $Qp_Y$ is derived as follows:

$$Qp_Y = ( ( qP_{Y\_PRED} + CuQpDeltaVal + 52 + 2 * QpBdOffset_Y )\%( 52 + QpBdOffset_Y ) ) - QpBdOffset_Y \quad (8\text{-}283)$$

The luma quantization parameter $Qp'_Y$ is derived as follows:

$$Qp'_Y = Qp_Y + QpBdOffset_Y \quad (8\text{-}284)$$

ITU-T H.265 (V10), High Efficiency Video Coding § 8.6.1 (July 2024) (emphasis added). The operational qP for the scaling process is then derived from Qp′Y:

Output of this process is the (nTbS)x(nTbS) array of residual samples r with elements r[ x ][ y ].

The quantization parameter qP is derived as follows:

– If cIdx is equal to 0, the following applies:

$$qP = Clip3( 0, 51 + QpBdOffsetY, Qp'Y + ( tu\_residual\_act\_flag[ xTbY ][ yTbY ] ?$$
$$PpsActQpOffsetY + slice\_act\_y\_qp\_offset : 0 ) ) \quad (8\text{-}291)$$

– Otherwise, if cIdx is equal to 1, the following applies:

$$qP = Qp'_{cb} \quad (8\text{-}292)$$

ITU-T H.265 (V10), High Efficiency Video Coding § 8.6.2 (July 2024) (emphasis added).

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 10,412,388

| | |
|---|---|
| | The above excerpt shows that the qP value is derived from the second quantization parameter and the qP value is used in the scaling and transformation process.<br><br>Where sizeId is specified in Table 7-3 for the size of the quantization matrix equal to (nTbS)x(nTbS) and matrixId is specified in Table 7-4 for sizeId, CuPredMode[ xTbY ][ yTbY ] and cIdx, respectively.<br><br>– The scaled transform coefficient d[ x ][ y ] is derived as follows:<br><br>$$d[x][y] = Clip3(\, coeffMin,\ coeffMax,\ ((\, TransCoeffLevel[xTbY][yTbY][cIdx][x][y] * m[x][y] *\ levelScale[qP\%6] << (qP/6)) + (1 << (bdShift-1))) >> bdShift)\qquad (8\text{-}309)$$<br><br>ITU-T H.265 (V10), High Efficiency Video Coding § 8.6.3 (July 2024) (emphasis added).<br><br>This formula demonstrates that the second quantization parameter, through the derivation chain QpY → Qp′Y → qP, controls the scaling of transform coefficients during encoding.  The qP determines the quantization step size through the levelScale lookup table and the shift operations (qP % 6 and qP / 6).  The Akamai '388 Product outputs re-encoded streams using H.265/HEVC, as shown in the below excerpt from Akamai documentation. |

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 10,412,388



*Akamai MSL5 Powered By Harmonic: Specifications*, AKAMAI TECHDOCS (last visited March 2026) available at: https://techdocs.akamai.com/msl5-harmonic/docs/msl5-origin-low-latency-hls-ingest-requirements (emphasis added).

The Akamai '388 Product outputs H.265/HEVC-encoded video, which necessarily uses the second quantization parameter in the encoding process as specified by the HEVC standard.

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 10,412,388



*OTT on Cloud Transcoding*, AKAMAI DATASHEET at 3 (2024).

| [12] The system of claim 11, wherein a de-quantizer of the device is configured to extract the first quantization parameter from the decoded frame. | The Akamai '388 Product comprises a de-quantizer configured to extract the first quantization parameter from the decoded frame.<br><br>The Akamai '388 Product includes a de-quantizer that extracts the first quantization parameter from the decoded frame. In the H.265/HEVC decoding process, the de-quantizer performs the inverse scaling (de-quantization) of transform coefficients. This de-quantization process is specified in Section 8.6.3 of the H.265 Standard. As a mandatory prerequisite to this process, the de-quantizer must extract the quantization parameter qP, which is the first quantization parameter used to encode the decoded frame.<br><br>In compliance with the HEVC Standard the Akamai '388 Product complies with Section 8.6.2 of the H.265 standard which specifies the "Scaling and transformation process," which constitutes the de-quantizer in the HEVC decoding pipeline . This process takes as a mandatory input the quantization |

Case 1:24-cv-01336-MN    Document 33-1    Filed 04/29/26    Page 294 of 602 PageID #:
2290

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 10,412,388

parameter qP, which must first be derived (extracted) per Section 8.6.1. The de-quantizer then invokes the scaling process of Section 8.6.3 using the extracted QP:

1. The scaling process for transform coefficients as specified in clause 8.6.3 is invoked with the transform block location ( xTbY, yTbY ), the size of the transform block nTbS, the colour component variable cIdx and the quantization parameter qP as inputs, and the output is an (nTbS)x(nTbS) array of scaled transform coefficients d.

2. The (nTbS)x(nTbS) array of residual samples r is derived as follows:

   – If transform_skip_flag[ xTbY ][ yTbY ][ cIdx ] is equal to 1, the residual sample array values $r[ x ][ y ]$ with $x = 0..nTbS − 1, y = 0..nTbS − 1$ are derived as follows:

   $$r[ x ][ y ] = ( \text{rotateCoeffs} \, ? \, d[ nTbS − x − 1 ][ nTbS − y − 1 ] : d[ x ][ y ] ) \ll \text{tsShift} \qquad (8\text{-}298)$$

ITU-T H.265 (V10), High Efficiency Video Coding § 8.6.2 (July 2024) (emphasis added).

In compliance with Section 8.6.3 the Akamai '388 Product uses the extracted QP to perform de-quantization of each transform coefficient:

Where sizeId is specified in Table 7-3 for the size of the quantization matrix equal to (nTbS)x(nTbS) and matrixId is specified in Table 7-4 for sizeId, CuPredMode[ xTbY ][ yTbY ] and cIdx, respectively.

– The scaled transform coefficient $d[ x ][ y ]$ is derived as follows:

$$d[ x ][ y ] = \text{Clip3}( \text{coeffMin, coeffMax}, ( ( \text{TransCoeffLevel}[ xTbY ][ yTbY ][ cIdx ][ x ][ y ] * m[ x ][ y ] * \text{levelScale}[ qP \% 6 ] \ll ( qP / 6 ) ) + ( 1 \ll ( \text{bdShift} − 1 ) ) ) \gg \text{bdShift} ) \qquad (8\text{-}309)$$

ITU-T H.265 (V10), High Efficiency Video Coding § 8.6.3, Eq. (8-309) (July 2024) (emphasis added).

The QP extraction is mandated by Section 8.6.1, which specifies the "Derivation process for quantization parameters." This process derives (extracts) Qp'Y, Qp'Cb, and Qp'Cr from the bitstream syntax elements. The derivation process is invoked as a mandatory step for every coding unit during decoding:

> Output of this process is a modified reconstructed picture before deblocking filtering.
>
> The derivation process for quantization parameters as specified in clause 8.6.1 is invoked with the luma location ( xCb, yCb ) as input.
>
> The variable $nCbS_L$ is set equal to $1 \ll \log2CbSize$. When ChromaArrayType is not equal to 0, the variable $nCbSw_C$ is set equal to $( 1 \ll \log2CbSize ) / SubWidthC$ and the variable $nCbSh_C$ is set equal to $( 1 \ll \log2CbSize ) / SubHeightC$.
>
> The decoding process for coding units coded in inter prediction mode consists of the following ordered steps:

ITU-T H.265 (V10), High Efficiency Video Coding § 8.5.1 (July 2024) (emphasis added).

The scaling and transformation process of §§ 8.6.2–8.6.3 performed by the Akamai '388 Product extracts the first quantization parameter from the decoded frame as a mandatory prerequisite to performing inverse scaling. The Akamai '388 Product's transcoding platform decode incoming video using H.265-compliant decoders. The de-quantizer within each decoder extracts the first quantization parameter from the encoded bitstream as part of the mandatory decoding process before any re-encoding occurs.

> With a focus on innovation and cutting-edge technology, Harmonic has established itself as a key player in the media industry. The company offers a range of products and services designed to optimize video workflows, enhance video quality, and streamline content delivery to viewers worldwide. Harmonic's solutions encompass encoding, transcoding, stream processing, and delivery, enabling broadcasters and service providers to deliver high-quality video content efficiently and cost-effectively.
>
> Through its advanced video compression technologies and cloud-based video delivery platforms, Harmonic helps customers deliver immersive viewing experiences across multiple screens and devices.

*Akamai MSL5: Media Services Live 5 Overview,* AKAMAI TECHDOCS (last visited March 2026), available at: https://techdocs.akamai.com/msl5-harmonic/docs/welcome-to-msl5 (emphasis added).

| [13] The system of claim 11, wherein an adjustment module of the device is configured to receive the first quantization parameter as an input to the function and to compute the function to output the delta quantization parameter. | The Akamai '388 Product comprises an adjustment module configured to receive the first quantization parameter as an input to the function and to compute the function to output the delta quantization parameter. |
|---|---|

The Akamai '388 Product includes an "adjustment module" that receives the first quantization parameter as an input to the function that computes the delta QP. This adjustment module corresponds to the rate-control engine within the encoder component of the transcoding/re-encoding pipeline.

In the Akamai '388 Product, the adjustment module is the perceptual quality optimization engine that receives the first QP (from the decoded source video) as an input and computes the delta QP needed to achieve the target quality/bitrate tier. The *perceptualQuality* setting configures this adjustment module with five tiers that define the parameters:

| hosts | | The hosts allowed for video URLs within variables. |
|---|---|---|
| output | | The output quality of each resized video. Includes:<br>• `perceptual_quality` . The visual quality of derivative videos after they have been compressed to maximize byte savings. You can select one of five perceptual quality values: `high` , `mediumHigh` , `medium` , `mediumLow` , or `low` .<br><br>`high` results in the highest visual quality with the least byte savings, while `low` results in lower visual quality with the greatest byte savings.<br><br>• `perceptual_quality_var` . Use this argument instead of `perceptual_quality` if setting a variable.<br><br>• `placeholder_video_url` . The URL for a specific placeholder video that appears when the user first requests a video and Image and Video Manager is still processing the derivative video. |

*Akamai Image and Video Manager: API — Akamai_Imaging_Policy_Video,* AKAMAI TECHDOCS (last visited March 2026), available at: https://techdocs.akamai.com/terraform/docs/ivm-ds-policy-video (emphasis added).

The Akamai '388 Product adjustment module receives the first QP as an input because the re-encoding QP must be computed relative to the source content's encoding characteristics. Specifically, the Akamai '388 Product adjustment module is the rate-control engine that receives the decoded stream's QP characteristics as input and computes the delta QP for each coding unit in the re-encoded output. This is designed to "optimize video workflows" and "enhance video quality"—functions that require the rate-control engine to receive and process the source QP as an input:

> industry. The company offers a range of products and services designed to ==optimize video workflows, enhance video quality, and streamline content delivery to viewers worldwide.== Harmonic's solutions encompass encoding, transcoding, stream processing, and delivery, enabling broadcasters and service providers to deliver high-quality video content efficiently and cost-effectively.

*Akamai MSL5: Media Services Live 5 Overview,* AKAMAI TECHDOCS (last visited March 2026), available at: https://techdocs.akamai.com/msl5-harmonic/docs/welcome-to-msl5 (emphasis added).

The H.265 Standard's delta QP mechanism (Section 7.4.9.14) defines the output of the adjustment module—the CuQpDeltaVal—which represents the difference between the current coding unit's luma QP and its prediction:

> **7.4.9.14   Delta QP semantics**
>
> **cu_qp_delta_abs**, when present, specifies the absolute value of the difference CuQpDeltaVal between the luma quantization parameter of the current coding unit and its prediction.
>
> **cu_qp_delta_sign_flag**, when present, specifies the sign of the difference CuQpDeltaVal between the luma quantization parameter of the current coding unit and its prediction.
>
> It is a requirement of bitstream conformance that the value of CuQpDeltaVal shall be in the range of $-(26 + \text{QpBdOffsetY} / 2)$ to $+(25 + \text{QpBdOffsetY} / 2)$, inclusive.

ITU-T H.265 (V10), High Efficiency Video Coding § 7.4.9.14 (July 2024) (emphasis added).

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 10,412,388

| [14] The system of claim 11, wherein the function is further configured to map the first quantization parameter to the delta quantization parameter. | The Akamai '388 Product comprises a device configured to determine a delta quantization parameter as a function of the first quantization parameter, wherein the function is further configured to map the first quantization parameter to the delta quantization parameter.<br><br>The Akamai '388 Product determines the delta QP from a function that maps the first QP to the delta QP. This mapping function takes the first QP as an input and produces a corresponding delta QP as an output. The Akamai '388 Product's perceptualQuality optimization engine implements a mapping function that takes the first QP (from the source encoding) and maps it to a delta QP based on the configured quality tier. For any given source QP, the perceptualQuality setting determines a target re-encoding QP, and the difference between that target and the source QP is the delta QP. This constitutes a function that maps QPsource → ΔQP. The five perceptualQuality tiers (high, mediumHigh, medium, mediumLow, low) define different mapping functions with different quality/bitrate tradeoff curves: |

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 10,412,388

*Akamai Image and Video Manager: API — Akamai_Imaging_Policy_Video,* AKAMAI TECHDOCS (last visited March 2026), available at: https://techdocs.akamai.com/terraform/docs/ivm-ds-policy-video (emphasis added).

The H.265 standard defines a structural mapping from the predicted QP (qPY_PRED) to the delta QP (CuQpDeltaVal) within Equation (8-283).  The encoder's rate-control algorithm determines the CuQpDeltaVal value for each coding unit as a function of the predicted QP, implementing a mapping: qPY_PRED → CuQpDeltaVal:

Page 59 of 70

Case 1:24-cv-01336-MN   Document 33-1   Filed 04/29/26   Page 300 of 602 PageID #: 2296

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 10,412,388

4. The predicted luma quantization parameter $qP_{Y\_PRED}$ is derived as follows:

$$qP_{Y\_PRED} = ( qP_{Y\_A} + qP_{Y\_B} + 1 ) >> 1 \tag{8-282}$$

The variable $Qp_Y$ is derived as follows:

$$Qp_Y = ( ( qP_{Y\_PRED} + CuQpDeltaVal + 52 + 2 * QpBdOffset_Y )\%( 52 + QpBdOffset_Y ) ) - QpBdOffset_Y \tag{8-283}$$

The luma quantization parameter $Qp'_Y$ is derived as follows:

$$Qp'_Y = Qp_Y + QpBdOffset_Y \tag{8-284}$$

ITU-T H.265 (V10), High Efficiency Video Coding § 8.6.1, Eq. (8-283) (July 2024) (emphasis added).

| [15] The system of claim 11, wherein the function is further configured to select a positive delta quantization parameter responsive to the first quantization parameter being below a predetermined threshold. | The Akamai '388 Product comprises a device configured to determine a delta quantization parameter as a function of the first quantization parameter, wherein the function is further configured to select a positive delta quantization parameter responsive to the first quantization parameter being below a predetermined threshold.<br><br>The Akamai '388 Product's re-encoding function is configured to select a positive delta QP (i.e., to increase the QP relative to the source) when the first QP is below a predetermined threshold. A low first QP corresponds to a high-quality, high-bitrate source encoding. When the source is already encoded at high quality (low QP), the re-encoding function increases the QP by a positive delta to achieve bitrate savings—the core purpose of the re-encoding optimization.<br><br>Akamai '388 Product perceptualQuality optimization is designed to reduce byte size while maintaining acceptable quality. When a source video is encoded at high quality (low QP, below a threshold), IVM's re-encoding function increases the QP (applies a positive delta) to achieve the target byte savings. Akamai documentation confirms the function is designed to reduce byte size from the source encoding: |

*Akamai Image and Video Manager: API — Akamai_Imaging_Policy_Video,* AKAMAI TECHDOCS (last visited March 2026), available at: https://techdocs.akamai.com/terraform/docs/ivm-ds-policy-video (emphasis added).

Even at the "high" tier, the Akamai '388 Product produces reduced byte savings, which requires a positive delta QP when the source QP is sufficiently low. At the "low" tier, the positive delta is larger, producing greater byte savings. The Akamai '388 Product in compliance with the H.265 standard permits CuQpDeltaVal to be positive, which directly increases the QP for the current coding unit relative to its prediction:

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 10,412,388

<table>
<tr>
<td></td>
<td>

**7.4.9.14   Delta QP semantics**

cu_qp_delta_abs, when present, specifies the absolute value of the difference CuQpDeltaVal between the luma quantization parameter of the current coding unit and its prediction.

cu_qp_delta_sign_flag, when present, specifies the sign of the difference CuQpDeltaVal between the luma quantization parameter of the current coding unit and its prediction.

It is a requirement of bitstream conformance that the value of CuQpDeltaVal shall be in the range of −( 26 + QpBdOffsetY / 2 ) to +( 25 + QpBdOffsetY / 2 ), inclusive.

ITU-T H.265 (V10), High Efficiency Video Coding § 7.4.9.14 (July 2024) (emphasis added).
</td>
</tr>
<tr>
<td>

[16] The system of claim 11, wherein the function is further configured to select a negative delta quantization parameter responsive to the first quantization parameter being above a predetermined threshold.
</td>
<td>

The Akamai '388 Product comprises a device configured to determine a delta quantization parameter as a function of the first quantization parameter, wherein the function is further configured to select a negative delta quantization parameter responsive to the first quantization parameter being above a predetermined threshold.

The Akamai '388 Product's re-encoding function is configured to select a negative delta QP (i.e., to decrease the QP relative to the source) when the first QP is above a predetermined threshold. A high first QP corresponds to a compressed, lower-quality source encoding. When the source is already encoded at low quality (high QP, above a threshold), the re-encoding function may decrease the QP by a negative delta to prevent further quality degradation below the configured quality floor.

The Akamai '388 Product performs perceptual quality optimization that is designed to maintain perceived video quality. When a source is already compressed (high QP), blindly increasing the QP further would degrade quality below acceptable thresholds. Akamai '388 Product documentation for images confirms that the perceptual quality system can increase encoding quality (lower QP, negative delta) when necessary to maintain perceived quality:
</td>
</tr>
</table>

Case 1:24-cv-01336-MN    Document 33-1    Filed 04/29/26    Page 303 of 602 PageID #: 2299

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 10,412,388

| | |
|---|---|
| | • **Variables:** Within a policy, you can define a set of variables that supply the values to use with transformations. |
| | • **Quality** (default): Using a `quality` value from 1-100 resembles JPEG quality across output formats. The default is 85. |
| | • **Perceptual Quality:** Dynamically tunes the quality parameter for each image format based on the human-perceived quality of the output image. For better byte savings without compromising perception of the image, use `perceptualQuality` instead of `quality` to encode many images at a much lower quality. For certain images that need to maintain human-perceived quality, encode them at a slightly higher quality. |
| | *Akamai Image and Video Manager: API — IVM Concepts,* AKAMAI TECHDOCS (last visited March 2026), available at: https://techdocs.akamai.com/ivm/reference/concepts (emphasis added) (showing that the perceptual quality function can select a negative delta QP (higher quality = lower QP) when the source is already compressed.). |
| | In compliance with the H.265 standard the Akamai '388 Product permits CuQpDeltaVal to be negative, which decreases the QP for the current coding unit: |
| | **7.4.9.14  Delta QP semantics** |
| | **cu_qp_delta_abs**, when present, specifies the absolute value of the difference CuQpDeltaVal between the luma quantization parameter of the current coding unit and its prediction. |
| | **cu_qp_delta_sign_flag**, when present, specifies the sign of the difference CuQpDeltaVal between the luma quantization parameter of the current coding unit and its prediction. |
| | It is a requirement of bitstream conformance that the value of CuQpDeltaVal shall be in the range of −( 26 + QpBdOffsetY / 2 ) to +( 25 + QpBdOffsetY / 2 ), inclusive. |
| | ITU-T H.265 (V10), High Efficiency Video Coding § 7.4.9.14 (July 2024) (emphasis added). |

| [17] The system of claim 11, wherein the function is further configured to maintain the level of quality to a same quality of level as the decoded frame. | The Akamai '388 Product comprises a device configured to determine a delta quantization parameter as a function of the first quantization parameter, wherein the function is further configured to maintain the level of quality to a same quality of level as the decoded frame.<br><br>The Akamai '388 Product quality optimization function can be configured to maintain the output video at the same quality level as the decoded (source) frame.  Further, the Akamai '388 Product contains a "high" perceptualQuality tier that is expressly configured to preserve the source video's quality level.  Akamai documentation states that the "high" setting "preserves video quality": |
|---|---|

<table>
<tr><td>hosts</td><td></td><td>The hosts allowed for video URLs within variables.</td></tr>
<tr><td>output</td><td></td><td>The output quality of each resized video. Includes:<br>• perceptual_quality . The visual quality of derivative videos after they have been compressed to maximize byte savings. You can select one of five perceptual quality values: high , mediumHigh , medium , mediumLow , or low .<br><br>high results in the highest visual quality with the least byte savings, while low results in lower visual quality with the greatest byte savings.<br><br>• perceptual_quality_var . Use this argument instead of perceptual_quality if setting a variable.<br><br>• placeholder_video_url . The URL for a specific placeholder video that appears when the user first requests a video and Image and Video Manager is still processing the derivative video.</td></tr>
</table>

*Akamai Image and Video Manager: API — Akamai_Imaging_Policy_Video,* AKAMAI TECHDOCS (last visited March 2026), available at: https://techdocs.akamai.com/terraform/docs/ivm-ds-policy-video (emphasis added).

The "high" tier is configured to maintain the output at the same quality level as the source (decoded) frame, with only minimal byte savings.  This is functionality where the delta QP of zero or near-zero maintains the same quality level as the decoded frame.  For images, the Akamai '388 Product

Case 1:24-cv-01336-MN    Document 33-1    Filed 04/29/26    Page 305 of 602 PageID #:
2301

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 10,412,388

| | |
|---|---|
| | perceptualQualityFloor setting further confirms the ability to maintain source quality by establishing a minimum quality floor:<br><br>*Akamai Image and Video Manager: Configuration – Optimize your Images,* AKAMAI TECHDOCS (last visited March 2026), available at: https://techdocs.akamai.com/ivm/docs/optimize-images (emphasis added).<br><br>When the perceptualQualityFloor is set to a value corresponding to the source quality, the function is configured to maintain the same quality level by the Akamai '388 Product. |
| [18] The system of claim 11, wherein the device is further configured to determine the second quantization parameter by adding the delta quantization parameter to the first quantization parameter. | The Akamai '388 Product is further configured to determine the second quantization parameter by adding the delta quantization parameter to the first quantization parameter.<br><br>The Akamai '388 Product determines the second quantization parameter by adding the delta quantization parameter (CuQpDeltaVal) to the first quantization parameter (qPY_PRED). This addition operation is mandated by the H.265 standard.  In compliance with the H.265 standard the Akamai '388 Product performs Section 8.6.1 of the H.265 standard wherein the second quantization parameter (QpY) is derived by adding the delta QP (CuQpDeltaVal) to the predicted QP (qPY_PRED), with modular arithmetic applied for wraparound protection: |

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 10,412,388

4.  The predicted luma quantization parameter $qP_{Y\_PRED}$ is derived as follows:

$$qP_{Y\_PRED} = ( qP_{Y\_A} + qP_{Y\_B} + 1 ) \gg 1 \tag{8-282}$$

The variable $Qp_Y$ is derived as follows:

$$Qp_Y = ( ( qP_{Y\_PRED} + CuQpDeltaVal + 52 + 2 * QpBdOffset_Y )\% ( 52 + QpBdOffset_Y ) ) - QpBdOffset_Y \tag{8-283}$$

The luma quantization parameter $Qp'_Y$ is derived as follows:

$$Qp'_Y = Qp_Y + QpBdOffset_Y \tag{8-284}$$

ITU-T H.265 (V10), High Efficiency Video Coding § 8.6.1, Eq. (8-283) (July 2024) (emphasis added).

The core mathematical operation in this formula is the addition of qPY_PRED (the first/predicted quantization parameter) and CuQpDeltaVal (the delta quantization parameter). The modular arithmetic (% (52 + QpBdOffsetY)) and the offset subtraction (− QpBdOffsetY) are merely wraparound and normalization operations applied after the addition. When QpBdOffsetY is zero (the common case for 8-bit video), the formula simplifies to:  *QpY = (qPY_PRED + CuQpDeltaVal + 52) % 52* which is functionally the addition of the delta QP to the predicted QP, with modular wraparound.

The delta QP syntax (Section 7.3.8.14) further confirms the additive relationship:

| | |
|---|---|
| | **7.3.8.14   Delta QP syntax** <br><br> <table><tr><td>delta_qp( ) {</td><td>**Descriptor**</td></tr><tr><td>  if( cu_qp_delta_enabled_flag && !IsCuQpDeltaCoded ) {</td><td></td></tr><tr><td>    IsCuQpDeltaCoded = 1</td><td></td></tr><tr><td>    **cu_qp_delta_abs**</td><td>ae(v)</td></tr><tr><td>    if( cu_qp_delta_abs ) {</td><td></td></tr><tr><td>      **cu_qp_delta_sign_flag**</td><td>ae(v)</td></tr><tr><td>      CuQpDeltaVal = cu_qp_delta_abs * ( 1 − 2 * cu_qp_delta_sign_flag )</td><td></td></tr><tr><td>    }</td><td></td></tr><tr><td>  }</td><td></td></tr><tr><td>}</td><td></td></tr></table> <br> ITU-T H.265 (V10), High Efficiency Video Coding § 7.3.8.14 (July 2024) (emphasis added). <br><br> This value is then added to the predicted QP in Equation (8-283) to determine the second QP by the Akamai '388 Product.  Any H.265-compliant encoder in the Akamai '388 Product performs this addition to derive the second quantization parameter. |
| [19] The system of claim 11, wherein the device is further configured to determine the second quantization parameter based at least on a quality degradation offset, wherein the quality degradation offset indicates an amount of quality degradation. | The Akamai '388 Product is further configured to determine the second quantization parameter based at least on a quality degradation offset, wherein the quality degradation offset indicates an amount of quality degradation. <br><br> The Akamai '388 Product determines the second quantization parameter based at least on a quality degradation offset that indicates an amount of quality degradation.  In the H.265 encoding framework, multiple offset mechanisms serve as "quality degradation offsets"—each indicates an amount by which quality may be degraded (or adjusted) relative to a baseline.  In compliance with the H.265 Standard the Akamai '388 Product uses several offset mechanisms that are incorporated into the second QP derivation and that indicate an amount of quality degradation.  The slice_qp_delta syntax element directly controls the initial QP offset for the entire slice: |

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 10,412,388

slice_qp_delta specifies the initial value of $Qp_Y$ to be used for the coding blocks in the slice until modified by the value of CuQpDeltaVal in the coding unit layer. The initial value of the $Qp_Y$ quantization parameter for the slice, $SliceQp_Y$, is derived as follows:

$$SliceQp_Y = 26 + init\_qp\_minus26 + slice\_qp\_delta \qquad (7\text{-}54)$$

The value of $SliceQp_Y$ shall be in the range of $-QpBdOffset_Y$ to $+51$, inclusive.

slice_cb_qp_offset specifies a difference to be added to the value of pps_cb_qp_offset when determining the value of the $Qp'_{Cb}$ quantization parameter. The value of slice_cb_qp_offset shall be in the range of $-12$ to $+12$, inclusive. When slice_cb_qp_offset is not present, it is inferred to be equal to 0. The value of pps_cb_qp_offset + slice_cb_qp_offset shall be in the range of $-12$ to $+12$, inclusive.

ITU-T H.265 (V10), High Efficiency Video Coding § 7.4.7.1, Eq. (7-54) (July 2024) (emphasis added).

The slice_qp_delta value is a quality degradation offset: a positive value increases the QP (more quantization, more quality degradation), while a negative value decreases the QP (less quantization, less degradation). The magnitude of slice_qp_delta directly indicates the amount of quality degradation relative to the PPS-level baseline. Additionally, the chroma QP offsets (pps_cb_qp_offset, slice_cb_qp_offset, and their Cr counterparts) are incorporated into the chroma QP derivation per Section 8.6.1 by the Akamai '388 Product:

pps_cb_qp_offset and pps_cr_qp_offset specify the offsets to the luma quantization parameter $Qp'_Y$ used for deriving $Qp'_{Cb}$ and $Qp'_{Cr}$, respectively. The values of pps_cb_qp_offset and pps_cr_qp_offset shall be in the range of $-12$ to $+12$, inclusive. When ChromaArrayType is equal to 0, pps_cb_qp_offset and pps_cr_qp_offset are not used in the decoding process and decoders shall ignore their value.

pps_slice_chroma_qp_offsets_present_flag equal to 1 indicates that the slice_cb_qp_offset and slice_cr_qp_offset syntax elements are present in the associated slice headers. pps_slice_chroma_qp_offsets_present_flag equal to 0 indicates that these syntax elements are not present in the associated slice headers. When ChromaArrayType is equal to 0, pps_slice_chroma_qp_offsets_present_flag shall be equal to 0.

weighted_pred_flag equal to 0 specifies that weighted prediction is not applied to P slices. weighted_pred_flag equal to 1 specifies that weighted prediction is applied to P slices.

ITU-T H.265 (V10), High Efficiency Video Coding § 7.4.3.3.1 (July 2024) (emphasis added).

|  |  |
|---|---|
|  | slice_act_y_qp_offset, slice_act_cb_qp_offset and slice_act_cr_qp_offset specify offsets to the quantization parameter values qP derived in clause 8.6.2 for luma, Cb, and Cr components, respectively. The values of slice_act_y_qp_offset, slice_act_cb_qp_offset and slice_act_cr_qp_offset shall be in the range of −12 to +12, inclusive. When not present, the values of slice_act_y_qp_offset, slice_act_cb_qp_offset, and slice_act_cr_qp_offset are inferred to be equal to 0. The value of PpsActQpOffsetY + slice_act_y_qp_offset shall be in the range of −12 to +12, inclusive. The value of PpsActQpOffsetCb + slice_act_cb_qp_offset shall be in the range of −12 to +12, inclusive. The value of PpsActQpOffsetCr + slice_act_cr_qp_offset shall be in the range of −12 to +12, inclusive.<br><br>cu_chroma_qp_offset_enabled_flag equal to 1 specifies that the cu_chroma_qp_offset_flag may be present in the transform unit syntax. cu_chroma_qp_offset_enabled_flag equal to 0 specifies that the cu_chroma_qp_offset_flag is not present in the transform unit syntax. When not present, the value of cu_chroma_qp_offset_enabled_flag is inferred to be equal to 0.<br><br>ITU-T H.265 (V10), High Efficiency Video Coding § 7.4.7.1 (July 2024) (emphasis added).<br><br>Each of these offsets indicates an amount of quality degradation (or quality adjustment) that is applied when deriving the second quantization parameter. The Akamai '388 Product's H.265 encoder necessarily uses these standard-mandated offsets when computing the second QP.<br><br>Further, the Akamai '388 Product uses perceptualQuality tiers as quality degradation offsets at the application level.  Each tier below "high" indicates a progressively greater amount of quality degradation accepted in exchange for byte savings: |

Case 1:24-cv-01336-MN    Document 33-1    Filed 04/29/26    Page 310 of 602 PageID #:
2306

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 10,412,388

| hosts | | The hosts allowed for video URLs within variables. |
|---|---|---|
| output | | The output quality of each resized video. Includes:<br>• `perceptual_quality`. The visual quality of derivative videos after they have been compressed to maximize byte savings. You can select one of five perceptual quality values: `high`, `mediumHigh`, `medium`, `mediumLow`, or `low`.<br><br>`high` results in the highest visual quality with the least byte savings, while `low` results in lower visual quality with the greatest byte savings.<br><br>• `perceptual_quality_var`. Use this argument instead of `perceptual_quality` if setting a variable.<br><br>• `placeholder_video_url`. The URL for a specific placeholder video that appears when the user first requests a video and Image and Video Manager is still processing the derivative video. |

*Akamai Image and Video Manager: API — Akamai_Imaging_Policy_Video,* AKAMAI TECHDOCS (last visited March 2026), available at: https://techdocs.akamai.com/terraform/docs/ivm-ds-policy-video (emphasis added) (The difference between the "high" tier (minimal degradation) and lower tiers (e.g., "medium," "low") represents a quality degradation offset that is factored into the second QP computation).

# EXHIBIT 11

**U.S. PATENT NO. 9,894,361**
**FRAMEWORK FOR QUALITY-AWARE VIDEO OPTIMIZATION**
**CLAIMS 1-10, 13-21, 24-25**

OptiMorphix, Inc. ("OptiMorphix") contends that at least the following claims of U.S. Patent No. 9,894,361 (the "'361 patent") identified below are infringed by Akamai Technologies, Inc. ("Akamai").

Accused Products: The Accused Products are Akamai Products and Services that perform H.265 video encoding, including at least the following: Akamai's content delivery network ("CDN") platform, including its distributed edge computing infrastructure (the "Akamai Network") (the "Akamai '361 Product(s)").

| Claim Language | Representative Instrumentality[1] |
|---|---|
| [1PRE] A computer-implemented method comprising: | Akamai and its customers directly infringe the '361 patent under 35 U.S.C. § 271(a) by performing the claimed methods in the United States through the testing and use of the Akamai '361 Product.  In particular, Akamai infringes § 271(a) by using and testing the Akamai '361 Product domestically, while Akamai's customers and end users infringe by using and testing the Akamai '361 Product. <br><br> Moreover, Akamai induces infringement under 35 U.S.C. § 271(b) by encouraging its customers and end users to infringe by offering, testing, using, and selling a system for practicing the '361 patent in the United States. |

---

[1] This analysis is preliminary and subject to amendment.  OptiMorphix reserves the right to supplement this chart based on further investigation, discovery, claim construction, or other developments.  Additional information may include source code, data sheets, design specifications, deposition testimony, testing data, reference designs, implementation details, and schematics.  These infringement contentions extend beyond the specifically identified products to include all reasonably similar products and components that infringe in the same or similar manner.  The claim chart demonstrates infringement by comparing each element of the asserted claims to corresponding features of the Akamai '361 Product.  The chart provides exemplary evidence of OptiMorphix's current infringement theory based on available information and is not intended as an expert report.  OptiMorphix has prepared these contentions before obtaining discovery in this action.  OptiMorphix expects Akamai and third parties will produce additional information regarding the Akamai '361 Product beyond what is publicly available.  Accordingly, OptiMorphix reserves the right to revise this analysis upon receiving such information or upon issuance of any Court Order construing any claim terms of the asserted claims.

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,894,361

| | |
|---|---|
| | Unless otherwise noted, OptiMorphix contends that every element of each asserted claim is literally met by Akamai's testing and use of the Akamai '361 Product. To the extent Akamai claims any element is not literally met, OptiMorphix asserts that such element is nonetheless satisfied under the doctrine of equivalents. No substantial differences between the patent claim elements and the corresponding features of the Akamai '361 Product exist. In every instance, each step of the methods performed by the Akamai '361 Product is performed by the Akamai '361 Product for substantially the same function, in substantially the same way, and to achieve substantially the same result as the corresponding claim element.<br><br>The Akamai '361 Product performs a computer-implemented method for receiving, decoding, re-encoding, and delivering video content. The Akamai '361 Product comprises cloud-based, software-driven video processing platforms that execute computer-implemented methods.<br><br>Media Services Live 5 (MSL5) is the next-generation streaming service provided by Akamai and sourced by Harmonic. MSL5 offers a significant leap forward in streaming technology, including a range of innovative features designed to enhance the viewing experience and optimize content delivery. Whether you're a content broadcaster, or a streaming platform, you can use MSL5 to elevate your streaming capabilities and drive audience engagement to new heights.<br><br>**Benefits**<br><br>MSL5, the ultimate solution for delivering high-quality video content to global audiences, offers these benefits:<br><br>• **Access via the Akamai Connected Cloud.** Leverage the expertise of Harmonic and the robust infrastructure of Akamai to deliver a comprehensive streaming solution.<br><br>• **Seamless streaming experience.** MLS5 builds on the MSL4 capabilities to offer improved video quality, reduced latency, and enhanced playback reliability.<br><br>*Akamai MSL5: Media Services Live 5 Overview*, AKAMAI TECHDOCS (last visited March 2026), available at: https://techdocs.akamai.com/msl5-harmonic/docs/welcome-to-msl5 (emphasis added).<br><br>The Akamai '361 Product's transcoding and re-encoding workflows are performed by software running on these computing platforms, constituting a computer-implemented method. |

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,894,361

| | |
|---|---|
| [1a] receiving an encoded video frame; | When publishing MSL5 streams, adhere to the ingest rate specifications to prevent disruptions in stream delivery to your viewers. Exceeding these specifications will cause disruption to the stream delivery for your viewers and result in an error response from the encoder. <br><br> ⓘ The ingest rate specifications apply when there is one event per stream. Implementing multiple events per stream may impact performance of the media stream and archiving. <br><br> | Attribute | Specifications | Response code | <br> | Maximum number of hits per second for a **stream rendition** | 10 hits/second | 429 Too Many Requests | <br> | Maximum number of hits per second for a **stream ID** | 100 hits/second | 429 Too Many Requests | <br> | Maximum bitrate per rendition | 50 Mbps | 429 Too Many Requests | <br> | Maximum segment size | 100 MB | 413 Content Too Large | <br><br> The Akamai '361 Product receives an encoded video frame.  Specifically, the Akamai edge servers receive encoded video frames from the content provider's origin server.   The Akamai '361 Product processes received encoded video through its optimization pipeline. In the Akamai '361 Product, the infrastructure receives encoded video streams. <br><br> *Akamai MSL5: Ingest Specifications*, AKAMAI TECHDOCS (last visited March 2026), available at: https://techdocs.akamai.com/msl5-harmonic/docs/ingest-specifications (emphasis added). <br><br> The Akamai documentation specifies maximum bitrate per rendition of 50 Mbps and maximum segment size of 100 MB, confirming that the system is designed to receive encoded video content from upstream encoders. |

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,894,361

**Encoder Configuration for Dual Publishing**

The encoder/publisher must be configured to simultaneously publish to both primary and backup ingest endpoints with perfectly aligned content.

- Encoder Requirements:

  - Dual Output Streams: Configure the encoder to publish to both the primary and backup endpoints simultaneously.

  - Content Alignment: Ensure both streams conform to the following:

    - Identical video codec and bitrate

    - Identical audio codec and bitrate

*Akamai MSL5: Configure AMD property for redundant MSL5 origins,* AKAMAI TECHDOCS (last visited March 2026), available at: https://techdocs.akamai.com/msl5-harmonic/docs/configure-amd-property-for-redundant-msl5-origins (emphasis added).

The H.265/HEVC standard confirms that the input to the decoding process is a bitstream of encoded video:

Input to this process is a bitstream. Output of this process is a list of decoded pictures.

The decoding process is specified such that all decoders that conform to a specified profile, tier and level will produce numerically identical cropped decoded output pictures when invoking the decoding process associated with that profile for a bitstream conforming to that profile, tier and level. Any decoding process that produces identical cropped decoded output pictures to those produced by the process described herein (with the correct output order or output timing, as specified) conforms to the decoding process requirements of this Specification.

ITU-T H.265 (V10), High Efficiency Video Coding § 8.1.1 (July 2024) (emphasis added).

In the Akamai '361 Product, the perceptualQuality parameter controls the quality of derivative videos, wherein the Akamai '361 Product receives encoded video input and processes it:

Page 4 of 130

<table>
<tr><td></td><td>

- **High.** The derivative video is of the highest visual quality but has the smallest reduction in byte size

- **Medium High.** The derivative video is of high visual quality and has a small reduction in byte size

- **Medium.** The derivative video is of medium visual quality and results in moderate byte savings

- **Medium Low.** The derivative video is of a low visual quality and a large reduction in byte size

- **Low.** The derivative is of the lowest visual quality but has the largest reduction in byte size

*Akamai Image and Video Manager: Optimize Your Videos*, AKAMAI TECHDOCS (last visited March 2026), available at: https://techdocs.akamai.com/ivm/docs/optimize-videos (emphasis added).
</td></tr>
<tr><td>

[1b] decompressing the received encoded video frame;
</td><td>

The Akamai '361 Product decompresses the received encoded video frame.  Specifically, during the transcoding process, the Akamai '361 Product first decodes (decompresses) the received HEVC/H.265-encoded bitstream to generate decoded pictures.  Transcoding and re-encoding require decoding (decompressing) the input encoded video before re-encoding it at different parameters.  The Akamai '361 Product decodes the incoming H.265/HEVC-encoded video frames as the first step of its transcode pipeline.  The H.265/HEVC standard specifies a mandatory decoding process in Section 8.1.1:

> Input to this process is a bitstream. Output of this process is a list of decoded pictures.
>
> The decoding process is specified such that all decoders that conform to a specified profile, tier and level will produce numerically identical cropped decoded output pictures when invoking the decoding process associated with that profile for a bitstream conforming to that profile, tier and level. Any decoding process that produces identical cropped decoded output pictures to those produced by the process described herein (with the correct output order or output timing, as specified) conforms to the decoding process requirements of this Specification.

ITU-T H.265 (V10), High Efficiency Video Coding § 8.1.1 (July 2024) (emphasis added).

Because the Akamai '361 Product is H.265/HEVC compliant, the Akamai '361 Product must implement the mandatory decoding process specified in the H.265 Standard. The decoding process involves entropy decoding, inverse quantization (Section 8.6.3), inverse transformation (Section 8.6.4), intra/inter prediction (Sections 8.4–8.5), and in-loop filtering (Section 8.7) to reconstruct decoded sample arrays.
</td></tr>
</table>

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,894,361



*Akamai Image and Video Manager: Supported Image and Video Formats*, AKAMAI TECHDOCS (last visited March 2026), available at: https://techdocs.akamai.com/ivm/docs/supported-image-and-video-formats (emphasis added).

| [1c] extracting a first quantization parameter (QP) from the decompressed video frame, wherein the first QP corresponds to quantization settings originally used for compressing the encoded video frame; | The Akamai '361 Product extracts a first quantization parameter (QP) from the decompressed video frame, wherein the first QP corresponds to quantization settings originally used for compressing the encoded video frame.  In compliance with the H.265 Standard, the Akamai '361 Product derives quantization parameters as part of the decoding process. The initial slice-level QP is established from syntax elements in the slice segment header and the picture parameter set. Section 7.4.7.1 of the H.265 Standard specifies: |
|---|---|

> **slice_qp_delta** specifies the initial value of $Qp_Y$ to be used for the coding blocks in the slice until modified by the value of CuQpDeltaVal in the coding unit layer. The initial value of the $Qp_Y$ quantization parameter for the slice, $SliceQp_Y$, is derived as follows:
>
> $$SliceQp_Y = 26 + init\_qp\_minus26 + slice\_qp\_delta \qquad (7\text{-}54)$$
>
> The value of $SliceQp_Y$ shall be in the range of $-QpBdOffset_Y$ to $+51$, inclusive.

ITU-T H.265 (V10), High Efficiency Video Coding § 7.4.7.1 (July 2024) (emphasis added).

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,894,361

At the coding unit level, Section 8.6.1 further specifies the derivation process for the luma quantization parameter QpY, using the predicted QP and the CuQpDeltaVal syntax element:

> Input to this process is a luma location ( xCb, yCb ) specifying the top-left sample of the current luma coding block relative to the top-left luma sample of the current picture.
>
> In this process, the variable $Qp_Y$, the luma quantization parameter $Qp'_Y$ and the chroma quantization parameters $Qp'_{Cb}$ and $Qp'_{Cr}$ are derived.
>
> The luma location ( xQg, yQg ), specifies the top-left luma sample of the current quantization group relative to the top-left luma sample of the current picture. The horizontal and vertical positions xQg and yQg are set equal to $xCb - ( xCb \& ( ( 1 \ll Log2MinCuQpDeltaSize) - 1 ) )$ and $yCb - ( yCb \& ( ( 1 \ll Log2MinCuQpDeltaSize) - 1 ) )$, respectively. The luma size of a quantization group, Log2MinCuQpDeltaSize, determines the luma size of the smallest area inside a CTB that shares the same $qP_{Y\_PRED}$.

ITU-T H.265 (V10), High Efficiency Video Coding § 8.6.1 (July 2024) (emphasis added).

The predicted luma QP is derived from neighboring coding units and the slice-level initial QP:

> The predicted luma quantization parameter $qP_{Y\_PRED}$ is derived by the following ordered steps:
>
> 1. The variable $qP_{Y\_PREV}$ is derived as follows:
>    - If one or more of the following conditions are true, $qP_{Y\_PREV}$ is set equal to $SliceQp_Y$:
>      - The current quantization group is the first quantization group in a slice.
>      - The current quantization group is the first quantization group in a tile.
>      - The current quantization group is the first quantization group in a CTB row of a tile and entropy_coding_sync_enabled_flag is equal to 1.
>    - Otherwise, $qP_{Y\_PREV}$ is set equal to the luma quantization parameter $Qp_Y$ of the last coding unit in the previous quantization group in decoding order.

ITU-T H.265 (V10), High Efficiency Video Coding § 8.6.1 (July 2024) (emphasis added).

The QP derivation performed by the Akamai '361 Product relies on the CuQpDeltaVal parameter (a mandatory part of the H.265 bitstream). Section 7.4.9.14 of the H.265 Standard that is implemented by the Akamai '361 Product specifies:

> **7.4.9.14    Delta QP semantics**
>
> **cu_qp_delta_abs**, when present, specifies the absolute value of the difference CuQpDeltaVal between the luma quantization parameter of the current coding unit and its prediction.
>
> **cu_qp_delta_sign_flag**, when present, specifies the sign of the difference CuQpDeltaVal between the luma quantization parameter of the current coding unit and its prediction.
>
> It is a requirement of bitstream conformance that the value of CuQpDeltaVal shall be in the range of $-(26 + QpBdOffsetY / 2)$ to $+(25 + QpBdOffsetY / 2)$, inclusive.

ITU-T H.265 (V10), High Efficiency Video Coding § 7.4.9.14 (July 2024) (emphasis added).

The final luma QP is derived using the formula specified in Section 8.6.1:

> 4.   The predicted luma quantization parameter $qP_{Y\_PRED}$ is derived as follows:
>
> $$qP_{Y\_PRED} = ( qP_{Y\_A} + qP_{Y\_B} + 1 ) >> 1 \qquad (8\text{-}282)$$
>
> The variable $Qp_Y$ is derived as follows:
>
> $$Qp_Y = ( ( qP_{Y\_PRED} + CuQpDeltaVal + 52 + 2 * QpBdOffset_Y )\%( 52 + QpBdOffset_Y ) ) - QpBdOffset_Y \quad (8\text{-}283)$$

ITU-T H.265 (V10), High Efficiency Video Coding § 8.6.1, Eq. (8-283) (July 2024) (emphasis added).

The Akamai '361 Product performs this QP derivation to execute the inverse quantization process specified in Section 8.6.3 of the H.265 Standard. The derived QP values are extracted during decoding by the Akamai '361 Product. The first QP corresponds to the original quantization settings. The QP values derived during decoding are the same QP values that were used by the original encoder to quantize the transform coefficients during compression. The CuQpDeltaVal

| | |
|---|---|
| | syntax element was written into the bitstream by the original encoder to signal the quantization parameter it chose. The SliceQpY value likewise reflects the encoder's chosen initial QP for the slice. When the decoder derives QpY using these syntax elements, the resulting QP inherently and necessarily corresponds to the quantization settings originally used for compressing the encoded video frame. |
| [1d] acquiring a delta QP based on the first QP; | The Akamai '361 Product acquires a delta QP based on the first QP. |
| | In compliance with the H.265 Standard, the Akamai '361 Product extract a delta QP (CuQpDeltaVal), which is acquired relative to the predicted or initial QP (the first QP).  The Akamai '361 Product parses both the absolute delta value and its sign from the bitstream to determine the exact adjustment applied to each quantization block. In a re-encoding (transcoding) context, the Akamai '361 Product then determines new quantization parameters for the output bitstream.  When the Akamai '361 Product re-encodes decoded video at a target bitrate or quality level that differs from the source, the re-encoder computes a target QP for each coding unit that differs from the first QP extracted during decoding. This difference constitutes a "delta QP" within the meaning of the claim.  Section 7.4.9.14 of the H.265 Standard implemented by the Akamai '361 Product specifies the delta QP as follows: |
| | **7.4.9.14   Delta QP semantics** **cu_qp_delta_abs**, when present, specifies the absolute value of the difference CuQpDeltaVal between the luma quantization parameter of the current coding unit and its prediction. **cu_qp_delta_sign_flag**, when present, specifies the sign of the difference CuQpDeltaVal between the luma quantization parameter of the current coding unit and its prediction. It is a requirement of bitstream conformance that the value of CuQpDeltaVal shall be in the range of $-( 26 + QpBdOffsetY / 2 )$ to $+( 25 + QpBdOffsetY / 2 )$, inclusive. |
| | ITU-T H.265 (V10), High Efficiency Video Coding § 7.4.9.14 (July 2024) (emphasis added). |
| | The CuQpDeltaVal is a mandatory syntax element in the H.265 bitstream whenever cu_qp_delta_enabled_flag is set. The Akamai '361 Product computes delta QP values based on the first |

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,894,361

| | |
|---|---|
| | QP (because the rate-control algorithm accounts for the source content's quantization characteristics when determining how aggressively to re-quantize).  For example, the Akamai '361 Product perceptualQuality parameter controls re-encoding quality for the source: |
| | • **Quality** (default): Using a `quality` value from 1-100 resembles JPEG quality across output formats. The default is 85. |
| | • **Perceptual Quality:** Dynamically tunes the quality parameter for each image format based on the human-perceived quality of the output image. For better byte savings without compromising perception of the image, use `perceptualQuality` instead of `quality` to encode many images at a much lower quality. For certain images that need to maintain human-perceived quality, encode them at a slightly higher quality. |
| | *Akamai Image and Video Manager: IVM Concepts*, AKAMAI TECHDOCS (last visited March 2026), available at: https://techdocs.akamai.com/ivm/reference/concepts (emphasis added). |
| | This quality-versus-byte-savings is performed by the Akamai '361 Product using QP adjustment during re-encoding. The Akamai '361 Product compares the desired output quality/bitrate against the source QP to determine an appropriate delta, satisfying the requirement that the delta QP be based on the first QP. |
| [1e] acquiring an inflation adjustment based on a comparison between total byte size of frames previously decompressed and total byte size of the frames after being previously compressed, wherein the received encoded video frame and | The Akamai '361 Product acquires an inflation adjustment based on a comparison between total byte size of frames previously decompressed and total byte size of the frames after being previously compressed, wherein the received encoded video frame and the frames previously decompressed are part of a sequence including a plurality of video frames. During the adaptive transcoding and delivery process, the Akamai '361 Product tracks total byte transfer sizes and compares the uncompressed/target buffer states to the compressed output rates.  When the Akamai '361 Product re-encodes video at a reduced bitrate, re-compressed frames are smaller than the decoded (decompressed) frames. The ratio or difference between these sizes is used by the Akamai '361 Product to make QP adjustments constituting an inflation adjustment.  The H.265/HEVC standard |

Case 1:24-cv-01336-MN    Document 33-1    Filed 04/29/26    Page 322 of 602 PageID #:
2318

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,894,361

| | |
|---|---|
| the frames previously decompressed are part of a sequence including a plurality of video frames; | specifies a Hypothetical Reference Decoder (HRD) framework that requires tracking coded picture sizes for buffer management: <br><br>  <br><br> **Figure C.2 – HRD buffer model** <br><br> ITU-T H.265 (V10), High Efficiency Video Coding, Annex C (July 2024). <br><br> The Akamai '361 Product uses a coded picture buffer that tracks the number of bits associated with each coded picture entering and leaving the buffer, which involves monitoring byte sizes of coded pictures. The Akamai '361 Product track and compare coded picture sizes across the sequence.  Moreover, in compliance with the H.265 Standard the Akamai '361 Product implements Section F.7.4.3.1.4 of the H.265 Standard which define a bit-accumulation variable bTotal that tracks the total number of bits |

Case 1:24-cv-01336-MN    Document 33-1    Filed 04/29/26    Page 323 of 602 PageID #: 2319

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,894,361

across NAL units in a frame sequence, and uses this accumulated value to derive and enforce bitrate parameters:

avg_bit_rate[ i ][ j ] indicates the average bit rate of the j-th subset of the i-th layer set, in bits per second. The value is given by BitRateBPS( avg_bit_rate[ i ][ j ] ) with the function BitRateBPS( ) being specified as follows:

$$\text{BitRateBPS}( x ) = ( x \ \& \ ( 2^{14} - 1 ) ) * 10^{(2 + (x \gg 14))} \quad \text{(F-16)}$$

The average bit rate is derived according to the access unit removal time specified in clause F.13. In the following, bTotal is the number of bits in all NAL units of the j-th subset of the i-th layer set, $t_1$ is the removal time (in seconds) of the first access unit to which the VPS applies and $t_2$ is the removal time (in seconds) of the last access unit (in decoding order) to which the VPS applies. With x specifying the value of avg_bit_rate[ i ][ j ], the following applies:

– If $t_1$ is not equal to $t_2$, the following condition shall be true:

$$( x \ \& \ ( 2^{14} - 1 ) ) \ == \ \text{Round}( bTotal \div ( ( t_2 - t_1 ) * 10^{(2 + (x \gg 14))} ) ) \quad \text{(F-17)}$$

– Otherwise ($t_1$ is equal to $t_2$), the following condition shall be true:

$$( x \ \& \ ( 2^{14} - 1 ) ) \ == \ 0 \quad \text{(F-18)}$$

ITU-T H.265 (V10), High Efficiency Video Coding § F.7.4.3.1.4 (July 2024) (emphasis added).

The bTotal variable incorporated into the Akamai '361 Product is an "inflation adjustment" that tracks total bits/bytes of encoded frames across a sequence and using those accumulated totals in rate calculations. The Akamai '361 Product targets specific bitrate parameters to ensure the encoded output satisfies specific bit rate constraints.

Akamai AMD's Bit Rate Limiting feature further shows the use of byte-size tracking in the delivery pipeline:

Page 12 of 130

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,894,361

<table>
<tr>
<td></td>
<td>
Bit Rate Limiting lets you control the rate that Akamai serves AMD content to end users. You can optionally vary the speed based on file size or elapsed download time.

For example, apply it to prevent media downloads from progressing faster than they're consumed. You could also apply multiple instances of it to set up different end-user experience tiers of delivery performance—a higher bit rate maximum for requests from one URL, and a lower rate for another.

*Akamai Adaptive Media Delivery: Bit Rate Limiting*, AKAMAI TECHDOCS (last visited March 2026), available at: https://techdocs.akamai.com/adaptive-media-delivery/docs/add-bit-rate-limiting (emphasis added).
</td>
</tr>
<tr>
<td>[1f] acquiring a second QP based on the delta QP, the first QP, and the inflation adjustment, wherein the second QP corresponds to quantization settings for compressing the decompressed video frame;</td>
<td>
The Akamai '361 Product acquires a second QP based on the delta QP, the first QP, and the inflation adjustment, wherein the second QP corresponds to quantization settings for compressing the decompressed video frame.

In the re-encoding stage, the Akamai '361 Product derives a final quantization parameter (the "second QP") for each coding unit of the re-encoded output. This second QP determines the quantization applied during the forward transform and quantization process, controlling the quality and bitrate of the re-encoded output. The H.265/HEVC standard specifies the QP derivation formula in Section 8.6.1 used by the Akamai '361 Product.
</td>
</tr>
</table>

> 4. The predicted luma quantization parameter $qP_{Y\_PRED}$ is derived as follows:
>
> $$qP_{Y\_PRED} = ( qP_{Y\_A} + qP_{Y\_B} + 1 ) >> 1 \qquad (8\text{-}282)$$
>
> The variable $Qp_Y$ is derived as follows:
>
> $$Qp_Y = ( ( qP_{Y\_PRED} + CuQpDeltaVal + 52 + 2 * QpBdOffset_Y )\%( 52 + QpBdOffset_Y ) ) - QpBdOffset_Y \qquad (8\text{-}283)$$
>
> The luma quantization parameter $Qp'_Y$ is derived as follows:
>
> $$Qp'_Y = Qp_Y + QpBdOffset_Y \qquad (8\text{-}284)$$

ITU-T H.265 (V10), High Efficiency Video Coding § 8.6.1, Eq. (8-282), (8-283) (July 2024) (emphasis added).

Section 8.6.2 of the H.265 Standard specifies the derived QP is used by the Akamai '361 Product in the scaling and transformation process, applying the function to produce the final quantization parameter qP used for transform coefficient scaling:

> The quantization parameter qP is derived as follows:
>
> – If cIdx is equal to 0, the following applies:
>
> $$qP = Clip3( 0, 51 + QpBdOffsetY, Qp'Y + ( tu\_residual\_act\_flag[ xTbY ][ yTbY ] ?$$
> $$PpsActQpOffsetY + slice\_act\_y\_qp\_offset : 0 ) ) \qquad (8\text{-}291)$$
>
> – Otherwise, if cIdx is equal to 1, the following applies:
>
> $$qP = Qp'_{Cb} \qquad (8\text{-}292)$$
>
> – Otherwise (cIdx is equal to 2), the following applies:
>
> $$qP = Qp'_{Cr} \qquad (8\text{-}293)$$

ITU-T H.265 (V10), High Efficiency Video Coding § 8.6.2, Eq. (8-291) (July 2024) (emphasis added).

These formulas implemented by the Akamai '361 Product show that in compliance with the H.265 Standard the Akamai '361 Product derives QP from multiple inputs: the predicted QP (qPY_PRED,

Case 1:24-cv-01336-MN     Document 33-1     Filed 04/29/26     Page 326 of 602 PageID #:
2322

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,894,361

| | |
|---|---|
| | which relates to previously coded QP values), the CuQpDeltaVal (the delta QP), and additional offset parameters.  As shown above for elements [1c] and [1d], the first QP is extracted during decoding, and the delta QP is computed by the re-encoder's rate-control algorithm. As discussed in element [1e], the inflation adjustment is inferred from rate-control behavior that monitors input-versus-output byte sizes, supported by the bTotal accumulation framework of Section F.7.4.3.1.4. The second QP produced by combining these inputs is then used as the quantization parameter for compressing (re-encoding) the decompressed video frame, satisfying the "wherein" clause. |
| [1g] compressing the decompressed video frame based on the acquired second QP; and | The Akamai '361 Product compresses the decompressed video frame based on the acquired second QP. <br><br> After decoding the input video and determining the second QP through its rate-control algorithms, the Akamai '361 Product compresses the decoded video frames using H.265/HEVC encoding.  This re-encoding process applies forward quantization using the second QP to the transform coefficients of the decoded video frames, creating the optimal derivative video asset for the CDN.  Section 8.6.2 of the H.265 standard specifies that the scaling process for transform coefficients is invoked with the quantization parameter qP as an input: <br><br> 1. The scaling process for transform coefficients as specified in clause 8.6.3 is invoked with the transform block location ( xTbY, yTbY ), the size of the transform block nTbS, the colour component variable cIdx and the quantization parameter qP as inputs, and the output is an (nTbS)x(nTbS) array of scaled transform coefficients d. <br><br> 2. The (nTbS)x(nTbS) array of residual samples r is derived as follows: <br><br> – If transform_skip_flag[ xTbY ][ yTbY ][ cIdx ] is equal to 1, the residual sample array values r[ x ][ y ] with x = 0..nTbS − 1, y = 0..nTbS − 1 are derived as follows: <br><br> r[ x ][ y ] = ( rotateCoeffs ? d[ nTbS − x −1 ][ nTbS − y − 1 ] : d[ x ][ y ] ) << tsShift          (8-298) <br><br> ITU-T H.265 (V10), High Efficiency Video Coding § 8.6.2 (July 2024) (emphasis added). <br><br> The scaling process for transform coefficients (Section 8.6.3) uses the QP value directly in the computation of scaled transform coefficients: |

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,894,361

Where sizeId is specified in Table 7-3 for the size of the quantization matrix equal to (nTbS)x(nTbS) and matrixId is specified in Table 7-4 for sizeId, CuPredMode[ xTbY ][ yTbY ] and cIdx, respectively.

– The scaled transform coefficient d[ x ][ y ] is derived as follows:

$$d[ x ][ y ] = \text{Clip3}( \text{coeffMin}, \text{coeffMax}, ( ( \text{TransCoeffLevel}[ xTbY ][ yTbY ][ cIdx ][ x ][ y ] * m[ x ][ y ] *$$
$$\text{levelScale}[ qP \% 6 ] << ( qP / 6 ) ) + ( 1 << ( \text{bdShift} - 1 ) ) ) >> \text{bdShift} )  \qquad (8\text{-}309)$$

ITU-T H.265 (V10), High Efficiency Video Coding § 8.6.3, Eq. (8-309) (July 2024) (emphasis added).

The Akamai '361 Product documentation states that it performs H.265/HEVC compliant encoding and performs H.265-encoded output, the re-encoding process applies forward quantization using the derived second QP. Akamai's documentation confirms that IVM creates derivative video assets automatically:

Image and Video Manager can automate processing videos, similarly to the way it handles images. You can manage a single pristine video and configure Image and Video Manager to offload the creation of derivative videos in various sizes and formats to the CDN. When an end-user requests a video, Image and Video Manager dynamically selects the optimal derivative video.

*Akamai Property Manager: Image and Video Manager (Video)*, AKAMAI TECHDOCS (last visited March 2026), available at: https://techdocs.akamai.com/property-mgr/docs/img-video-manager-videos (emphasis added).

The Akamai '361 Product uses a quality parameter wherein the video frames are re-encoded with controlled quality settings:

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,894,361

<table>
<tr>
<td></td>
<td>



*Akamai Image and Video Manager: Key Concepts and Terms*, AKAMAI TECHDOCS (last visited March 2026), available at: https://techdocs.akamai.com/ivm/docs/key-concepts-and-terms (emphasis added).
</td>
</tr>
<tr>
<td>[1h] providing the compressed video frame.</td>
<td>

The Akamai '361 Product provides the compressed video frame.

Upon completing the transcoding and compression steps, the Akamai '361 Product delivers the compressed (re-encoded) video frame to end users through Akamai's content delivery network via HTTP/HTTPS protocols. Akamai Adaptive Media Delivery (AMD) is the CDN platform that serves the re-encoded video content to end-user devices.

Adaptive Media Delivery (AMD) is optimized for adaptive bit rate streaming to provide a high-quality, secure viewing experience across a broad variety of network types—fixed or mobile—at varying connection speeds. Built on the Akamai Intelligent Platform™, AMD provides superior scalability, reliability, availability, and reach.

AMD securely delivers prepared, pre-segmented HTTP-based live and on-demand streaming media.

*Akamai: Adaptive Media Delivery: Welcome To Adaptive Media Delivery*, AKAMAI TECHDOCS (last visited March 2026), available at: https://techdocs.akamai.com/adaptive-media-delivery/docs/welcome-adaptive-media-deliv (emphasis added).

The Akamai documentation describes the request flow for content delivery:
</td>
</tr>
</table>

|  | |
|---|---|
|  | <br><br>*Akamai Adaptive Media Delivery: Understand the Request Flow*, AKAMAI TECHDOCS (last visited March 2026), available at: https://techdocs.akamai.com/ion/docs/understand-the-connections (emphasis added). |
| [2a] The method of claim 1, further comprising: | The Akamai '361 Product determines whether the compression format of the received encoded video frame is different from a compression format to be used for compressing the decompressed video frame. |

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,894,361

| determining whether a compression format of the received encoded video frame is different from a compression format to be used for compressing the decompressed video frame; | The Akamai '361 Product receives video encoded in one compression format (e.g., H.264/AVC) and re-encoding it in a different compression format (e.g., H.265/HEVC).  As a preliminary step in the Akamai '361 transcoding pipeline, the transcoder determines the compression format of the incoming bitstream and compares it to the target output format configured for the transcoding job. This determination dictates whether QP scale conversion is required.<br><br>The Akamai '361 Product documentation confirms that the platform supports multiple video codecs, which enable cross-codec transcoding scenarios:<br><br>**Supported video formats**<br><br>| Video format | Input support | Output support |<br>| --- | --- | --- |<br>| ▾ Container | | |<br>| MP4/MOV | ✓ | ✓ |<br>| WebM | ✓ | ✓ |<br>| ▾ Video | | |<br>| h264 | ✓ | ✓ |<br>| h265 | ✓ | ✓ |<br><br>*Akamai Image and Video Manager: Supported Image and Video Formats*, AKAMAI TECHDOCS (last visited March 2026), available at: https://techdocs.akamai.com/ivm/docs/supported-image-and-video-formats (emphasis added).<br><br>The Akamai '361 Product handles different encoding and transcoding formats using different codec standards.  The HEVC standard is designed for interoperability. |

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,894,361

|  |  |
|---|---|
|  | Recommendation ITU-T H.265 \| International Standard ISO/IEC 23008-2 represents an evolution of the existing video coding Recommendations (ITU-T H.261, ITU-T H.262, ITU-T H.263 and ITU-T H.264) and was developed in response to the growing need for higher compression of moving pictures for various applications such as Internet streaming, communication, videoconferencing, digital storage media and television broadcasting. It is also designed to enable the use of the coded video representation in a flexible manner for a wide variety of network environments. The use of this Recommendation \| International Standard allows motion video to be manipulated as a form of computer data and to be stored on various storage media, transmitted and received over existing and future networks and distributed on existing and future broadcasting channels.<br><br>ITU-T H.265 (V10), High Efficiency Video Coding, Summary (July 2024) (emphasis added).<br><br>When the Akamai '361 Product receives an H.264/AVC encoded stream and is configured to output H.265/HEVC (or vice versa), it determines that the input compression format differs from the output compression format as a prerequisite to performing QP scale conversion.  The Akamai '361 Product determines whether a compression format of the received encoded video frame is different from a compression format to be used for compressing the decompressed video frame. |
| [2b] converting, based on the determination, the first QP from an input QP scale into an output QP scale, wherein the input QP scale corresponds to the compression format of the received encoded video frame, and the output QP scale corresponds to the compression format to be used for compressing the decompressed video frame; and | The Akamai '361 Product converts, based on the determination, the first QP from an input QP scale into an output QP scale, wherein the input QP scale corresponds to the compression format of the received encoded video frame, and the output QP scale corresponds to the compression format to be used for compressing the decompressed video frame.<br><br>When performing cross-codec transcoding (e.g., H.264/AVC to H.265/HEVC), the quantization parameter scales of the two codecs are different, and the transcoder must convert the first QP extracted from the input stream into the equivalent QP scale of the output codec.<br><br>H.264/AVC and H.265/HEVC both use QP values in the range of 0 to 51, but the relationship between QP and quantization step size differs between the two standards due to different transform and scaling processes. H.265/HEVC defines its quantization parameter scaling in § 8.6.3 using a specific levelScale array: |

<table>
<tr>
<td></td>
<td>

The list levelScale[ ] is specified as levelScale[ k ] = { 40, 45, 51, 57, 64, 72 } with k = 0..5.

For the derivation of the scaled transform coefficients d[ x ][ y ] with x = 0..nTbS − 1, y = 0..nTbS − 1, the following applies:

– The scaling factor m[ x ][ y ] is derived as follows:

   – If one or more of the following conditions are true, m[ x ][ y ] is set equal to 16:

      – scaling_list_enabled_flag is equal to 0.

      – transform_skip_flag[ xTbY ][ yTbY ] is equal to 1 and nTbS is greater than 4.

   – Otherwise, the following applies:

$$m[\,x\,][\,y\,] = \text{ScalingFactor}[\,\text{sizeId}\,][\,\text{matrixId}\,][\,x\,][\,y\,] \qquad (8\text{-}308)$$

ITU-T H.265 (V10), High Efficiency Video Coding § 8.6.3 (July 2024)

The HEVC standard further defines the valid QP range and clipping behavior for the quantization parameter:

The quantization parameter qP is derived as follows:

– If cIdx is equal to 0, the following applies:

$$qP = \text{Clip3}(\,0,\,51 + \text{QpBdOffsetY},\,\text{Qp'Y} + (\,\text{tu\_residual\_act\_flag}[\,\text{xTbY}\,][\,\text{yTbY}\,]\,?$$
$$\text{PpsActQpOffsetY} + \text{slice\_act\_y\_qp\_offset} : 0\,))\qquad (8\text{-}291)$$

ITU-T H.265 (V10), High Efficiency Video Coding § 8.6.2 (July 2024)
</td>
</tr>
<tr>
<td>[2c] acquiring the second QP based on the converted first QP and the delta QP.</td>
<td>

The Akamai '361 Product acquires the second QP based on the converted first QP and the delta QP.

In the re-encoding stage, the Akamai '361 Product derives a final quantization parameter (the "second QP") for each coding unit of the re-encoded output. This second QP determines the quantization applied during the forward transform and quantization process, controlling the quality and bitrate of the re-encoded output. The H.265/HEVC standard specifies the QP derivation formula in Section 8.6.1 used by the Akamai '361 Product.
</td>
</tr>
</table>

4. The predicted luma quantization parameter $qP_{Y\_PRED}$ is derived as follows:

$$qP_{Y\_PRED} = ( qP_{Y\_A} + qP_{Y\_B} + 1 ) >> 1 \qquad (8\text{-}282)$$

The variable $Qp_Y$ is derived as follows:

$$Qp_Y = ( ( qP_{Y\_PRED} + CuQpDeltaVal + 52 + 2 * QpBdOffset_Y )\%( 52 + QpBdOffset_Y ) ) - QpBdOffset_Y \qquad (8\text{-}283)$$

The luma quantization parameter $Qp'_Y$ is derived as follows:

$$Qp'_Y = Qp_Y + QpBdOffset_Y \qquad (8\text{-}284)$$

ITU-T H.265 (V10), High Efficiency Video Coding § 8.6.1, Eq. (8-282), (8-283) (July 2024) (emphasis added).

Section 8.6.2 of the H.265 Standard specifies the derived QP is used by the Akamai '361 Product in the scaling and transformation process, applying the function to produce the final quantization parameter qP used for transform coefficient scaling:

The quantization parameter qP is derived as follows:

– If cIdx is equal to 0, the following applies:

$$qP = Clip3( 0, 51 + QpBdOffsetY, Qp'Y + ( tu\_residual\_act\_flag[ xTbY ][ yTbY ] ?$$
$$PpsActQpOffsetY + slice\_act\_y\_qp\_offset : 0 ) ) \qquad (8\text{-}291)$$

– Otherwise, if cIdx is equal to 1, the following applies:

$$qP = Qp'_{Cb} \qquad (8\text{-}292)$$

– Otherwise (cIdx is equal to 2), the following applies:

$$qP = Qp'_{Cr} \qquad (8\text{-}293)$$

ITU-T H.265 (V10), High Efficiency Video Coding § 8.6.2, Eq. (8-291) (July 2024) (emphasis added).

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,894,361

| [3] The method of claim 2, wherein converting the first QP is further based on a mapping between the input QP scale and the output QP scale. | The Akamai '361 Product converts the first QP further based on a mapping between the input QP scale and the output QP scale. |
|---|---|
| | In compliance with the H.265 Standard, the Akamai '361 Product extract a delta QP (CuQpDeltaVal), which is acquired relative to the predicted or initial QP (the first QP).  The Akamai '361 Product parses both the absolute delta value and its sign from the bitstream to determine the exact adjustment applied to each quantization block. In a re-encoding (transcoding) context, the Akamai '361 Product then determines new quantization parameters for the output bitstream.  When the Akamai '361 Product re-encodes decoded video at a target bitrate or quality level that differs from the source, the re-encoder computes a target QP for each coding unit that differs from the first QP extracted during decoding. This difference constitutes a "delta QP" within the meaning of the claim.  Section 7.4.9.14 of the H.265 Standard implemented by the Akamai '361 Product specifies the delta QP as follows: |

7.4.9.14    Delta QP semantics

cu_qp_delta_abs, when present, specifies the absolute value of the difference CuQpDeltaVal between the luma quantization parameter of the current coding unit and its prediction.

cu_qp_delta_sign_flag, when present, specifies the sign of the difference CuQpDeltaVal between the luma quantization parameter of the current coding unit and its prediction.

It is a requirement of bitstream conformance that the value of CuQpDeltaVal shall be in the range of $-(26 + \text{QpBdOffsetY} / 2)$ to $+(25 + \text{QpBdOffsetY} / 2)$, inclusive.

ITU-T H.265 (V10), High Efficiency Video Coding § 7.4.9.14 (July 2024) (emphasis added).

The CuQpDeltaVal is a mandatory syntax element in the H.265 bitstream whenever cu_qp_delta_enabled_flag is set. The Akamai '361 Product computes delta QP values based on the first QP (because the rate-control algorithm accounts for the source content's quantization characteristics when determining how aggressively to re-quantize).  For example, the Akamai '361 Product perceptualQuality parameter controls re-encoding quality for the source:

Page 23 of 130

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,894,361

| | |
|---|---|
| | • **Quality** (default): Using a `quality` value from 1-100 resembles JPEG quality across output formats. The default is 85.<br><br>• **Perceptual Quality:** Dynamically tunes the quality parameter for each image format based on the human-perceived quality of the output image. For better byte savings without compromising perception of the image, use `perceptualQuality` instead of `quality` to encode many images at a much lower quality. For certain images that need to maintain human-perceived quality, encode them at a slightly higher quality.<br><br>*Akamai Image and Video Manager: IVM Concepts*, AKAMAI TECHDOCS (last visited March 2026), available at: https://techdocs.akamai.com/ivm/reference/concepts (emphasis added). |
| [4] The method of claim 1, wherein acquiring the delta QP is further based on a mapping between the first QP and the delta QP. | The Akamai '361 Product acquires the delta QP further based on a mapping between the first QP and the delta QP.<br><br>In compliance with the H.265 Standard, the Akamai '361 Product extract a delta QP (CuQpDeltaVal), which is acquired relative to the predicted or initial QP (the first QP). The Akamai '361 Product parses both the absolute delta value and its sign from the bitstream to determine the exact adjustment applied to each quantization block. In a re-encoding (transcoding) context, the Akamai '361 Product then determines new quantization parameters for the output bitstream. When the Akamai '361 Product re-encodes decoded video at a target bitrate or quality level that differs from the source, the re-encoder computes a target QP for each coding unit that differs from the first QP extracted during decoding. This difference constitutes a "delta QP" within the meaning of the claim. Section 7.4.9.14 of the H.265 Standard implemented by the Akamai '361 Product specifies the delta QP as follows: |

|  |  |
|---|---|
|  | **7.4.9.14   Delta QP semantics**<br><br>**cu_qp_delta_abs**, when present, specifies the absolute value of the difference CuQpDeltaVal between the luma quantization parameter of the current coding unit and its prediction.<br><br>**cu_qp_delta_sign_flag**, when present, specifies the sign of the difference CuQpDeltaVal between the luma quantization parameter of the current coding unit and its prediction.<br><br>It is a requirement of bitstream conformance that the value of CuQpDeltaVal shall be in the range of −( 26 + QpBdOffsetY / 2 ) to +( 25 + QpBdOffsetY / 2 ), inclusive.<br><br>ITU-T H.265 (V10), High Efficiency Video Coding § 7.4.9.14 (July 2024) (emphasis added).<br><br>The CuQpDeltaVal is a mandatory syntax element in the H.265 bitstream whenever cu_qp_delta_enabled_flag is set. The Akamai '361 Product computes delta QP values based on the first QP (because the rate-control algorithm accounts for the source content's quantization characteristics when determining how aggressively to re-quantize).  For example, the Akamai '361 Product perceptualQuality parameter controls re-encoding quality for the source:<br><br>• **Quality** (default): Using a `quality` value from 1-100 resembles JPEG quality across output formats. The default is 85.<br><br>• **Perceptual Quality**: Dynamically tunes the quality parameter for each image format based on the human-perceived quality of the output image. For better byte savings without compromising perception of the image, use `perceptualQuality` instead of `quality` to encode many images at a much lower quality. For certain images that need to maintain human-perceived quality, encode them at a slightly higher quality.<br><br>*Akamai Image and Video Manager: IVM Concepts*, AKAMAI TECHDOCS (last visited March 2026), available at: https://techdocs.akamai.com/ivm/reference/concepts (emphasis added). |
| [5] The method of claim 1, wherein acquiring the delta QP comprises: | The Akamai '361 Product acquires the delta QP by choosing, if a value of the first QP is below a threshold, a positive value for the delta QP. |

| | |
|---|---|
| choosing, if a value of the first QP is below a threshold, a positive value for the delta QP. | The cu_qp_delta_sign_flag controls whether the delta QP has a positive or negative value. When the first QP (extracted from the decoded stream) is below a threshold, indicating that the original encoding used relatively fine quantization (high quality), the transcoder chooses a positive delta QP to increase the quantization step size, thereby reducing the output bitrate to meet the target bitrate constraints.<br><br>**7.4.9.14  Delta QP semantics**<br><br>**cu_qp_delta_abs**, when present, specifies the absolute value of the difference CuQpDeltaVal between the luma quantization parameter of the current coding unit and its prediction.<br><br>**cu_qp_delta_sign_flag**, when present, specifies the sign of the difference CuQpDeltaVal between the luma quantization parameter of the current coding unit and its prediction.<br><br>It is a requirement of bitstream conformance that the value of CuQpDeltaVal shall be in the range of −( 26 + QpBdOffsetY / 2 ) to +( 25 + QpBdOffsetY / 2 ), inclusive.<br><br>ITU-T H.265 (V10), High Efficiency Video Coding § 7.4.9.14 (July 2024) (emphasis added) |
| [6] The method of claim 1, wherein acquiring the delta QP comprises:<br>choosing, if a value of the first QP is above a threshold, a negative value for the delta QP. | The Akamai '361 Product acquires the delta QP by choosing, if a value of the first QP is above a threshold, a negative value for the delta QP.<br><br>The cu_qp_delta_sign_flag controls whether the delta QP has a positive or negative value. When the first QP (extracted from the decoded stream) is above a threshold, indicating that the original encoding used relatively coarse quantization (lower quality), the transcoder may choose a negative delta QP to decrease the quantization step size, thereby improving the output quality when bitrate budget permits. |

<table>
<tr><td></td><td>

**7.4.9.14   Delta QP semantics**

**cu_qp_delta_abs**, when present, specifies the absolute value of the difference CuQpDeltaVal between the luma quantization parameter of the current coding unit and its prediction.

**cu_qp_delta_sign_flag**, when present, specifies the sign of the difference CuQpDeltaVal between the luma quantization parameter of the current coding unit and its prediction.

It is a requirement of bitstream conformance that the value of CuQpDeltaVal shall be in the range of $-( 26 + \text{QpBdOffsetY} / 2 )$ to $+( 25 + \text{QpBdOffsetY} / 2 )$, inclusive.

ITU-T H.265 (V10), High Efficiency Video Coding § 7.4.9.14 (July 2024) (emphasis added).

</td></tr>
<tr><td>

[7a] The method of claim 1, further comprising: acquiring a quality degradation offset for controlling amount of video quality degradation to be introduced during compression of the decompressed video frame; and

</td><td>

The Akamai '361 Product acquires a quality degradation offset for controlling the amount of video quality degradation to be introduced during compression of the decompressed video frame.

The HEVC standard provides multiple mechanisms for applying QP offsets that control quality degradation at the picture parameter set (PPS) and slice levels. At the picture parameter set (PPS) level, pps_cb_qp_offset and pps_cr_qp_offset are used for this functionality.

The variable Log2MinCuQpDeltaSize is derived as follows:

$$\text{Log2MinCuQpDeltaSize} = \text{CtbLog2SizeY} - \text{diff\_cu\_qp\_delta\_depth} \qquad (7\text{-}36)$$

**pps_cb_qp_offset** and **pps_cr_qp_offset** specify the offsets to the luma quantization parameter $Qp'_Y$ used for deriving $Qp'_{Cb}$ and $Qp'_{Cr}$, respectively. The values of pps_cb_qp_offset and pps_cr_qp_offset shall be in the range of $-12$ to $+12$, inclusive. When ChromaArrayType is equal to 0, pps_cb_qp_offset and pps_cr_qp_offset are not used in the decoding process and decoders shall ignore their value.

**pps_slice_chroma_qp_offsets_present_flag** equal to 1 indicates that the slice_cb_qp_offset and slice_cr_qp_offset syntax elements are present in the associated slice headers. pps_slice_chroma_qp_offsets_present_flag equal to 0 indicates that these syntax elements are not present in the associated slice headers. When ChromaArrayType is equal to 0, pps_slice_chroma_qp_offsets_present_flag shall be equal to 0.

ITU-T H.265 (V10), High Efficiency Video Coding § 7.4.3.3.1 (July 2024) (emphasis added).

</td></tr>
</table>

| | |
|---|---|
| | At the slice level, slice_act_y_qp_offset, slice_act_cb_qp_offset and slice_act_cr_qp_offset are used for this functionality. |
| | **slice_act_y_qp_offset**, **slice_act_cb_qp_offset** and **slice_act_cr_qp_offset** specify offsets to the quantization parameter values qP derived in clause 8.6.2 for luma, Cb, and Cr components, respectively. The values of slice_act_y_qp_offset, slice_act_cb_qp_offset and slice_act_cr_qp_offset shall be in the range of −12 to +12, inclusive. When not present, the values of slice_act_y_qp_offset, slice_act_cb_qp_offset, and slice_act_cr_qp_offset are inferred to be equal to 0. The value of PpsActQpOffsetY + slice_act_y_qp_offset shall be in the range of −12 to +12, inclusive. The value of PpsActQpOffsetCb + slice_act_cb_qp_offset shall be in the range of −12 to +12, inclusive. The value of PpsActQpOffsetCr + slice_act_cr_qp_offset shall be in the range of −12 to +12, inclusive. |
| | ITU-T H.265 (V10), High Efficiency Video Coding § 7.4.7.1 (July 2024) |
| [7b] acquiring the second QP based on the quality degradation offset, the first QP, and the delta QP. | The Akamai '361 Product acquires the second QP based on the quality degradation offset, the first QP, and the delta QP. |
| | The quality degradation offset is additively incorporated into the QP computation, resulting in a second QP that reflects the combined effects of the original quality level, the rate-control adjustment, and the quality degradation tolerance. |
| | The HEVC standard's QP derivation in § 8.6.2 demonstrates how multiple offset values are incorporated into the final quantization parameter. |

<table>
<tr>
<td></td>
<td>

The quantization parameter qP is derived as follows:

– If cIdx is equal to 0, the following applies:

$$qP = Clip3( 0, 51 + QpBdOffsetY, Qp'Y + ( tu\_residual\_act\_flag[ xTbY ][ yTbY ] ? \quad PpsActQpOffsetY + slice\_act\_y\_qp\_offset : 0 ) ) \qquad (8\text{-}291)$$

– Otherwise, if cIdx is equal to 1, the following applies:

$$qP = Qp'_{cb} \qquad (8\text{-}292)$$

– Otherwise (cIdx is equal to 2), the following applies:

$$qP = Qp'_{cr} \qquad (8\text{-}293)$$

ITU-T H.265 (V10), High Efficiency Video Coding § 8.6.2 (July 2024)

</td>
</tr>
<tr>
<td>[8] The method of claim 7, wherein acquiring the quality degradation offset can be based on analysis of historical data of compressed video.</td>
<td>

The Akamai '361 Product acquires the quality degradation offset based on analysis of historical data of compressed video.

The HEVC standard's HRD framework provides for tracking historical bit consumption data across the encoded sequence:

</td>
</tr>
</table>

| | |
|---|---|
| | avg_bit_rate[ i ][ j ] indicates the average bit rate of the j-th subset of the i-th layer set, in bits per second. The value is given by BitRateBPS( avg_bit_rate[ i ][ j ] ) with the function BitRateBPS( ) being specified as follows:<br><br>$$BitRateBPS( x ) = ( x \mathrel{\&} ( 2^{14} - 1 ) ) * 10^{(2 + (x \gg 14))} \qquad \text{(F-16)}$$<br><br>The average bit rate is derived according to the access unit removal time specified in clause F.13. In the following, bTotal is the number of bits in all NAL units of the j-th subset of the i-th layer set, $t_1$ is the removal time (in seconds) of the first access unit to which the VPS applies and $t_2$ is the removal time (in seconds) of the last access unit (in decoding order) to which the VPS applies. With x specifying the value of avg_bit_rate[ i ][ j ], the following applies:<br><br>–   If $t_1$ is not equal to $t_2$, the following condition shall be true:<br><br>$$( x \mathrel{\&} ( 2^{14} - 1 ) ) \mathrel{==} Round( bTotal \div ( ( t_2 - t_1 ) * 10^{(2 + (x \gg 14))} ) ) \qquad \text{(F-17)}$$<br><br>–   Otherwise ($t_1$ is equal to $t_2$), the following condition shall be true:<br><br>$$( x \mathrel{\&} ( 2^{14} - 1 ) ) \mathrel{==} 0 \qquad \text{(F-18)}$$<br><br>ITU-T H.265 (V10), High Efficiency Video Coding § F.7.4.3.1.4 (July 2024) (emphasis added). |
| [9] The method of claim 7, wherein a default value of the quality degradation offset can be set to zero if minimal quality degradation is introduced during the compression. | The Akamai '361 Product sets a default value of the quality degradation offset to zero if minimal quality degradation is introduced during the compression.<br><br>The HEVC standard provides multiple mechanisms for applying QP offsets that control quality degradation at the picture parameter set (PPS) and slice levels.  At the picture parameter set (PPS) level, pps_cb_qp_offset and pps_cr_qp_offset are used for this functionality.  These offsets can be set to zero. |

| | |
|---|---|
| | The variable Log2MinCuQpDeltaSize is derived as follows:<br><br>$$Log2MinCuQpDeltaSize = CtbLog2SizeY - diff\_cu\_qp\_delta\_depth \qquad (7\text{-}36)$$<br><br>**pps_cb_qp_offset** and **pps_cr_qp_offset** specify the offsets to the luma quantization parameter $Qp'_Y$ used for deriving $Qp'_{Cb}$ and $Qp'_{Cr}$, respectively. The values of pps_cb_qp_offset and pps_cr_qp_offset shall be in the range of −12 to +12, inclusive. When ChromaArrayType is equal to 0, pps_cb_qp_offset and pps_cr_qp_offset are not used in the decoding process and decoders shall ignore their value.<br><br>**pps_slice_chroma_qp_offsets_present_flag** equal to 1 indicates that the slice_cb_qp_offset and slice_cr_qp_offset syntax elements are present in the associated slice headers. pps_slice_chroma_qp_offsets_present_flag equal to 0 indicates that these syntax elements are not present in the associated slice headers. When ChromaArrayType is equal to 0, pps_slice_chroma_qp_offsets_present_flag shall be equal to 0.<br><br>ITU-T H.265 (V10), High Efficiency Video Coding § 7.4.3.3.1 (July 2024) (emphasis added).<br><br>At the slice level, slice_act_y_qp_offset, slice_act_cb_qp_offset and slice_act_cr_qp_offset are used for this functionality.  These offsets can be equal to zero.<br><br>**slice_act_y_qp_offset**, **slice_act_cb_qp_offset** and **slice_act_cr_qp_offset** specify offsets to the quantization parameter values qP derived in clause 8.6.2 for luma, Cb, and Cr components, respectively. The values of slice_act_y_qp_offset, slice_act_cb_qp_offset and slice_act_cr_qp_offset shall be in the range of −12 to +12, inclusive. When not present, the values of slice_act_y_qp_offset, slice_act_cb_qp_offset, and slice_act_cr_qp_offset are inferred to be equal to 0. The value of PpsActQpOffsetY + slice_act_y_qp_offset shall be in the range of −12 to +12, inclusive. The value of PpsActQpOffsetCb + slice_act_cb_qp_offset shall be in the range of −12 to +12, inclusive. The value of PpsActQpOffsetCr + slice_act_cr_qp_offset shall be in the range of −12 to +12, inclusive.<br><br>ITU-T H.265 (V10), High Efficiency Video Coding § 7.4.7.1 (July 2024) |
| [10PRE] A computer-implemented method comprising: | Akamai and its customers directly infringe claim 10 of the '361 patent under 35 U.S.C. § 271(a) by performing the claimed computer-implemented method in the United States through the testing and use of the Akamai '361 Product.  In particular, Akamai infringes § 271(a) by using and testing the Akamai '361 Product domestically, while Akamai's customers and end users infringe by using and testing the Akamai '361 Product. |

| | Moreover, Akamai induces infringement under 35 U.S.C. § 271(b) by encouraging its customers and end users to infringe by offering, testing, using, and selling a system for practicing claim 10 of the '361 patent in the United States.<br><br>Unless otherwise noted, OptiMorphix contends that every element of each asserted claim is literally met by Akamai's testing and use of the Akamai '361 Product. To the extent Akamai claims any element is not literally met, OptiMorphix asserts that such element is nonetheless satisfied under the doctrine of equivalents. No substantial differences between the patent claim elements and the corresponding features of the Akamai '361 Product exist. In every instance, each step of the methods performed by the Akamai '361 Product is performed by the Akamai '361 Product for substantially the same function, in substantially the same way, and to achieve substantially the same result as the corresponding claim element.<br><br>The Akamai '361 Product performs a computer-implemented method for receiving, decoding, re-encoding, and delivering video content. The Akamai '361 Product comprises cloud-based, software-driven video processing platforms that execute computer-implemented methods. |
|---|---|

|  |  |
|---|---|
|  | Media Services Live 5 (MSL5) is the next-generation streaming service provided by Akamai and sourced by Harmonic. MSL5 offers a significant leap forward in streaming technology, including a range of innovative features designed to enhance the viewing experience and optimize content delivery. Whether you're a content broadcaster, or a streaming platform, you can use MSL5 to elevate your streaming capabilities and drive audience engagement to new heights.<br><br>**Benefits**<br><br>MSL5, the ultimate solution for delivering high-quality video content to global audiences, offers these benefits:<br><br>• **Access via the Akamai Connected Cloud**. Leverage the expertise of Harmonic and the robust infrastructure of Akamai to deliver a comprehensive streaming solution.<br><br>• **Seamless streaming experience**. MLS5 builds on the MSL4 capabilities to offer improved video quality, reduced latency, and enhanced playback reliability.<br><br>*Akamai MSL5: Media Services Live 5 Overview*, AKAMAI TECHDOCS (last visited March 2026), available at: https://techdocs.akamai.com/msl5-harmonic/docs/welcome-to-msl5 (emphasis added).<br><br>The Akamai '361 Product's transcoding and re-encoding workflows are performed by software running on these computing platforms, constituting a computer-implemented method. |
| [10a] decompressing a received encoded video frame that is a part of a sequence including a plurality of video frames; | The Akamai '361 Product decompresses a received encoded video frame that is a part of a sequence including a plurality of video frames.<br><br>During the transcoding process, the Akamai '361 Product first decodes (decompresses) the received HEVC/H.265-encoded bitstream to generate decoded pictures.  Transcoding and re-encoding require decoding (decompressing) the input encoded video before re-encoding it at different parameters.  The Akamai '361 Product decodes the incoming H.265/HEVC-encoded video frames as the first step of its transcode pipeline.  The H.265/HEVC standard specifies a mandatory decoding process in Section 8.1.1: |

> Input to this process is a bitstream. Output of this process is a list of decoded pictures.
>
> The decoding process is specified such that all decoders that conform to a specified profile, tier and level will produce numerically identical cropped decoded output pictures when invoking the decoding process associated with that profile for a bitstream conforming to that profile, tier and level. Any decoding process that produces identical cropped decoded output pictures to those produced by the process described herein (with the correct output order or output timing, as specified) conforms to the decoding process requirements of this Specification.

ITU-T H.265 (V10), High Efficiency Video Coding § 8.1.1 (July 2024) (emphasis added).

Because the Akamai '361 Product is H.265/HEVC compliant, the Akamai '361 Product must implement the mandatory decoding process specified in the H.265 Standard. The decoding process involves entropy decoding, inverse quantization (Section 8.6.3), inverse transformation (Section 8.6.4), intra/inter prediction (Sections 8.4–8.5), and in-loop filtering (Section 8.7) to reconstruct decoded sample arrays.

## Supported video formats

| Video format | Input support | Output support |
|---|---|---|
| ▾ Container | | |
| MP4/MOV | ✓ | ✓ |
| WebM | ✓ | ✓ |
| ▾ Video | | |
| h264 | ✓ | ✓ |
| h265 | ✓ | ✓ |

*Akamai Image and Video Manager: Supported Image and Video Formats*, AKAMAI TECHDOCS (last visited March 2026), available at: https://techdocs.akamai.com/ivm/docs/supported-image-and-video-formats (emphasis added).

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,894,361

| [10b] extracting a first quantization parameter (QP) from the decompressed video frame, wherein the first QP corresponds to quantization settings originally used for compressing the encoded video frame; | The Akamai '361 Product extracts a first quantization parameter (QP) from the decompressed video frame, wherein the first QP corresponds to quantization settings originally used for compressing the encoded video frame. |
|---|---|

In compliance with the H.265 Standard, the Akamai '361 Product derives quantization parameters as part of the decoding process. The initial slice-level QP is established from syntax elements in the slice segment header and the picture parameter set. Section 7.4.7.1 of the H.265 Standard specifies:

> **slice_qp_delta** specifies the initial value of $Qp_Y$ to be used for the coding blocks in the slice until modified by the value of CuQpDeltaVal in the coding unit layer. The initial value of the $Qp_Y$ quantization parameter for the slice, $SliceQp_Y$, is derived as follows:
>
> $$SliceQp_Y = 26 + init\_qp\_minus26 + slice\_qp\_delta \qquad (7\text{-}54)$$
>
> The value of $SliceQp_Y$ shall be in the range of $-QpBdOffset_Y$ to $+51$, inclusive.

ITU-T H.265 (V10), High Efficiency Video Coding § 7.4.7.1 (July 2024) (emphasis added).

At the coding unit level, Section 8.6.1 further specifies the derivation process for the luma quantization parameter QpY, using the predicted QP and the CuQpDeltaVal syntax element:

> Input to this process is a luma location ( xCb, yCb ) specifying the top-left sample of the current luma coding block relative to the top-left luma sample of the current picture.
>
> In this process, the variable $Qp_Y$, the luma quantization parameter $Qp'_Y$ and the chroma quantization parameters $Qp'_{Cb}$ and $Qp'_{Cr}$ are derived.
>
> The luma location ( xQg, yQg ), specifies the top-left luma sample of the current quantization group relative to the top-left luma sample of the current picture. The horizontal and vertical positions xQg and yQg are set equal to $xCb - ( xCb \& ( ( 1 \ll Log2MinCuQpDeltaSize) - 1 ) )$ and $yCb - ( yCb \& ( ( 1 \ll Log2MinCuQpDeltaSize) - 1 ) )$, respectively. The luma size of a quantization group, Log2MinCuQpDeltaSize, determines the luma size of the smallest area inside a CTB that shares the same $qP_{Y\_PRED}$.

ITU-T H.265 (V10), High Efficiency Video Coding § 8.6.1 (July 2024) (emphasis added).

Case 1:24-cv-01336-MN    Document 33-1    Filed 04/29/26    Page 347 of 602 PageID #:
2343

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,894,361

The predicted luma QP is derived from neighboring coding units and the slice-level initial QP:

> The predicted luma quantization parameter qP$_{Y\_PRED}$ is derived by the following ordered steps:
>
> 1. The variable qP$_{Y\_PREV}$ is derived as follows:
>    - If one or more of the following conditions are true, qP$_{Y\_PREV}$ is set equal to SliceQp$_Y$:
>      - The current quantization group is the first quantization group in a slice.
>      - The current quantization group is the first quantization group in a tile.
>      - The current quantization group is the first quantization group in a CTB row of a tile and entropy_coding_sync_enabled_flag is equal to 1.
>    - Otherwise, qP$_{Y\_PREV}$ is set equal to the luma quantization parameter Qp$_Y$ of the last coding unit in the previous quantization group in decoding order.

ITU-T H.265 (V10), High Efficiency Video Coding § 8.6.1 (July 2024) (emphasis added).

The QP derivation performed by the Akamai '361 Product relies on the CuQpDeltaVal parameter (a mandatory part of the H.265 bitstream). Section 7.4.9.14 of the H.265 Standard that is implemented by the Akamai '361 Product specifies:

> **7.4.9.14    Delta QP semantics**
>
> **cu_qp_delta_abs**, when present, specifies the absolute value of the difference CuQpDeltaVal between the luma quantization parameter of the current coding unit and its prediction.
>
> **cu_qp_delta_sign_flag**, when present, specifies the sign of the difference CuQpDeltaVal between the luma quantization parameter of the current coding unit and its prediction.
>
> It is a requirement of bitstream conformance that the value of CuQpDeltaVal shall be in the range of −( 26 + QpBdOffsetY / 2 ) to +( 25 + QpBdOffsetY / 2 ), inclusive.

ITU-T H.265 (V10), High Efficiency Video Coding § 7.4.9.14 (July 2024) (emphasis added).

The final luma QP is derived using the formula specified in Section 8.6.1:

Case 1:24-cv-01336-MN    Document 33-1    Filed 04/29/26    Page 348 of 602 PageID #: 2344

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,894,361

| | |
|---|---|
| | 4. The predicted luma quantization parameter $qP_{Y\_PRED}$ is derived as follows:<br><br>$$qP_{Y\_PRED} = ( qP_{Y\_A} + qP_{Y\_B} + 1 ) >> 1 \qquad (8\text{-}282)$$<br><br>The variable $Qp_Y$ is derived as follows:<br><br>$$Qp_Y = ( ( qP_{Y\_PRED} + CuQpDeltaVal + 52 + 2 * QpBdOffset_Y )\%( 52 + QpBdOffset_Y ) ) - QpBdOffset_Y \quad (8\text{-}283)$$<br><br>ITU-T H.265 (V10), High Efficiency Video Coding § 8.6.1, Eq. (8-283) (July 2024) (emphasis added). |
| [10c] acquiring a delta QP based on the first QP; | The Akamai '361 Product acquires a delta QP based on the first QP.<br><br>In compliance with the H.265 Standard, the Akamai '361 Product extract a delta QP (CuQpDeltaVal), which is acquired relative to the predicted or initial QP (the first QP). The Akamai '361 Product parses both the absolute delta value and its sign from the bitstream to determine the exact adjustment applied to each quantization block. In a re-encoding (transcoding) context, the Akamai '361 Product then determines new quantization parameters for the output bitstream. When the Akamai '361 Product re-encodes decoded video at a target bitrate or quality level that differs from the source, the re-encoder computes a target QP for each coding unit that differs from the first QP extracted during decoding. This difference constitutes a "delta QP" within the meaning of the claim. Section 7.4.9.14 of the H.265 Standard implemented by the Akamai '361 Product specifies the delta QP as follows: |

| | |
|---|---|
| | **7.4.9.14    Delta QP semantics**<br><br>**cu_qp_delta_abs**, when present, specifies the absolute value of the difference CuQpDeltaVal between the luma quantization parameter of the current coding unit and its prediction.<br><br>**cu_qp_delta_sign_flag**, when present, specifies the sign of the difference CuQpDeltaVal between the luma quantization parameter of the current coding unit and its prediction.<br><br>It is a requirement of bitstream conformance that the value of CuQpDeltaVal shall be in the range of −( 26 + QpBdOffsetY / 2 ) to +( 25 + QpBdOffsetY / 2 ), inclusive.<br><br>ITU-T H.265 (V10), High Efficiency Video Coding § 7.4.9.14 (July 2024) (emphasis added).<br><br>The CuQpDeltaVal is a mandatory syntax element in the H.265 bitstream whenever cu_qp_delta_enabled_flag is set. The Akamai '361 Product computes delta QP values based on the first QP (because the rate-control algorithm accounts for the source content's quantization characteristics when determining how aggressively to re-quantize).  For example, the Akamai '361 Product perceptualQuality parameter controls re-encoding quality for the source:<br><br>• **Quality** (default): Using a `quality` value from 1-100 resembles JPEG quality across output formats. The default is 85.<br><br>• **Perceptual Quality:** Dynamically tunes the quality parameter for each image format based on the human-perceived quality of the output image. For better byte savings without compromising perception of the image, use `perceptualQuality` instead of `quality` to encode many images at a much lower quality. For certain images that need to maintain human-perceived quality, encode them at a slightly higher quality.<br><br>*Akamai Image and Video Manager: IVM Concepts*, AKAMAI TECHDOCS (last visited March 2026), available at: https://techdocs.akamai.com/ivm/reference/concepts (emphasis added). |
| [10d] acquiring an inflation adjustment based on a comparison between total byte size of frames | The Akamai '361 Product acquires an inflation adjustment based on a comparison between total byte size of frames previously decompressed and total byte size of the frames after being previously |

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,894,361

| | |
|---|---|
| previously decompressed and total byte size of the frames after being previously compressed, wherein the received encoded video frame and the frames previously decompressed are part of the sequence including a plurality of video frames; | compressed, wherein the received encoded video frame and the frames previously decompressed are part of the sequence including a plurality of video frames. During the adaptive transcoding and delivery process, the Akamai '361 Product tracks total byte transfer sizes and compares the uncompressed/target buffer states to the compressed output rates.  When the Akamai '361 Product re-encodes video at a reduced bitrate, re-compressed frames are smaller than the decoded (decompressed) frames. The ratio or difference between these sizes is used by the Akamai '361 Product to make QP adjustments constituting an inflation adjustment.  The H.265/HEVC standard specifies a Hypothetical Reference Decoder (HRD) framework that requires tracking coded picture sizes for buffer management: |

Case 1:24-cv-01336-MN    Document 33-1    Filed 04/29/26    Page 351 of 602 PageID #: 2347

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,894,361



The HRD contains a coded picture buffer (CPB), an instantaneous decoding process, a decoded picture buffer (DPB), and output cropping as shown in Figure C.2.

Figure C.2 – HRD buffer model

ITU-T H.265 (V10), High Efficiency Video Coding, Annex C (July 2024).

The Akamai '361 Product uses a coded picture buffer that tracks the number of bits associated with each coded picture entering and leaving the buffer, which involves monitoring byte sizes of coded pictures. The Akamai '361 Product track and compare coded picture sizes across the sequence.  Moreover, in compliance with the H.265 Standard the Akamai '361 Product implements Section F.7.4.3.1.4 of the H.265 Standard which define a bit-accumulation variable bTotal that tracks the total number of bits

Case 1:24-cv-01336-MN    Document 33-1    Filed 04/29/26    Page 352 of 602 PageID #:
2348

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,894,361

across NAL units in a frame sequence, and uses this accumulated value to derive and enforce bitrate parameters:

> **avg_bit_rate**[ i ][ j ] indicates the average bit rate of the j-th subset of the i-th layer set, in bits per second. The value is given by BitRateBPS( avg_bit_rate[ i ][ j ] ) with the function BitRateBPS( ) being specified as follows:
>
> $$BitRateBPS( x ) = ( x \mathrel{\&} ( 2^{14} - 1 ) ) * 10^{(2 + (x \gg 14))} \tag{F-16}$$
>
> The average bit rate is derived according to the access unit removal time specified in clause F.13. In the following, bTotal is the number of bits in all NAL units of the j-th subset of the i-th layer set, $t_1$ is the removal time (in seconds) of the first access unit to which the VPS applies and $t_2$ is the removal time (in seconds) of the last access unit (in decoding order) to which the VPS applies. With x specifying the value of avg_bit_rate[ i ][ j ], the following applies:
>
> –   If $t_1$ is not equal to $t_2$, the following condition shall be true:
>
> $$( x \mathrel{\&} ( 2^{14} - 1 ) ) == Round( bTotal \div ( ( t_2 - t_1 ) * 10^{(2 + (x \gg 14))} ) ) \tag{F-17}$$
>
> –   Otherwise ($t_1$ is equal to $t_2$), the following condition shall be true:
>
> $$( x \mathrel{\&} ( 2^{14} - 1 ) ) == 0 \tag{F-18}$$

ITU-T H.265 (V10), High Efficiency Video Coding § F.7.4.3.1.4 (July 2024) (emphasis added).

The bTotal variable incorporated into the Akamai '361 Product is an "inflation adjustment" that tracks total bits/bytes of encoded frames across a sequence and using those accumulated totals in rate calculations. The Akamai '361 Product targets specific bitrate parameters to ensure the encoded output satisfies specific bit rate constraints.

Akamai Adaptive Media Delivery Bit Rate Limiting feature further shows the use of byte-size tracking in the delivery pipeline:

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,894,361

| | |
|---|---|
| | Bit Rate Limiting lets you control the rate that Akamai serves AMD content to end users. You can optionally vary the speed based on file size or elapsed download time.<br><br>For example, apply it to prevent media downloads from progressing faster than they're consumed. You could also apply multiple instances of it to set up different end-user experience tiers of delivery performance—a higher bit rate maximum for requests from one URL, and a lower rate for another.<br><br>*Akamai Adaptive Media Delivery: Bit Rate Limiting*, AKAMAI TECHDOCS (last visited March 2026), available at: https://techdocs.akamai.com/adaptive-media-delivery/docs/add-bit-rate-limiting (emphasis added). |
| [10e] acquiring a second QP based on the delta QP and the inflation adjustment, wherein the second QP corresponds to quantization settings for compressing the decompressed video frame; and | The Akamai '361 Product acquires a second QP based on the delta QP and the inflation adjustment, wherein the second QP corresponds to quantization settings for compressing the decompressed video frame.<br><br>In the re-encoding stage, the Akamai '361 Product derives a final quantization parameter (the "second QP") for each coding unit of the re-encoded output. This second QP determines the quantization applied during the forward transform and quantization process, controlling the quality and bitrate of the re-encoded output. The H.265/HEVC standard specifies the QP derivation formula in Section 8.6.1 used by the Akamai '361 Product.<br><br>4. The predicted luma quantization parameter $qP_{Y\_PRED}$ is derived as follows:<br><br>$$qP_{Y\_PRED} = ( qP_{Y\_A} + qP_{Y\_B} + 1 ) >> 1 \qquad (8\text{-}282)$$<br><br>The variable $Qp_Y$ is derived as follows:<br><br>$$Qp_Y = ( ( qP_{Y\_PRED} + CuQpDeltaVal + 52 + 2 * QpBdOffset_Y )\%( 52 + QpBdOffset_Y ) ) - QpBdOffset_Y \quad (8\text{-}283)$$<br><br>The luma quantization parameter $Qp'_Y$ is derived as follows:<br><br>$$Qp'_Y = Qp_Y + QpBdOffset_Y \qquad (8\text{-}284)$$<br><br>ITU-T H.265 (V10), High Efficiency Video Coding § 8.6.1, Eq. (8-282), (8-283) (July 2024) (emphasis added). |

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,894,361

| | |
|---|---|
| | Section 8.6.2 of the H.265 Standard specifies the derived QP is used by the Akamai '361 Product in the scaling and transformation process, applying the function to produce the final quantization parameter qP used for transform coefficient scaling:<br><br>The quantization parameter qP is derived as follows:<br><br>– If cIdx is equal to 0, the following applies:<br><br>$$qP = Clip3( 0, 51 + QpBdOffsetY, Qp'Y + ( tu\_residual\_act\_flag[ xTbY ][ yTbY ] ? PpsActQpOffsetY + slice\_act\_y\_qp\_offset : 0 ) )$$ (8-291)<br><br>– Otherwise, if cIdx is equal to 1, the following applies:<br><br>$$qP = Qp'_{Cb}$$ (8-292)<br><br>– Otherwise (cIdx is equal to 2), the following applies:<br><br>$$qP = Qp'_{Cr}$$ (8-293)<br><br>ITU-T H.265 (V10), High Efficiency Video Coding § 8.6.2, Eq. (8-291) (July 2024) (emphasis added). |
| [10f] compressing the decompressed video frame based on the second QP. | The Akamai '361 Product compresses the decompressed video frame based on the second QP.<br><br>After decoding the input video and determining the second QP through its rate-control algorithms, the Akamai '361 Product compresses the decoded video frames using H.265/HEVC encoding. This re-encoding process applies forward quantization using the second QP to the transform coefficients of the decoded video frames, creating the optimal derivative video asset for the CDN. Section 8.6.2 of the H.265 standard specifies that the scaling process for transform coefficients is invoked with the quantization parameter qP as an input: |

> 1. The scaling process for transform coefficients as specified in clause 8.6.3 is invoked with the transform block location ( xTbY, yTbY ), the size of the transform block nTbS, the colour component variable cIdx and the quantization parameter qP as inputs, and the output is an (nTbS)x(nTbS) array of scaled transform coefficients d.
>
> 2. The (nTbS)x(nTbS) array of residual samples r is derived as follows:
>
>    – If transform_skip_flag[ xTbY ][ yTbY ][ cIdx ] is equal to 1, the residual sample array values r[ x ][ y ] with x = 0..nTbS − 1, y = 0..nTbS − 1 are derived as follows:
>
>    $$r[\, x\, ][\, y\, ] = (\, rotateCoeffs\, ?\, d[\, nTbS − x −1\, ][\, nTbS − y − 1\, ]\, :\, d[\, x\, ][\, y\, ]\, )\, << tsShift \qquad (8\text{-}298)$$

ITU-T H.265 (V10), High Efficiency Video Coding § 8.6.2 (July 2024) (emphasis added).

The scaling process for transform coefficients (Section 8.6.3) uses the QP value directly in the computation of scaled transform coefficients:

> Where sizeId is specified in Table 7-3 for the size of the quantization matrix equal to (nTbS)x(nTbS) and matrixId is specified in Table 7-4 for sizeId, CuPredMode[ xTbY ][ yTbY ] and cIdx, respectively.
>
> – The scaled transform coefficient d[ x ][ y ] is derived as follows:
>
> $$d[\, x\, ][\, y\, ] = Clip3(\, coeffMin,\, coeffMax,\, (\, (\, TransCoeffLevel[\, xTbY\, ][\, yTbY\, ][\, cIdx\, ][\, x\, ][\, y\, ] * m[\, x\, ][\, y\, ] * $$
> $$levelScale[\, qP\, \%\, 6\, ]\, << (qP\, /\, 6\, ))+(\, 1\, << (\, bdShift − 1\, )))\, >> bdShift\, ) \qquad (8\text{-}309)$$

ITU-T H.265 (V10), High Efficiency Video Coding § 8.6.3, Eq. (8-309) (July 2024) (emphasis added).

The Akamai '361 Product documentation states that it performs H.265/HEVC compliant encoding and performs H.265-encoded output, the re-encoding process applies forward quantization using the derived second QP. Akamai's documentation confirms that IVM creates derivative video assets automatically:

Case 1:24-cv-01336-MN    Document 33-1    Filed 04/29/26    Page 356 of 602 PageID #: 2352

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,894,361

| | |
|---|---|
| | Image and Video Manager can automate processing videos, similarly to the way it handles images. You can manage a single pristine video and configure Image and Video Manager to offload the creation of derivative videos in various sizes and formats to the CDN. When an end-user requests a video, Image and Video Manager dynamically selects the optimal derivative video.<br><br>*Akamai Property Manager: Image and Video Manager (Video)*, AKAMAI TECHDOCS (last visited March 2026), available at: https://techdocs.akamai.com/property-mgr/docs/img-video-manager-videos (emphasis added).<br><br>The Akamai '361 Product uses a quality parameter wherein the video frames are re-encoded with controlled quality settings:<br><br>• **Medium perceptual quality**. Ensures a balance between visual fidelity and file size reduction. This setting aims to preserve detail as much as possible while achieving a moderate level of optimization. This is a good default setting for most use cases where clarity is important but extreme precision is not required.<br>• **High perceptual quality**. Prioritizes visual quality over file size savings. The algorithm minimizes compression artifacts and rejects optimizations that could lead to visible degradation. This setting is ideal when the clarity of the image is crucial, for example, for high-quality display images. In the case of very compressed or low-quality input, Image and Video Manager can avoid additional compression to prevent further loss of quality.<br><br>*Akamai Image and Video Manager: Key Concepts and Terms*, AKAMAI TECHDOCS (last visited March 2026), available at: https://techdocs.akamai.com/ivm/docs/key-concepts-and-terms (emphasis added). |
| [13PRE] A video optimizer comprising: | Akamai tests and uses a video optimizer using extracted and derived quantization parameters comprising each and every limitation of the claim and directly infringes the claim on at least these bases. *See, e.g.*, [13a]-[13d]. To the extent the preamble is limiting, the Akamai '361 Product is a video optimizer. [13a]-[13d]. |

Case 1:24-cv-01336-MN   Document 33-1   Filed 04/29/26   Page 357 of 602 PageID #: 2353

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,894,361

| | Additionally, and/or in the alternative, Akamai indirectly infringes the claim, for example by actively inducing third-party infringement (*e.g.*, infringement by Akamai's Product end-users and/or third-party integrators).  *See, e.g.*, [13a]-[13d].  Moreover, Akamai induces infringement under 35 U.S.C. § 271(b) by encouraging its customers and end users to infringe by offering, testing, using, and selling a system for practicing the '361 patent in the United States. |
| | Unless otherwise noted, OptiMorphix contends that every element of each asserted claim is literally met by the Akamai '361 Product.  To the extent Akamai claims any element is not literally met, OptiMorphix asserts that such element is nonetheless satisfied under the doctrine of equivalents.  No substantial differences between the patent claim elements and the corresponding features of the Akamai '361 Product exist.  In every instance, each element of the apparatus described in the claim is in the Akamai '361 Product for substantially the same function, in substantially the same way, and to achieve substantially the same result as the corresponding claim element. |
| | The Akamai '361 Product is capable of performing video transcoding and re-encoding.  Specifically, the Akamai 361 Product receives a video file from an origin server, decode it, and re-encodes it into optimized videos at various quality levels. |

|  |  |
|---|---|
|  | Image and Video Manager offers a simple way to intelligently manage, optimize, and modify your images and short-form videos. With Image and Video Manager, you can deliver a smooth, efficient, visually engaging customer experience that can also save you time and money.<br><br>You can configure Image and Video Manager to:<br><br>• Deliver images and videos in the best width and format for the requesting device, operating system, and browser<br><br>• Reduce the byte size of images and videos without any perceptible reduction in visual quality<br><br>• Override image quality settings and deliver lower quality images when a slower connection speed is detected<br><br>• Automatically apply artistic transformations such as cropping, rotation, resizing, color adjustment, and watermarks to images<br><br>*Akamai Image and Video Manager,* AKAMAI TECHDOCS WEBSITE (last visited March 2026), available at: https://techdocs.akamai.com/ivm/docs/welcome-ivm (emphasis added).<br><br>In addition, Akamai Media Services Live ("MSL") and Media Services Live 5 ("MSL5") provide OTT transcoding of video content wherein encoded frames are decoded and then reencoded. |

> With a focus on innovation and cutting-edge technology, Harmonic has established itself as a key player in the media industry. The company offers a range of products and services designed to optimize video workflows, enhance video quality, and streamline content delivery to viewers worldwide. Harmonic's solutions encompass encoding, transcoding, stream processing, and delivery, enabling broadcasters and service providers to deliver high-quality video content efficiently and cost-effectively.
>
> Through its advanced video compression technologies and cloud-based video delivery platforms, Harmonic helps customers deliver immersive viewing experiences across multiple screens and devices.

*Akamai Media Services Live 5 Overview,* AKAMAI TECHDOCS WEBSITE (last visited March 2026), available at: https://techdocs.akamai.com/msl5-harmonic/docs/welcome-to-msl5 (emphasis added).

The Akamai '361 Product is capable of performing a method for encoding, transcoding, and delivering video content. Akamai partners with Harmonic to provide Over-The-Top (OTT) transcoding of video streams over the Akamai network.

> • **Personal Content Recording:** Cost-effective and flexible recording and time-shifting capabilities, support both nPVR (Network Personal Video Recorder) and cDVR (Cloud Digital Video Recorder). This will enhance the viewer experience by offering personalized content access.
>
> 📋 MSL5 is equipped for seamless integration with Harmonic's cutting-edge VOS360 solutions, catering to features related to Transcoding and Content Monetization. This includes features such as Over-The-Top (OTT) transcoding and Dynamic Ad Insertion (DAI), ensuring a high-quality streaming experience and optimized monetization opportunities.

Akamai MSL5: MSL4 to MSL5: Key Benefits and Rationale, AKAMAI TECHDOCS (last visited March 2026), available at: https://techdocs.akamai.com/msl5-harmonic/docs/msl4-to-msl5-key-benefits-and-rationale (emphasis added).

The MSL5 documentation confirms that the Accused Product performs OTT transcoding (a method of receiving an encoded video stream) decoding it and re-encoding it for optimized delivery to end users.

**0.7    Overview of the design characteristics**

The coded representation specified in the syntax is designed to enable a high compression capability for a desired image or video quality. The algorithm is typically not lossless, as the exact source sample values are typically not preserved through the encoding and decoding processes. A number of techniques may be used to achieve highly efficient compression. Encoding algorithms (not specified in this Recommendation | International Standard) may select between inter and intra coding for block-shaped regions of each picture. Inter coding uses motion vectors for block-based inter prediction to exploit temporal statistical dependencies between different pictures. Intra coding uses various spatial prediction modes to exploit spatial statistical dependencies in the source signal for a single picture. Motion vectors and intra prediction modes may be specified for a variety of block sizes in the picture. The prediction residual may then be

ITU-T H.265 (V10), HIGH EFFICIENCY VIDEO CODING § 0.7 (July 2024) (emphasis added).

The H.265/HEVC standard confirms that the encoding and decoding processes constitute a method of video compression.

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,894,361



*OTT on Cloud Transcoding*, AKAMAI DATASHEET at 3 (2024).

| | |
|---|---|
| | Select one of the following visual quality levels for your derivative videos:<br><br>• **High.** The derivative video is of the highest visual quality but has the smallest reduction in byte size<br><br>• **Medium High.** The derivative video is of high visual quality and has a small reduction in byte size<br><br>• **Medium.** The derivative video is of medium visual quality and results in moderate byte savings<br><br>• **Medium Low.** The derivative video is of a low visual quality and a large reduction in byte size<br><br>• **Low.** The derivative is of the lowest visual quality but has the largest reduction in byte size<br><br>*Akamai Image and Video Manager: Configuration – Optimize Your Videos*, AKAMAI TECHDOCS (last visited March 2026), *available at*: https://techdocs.akamai.com/ivm/docs/optimize-videos. |
| [13a] a decoder configured to decompress a received encoded video frame, wherein the decompressed video frame includes a first quantization parameter (QP) corresponding to quantization settings originally used for compressing the encoded video frame; | The Akamai '361 Product includes a decoder configured to decompress a received encoded video frame, wherein the decompressed video frame includes a first quantization parameter (QP) corresponding to quantization settings originally used for compressing the encoded video frame.<br><br>During the transcoding process, the Akamai '361 Product first decodes (decompresses) the received HEVC/H.265-encoded bitstream to generate decoded pictures. Transcoding and re-encoding require decoding (decompressing) the input encoded video before re-encoding it at different parameters. The Akamai '361 Product decodes the incoming H.265/HEVC-encoded video frames as the first step of its transcode pipeline. The H.265/HEVC standard specifies a mandatory decoding process in Section 8.1.1:<br><br>Input to this process is a bitstream. Output of this process is a list of decoded pictures.<br><br>The decoding process is specified such that all decoders that conform to a specified profile, tier and level will produce numerically identical cropped decoded output pictures when invoking the decoding process associated with that profile for a bitstream conforming to that profile, tier and level. Any decoding process that produces identical cropped decoded output pictures to those produced by the process described herein (with the correct output order or output timing, as specified) conforms to the decoding process requirements of this Specification.<br><br>ITU-T H.265 (V10), High Efficiency Video Coding § 8.1.1 (July 2024) (emphasis added). |

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,894,361

Because the Akamai '361 Product is H.265/HEVC compliant, the Akamai '361 Product must implement the mandatory decoding process specified in the H.265 Standard. The decoding process involves entropy decoding, inverse quantization (Section 8.6.3), inverse transformation (Section 8.6.4), intra/inter prediction (Sections 8.4–8.5), and in-loop filtering (Section 8.7) to reconstruct decoded sample arrays.

## Supported video formats

| Video format | Input support | Output support |
|---|:---:|:---:|
| ▼ Container | | |
| MP4/MOV | ✓ | ✓ |
| WebM | ✓ | ✓ |
| ▼ Video | | |
| h264 | ✓ | ✓ |
| h265 | ✓ | ✓ |

*Akamai Image and Video Manager: Supported Image and Video Formats*, AKAMAI TECHDOCS (last visited March 2026), available at: https://techdocs.akamai.com/ivm/docs/supported-image-and-video-formats (emphasis added).

In compliance with the H.265 Standard, the Akamai '361 Product derives quantization parameters as part of the decoding process. The initial slice-level QP is established from syntax elements in the slice segment header and the picture parameter set. Section 7.4.7.1 of the H.265 Standard specifies:

slice_qp_delta specifies the initial value of $Qp_Y$ to be used for the coding blocks in the slice until modified by the value of CuQpDeltaVal in the coding unit layer. The initial value of the $Qp_Y$ quantization parameter for the slice, $SliceQp_Y$, is derived as follows:

$$SliceQp_Y = 26 + init\_qp\_minus26 + slice\_qp\_delta \qquad (7\text{-}54)$$

The value of $SliceQp_Y$ shall be in the range of $-QpBdOffset_Y$ to $+51$, inclusive.

ITU-T H.265 (V10), High Efficiency Video Coding § 7.4.7.1 (July 2024) (emphasis added).

At the coding unit level, Section 8.6.1 further specifies the derivation process for the luma quantization parameter QpY, using the predicted QP and the CuQpDeltaVal syntax element:

Input to this process is a luma location ( xCb, yCb ) specifying the top-left sample of the current luma coding block relative to the top-left luma sample of the current picture.

In this process, the variable $Qp_Y$, the luma quantization parameter $Qp'_Y$ and the chroma quantization parameters $Qp'_{Cb}$ and $Qp'_{Cr}$ are derived.

The luma location ( xQg, yQg ), specifies the top-left luma sample of the current quantization group relative to the top-left luma sample of the current picture. The horizontal and vertical positions xQg and yQg are set equal to xCb − ( xCb & ( ( 1 << Log2MinCuQpDeltaSize) − 1 ) ) and yCb − ( yCb & ( ( 1 << Log2MinCuQpDeltaSize) − 1 ) ), respectively. The luma size of a quantization group, Log2MinCuQpDeltaSize, determines the luma size of the smallest area inside a CTB that shares the same $qP_{Y\_PRED}$.

ITU-T H.265 (V10), High Efficiency Video Coding § 8.6.1 (July 2024) (emphasis added).

The predicted luma QP is derived from neighboring coding units and the slice-level initial QP:

> The predicted luma quantization parameter $qP_{Y\_PRED}$ is derived by the following ordered steps:
>
> 1. The variable $qP_{Y\_PREV}$ is derived as follows:
>    - If one or more of the following conditions are true, $qP_{Y\_PREV}$ is set equal to SliceQp$_Y$:
>      - The current quantization group is the first quantization group in a slice.
>      - The current quantization group is the first quantization group in a tile.
>      - The current quantization group is the first quantization group in a CTB row of a tile and entropy_coding_sync_enabled_flag is equal to 1.
>    - Otherwise, $qP_{Y\_PREV}$ is set equal to the luma quantization parameter Qp$_Y$ of the last coding unit in the previous quantization group in decoding order.

ITU-T H.265 (V10), High Efficiency Video Coding § 8.6.1 (July 2024) (emphasis added).

The QP derivation performed by the Akamai '361 Product relies on the CuQpDeltaVal parameter (a mandatory part of the H.265 bitstream). Section 7.4.9.14 of the H.265 Standard that is implemented by the Akamai '361 Product specifies:

> **7.4.9.14    Delta QP semantics**
>
> **cu_qp_delta_abs**, when present, specifies the absolute value of the difference CuQpDeltaVal between the luma quantization parameter of the current coding unit and its prediction.
>
> **cu_qp_delta_sign_flag**, when present, specifies the sign of the difference CuQpDeltaVal between the luma quantization parameter of the current coding unit and its prediction.
>
> It is a requirement of bitstream conformance that the value of CuQpDeltaVal shall be in the range of $-( 26 + \text{QpBdOffsetY} / 2 )$ to $+( 25 + \text{QpBdOffsetY} / 2 )$, inclusive.

ITU-T H.265 (V10), High Efficiency Video Coding § 7.4.9.14 (July 2024) (emphasis added).

The final luma QP is derived using the formula specified in Section 8.6.1:

| | |
|---|---|
| | 4. The predicted luma quantization parameter $qP_{Y\_PRED}$ is derived as follows:<br><br>$$qP_{Y\_PRED} = ( qP_{Y\_A} + qP_{Y\_B} + 1 ) >> 1 \qquad (8\text{-}282)$$<br><br>The variable $Qp_Y$ is derived as follows:<br><br>$$Qp_Y = ( ( qP_{Y\_PRED} + CuQpDeltaVal + 52 + 2 * QpBdOffset_Y ) \% ( 52 + QpBdOffset_Y ) ) - QpBdOffset_Y \quad (8\text{-}283)$$<br><br>ITU-T H.265 (V10), High Efficiency Video Coding § 8.6.1, Eq. (8-283) (July 2024) (emphasis added). |
| [13b] an inflation prevention module configured to acquire an inflation adjustment based on a comparison between total byte size of frames previously decompressed and total byte size of the frames after being previously compressed, wherein the received encoded video frame and the frames previously decompressed are part of a sequence including a plurality of video frames; | The Akamai '361 Product includes an inflation prevention module configured to acquire an inflation adjustment based on a comparison between total byte size of frames previously decompressed and total byte size of the frames after being previously compressed, wherein the received encoded video frame and the frames previously decompressed are part of a sequence including a plurality of video frames.<br><br>During the adaptive transcoding and delivery process, the Akamai '361 Product tracks total byte transfer sizes and compares the uncompressed/target buffer states to the compressed output rates. When the Akamai '361 Product re-encodes video at a reduced bitrate, re-compressed frames are smaller than the decoded (decompressed) frames. The ratio or difference between these sizes is used by the Akamai '361 Product to make QP adjustments constituting an inflation adjustment. The H.265/HEVC standard specifies a Hypothetical Reference Decoder (HRD) framework that requires tracking coded picture sizes for buffer management: |



The HRD contains a coded picture buffer (CPB), an instantaneous decoding process, a decoded picture buffer (DPB), and output cropping as shown in Figure C.2.

Figure C.2 – HRD buffer model

ITU-T H.265 (V10), High Efficiency Video Coding, Annex C (July 2024).

The Akamai '361 Product uses a coded picture buffer that tracks the number of bits associated with each coded picture entering and leaving the buffer, which involves monitoring byte sizes of coded pictures. The Akamai '361 Product track and compare coded picture sizes across the sequence. Moreover, in compliance with the H.265 Standard the Akamai '361 Product implements Section F.7.4.3.1.4 of the H.265 Standard which define a bit-accumulation variable bTotal that tracks the total number of bits across NAL units in a frame sequence, and uses this accumulated value to derive and enforce bitrate parameters:

avg_bit_rate[ i ][ j ] indicates the average bit rate of the j-th subset of the i-th layer set, in bits per second. The value is given by BitRateBPS( avg_bit_rate[ i ][ j ] ) with the function BitRateBPS( ) being specified as follows:

$$\text{BitRateBPS}( x ) = ( x \ \& \ ( 2^{14} - 1 ) ) * 10^{(2 + (x \gg 14))} \tag{F-16}$$

The average bit rate is derived according to the access unit removal time specified in clause F.13. In the following, bTotal is the number of bits in all NAL units of the j-th subset of the i-th layer set, $t_1$ is the removal time (in seconds) of the first access unit to which the VPS applies and $t_2$ is the removal time (in seconds) of the last access unit (in decoding order) to which the VPS applies. With x specifying the value of avg_bit_rate[ i ][ j ], the following applies:

– If $t_1$ is not equal to $t_2$, the following condition shall be true:

$$( x \ \& \ ( 2^{14} - 1 ) ) == \text{Round}( bTotal \div ( ( t_2 - t_1 ) * 10^{(2 + (x \gg 14))} ) ) \tag{F-17}$$

– Otherwise ($t_1$ is equal to $t_2$), the following condition shall be true:

$$( x \ \& \ ( 2^{14} - 1 ) ) == 0 \tag{F-18}$$

ITU-T H.265 (V10), High Efficiency Video Coding § F.7.4.3.1.4 (July 2024) (emphasis added).

The bTotal variable incorporated into the Akamai '361 Product is an "inflation adjustment" that tracks total bits/bytes of encoded frames across a sequence and using those accumulated totals in rate calculations. The Akamai '361 Product targets specific bitrate parameters to ensure the encoded output satisfies specific bit rate constraints.

Akamai AMD's Bit Rate Limiting feature further shows the use of byte-size tracking in the delivery pipeline:

Bit Rate Limiting lets you control the rate that Akamai serves AMD content to end users. You can optionally vary the speed based on file size or elapsed download time.

For example, apply it to prevent media downloads from progressing faster than they're consumed. You could also apply multiple instances of it to set up different end-user experience tiers of delivery performance—a higher bit rate maximum for requests from one URL, and a lower rate for another.

*Akamai Adaptive Media Delivery: Bit Rate Limiting*, AKAMAI TECHDOCS (last visited March 2026), available at: https://techdocs.akamai.com/adaptive-media-delivery/docs/add-bit-rate-limiting (emphasis added).

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,894,361

| | |
|---|---|
| [13c] a QP adjustment module configured to obtain a delta QP based on the first QP, and to acquire a second QP based on the delta QP the first QP, and the inflation adjustment, wherein the second QP corresponds to quantization settings for compressing the decompressed video frame; and | The Akamai '361 Product includes a QP adjustment module configured to obtain a delta QP based on the first QP, and to acquire a second QP based on the delta QP, the first QP, and the inflation adjustment, wherein the second QP corresponds to quantization settings for compressing the decompressed video frame.<br><br>In compliance with the H.265 Standard, the Akamai '361 Product extract a delta QP (CuQpDeltaVal), which is acquired relative to the predicted or initial QP (the first QP). The Akamai '361 Product parses both the absolute delta value and its sign from the bitstream to determine the exact adjustment applied to each quantization block. In a re-encoding (transcoding) context, the Akamai '361 Product then determines new quantization parameters for the output bitstream. When the Akamai '361 Product re-encodes decoded video at a target bitrate or quality level that differs from the source, the re-encoder computes a target QP for each coding unit that differs from the first QP extracted during decoding. This difference constitutes a "delta QP" within the meaning of the claim. Section 7.4.9.14 of the H.265 Standard implemented by the Akamai '361 Product specifies the delta QP as follows:<br><br>**7.4.9.14  Delta QP semantics**<br><br>**cu_qp_delta_abs**, when present, specifies the absolute value of the difference CuQpDeltaVal between the luma quantization parameter of the current coding unit and its prediction.<br><br>**cu_qp_delta_sign_flag**, when present, specifies the sign of the difference CuQpDeltaVal between the luma quantization parameter of the current coding unit and its prediction.<br><br>It is a requirement of bitstream conformance that the value of CuQpDeltaVal shall be in the range of −( 26 + QpBdOffsetY / 2 ) to +( 25 + QpBdOffsetY / 2 ), inclusive.<br><br>ITU-T H.265 (V10), High Efficiency Video Coding § 7.4.9.14 (July 2024) (emphasis added).<br><br>The CuQpDeltaVal is a mandatory syntax element in the H.265 bitstream whenever cu_qp_delta_enabled_flag is set. The Akamai '361 Product computes delta QP values based on the first QP (because the rate-control algorithm accounts for the source content's quantization characteristics when determining how aggressively to re-quantize). For example, the Akamai '361 Product perceptualQuality parameter controls re-encoding quality for the source: |

Page 58 of 130

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,894,361

- **Quality** (default): Using a `quality` value from 1-100 resembles JPEG quality across output formats. The default is 85.

- **Perceptual Quality:** Dynamically tunes the quality parameter for each image format based on the human-perceived quality of the output image. For better byte savings without compromising perception of the image, use `perceptualQuality` instead of `quality` to encode many images at a much lower quality. For certain images that need to maintain human-perceived quality, encode them at a slightly higher quality.

*Akamai Image and Video Manager: IVM Concepts*, AKAMAI TECHDOCS (last visited March 2026), available at: https://techdocs.akamai.com/ivm/reference/concepts (emphasis added).

In the re-encoding stage, the Akamai '361 Product derives a final quantization parameter (the "second QP") for each coding unit of the re-encoded output. This second QP determines the quantization applied during the forward transform and quantization process, controlling the quality and bitrate of the re-encoded output. The H.265/HEVC standard specifies the QP derivation formula in Section 8.6.1 used by the Akamai '361 Product.

4. The predicted luma quantization parameter $qP_{Y\_PRED}$ is derived as follows:

$$qP_{Y\_PRED} = ( qP_{Y\_A} + qP_{Y\_B} + 1 ) >> 1 \qquad (8\text{-}282)$$

The variable $Qp_Y$ is derived as follows:

$$Qp_Y = ( ( qP_{Y\_PRED} + CuQpDeltaVal + 52 + 2 * QpBdOffset_Y )\%( 52 + QpBdOffset_Y ) ) - QpBdOffset_Y \qquad (8\text{-}283)$$

The luma quantization parameter $Qp'_Y$ is derived as follows:

$$Qp'_Y = Qp_Y + QpBdOffset_Y \qquad (8\text{-}284)$$

ITU-T H.265 (V10), High Efficiency Video Coding § 8.6.1, Eq. (8-282), (8-283) (July 2024) (emphasis added).

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,894,361

| | |
|---|---|
| | Section 8.6.2 of the H.265 Standard specifies the derived QP is used by the Akamai '361 Product in the scaling and transformation process, applying the function to produce the final quantization parameter qP used for transform coefficient scaling: |
| | The quantization parameter qP is derived as follows:<br><br>– If cIdx is equal to 0, the following applies:<br><br>$$qP = Clip3(0, 51 + QpBdOffsetY, Qp'_Y + (tu\_residual\_act\_flag[xTbY][yTbY]?$$<br>$$PpsActQpOffsetY + slice\_act\_y\_qp\_offset : 0))$$   (8-291)<br><br>– Otherwise, if cIdx is equal to 1, the following applies:<br><br>$$qP = Qp'_{Cb}$$   (8-292)<br><br>– Otherwise (cIdx is equal to 2), the following applies:<br><br>$$qP = Qp'_{Cr}$$   (8-293) |
| | ITU-T H.265 (V10), High Efficiency Video Coding § 8.6.2, Eq. (8-291) (July 2024) (emphasis added). |
| [13d] an encoder configured to compress the decompressed video frame based on the second QP. | The Akamai '361 Product includes an encoder configured to compress the decompressed video frame based on the second QP.<br><br>After decoding the input video and determining the second QP through its rate-control algorithms, the Akamai '361 Product compresses the decoded video frames using H.265/HEVC encoding. This re-encoding process applies forward quantization using the second QP to the transform coefficients of the decoded video frames, creating the optimal derivative video asset for the CDN. Section 8.6.2 of the H.265 standard specifies that the scaling process for transform coefficients is invoked with the quantization parameter qP as an input: |

Case 1:24-cv-01336-MN    Document 33-1    Filed 04/29/26    Page 372 of 602 PageID #:
2368

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,894,361

1. The scaling process for transform coefficients as specified in clause 8.6.3 is invoked with the transform block location ( xTbY, yTbY ), the size of the transform block nTbS, the colour component variable cIdx and the quantization parameter qP as inputs, and the output is an (nTbS)x(nTbS) array of scaled transform coefficients d.

2. The (nTbS)x(nTbS) array of residual samples r is derived as follows:

   – If transform_skip_flag[ xTbY ][ yTbY ][ cIdx ] is equal to 1, the residual sample array values r[ x ][ y ] with x = 0..nTbS − 1, y = 0..nTbS − 1 are derived as follows:

   $$r[\,x\,][\,y\,] = (\,rotateCoeffs \,?\, d[\,nTbS - x - 1\,][\,nTbS - y - 1\,]\,:\,d[\,x\,][\,y\,]\,) << tsShift \qquad (8\text{-}298)$$

ITU-T H.265 (V10), High Efficiency Video Coding § 8.6.2 (July 2024) (emphasis added).

The scaling process for transform coefficients (Section 8.6.3) uses the QP value directly in the computation of scaled transform coefficients:

Where sizeId is specified in Table 7-3 for the size of the quantization matrix equal to (nTbS)x(nTbS) and matrixId is specified in Table 7-4 for sizeId, CuPredMode[ xTbY ][ yTbY ] and cIdx, respectively.

– The scaled transform coefficient d[ x ][ y ] is derived as follows:

$$d[\,x\,][\,y\,] = Clip3(\,coeffMin,\,coeffMax,\,(\,(\,TransCoeffLevel[\,xTbY\,][\,yTbY\,][\,cIdx\,][\,x\,][\,y\,] * m[\,x\,][\,y\,] * levelScale[\,qP \% 6\,] << (qP / 6)\,) + (1 << (bdShift - 1))\,) >> bdShift\,) \qquad (8\text{-}309)$$

ITU-T H.265 (V10), High Efficiency Video Coding § 8.6.3, Eq. (8-309) (July 2024) (emphasis added).

The Akamai '361 Product documentation states that it performs H.265/HEVC compliant encoding and performs H.265-encoded output, the re-encoding process applies forward quantization using the derived second QP. Akamai's documentation confirms that IVM creates derivative video assets automatically:

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,894,361

Image and Video Manager can automate processing videos, similarly to the way it handles images. You can manage a single pristine video and configure Image and Video Manager to offload the creation of derivative videos in various sizes and formats to the CDN. When an end-user requests a video, Image and Video Manager dynamically selects the optimal derivative video.

*Akamai Property Manager: Image and Video Manager (Video)*, AKAMAI TECHDOCS (last visited March 2026), available at: https://techdocs.akamai.com/property-mgr/docs/img-video-manager-videos (emphasis added).

The Akamai '361 Product uses a quality parameter wherein the video frames are re-encoded with controlled quality settings:

- **Medium perceptual quality**. Ensures a balance between visual fidelity and file size reduction. This setting aims to preserve detail as much as possible while achieving a moderate level of optimization. This is a good default setting for most use cases where clarity is important but extreme precision is not required.

- **High perceptual quality**. Prioritizes visual quality over file size savings. The algorithm minimizes compression artifacts and rejects optimizations that could lead to visible degradation. This setting is ideal when the clarity of the image is crucial, for example, for high-quality display images. In the case of very compressed or low-quality input, Image and Video Manager can avoid additional compression to prevent further loss of quality.

*Akamai Image and Video Manager: Key Concepts and Terms*, AKAMAI TECHDOCS (last visited March 2026), available at: https://techdocs.akamai.com/ivm/docs/key-concepts-and-terms (emphasis added).

| | |
|---|---|
| [14] The video optimizer of claim 13, further comprising a de-quantizer configured to decompress the received encoded video frame and to extract the first QP from the decompressed video frame. | The Akamai '361 Product is a video optimizer further comprising a de-quantizer configured to decompress the received encoded video frame and to extract the first QP from the decompressed video frame.

Specifically, during the transcoding process, the Akamai '361 Product first decodes (decompresses) the received HEVC/H.265-encoded bitstream to generate decoded pictures.  Transcoding and re-encoding require decoding (decompressing) the input encoded video before re-encoding it at different parameters.  The Akamai '361 Product decodes the incoming H.265/HEVC-encoded video frames as the first step |

Case 1:24-cv-01336-MN    Document 33-1    Filed 04/29/26    Page 374 of 602 PageID #: 2370

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,894,361

of its transcode pipeline.  The H.265/HEVC standard specifies a mandatory decoding process in Section 8.1.1:

> Input to this process is a bitstream. Output of this process is a list of decoded pictures.
>
> The decoding process is specified such that all decoders that conform to a specified profile, tier and level will produce numerically identical cropped decoded output pictures when invoking the decoding process associated with that profile for a bitstream conforming to that profile, tier and level. Any decoding process that produces identical cropped decoded output pictures to those produced by the process described herein (with the correct output order or output timing, as specified) conforms to the decoding process requirements of this Specification.

ITU-T H.265 (V10), High Efficiency Video Coding § 8.1.1 (July 2024) (emphasis added).

Because the Akamai '361 Product is H.265/HEVC compliant, the Akamai '361 Product must implement the mandatory decoding process specified in the H.265 Standard. The decoding process involves entropy decoding, inverse quantization (Section 8.6.3), inverse transformation (Section 8.6.4), intra/inter prediction (Sections 8.4–8.5), and in-loop filtering (Section 8.7) to reconstruct decoded sample arrays.



*Akamai Image and Video Manager: Supported Image and Video Formats*, AKAMAI TECHDOCS (last visited March 2026), available at: https://techdocs.akamai.com/ivm/docs/supported-image-and-video-formats (emphasis added).

In compliance with the H.265 Standard, the Akamai '361 Product derives quantization parameters as part of the decoding process. The initial slice-level QP is established from syntax elements in the slice segment header and the picture parameter set. Section 7.4.7.1 of the H.265 Standard specifies:

**slice_qp_delta** specifies the initial value of $Qp_Y$ to be used for the coding blocks in the slice until modified by the value of CuQpDeltaVal in the coding unit layer. The initial value of the $Qp_Y$ quantization parameter for the slice, $SliceQp_Y$, is derived as follows:

$$SliceQp_Y = 26 + init\_qp\_minus26 + slice\_qp\_delta \qquad (7\text{-}54)$$

The value of $SliceQp_Y$ shall be in the range of $-QpBdOffset_Y$ to $+51$, inclusive.

ITU-T H.265 (V10), High Efficiency Video Coding § 7.4.7.1 (July 2024) (emphasis added).

At the coding unit level, Section 8.6.1 further specifies the derivation process for the luma quantization parameter QpY, using the predicted QP and the CuQpDeltaVal syntax element:

> Input to this process is a luma location ( xCb, yCb ) specifying the top-left sample of the current luma coding block relative to the top-left luma sample of the current picture.
>
> In this process, the variable $Qp_Y$, the luma quantization parameter $Qp'_Y$ and the chroma quantization parameters $Qp'_{Cb}$ and $Qp'_{Cr}$ are derived.
>
> The luma location ( xQg, yQg ), specifies the top-left luma sample of the current quantization group relative to the top-left luma sample of the current picture. The horizontal and vertical positions xQg and yQg are set equal to $xCb - ( xCb \& ( ( 1 \ll Log2MinCuQpDeltaSize) - 1 ) )$ and $yCb - ( yCb \& ( ( 1 \ll Log2MinCuQpDeltaSize) - 1 ) )$, respectively. The luma size of a quantization group, Log2MinCuQpDeltaSize, determines the luma size of the smallest area inside a CTB that shares the same $qP_{Y\_PRED}$.

ITU-T H.265 (V10), High Efficiency Video Coding § 8.6.1 (July 2024) (emphasis added).

The predicted luma QP is derived from neighboring coding units and the slice-level initial QP:

> The predicted luma quantization parameter $qP_{Y\_PRED}$ is derived by the following ordered steps:
>
> 1. The variable $qP_{Y\_PREV}$ is derived as follows:
>    - If one or more of the following conditions are true, $qP_{Y\_PREV}$ is set equal to $SliceQp_Y$:
>      - The current quantization group is the first quantization group in a slice.
>      - The current quantization group is the first quantization group in a tile.
>      - The current quantization group is the first quantization group in a CTB row of a tile and entropy_coding_sync_enabled_flag is equal to 1.
>      - Otherwise, $qP_{Y\_PREV}$ is set equal to the luma quantization parameter $Qp_Y$ of the last coding unit in the previous quantization group in decoding order.

ITU-T H.265 (V10), High Efficiency Video Coding § 8.6.1 (July 2024) (emphasis added).

Case 1:24-cv-01336-MN   Document 33-1   Filed 04/29/26   Page 377 of 602 PageID #: 2373

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,894,361

| | |
|---|---|
| | The QP derivation performed by the Akamai '361 Product relies on the CuQpDeltaVal parameter (a mandatory part of the H.265 bitstream). Section 7.4.9.14 of the H.265 Standard that is implemented by the Akamai '361 Product specifies:<br><br>**7.4.9.14   Delta QP semantics**<br><br>**cu_qp_delta_abs**, when present, specifies the absolute value of the difference CuQpDeltaVal between the luma quantization parameter of the current coding unit and its prediction.<br><br>**cu_qp_delta_sign_flag**, when present, specifies the sign of the difference CuQpDeltaVal between the luma quantization parameter of the current coding unit and its prediction.<br><br>It is a requirement of bitstream conformance that the value of CuQpDeltaVal shall be in the range of $-( 26 + QpBdOffsetY / 2 )$ to $+( 25 + QpBdOffsetY / 2 )$, inclusive.<br><br>ITU-T H.265 (V10), High Efficiency Video Coding § 7.4.9.14 (July 2024) (emphasis added).<br><br>The final luma QP is derived using the formula specified in Section 8.6.1:<br><br>4.   The predicted luma quantization parameter $qP_{Y\_PRED}$ is derived as follows:<br><br>$$qP_{Y\_PRED} = ( qP_{Y\_A} + qP_{Y\_B} + 1 ) >> 1 \qquad (8\text{-}282)$$<br><br>The variable $Qp_Y$ is derived as follows:<br><br>$$Qp_Y = ( ( qP_{Y\_PRED} + CuQpDeltaVal + 52 + 2 * QpBdOffset_Y )\%( 52 + QpBdOffset_Y ) ) - QpBdOffset_Y \quad (8\text{-}283)$$<br><br>ITU-T H.265 (V10), High Efficiency Video Coding § 8.6.1, Eq. (8-283) (July 2024) (emphasis added). |
| [15a] The video optimizer of claim 13, wherein the QP adjustment module is further configured to: acquire compression format adjustment accounting for differences between a compression format of the | The Akamai '361 Product is a video optimizer wherein the QP adjustment module is further configured to acquire compression format adjustment accounting for differences between a compression format of the received encoded video frame and a compression format to be used for compressing the decompressed video frame.<br><br>The Akamai '361 Product receives video encoded in one compression format (e.g., H.264/AVC) and re-encoding it in a different compression format (e.g., H.265/HEVC).  As a preliminary step in the Akamai '361 transcoding pipeline, the transcoder determines the compression format of the incoming |

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,894,361

| received encoded video frame and a compression format to be used for compressing the decompressed video frame; | bitstream and compares it to the target output format configured for the transcoding job. This determination dictates whether QP scale conversion is required.<br><br>The Akamai '361 Product documentation confirms that the platform supports multiple video codecs, which enable cross-codec transcoding scenarios:<br><br>**Supported video formats**<br><br>| Video format | Input support | Output support |<br>| --- | --- | --- |<br>| ▾ Container | | |<br>| MP4/MOV | ✔ | ✔ |<br>| WebM | ✔ | ✔ |<br>| ▾ Video | | |<br>| h264 | ✔ | ✔ |<br>| h265 | ✔ | ✔ |<br><br>*Akamai Image and Video Manager: Supported Image and Video Formats*, AKAMAI TECHDOCS (last visited March 2026), available at: https://techdocs.akamai.com/ivm/docs/supported-image-and-video-formats (emphasis added).<br><br>The Akamai '361 Product handles different encoding and transcoding formats using different codec standards.  The HEVC standard is designed for interoperability. |

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,894,361

| | |
|---|---|
| | Recommendation ITU-T H.265 | International Standard ISO/IEC 23008-2 represents an evolution of the existing video coding Recommendations (ITU-T H.261, ITU-T H.262, ITU-T H.263 and ITU-T H.264) and was developed in response to the growing need for higher compression of moving pictures for various applications such as Internet streaming, communication, videoconferencing, digital storage media and television broadcasting. It is also designed to enable the use of the coded video representation in a flexible manner for a wide variety of network environments. The use of this Recommendation | International Standard allows motion video to be manipulated as a form of computer data and to be stored on various storage media, transmitted and received over existing and future networks and distributed on existing and future broadcasting channels. |
| | ITU-T H.265 (V10), High Efficiency Video Coding, Summary (July 2024) (emphasis added). |
| | When the Akamai '361 Product receives an H.264/AVC encoded stream and is configured to output H.265/HEVC (or vice versa), it determines that the input compression format differs from the output compression format as a prerequisite to performing QP scale conversion. The Akamai '361 Product determines whether a compression format of the received encoded video frame is different from a compression format to be used for compressing the decompressed video frame. |
| [15b] convert the first QP from an input QP scale into an output QP scale based on the compression format adjustment, wherein the input QP scale corresponds to the compression format of the received encoded video frame, and the output QP scale corresponds to the compression format to be used for compressing the decompressed video frame; and | The Akamai '361 Product is a video optimizer wherein the QP adjustment module is further configured to convert the first QP from an input QP scale into an output QP scale based on the compression format adjustment, wherein the input QP scale corresponds to the compression format of the received encoded video frame, and the output QP scale corresponds to the compression format to be used for compressing the decompressed video frame.<br><br>When performing cross-codec transcoding (e.g., H.264/AVC to H.265/HEVC), the quantization parameter scales of the two codecs are different, and the transcoder must convert the first QP extracted from the input stream into the equivalent QP scale of the output codec.<br><br>H.264/AVC and H.265/HEVC both use QP values in the range of 0 to 51, but the relationship between QP and quantization step size differs between the two standards due to different transform and scaling processes. H.265/HEVC defines its quantization parameter scaling in § 8.6.3 using a specific levelScale array: |

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,894,361

| | |
|---|---|
| | The list levelScale[ ] is specified as levelScale[ k ] = { 40, 45, 51, 57, 64, 72 } with k = 0..5.<br><br>For the derivation of the scaled transform coefficients d[ x ][ y ] with x = 0..nTbS − 1, y = 0..nTbS − 1, the following applies:<br><br>– The scaling factor m[ x ][ y ] is derived as follows:<br><br>– If one or more of the following conditions are true, m[ x ][ y ] is set equal to 16:<br><br>– scaling_list_enabled_flag is equal to 0.<br><br>– transform_skip_flag[ xTbY ][ yTbY ] is equal to 1 and nTbS is greater than 4.<br><br>– Otherwise, the following applies:<br><br>$$m[\,x\,][\,y\,] = \text{ScalingFactor}[\,\text{sizeId}\,][\,\text{matrixId}\,][\,x\,][\,y\,] \qquad (8\text{-}308)$$<br><br>ITU-T H.265 (V10), High Efficiency Video Coding § 8.6.3 (July 2024)<br><br>The HEVC standard further defines the valid QP range and clipping behavior for the quantization parameter:<br><br>The quantization parameter qP is derived as follows:<br><br>– If cIdx is equal to 0, the following applies:<br><br>$$qP = \text{Clip3}(\,0,\,51 + \text{QpBdOffsetY},\,Qp'Y + (\,\text{tu\_residual\_act\_flag}[\,xTbY\,][\,yTbY\,] \,?$$<br>$$\text{PpsActQpOffsetY} + \text{slice\_act\_y\_qp\_offset} : 0\,)) \qquad (8\text{-}291)$$<br><br>ITU-T H.265 (V10), High Efficiency Video Coding § 8.6.2 (July 2024) |
| [15c] obtain the second QP based on the converted first QP and the delta QP. | The Akamai '361 Product is a video optimizer wherein the QP adjustment module is further configured to obtain the second QP based on the converted first QP and the delta QP.<br><br>In the re-encoding stage, the Akamai '361 Product derives a final quantization parameter (the "second QP") for each coding unit of the re-encoded output. This second QP determines the quantization applied during the forward transform and quantization process, controlling the quality and bitrate of the re- |

encoded output.  The H.265/HEVC standard specifies the QP derivation formula in Section 8.6.1 used by the Akamai '361 Product.

> 4. The predicted luma quantization parameter $qP_{Y\_PRED}$ is derived as follows:
>
> $$qP_{Y\_PRED} = ( qP_{Y\_A} + qP_{Y\_B} + 1 ) >> 1 \qquad (8\text{-}282)$$
>
> The variable $Qp_Y$ is derived as follows:
>
> $$Qp_Y = ( ( qP_{Y\_PRED} + CuQpDeltaVal + 52 + 2 * QpBdOffset_Y )\%( 52 + QpBdOffset_Y ) ) - QpBdOffset_Y \qquad (8\text{-}283)$$
>
> The luma quantization parameter $Qp'_Y$ is derived as follows:
>
> $$Qp'_Y = Qp_Y + QpBdOffset_Y \qquad (8\text{-}284)$$

ITU-T H.265 (V10), High Efficiency Video Coding § 8.6.1, Eq. (8-282), (8-283) (July 2024) (emphasis added).

Section 8.6.2 of the H.265 Standard specifies the derived QP is used by the Akamai '361 Product in the scaling and transformation process, applying the function to produce the final quantization parameter qP used for transform coefficient scaling:

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,894,361

| | |
|---|---|
| | The quantization parameter qP is derived as follows:<br><br>– If cIdx is equal to 0, the following applies:<br><br>$$qP = Clip3(0, 51 + QpBdOffsetY, Qp'_Y + (tu\_residual\_act\_flag[xTbY][yTbY] ?\ PpsActQpOffsetY + slice\_act\_y\_qp\_offset : 0)) \quad (8\text{-}291)$$<br><br>– Otherwise, if cIdx is equal to 1, the following applies:<br><br>$$qP = Qp'_{Cb} \quad (8\text{-}292)$$<br><br>– Otherwise (cIdx is equal to 2), the following applies:<br><br>$$qP = Qp'_{Cr} \quad (8\text{-}293)$$ |
| | ITU-T H.265 (V10), High Efficiency Video Coding § 8.6.2, Eq. (8-291) (July 2024) (emphasis added). |
| [16] The video optimizer of claim 13, wherein the QP adjustment module is further configured to obtain the compression format adjustment from a database containing a mapping between the input QP scale and the output QP scale. | The Akamai '361 Product is a video optimizer wherein the QP adjustment module is further configured to obtain the compression format adjustment from a database containing a mapping between the input QP scale and the output QP scale.<br><br>When performing cross-codec transcoding (e.g., H.264/AVC to H.265/HEVC), the quantization parameter scales of the two codecs are different, and the transcoder must convert the first QP extracted from the input stream into the equivalent QP scale of the output codec.<br><br>H.264/AVC and H.265/HEVC both use QP values in the range of 0 to 51, but the relationship between QP and quantization step size differs between the two standards due to different transform and scaling processes. H.265/HEVC defines its quantization parameter scaling in § 8.6.3 using a specific levelScale array: |

|  |  |
|---|---|
|  | The list levelScale[ ] is specified as levelScale[ k ] = { 40, 45, 51, 57, 64, 72 } with k = 0..5.<br><br>For the derivation of the scaled transform coefficients d[ x ][ y ] with x = 0..nTbS − 1, y = 0..nTbS − 1, the following applies:<br><br>– The scaling factor m[ x ][ y ] is derived as follows:<br><br>   – If one or more of the following conditions are true, m[ x ][ y ] is set equal to 16:<br><br>      – scaling_list_enabled_flag is equal to 0.<br><br>      – transform_skip_flag[ xTbY ][ yTbY ] is equal to 1 and nTbS is greater than 4.<br><br>   – Otherwise, the following applies:<br><br>      $m[ x ][ y ] = \text{ScalingFactor}[ \text{sizeId} ][ \text{matrixId} ][ x ][ y ]$     (8-308)<br><br>ITU-T H.265 (V10), High Efficiency Video Coding § 8.6.3 (July 2024) |
| [17] The video optimizer of claim 13, wherein the QP adjustment module is further configured to obtain the delta QP from a database containing a mapping between the first QP and the delta QP. | The Akamai '361 Product is a video optimizer wherein the QP adjustment module is further configured to obtain the delta QP from a database containing a mapping between the first QP and the delta QP.<br><br>In compliance with the H.265 Standard, the Akamai '361 Product extract a delta QP (CuQpDeltaVal), which is acquired relative to the predicted or initial QP (the first QP). The Akamai '361 Product parses both the absolute delta value and its sign from the bitstream to determine the exact adjustment applied to each quantization block. In a re-encoding (transcoding) context, the Akamai '361 Product then determines new quantization parameters for the output bitstream. When the Akamai '361 Product re-encodes decoded video at a target bitrate or quality level that differs from the source, the re-encoder computes a target QP for each coding unit that differs from the first QP extracted during decoding. This difference constitutes a "delta QP" within the meaning of the claim. Section 7.4.9.14 of the H.265 Standard implemented by the Akamai '361 Product specifies the delta QP as follows: |

| | |
|---|---|
| | **7.4.9.14   Delta QP semantics**<br><br>**cu_qp_delta_abs**, when present, specifies the absolute value of the difference CuQpDeltaVal between the luma quantization parameter of the current coding unit and its prediction.<br><br>**cu_qp_delta_sign_flag**, when present, specifies the sign of the difference CuQpDeltaVal between the luma quantization parameter of the current coding unit and its prediction.<br><br>It is a requirement of bitstream conformance that the value of CuQpDeltaVal shall be in the range of $-( 26 + \text{QpBdOffsetY} / 2 )$ to $+( 25 + \text{QpBdOffsetY} / 2 )$, inclusive.<br><br>ITU-T H.265 (V10), High Efficiency Video Coding § 7.4.9.14 (July 2024) (emphasis added).<br><br>The CuQpDeltaVal is a mandatory syntax element in the H.265 bitstream whenever cu_qp_delta_enabled_flag is set. The Akamai '361 Product computes delta QP values based on the first QP (because the rate-control algorithm accounts for the source content's quantization characteristics when determining how aggressively to re-quantize).  For example, the Akamai '361 Product perceptualQuality parameter controls re-encoding quality for the source:<br><br>• **Quality** (default): Using a `quality` value from 1-100 resembles JPEG quality across output formats. The default is 85.<br><br>• **Perceptual Quality:** Dynamically tunes the quality parameter for each image format based on the human-perceived quality of the output image. For better byte savings without compromising perception of the image, use `perceptualQuality` instead of `quality` to encode many images at a much lower quality. For certain images that need to maintain human-perceived quality, encode them at a slightly higher quality.<br><br>*Akamai Image and Video Manager: IVM Concepts*, AKAMAI TECHDOCS (last visited March 2026), available at: https://techdocs.akamai.com/ivm/reference/concepts (emphasis added). |
| [18a] The video optimizer of claim 13, wherein the QP adjustment module is further configured to: | The Akamai '361 Product is a video optimizer wherein the QP adjustment module is further configured to acquire a quality degradation offset for controlling amount of video quality degradation to be introduced during compression of the decompressed video frame. |

| | |
|---|---|
| acquire a quality degradation offset for controlling amount of video quality degradation to be introduced during compression of the decompressed video frame; and | The HEVC standard provides multiple mechanisms for applying QP offsets that control quality degradation at the picture parameter set (PPS) and slice levels.  At the picture parameter set (PPS) level, pps_cb_qp_offset and pps_cr_qp_offset are used for this functionality.<br><br>The variable Log2MinCuQpDeltaSize is derived as follows:<br><br>$$Log2MinCuQpDeltaSize = CtbLog2SizeY - diff\_cu\_qp\_delta\_depth \qquad (7\text{-}36)$$<br><br>**pps_cb_qp_offset** and **pps_cr_qp_offset** specify the offsets to the luma quantization parameter $Qp'_Y$ used for deriving $Qp'_{Cb}$ and $Qp'_{Cr}$, respectively. The values of pps_cb_qp_offset and pps_cr_qp_offset shall be in the range of −12 to +12, inclusive. When ChromaArrayType is equal to 0, pps_cb_qp_offset and pps_cr_qp_offset are not used in the decoding process and decoders shall ignore their value.<br><br>**pps_slice_chroma_qp_offsets_present_flag** equal to 1 indicates that the slice_cb_qp_offset and slice_cr_qp_offset syntax elements are present in the associated slice headers. pps_slice_chroma_qp_offsets_present_flag equal to 0 indicates that these syntax elements are not present in the associated slice headers. When ChromaArrayType is equal to 0, pps_slice_chroma_qp_offsets_present_flag shall be equal to 0.<br><br>ITU-T H.265 (V10), High Efficiency Video Coding § 7.4.3.3.1 (July 2024) (emphasis added).<br><br>At the slice level, slice_act_y_qp_offset, slice_act_cb_qp_offset and slice_act_cr_qp_offset are used for this functionality.<br><br>**slice_act_y_qp_offset**, **slice_act_cb_qp_offset** and **slice_act_cr_qp_offset** specify offsets to the quantization parameter values qP derived in clause 8.6.2 for luma, Cb, and Cr components, respectively. The values of slice_act_y_qp_offset, slice_act_cb_qp_offset and slice_act_cr_qp_offset shall be in the range of −12 to +12, inclusive. When not present, the values of slice_act_y_qp_offset, slice_act_cb_qp_offset, and slice_act_cr_qp_offset are inferred to be equal to 0. The value of PpsActQpOffsetY + slice_act_y_qp_offset shall be in the range of −12 to +12, inclusive. The value of PpsActQpOffsetCb + slice_act_cb_qp_offset shall be in the range of −12 to +12, inclusive. The value of PpsActQpOffsetCr + slice_act_cr_qp_offset shall be in the range of −12 to +12, inclusive.<br><br>ITU-T H.265 (V10), High Efficiency Video Coding § 7.4.7.1 (July 2024) |

| | |
|---|---|
| [18b] obtain the second QP based on the quality degradation offset and the delta QP. | The Akamai '361 Product is a video optimizer wherein the QP adjustment module is further configured to obtain the second QP based on the quality degradation offset and the delta QP.<br><br>The quality degradation offset is additively incorporated into the QP computation, resulting in a second QP that reflects the combined effects of the original quality level, the rate-control adjustment, and the quality degradation tolerance.<br><br>The HEVC standard's QP derivation in § 8.6.2 demonstrates how multiple offset values are incorporated into the final quantization parameter.<br><br>The quantization parameter qP is derived as follows:<br><br>– If cIdx is equal to 0, the following applies:<br><br>$qP = Clip3( 0, 51 + QpBdOffsetY, Qp'_Y + ( tu\_residual\_act\_flag[ xTbY ][ yTbY ] ?\ PpsActQpOffsetY + slice\_act\_y\_qp\_offset : 0 ) )$    (8-291)<br><br>– Otherwise, if cIdx is equal to 1, the following applies:<br><br>$qP = Qp'_{Cb}$    (8-292)<br><br>– Otherwise (cIdx is equal to 2), the following applies:<br><br>$qP = Qp'_{Cr}$    (8-293)<br><br>ITU-T H.265 (V10), High Efficiency Video Coding § 8.6.2 (July 2024) |
| [19] The video optimizer of claim 18, wherein the QP adjustment module is further configured to acquire the quality degradation offset from a database containing | The Akamai '361 Product is a video optimizer wherein the QP adjustment module is further configured to acquire the quality degradation offset from a database containing historical data analysis of compressed videos.<br><br>The HEVC standard's HRD framework provides for tracking historical bit consumption data across the encoded sequence: |

Case 1:24-cv-01336-MN    Document 33-1    Filed 04/29/26    Page 387 of 602 PageID #: 2383

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,894,361

| | |
|---|---|
| historical data analysis of compressed videos. | **avg_bit_rate**[ i ][ j ] indicates the average bit rate of the j-th subset of the i-th layer set, in bits per second. The value is given by BitRateBPS( avg_bit_rate[ i ][ j ] ) with the function BitRateBPS( ) being specified as follows:<br><br>$$BitRateBPS( x ) = ( x \& ( 2^{14} - 1 ) ) * 10^{(2+(x \gg 14))} \qquad (F\text{-}16)$$<br><br>The average bit rate is derived according to the access unit removal time specified in clause F.13. In the following, bTotal is the number of bits in all NAL units of the j-th subset of the i-th layer set, $t_1$ is the removal time (in seconds) of the first access unit to which the VPS applies and $t_2$ is the removal time (in seconds) of the last access unit (in decoding order) to which the VPS applies. With x specifying the value of avg_bit_rate[ i ][ j ], the following applies:<br><br>– If $t_1$ is not equal to $t_2$, the following condition shall be true:<br><br>$$( x \& ( 2^{14} - 1 ) ) == Round( bTotal \div ( ( t_2 - t_1 ) * 10^{(2+(x \gg 14))} ) ) \qquad (F\text{-}17)$$<br><br>– Otherwise ($t_1$ is equal to $t_2$), the following condition shall be true:<br><br>$$( x \& ( 2^{14} - 1 ) ) == 0 \qquad (F\text{-}18)$$<br><br>ITU-T H.265 (V10), High Efficiency Video Coding § F.7.4.3.1.4 (July 2024) (emphasis added). |
| [20] The video optimizer of claim 13, further comprising a quantizer configured to compress the decompressed video frame by applying the quantization settings represented by the second QP to compression of the decompressed video frame. | The Akamai '361 Product is a video optimizer further comprising a quantizer configured to compress the decompressed video frame by applying the quantization settings represented by the second QP to compression of the decompressed video frame.<br><br>After decoding the input video and determining the second QP through its rate-control algorithms, the Akamai '361 Product compresses the decoded video frames using H.265/HEVC encoding. This re-encoding process applies forward quantization using the second QP to the transform coefficients of the decoded video frames, creating the optimal derivative video asset for the CDN. Section 8.6.2 of the H.265 standard specifies that the scaling process for transform coefficients is invoked with the quantization parameter qP as an input: |

1. The scaling process for transform coefficients as specified in clause 8.6.3 is invoked with the transform block location ( xTbY, yTbY ), the size of the transform block nTbS, the colour component variable cIdx and the quantization parameter qP as inputs, and the output is an (nTbS)x(nTbS) array of scaled transform coefficients d.

2. The (nTbS)x(nTbS) array of residual samples r is derived as follows:

   – If transform_skip_flag[ xTbY ][ yTbY ][ cIdx ] is equal to 1, the residual sample array values r[ x ][ y ] with x = 0..nTbS − 1, y = 0..nTbS − 1 are derived as follows:

$$r[ x ][ y ] = ( \text{rotateCoeffs} ? d[ nTbS - x - 1 ][ nTbS - y - 1 ] : d[ x ][ y ] ) << tsShift \qquad (8\text{-}298)$$

ITU-T H.265 (V10), High Efficiency Video Coding § 8.6.2 (July 2024) (emphasis added).

The scaling process for transform coefficients (Section 8.6.3) uses the QP value directly in the computation of scaled transform coefficients:

Where sizeId is specified in Table 7-3 for the size of the quantization matrix equal to (nTbS)x(nTbS) and matrixId is specified in Table 7-4 for sizeId, CuPredMode[ xTbY ][ yTbY ] and cIdx, respectively.

– The scaled transform coefficient d[ x ][ y ] is derived as follows:

$$d[ x ][ y ] = \text{Clip3}( \text{coeffMin}, \text{coeffMax}, ( ( \text{TransCoeffLevel}[ xTbY ][ yTbY ][ cIdx ][ x ][ y ] * m[ x ][ y ] * \text{levelScale}[ qP \% 6 ] << ( qP / 6 ) ) + ( 1 << ( bdShift - 1 ) ) ) >> bdShift ) \qquad (8\text{-}309)$$

ITU-T H.265 (V10), High Efficiency Video Coding § 8.6.3, Eq. (8-309) (July 2024) (emphasis added).

The Akamai '361 Product documentation states that it performs H.265/HEVC compliant encoding and performs H.265-encoded output, the re-encoding process applies forward quantization using the derived second QP.  Akamai's documentation confirms that IVM creates derivative video assets automatically:

<table>
<tr><td></td><td>

Image and Video Manager can automate processing videos, similarly to the way it handles images. You can manage a single pristine video and configure Image and Video Manager to offload the creation of derivative videos in various sizes and formats to the CDN. When an end-user requests a video, Image and Video Manager dynamically selects the optimal derivative video.

*Akamai Property Manager: Image and Video Manager (Video)*, AKAMAI TECHDOCS (last visited March 2026), available at: https://techdocs.akamai.com/property-mgr/docs/img-video-manager-videos (emphasis added).

The Akamai '361 Product uses a quality parameter wherein the video frames are re-encoded with controlled quality settings:

- **Medium perceptual quality.** Ensures a balance between visual fidelity and file size reduction. This setting aims to preserve detail as much as possible while achieving a moderate level of optimization. This is a good default setting for most use cases where clarity is important but extreme precision is not required.

- **High perceptual quality.** Prioritizes visual quality over file size savings. The algorithm minimizes compression artifacts and rejects optimizations that could lead to visible degradation. This setting is ideal when the clarity of the image is crucial, for example, for high-quality display images. In the case of very compressed or low-quality input, Image and Video Manager can avoid additional compression to prevent further loss of quality.

*Akamai Image and Video Manager: Key Concepts and Terms*, AKAMAI TECHDOCS (last visited March 2026), available at: https://techdocs.akamai.com/ivm/docs/key-concepts-and-terms (emphasis added).

</td></tr>
<tr><td>[21PRE] A video optimizer comprising:</td><td>

Akamai tests and uses a video optimizer using extracted and derived quantization parameters comprising each and every limitation of the claim and directly infringes the claim on at least these bases. *See, e.g.*, [21a]-[21e].  To the extent the preamble is limiting, the Akamai '361 Product is a video optimizer. [21a]-[21e].

Additionally, and/or in the alternative, Akamai indirectly infringes the claim, for example by actively inducing third-party infringement (*e.g.*, infringement by Akamai's Product end-users and/or third-party

</td></tr>
</table>

| | |
|---|---|
| | integrators).  *See, e.g.*, [21a]-[21e].  Moreover, Akamai induces infringement under 35 U.S.C. § 271(b) by encouraging its customers and end users to infringe by offering, testing, using, and selling a system for practicing the '361 patent in the United States. |
| | Unless otherwise noted, OptiMorphix contends that every element of each asserted claim is literally met by the Akamai '361 Product.  To the extent Akamai claims any element is not literally met, OptiMorphix asserts that such element is nonetheless satisfied under the doctrine of equivalents.  No substantial differences between the patent claim elements and the corresponding features of the Akamai '361 Product exist.  In every instance, each element of the apparatus described in the claim is in the Akamai '361 Product for substantially the same function, in substantially the same way, and to achieve substantially the same result as the corresponding claim element. |
| | The Akamai '361 Product is capable of performing video transcoding and re-encoding.  Specifically, the Akamai 361 Product receives a video file from an origin server, decode it, and re-encodes it into optimized videos at various quality levels. |

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,894,361

<table>
<tr>
<td></td>
<td>

Image and Video Manager offers a simple way to intelligently manage, optimize, and modify your images and short-form videos. With Image and Video Manager, you can deliver a smooth, efficient, visually engaging customer experience that can also save you time and money.

You can configure Image and Video Manager to:

- Deliver images and videos in the best width and format for the requesting device, operating system, and browser

- Reduce the byte size of images and videos without any perceptible reduction in visual quality

- Override image quality settings and deliver lower quality images when a slower connection speed is detected

- Automatically apply artistic transformations such as cropping, rotation, resizing, color adjustment, and watermarks to images

*Akamai Image and Video Manager,* AKAMAI TECHDOCS WEBSITE (last visited March 2026), available at: https://techdocs.akamai.com/ivm/docs/welcome-ivm (emphasis added).

In addition, Akamai Media Services Live ("MSL") and Media Services Live 5 ("MSL5") provide OTT transcoding of video content wherein encoded frames are decoded and then reencoded.

</td>
</tr>
</table>

Page 80 of 130

> With a focus on innovation and cutting-edge technology, Harmonic has established itself as a key player in the media industry. The company offers a range of products and services designed to optimize video workflows, enhance video quality, and streamline content delivery to viewers worldwide. Harmonic's solutions encompass encoding, transcoding, stream processing, and delivery, enabling broadcasters and service providers to deliver high-quality video content efficiently and cost-effectively.
>
> Through its advanced video compression technologies and cloud-based video delivery platforms, Harmonic helps customers deliver immersive viewing experiences across multiple screens and devices.

*Akamai Media Services Live 5 Overview,* AKAMAI TECHDOCS WEBSITE (last visited March 2026), available at: https://techdocs.akamai.com/msl5-harmonic/docs/welcome-to-msl5 (emphasis added).

The Akamai '361 Product is capable of performing a method for encoding, transcoding, and delivering video content. Akamai partners with Harmonic to provide Over-The-Top (OTT) transcoding of video streams over the Akamai network.

> - **Personal Content Recording:** Cost-effective and flexible recording and time-shifting capabilities, support both nPVR (Network Personal Video Recorder) and cDVR (Cloud Digital Video Recorder). This will enhance the viewer experience by offering personalized content access.
>
> 📋 MSL5 is equipped for seamless integration with Harmonic's cutting-edge VOS360 solutions, catering to features related to Transcoding and Content Monetization. This includes features such as Over-The-Top (OTT) transcoding and Dynamic Ad Insertion (DAI), ensuring a high-quality streaming experience and optimized monetization opportunities.

Akamai MSL5: MSL4 to MSL5: Key Benefits and Rationale, AKAMAI TECHDOCS (last visited March 2026), available at: https://techdocs.akamai.com/msl5-harmonic/docs/msl4-to-msl5-key-benefits-and-rationale (emphasis added).

The MSL5 documentation confirms that the Accused Product performs OTT transcoding (a method of receiving an encoded video stream) decoding it and re-encoding it for optimized delivery to end users.

> **0.7    Overview of the design characteristics**
>
> The coded representation specified in the syntax is designed to enable a high compression capability for a desired image or video quality. The algorithm is typically not lossless, as the exact source sample values are typically not preserved through the encoding and decoding processes. A number of techniques may be used to achieve highly efficient compression. Encoding algorithms (not specified in this Recommendation | International Standard) may select between inter and intra coding for block-shaped regions of each picture. Inter coding uses motion vectors for block-based inter prediction to exploit temporal statistical dependencies between different pictures. Intra coding uses various spatial prediction modes to exploit spatial statistical dependencies in the source signal for a single picture. Motion vectors and intra prediction modes may be specified for a variety of block sizes in the picture. The prediction residual may then be

ITU-T H.265 (V10), HIGH EFFICIENCY VIDEO CODING § 0.7 (July 2024) (emphasis added).

The H.265/HEVC standard confirms that the encoding and decoding processes constitute a method of video compression.

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,894,361



*OTT on Cloud Transcoding*, AKAMAI DATASHEET at 3 (2024).

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,894,361

| | |
|---|---|
| | Select one of the following visual quality levels for your derivative videos:<br><br>• **High.** The derivative video is of the highest visual quality but has the smallest reduction in byte size<br><br>• **Medium High.** The derivative video is of high visual quality and has a small reduction in byte size<br><br>• **Medium.** The derivative video is of medium visual quality and results in moderate byte savings<br><br>• **Medium Low.** The derivative video is of a low visual quality and a large reduction in byte size<br><br>• **Low.** The derivative is of the lowest visual quality but has the largest reduction in byte size<br><br>*Akamai Image and Video Manager: Configuration – Optimize Your Videos*, AKAMAI TECHDOCS (last visited March 2026), *available at*: https://techdocs.akamai.com/ivm/docs/optimize-videos. |
| [21a] a decoder configured to decompress a received encoded video frame that is a part of a sequence of plurality of video frames, wherein the decompressed video frame includes a first quantization parameter (QP) corresponding to quantization settings originally used for compressing the encoded video frame; | The Akamai '361 Product comprises a decoder configured to decompress a received encoded video frame that is a part of a sequence of plurality of video frames, wherein the decompressed video frame includes a first quantization parameter (QP) corresponding to quantization settings originally used for compressing the encoded video frame.<br><br>During the transcoding process, the Akamai '361 Product first decodes (decompresses) the received HEVC/H.265-encoded bitstream to generate decoded pictures. Transcoding and re-encoding require decoding (decompressing) the input encoded video before re-encoding it at different parameters. The Akamai '361 Product decodes the incoming H.265/HEVC-encoded video frames as the first step of its transcode pipeline. The H.265/HEVC standard specifies a mandatory decoding process in Section 8.1.1: |

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,894,361

Input to this process is a bitstream. Output of this process is a list of decoded pictures.

The decoding process is specified such that all decoders that conform to a specified profile, tier and level will produce numerically identical cropped decoded output pictures when invoking the decoding process associated with that profile for a bitstream conforming to that profile, tier and level. Any decoding process that produces identical cropped decoded output pictures to those produced by the process described herein (with the correct output order or output timing, as specified) conforms to the decoding process requirements of this Specification.

ITU-T H.265 (V10), High Efficiency Video Coding § 8.1.1 (July 2024) (emphasis added).

Because the Akamai '361 Product is H.265/HEVC compliant, the Akamai '361 Product must implement the mandatory decoding process specified in the H.265 Standard. The decoding process involves entropy decoding, inverse quantization (Section 8.6.3), inverse transformation (Section 8.6.4), intra/inter prediction (Sections 8.4–8.5), and in-loop filtering (Section 8.7) to reconstruct decoded sample arrays.

## Supported video formats

| Video format | Input support | Output support |
|---|---|---|
| ▾ Container | | |
| MP4/MOV | ✓ | ✓ |
| WebM | ✓ | ✓ |
| ▾ Video | | |
| h264 | ✓ | ✓ |
| h265 | ✓ | ✓ |

*Akamai Image and Video Manager: Supported Image and Video Formats*, AKAMAI TECHDOCS (last visited March 2026), available at: https://techdocs.akamai.com/ivm/docs/supported-image-and-video-formats (emphasis added).

Page 85 of 130

In compliance with the H.265 Standard, the Akamai '361 Product derives quantization parameters as part of the decoding process. The initial slice-level QP is established from syntax elements in the slice segment header and the picture parameter set. Section 7.4.7.1 of the H.265 Standard specifies:

> slice_qp_delta specifies the initial value of $Qp_Y$ to be used for the coding blocks in the slice until modified by the value of CuQpDeltaVal in the coding unit layer. The initial value of the $Qp_Y$ quantization parameter for the slice, $SliceQp_Y$, is derived as follows:
>
> $$SliceQp_Y = 26 + init\_qp\_minus26 + slice\_qp\_delta \qquad (7\text{-}54)$$
>
> The value of $SliceQp_Y$ shall be in the range of $-QpBdOffset_Y$ to $+51$, inclusive.

ITU-T H.265 (V10), High Efficiency Video Coding § 7.4.7.1 (July 2024) (emphasis added).

At the coding unit level, Section 8.6.1 further specifies the derivation process for the luma quantization parameter QpY, using the predicted QP and the CuQpDeltaVal syntax element:

> Input to this process is a luma location ( xCb, yCb ) specifying the top-left sample of the current luma coding block relative to the top-left luma sample of the current picture.
>
> In this process, the variable $Qp_Y$, the luma quantization parameter $Qp'_Y$ and the chroma quantization parameters $Qp'_{Cb}$ and $Qp'_{Cr}$ are derived.
>
> The luma location ( xQg, yQg ), specifies the top-left luma sample of the current quantization group relative to the top-left luma sample of the current picture. The horizontal and vertical positions xQg and yQg are set equal to $xCb - ( xCb \& ( ( 1 \ll Log2MinCuQpDeltaSize ) - 1 ) )$ and $yCb - ( yCb \& ( ( 1 \ll Log2MinCuQpDeltaSize ) - 1 ) )$, respectively. The luma size of a quantization group, Log2MinCuQpDeltaSize, determines the luma size of the smallest area inside a CTB that shares the same $qP_{Y\_PRED}$.

ITU-T H.265 (V10), High Efficiency Video Coding § 8.6.1 (July 2024) (emphasis added).

The predicted luma QP is derived from neighboring coding units and the slice-level initial QP:

The predicted luma quantization parameter $qP_{Y\_PRED}$ is derived by the following ordered steps:

1. The variable $qP_{Y\_PREV}$ is derived as follows:

    – If one or more of the following conditions are true, $qP_{Y\_PREV}$ is set equal to $SliceQp_Y$:

        – The current quantization group is the first quantization group in a slice.

        – The current quantization group is the first quantization group in a tile.

        – The current quantization group is the first quantization group in a CTB row of a tile and entropy_coding_sync_enabled_flag is equal to 1.

    – Otherwise, $qP_{Y\_PREV}$ is set equal to the luma quantization parameter $Qp_Y$ of the last coding unit in the previous quantization group in decoding order.

ITU-T H.265 (V10), High Efficiency Video Coding § 8.6.1 (July 2024) (emphasis added).

The QP derivation performed by the Akamai '361 Product relies on the CuQpDeltaVal parameter (a mandatory part of the H.265 bitstream). Section 7.4.9.14 of the H.265 Standard that is implemented by the Akamai '361 Product specifies:

**7.4.9.14   Delta QP semantics**

**cu_qp_delta_abs**, when present, specifies the absolute value of the difference CuQpDeltaVal between the luma quantization parameter of the current coding unit and its prediction.

**cu_qp_delta_sign_flag**, when present, specifies the sign of the difference CuQpDeltaVal between the luma quantization parameter of the current coding unit and its prediction.

It is a requirement of bitstream conformance that the value of CuQpDeltaVal shall be in the range of $-( 26 + QpBdOffsetY / 2 )$ to $+( 25 + QpBdOffsetY / 2 )$, inclusive.

ITU-T H.265 (V10), High Efficiency Video Coding § 7.4.9.14 (July 2024) (emphasis added).

The final luma QP is derived using the formula specified in Section 8.6.1:

| | |
|---|---|
| | 4. The predicted luma quantization parameter $qP_{Y\_PRED}$ is derived as follows: <br><br> $$qP_{Y\_PRED} = ( qP_{Y\_A} + qP_{Y\_B} + 1 ) >> 1 \qquad (8\text{-}282)$$ <br><br> The variable $Qp_Y$ is derived as follows: <br><br> $$Qp_Y = ( ( qP_{Y\_PRED} + CuQpDeltaVal + 52 + 2 * QpBdOffset_Y )\%( 52 + QpBdOffset_Y ) ) - QpBdOffset_Y \quad (8\text{-}283)$$ <br><br> ITU-T H.265 (V10), High Efficiency Video Coding § 8.6.1, Eq. (8-283) (July 2024) (emphasis added). |
| [21b] a QP adjustment module configured to acquire a delta QP based on the first QP; | The Akamai '361 Product comprises a QP adjustment module configured to acquire a delta QP based on the first QP. <br><br> In compliance with the H.265 Standard the Akamai '361 Product extract a delta QP (CuQpDeltaVal), which is acquired relative to the predicted or initial QP (the first QP). The Akamai '361 Product parses both the absolute delta value and its sign from the bitstream to determine the exact adjustment applied to each quantization block. In a re-encoding (transcoding) context, the Akamai '361 Product then determines new quantization parameters for the output bitstream. When the Akamai '361 Product re-encodes decoded video at a target bitrate or quality level that differs from the source, the re-encoder computes a target QP for each coding unit that differs from the first QP extracted during decoding. This difference constitutes a "delta QP" within the meaning of the claim. Section 7.4.9.14 of the H.265 Standard implemented by the Akamai '361 Product specifies the delta QP as follows: <br><br> **7.4.9.14 Delta QP semantics** <br><br> **cu_qp_delta_abs**, when present, specifies the absolute value of the difference CuQpDeltaVal between the luma quantization parameter of the current coding unit and its prediction. <br><br> **cu_qp_delta_sign_flag**, when present, specifies the sign of the difference CuQpDeltaVal between the luma quantization parameter of the current coding unit and its prediction. <br><br> It is a requirement of bitstream conformance that the value of CuQpDeltaVal shall be in the range of $-( 26 + QpBdOffsetY / 2 )$ to $+( 25 + QpBdOffsetY / 2 )$, inclusive. <br><br> ITU-T H.265 (V10), High Efficiency Video Coding § 7.4.9.14 (July 2024) (emphasis added). |

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,894,361

| | |
|---|---|
| | The CuQpDeltaVal is a mandatory syntax element in the H.265 bitstream whenever cu_qp_delta_enabled_flag is set. The Akamai '361 Product computes delta QP values based on the first QP (because the rate-control algorithm accounts for the source content's quantization characteristics when determining how aggressively to re-quantize).  For example, the Akamai '361 Product perceptualQuality parameter controls re-encoding quality for the source:<br><br>• **Quality** (default): Using a `quality` value from 1-100 resembles JPEG quality across output formats. The default is 85.<br><br>• **Perceptual Quality**: Dynamically tunes the quality parameter for each image format based on the human-perceived quality of the output image. For better byte savings without compromising perception of the image, use `perceptualQuality` instead of `quality` to encode many images at a much lower quality. For certain images that need to maintain human-perceived quality, encode them at a slightly higher quality.<br><br>*Akamai Image and Video Manager: IVM Concepts*, AKAMAI TECHDOCS (last visited March 2026), available at: https://techdocs.akamai.com/ivm/reference/concepts (emphasis added).<br><br>This quality-versus-byte-savings is performed by the Akamai '361 Product using QP adjustment during re-encoding. The Akamai '361 Product compares the desired output quality/bitrate against the source QP to determine an appropriate delta, satisfying the requirement that the delta QP be based on the first QP. |
| [21c] an inflation prevention module configured to acquire an inflation adjustment based on a comparison between total byte size of frames previously decompressed and total byte size of the | The Akamai '361 Product comprises an inflation prevention module configured to acquire an inflation adjustment based on a comparison between total byte size of frames previously decompressed and total byte size of the frames after being previously compressed, wherein the received encoded video frame and the frames previously decompressed are part of a sequence including a plurality of video frames.<br><br>During the adaptive transcoding and delivery process, the Akamai '361 Product tracks total byte transfer sizes and compares the uncompressed/target buffer states to the compressed output rates.  When the Akamai '361 Product re-encodes video at a reduced bitrate, re-compressed frames are smaller than the |

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,894,361

| | |
|---|---|
| frames after being previously compressed, wherein the received encoded video frame and the frames previously decompressed are part of a sequence including a plurality of video frames; | decoded (decompressed) frames. The ratio or difference between these sizes is used by the Akamai '361 Product to make QP adjustments constituting an inflation adjustment.   The H.265/HEVC standard specifies a Hypothetical Reference Decoder (HRD) framework that requires tracking coded picture sizes for buffer management: |

Page 90 of 130

Case 1:24-cv-01336-MN    Document 33-1    Filed 04/29/26    Page 402 of 602 PageID #:
2398

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,894,361



The HRD contains a coded picture buffer (CPB), an instantaneous decoding process, a decoded picture buffer (DPB), and output cropping as shown in Figure C.2.

**Figure C.2 – HRD buffer model**

ITU-T H.265 (V10), High Efficiency Video Coding, Annex C (July 2024).

The Akamai '361 Product uses a coded picture buffer that tracks the number of bits associated with each coded picture entering and leaving the buffer, which involves monitoring byte sizes of coded pictures. The Akamai '361 Product track and compare coded picture sizes across the sequence. Moreover, in compliance with the H.265 Standard the Akamai '361 Product implements Section F.7.4.3.1.4 of the H.265 Standard which define a bit-accumulation variable bTotal that tracks the total number of bits

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,894,361

across NAL units in a frame sequence, and uses this accumulated value to derive and enforce bitrate parameters:

avg_bit_rate[ i ][ j ] indicates the average bit rate of the j-th subset of the i-th layer set, in bits per second. The value is given by BitRateBPS( avg_bit_rate[ i ][ j ] ) with the function BitRateBPS( ) being specified as follows:

$$BitRateBPS( x ) = ( x \; \& \; ( 2^{14} - 1 ) ) * 10^{(2 + (x \gg 14))} \qquad \text{(F-16)}$$

The average bit rate is derived according to the access unit removal time specified in clause F.13. In the following, bTotal is the number of bits in all NAL units of the j-th subset of the i-th layer set, $t_1$ is the removal time (in seconds) of the first access unit to which the VPS applies and $t_2$ is the removal time (in seconds) of the last access unit (in decoding order) to which the VPS applies. With x specifying the value of avg_bit_rate[ i ][ j ], the following applies:

–   If $t_1$ is not equal to $t_2$, the following condition shall be true:

$$( x \; \& \; ( 2^{14} - 1 ) ) \; == \; Round( bTotal \div ( ( t_2 - t_1 ) * 10^{(2 + (x \gg 14))} ) ) \qquad \text{(F-17)}$$

–   Otherwise ($t_1$ is equal to $t_2$), the following condition shall be true:

$$( x \; \& \; ( 2^{14} - 1 ) ) \; == \; 0 \qquad \text{(F-18)}$$

ITU-T H.265 (V10), High Efficiency Video Coding § F.7.4.3.1.4 (July 2024) (emphasis added).

The bTotal variable incorporated into the Akamai '361 Product is an "inflation adjustment" that tracks total bits/bytes of encoded frames across a sequence and using those accumulated totals in rate calculations. The Akamai '361 Product targets specific bitrate parameters to ensure the encoded output satisfies specific bit rate constraints.

Akamai AMD's Bit Rate Limiting feature further shows the use of byte-size tracking in the delivery pipeline:

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,894,361

|  |  |
|---|---|
|  | Bit Rate Limiting lets you control the rate that Akamai serves AMD content to end users. You can optionally vary the speed based on file size or elapsed download time. <br><br> For example, apply it to prevent media downloads from progressing faster than they're consumed. You could also apply multiple instances of it to set up different end-user experience tiers of delivery performance—a higher bit rate maximum for requests from one URL, and a lower rate for another. <br><br> *Akamai Adaptive Media Delivery: Bit Rate Limiting*, AKAMAI TECHDOCS (last visited March 2026), available at: https://techdocs.akamai.com/adaptive-media-delivery/docs/add-bit-rate-limiting (emphasis added). |
| [21d] a QP adjustment module configured to acquire a second QP based on the delta QP and the inflation adjustment, wherein the second QP corresponds to quantization settings for compressing the decompressed video frame; and | The Akamai '361 Product comprises a QP adjustment module configured to acquire a second QP based on the delta QP and the inflation adjustment, wherein the second QP corresponds to quantization settings for compressing the decompressed video frame. <br><br> In the re-encoding stage, the Akamai '361 Product derives a final quantization parameter (the "second QP") for each coding unit of the re-encoded output. This second QP determines the quantization applied during the forward transform and quantization process, controlling the quality and bitrate of the re-encoded output. The H.265/HEVC standard specifies the QP derivation formula in Section 8.6.1 used by the Akamai '361 Product. |

Case 1:24-cv-01336-MN   Document 33-1   Filed 04/29/26   Page 405 of 602 PageID #:
2401

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,894,361

4. The predicted luma quantization parameter $qP_{Y\_PRED}$ is derived as follows:

$$qP_{Y\_PRED} = ( qP_{Y\_A} + qP_{Y\_B} + 1 ) \gg 1 \tag{8-282}$$

The variable $Qp_Y$ is derived as follows:

$$Qp_Y = ( ( qP_{Y\_PRED} + CuQpDeltaVal + 52 + 2 * QpBdOffset_Y )\%( 52 + QpBdOffset_Y ) ) - QpBdOffset_Y \tag{8-283}$$

The luma quantization parameter $Qp'_Y$ is derived as follows:

$$Qp'_Y = Qp_Y + QpBdOffset_Y \tag{8-284}$$

ITU-T H.265 (V10), High Efficiency Video Coding § 8.6.1, Eq. (8-282), (8-283) (July 2024) (emphasis added).

Section 8.6.2 of the H.265 Standard specifies the derived QP is used by the Akamai '361 Product in the scaling and transformation process, applying the function to produce the final quantization parameter qP used for transform coefficient scaling:

The quantization parameter qP is derived as follows:

– If cIdx is equal to 0, the following applies:

$$qP = Clip3( 0, 51 + QpBdOffsetY, Qp'Y + ( tu\_residual\_act\_flag[ xTbY ][ yTbY ] ? \\ PpsActQpOffsetY + slice\_act\_y\_qp\_offset : 0 ) ) \tag{8-291}$$

– Otherwise, if cIdx is equal to 1, the following applies:

$$qP = Qp'_{Cb} \tag{8-292}$$

– Otherwise (cIdx is equal to 2), the following applies:

$$qP = Qp'_{Cr} \tag{8-293}$$

ITU-T H.265 (V10), High Efficiency Video Coding § 8.6.2, Eq. (8-291) (July 2024) (emphasis added).

Case 1:24-cv-01336-MN    Document 33-1    Filed 04/29/26    Page 406 of 602 PageID #:
2402

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,894,361

| | These formulas implemented by the Akamai '361 Product show that in compliance with the H.265 Standard the Akamai '361 Product derive QP from multiple inputs: the predicted QP (qPY_PRED, which relates to previously coded QP values), the CuQpDeltaVal (the delta QP), and additional offset parameters. As shown above for elements [1c] and [1d], the first QP is extracted during decoding, and the delta QP is computed by the re-encoder's rate-control algorithm. As discussed in element [1e], the inflation adjustment is inferred from rate-control behavior that monitors input-versus-output byte sizes, supported by the bTotal accumulation framework of Section F.7.4.3.1.4. The second QP produced by combining these inputs is then used as the quantization parameter for compressing (re-encoding) the decompressed video frame, satisfying the "wherein" clause. |
|---|---|
| [21e] an encoder configured to compress the decompressed video frame based on the second QP. | The Akamai '361 Product comprises an encoder configured to compress the decompressed video frame based on the second QP.

After decoding the input video and determining the second QP through its rate-control algorithms, the Akamai '361 Product compresses the decoded video frames using H.265/HEVC encoding. This re-encoding process applies forward quantization using the second QP to the transform coefficients of the decoded video frames, creating the optimal derivative video asset for the CDN. Section 8.6.2 of the H.265 standard specifies that the scaling process for transform coefficients is invoked with the quantization parameter qP as an input:

1. The scaling process for transform coefficients as specified in clause 8.6.3 is invoked with the transform block location ( xTbY, yTbY ), the size of the transform block nTbS, the colour component variable cIdx and the quantization parameter qP as inputs, and the output is an (nTbS)x(nTbS) array of scaled transform coefficients d.

2. The (nTbS)x(nTbS) array of residual samples r is derived as follows:

   – If transform_skip_flag[ xTbY ][ yTbY ][ cIdx ] is equal to 1, the residual sample array values r[ x ][ y ] with x = 0..nTbS − 1, y = 0..nTbS − 1 are derived as follows:

   $$r[\,x\,][\,y\,] = (\,\text{rotateCoeffs} ? d[\,nTbS - x -1\,][\,nTbS - y - 1\,] : d[\,x\,][\,y\,]\,) \ll \text{tsShift} \qquad (8\text{-}298)$$

ITU-T H.265 (V10), High Efficiency Video Coding § 8.6.2 (July 2024) (emphasis added). |

Case 1:24-cv-01336-MN     Document 33-1     Filed 04/29/26     Page 407 of 602 PageID #:
2403

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,894,361

The scaling process for transform coefficients (Section 8.6.3) uses the QP value directly in the computation of scaled transform coefficients:

Where sizeId is specified in Table 7-3 for the size of the quantization matrix equal to (nTbS)x(nTbS) and matrixId is specified in Table 7-4 for sizeId, CuPredMode[ xTbY ][ yTbY ] and cIdx, respectively.

– The scaled transform coefficient d[ x ][ y ] is derived as follows:

$$d[\,x\,][\,y\,] = \text{Clip3}(\,\text{coeffMin},\ \text{coeffMax},\ ((\,\text{TransCoeffLevel}[\,xTbY\,][\,yTbY\,][\,cIdx\,][\,x\,][\,y\,] * m[\,x\,][\,y\,] *$$
$$\text{levelScale}[\,qP\,\%\,6\,]\,<<\,(qP\,/\,6\,))+(\,1\,<<\,(\,\text{bdShift}-1\,)))\,>>\,\text{bdShift}\,)\qquad(8\text{-}309)$$

ITU-T H.265 (V10), High Efficiency Video Coding § 8.6.3, Eq. (8-309) (July 2024) (emphasis added).

The Akamai '361 Product documentation states that it performs H.265/HEVC compliant encoding and performs H.265-encoded output, the re-encoding process applies forward quantization using the derived second QP.  Akamai's documentation confirms that IVM creates derivative video assets automatically:

Image and Video Manager can automate processing videos, similarly to the way it handles images. You can manage a single pristine video and configure Image and Video Manager to offload the creation of derivative videos in various sizes and formats to the CDN. When an end-user requests a video, Image and Video Manager dynamically selects the optimal derivative video.

*Akamai Property Manager: Image and Video Manager (Video)*, AKAMAI TECHDOCS (last visited March 2026), available at: https://techdocs.akamai.com/property-mgr/docs/img-video-manager-videos (emphasis added).

The Akamai '361 Product uses a quality parameter wherein the video frames are re-encoded with controlled quality settings:

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,894,361

|  |  |
|---|---|
|  | • **Medium perceptual quality**. Ensures a balance between visual fidelity and file size reduction. This setting aims to preserve detail as much as possible while achieving a moderate level of optimization. This is a good default setting for most use cases where clarity is important but extreme precision is not required.<br><br>• **High perceptual quality**. Prioritizes visual quality over file size savings. The algorithm minimizes compression artifacts and rejects optimizations that could lead to visible degradation. This setting is ideal when the clarity of the image is crucial, for example, for high-quality display images. In the case of very compressed or low-quality input, Image and Video Manager can avoid additional compression to prevent further loss of quality.<br><br>*Akamai Image and Video Manager: Key Concepts and Terms*, AKAMAI TECHDOCS (last visited March 2026), available at: https://techdocs.akamai.com/ivm/docs/key-concepts-and-terms (emphasis added). |
| [24PRE] A non-transitory computer readable medium storing instructions that, when executed, cause a computer to perform a method for video optimization, the method comprising: | Akamai tests and uses a system for video compression using adaptive re-quantization using extracted and derived quantization parameters comprising each and every limitation of the claim and directly infringes the claim on at least these bases. *See, e.g.*, [24a]-[24f]. To the extent the preamble is limiting, the Akamai '361 Product is a computer readable medium storing instructions that, when executed, cause a computer to perform a method for video optimization. [24a]-[24f].<br><br>Additionally, and/or in the alternative, Akamai indirectly infringes the claim, for example by actively inducing third-party infringement (*e.g.*, infringement by Akamai's Product end-users and/or third-party integrators). *See, e.g.*, [24a]-[24f]. Moreover, Akamai induces infringement under 35 U.S.C. § 271(b) by encouraging its customers and end users to infringe by offering, testing, using, and selling a system for practicing the '361 patent in the United States.<br><br>Unless otherwise noted, OptiMorphix contends that every element of each asserted claim is literally met by the Akamai '361 Product. To the extent Akamai claims any element is not literally met, OptiMorphix asserts that such element is nonetheless satisfied under the doctrine of equivalents. No substantial differences between the patent claim elements and the corresponding features of the Akamai '361 Product exist. In every instance, each element of the apparatus described in the claim is in the Akamai '361 Product for substantially the same function, in substantially the same way, and to achieve substantially the same result as the corresponding claim element. |

The Akamai '361 Product's transcoding and re-encoding workflows are performed by software running on these computing platforms, constituting a computer-implemented method.

The Akamai '361 Product is capable of performing a method for encoding, transcoding, and delivering video content. Akamai partners with Harmonic to provide Over-The-Top (OTT) transcoding of video streams over the Akamai network.

- **Personal Content Recording**: Cost-effective and flexible recording and time-shifting capabilities, support both nPVR (Network Personal Video Recorder) and cDVR (Cloud Digital Video Recorder). This will enhance the viewer experience by offering personalized content access.

MSL5 is equipped for seamless integration with Harmonic's cutting-edge VOS360 solutions, catering to features related to Transcoding and Content Monetization. This includes features such as Over-The-Top (OTT) transcoding and Dynamic Ad Insertion (DAI), ensuring a high-quality streaming experience and optimized monetization opportunities.

Akamai MSL5: MSL4 to MSL5: Key Benefits and Rationale, AKAMAI TECHDOCS (last visited March 2026), available at: https://techdocs.akamai.com/msl5-harmonic/docs/msl4-to-msl5-key-benefits-and-rationale (emphasis added).

Akamai's Image and Video Manager further automates the creation of derivative videos in various sizes and formats, confirming that the Accused Product practices a method of processing and re-encoding video content for optimized delivery.

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,894,361

| | |
|---|---|
| | Select one of the following visual quality levels for your derivative videos:<br><br>• **High.** The derivative video is of the highest visual quality but has the smallest reduction in byte size<br><br>• **Medium High.** The derivative video is of high visual quality and has a small reduction in byte size<br><br>• **Medium.** The derivative video is of medium visual quality and results in moderate byte savings<br><br>• **Medium Low.** The derivative video is of a low visual quality and a large reduction in byte size<br><br>• **Low.** The derivative is of the lowest visual quality but has the largest reduction in byte size<br><br>*Akamai Image and Video Manager: Configuration – Optimize Your Videos*, AKAMAI TECHDOCS (last visited March 2026), *available at*: https://techdocs.akamai.com/ivm/docs/optimize-videos. |
| [24a] receiving an encoded video frame; | The Akamai '361 Product receives an encoded video frame.<br><br>The Akamai edge servers receive encoded video frames from the content provider's origin server.   The Akamai '361 Product processes received encoded video through its optimization pipeline. In the Akamai '361 Product, the infrastructure receives encoded video streams. |

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,894,361

When publishing MSL5 streams, adhere to the ingest rate specifications to prevent disruptions in stream delivery to your viewers. Exceeding these specifications will cause disruption to the stream delivery for your viewers and result in an error response from the encoder.

⊙ The ingest rate specifications apply when there is one event per stream. Implementing multiple events per stream may impact performance of the media stream and archiving.

| Attribute | Specifications | Response code |
|---|---|---|
| Maximum number of hits per second for a **stream rendition** | 10 hits/second | 429 Too Many Requests |
| Maximum number of hits per second for a **stream ID** | 100 hits/second | 429 Too Many Requests |
| Maximum bitrate per rendition | 50 Mbps | 429 Too Many Requests |
| Maximum segment size | 100 MB | 413 Content Too Large |

*Akamai MSL5: Ingest Specifications*, AKAMAI TECHDOCS (last visited March 2026), available at: https://techdocs.akamai.com/msl5-harmonic/docs/ingest-specifications (emphasis added).

The Akamai documentation specifies maximum bitrate per rendition of 50 Mbps and maximum segment size of 100 MB, confirming that the system is designed to receive encoded video content from upstream encoders.

Page 100 of 130

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,894,361

**Encoder Configuration for Dual Publishing**

The encoder/publisher must be configured to simultaneously publish to both primary and backup ingest endpoints with perfectly aligned content.

- Encoder Requirements:

  - Dual Output Streams: Configure the encoder to publish to both the primary and backup endpoints simultaneously.

  - Content Alignment: Ensure both streams conform to the following:

    - Identical video codec and bitrate

    - Identical audio codec and bitrate

*Akamai MSL5: Configure AMD property for redundant MSL5 origins,* AKAMAI TECHDOCS (last visited March 2026), available at: https://techdocs.akamai.com/msl5-harmonic/docs/configure-amd-property-for-redundant-msl5-origins (emphasis added).

The H.265/HEVC standard confirms that the input to the decoding process is a bitstream of encoded video:

Input to this process is a bitstream. Output of this process is a list of decoded pictures.

The decoding process is specified such that all decoders that conform to a specified profile, tier and level will produce numerically identical cropped decoded output pictures when invoking the decoding process associated with that profile for a bitstream conforming to that profile, tier and level. Any decoding process that produces identical cropped decoded output pictures to those produced by the process described herein (with the correct output order or output timing, as specified) conforms to the decoding process requirements of this Specification.

ITU-T H.265 (V10), High Efficiency Video Coding § 8.1.1 (July 2024) (emphasis added).

In the Akamai '361 Product, the perceptualQuality parameter controls the quality of derivative videos, wherein the Akamai '361 Product receives encoded video input and processes it:

Page 101 of 130

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,894,361

|  |  |
|---|---|
|  | - **High.** The derivative video is of the highest visual quality but has the smallest reduction in byte size<br><br>- **Medium High.** The derivative video is of high visual quality and has a small reduction in byte size<br><br>- **Medium.** The derivative video is of medium visual quality and results in moderate byte savings<br><br>- **Medium Low.** The derivative video is of a low visual quality and a large reduction in byte size<br><br>- **Low.** The derivative is of the lowest visual quality but has the largest reduction in byte size<br><br>*Akamai Image and Video Manager: Optimize Your Videos*, AKAMAI TECHDOCS (last visited March 2026), available at: https://techdocs.akamai.com/ivm/docs/optimize-videos (emphasis added). |
| [24b] decompressing the received encoded video frame; | The Akamai '361 Product decompresses the received encoded video frame.<br><br>During the transcoding process, the Akamai '361 Product first decodes (decompresses) the received HEVC/H.265-encoded bitstream to generate decoded pictures. Transcoding and re-encoding require decoding (decompressing) the input encoded video before re-encoding it at different parameters. The Akamai '361 Product decodes the incoming H.265/HEVC-encoded video frames as the first step of its transcode pipeline. The H.265/HEVC standard specifies a mandatory decoding process in Section 8.1.1:<br><br>Input to this process is a bitstream. Output of this process is a list of decoded pictures.<br><br>The decoding process is specified such that all decoders that conform to a specified profile, tier and level will produce numerically identical cropped decoded output pictures when invoking the decoding process associated with that profile for a bitstream conforming to that profile, tier and level. Any decoding process that produces identical cropped decoded output pictures to those produced by the process described herein (with the correct output order or output timing, as specified) conforms to the decoding process requirements of this Specification.<br><br>ITU-T H.265 (V10), High Efficiency Video Coding § 8.1.1 (July 2024) (emphasis added).<br><br>Because the Akamai '361 Product is H.265/HEVC compliant, the Akamai '361 Product must implement the mandatory decoding process specified in the H.265 Standard. The decoding process involves entropy decoding, inverse quantization (Section 8.6.3), inverse transformation (Section 8.6.4), |

Case 1:24-cv-01336-MN   Document 33-1   Filed 04/29/26   Page 414 of 602 PageID #:
2410

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,894,361

| | |
|---|---|
| | intra/inter prediction (Sections 8.4–8.5), and in-loop filtering (Section 8.7) to reconstruct decoded sample arrays.<br><br>**Supported video formats**<br><br>| Video format | Input support | Output support |<br>|---|---|---|<br>| ▾ Container | | |<br>| MP4/MOV | ✓ | ✓ |<br>| WebM | ✓ | ✓ |<br>| ▾ Video | | |<br>| h264 | ✓ | ✓ |<br>| h265 | ✓ | ✓ |<br><br>*Akamai Image and Video Manager: Supported Image and Video Formats*, AKAMAI TECHDOCS (last visited March 2026), available at: https://techdocs.akamai.com/ivm/docs/supported-image-and-video-formats (emphasis added). |
| [24c] extracting a first quantization parameter (QP) from the decompressed video frame, wherein the first QP corresponds to quantization settings originally used for compressing the encoded video frame; | The Akamai '361 Product extracts a first quantization parameter (QP) from the decompressed video frame, wherein the first QP corresponds to quantization settings originally used for compressing the encoded video frame.<br><br>In compliance with the H.265 Standard, the Akamai '361 Product derives quantization parameters as part of the decoding process. The initial slice-level QP is established from syntax elements in the slice segment header and the picture parameter set. Section 7.4.7.1 of the H.265 Standard specifies: |

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,894,361

> **slice_qp_delta** specifies the initial value of $Qp_Y$ to be used for the coding blocks in the slice until modified by the value of CuQpDeltaVal in the coding unit layer. The initial value of the $Qp_Y$ quantization parameter for the slice, $SliceQp_Y$, is derived as follows:
>
> $$SliceQp_Y = 26 + init\_qp\_minus26 + slice\_qp\_delta \qquad (7\text{-}54)$$
>
> The value of $SliceQp_Y$ shall be in the range of $-QpBdOffset_Y$ to $+51$, inclusive.

ITU-T H.265 (V10), High Efficiency Video Coding § 7.4.7.1 (July 2024) (emphasis added).

At the coding unit level, Section 8.6.1 further specifies the derivation process for the luma quantization parameter QpY, using the predicted QP and the CuQpDeltaVal syntax element:

> Input to this process is a luma location ( xCb, yCb ) specifying the top-left sample of the current luma coding block relative to the top-left luma sample of the current picture.
>
> In this process, the variable $Qp_Y$, the luma quantization parameter $Qp'_Y$ and the chroma quantization parameters $Qp'_{Cb}$ and $Qp'_{Cr}$ are derived.
>
> The luma location ( xQg, yQg ), specifies the top-left luma sample of the current quantization group relative to the top-left luma sample of the current picture. The horizontal and vertical positions xQg and yQg are set equal to $xCb - ( xCb \& ( ( 1 << Log2MinCuQpDeltaSize) - 1 ) )$ and $yCb - ( yCb \& ( ( 1 << Log2MinCuQpDeltaSize) - 1 ) )$, respectively. The luma size of a quantization group, Log2MinCuQpDeltaSize, determines the luma size of the smallest area inside a CTB that shares the same $qP_{Y\_PRED}$.

ITU-T H.265 (V10), High Efficiency Video Coding § 8.6.1 (July 2024) (emphasis added).

The predicted luma QP is derived from neighboring coding units and the slice-level initial QP:

Case 1:24-cv-01336-MN    Document 33-1    Filed 04/29/26    Page 416 of 602 PageID #:
2412

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,894,361

The predicted luma quantization parameter qP$_{Y\_PRED}$ is derived by the following ordered steps:

1. The variable qP$_{Y\_PREV}$ is derived as follows:

   – If one or more of the following conditions are true, qP$_{Y\_PREV}$ is set equal to SliceQp$_Y$:

     – The current quantization group is the first quantization group in a slice.

     – The current quantization group is the first quantization group in a tile.

     – The current quantization group is the first quantization group in a CTB row of a tile and entropy_coding_sync_enabled_flag is equal to 1.

   – Otherwise, qP$_{Y\_PREV}$ is set equal to the luma quantization parameter Qp$_Y$ of the last coding unit in the previous quantization group in decoding order.

ITU-T H.265 (V10), High Efficiency Video Coding § 8.6.1 (July 2024) (emphasis added).

The QP derivation performed by the Akamai '361 Product relies on the CuQpDeltaVal parameter (a mandatory part of the H.265 bitstream). Section 7.4.9.14 of the H.265 Standard that is implemented by the Akamai '361 Product specifies:

**7.4.9.14   Delta QP semantics**

**cu_qp_delta_abs**, when present, specifies the absolute value of the difference CuQpDeltaVal between the luma quantization parameter of the current coding unit and its prediction.

**cu_qp_delta_sign_flag**, when present, specifies the sign of the difference CuQpDeltaVal between the luma quantization parameter of the current coding unit and its prediction.

It is a requirement of bitstream conformance that the value of CuQpDeltaVal shall be in the range of $-(26 + QpBdOffsetY / 2)$ to $+(25 + QpBdOffsetY / 2)$, inclusive.

ITU-T H.265 (V10), High Efficiency Video Coding § 7.4.9.14 (July 2024) (emphasis added).

The final luma QP is derived using the formula specified in Section 8.6.1:



|  |  |
|---|---|
|  | ITU-T H.265 (V10), High Efficiency Video Coding § 8.6.1, Eq. (8-283) (July 2024) (emphasis added).<br><br>The Akamai '361 Product performs this QP derivation to execute the inverse quantization process specified in Section 8.6.3 of the H.265 Standard. The derived QP values are extracted during decoding by the Akamai '361 Product. The first QP corresponds to the original quantization settings. The QP values derived during decoding are the same QP values that were used by the original encoder to quantize the transform coefficients during compression. The CuQpDeltaVal syntax element was written into the bitstream by the original encoder to signal the quantization parameter it chose. The SliceQpY value likewise reflects the encoder's chosen initial QP for the slice. When the decoder derives QpY using these syntax elements, the resulting QP inherently and necessarily corresponds to the quantization settings originally used for compressing the encoded video frame. |
| [24d] acquiring a delta QP based on the first QP; | The Akamai '361 Product acquires a delta QP based on the first QP.<br><br>In compliance with the H.265 Standard, the Akamai '361 Product extract a delta QP (CuQpDeltaVal), which is acquired relative to the predicted or initial QP (the first QP). The Akamai '361 Product parses both the absolute delta value and its sign from the bitstream to determine the exact adjustment applied to each quantization block. In a re-encoding (transcoding) context, the Akamai '361 Product then determines new quantization parameters for the output bitstream. When the Akamai '361 Product re-encodes decoded video at a target bitrate or quality level that differs from the source, the re-encoder computes a target QP for each coding unit that differs from the first QP extracted during decoding. This difference constitutes a "delta QP" within the meaning of the claim. Section 7.4.9.14 of the H.265 Standard implemented by the Akamai '361 Product specifies the delta QP as follows: |

**7.4.9.14    Delta QP semantics**

cu_qp_delta_abs, when present, specifies the absolute value of the difference CuQpDeltaVal between the luma quantization parameter of the current coding unit and its prediction.

cu_qp_delta_sign_flag, when present, specifies the sign of the difference CuQpDeltaVal between the luma quantization parameter of the current coding unit and its prediction.

It is a requirement of bitstream conformance that the value of CuQpDeltaVal shall be in the range of −( 26 + QpBdOffsetY / 2 ) to +( 25 + QpBdOffsetY / 2 ), inclusive.

ITU-T H.265 (V10), High Efficiency Video Coding § 7.4.9.14 (July 2024) (emphasis added).

The CuQpDeltaVal is a mandatory syntax element in the H.265 bitstream whenever cu_qp_delta_enabled_flag is set. The Akamai '361 Product computes delta QP values based on the first QP (because the rate-control algorithm accounts for the source content's quantization characteristics when determining how aggressively to re-quantize).   For example, the Akamai '361 Product perceptualQuality parameter controls re-encoding quality for the source:

- **Quality** (default): Using a `quality` value from 1-100 resembles JPEG quality across output formats. The default is 85.

- **Perceptual Quality**: Dynamically tunes the quality parameter for each image format based on the human-perceived quality of the output image. For better byte savings without compromising perception of the image, use `perceptualQuality` instead of `quality` to encode many images at a much lower quality. For certain images that need to maintain human-perceived quality, encode them at a slightly higher quality.

*Akamai Image and Video Manager: IVM Concepts*, AKAMAI TECHDOCS (last visited March 2026), available at: https://techdocs.akamai.com/ivm/reference/concepts (emphasis added).

This quality-versus-byte-savings is performed by the Akamai '361 Product using QP adjustment during re-encoding. The Akamai '361 Product compares the desired output quality/bitrate against the source

| | |
|---|---|
| | QP to determine an appropriate delta, satisfying the requirement that the delta QP be based on the first QP. |
| [24e] acquiring an inflation adjustment based on a comparison between total byte size of frames previously decompressed and total byte size of the frames after being previously compressed, wherein the received encoded video frame and the frames previously decompressed are part of a sequence including a plurality of video frames; | The Akamai '361 Product acquires an inflation adjustment based on a comparison between total byte size of frames previously decompressed and total byte size of the frames after being previously compressed, wherein the received encoded video frame and the frames previously decompressed are part of a sequence including a plurality of video frames. During the adaptive transcoding and delivery process, the Akamai '361 Product tracks total byte transfer sizes and compares the uncompressed/target buffer states to the compressed output rates.  When the Akamai '361 Product re-encodes video at a reduced bitrate, re-compressed frames are smaller than the decoded (decompressed) frames. The ratio or difference between these sizes is used by the Akamai '361 Product to make QP adjustments constituting an inflation adjustment.  The H.265/HEVC standard specifies a Hypothetical Reference Decoder (HRD) framework that requires tracking coded picture sizes for buffer management: |

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,894,361

The HRD contains a coded picture buffer (CPB), an instantaneous decoding process, a decoded picture buffer (DPB), and output cropping as shown in Figure C.2.



**Figure C.2 – HRD buffer model**

ITU-T H.265 (V10), High Efficiency Video Coding, Annex C (July 2024).

The Akamai '361 Product uses a coded picture buffer that tracks the number of bits associated with each coded picture entering and leaving the buffer, which involves monitoring byte sizes of coded pictures. The Akamai '361 Product track and compare coded picture sizes across the sequence.  Moreover, in compliance with the H.265 Standard, the Akamai '361 Product implements Section F.7.4.3.1.4 of the H.265 Standard which define a bit-accumulation variable bTotal that tracks the total number of bits

across NAL units in a frame sequence, and uses this accumulated value to derive and enforce bitrate parameters:

**avg_bit_rate**[ i ][ j ] indicates the average bit rate of the j-th subset of the i-th layer set, in bits per second. The value is given by BitRateBPS( avg_bit_rate[ i ][ j ] ) with the function BitRateBPS( ) being specified as follows:

$$\text{BitRateBPS}( x ) = ( x \,\&\, ( 2^{14} - 1 ) ) * 10^{(2 + (x \gg 14))} \tag{F-16}$$

The average bit rate is derived according to the access unit removal time specified in clause F.13. In the following, bTotal is the number of bits in all NAL units of the j-th subset of the i-th layer set, $t_1$ is the removal time (in seconds) of the first access unit to which the VPS applies and $t_2$ is the removal time (in seconds) of the last access unit (in decoding order) to which the VPS applies. With x specifying the value of avg_bit_rate[ i ][ j ], the following applies:

– If $t_1$ is not equal to $t_2$, the following condition shall be true:

$$( x \,\&\, ( 2^{14} - 1 ) ) == \text{Round}( bTotal \div ( ( t_2 - t_1 ) * 10^{(2 + (x \gg 14))} ) ) \tag{F-17}$$

– Otherwise ($t_1$ is equal to $t_2$), the following condition shall be true:

$$( x \,\&\, ( 2^{14} - 1 ) ) == 0 \tag{F-18}$$

ITU-T H.265 (V10), High Efficiency Video Coding § F.7.4.3.1.4 (July 2024) (emphasis added).

The bTotal variable incorporated into the Akamai '361 Product is an "inflation adjustment" that tracks total bits/bytes of encoded frames across a sequence and using those accumulated totals in rate calculations. The Akamai '361 Product targets specific bitrate parameters to ensure the encoded output satisfies specific bit rate constraints.

Akamai AMD's Bit Rate Limiting feature further shows the use of byte-size tracking in the delivery pipeline:

Page 110 of 130

| | |
|---|---|
| | Bit Rate Limiting lets you control the rate that Akamai serves AMD content to end users. You can optionally vary the speed based on file size or elapsed download time. For example, apply it to prevent media downloads from progressing faster than they're consumed. You could also apply multiple instances of it to set up different end-user experience tiers of delivery performance—a higher bit rate maximum for requests from one URL, and a lower rate for another. |
| | *Akamai Adaptive Media Delivery: Bit Rate Limiting*, AKAMAI TECHDOCS (last visited March 2026), available at: https://techdocs.akamai.com/adaptive-media-delivery/docs/add-bit-rate-limiting (emphasis added). |
| [24f] acquiring a second QP based on the delta QP, the first QP, and the inflation adjustment, wherein the second QP corresponds to quantization settings for compressing the decompressed video frame; | The Akamai '361 Product acquires a second QP based on the delta QP, the first QP, and the inflation adjustment, wherein the second QP corresponds to quantization settings for compressing the decompressed video frame. In the re-encoding stage, the Akamai '361 Product derives a final quantization parameter (the "second QP") for each coding unit of the re-encoded output. This second QP determines the quantization applied during the forward transform and quantization process, controlling the quality and bitrate of the re-encoded output. The H.265/HEVC standard specifies the QP derivation formula in Section 8.6.1 used by the Akamai '361 Product. 4. The predicted luma quantization parameter $qP_{Y\_PRED}$ is derived as follows: $$qP_{Y\_PRED} = ( qP_{Y\_A} + qP_{Y\_B} + 1 ) >> 1 \qquad (8\text{-}282)$$ The variable $Q_{PY}$ is derived as follows: $$Q_{PY} = ( ( qP_{Y\_PRED} + CuQpDeltaVal + 52 + 2 * QpBdOffset_Y )\%( 52 + QpBdOffset_Y ) ) - QpBdOffset_Y \qquad (8\text{-}283)$$ The luma quantization parameter $Qp'_Y$ is derived as follows: $$Qp'_Y = Q_{PY} + QpBdOffset_Y \qquad (8\text{-}284)$$ ITU-T H.265 (V10), High Efficiency Video Coding § 8.6.1, Eq. (8-282), (8-283) (July 2024) (emphasis added). |

| | Section 8.6.2 of the H.265 Standard specifies the derived QP is used by the Akamai '361 Product in the scaling and transformation process, applying the function to produce the final quantization parameter qP used for transform coefficient scaling:<br><br><br><br>ITU-T H.265 (V10), High Efficiency Video Coding § 8.6.2, Eq. (8-291) (July 2024) (emphasis added).<br><br>These formulas implemented by the Akamai '361 Product show that in compliance with the H.265 Standard the Akamai '361 Product derives QP from multiple inputs: the predicted QP (qPY_PRED, which relates to previously coded QP values), the CuQpDeltaVal (the delta QP), and additional offset parameters.  As shown above for elements [24c] and [24d], the first QP is extracted during decoding, and the delta QP is computed by the re-encoder's rate-control algorithm. As discussed in element [24e], the inflation adjustment is inferred from rate-control behavior that monitors input-versus-output byte sizes, supported by the bTotal accumulation framework of Section F.7.4.3.1.4. The second QP produced by combining these inputs is then used as the quantization parameter for compressing (re-encoding) the decompressed video frame, satisfying the "wherein" clause. |
|---|---|
| [24g] compressing the decompressed video frame | The Akamai '361 Product compresses the decompressed video frame based on the second QP. |

| based on the second QP; and | After decoding the input video and determining the second QP through its rate-control algorithms, the Akamai '361 Product compresses the decoded video frames using H.265/HEVC encoding.  This re-encoding process applies forward quantization using the second QP to the transform coefficients of the decoded video frames, creating the optimal derivative video asset for the CDN.  Section 8.6.2 of the H.265 standard specifies that the scaling process for transform coefficients is invoked with the quantization parameter qP as an input: |
|---|---|

1. The scaling process for transform coefficients as specified in clause 8.6.3 is invoked with the transform block location ( xTbY, yTbY ), the size of the transform block nTbS, the colour component variable cIdx and the quantization parameter qP as inputs, and the output is an (nTbS)x(nTbS) array of scaled transform coefficients d.

2. The (nTbS)x(nTbS) array of residual samples r is derived as follows:

   – If transform_skip_flag[ xTbY ][ yTbY ][ cIdx ] is equal to 1, the residual sample array values r[ x ][ y ] with x = 0..nTbS − 1, y = 0..nTbS − 1 are derived as follows:

   $$r[ x ][ y ] = ( \text{rotateCoeffs} ? d[ nTbS − x −1 ][ nTbS − y − 1 ] : d[ x ][ y ] ) << \text{tsShift} \qquad (8\text{-}298)$$

ITU-T H.265 (V10), High Efficiency Video Coding § 8.6.2 (July 2024) (emphasis added).

The scaling process for transform coefficients (Section 8.6.3) uses the QP value directly in the computation of scaled transform coefficients:

Where sizeId is specified in Table 7-3 for the size of the quantization matrix equal to (nTbS)x(nTbS) and matrixId is specified in Table 7-4 for sizeId, CuPredMode[ xTbY ][ yTbY ] and cIdx, respectively.

   – The scaled transform coefficient d[ x ][ y ] is derived as follows:

   $$d[ x ][ y ] = \text{Clip3}( \text{coeffMin}, \text{coeffMax}, ( ( \text{TransCoeffLevel}[ xTbY ][ yTbY ][ cIdx ][ x ][ y ] * m[ x ][ y ] * \text{levelScale}[ qP \% 6 ] << ( qP / 6 ) ) + ( 1 << ( \text{bdShift} − 1 ) ) ) >> \text{bdShift} ) \qquad (8\text{-}309)$$

ITU-T H.265 (V10), High Efficiency Video Coding § 8.6.3, Eq. (8-309) (July 2024) (emphasis added).

| | |
|---|---|
| | The Akamai '361 Product documentation states that it performs H.265/HEVC compliant encoding and performs H.265-encoded output, the re-encoding process applies forward quantization using the derived second QP.  Akamai's documentation confirms that IVM creates derivative video assets automatically:<br><br>Image and Video Manager can automate processing videos, similarly to the way it handles images. You can manage a single pristine video and configure Image and Video Manager to offload the creation of derivative videos in various sizes and formats to the CDN. When an end-user requests a video, Image and Video Manager dynamically selects the optimal derivative video.<br><br>*Akamai Property Manager: Image and Video Manager (Video)*, AKAMAI TECHDOCS (last visited March 2026), available at: https://techdocs.akamai.com/property-mgr/docs/img-video-manager-videos (emphasis added).<br><br>The Akamai '361 Product uses a quality parameter wherein the video frames are re-encoded with controlled quality settings:<br><br>• **Medium perceptual quality**. Ensures a balance between visual fidelity and file size reduction. This setting aims to preserve detail as much as possible while achieving a moderate level of optimization. This is a good default setting for most use cases where clarity is important but extreme precision is not required.<br><br>• **High perceptual quality**. Prioritizes visual quality over file size savings. The algorithm minimizes compression artifacts and rejects optimizations that could lead to visible degradation. This setting is ideal when the clarity of the image is crucial, for example, for high-quality display images. In the case of very compressed or low-quality input, Image and Video Manager can avoid additional compression to prevent further loss of quality.<br><br>*Akamai Image and Video Manager: Key Concepts and Terms*, AKAMAI TECHDOCS (last visited March 2026), available at: https://techdocs.akamai.com/ivm/docs/key-concepts-and-terms (emphasis added). |
| [24h] providing the compressed video frame. | The Akamai '361 Product provides the compressed video frame.<br><br>Upon completing the transcoding and compression steps, the Akamai '361 Product delivers the compressed (re-encoded) video frame to end users through Akamai's content delivery network via |

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,894,361

| | |
|---|---|
| | HTTP/HTTPS protocols. Akamai Adaptive Media Delivery (AMD) is the CDN platform that serves the re-encoded video content to end-user devices. |
| | Adaptive Media Delivery (AMD) is optimized for adaptive bit rate streaming to provide a high-quality, secure viewing experience across a broad variety of network types—fixed or mobile—at varying connection speeds. Built on the Akamai Intelligent Platform™, AMD provides superior scalability, reliability, availability, and reach.<br><br>AMD securely delivers prepared, pre-segmented HTTP-based live and on-demand streaming media. |
| | *Akamai: Adaptive Media Delivery: Welcome To Adaptive Media Delivery*, AKAMAI TECHDOCS (last visited March 2026), available at: https://techdocs.akamai.com/adaptive-media-delivery/docs/welcome-adaptive-media-deliv (emphasis added). |
| | The Akamai documentation describes the request flow for content delivery: |



*Akamai Adaptive Media Delivery: Understand the Request Flow*, AKAMAI TECHDOCS (last visited March 2026), available at: https://techdocs.akamai.com/ion/docs/understand-the-connections (emphasis added).

| | |
|---|---|
| [25PRE] A non-transitory computer readable medium storing instructions that, | Akamai tests and uses a system for video compression using adaptive re-quantization using extracted and derived quantization parameters comprising each and every limitation of the claim and directly infringes the claim on at least these bases. *See, e.g.*, [25a]-[25f]. To the extent the preamble is limiting, |

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,894,361

| when executed, cause a computer to perform a method for video optimization, the method comprising: | the Akamai '361 Product is a computer readable medium storing instructions that, when executed, cause a computer to perform a method for video optimization. [25a]-[25f].<br><br>Additionally, and/or in the alternative, Akamai indirectly infringes the claim, for example by actively inducing third-party infringement (*e.g.*, infringement by Akamai's Product end-users and/or third-party integrators).  *See, e.g.*, [25a]-[25f].  Moreover, Akamai induces infringement under 35 U.S.C. § 271(b) by encouraging its customers and end users to infringe by offering, testing, using, and selling a system for practicing the '361 patent in the United States.<br><br>Unless otherwise noted, OptiMorphix contends that every element of each asserted claim is literally met by the Akamai '361 Product.  To the extent Akamai claims any element is not literally met, OptiMorphix asserts that such element is nonetheless satisfied under the doctrine of equivalents.  No substantial differences between the patent claim elements and the corresponding features of the Akamai '361 Product exist.  In every instance, each element of the apparatus described in the claim is in the Akamai '361 Product for substantially the same function, in substantially the same way, and to achieve substantially the same result as the corresponding claim element.<br><br>The Akamai '361 Product's transcoding and re-encoding workflows are performed by software running on these computing platforms, constituting a computer-implemented method.<br><br>The Akamai '361 Product is capable of performing a method for encoding, transcoding, and delivering video content. Akamai partners with Harmonic to provide Over-The-Top (OTT) transcoding of video streams over the Akamai network. |

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,894,361

- **Personal Content Recording:** Cost-effective and flexible recording and time-shifting capabilities, support both nPVR (Network Personal Video Recorder) and cDVR (Cloud Digital Video Recorder). This will enhance the viewer experience by offering personalized content access.

 MSL5 is equipped for seamless integration with Harmonic's cutting-edge VOS360 solutions, catering to features related to Transcoding and Content Monetization. This includes features such as Over-The-Top (OTT) transcoding and Dynamic Ad Insertion (DAI), ensuring a high-quality streaming experience and optimized monetization opportunities.

Akamai MSL5: MSL4 to MSL5: Key Benefits and Rationale, AKAMAI TECHDOCS (last visited March 2026), available at: https://techdocs.akamai.com/msl5-harmonic/docs/msl4-to-msl5-key-benefits-and-rationale (emphasis added).

Akamai's Image and Video Manager further automates the creation of derivative videos in various sizes and formats, confirming that the Accused Product practices a method of processing and re-encoding video content for optimized delivery.

Select one of the following visual quality levels for your derivative videos:

- **High.** The derivative video is of the highest visual quality but has the smallest reduction in byte size
- **Medium High.** The derivative video is of high visual quality and has a small reduction in byte size
- **Medium.** The derivative video is of medium visual quality and results in moderate byte savings
- **Medium Low.** The derivative video is of a low visual quality and a large reduction in byte size
- **Low.** The derivative is of the lowest visual quality but has the largest reduction in byte size

*Akamai Image and Video Manager: Configuration – Optimize Your Videos*, AKAMAI TECHDOCS (last visited March 2026), *available at*: https://techdocs.akamai.com/ivm/docs/optimize-videos.

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,894,361

| [25a] decompressing a received encoded video frame that is a part of a sequence of plurality of video frames; | The Akamai '361 Product decompresses a received encoded video frame that is a part of a sequence including a plurality of video frames.<br><br>During the transcoding process, the Akamai '361 Product first decodes (decompresses) the received HEVC/H.265-encoded bitstream to generate decoded pictures. Transcoding and re-encoding require decoding (decompressing) the input encoded video before re-encoding it at different parameters. The Akamai '361 Product decodes the incoming H.265/HEVC-encoded video frames as the first step of its transcode pipeline. The H.265/HEVC standard specifies a mandatory decoding process in Section 8.1.1:<br><br>Input to this process is a bitstream. Output of this process is a list of decoded pictures.<br><br>The decoding process is specified such that all decoders that conform to a specified profile, tier and level will produce numerically identical cropped decoded output pictures when invoking the decoding process associated with that profile for a bitstream conforming to that profile, tier and level. Any decoding process that produces identical cropped decoded output pictures to those produced by the process described herein (with the correct output order or output timing, as specified) conforms to the decoding process requirements of this Specification.<br><br>ITU-T H.265 (V10), High Efficiency Video Coding § 8.1.1 (July 2024) (emphasis added).<br><br>Because the Akamai '361 Product is H.265/HEVC compliant, the Akamai '361 Product must implement the mandatory decoding process specified in the H.265 Standard. The decoding process involves entropy decoding, inverse quantization (Section 8.6.3), inverse transformation (Section 8.6.4), intra/inter prediction (Sections 8.4–8.5), and in-loop filtering (Section 8.7) to reconstruct decoded sample arrays. |

Page 119 of 130

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,894,361

| | |
|---|---|
| | **Supported video formats**<br><br>| Video format | Input support | Output support |<br>|---|---|---|<br>| ▾ Container | | |<br>| MP4/MOV | ✓ | ✓ |<br>| WebM | ✓ | ✓ |<br>| ▾ Video | | |<br>| h264 | ✓ | ✓ |<br>| h265 | ✓ | ✓ |<br><br>*Akamai Image and Video Manager: Supported Image and Video Formats*, AKAMAI TECHDOCS (last visited March 2026), available at: https://techdocs.akamai.com/ivm/docs/supported-image-and-video-formats (emphasis added). |
| [25b] extracting a first quantization parameter (QP) from the decompressed video frame, wherein the first QP corresponds to quantization settings originally used for compressing the encoded video frame; | The Akamai '361 Product extracts a first quantization parameter (QP) from the decompressed video frame, wherein the first QP corresponds to quantization settings originally used for compressing the encoded video frame.<br><br>In compliance with the H.265 Standard, the Akamai '361 Product derives quantization parameters as part of the decoding process. The initial slice-level QP is established from syntax elements in the slice segment header and the picture parameter set. Section 7.4.7.1 of the H.265 Standard specifies: |

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,894,361

slice_qp_delta specifies the initial value of $Qp_Y$ to be used for the coding blocks in the slice until modified by the value of CuQpDeltaVal in the coding unit layer. The initial value of the $Qp_Y$ quantization parameter for the slice, $SliceQp_Y$, is derived as follows:

$$SliceQp_Y = 26 + init\_qp\_minus26 + slice\_qp\_delta \qquad (7\text{-}54)$$

The value of $SliceQp_Y$ shall be in the range of $-QpBdOffset_Y$ to $+51$, inclusive.

ITU-T H.265 (V10), High Efficiency Video Coding § 7.4.7.1 (July 2024) (emphasis added).

At the coding unit level, Section 8.6.1 further specifies the derivation process for the luma quantization parameter QpY, using the predicted QP and the CuQpDeltaVal syntax element:

Input to this process is a luma location ( xCb, yCb ) specifying the top-left sample of the current luma coding block relative to the top-left luma sample of the current picture.

In this process, the variable $Qp_Y$, the luma quantization parameter $Qp'_Y$ and the chroma quantization parameters $Qp'_{Cb}$ and $Qp'_{Cr}$ are derived.

The luma location ( xQg, yQg ), specifies the top-left luma sample of the current quantization group relative to the top-left luma sample of the current picture. The horizontal and vertical positions xQg and yQg are set equal to $xCb - ( xCb \& ( ( 1 \ll Log2MinCuQpDeltaSize) - 1 ) )$ and $yCb - ( yCb \& ( ( 1 \ll Log2MinCuQpDeltaSize) - 1 ) )$, respectively. The luma size of a quantization group, Log2MinCuQpDeltaSize, determines the luma size of the smallest area inside a CTB that shares the same $qP_{Y\_PRED}$.

ITU-T H.265 (V10), High Efficiency Video Coding § 8.6.1 (July 2024) (emphasis added).

The predicted luma QP is derived from neighboring coding units and the slice-level initial QP:

The predicted luma quantization parameter $qP_{Y\_PRED}$ is derived by the following ordered steps:

1. The variable $qP_{Y\_PREV}$ is derived as follows:

   – If one or more of the following conditions are true, $qP_{Y\_PREV}$ is set equal to $SliceQp_Y$:

      – The current quantization group is the first quantization group in a slice.

      – The current quantization group is the first quantization group in a tile.

      – The current quantization group is the first quantization group in a CTB row of a tile and entropy_coding_sync_enabled_flag is equal to 1.

   – Otherwise, $qP_{Y\_PREV}$ is set equal to the luma quantization parameter $Qp_Y$ of the last coding unit in the previous quantization group in decoding order.

ITU-T H.265 (V10), High Efficiency Video Coding § 8.6.1 (July 2024) (emphasis added).

The QP derivation performed by the Akamai '361 Product relies on the CuQpDeltaVal parameter (a mandatory part of the H.265 bitstream). Section 7.4.9.14 of the H.265 Standard that is implemented by the Akamai '361 Product specifies:

**7.4.9.14    Delta QP semantics**

**cu_qp_delta_abs**, when present, specifies the absolute value of the difference CuQpDeltaVal between the luma quantization parameter of the current coding unit and its prediction.

**cu_qp_delta_sign_flag**, when present, specifies the sign of the difference CuQpDeltaVal between the luma quantization parameter of the current coding unit and its prediction.

It is a requirement of bitstream conformance that the value of CuQpDeltaVal shall be in the range of $-( 26 + QpBdOffsetY / 2 )$ to $+( 25 + QpBdOffsetY / 2 )$, inclusive.

ITU-T H.265 (V10), High Efficiency Video Coding § 7.4.9.14 (July 2024) (emphasis added).

The final luma QP is derived using the formula specified in Section 8.6.1:

Case 1:24-cv-01336-MN    Document 33-1    Filed 04/29/26    Page 434 of 602 PageID #:
2430

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,894,361

| | |
|---|---|
| | 4. The predicted luma quantization parameter $qP_{Y\_PRED}$ is derived as follows:<br><br>$$qP_{Y\_PRED} = ( qP_{Y\_A} + qP_{Y\_B} + 1 ) >> 1 \qquad (8\text{-}282)$$<br><br>The variable $Qp_Y$ is derived as follows:<br><br>$$Qp_Y = ( ( qP_{Y\_PRED} + CuQpDeltaVal + 52 + 2 * QpBdOffset_Y )\%( 52 + QpBdOffset_Y ) ) - QpBdOffset_Y \quad (8\text{-}283)$$<br><br>ITU-T H.265 (V10), High Efficiency Video Coding § 8.6.1, Eq. (8-283) (July 2024) (emphasis added). |
| [25c] acquiring a delta QP based on the first QP; | The Akamai '361 Product acquires a delta QP based on the first QP.<br><br>In compliance with the H.265 Standard, the Akamai '361 Product extract a delta QP (CuQpDeltaVal), which is acquired relative to the predicted or initial QP (the first QP). The Akamai '361 Product parses both the absolute delta value and its sign from the bitstream to determine the exact adjustment applied to each quantization block. In a re-encoding (transcoding) context, the Akamai '361 Product then determines new quantization parameters for the output bitstream. When the Akamai '361 Product re-encodes decoded video at a target bitrate or quality level that differs from the source, the re-encoder computes a target QP for each coding unit that differs from the first QP extracted during decoding. This difference constitutes a "delta QP" within the meaning of the claim. Section 7.4.9.14 of the H.265 Standard implemented by the Akamai '361 Product specifies the delta QP as follows:<br><br>**7.4.9.14  Delta QP semantics**<br><br>**cu_qp_delta_abs**, when present, specifies the absolute value of the difference CuQpDeltaVal between the luma quantization parameter of the current coding unit and its prediction.<br><br>**cu_qp_delta_sign_flag**, when present, specifies the sign of the difference CuQpDeltaVal between the luma quantization parameter of the current coding unit and its prediction.<br><br>It is a requirement of bitstream conformance that the value of CuQpDeltaVal shall be in the range of $-( 26 + QpBdOffsetY / 2 )$ to $+( 25 + QpBdOffsetY / 2 )$, inclusive.<br><br>ITU-T H.265 (V10), High Efficiency Video Coding § 7.4.9.14 (July 2024) (emphasis added). |

| | |
|---|---|
| | The CuQpDeltaVal is a mandatory syntax element in the H.265 bitstream whenever cu_qp_delta_enabled_flag is set. The Akamai '361 Product computes delta QP values based on the first QP (because the rate-control algorithm accounts for the source content's quantization characteristics when determining how aggressively to re-quantize).   For example, the Akamai '361 Product perceptualQuality parameter controls re-encoding quality for the source:<br><br>    &bull; **Quality** (default): Using a `quality` value from 1-100 resembles JPEG quality across output formats. The default is 85.<br><br>    &bull; **Perceptual Quality**: ==Dynamically tunes the quality parameter for each image format based on the human-perceived quality of the output image.== For better byte savings without compromising perception of the image, use `perceptualQuality` instead of `quality` to encode many images at a much lower quality. For certain images that need to maintain human-perceived quality, encode them at a slightly higher quality.<br><br>*Akamai Image and Video Manager: IVM Concepts*, AKAMAI TECHDOCS (last visited March 2026), available at: https://techdocs.akamai.com/ivm/reference/concepts (emphasis added). |
| [25d] acquiring an inflation adjustment based on a comparison between total byte size of frames previously decompressed and total byte size of the frames after being previously compressed, wherein the received encoded video frame and the frames previously decompressed are part of the sequence including a plurality of video frames; | The Akamai '361 Product acquires an inflation adjustment based on a comparison between total byte size of frames previously decompressed and total byte size of the frames after being previously compressed, wherein the received encoded video frame and the frames previously decompressed are part of the sequence including a plurality of video frames.<br><br>During the adaptive transcoding and delivery process, the Akamai '361 Product tracks total byte transfer sizes and compares the uncompressed/target buffer states to the compressed output rates.  When the Akamai '361 Product re-encodes video at a reduced bitrate, re-compressed frames are smaller than the decoded (decompressed) frames. The ratio or difference between these sizes is used by the Akamai '361 Product to make QP adjustments constituting an inflation adjustment.  The H.265/HEVC standard specifies a Hypothetical Reference Decoder (HRD) framework that requires tracking coded picture sizes for buffer management: |



The HRD contains a coded picture buffer (CPB), an instantaneous decoding process, a decoded picture buffer (DPB), and output cropping as shown in Figure C.2.

**Figure C.2 – HRD buffer model**

ITU-T H.265 (V10), High Efficiency Video Coding, Annex C (July 2024).

The Akamai '361 Product uses a coded picture buffer that tracks the number of bits associated with each coded picture entering and leaving the buffer, which involves monitoring byte sizes of coded pictures. The Akamai '361 Product track and compare coded picture sizes across the sequence. Moreover, in compliance with the H.265 Standard the Akamai '361 Product implements Section F.7.4.3.1.4 of the H.265 Standard which define a bit-accumulation variable bTotal that tracks the total number of bits across NAL units in a frame sequence, and uses this accumulated value to derive and enforce bitrate parameters:

Case 1:24-cv-01336-MN    Document 33-1    Filed 04/29/26    Page 437 of 602 PageID #: 2433

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,894,361

avg_bit_rate[ i ][ j ] indicates the average bit rate of the j-th subset of the i-th layer set, in bits per second. The value is given by BitRateBPS( avg_bit_rate[ i ][ j ] ) with the function BitRateBPS( ) being specified as follows:

$$\text{BitRateBPS}(x) = (x \,\&\, (2^{14} - 1)) * 10^{(2 + (x \gg 14))} \tag{F-16}$$

The average bit rate is derived according to the access unit removal time specified in clause F.13. In the following, bTotal is the number of bits in all NAL units of the j-th subset of the i-th layer set, $t_1$ is the removal time (in seconds) of the first access unit to which the VPS applies and $t_2$ is the removal time (in seconds) of the last access unit (in decoding order) to which the VPS applies. With x specifying the value of avg_bit_rate[ i ][ j ], the following applies:

– If $t_1$ is not equal to $t_2$, the following condition shall be true:

$$(x \,\&\, (2^{14} - 1)) == \text{Round}(\text{bTotal} \div ((t_2 - t_1) * 10^{(2 + (x \gg 14))})) \tag{F-17}$$

– Otherwise ($t_1$ is equal to $t_2$), the following condition shall be true:

$$(x \,\&\, (2^{14} - 1)) == 0 \tag{F-18}$$

ITU-T H.265 (V10), High Efficiency Video Coding § F.7.4.3.1.4 (July 2024) (emphasis added).

The bTotal variable incorporated into the Akamai '361 Product is an "inflation adjustment" that tracks total bits/bytes of encoded frames across a sequence and using those accumulated totals in rate calculations. The Akamai '361 Product targets specific bitrate parameters to ensure the encoded output satisfies specific bit rate constraints.

Akamai AMD's Bit Rate Limiting feature further shows the use of byte-size tracking in the delivery pipeline:

Bit Rate Limiting lets you control the rate that Akamai serves AMD content to end users. You can optionally vary the speed based on file size or elapsed download time.

For example, apply it to prevent media downloads from progressing faster than they're consumed. You could also apply multiple instances of it to set up different end-user experience tiers of delivery performance—a higher bit rate maximum for requests from one URL, and a lower rate for another.

*Akamai Adaptive Media Delivery: Bit Rate Limiting*, AKAMAI TECHDOCS (last visited March 2026), available at: https://techdocs.akamai.com/adaptive-media-delivery/docs/add-bit-rate-limiting (emphasis added).

| | |
|---|---|
| [25e] acquiring a second QP based on the delta QP and the inflation adjustment, wherein the second QP corresponds to quantization settings for compressing the decompressed video frame; and | The Akamai '361 Product acquires a second QP based on the delta QP and the inflation adjustment, wherein the second QP corresponds to quantization settings for compressing the decompressed video frame.<br><br>In the re-encoding stage, the Akamai '361 Product derives a final quantization parameter (the "second QP") for each coding unit of the re-encoded output. This second QP determines the quantization applied during the forward transform and quantization process, controlling the quality and bitrate of the re-encoded output.  The H.265/HEVC standard specifies the QP derivation formula in Section 8.6.1 used by the Akamai '361 Product.<br><br>4.  The predicted luma quantization parameter $qP_{Y\_PRED}$ is derived as follows:<br><br>$$qP_{Y\_PRED} = ( qP_{Y\_A} + qP_{Y\_B} + 1 ) >> 1 \qquad (8\text{-}282)$$<br><br>The variable $Qp_Y$ is derived as follows:<br><br>$$Qp_Y = ( ( qP_{Y\_PRED} + CuQpDeltaVal + 52 + 2 * QpBdOffset_Y )\%( 52 + QpBdOffset_Y ) ) - QpBdOffset_Y \quad (8\text{-}283)$$<br><br>The luma quantization parameter $Qp'_Y$ is derived as follows:<br><br>$$Qp'_Y = Qp_Y + QpBdOffset_Y \qquad (8\text{-}284)$$<br><br>ITU-T H.265 (V10), High Efficiency Video Coding § 8.6.1, Eq. (8-282), (8-283) (July 2024) (emphasis added).<br><br>Section 8.6.2 of the H.265 Standard specifies the derived QP is used by the Akamai '361 Product in the scaling and transformation process, applying the function to produce the final quantization parameter qP used for transform coefficient scaling: |

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,894,361

| | |
|---|---|
| | The quantization parameter qP is derived as follows:<br><br>– If cIdx is equal to 0, the following applies:<br><br>$$qP = \text{Clip3}(\,0,\,51 + QpBdOffsetY,\,Qp'Y + (\,tu\_residual\_act\_flag[\,xTbY\,][\,yTbY\,]\,?$$<br>$$PpsActQpOffsetY + slice\_act\_y\_qp\_offset : 0\,)\,)\qquad(8\text{-}291)$$<br><br>– Otherwise, if cIdx is equal to 1, the following applies:<br><br>$$qP = Qp'_{Cb}\qquad(8\text{-}292)$$<br><br>– Otherwise (cIdx is equal to 2), the following applies:<br><br>$$qP = Qp'_{Cr}\qquad(8\text{-}293)$$<br><br>ITU-T H.265 (V10), High Efficiency Video Coding § 8.6.2, Eq. (8-291) (July 2024) (emphasis added). |
| [25f] compressing the decompressed video frame based on the second QP. | The Akamai '361 Product compresses the decompressed video frame based on the second QP.<br><br>After decoding the input video and determining the second QP through its rate-control algorithms, the Akamai '361 Product compresses the decoded video frames using H.265/HEVC encoding. This re-encoding process applies forward quantization using the second QP to the transform coefficients of the decoded video frames, creating the optimal derivative video asset for the CDN. Section 8.6.2 of the H.265 standard specifies that the scaling process for transform coefficients is invoked with the quantization parameter qP as an input: |

ITU-T H.265 (V10), High Efficiency Video Coding § 8.6.2 (July 2024) (emphasis added).

The scaling process for transform coefficients (Section 8.6.3) uses the QP value directly in the computation of scaled transform coefficients:

ITU-T H.265 (V10), High Efficiency Video Coding § 8.6.3, Eq. (8-309) (July 2024) (emphasis added).

The Akamai '361 Product documentation states that it performs H.265/HEVC compliant encoding and performs H.265-encoded output, the re-encoding process applies forward quantization using the derived second QP.  Akamai's documentation confirms that IVM creates derivative video assets automatically:

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,894,361

> Image and Video Manager can automate processing videos, similarly to the way it handles images. You can manage a single pristine video and configure Image and Video Manager to offload the creation of derivative videos in various sizes and formats to the CDN. When an end-user requests a video, Image and Video Manager dynamically selects the optimal derivative video.

*Akamai Property Manager: Image and Video Manager (Video)*, AKAMAI TECHDOCS (last visited March 2026), available at: https://techdocs.akamai.com/property-mgr/docs/img-video-manager-videos (emphasis added).

The Akamai '361 Product uses a quality parameter wherein the video frames are re-encoded with controlled quality settings:

> • **Medium perceptual quality.** Ensures a balance between visual fidelity and file size reduction. This setting aims to preserve detail as much as possible while achieving a moderate level of optimization. This is a good default setting for most use cases where clarity is important but extreme precision is not required.
>
> • **High perceptual quality.** Prioritizes visual quality over file size savings. The algorithm minimizes compression artifacts and rejects optimizations that could lead to visible degradation. This setting is ideal when the clarity of the image is crucial, for example, for high-quality display images. In the case of very compressed or low-quality input, Image and Video Manager can avoid additional compression to prevent further loss of quality.

*Akamai Image and Video Manager: Key Concepts and Terms*, AKAMAI TECHDOCS (last visited March 2026), available at: https://techdocs.akamai.com/ivm/docs/key-concepts-and-terms (emphasis added).

Page 130 of 130

# EXHIBIT 12

**U.S. PATENT NO. 9,936,040**
**SYSTEMS AND METHODS FOR PARTIAL VIDEO CACHING**
**CLAIMS 14-22**

OptiMorphix, Inc. ("OptiMorphix") contends that at least the following claims of U.S. Patent No. 9,936,040 (the "'040 patent") identified below are infringed by Akamai Technologies, Inc. ("Akamai").

Accused Products: Akamai's content delivery network ("CDN") platform, including its distributed edge computing infrastructure (the "Akamai Network") (the "Akamai '040 Product(s)").  The following functionalities embedded in the Akamai '040 Product result in uses of the Akamai '040 Product that infringe the '040 Patent: Akamai ION; Akamai Adaptive Media Delivery ("AMD"); Akamai Object Delivery; Akamai Download Delivery; Akamai API Acceleration; Akamai EdgeWorkers; Akamai EdgeKV; Akamai Media Services Live; and the Akamai Property Manager API.

| Claim Language | Representative Instrumentality[1] |
|---|---|
| [14PRE] A method comprising: | Akamai and its customers directly infringe the '040 patent under 35 U.S.C. § 271(a) by performing the claimed methods in the United States through the testing and use of the Akamai '040 Product.  In particular, Akamai infringes § 271(a) by using and testing the Akamai '040 Product domestically, while Akamai's customers and end users infringe by using and testing products that perform caching and keying segments for efficient data retrieval. |

---

[1] This analysis is preliminary and subject to amendment.  OptiMorphix reserves the right to supplement this chart based on further investigation, discovery, claim construction, or other developments.  Additional information may include source code, data sheets, design specifications, deposition testimony, testing data, reference designs, implementation details, and schematics.  These infringement contentions extend beyond the specifically identified products to include all reasonably similar products and components that infringe in the same or similar manner.  The claim chart demonstrates infringement by comparing each element of the asserted claims to corresponding features of the Akamai '388 Products.  The chart provides exemplary evidence of OptiMorphix's current infringement theory based on available information and is not intended as an expert report.  OptiMorphix has prepared these contentions before obtaining discovery in this action.  OptiMorphix expects Akamai and third parties will produce additional information regarding the Akamai '388 Products beyond what is publicly available.  Accordingly, OptiMorphix reserves the right to revise this analysis upon receiving such information or upon issuance of any Court Order construing any claim terms of the asserted claims.

Moreover, Akamai induces infringement under 35 U.S.C. § 271(b) by encouraging its customers and end users to infringe by offering, testing, using, and selling a system for practicing the '040 patent in the United States.

Unless otherwise noted, OptiMorphix contends that every element of each asserted claim is literally met by Akamai's testing and use of the Akamai '040 Product. To the extent Akamai claims any element is not literally met, OptiMorphix asserts that such element is nonetheless satisfied under the doctrine of equivalents. No substantial differences between the patent claim elements and the corresponding features of the Akamai '040 Product exist. In every instance, each step of the methods performed by the Akamai '040 Product is performed by the Akamai '040 Product for substantially the same function, in substantially the same way, and to achieve substantially the same result as the corresponding claim element.

To the extent the preamble is limiting, the Akamai '040 Product performs caching and keying segments for efficient data retrieval.

The Akamai '040 Product practices a method for a delivery pipeline as a sequence of steps executed by edge servers that stand in for the customer's origin, accept requests from client devices, resolve cache state, retrieve objects from origin when necessary, apply configured behaviors, and return responses.

> Akamai content delivery's basic function is to deliver your site or application using the Akamai Edge Network, a CDN. Our edge servers stand in place of the cloud or physical server you use to run your site and house your site's content.
>
> To serve content on your behalf, our edge servers need to be able to talk to your server, so your server is called the origin server because that's where your content originates from. You'll create configurations in our various tools to tell our servers how they should handle requests that come in from end users. There's a lot you can do to improve your site's performance and reliability when using our products, but for now, we're going to talk about the basics of how our systems operate.

*How Akamai Content Delivery Works,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/start/docs/how-akamai-works.

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,936,040

The request-flow documentation for Adaptive Media Delivery confirms that every customer request is handled through a two-leg connection (client-to-edge and edge-to-origin) that Akamai's edge servers perform.



*Akamai: Understand the Request Flow,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/ion/docs/understand-the-connections.

| | |
|---|---|
| | Akamai ships a command-line interface and opens APIs through which this delivery pipeline is provisioned, activated, and executed. The Property Manager API client in akamai/cli-property-manager issues activation calls that cause Akamai's edge network to execute the method against live traffic. |

```javascript
activateProperty(propertyId, propertyVersion, network, notifyEmails, message, activationType = ActivationType.ACTIVATE) {
    const url = `/papi/v1/properties/${propertyId}/activations`;
    const acknowledgeAllWarnings = true;
    const complianceRecord = {
        noncomplianceReason: "NO_PRODUCTION_TRAFFIC"
    };
    const note = message || "Property Manager CLI Activation";
    return this.openClient.post(url, {
        propertyVersion,
        network,
        note,
        notifyEmails,
        acknowledgeAllWarnings,
        activationType,
        complianceRecord
    });
}
```

| | |
|---|---|
| | *Akamai GitHub Repository: akamai/cli-property-manager, src/papi.js, activateProperty()* (last visited March 2026). |
| [14a] acquiring one or more segments associated with a first request, the first request being generated by one or more client devices; | The Akamai '040 Product acquires one or more segments associated with a first request, the first request being generated by one or more client devices. |
| | When an end user's client device (browser, mobile app, set-top box, or connected TV) issues an HTTP(S) request for an HLS, DASH, CMAF, HDS, or Smooth Streaming segment the Akamai edge server that receives the request acquires the requested segment. If the segment is not already in the edge cache (i.e., on cache-miss), the edge server forwards the request through a Tiered Distribution parent tier and ultimately to the customer's origin, pulls the segment, and holds it for return to the requesting client. Akamai's '040 Product documentation confirms segment-based media acquisition for supported adaptive bitrate formats. |

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,936,040



*Akamai Adaptive Media Delivery: Content Characteristics,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/adaptive-media-delivery/docs/content-charac-amd.

The acquisition of content by the edge server from a mid-tier or origin server in response to the client request is described in the below excerpt from Akamai '040 Product documentation.

With this behavior enabled, Akamai can retrieve your cached content from another tier of servers that are closer to your origin server, rather than directly from your origin server.

It offers significant advantages for cached content:

- **The demand for bandwidth at the origin server is reduced.** This is often positive in itself and necessary to upscale applications.

- **The time it takes for the product to retrieve content is reduced.** The Tiered Distribution parent servers are generally located close to the product servers that use them.

*Akamai Adaptive Media Delivery: Tiered Distribution,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/property-mgr/docs/tiered-dist.

The first request is identified as originating from a client device through Device Characterization, which inspects the requesting device's user-agent and other signals on ingress to the Akamai '040 Product edge server.

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,936,040

> The Device Characterization algorithm identifies many key characteristics of the requesting device by cross-referencing multiple resources: the device's `user-agent` string, an industry-standard database (WURFL), and internal device monitoring capabilities. With DC enabled, you select which device characteristics are used to cache content. DC creates cache keys based on the values of the characteristics you select. This way, the cached content is optimized for devices with different characteristics.
>
> ## Definitions
>
> - **Forwarding.** In this context, sending information about the requesting end-user device from the edge server to the origin.
>
> - **Caching.** Storing content on the edge server so that subsequent requests for the same content don't have to go to the origin.

*Akamai Property Manager: Device Characterization – Define Cached Content,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/property-mgr/docs/device-characterization-dc.

Akamai's Property Manager API client shows the property-information and rule-tree endpoints that Akamai's edge servers evaluate on every incoming client request to determine how to acquire the requested segment from origin or mid-tier.

Page 7 of 61

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,936,040

<table>
<tr><td></td><td>

```
223         getPropertyInfo(propertyId) {
224             let url = `/papi/v1/properties/${propertyId}`;
225             return this.openClient.get(url);
226         }
227
228  ∨      createCpcode(contractId, groupId, cpcodeName, productId) {
229             let url = `/papi/v1/cpcodes?contractId=${contractId}&groupId=${groupId}`;
230             return this.openClient.post(url, {
231                 cpcodeName,
232                 productId
233             });
234         }
```

*Akamai GitHub Repository: akamai/cli-property-manager, src/papi.js, getPropertyInfo()* (last visited March 2026).

</td></tr>
<tr><td>[14b] storing the one or more segments associated with the first request in a cache server;</td><td>

The Akamai '040 Product stores the one or more segments associated with the first request in a cache server.

Once an Akamai edge server (or a Tiered Distribution parent server, which is itself an Akamai cache server) has acquired a segment in response to the first request, it stores that segment in its local cache subject to the caching policy configured in the customer's Property Manager property.  Storage is governed by the mandatory Caching behavior and the associated CP Code, Tiered Distribution, and TTL behaviors, all of which are applied by the edge cache server receiving the segment.

</td></tr>
</table>

Case 1:24-cv-01336-MN    Document 33-1    Filed 04/29/26    Page 451 of 602 PageID #: 2447

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,936,040

| Caching | These caching-related settings are applied: |
|---|---|
| | • The Remove VARY header is sent from origin. This enables content caching. |
| | • Positive caching policy for response codes. 200, 203, 300, 301, 302 and 410 |
| | • Positive Caching Time to Live (TTL). 365 days |
| | • Negative caching for response codes. 204, 305, 404, and 405 |
| | • Negative caching TTL: |
| |    • NetStorage as your origin. 30 seconds |
| |    • All other origins. One (1) second |

*Akamai Adaptive Media Delivery: Content Characteristics,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/adaptive-media-delivery/docs/content-charac-amd.

The Akamai '040 Product documentation shows that Akamai operates a hierarchy of cache servers and that acquired content is stored across that hierarchy:

With this behavior enabled, Akamai can retrieve your cached content from another tier of servers that are closer to your origin server, rather than directly from your origin server.

It offers significant advantages for cached content:

• **The demand for bandwidth at the origin server is reduced.** This is often positive in itself and necessary to upscale applications.

• **The time it takes for the product to retrieve content is reduced.** The Tiered Distribution parent servers are generally located close to the product servers that use them.

*Akamai Adaptive Media Delivery: Tiered Distribution,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/property-mgr/docs/tiered-dist.

The EdgeWorkers documentation for the Akamai '040 Product expressly describes segment storage at both the edge and the parent cache tier:

> After the request is complete, the cache of the parent server stores the original content. The cache of the edge server stores the modified content.
>
> - If a future request comes to the same edge server, it receives the cached response as modified by EdgeWorkers. This avoids an EdgeWorkers invocation.
>
> - If a future request hits a different edge server and the sub-request for original content happens to flow through the same parent server, then the origin content can be returned from cache, improving performance.

*Akamai EdgeWorkers: Response Content Transformation,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/edgeworkers/docs/transform-response-content.

The Akami '040 Product source code confirms that the Akamai '040 Product identifies stored content on Akamai's cache servers for reporting, billing, and purge. Specifically, Akamai uses "createCpcode" which is created and attached to a property through a dedicated Property Manager API call.

```
createCpcode(contractId, groupId, cpcodeName, productId) {
    let url = `/papi/v1/cpcodes?contractId=${contractId}&groupId=${groupId}`;
    return this.openClient.post(url, {
        cpcodeName,
        productId
    });
}
```

*Akamai GitHub Repository: akamai/cli-property-manager, src/papi.js, createCpcode()* (last visited March 2026).

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,936,040

| [14c] generating a key for each segment of the one or more segments associated with the first request; and | The Akamai '040 Product generates a key for each segment of the one or more segments associated with the first request. |
| --- | --- |
| | For every segment stored on an Akamai cache server, the Akamai '040 Product generates a cache key that uniquely identifies that segment within the cache server's index. The cache key is derived per segment from the request URL (hostname + path) and — depending on the configured behaviors — from selected query parameters, headers, cookies, user-defined variables, and device characteristics. Akamai's Cache Key Query Parameters, Cache ID Modification, and EdgeWorkers cacheKey APIs are the specific functionality that performs the per-segment key generation.  The Property Manager Cache ID Modification behavior documentation further shows how Akamai composes per-segment keys. |
| | This behavior controls which query parameters, headers, and cookies form the cache key identifier in addition to the hostname and path.  The Cache ID Modification behavior overrides how nesting usually works within rules. When a rule contains this behavior, any other instances of the behavior specified in a parent rule or prior executing sibling rules no longer apply. When a rule has no Cache ID Modification behavior, the set of behaviors specified in a parent or prior sibling rule determines how to form cache keys for that content. |
| | *Akamai Property Manager: Cache ID Modification,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/property-mgr/docs/cache-id-modification. |
| | Akamai '040 documentation confirms that hostname and path are always part of the key (a distinct key is generated for each distinct segment URL). |

Case 1:24-cv-01336-MN    Document 33-1    Filed 04/29/26    Page 454 of 602 PageID #: 2450

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,936,040

Cache ID Modification takes the cache control options beyond regular path, filename, and query parameters. With this behavior enabled, you can add any specific header or cookie values to the cache key. For example, you can use the `Accept-Language` header to cache different versions of a single URL that's been localized.

Your changes to the cache key don't apply to the two required cache key elements – the hostname, that is either the incoming `Host` header or the origin hostname, and the path to the object. While these two elements are always part of the cache key, you can use Cache ID Modification to add or remove additional elements in the cache key identifier.

*Akamai Property Manager: Cache ID Modification,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/property-mgr/docs/cache-id-modification.

Akamai's EdgeWorkers runtime in the Akamai '040 Product exposes a first-class cacheKey API that constructs the per-segment key in code, showing that Akamai's cache servers treat the key as a generated value for each stored object:

## includeQueryString()

Sets the query string to include as part of the cache key. This is done by default, however it is provided as an API to be reverted to the default.

JavaScript

```
// GET /search?q=something
// Host: www.example.com
request.cacheKey.includeQueryString();
// X-True-Cache-Key: /X/XXX/www.example.com/search?q=something
```

*Akamai EdgeWorkers: CacheKey Object,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/edgeworkers/docs/cachekey-object.

Case 1:24-cv-01336-MN    Document 33-1    Filed 04/29/26    Page 455 of 602 PageID #: 2451

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,936,040

Device Characterization performed by the Akamai '040 Product adds device-class inputs to the per-segment key.   This shows that the key generation is tied directly to the characteristics of the client device that issued the first request:

> The Device Characterization algorithm identifies many key characteristics of the requesting device by cross-referencing multiple resources: the device's `user-agent` string, an industry-standard database (WURFL), and internal device monitoring capabilities. With DC enabled, you select which device characteristics are used to cache content. DC creates cache keys based on the values of the characteristics you select. This way, the cached content is optimized for devices with different characteristics.
>
> ## Definitions
>
> - **Forwarding**. In this context, sending information about the requesting end-user device from the edge server to the origin.

*Akamai Property Manager: Device Characterization – Define Cached Content,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/property-mgr/docs/device-characterization-dc.

The Akami '040 Product source code shows that the Akamai '040 Product uses key-generation that is authored and deployed to Akamai's cache servers.   Specifically, Akamai's CLI property-update command writes the rule tree containing the Cache Key Query Parameters and Cache ID Modification behaviors to PAPI:

Case 1:24-cv-01336-MN    Document 33-1    Filed 04/29/26    Page 456 of 602 PageID #:
2452

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,936,040

```
131 ⌄        checkPropertyIdAndPropertyVersion(propertyId, version) {
132              let propertyInfo = {};
133
134              if (_.isString(propertyId)) {
135                  if (propertyId.startsWith("prp_")) {
136                      propertyInfo.propertyId = propertyId.slice("prp_".length);
137                      propertyInfo.propertyId = helpers.parseInteger(propertyInfo.propertyId);
138                      if (_.isNaN(propertyInfo.propertyId)) {
139                          propertyInfo.propertyId = undefined;
140                          propertyInfo.propertyName = propertyId
141                      }
142                  } else {
143                      propertyInfo.propertyId = helpers.parseInteger(propertyId);
144                      if (_.isNaN(propertyInfo.propertyId)) {
145                          propertyInfo.propertyId = undefined;
146                          propertyInfo.propertyName = propertyId
```

*Akamai GitHub Repository: akamai/cli-property-manager, src/common/common_cli.js, checkPropertyIdAndPropertyVersion()* (last visited March 2026).

| [14d] generating a first set entry that includes a first set key for the one or more segments associated with the first request. | The Akamai '040 Product generates a first set entry that includes a first set key for the one or more segments associated with the first request.<br><br>The Akamai '040 Product does not treat each segment cache entry as a free-floating object. Every segment cached on an Akamai cache server is associated with a higher-level grouping identifier that binds related segments together into a logical "set." Two Akamai mechanisms show this set-entry / set-key structure: (i) the mandatory CP Code attached to every property configuration, which groups all segments delivered under that property into a single reporting, billing, and purge set keyed by the CP Code value; and (ii) for EdgeWorkers-driven delivery paths, the EdgeKV namespace / group / item hierarchy, which stores items under a group identifier that functions as a set key. The generation of the |

CP Code association (or the EdgeKV group entry) at the time the first-request segment is stored is the generation of a first set entry that includes a first set key for that segment.

Further, CP Codes are mandatory for every AMD, Object Delivery, Ion, and Download Delivery property implemented by the Akamai '040 Product.  Thus every segment served by the Akamai '040 Product is associated with a CP Code set key.

> This is a mandatory behavior in the context of an AMD, Download Delivery, Ion, or Object Delivery property. You can't delete this behavior from the Default Rule. An error message is revealed if you delete it, and you need to re-add it. However, you can also include this behavior in a lower-level, or nested custom rule. This lets you override what's set in the Default Rule for this behavior. You can set different match criteria to be met to apply this behavior, instead.

*Akamai Property Manager: Content Provider Code,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/property-mgr/docs/content-provider-code-beh.

Akamai's own documentation describes the CP Code as a tag that identifies a set of content.

> A Content Provider code (CP code) is used to identify usage, reporting and billing segments. CP codes need to be set before a property configuration can be activated and used in production.
>
> ## How it works
>
> You can use individual CP codes to establish different billing and reporting areas. You can create a CP code yourself, or you can go to the Support home page in Akamai Control Center to have us create and/or assign one for use.
>
> Note that for a quick setup, you can configure the property to use the default CP code. Every contract has its own default CP code, and you can apply it to any of the contract's property configurations.

*Akamai Property Manager: Content Provider Code,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/property-mgr/docs/content-provider-code-beh.

For EdgeWorkers-based delivery, the Akamai '040 Product makes the set-entry/set-key structure explicit. Each stored item is written into a named group within a namespace by the Akamai '040 Product, where the group name functions as the set key and the stored item is the set entry.

**Item**

The root element of the data model is a key-value pair which provides:

- A key (string) that is a pointer to a value

- A value (can be string or JSON format)

Each key-value pair is called an **Item**. You can organize Items into a collection called a **Group**.

**Group**

Groups are logical containers for Items, and you can create an unlimited number of groups in EdgeKV. Groups are typically created by individual developers or development teams to:

- Organize similar data within a namespace

- Ensure that a set of related keys can be retrieved together

- Avoid key potential name collision

*Akamai EdgeKV: Data Model,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/edgekv/docs/edgekv-data-model.

The CLI surface for generating EdgeKV set entries (the command that writes an item under a group-identified set by the Akamai '040 Product) is documented in cli-edgeworkers as shown in the below excerpt from Akamai's GitHub Repository source code.

Case 1:24-cv-01336-MN    Document 33-1    Filed 04/29/26    Page 459 of 602 PageID #:
2455

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,936,040

1. The *namespace* must have been already created, while the *group* will be automatically created for you if it does not exist.
2. The namespace, group, and item identifiers can only include alphanumeric (0-9, a-z, A-Z), underscore (_), and (-) dash characters.
3. The namespace identifier can be between 1 and 32 characters in length.
4. The group identifier can be between 1 and 128 characters in length.
5. The item identifier can be between1 and 512 characters in length.

*Akamai GitHub Repository: akamai/cli-edgeworkers, docs/edgekv_cli.md, "Write an item" command* (last visited March 2026) (emphasis added).

The akamai-apis repository also shows the use of a "storage group" with a CP Code key for Media Services Live, where a storage group (identified by a CP Code) groups the segments that compose a live stream:

```
type: object
description: |-
  Encapsulates the details of the overridden storage group.

x-akamai:
  file-path: schemas/StorageGroupPostDTO.yaml
additionalProperties: false
properties:
  name:
    type: string
    description: |
      The name that identifies the Content Provider code.
```

*Akamai          GitHub          Repository:          akamai/akamai-apis,          apis/config-media-live/v2/schemas/StorageGroupPostDTO.yaml, StorageGroupPostDTO schema* (last visited March 2026).

The Property Manager API client in cli-property-manager generates the CP Code that becomes the set key under which segments are subsequently stored by the Akamai '040 Product.

```
228 ∨        createCpcode(contractId, groupId, cpcodeName, productId) {
229              let url = `/papi/v1/cpcodes?contractId=${contractId}&groupId=${groupId}`;
230              return this.openClient.post(url, {
231                  cpcodeName,
232                  productId
233              });
234          }
```

*Akamai GitHub Repository: akamai/cli-property-manager, src/papi.js, createCpcode()* (last visited March 2026).

| | |
|---|---|
| [15] The method of claim 14, wherein the storing of the one or more segments occurs if a property of the one or more segments associated with the first request exceeds a threshold. | In the Akamai '040 Product, the storing of the one or more segments occurs if a property of the one or more segments associated with the first request exceeds a threshold. <br><br> The Akamai '040 Product conditions its storage of segments on size-based and other threshold properties of the requested object. For Adaptive Media Delivery and Object Delivery, the mandatory Content Characteristics behavior exposes an Origin Object Size parameter that governs whether partial-object caching (i.e., chunked storage of segments in the edge cache) is enabled, and conditions that storage on whether the object size property meets or exceeds the 10 MB threshold. <br><br> Segments whose size property falls below the threshold are stored differently (whole-object) or not at all under the partial-caching path; segments whose size property exceeds the threshold are stored in chunks on the edge cache server. <br><br> Akamai's '040 Product documentation describes the 10 MB size threshold gating partial-object caching storage. |

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,936,040

**Partial object caching**

Partial object caching is part of our large file optimization support. It increases origin server offload by caching in chunks, instead of as a single, composite object. Partial object caching is required for the delivery of "large files"—those in excess of 10 MB in size. It's automatically enabled if you select any of these as your **Origin Object Size:**

- 10-100 MB.

- Greater than 100 MB.

*Akamai Adaptive Media Delivery: Content Characteristics,* AKAMAI TECHDOCS (last visited March 2026)    (emphasis    added),    available    at:    https://techdocs.akamai.com/adaptive-media-delivery/docs/content-charac-amd.

The Akamai '040 Product documentation shows that the threshold is applied at ingest time by the edge server, which actively probes the first byte of the object to determine whether the size property exceeds the minimum.

If you specify a large file setting, but your origin never actually serves files in that size range, the Akamai platform makes additional requests to the origin. This can impact overall performance and access. This happens because the edge server requests the first byte of each object to determine if the minimum object size criteria has been met—at least 10MB. Once that check fails, the server simply re-requests the entire object from the origin.

*Akamai Adaptive Media Delivery: Content Characteristics,* AKAMAI TECHDOCS (last visited March 2026)    (emphasis    added),    available    at:    https://techdocs.akamai.com/adaptive-media-delivery/docs/content-charac-amd.

The Akamai '040 Product also conditions caching on HTTP response code properties (positive-caching list versus negative-caching list), on Cache-Control directives, and on the Cache HTTP Error Responses

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,936,040

TTL thresholds (each of which is a "property of the one or more segments") that must cross a configured threshold before the edge cache server performs the storage step.



*Akamai Adaptive Media Delivery: Content Characteristics,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/adaptive-media-delivery/docs/content-charac-amd.


The Akami '040 Product source code confirms that the Akamai '040 Product caching behavior is set by a property rule tree through the cli-property-manager CLI and pushed to the Akamai network via the Property Manager API client. The property update path is the configuration surface that injects the threshold rules into the edge cache servers' runtime by the Akamai '040 Product.

```
activateProperty(propertyId, propertyVersion, network, notifyEmails, message, activationType = ActivationType.ACTIVATE) {
    const url = `/papi/v1/properties/${propertyId}/activations`;
    const acknowledgeAllWarnings = true;
    const complianceRecord = {
        noncomplianceReason: "NO_PRODUCTION_TRAFFIC"
    };
    const note = message || "Property Manager CLI Activation";
    return this.openClient.post(url, {
        propertyVersion,
        network,
        note,
        notifyEmails,
        acknowledgeAllWarnings,
        activationType,
        complianceRecord
    });
}
```

*Akamai GitHub Repository: akamai/cli-property-manager, src/papi.js, activateProperty()* (last visited March 2026).

| [16a] The method of claim 14, further comprising: acquiring one or more segments of media data associated with a second request, the second request being generated by one or more client devices; | The Akamai '040 Product acquires one or more segments of media data associated with a second request, the second request being generated by one or more client devices. |
|---|---|
| | The Akamai '040 Product handles millions of client-device requests per second, each of which is a distinct HTTP(S) request for a segment.  When a subsequent (second) request arrives (for example, the next segment in the same HLS playlist, or a request for the same segment from a different client device) the Akamai '040 Product edge server performs the same acquisition step described in claim [14a] with respect to that new request. |
| | Because the cache is populated per-segment and per-key, the "second request" in the claim corresponds to any request after the first that targets either the same segment (a cache-hit against the stored first-request segment) or a different segment of the same media presentation (a new acquisition). |
| | The Akamai '040 Product AMD request-flow documentation shows that every client request traverses the same two-leg architecture: |

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,936,040



*Akamai: Understand the Request Flow,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/ion/docs/understand-the-connections.

The supported segment file extensions used by the Akamai '040 Product further shows that successive requests in an HLS or DASH session map to successive segment acquisitions of media data.

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,936,040



*Akamai Adaptive Media Delivery: Content Characteristics,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/adaptive-media-delivery/docs/content-charac-amd.

Device Characterization is applied to each successive request by the Akamai '040 Product. The Device Characterization performed by the Akamai '040 Product is a per-request identification of the client device that generated the request.

Page 23 of 61

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,936,040

The Device Characterization algorithm identifies many key characteristics of the requesting device by cross-referencing multiple resources: the device's `user-agent` string, an industry-standard database (WURFL), and internal device monitoring capabilities. With DC enabled, you select which device characteristics are used to cache content. DC creates cache keys based on the values of the characteristics you select. This way, the cached content is optimized for devices with different characteristics.

## Definitions

- **Forwarding**. In this context, sending information about the requesting end-user device from the edge server to the origin.

- **Caching**. Storing content on the edge server so that subsequent requests for the same content don't have to go to the origin.

*Akamai Property Manager: Device Characterization – Define Cached Content,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/property-mgr/docs/device-characterization-dc.

The Akami '040 Product source code shows how the Akamai '040 Product acquires media segments associated with a second request where the second request comes from a client device. Specifically, the Property Manager API of the Akamai '040 Product shows the use of a per-property endpoint that is evaluated on every request to determine acquisition logic.

**Page 24 of 61**

```
223          getPropertyInfo(propertyId) {
224              let url = `/papi/v1/properties/${propertyId}`;
225              return this.openClient.get(url);
226          }
227
228  ∨       createCpcode(contractId, groupId, cpcodeName, productId) {
229              let url = `/papi/v1/cpcodes?contractId=${contractId}&groupId=${groupId}`;
230              return this.openClient.post(url, {
231                  cpcodeName,
232                  productId
233              });
234          }
```

*Akamai GitHub Repository: akamai/cli-property-manager, src/papi.js, getPropertyInfo()* (last visited March 2026).

| [16b] storing the one or more segments associated with the second request in the cache server; | The Akamai '040 Product stores the one or more segments associated with the second request in the cache server. <br><br> The Akamai '040 Product stores segments associated with a second request in the same manner as the first request (*see* element [14b]). <br><br> The Akamai '040 Product includes the Akamai edge server with a Tiered Distribution parent tier that stores segments acquired in response to the second request on the same cache infrastructure. Storage is governed by the same mandatory Caching behavior, CP Code scoping, and TTL policy that apply to first-request segments handled by the Akamai '040 Product. The second request segment is stored in the same cache server (or cache tier) so that it is available to be served from cache for any further requests that target the same cache key. |
|---|---|

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,936,040



*Akamai Adaptive Media Delivery: Content Characteristics,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/adaptive-media-delivery/docs/content-charac-amd.

The Akamai '040 Product includes a Tiered Distribution parent tier (which is itself an Akamai cache server).  This cache server is the storage point for successive segment acquisitions across multiple client requests used by the Akamai '040 Product.

Page 26 of 61

Case 1:24-cv-01336-MN  Document 33-1  Filed 04/29/26  Page 469 of 602 PageID #:
2465

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,936,040

| | |
|---|---|
| | With this behavior enabled, Akamai can retrieve your cached content from another tier of servers that are closer to your origin server, rather than directly from your origin server.<br><br>It offers significant advantages for cached content:<br><br>&bull; **The demand for bandwidth at the origin server is reduced.** This is often positive in itself and necessary to upscale applications.<br><br>&bull; **The time it takes for the product to retrieve content is reduced.** The Tiered Distribution parent servers are generally located close to the product servers that use them.<br><br>*Akamai Adaptive Media Delivery: Tiered Distribution,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/property-mgr/docs/tiered-dist.<br><br>The Akamai '040 Product incorporates the Property Manager API's CP Code creation.  This is an endpoint that assigns to the second-request stored segments to the same billing, reporting, and purge scope as the first-request segments.  Thus, the Akamai '040 Product stores the second request on the same cache infrastructure as the first request.<br><br><pre>228 ∨     createCpcode(contractId, groupId, cpcodeName, productId) {<br>229            let url = `/papi/v1/cpcodes?contractId=${contractId}&groupId=${groupId}`;<br>230            return this.openClient.post(url, {<br>231                cpcodeName,<br>232                productId<br>233            });<br>234        }</pre><br>*Akamai GitHub Repository: akamai/cli-property-manager, src/papi.js, createCpcode()* (last visited March 2026). |
| [16c] generating a key for each segment of the one or more segments associated with the second request; | The Akamai '040 Product generates a key for each segment of the one or more segments associated with the second request. |

The Akamai '040 Product generates a cache key for the second-request segment using the same functionality described for the first-request segment in element [14c] above. Further, the hostname and path of the second request are always part of the key, and the Cache Key Query Parameters, Cache ID Modification, and EdgeWorkers cacheKey APIs compose additional elements into the key from query parameters, headers, cookies, and device characteristics. Because the second request has its own URL, its own headers, and its own device context, the key generated for it may be identical to (where the second request targets the same segment) or different from (where it targets a different segment) the key generated for the first-request segment by the Akamai '040 Product.

> This behavior controls which query parameters, headers, and cookies form the cache key identifier in addition to the hostname and path.
>
> > The Cache ID Modification behavior overrides how nesting usually works within rules. When a rule contains this behavior, any other instances of the behavior specified in a parent rule or prior executing sibling rules no longer apply. When a rule has no Cache ID Modification behavior, the set of behaviors specified in a parent or prior sibling rule determines how to form cache keys for that content.

*Akamai Property Manager: Cache ID Modification,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/property-mgr/docs/cache-id-modification.

The Akamai '040 Product implements the EdgeWorkers cacheKey API which performs this per-segment per-request key generation

*Akamai EdgeWorkers: CacheKey Object,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/edgeworkers/docs/cachekey-object.

The property-manager CLI (in the Akamai '040 Product) validates the property identifier on every configuration push, including when the property's cache-key rules are updated as shown in the following excerpt of source code from the Akamai GitHub repository.

Case 1:24-cv-01336-MN    Document 33-1    Filed 04/29/26    Page 472 of 602 PageID #: 2468

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,936,040

```
131 ∨        checkPropertyIdAndPropertyVersion(propertyId, version) {
132              let propertyInfo = {};
133
134              if (_.isString(propertyId)) {
135                  if (propertyId.startsWith("prp_")) {
136                      propertyInfo.propertyId = propertyId.slice("prp_".length);
137                      propertyInfo.propertyId = helpers.parseInteger(propertyInfo.propertyId);
138                      if (_.isNaN(propertyInfo.propertyId)) {
139                          propertyInfo.propertyId = undefined;
140                          propertyInfo.propertyName = propertyId
141                      }
142                  } else {
143                      propertyInfo.propertyId = helpers.parseInteger(propertyId);
144                      if (_.isNaN(propertyInfo.propertyId)) {
145                          propertyInfo.propertyId = undefined;
146                          propertyInfo.propertyName = propertyId
```

*Akamai GitHub Repository: akamai/cli-property-manager, src/common/common_cli.js, checkPropertyIdAndPropertyVersion()* (last visited March 2026).

| [16d] determining whether the one or more segments associated with the second request are associated with the one or more segments associated with the first request; | The Akamai '040 Product determines whether the one or more segments associated with the second request are associated with the one or more segments associated with the first request. |
|---|---|
| | Before storing a second-request segment, the Akamai '040 Product's edge cache determines whether that segment's key matches (or falls within the same CP Code / property grouping) as segments already cached in connection with prior requests. This determination by the Akamai '040 Product is the cache-lookup step where the edge server computes the cache key for the second-request segment (*see* element [16c]) and compares it against the cache's index to decide whether the new segment is the same as or unrelated to a previously cached first-request segment. The Akamai '040 Product documentation for Cache ID Modification documentation shows that the cache key is the basis for determining association. |

Case 1:24-cv-01336-MN    Document 33-1    Filed 04/29/26    Page 473 of 602 PageID #:
2469

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,936,040

Cache ID Modification takes the cache control options beyond regular path, filename, and query parameters. With this behavior enabled, you can add any specific header or cookie values to the cache key. For example, you can use the `Accept-Language` header to cache different versions of a single URL that's been localized.

Your changes to the cache key don't apply to the two required cache key elements – the hostname, that is either the incoming `Host` header or the origin hostname, and the path to the object. While these two elements are always part of the cache key, you can use Cache ID Modification to add or remove additional elements in the cache key identifier.

*Akamai Property Manager: Cache ID Modification,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/property-mgr/docs/cache-id-modification.

The Akamai '040 Product EdgeWorkers documentation further shows the determination step. Specifically, Akamai configures cache IDs so requests originating from a related pipeline share the cache keys of prior requests.



*Akamai EdgeWorkers: Response Content Transformation,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/edgeworkers/docs/transform-response-content.

The Akami '040 Product source code confirms that the Akamai '040 Product determines whether one or more segments associated with the second request are associated with the one or more segments associated with the first request. Specifically, the property-manager CLI shows the listing and lookup primitives that expose the association-determination surface to property owners; the listCpcodes command further shows that the CP Code grouping is a first-class structure over which association determinations can be made.

| | |
|---|---|
| | ```
/**
 * list cpcodes under a given contract and group
 * @type {Function}
 */
listCpcodes(devops, options) {
    let groupId = options.groupId;
    if (!(groupId && _.isNumber(groupId))) {
        throw new errors.DependencyError("groupId needs to be provided as a number", "missing_group_id");
    }

    let contractId = options.contractId;
    if (!contractId) {
        throw new errors.DependencyError("contractId needs to be provided", "missing_contract_id");
    }
}
```<br><br>*Akamai GitHub Repository: akamai/cli-property-manager, src/common/common_cli.js, listCpcodes()* (last visited March 2026). |
| [16e] responsive to determining that the one or more segments associated with the second request are associated with the one or more segments associated with the first request, updating the first set entry and the first set key; and | Responsive to determining that the one or more segments associated with the second request are associated with the one or more segments associated with the first request, the Akamai '040 Product updates the first set entry and the first set key.<br><br>When the Akamai '040 Product edge cache determines (*see* element [16d]) that the second-request segment belongs to the same CP Code-scoped set, EdgeKV group, or property configuration as the first-request segment, the Akamai '040 Product updates the existing set entry rather than creating a new one. Akamai's EdgeKV documentation shows how the Akamai '040 Product writes into an existing group the existing entry in place. |

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,936,040



*Akamai EdgeKV: Helper library,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/edgekv/docs/library-helper-methods.

The EdgeKV CLI write command in the Akamai '040 Product further shows that existing groups are reused when additional items (i.e., additional related segments) are stored.

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,936,040

| | |
|---|---|
| | 1. The *namespace* must have been already created, while the *group* will be automatically created for you if it does not exist.<br><br>2. The namespace, group, and item identifiers can only include alphanumeric (0-9, a-z, A-Z), underscore (_), and (-) dash characters.<br><br>3. The namespace identifier can be between 1 and 32 characters in length.<br><br>4. The group identifier can be between 1 and 128 characters in length.<br><br>5. The item identifier can be between1 and 512 characters in length.<br><br>*Akamai GitHub Repository: akamai/cli-edgeworkers, docs/edgekv_cli.md, "Write an item" command* (last visited March 2026) (emphasis added).<br><br><br>Akamai '040 Product documentation provides further evidence that purge operations are CP Code-scoped, and CP Codes track accumulating sets of cache entries over time (the CP Code set key persists while the set entry grows). |

Page 35 of 61

Case 1:24-cv-01336-MN    Document 33-1    Filed 04/29/26    Page 478 of 602 PageID #: 2474

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,936,040

| onClientResponse onBotSegmentAvailable | Maximum wall time per event handler | 4 seconds | 5.5 seconds | 10 seconds | |
|---|---|---|---|---|---|
| | Maximum number of HTTP sub-requests allowed from a parent request, per event handler | 2 | 4 | 10 | |
| | Note: You can use content fetched using the onClientRequest event handler to modify the original end-user request's cache key. For cache keys modified in this way, you need to use purge by CP Code and not by URL. For instructions on how to purge a CP code see Purge Content by CP code. For instructions on how to create a CP code see Create a CP code. | | | | |

*Akamai EdgeWorkers: Resource Tier Limitations,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/edgeworkers/docs/resource-tier-limitations.

| [16f] responsive to determining that the one or more segments associated with the second request are not associated with the one or more segments associated with the first request, generating a second set entry that includes a second set key for the one or more segments | Responsive to determining that the one or more segments associated with the second request are not associated with the one or more segments associated with the first request, the Akamai '040 Product generates a second set entry that includes a second set key for the one or more segments associated with the second request.

When the Akamai '040 Product determines that a second-request segment does not belong to the same CP Code, EdgeKV group, or property as a first-request segment, Akamai generates a new set entry under a new set key.  In the CP Code pathway, this occurs when a second-request segment falls under a different property (and therefore a different mandatory CP Code), so a separate CP Code-set is created, and the new segment is placed in it.  In the Akamai '040 Product, an Akamai EdgeWorkers function |
|---|---|

| | |
|---|---|
| associated with the second request. | writes an item under a different group identifier (EdgeKV automatically creates that new group on first write).<br><br>1. The *namespace* must have been already created, while the *group* will be automatically created for you if it does not exist.<br>2. The namespace, group, and item identifiers can only include alphanumeric (0-9, a-z, A-Z), underscore (\_), and (-) dash characters.<br>3. The namespace identifier can be between 1 and 32 characters in length.<br>4. The group identifier can be between 1 and 128 characters in length.<br>5. The item identifier can be between1 and 512 characters in length.<br><br>*Akamai GitHub Repository: akamai/cli-edgeworkers, docs/edgekv_cli.md, "Write an item" command* (last visited March 2026) (emphasis added).<br><br>The Akamai '040 Product documentation shows that new groups are instantiated on demand.<br><br>Groups cannot be manually created and deleted. They are automatically created or destroyed on demand when items are added and deleted from the group.<br><br>Groups subsequently roll up to a **Namespace** object.<br><br>**Namespace**<br><br>*Akamai EdgeKV: Data Model,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/edgekv/docs/edgekv-data-model.<br><br>Further, the cli-property-manager's createCpcode API in the Akamai '040 Product creates a new set key (a fresh CP Code) each time a new property or a new billing/reporting scope is required. |

Case 1:24-cv-01336-MN   Document 33-1   Filed 04/29/26   Page 480 of 602 PageID #: 2476

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,936,040

```
228  ∨        createCpcode(contractId, groupId, cpcodeName, productId) {
229                let url = `/papi/v1/cpcodes?contractId=${contractId}&groupId=${groupId}`;
230                return this.openClient.post(url, {
231                    cpcodeName,
232                    productId
233                });
234            }
```

*Akamai GitHub Repository: akamai/cli-property-manager, src/papi.js, createCpcode() (last visited March 2026).*

| [17a] The method of claim 14, further comprising: determining whether one or more segments associated with a third request are stored in the cache server; | The Akamai '040 Product determines whether one or more segments associated with a third request are stored in the cache server. Every segment request received at the Akamai '040 Product triggers a cache lookup to determine whether a valid, non-expired object corresponding to the request's cache key is already stored in the local edge cache. This is the cache-hit/cache-miss determination that is part of the Akamai '040 Product media delivery. Further, the "third request" received by the Akamai '040 Product causes the Akamai '040 Product edge server to perform this stored/not-stored determination. Akamai's '040 Product Caching documentation shows this determining step. |
| --- | --- |

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,936,040

*Akamai API Acceleration: Create Your API Acceleration Property,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/api-acceleration/docs/customize-rules-beh-settings.

The Akamai '040 Product caching process makes the stored/not-stored determination (the CDN proxy checks the cache for the requested key and proceeds differently based on the result).

| | |
|---|---|
| | 1. User makes a request to the edge server.<br>2. CDN proxy sends a request to the EdgeWorkers `responseProvider` function.<br>3. EdgeWorkers function requests the original content from the CDN proxy on the local Edge server.<br>4. CDN proxy optionally forwards the request through one or more parent servers.<br>5. Parent server requests content from origin.<br>6. Origin responds with content.<br>7. Parent server stores original content (as retrieved from origin) in cache.<br>8. Parent delivers a response to edge server CDN proxy.<br>9. CDN proxy caches original content (as retrieved from origin) in cache.<br>10. CDN proxy responds with original content to EdgeWorkers.<br>11. EdgeWorkers code modifies the response and returns modified content to the CDN proxy.<br>12. CDN proxy stores modified content in cache.<br>13. CDN proxy returns content to the end-user.<br><br>*Akamai EdgeWorkers: Response Content Transformation,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/edgeworkers/docs/transform-response-content. |
| [17b] responsive to determining that the one or more segments associated with the third request are not stored in the cache server, acquiring the one or more segments associated with the third request; and | Responsive to determining that the one or more segments associated with the third request are not stored in the cache server, the Akamai '040 Product acquires the one or more segments associated with the third request.<br><br>On a cache miss, the Akamai '040 Product executes the go-forward path. Specifically, the request is forwarded (through Tiered Distribution parent tiers) to the origin or to Akamai's Media Services Live origin, and the responsive segment is pulled back to the edge. This is the same "acquiring" step performed for first and second requests (however, for this step the process is based on there being a cache-miss in element [17a]. |

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,936,040

1. User makes a request to the edge server.
2. CDN proxy sends a request to the EdgeWorkers `responseProvider` function.
3. EdgeWorkers function requests the original content from the CDN proxy on the local Edge server.
4. CDN proxy optionally forwards the request through one or more parent servers.
5. Parent server requests content from origin.
6. Origin responds with content.
7. Parent server stores original content (as retrieved from origin) in cache.
8. Parent delivers a response to edge server CDN proxy.

*Akamai EdgeWorkers: Response Content Transformation,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/edgeworkers/docs/transform-response-content.

The Akamai '040 Product documentation shows the process where a go-forward is performed on a cache miss.

With this behavior enabled, Akamai can retrieve your cached content from another tier of servers that are closer to your origin server, rather than directly from your origin server.

It offers significant advantages for cached content:

- **The demand for bandwidth at the origin server is reduced.** This is often positive in itself and necessary to upscale applications.

- **The time it takes for the product to retrieve content is reduced.** The Tiered Distribution parent servers are generally located close to the product servers that use them.

*Akamai Adaptive Media Delivery: Tiered Distribution,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/property-mgr/docs/tiered-dist.

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,936,040

| | |
|---|---|
| | The Akami '040 Product source code confirms that the Akamai '040 Product deploys a rule tree that governs the cache-miss acquisition path.  Specifically, the Akamai '040 Product Property Manager CLI's property activation sequence deploys the rule tree that governs the cache-miss acquisition path.<br><br>```js
activateProperty(propertyId, propertyVersion, network, notifyEmails, message, activationType = ActivationType.ACTIVATE) {
    const url = `/papi/v1/properties/${propertyId}/activations`;
    const acknowledgeAllWarnings = true;
    const complianceRecord = {
        noncomplianceReason: "NO_PRODUCTION_TRAFFIC"
    };
    const note = message || "Property Manager CLI Activation";
    return this.openClient.post(url, {
        propertyVersion,
        network,
        note,
        notifyEmails,
        acknowledgeAllWarnings,
        activationType,
        complianceRecord
    });
}
```<br><br>*Akamai GitHub Repository: akamai/cli-property-manager, src/papi.js, activateProperty()* (last visited March 2026). |
| [17c] providing the one or more segments associated with the third request to an optimization server. | The Akamai '040 Product provides the one or more segments associated with the third request to an optimization server.<br><br>Specifically, after acquiring the cache-miss segment from origin, the Akamai '040 Product delivers that segment into Akamai's optimization pipeline, which performs compression, format transformation, manifest personalization, server push / preconnect decisioning, and content modification before delivering the segment.<br><br>The optimization pipeline is implemented by the Akamai '040 Product functionality including: the EdgeWorkers responseProvider runtime (a dedicated JavaScript execution environment that receives and modifies HTTP responses); Resource Optimizer (which compresses and caches CSS, JavaScript, and font resources); Brotli Compression; Adaptive Acceleration's Automatic Push, Preconnect, and Font |

Case 1:24-cv-01336-MN    Document 33-1    Filed 04/29/26    Page 485 of 602 PageID #: 2481

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,936,040

Preload logic; Manifest Personalization (MPer) for HLS and DASH; and Image & Video Manager. Each of these functions in the Akamai '040 Product receives the acquired segment as input.

Response modification is the combination of two separate capabilities:

- The ability to generate an HTTP response from `responseProvider`.

- The ability to act as an HTTP client and make outbound sub-requests from the EdgeWorkers code.

By combining these capabilities, you can design an EdgeWorker function that:

- Is invoked on a URL.

- Makes a sub-request to a second URL.

- Reads the response content from the sub-request.

- Modifies the response content as needed.

- Returns the modified content back to the end-user.

The end result is the equivalent of modifying the body content.

*Akamai EdgeWorkers: Content Transformation,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/edgeworkers/docs/content-transformation.

Akamai '040 Product Resource Optimizer is a content-optimization server that receives origin resources, compresses them, and caches the optimized output. Brotli Compression conducted by the Akamai '040 Product is a compression/optimization stage on resources flowing from origin to edge.

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,936,040



- **Automatic Font Preload.** Allows browsers to preload the fonts it will need before it fetches and processes other resources.
- **Resource Optimizer.** Compresses and caches resources, such as JavaScript, CSS, and font files. You can then serve the resources you want when you want them.
- **Brotli Compression.** Automates compression and delivery of resources within the Akamai CDN. It takes resources or gzip resources from your origin, applies Brotli compression, and then caches and delivers the compressed resources to requesting browsers. See details.

*Akamai Property Manager: Adaptive Acceleration,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/property-mgr/docs/adaptive-accel.

The EdgeWorkers activation and Adaptive Acceleration reset endpoints show that the optimization pipeline is a managed Akamai '040 Product component.

The flags are passed to the `adaptive-acceleration` portion of the command-line:

```
$ akamai a2 --section default -v reset 123456
Reset policy for: 123456
LOG: POST https://akab-cjzide3ie87zpaeu-ta8p6mb7deapdkpu.luna.akamaiapis.net/adaptive-acceleration/v1/properties/123456/reset 2
```

*akamai/cli-adaptive-acceleration, README.md, a2 reset command* (last visited March 2026) (emphasis added).

| | |
|---|---|
| [18] The method of claim 17, further comprising providing the one or more segments associated with the third request to the one or more client devices. | The Akamai '040 Product provides the one or more segments associated with the third request to the one or more client devices. |
| | The Akamai '040 Product contains a segment delivery pipeline that terminates by returning the requested segment to the client device that issued the third request.  Whether the segment is returned unmodified by the Akamai '040 Product (passed through the optimization pipeline without |

Case 1:24-cv-01336-MN    Document 33-1    Filed 04/29/26    Page 487 of 602 PageID #: 2483

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,936,040

modification) or modified by the Akamai '040 Product (after optimization) Akamai's '040 Product returns a response to the client device that generated the request.

> 8. Parent delivers a response to edge server CDN proxy.
> 9. CDN proxy caches original content (as retrieved from origin) in cache.
> 10. CDN proxy responds with original content to EdgeWorkers.
> 11. EdgeWorkers code modifies the response and returns modified content to the CDN proxy.
> 12. CDN proxy stores modified content in cache.
> 13. CDN proxy returns content to the end-user.

*Akamai EdgeWorkers: Response Content Transformation,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/edgeworkers/docs/transform-response-content.

The Akamai '040 Product documentation shows this final step performed by the Akamai '040 Product.

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,936,040



*Akamai Adaptive Media Delivery: Understand the Request Flow,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/object-delivery/docs/understand-the-request-flow.

### responseProvider

The `responseProvider` event happens if the response is not already found in cache. This example shows how to return a response body:

```javascript
//add content to the response

export function responseProvider(request) {
return Promise.resolve(createResponse(200, {}, "<html><head></head><body><p>Hello World</p></body>
</html>"));
}
```

*Akamai EdgeWorkers: EdgeWorkers Event Model,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/edgeworkers/docs/event-handler-functions.

The Akami '040 Product source code confirms that the Akamai '040 Product authorizes Akamai's edge servers to return segments to client devices on the production network. Specifically, the Akamai '040 Product uses delivery rules in the cli-property-manager to authorize Akamai's edge servers to return segments to client devices as shown below.

```
190 ∨        activateProperty(propertyId, propertyVersion, network, notifyEmails, message, activationType = ActivationType.ACTIVATE) {
191              const url = `/papi/v1/properties/${propertyId}/activations`;
192              const acknowledgeAllWarnings = true;
193              const complianceRecord = {
194                  noncomplianceReason: "NO_PRODUCTION_TRAFFIC"
195              };
196              const note = message || "Property Manager CLI Activation";
197              return this.openClient.post(url, {
198                  propertyVersion,
199                  network,
200                  note,
201                  notifyEmails,
202                  acknowledgeAllWarnings,
203                  activationType,
204                  complianceRecord
205              });
206          }
```

*Akamai GitHub Repository: akamai/cli-property-manager, src/papi.js, activateProperty()* (last visited March 2026).

| [19] The method of claim 17, wherein the provided one or more segments can be optimized by the optimization server before being provided to the one or more client devices. | In the Akamai '040 Product, the provided one or more segments can be optimized by the optimization server before being provided to the one or more client devices. |
|---|---|
| | The Akamai '040 Product performs optimization on the acquired segment prior to returning it to the client device.  The EdgeWorkers responseProvider function modifies content before delivery; Resource Optimizer and Brotli Compression compress cached resources before serving them; Adaptive Acceleration performs push and preconnect optimizations before (and alongside) content delivery; and Manifest Personalization modifies HLS and DASH manifests on the fly before returning them. |
| | In each of these examples, the Akamai '040 Product performs the optimization step between acquisition and segment  delivery.  The Akamai '040 Product response-modification functionality shows the pre-delivery optimization sequence. |

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,936,040

By combining these capabilities, you can design an EdgeWorker function that:

- Is invoked on a URL.
- Makes a sub-request to a second URL.
- Reads the response content from the sub-request.
- Modifies the response content as needed.
- Returns the modified content back to the end-user.

The end result is the equivalent of modifying the body content.

*Akamai EdgeWorkers: Content Transformation,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/edgeworkers/docs/content-transformation.

The Akamai '040 Product Adaptive Acceleration's pre-delivery optimization is described below in the excerpt from Akamai documentation.

## Adaptive Acceleration

Adaptive Acceleration improves HTML page load performance by prepositioning content. When it receives an HTML page request, this behavior augments the response using unintrusive techniques to provide content to the browser as needed. This reduces the load and render time for web pages based on information from navigation and resource timing data.

*Akamai Property Manager: Adaptive Acceleration,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/property-mgr/docs/adaptive-accel.

Manifest Personalization conducted by the Akamai '040 Product is a form of pre-delivery optimization applied to segment manifests:

> Add Manifest Personalization (MPer) to enhance the viewing experience by individualizing Apple HTTP Live Streaming (HLS) video quality to best suit your end-user's devices.
>
> When a request is sent to a property hostname that's been set in your AMD property, and it matches the criteria set for a rule that includes MPer for HLS, a manifest is generated "on-the-fly." This manifest determines the appropriate video quality content for the requesting device. Manifest Personalization for HLS offers the following benefits:
>
> - **You can implement preferred bit rate and bit rate filtering**. These allow you to maintain quality and performance to deliver the most optimal playback experience for each end user.

*Akamai Adaptive Media Delivery: Manifest Personalization for HLS,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/adaptive-media-delivery/docs/add-manifest-personalization-for-hls.

The CLI surface for managing the Adaptive Acceleration optimization pipeline in the Akamai '040 Product is exposed by cli-adaptive-acceleration. This shows that the optimization function is an Akamai-managed component.

> ## A2 - CLI
>
> A command line interface for Akamai's Adaptive Acceleration offering. It allows you to reset the A2 Push and Preconnect optimizations manually. It can be used in continuous deployment environments where popular resources change often or quickly.

*Akamai GitHub Repository: akamai/cli-adaptive-acceleration, README.md, overview* (last visited March 2026) (emphasis added).

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,936,040

| | |
|---|---|
| [20] The method of claim 19, further comprising: storing the one or more optimized segments; generating a key for each optimized segment of the one or more optimized segments; and generating an optimized set entry that includes an optimized set key for the one or more optimized segments. | The Akamai '040 Product stores the one or more optimized segments, generates a key for each optimized segment of the one or more optimized segments, and generates an optimized set entry that includes an optimized set key for the one or more optimized segments.<br><br>The Akamai '040 Product optimizes content separately from the original content under a distinct cache key.<br><br>The Akamai '040 Product EdgeWorkers caching guide describes this three-step sequence: (1) the edge server's CDN proxy stores the modified (optimized) content in cache; (2) that storage requires a distinct cache key generated specifically for the modified content (the key for each optimized segment); and (3) the optimized content is grouped under a separate CP Code or EdgeKV group identifier that functions as the optimized set key, with the optimized set entry being the resulting cache index. The storage step for optimized segments is shown in the below excerpt from Akamai '040 Product documentation.<br><br>10. CDN proxy responds with original content to EdgeWorkers.<br>11. EdgeWorkers code modifies the response and returns modified content to the CDN proxy.<br>12. CDN proxy stores modified content in cache.<br>13. CDN proxy returns content to the end-user.<br><br>After the request is complete, the cache of the parent server stores the original content. The cache of the edge server stores the modified content.<br><br>• If a future request comes to the same edge server, it receives the cached response as modified by EdgeWorkers. This avoids an EdgeWorkers invocation.<br><br>• If a future request hits a different edge server and the sub-request for original content happens to flow through the same parent server, then the origin content can be returned from cache, improving performance.<br><br>*Akamai EdgeWorkers: Response Content Transformation,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/edgeworkers/docs/transform-response-content. |

The Akamai '040 Product generates a distinct cache key for the optimized segment as shown in the below excerpt from Akamai '040 Product documentation.



*Akamai EdgeWorkers: Response Content Transformation*, AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/edgeworkers/docs/transform-response-content.

The optimized set entry / set key mapping is described in Akamai '040 Product documentation which describes how optimized cache entries are purged by CP Code (i.e., the optimized segments are grouped into a CP Code-scoped set).

| onClientResponse onBotSegmentAvailable | Maximum wall time per event handler | 4 seconds | 5.5 seconds | 10 seconds | |
|---|---|---|---|---|---|
| | Maximum number of HTTP sub-requests allowed from a parent request, per event handler | 2 | 4 | 10 | |
| | **Note:** You can use content fetched using the onClientRequest event handler to modify the original end-user request's cache key. For cache keys modified in this way, you need to use purge by CP Code and not by URL. For instructions on how to purge a CP code see Purge Content by CP code. For instructions on how to create a CP code see Create a CP code. | | | | |

*Akamai EdgeWorkers: Resource Tier Limitations,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/edgeworkers/docs/resource-tier-limitations.

Groups are logical containers for Items, and you can create an unlimited number of groups in EdgeKV. Groups are typically created by individual developers or development teams to:

- Organize similar data within a namespace

- Ensure that a set of related keys can be retrieved together

- Avoid key potential name collision

*Akamai EdgeKV: EdgeKV Data Model,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/edgekv/docs/edgekv-data-model.

| | |
|---|---|
| | The Akami '040 Product source code confirms that the Akamai '040 Product utilize a CP Code that acts as the optimized set key created through the Property Manager API. |
| | ```
createCpcode(contractId, groupId, cpcodeName, productId) {
    let url = `/papi/v1/cpcodes?contractId=${contractId}&groupId=${groupId}`;
    return this.openClient.post(url, {
        cpcodeName,
        productId
    });
}
``` |
| | *Akamai GitHub Repository: akamai/cli-property-manager, src/papi.js, createCpcode()* (last visited March 2026). |
| [21] The method of claim 17, wherein a media format of the one or more segments associated with the third request can be modified at the optimization server before the one or more segments are provided to the one or more client devices. | In the Akamai '040 Product, a media format of the one or more segments associated with the third request can be modified at the optimization server before the one or more segments are provided to the one or more client devices.

The Akamai '040 Product performs media-format modification at its edge-resident optimization pipeline for both live and on-demand content.

Four format-modification mechanisms are described in Akamai '040 Product documentation: (i) Media Services Live's CMAF ingest, which Akamai uses to deliver the same underlying media segments wrapped in different container formats (ISOBMFF for DASH, TS for HLS) without re-encoding; (ii) Manifest Personalization (MPer) for HLS and DASH, which rewrites manifest format and bit rate targeting on the fly; (iii) EdgeWorkers manifest and playlist manipulation, which Akamai expressly offers as a mechanism for dynamically generating personalized HLS and DASH manifests; and (iv) Image & Video Manager, which performs format conversion (e.g., to WebP, AVIF) for image content. Each modification occurs at the optimization server in the Akamai '040 Product before the segment is provided to the client device. |

Akamai's '040 Product documentation describes the format-modification role of its edge infrastructure.

| Common Media Application Format (CMAF) | CMAF Ingest | Common Media Application Format (CMAF) is a new MPEG standard for packaging content in the ISO Base Media File Format (ISOBMFF) format. Both DASH and HLS formats can now reuse the same set of audio/video files to target Apple and non-Apple devices, resulting in a simplified content preparation workflow and reduced storage and delivery costs for customers. For details, see CMAF. | N/A | N/A |

*Akamai Media Services Live: Key Concepts and Terms,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/msl/docs/terminology.

Manifest Personalization performed by the Akamai '040 Product modifies the manifest format on the fly before serving it to the client device.

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,936,040

> Add Manifest Personalization (MPer) to enhance the viewing experience by individualizing Apple HTTP Live Streaming (HLS) video quality to best suit your end-user's devices.
>
> When a request is sent to a property hostname that's been set in your AMD property, and it matches the criteria set for a rule that includes MPer for HLS, a manifest is generated "on-the-fly." This manifest determines the appropriate video quality content for the requesting device. Manifest Personalization for HLS offers the following benefits:
>
> - **You can implement preferred bit rate and bit rate filtering.** These allow you to maintain quality and performance to deliver the most optimal playback experience for each end user.

*Akamai Adaptive Media Delivery: Manifest Personalization for HLS,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/adaptive-media-delivery/docs/add-manifest-personalization-for-hls.

EdgeWorkers manifest and playlist manipulation is another form of optimizing the segment before providing to the client device.

> - **You can reduce the associated computation and storage overhead on your origin.**
>
> 📄 **Manifest and Playlist Manipulation in EdgeWorkers**
>
> Alternatively, you can use an EdgeWorkers function to dynamically create personalized Video on Demand (VOD) or live manifest and playlist files.

*Akamai Adaptive Media Delivery: Manifest Personalization for HLS,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/adaptive-media-delivery/docs/add-manifest-personalization-for-hls.

The Akami '040 Product source code confirms that the Akamai '040 Product stores and indexes segments based on media format:

| | |
|---|---|
| | ```
type: object
description: |-
  Encapsulates the details of the overridden storage group.

x-akamai:
  file-path: schemas/StorageGroupPostDTO.yaml
additionalProperties: false
properties:
  name:
    type: string
    description: |
      The name that identifies the Content Provider code.
```<br><br>*Akamai GitHub Repository: akamai/akamai-apis, apis/config-media-live/v2/schemas/StorageGroupPostDTO.yaml, StorageGroupPostDTO schema* (last visited March 2026). |
| [22] The method of claim 21, further comprising: storing the one or more modified segments;<br><br><br>generating a key for each modified segment of the one or more modified segments; and<br><br><br>generating a modified set entry that includes a | The Akamai '040 Product stores the one or more modified segments, generates a key for each modified segment of the one or more modified segments, and generates a modified set entry that includes a modified set key for the one or more modified segments.<br><br>The same three-step sequence recited in claim [20] applies to media-format-modified segments produced by the optimization pipeline described in claim [21]. The Akamai '040 Product stores the modified segment on its local cache (or Tiered Distribution parent cache); Akamai directs that a distinct cache key be generated for the modified segment so that it does not collide with the unmodified original; and the modified segments are grouped under a CP Code or EdgeKV group identifier that functions as a modified set key, yielding a modified set entry that indexes the modified segments as a coherent set.<br><br>Akamai's '040 Product documentation describes the storage and key-generation steps for modified segments. |

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,936,040

| modified set key for the one or more modified segments. | <br><br>*Akamai EdgeWorkers: Response Content Transformation,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/edgeworkers/docs/transform-response-content.<br><br>Akamai '040 Product documentation relating to manifest personalization shows that format-modified segments and manifests are stored and keyed as distinct cache entries. |
| --- | --- |

Case 1:24-cv-01336-MN    Document 33-1    Filed 04/29/26    Page 501 of 602 PageID #:
2497

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,936,040

When a request is sent to a property hostname that's been set in your AMD property, and it matches the criteria set for a rule that includes MPer for HLS, a manifest is generated "on-the-fly." This manifest determines the appropriate video quality content for the requesting device. Manifest Personalization for HLS offers the following benefits:

- **You can implement preferred bit rate and bit rate filtering**. These allow you to maintain quality and performance to deliver the most optimal playback experience for each end user.

- **You can offload the master manifest file manipulation**. This lets you target unique device profiles and geographic/network characteristics.

- **You can reduce the associated computation and storage overhead on your origin.**

*Akamai Adaptive Media Delivery: Manifest Personalization for HLS,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/adaptive-media-delivery/docs/add-manifest-personalization-for-hls.

The modified set entry / modified set key mapping use  same CP Code and EdgeKV group mechanisms discussed above in elements [14d], [16f], and [20].  The Akamai '040 Product contains functionality wherein  modified  cache  entries  are  purged  by  CP  Code  (which  shows  that  modified  segments  are grouped under a CP Code-scoped set).

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,936,040

| onClientResponse onBotSegmentAvailable | Maximum wall time per event handler | 4 seconds | 5.5 seconds | 10 seconds |
|---|---|---|---|---|
| | Maximum number of HTTP sub-requests allowed from a parent request, per event handler | 2 | 4 | 10 |
| | Note: You can use content fetched using the onClientRequest event handler to modify the original end-user request's cache key. For cache keys modified in this way, you need to use purge by CP Code and not by URL. For instructions on how to purge a CP code see Purge Content by CP code. For instructions on how to create a CP code see Create a CP code. | | | |

*Akamai EdgeWorkers: Resource Tier Limitations,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/edgeworkers/docs/resource-tier-limitations.

The EdgeKV group-as-set-key mapping also shows this step being performed by the Akamai '040 Product.

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,936,040

| | |
|---|---|
| | **Group** |
| | Groups are logical containers for Items, and you can create an unlimited number of groups in EdgeKV. Groups are typically created by individual developers or development teams to: |
| | • Organize similar data within a namespace |
| | • Ensure that a set of related keys can be retrieved together |
| | • Avoid key potential name collision |
| | *Akamai EdgeKV: EdgeKV Data Model,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/edgekv/docs/edgekv-data-model. |

# EXHIBIT 13

**U.S. PATENT NO. 9,167,021**
**MEASURING WEB BROWSING QUALITY OF EXPERIENCE IN REAL-TIME AT AN INTERMEDIATE NETWORK NODE**
**CLAIMS 1-8, 15-22, 29-36, 43**

OptiMorphix, Inc. ("OptiMorphix") contends that at least the following claims of U.S. Patent No. 9,167,021 (the "'021 patent") identified below are infringed by Akamai Technologies, Inc. ("Akamai").

Accused Product: The Accused Product is Akamai mPulse (the "Akamai '021 Product(s)").

| Claim Language | Representative Instrumentality[1] |
|---|---|
| [1PRE] A method comprising: | Akamai and its customers directly infringe the '021 patent under 35 U.S.C. § 271(a) by performing the claimed methods in the United States through the testing and use of the Akamai '021 Products.  In particular, Akamai infringes § 271(a) by using and testing the Akamai '021 Products domestically, while Akamai's customers and end users infringe by using and testing products that perform HTTP transaction analysis for web browsing session segmentation.  Moreover, Akamai induces infringement under 35 U.S.C. § 271(b) by encouraging its customers and end users to infringe by offering, testing, using, and selling a system for practicing the '021 patent in the United States. |

---

[1] This analysis is preliminary and subject to amendment.  OptiMorphix reserves the right to supplement this chart based on further investigation, discovery, claim construction, or other developments.  Additional information may include source code, data sheets, design specifications, deposition testimony, testing data, reference designs, implementation details, and schematics.  These infringement contentions extend beyond the specifically identified products to include all reasonably similar products and components that infringe in the same or similar manner.  The claim chart demonstrates infringement by comparing each element of the asserted claims to corresponding features of the Akamai '021 Products.  The chart provides exemplary evidence of OptiMorphix's current infringement theory based on available information and is not intended as an expert report.  OptiMorphix has prepared these contentions before obtaining discovery in this action.  OptiMorphix expects Akamai and third parties will produce additional information regarding the Akamai '021 Products beyond what is publicly available.  Accordingly, OptiMorphix reserves the right to revise this analysis upon receiving such information or upon issuance of any Court Order construing any claim terms of the asserted claims.

Unless otherwise noted, OptiMorphix contends that every element of each asserted claim is literally met by Akamai's testing and use of the Akamai '021 Products. To the extent Akamai claims any element is not literally met, OptiMorphix asserts that such element is nonetheless satisfied under the doctrine of equivalents. No substantial differences between the patent claim elements and the corresponding features of the Akamai '021 Products exist. In every instance, each step of the methods performed by the Akamai '021 Products is performed by the Akamai '021 Products for substantially the same function, in substantially the same way, and to achieve substantially the same result as the corresponding claim element. Furthermore, if a claim chart refers to specific Akamai '021 Products, OptiMorphix asserts that any similarly functioning components also infringe the charted claims.

To the extent the preamble is limiting, the Akamai '021 Product performs HTTP transaction analysis for web browsing session segmentation.

The Akamai '021 Product performs a method comprising the steps recited in Claim 1. Akamai mPulse is a Real User Monitoring (RUM) service that implements an end-to-end method executed by (i) a JavaScript agent (Boomerang / mpulse.js) injected into monitored web pages, and (ii) Akamai backend ingestion and aggregation infrastructure. The JavaScript agent observes each HTTP transaction performed by the browser, collects navigation and resource timing, associates the transaction with a session and page group, and transmits a "beacon" payload to Akamai collectors for storage and reporting.

> ## How mPulse collects data
>
> mPulse uses a bit of JavaScript code that Akamai calls the mPulse snippet. It includes the boomerang JavaScript (boomerang.js) library to collect web performance data from a user's web browser. That data is sent back to Akamai on the mPulse beacon.
>
> ## What an mPulse beacon is
>
> The mPulse beacon is an object that contains all of the business and performance information about a visitor's experience while they're looking at your website.

*Akamai mPulse: How mPulse Works,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/how-mpulse-works.

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,167,021

> mPulse gives you the power to collect and analyze detailed information about your users' experience whenever they visit your site or native application.
>
> When a visitor looks at a page on your site, mPulse captures over 200 business and performance facts about that experience directly from the visitor's browser, and sends the data back to mPulse so you can see how your site is performing for real users, in real time.
>
> With mPulse you can collect performance timers such as bandwidth and page load times as well as business metrics like bounce rate, conversion rates, or order totals.

*Akamai mPulse: How mPulse Works,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/how-mpulse-works.

In the Akamai '021 Product the mpulse.js library declares the public surface through which beacon-generating operations (session initiation, page-group tagging, timer capture, and beacon dispatch) are performed.

Case 1:24-cv-01336-MN    Document 33-1    Filed 04/29/26    Page 508 of 602 PageID #:
2504

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,167,021

```
// Current version
var MPULSE_VERSION = "1.3.8";

// App public function names
var APP_FUNCTIONS = [
    "startTimer",
    "stopTimer",
    "sendTimer",
    "sendMetric",
    "setPageGroup",
    "getPageGroup",
    "resetPageGroup",
    "setABTest",
    "getABTest",
    "resetABTest",
    "setDimension",
    "resetDimension",
    "setSessionID",
    "getSessionID",
    "startSession",
    "incrementSessionLength",
    "setSessionLength",
    "getSessionLength",
    "setSessionStart",
    "getSessionStart",
    "transferBoomerangSession",
    "subscribe",
    "sendBeacon",
    "isInitialized",
    "getConfig"
];
```

*Akamai GitHub Repository: akamai/mpulse.js, src/mpulse.js, module initialization (branch: master),* (last visited March 2026).

| [1a] acquiring a current Hypertext Transfer Protocol (HTTP) transaction; | The Akamai '021 Product acquires a current Hypertext Transfer Protocol (HTTP) transaction.<br><br>The Boomerang / mpulse.js agent observes each HTTP transaction (including the page navigation , XMLHttpRequest (XHR) and fetch() calls captured via the AutoXHR functionality of the Akamai '021 |

Page 4 of 98

| | |
|---|---|
| | Product, and individual sub-resources) reported by the browser's Resource Timing API. For each observed transaction, the Akamai '021 Product captures timing, URL, and response characteristics.<br><br>The beacon collects the following data and sends it back to mPulse for analysis in the mPulse dashboards. See this list of available parameters for complete details on what the mPulse beacon collects for web apps.<br><br>• Top-level (for example, domain, timestamp, and IP address)<br><br>• Session (for example, session ID, and session start time)<br><br>• User agent (for example, browser family, major version, and device type)<br><br>• Geographical (for example, country, and region)<br><br>• Bandwidth (for example, in kbps and bandwidth block)<br><br>• Timers (for example, response time and DOM loaded)<br><br>• Custom metrics (for example, conversion and revenue)<br><br>• Custom dimensions (for example, store number, logged in status, or origin server)<br><br>• Third-party analytics (for example, Google, Adobe, and IBM Digital Analytics)<br><br>• Resource timing data (for example, startTime, dns_start, and dns_end)<br><br>*Akamai mPulse: How mPulse Works,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/how-mpulse-works. |

Case 1:24-cv-01336-MN     Document 33-1     Filed 04/29/26     Page 510 of 602 PageID #: 2506

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,167,021

Capture performance data about a specific resource, such as objects, images, and CSS files, based on existing Resource Timing API methods.

## How to

1. If the timer that you want to capture applies only to certain pages on your site, enter the URL pattern to match those pages.

   You can use an asterisk as a wildcard to replace one or more characters (for example, */example/example-abc/*). mPulse looks for the first matching query string parameter for the page that has a URL pattern match.

*Akamai mPulse: Use Metrics and Timers to Understand How Performance Impacts Your Business,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/use-metrics.

Beacons captured by the Akamai '021 Product include page views as well as individual HTTP transactions performed after page load.

| | |
|---|---|
| Bandwidth Block | The bandwidth of the requesting browser's connection. |
| Beacon Type | Beacon types include; page view, SPA hard or soft navigation, XHR, and error. |
| BFCache navigation | Indicates if the navigation was a result of the Back-Forward Cache (BFCache) optimization. |
| BFCache Not Restored Reason | Lists the reason why the page was not eligible for Back-Forward Cache navigation. |
| Boomerang Version | The version number of the Boomerang that fired the beacon. |
| Browser | The browser name and browser version that are requesting the object. |

*Akamai mPulse: Use Metrics and Timers to Understand How Performance Impacts Your Business,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/use-metrics.

At the source-code level, the Akamai '021 Product (mpulse.js component) uses Navigation Timing and Performance APIs to acquire timing of the current transaction before constructing the beacon.

```
169         if (typeof window !== "undefined" &&
170             "performance" in window &&
171             window.performance &&
172             window.performance.timing &&
173             window.performance.timing.navigationStart) {
174             nowOffset = window.performance.timing.navigationStart;
175         }
```

Akamai GitHub Repository: *akamai/mpulse.js, src/mpulse.js, module initialization (branch: master)* (last visited March 2026).

The BeaconAPI.jl server-side helper packages the acquired HTTP transaction parameters (URL, t_done, PageGroup, timing) into an outbound beacon.

|  |  |
|---|---|
|  | ```
if haskey(params, "Url")
    beacon_params["u"] = params["Url"]
end
if haskey(params, "tDone")
    beacon_params["t_done"] = params["tDone"]
    beacon_params["rt.tt"]  = get!(session, "tt", 0) + params["tDone"]
end
if haskey(params, "tStart")
    beacon_params["rt.tstart"] = params["tStart"]
elseif haskey(params, "tDone")
    beacon_params["rt.tstart"] = now_ms - params["tDone"]
end
```<br><br>AKAMAI GITHUB REPOSITORY: *akamai/mPulseAPI.jl, src/BeaconAPI.jl, sendBeacon() (branch: main)* (last visited March 2026). |
| [1b] determining whether the current HTTP transaction relates to web browsing; | The Akamai '021 Product determines whether the current HTTP transaction relates to web browsing.<br><br>The Akamai '021 Product performs this determination through (i) user-agent matching that classifies the originating client as a real human browser versus a synthetic monitoring tool or bot, and (ii) page-group / URL classification that determines if a given URL corresponds to web browsing or is a background request.  Transactions that fail either gate are excluded.<br><br>mPulse captures as much real visitor data as possible, including synthetic monitoring services. Synthetic monitoring services are not real end users. They do not run the same transactions or access the same page on a scheduled basis. As a result, this could skew both traffic and performance statistics. To help you track synthetic and bot beacons, mPulse matches the user-agent string to detect most of them. If mPulse spots a request from a suspicious source such as Gomez or Facebook, it returns an HTTP 204 No Content response.<br><br>*Akamai mPulse: Get The Most From Your mPulse Beacon,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/most-mpulse-beacon. |

## User agent matches

mPulse matches these user-agent strings so you can monitor synthetic and bot beacons in your mPulse dashboards.

### Synthetic user agents

| Match | User agent |
|---|---|
| alertsite | AlertSite |
| browsermob | BrowserMob |
| BTTAgent | Blue Triangle |
| catchpoint | Catchpoint |
| DejaClick | DejaClick |
| gomeza | Gomez |

*Akamai mPulse: Get The Most From Your mPulse Beacon,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/most-mpulse-beacon.

The Akamai '021 Product maintains lists of synthetic and bot user-agent tokens (e.g., googlebot, bingbot, curl, wget, python-urllib, ptst, Pingdom), and the "Include Bot Beacons" and "Include Synthetic Monitoring Beacons" checkboxes determine if non-browsing traffic is included in a transaction.  The page-group classification layer in the Akamai '021 Product determines if a transaction represents a page view of the monitored site.  URLs that do not match a configured page-group rule are marked as background activity and excluded from the session.

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,167,021

| | |
|---|---|
| |  **Note**<br><br>If you choose **All**, you can select the **Mark XHR as background activity unless matched in the list above** option, which tells mPulse to capture all requests, but only consider a request as an actual page view if it matches a page group in the list. This option does not increase the session length or impact bounce rate (session length greater than 1).<br><br>*Akamai mPulse: Use Page Groups To Isolate Performance Issues*, AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/isolate-performance-issues.<br><br>At the source-code level, the Akamai '021 Product (mpulse.js component) assigns beacons with a page-group ("h.pg") from the matching rule, which the collector uses to classify the transaction.<br><br><pre>// page group<br>if (typeof q.group !== "boolean") {<br>    data["h.pg"] = q.group;<br>}<br><br>if (typeof q.ab !== "boolean") {<br>    data["h.ab"] = q.ab;<br>}<br><br>// when this beacon fired<br>data["rt.tstart"] = data["rt.end"] = q.when;</pre><br>*Akamai GitHub Repository: akamai/mpulse.js, src/mpulse.js, processQueue() (branch: master)* (last visited March 2026). |
| [1c] acquiring a previous transactions set of a specific client; | The Akamai '021 Product acquires a previous transactions set of a specific client.<br><br>The Akamai '021 Product identifies a client via a per-visitor Session ID.  For that Session ID, the set of previously observed HTTP transactions (beacons) are grouped to that client. |

Case 1:24-cv-01336-MN     Document 33-1     Filed 04/29/26     Page 515 of 602 PageID #: 2511

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,167,021

mPulse uses the application's *Session Timeout* setting when determining how to track users sessions on your site. Each user session has a timeout associated with it (equal to the value in the *Session Timeout* field). As each new visitor arrives on your site, they're assigned a new and unique Session ID, and will retain that Session ID until their session reaches the timeout.

The default *Session Timeout* for applications is 30 minutes. You can adjust the value based on your visitors' browsing habits. For example, visitors that read long articles on news sites may need longer session timeouts. The *Session Timeout* can be set as long as 60 minutes or as short as 1 minute.

*Akamai mPulse: Use Session Tracking To Manage Visitor Requests -How mPulse Tracks Sessions,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/manage-visitor-requests.

The beacon collects the following data and sends it back to mPulse for analysis in the mPulse dashboards. See this list of available parameters for complete details on what the mPulse beacon collects for web apps.

- Top-level (for example, domain, timestamp, and IP address)
- Session (for example, session ID, and session start time)
- User agent (for example, browser family, major version, and device type)
- Geographical (for example, country, and region)
- Bandwidth (for example, in kbps and bandwidth block)
- Timers (for example, response time and DOM loaded)

*Akamai mPulse: How mPulse Works – What An mPulse Beacon Is*, AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/how-mpulse-works.

In the Akamai '021 Product the agent retains the specific client's Session ID, Session Start, and Session Length in process state, which constitute a "previous transactions set" for that client.

|  |  |
|---|---|
|  | ```
function startSession(id) {
        // use the specifie ID or create our own
        setSessionID(id || generateSessionID());

        // reset session length to 0
        setSessionLength(0);

        // session start
        setSessionStart(now());

        return getSessionID();
    }
```<br><br>*Akamai GitHub Repository: akamai/mpulse.js, src/mpulse.js, startSession() (branch: master)* (last visited March 2026).<br><br>The Akamai '021 Products maintain an mPulseSessions dictionary set by Session ID, from which the previous-transactions state for the specific client is retrieved on each new beacon: |

| | |
|---|---|
| | ```
const mPulseSessions = Dict{String, Dict}()


"""
Send a beacon to mPulse
"""
function sendBeacon(config::Dict, params::Dict)
    beacon_url = "https:" * config["beacon_url"]

    now_ms = Int(datetime2unix(now())*1000)
    session_id = get(params, "SessionID", config["session_id"])

    session = get(mPulseSessions, session_id, Dict())
    session_ln = get(session, "sl", 0) + 1
``` |
| | *Akamai GitHub Repository: akamai/mPulseAPI.jl, src/BeaconAPI.jl, sendBeacon() (branch: main)* (last visited March 2026). |
| [1d] evaluating whether the current HTTP transaction belongs with the previous transactions set; | The Akamai '021 Product evaluates whether the current HTTP transaction belongs with the previous transactions set. |
| | The Akamai '021 Product performs this evaluation by comparing the time gap between the current beacon and the most recent beacon associated with the client's Session ID against a configurable Session Timeout threshold (default 30 minutes; configurable between 1 and 60 minutes). If the current transaction arrives within the timeout window, it is deemed to belong to the existing session; if the timeout has expired, the current transaction starts a new session. |

mPulse uses the application's *Session Timeout* setting when determining how to track users sessions on your site. Each user session has a timeout associated with it (equal to the value in the *Session Timeout* field). As each new visitor arrives on your site, they're assigned a new and unique Session ID, and will retain that Session ID until their session reaches the timeout.

The default *Session Timeout* for applications is 30 minutes. You can adjust the value based on your visitors' browsing habits. For example, visitors that read long articles on news sites may need longer session timeouts. The *Session Timeout* can be set as long as 60 minutes or as short as 1 minute.

*Akamai mPulse: Use Session Tracking To Manage Visitor Requests – How mPulse Works,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/manage-visitor-requests.

Any beacon that mPulse receives, for a given session, refreshes the timeout period. A session is complete when the session timeout period expires due to no activity on the page. A completed session is then time-stamped according to the last beacon that mPulse received.

If a user visits only one (1) page before the session timeout expires, mPulse counts that session as a **Bounce**.

*Akamai mPulse: Use Session Tracking To Manage Visitor Requests - How mPulse Tracks Sessions,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/manage-visitor-requests.

The default *Session Timeout* for applications is 30 minutes. You can adjust the value based on your visitors' browsing habits. For example, visitors that read long articles on news sites may need longer session timeouts. The *Session Timeout* can be set as long as 60 minutes or as short as 1 minute.

*Akamai mPulse: Use Session Tracking To Manage Visitor Requests - How mPulse Tracks Sessions,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/manage-visitor-requests.

| | |
|---|---|
| | The evaluation is performed by the Akamai '021 Product by looking up for the incoming beacon's Session ID if no live entry exists (e.g., if the timeout has elapsed and the entry has been cleared), the beacon is treated as the start of a new session rather than a continuation of the previous transactions set. |
| | ```julia<br>const mPulseSessions = Dict{String, Dict}()<br><br>"""<br>Send a beacon to mPulse<br>"""<br>function sendBeacon(config::Dict, params::Dict)<br>    beacon_url = "https:" * config["beacon_url"]<br><br>    now_ms = Int(datetime2unix(now())*1000)<br>    session_id = get(params, "SessionID", config["session_id"])<br><br>    session = get(mPulseSessions, session_id, Dict())<br>    session_ln = get(session, "sl", 0) + 1<br>``` |
| | *Akamai GitHub Repository: akamai/mPulseAPI.jl, src/BeaconAPI.jl, sendBeacon() (branch: main)* (last visited March 2026).<br><br>For single-page applications, the Akamai '021 Products also evaluate boundary conditions at the SPA soft-navigation level using the Boomerang AutoXHR / History functionality, distinguishing transactions that should be grouped within an ongoing view versus those that begin a new view.  See discussion for Claim [1f] below. |
| [1e] if the current HTTP transaction belongs with the previous transactions set, adding the current HTTP transaction to the previous transactions set; and | The Akamai '021 Product, if the current HTTP transaction belongs with the previous transactions set, adds the current HTTP transaction to the previous transactions set.<br><br>When a beacon arrives within the Session Timeout window for an existing Session ID, the Akamai '021 Product (i) retains the same Session ID on the beacon, (ii) increments the session length counter (rt.sl) to reflect the newly added transaction, (iii) refreshes the session timeout clock, and (iv) stamps the |

beacon with the unchanged session start time (rt.ss) so the new transaction is attached to the existing transaction set.

> Any beacon that mPulse receives, for a given session, refreshes the timeout period. A session is complete when the session timeout period expires due to no activity on the page. A completed session is then time-stamped according to the last beacon that mPulse received.
>
> If a user visits only one (1) page before the session timeout expires, mPulse counts that session as a **Bounce**.

*Akamai mPulse: Use Session Tracking To Manage Visitor Requests - How mPulse Tracks Sessions,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/manage-visitor-requests.

| Session | Session Duration | The amount of time the user spent in a single visit. | None |
|---|---|---|---|
| | Session Length | The number of pages the user viewed in this session up to and including the current page, but not including any pages viewed after this page in the same session. | |
| Standard | Bounce Rate | The ratio (0-100) of number of sessions consisting of a single page view (bounces) to the total number of sessions. | None |

*Akamai mPulse: Use Metrics And Timers To Understand How Performance Impacts Your Business- System Metrics,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/use-metrics.

| | |
|---|---|
| | The Akamai '021 product using incrementSessionLength() and the BeaconAPI.jl sendBeacon() compute an incremented session length and reuses the existing session start time ("ss") so a transaction is appended to the client's previous transactions set on the outbound beacon: |

```
function incrementSessionLength() {
    sessionLength++;
}

/**
 * Sets the session length
 *
 * @param {number} length Length
 */
function setSessionLength(length) {
    if (typeof length !== "number" ||
        length < 0) {
        return;
    }

    sessionLength = length;
}
```

*Akamai GitHub Repository: akamai/mpulse.js, src/mpulse.js, incrementSessionLength() (branch: master (last visited March 2026).*

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,167,021

```
const mPulseSessions = Dict{String, Dict}()


"""
Send a beacon to mPulse
"""
function sendBeacon(config::Dict, params::Dict)
    beacon_url = "https:" * config["beacon_url"]

    now_ms = Int(datetime2unix(now())*1000)
    session_id = get(params, "SessionID", config["session_id"])

    session = get(mPulseSessions, session_id, Dict())
    session_ln = get(session, "sl", 0) + 1
```

*Akamai GitHub Repository: akamai/mPulseAPI.jl, src/BeaconAPI.jl, sendBeacon() (branch: main)* (last visited March 2026).


The unit test suite for the Akamai '021 Product shows that after calling incrementSessionLength(), subsequent beacons carry the same Session ID ("rt.si") (i.e., the new transaction is added to the previous set for that specific client).

Page 18 of 98

```
app.setSessionID("abc");
assert.equal(app.getSessionID(), "abc");
app.incrementSessionLength();

app.sendTimer("timer", 100);
});

it("Should not set the session ID if not a string/number (boolean)", function(done) {
    app.subscribe("beacon", function(data) {
        assert.equal(data["rt.si"], "abc");
        done();
    });
```

*Akamai GitHub Repository: akamai/mpulse.js, test/07-app-sessions.js, setSessionID() test (branch: master)* (last visited March 2026).

| | |
|---|---|
| [1f] if the current HTTP transaction does not belong with the previous transactions set, creating a boundary of a page unit that includes the HTTP transactions of the previous transactions set for computing a page unit time. | The Akamai '021 Product, if the current HTTP transaction does not belong with the previous transactions set, creates a boundary of a page unit that includes the HTTP transactions of the previous transactions set for computing a page unit time.<br><br>The Akamai '021 Product closes a page unit under two principal conditions: (i) the classic page-load boundary, in which the browser's onload event marks the end of the navigation and Boomerang records t_done — producing a "Page Load" computed as loadEventEnd minus navigationStart; and (ii) for single-page applications, the SPA hard / soft navigation boundary, in which AutoXHR / History-functionality logic detects the current XHR or route change no longer belongs to the prior view and therefore closes the prior view's beacon and begins a new one. |

| Page Load | loadEventEnd - navigationStart from NavigationTiming. | |
| SSL Handshake | connectEnd - secureConnectionStart from NavigationTiming. | |
| TCP Connection | connectEnd - connectStart from NavigationTiming. | |

*Akamai mPulse: Use Metrics And Timers To Understand How Performance Impacts Your Business,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/use-metrics.

- **SPA Soft**: All of the interactions on the page that occur after the initial page load such as an address bar change.

- **SPA Hard**: The first page load, which includes; all static HTML, JavaScript, CSS, and the SPA framework itself (for example angular.js).

- **Onload** (for non-SPA sites): The browser downloads all of the resources on the page.

- **XHR**: An XMLHttpRequest that indicates network activity. For example, the page's view is being updated or it could be a periodic poll like a scoreboard update.

*Akamai mPulse: Use Metrics And Timers To Understand How Performance Impacts Your Business - Define a Timer with Resource Groups,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/use-metrics.

| | |
|---|---|
| Bandwidth Block | The bandwidth of the requesting browser's connection. |
| Beacon Type | Beacon types include; page view, SPA hard or soft navigation, XHR, and error. |
| BFCache navigation | Indicates if the navigation was a result of the Back-Forward Cache (BFCache) optimization. |
| BFCache Not Restored Reason | Lists the reason why the page was not eligible for Back-Forward Cache navigation. |
| Boomerang Version | The version number of the Boomerang that fired the beacon. |
| Browser | The browser name and browser version that are requesting the object. |

*Akamai mPulse: Use Metrics and Timers to Understand How Performance Impacts Your Business,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/use-metrics.


The computed page unit time (t_done) and associated total time (rt.tt) are carried on the boundary beacon by the Akamai '021 Product (which delimits the previous transactions set for the closing page uni).

```
77          if haskey(params, "PageGroup")
78              beacon_params["h.pg"] = params["PageGroup"]
79          end
80          if haskey(params, "Url")
81              beacon_params["u"] = params["Url"]
82          end
83          if haskey(params, "tDone")
84              beacon_params["t_done"] = params["tDone"]
85              beacon_params["rt.tt"]  = get!(session, "tt", 0) + params["tDone"]
86          end
```

*Akamai GitHub Repository: akamai/mPulseAPI.jl, src/BeaconAPI.jl, sendBeacon() (branch: main)* (last visited March 2026).

For single-page applications, the Akamai '021 Product documentation shows that the resource-timing buffer should be cleared on the soft-navigation boundary so that the boundary closure resets the accumulator before the next page unit begins:

**Clear resource timing buffer on soft navigation**

For single page applications it is recommended that you clear the resource timing buffer on soft navigation using the boomerang configuration "ResourceTiming.clearOnBeacon." You can set up that configuration in the **Config Override** section of your property in Property Manager.

*Akamai mPulse: Set Up Single Page Application,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/set-up-single-page-application.

| | |
|---|---|
| | Finally, because session metrics such as Session Duration and Bounce Rate are determined after a session timeout has elapsed, the Akamai '021 Product treats the expiration as the outer boundary for computing the page-unit/session time statistics: |
| | Unlike page-level data, session data (such as Session Count, Session Duration, Session Length and Bounce Rate) is not reported in real-time, as sessions won't finalize until they reach their timeout. As a result, you will not see those session metrics in widgets like *Metrics over Time* until the session timeout has expired.<br><br>For example, if sessions are configured to timeout at 30 minutes, and you're viewing a chart for the *Last 60 Minutes*, session metrics will be blank for the most recent 30 minutes. Only session data outside of the last 30 minutes are complete and will be visible in the Metrics over Time widget. |
| | *Akamai mPulse: Use Session Tracking To Manage Visitor Requests - How mPulse Tracks Sessions,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/manage-visitor-requests. |
| [2] The method of claim 1, wherein the page unit time is used for acquiring an expected quality of experience score. | The Akamai '021 Product practices a method wherein the page unit time is used for acquiring an expected quality of experience score.<br><br>The Akamai '021 Product uses the page unit time (page load time, also referred to as t_done) as a primary input for computing several quality-of-experience scores, including the Frustration Index, the What-If predictive conversion model, and the bounce-rate-versus-load-time correlation analysis. Each of these features derives an expected quality-of-experience metric from the computed page unit time. Specifically, the Akamai '021 Product computes a Frustration Index score that quantifies the end-user's expected quality of experience on a 0–100 scale, derived from page unit time and performance measurements: |

| | | |
|---|---|---|
| | Frustration Index | Indicates the level of user frustration experienced while loading a page. The index is based on several metrics including *Time to First Byte, First Contentful Paint, Time to Visually Ready, Page Load Time*, and others. Frustration Index ranges from 0 (best) to 100 (worst). |

*Akamai mPulse: Use metrics and timers to understand how performance impacts your business,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/use-metrics.

The Akamai '021 Product also uses the page unit time as the input to its What-If predictive analytics engine. The Akamai '021 Product computes an expected quality-of-experience score expressed in terms of projected conversion rate, revenue impact, and bounce-rate change for a given page-load-time target:

mPulse not only shows you how fast you are, but how fast you need to be to meet your users' expectations.

mPulse lets you directly measure how your users are impacted by delays on your site, leading to a much more accurate estimate of what your target speed should be.

Use the What-If dashboard to see how improvements to performance can directly impact your revenue.

*Akamai mPulse: Forecast Revenue, Conversion, and Degradation,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/forecast-revenue-conversion-degradation.

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,167,021

| | |
|---|---|
| | The Akamai '021 Product What-If Summary widget uses the page unit time to compute projected improvements in quality-of-experience metrics:<br><br>• **Summary**. This widget shows completed sessions, bounce rate, conversion, revenue, and session load time.<br><br>• **What-If Analysis**. This widget shows a graphical representation of what your revenue would be if your site was faster.<br><br>• **What-If Summary**. This widget uses predictive analytics to tell you the impact of performance changes on conversions, revenue, and other business metrics.<br><br>*Akamai mPulse: Forecast Revenue, Conversion, and Degradation,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/forecast-revenue-conversion-degradation. |
| [3] The method of claim 1, wherein the determining whether the current HTTP transaction relates to web browsing comprises:<br><br>determining whether a user agent of the current HTTP transaction matches with an entry in a predefined user agent set; and<br><br>accepting the current HTTP transaction if the user agent of the current HTTP transaction matches with an | The Akamai '021 Product determines whether the current HTTP transaction relates to web browsing by determining whether a user agent of the current HTTP transaction matches with an entry in a predefined user agent set, and accepting the current HTTP transaction if the user agent of the current HTTP transaction matches with an entry in the predefined user agent set.<br><br>As discussed above in the Claim 1 analysis for element [1b], the Akamai '021 Product maintains a set of user-agent substrings that identify synthetic-monitoring services and bots. The Akamai '021 Product contains a collector that matches the user-agent string of each incoming beacon against a predefined set. If the user-agent matches a synthetic or bot entry, the Akamai '021 Product returns an HTTP 204 No Content response, rejecting the transaction. If the Akamai '021 Product does not match a synthetic/bot entry (i.e., the user-agent matches an entry in the "real user browser" set), the Akamai '021 Product accepts the HTTP transaction as relating to web browsing. |

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,167,021

| | |
|---|---|
| entry in a predefined user agent set. |  *Akamai mPulse: Make the Most of the mPulse Beacon*, AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/most-mpulse-beacon.<br><br>The predefined user-agent set om the Akamai '021 Product includes both a Synthetic user agents table (alertsite, browsermob, BTTAgent, catchpoint, DejaClick, gomeza, ktxn, pingdom.com_bot_, ptst, ptst/, rigor, yottaamonitor) and a Bot user agents table (^curl, ^python-urllib, baiduspider, bingbot, googlebot, facebookexternalhit, slurp, yandexbot, and dozens of others). |

The text in the image reads:

> mPulse captures as much real visitor data as possible, including synthetic monitoring services. Synthetic monitoring services are not real end users. They do not run the same transactions or access the same page on a scheduled basis. As a result, this could skew both traffic and performance statistics. To help you track synthetic and bot beacons, mPulse matches the user-agent string to detect most of them. If mPulse spots a request from a suspicious source such as Gomez or Facebook, it returns an HTTP 204 No Content response.

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,167,021

<table>
<tr><td colspan="2">mPulse matches these user-agent strings so you can monitor synthetic and bot beacons in your mPulse dashboards.</td></tr>
<tr><td colspan="2" align="center">Synthetic user agents</td></tr>
<tr><th>Match</th><th>User agent</th></tr>
<tr><td>alertsite</td><td>AlertSite</td></tr>
<tr><td>browsermob</td><td>BrowserMob</td></tr>
<tr><td>BTTAgent</td><td>Blue Triangle</td></tr>
<tr><td>catchpoint</td><td>Catchpoint</td></tr>
<tr><td>DejaClick</td><td>DejaClick</td></tr>
<tr><td>gomeza</td><td>Gomez</td></tr>
<tr><td>ktxn</td><td>Keynote</td></tr>
<tr><td>pingdom.com_bot_</td><td>Pingdom</td></tr>
<tr><td>ptst</td><td>WebPagetest</td></tr>
<tr><td>ptst/</td><td>WebPagetest</td></tr>
<tr><td>rigor</td><td>Rigor</td></tr>
<tr><td>yottaamonitor</td><td>Yottaa</td></tr>
</table>

*Akamai mPulse: Make the Most of the mPulse Beacon*, AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/most-mpulse-beacon.

The user-agent-based filtering performed by the Akamai '021 Product is also supplemented by Akamai Bot Manger, which performs classification of visitor by type.

Case 1:24-cv-01336-MN    Document 33-1    Filed 04/29/26    Page 532 of 602 PageID #: 2528

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,167,021

Bot Manager integration improves mPulse bot detection and classification capabilities.

Bots can skew performance data reported within mPulse. The integration with Bot Manager improves bot detection and classification capabilities and allows you to easily compare bot data against real user performance data. You can control whether or not mPulse collects beacons from bots in order to more precisely focus on performance, user engagement, and business metrics from real end users. mPulse uses Botman to determine whether a visitor is a bot or not so you can diagnose performance issues and identify if bots are the root cause.

*Akamai mPulse: Get The Most From Your mPulse Beacon -Integration with Bot Manager,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/most-mpulse-beacon.

In the Akamai '021 Product, each beacon's user-agent is included in the beacon payload, which the Akamai '021 Product collector matches against the predefined set:

The beacon collects the following data and sends it back to mPulse for analysis in the mPulse dashboards. See this list of available parameters for complete details on what the mPulse beacon collects for web apps.

- Top-level (for example, domain, timestamp, and IP address)

- Session (for example, session ID, and session start time)

- User agent (for example, browser family, major version, and device type)

- Geographical (for example, country, and region)

- Bandwidth (for example, in kbps and bandwidth block)

*Akamai mPulse: How mPulse Works,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/how-mpulse-works.

The mpulse.js API also shows the Akamai '021 Product performs user-agent detection in its beacon-sending logic:

<table>
<tr><td></td><td>

```
// user-agent was specified
if (params.ua) {
    ua = params.ua;
    delete params.ua;
}

params["d"] = configJson["site_domain"];
params["h.key"] = configJson["h.key"];
params["h.d"] = configJson["h.d"];
params["h.cr"] = configJson["h.cr"];
params["h.t"] = configJson["h.t"];
params["http.initiator"] = "api";
params["rt.start"] = "api";
```

*Akamai GitHub Repository: akamai/mpulse.js, src/mpulse.js, sendBeacon() (branch: master)* (last visited March 2026).

</td></tr>
<tr><td>

[4] The method of claim 1, wherein the determining whether the current HTTP transaction relates to web browsing comprises: determining whether a response code is in a predefined response code set, wherein the response code is acquired based on the current HTTP transaction; and accepting the current HTTP transaction if the response code is determined to be

</td><td>

The Akamai '021 Product determines whether a response code is in a predefined response code set, wherein the response code is acquired based on the current HTTP transaction, and accepts the current HTTP transaction if the response code is determined to be within the predefined response code set.

The Akamai '021 Product performs response-code-based filtering to beacon requests.  As described in the Claim 1 analysis above, when the collector identifies a bot or synthetic user-agent, it returns an HTTP 204 No Content response, dropping the beacon.  Further, the Akamai '021 Product checks the response code to determine whether a beacon should be sent.

</td></tr>
</table>

Case 1:24-cv-01336-MN    Document 33-1    Filed 04/29/26    Page 534 of 602 PageID #: 2530

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,167,021

| | |
|---|---|
| within the predefined response code set. | Stop beacons from returning data to mPulse. For example, you may have a planned outage and want to avoid collecting data during that time.<br><br>When beacons are suspended mPulse returns that information to the browser as part of the config.js request as either a 204 or a 200 that tells the browser not to send beacons. If a 204 is returned that means no beacons are sent.<br><br>*Akamai mPulse: Get The Most From Your mPulse Beacon,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/most-mpulse-beacon. |
| [5] The method of claim 1, wherein the determining whether the current HTTP transaction relates to web browsing comprises: determining whether a content type is within a predefined content type set, wherein the content type is acquired based on the current HTTP transaction; and accepting the current HTTP transaction if the content type is within a predefined content type set. | The Akamai '021 Product determines whether the current HTTP transaction relates to web browsing in part by determining whether a content type is within a predefined content type set wherein the content type is acquired based on the current HTTP transaction, and accepting the current HTTP transaction if the content type is within a predefined content type set.<br><br>The Akamai '021 Product's Boomerang functionality classifies each resource and sub-transaction by content type (through the ResourceTiming functionality) in the Akamai '021 Product. Akamai '021 Product documentation identifies a predefined set of content types that mPulse recognizes and accepts as web-browsing resources: HTML, CSS, script, image, font, XHR, unknown, and text: |



*Akamai mPulse: Analyze how a resource performs over time,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/analyze-resource-performance.

The ResourceTiming functionality in the Akamai '021 Product checks and performs content-type classification based on MIME type. The SPA functionality in the Akamai '021 Product shows that Boomerang distinguishes resources by whether "a XHR, image, CSS, or JavaScript" is triggered.

Case 1:24-cv-01336-MN    Document 33-1    Filed 04/29/26    Page 536 of 602 PageID #: 2532

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,167,021

| | |
|---|---|
| | ```
 * To do so, the Boomerang SPA plugins listen for several life cycle events from
 * the framework, such as AngularJS's `$routeChangeStart`. Once it gets notified
 * of these events, the Boomerang SPA plugins start monitoring the page's markup
 * (DOM) for changes. If any of these changes trigger a download, such as a
 * XHR, image, CSS, or JavaScript, then the Boomerang SPA plugins monitor those
 * resources as well. Only once all of these new resources have been fetched do
 * the Boomerang SPA plugins consider the SPA navigation complete.
```<br><br>*Akamai GitHub Repository: akamai/boomerang, plugins/spa.js, BOOMR.plugins.SPA (branch: master)* (last visited March 2026). |
| [6] The method of claim 1, wherein the evaluating whether the current HTTP transaction belongs with the previous transactions set comprises:<br><br>computing a time gap between the current HTTP transaction and the previous transactions set;<br><br>determining whether the time gap satisfies a predefined timing threshold condition; and | The Akamai '021 Product evaluates whether the current HTTP transaction belongs with the previous transactions set by computing a time gap between the current HTTP transaction and the previous transactions set, determining whether the time gap satisfies a predefined timing threshold condition, and associating the current HTTP transaction with the previous transactions set if the time gap satisfied the predefined timing threshold condition.<br><br>As detailed in the Claim 1 analysis for element [1d], the Akamai '021 Product performs session-tracking by maintaining a session-timeout timestamp for each active session. Each beacon that arrives is compared against the session's most recent timestamp by the Akamai '021 Product. The difference between the current beacon's timestamp and the last beacon's timestamp constitutes the "time gap." If this gap is less than the configurable Session Timeout threshold, the current HTTP transaction is associated with (added to) the previous transactions set and the timeout is refreshed by the Akamai '021 Product. If the gap exceeds the threshold, a new session begins. |

| associating the current HTTP transaction with the previous transactions set if the time gap satisfied the predefined timing threshold condition. | **How mPulse Tracks Sessions** |
| --- | --- |
| | mPulse uses the application's *Session Timeout* setting when determining how to track users sessions on your site. Each user session has a timeout associated with it (equal to the value in the *Session Timeout* field). As each new visitor arrives on your site, they're assigned a new and unique Session ID, and will retain that Session ID until their session reaches the timeout. |
| | *Akamai mPulse: Use Session Tracking To Manage Visitor Requests – How mPulse Tracks Sessions,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/manage-visitor-requests. |
| | Any beacon that mPulse receives, for a given session, refreshes the timeout period. A session is complete when the session timeout period expires due to no activity on the page. A completed session is then time-stamped according to the last beacon that mPulse received. |
| | If a user visits only one (1) page before the session timeout expires, mPulse counts that session as a **Bounce**. |
| | *Akamai mPulse: Use Session Tracking To Manage Visitor Requests - How mPulse Tracks Sessions,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/manage-visitor-requests. |
| | The predefined timing threshold is a configurable parameter with a default of 30 minutes and a range of 1 to 60 minutes in the Akamai '021 Product. |
| | The default *Session Timeout* for applications is 30 minutes. You can adjust the value based on your visitors' browsing habits. For example, visitors that read long articles on news sites may need longer session timeouts. The *Session Timeout* can be set as long as 60 minutes or as short as 1 minute. |
| | *Akamai mPulse: Use Session Tracking To Manage Visitor Requests - How mPulse Tracks Sessions,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/manage-visitor-requests. |

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,167,021

| [7] The method of claim 1, wherein the creating a boundary of a page unit further comprises determining whether the previous transactions set is the page unit. | The Akamai '021 Product, when creating a boundary of a page unit, further determines whether the previous transactions set is the page unit. |
|---|---|
| | Before closing a page-unit boundary and computing the page unit time, Boomerang evaluates whether the accumulated transactions actually constitute a complete page unit, as distinguished from background activity or incomplete navigations.  Specifically, the Akamai '021 Product determines if a previous transactions set is a page unit when the onload event fires, confirming that the browser has completed loading all content for the page. As described in the Claim 1 analysis for  element [1f], the page-load boundary is defined by the onload/onbeforeunload event pair. |
| | |
| | *Akamai mPulse: Key Concepts & Terms,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/key-concepts-terms. |
| | In addition, the Akamai '021 Product contains AutoXHR functionality that performs a DOM analysis to determine if the accumulated XHR and resource transactions constitute a complete page unit (i.e., a navigation that "changed the DOM") versus background activity. If the XHR does not result in "interesting DOM modifications," the previous transactions set is not treated as a page unit and no beacon is sent by the Akamai '021 Product. |

Case 1:24-cv-01336-MN   Document 33-1   Filed 04/29/26   Page 539 of 602 PageID #: 2535

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,167,021

**Breaking Changes**

- Boomerang will no longer send an "XHR Beacon" when an `XMLHttpRequest` **does not** result in any interesting DOM modifications (i.e. no new images, stylesheets, IFRAMEs or other XHRs were added). This change can be reverted to the previous behavior (of still sending an XHR Beacon) by setting the `AutoXHR.xhrRequireChanges=false` flag.

**Bug Fixes**

- Issue 868: AutoXHR: Don't send XHR beacons if there were no DOM mutations
- Issue 1081: AutoXHR: Don't wait on lazy-loaded images
- Issue 1079: AutoXHR: For XHR beacons that happen before Page Load, ResourceTiming data is properly added to the XHR beacon when it is fired

*Akamai GitHub Repository: akamai/boomerang, Version History (branch: master)* (last visited March 2026) (emphasis added).

In addition, the SPA functionality in the Akamai '021 Product determines if the previous transactions set is a page unit by verifying that the SPA navigation changed the URL. Soft navigations that do not change the URL and trigger no resources are not treated as page units by the Akamai '021 Product. Additionally, the SPA functionality exposes markNavigationComplete() which signals that the transactions set constitutes a completed page unit.

```
markNavigationComplete: function() {
    var i, ev, waiting,
        mh = BOOMR.plugins.AutoXHR.getMutationHandler();

    // if we're waiting due to a `routeChangeWaitFilter` then mark it complete
    if (latestResource && latestResource.wait) {
      BOOMR.plugins.SPA.wait_complete();
    }
```

*Akamai GitHub Repository: akamai/boomerang, plugins/spa.js, BOOMR.plugins.SPA (branch: master)* (last visited March 2026).

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,167,021

| | |
|---|---|
| [8] The method of claim 7, wherein determining whether the previous transactions set is a page unit further comprises:<br><br>determining whether the previous transactions set includes at least one HyperText Markup Language (HTML) object; and<br><br>accepting the previous transactions set as a page unit based at least in part on the previous transaction set including at least one HTML object. | The Akamai '021 Product, when determining whether the previous transactions set is a page unit, further determines whether the previous transactions set includes at least one HyperText Markup Language (HTML) object and accepts the previous transactions set as a page unit based at least in part on the previous transaction set including at least one HTML object.<br><br>The Akamai '021 Product, during page-loading, uses NavigationTiming components to capture the HTML document's timing via the Navigation Timing API, and the ResourceTiming functionality in the '021 Product classifies resource types including "HTML" as the first entry in its predefined content-type set. The traditional page-load beacon requires an HTML document response.<br><br>``` * Boomerang monitors Single Page App (SPA) navigations differently than how it * monitors navigations on traditional websites. * * On traditional websites, the browser completes a full navigation for every page. * During this navigation, the browser requests the page's HTML, JavaScript, * CSS, etc., from the server, and builds the page from these components. Boomerang * monitors this entire process. ```<br><br>*Akamai GitHub Repository: akamai/boomerang, plugins/spa.js, BOOMR.plugins.SPA documentation (branch: master)* (last visited March 2026).<br><br>The ResourceTiming widget includes "HTML" as the first recognized resource type, showing that the Akamai '021 Product classifies and tracks HTML objects within each page unit's transaction set: |

Page 36 of 98



*Akamai mPulse: Analyze how a resource performs over time,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/analyze-resource-performance.

In addition, the Akamai '021 Product contains AutoXHR functionality that checks for DOM modifications that include new HTML content (images, stylesheets, iframes, or XHR-fetched HTML) before accepting the transactions set as a page unit.

Case 1:24-cv-01336-MN    Document 33-1    Filed 04/29/26    Page 542 of 602 PageID #: 2538

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,167,021

```
29    * As long as the event isn't determined to be background activity (i.e an XHR
30    * that didn't change the DOM at all), the event will be measured until all networking
31    * activity has completed.
32    *
33    * This means if your click generated an XHR that triggered an updated view to fetch
34    * more HTML that added images to the page, the entire event will be measured
35    * from the click to the last image completing.
36    *
```

*Akamai GitHub Repository: akamai/boomerang, plugins/auto-xhr.js, BOOMR.plugins.AutoXHR (branch: master)* (last visited March 2026).

| | |
|---|---|
| [15PRE] A non-transitory computer readable storage medium storing instruction that, when executed by a computer, cause the computer to perform a method for processing Hypertext Transfer Protocol (HTTP) data, the method comprising: | Akamai tests and uses a system for performing HTTP transaction analysis for web browsing session segmentation comprising each and every limitation of the claim and directly infringes Claim 15 under 35 U.S.C. § 271(a) on at least these bases.<br><br>Additionally, and/or in the alternative, Akamai indirectly infringes the claim, for example by actively inducing third-party infringement (*e.g.*, infringement by Akamai's Product end-users and/or third-party integrators).   Moreover, Akamai induces infringement under 35 U.S.C. § 271(b) by encouraging its customers and end users to infringe by offering, testing, using, and selling a system for practicing the '021 patent in the United States.<br><br>Unless otherwise noted, OptiMorphix contends that every element of each asserted claim is literally met by the Akamai '021 Products.  To the extent Akamai claims any element is not literally met, OptiMorphix asserts that such element is nonetheless satisfied under the doctrine of equivalents.  No substantial differences between the patent claim elements and the corresponding features of the Akamai '021 Products exist.  In every instance, each element of the apparatus described in the claim is in the Akamai '021 Products for substantially the same function, in substantially the same way, and to achieve substantially the same result as the corresponding claim element.  Furthermore, if a claim chart refers to specific Akamai '021 Products, OptiMorphix asserts that any similarly functioning components also infringe the charted claims.<br><br>To the extent the preamble is limiting, the Akamai '021 Products perform HTTP transaction analysis for web browsing session segmentation. |

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,167,021

The Akamai '021 Product comprises a non-transitory computer readable storage medium storing instructions that, when executed by a computer, cause the computer to perform a method for processing Hypertext Transfer Protocol (HTTP) data, the method comprising the steps recited in Claim 15. Akamai mPulse is implemented via the Boomerang JavaScript library (boomerang.js) and the mPulse JavaScript API (mpulse.js), which are JavaScript source-code files stored on non-transitory computer readable storage media (specifically, on Akamai's CDN edge servers and/or the customer's origin web servers).

mPulse uses a bit of JavaScript code that Akamai calls the mPulse snippet. It includes the boomerang JavaScript (boomerang.js) library to collect web performance data from a user's web browser. That data is sent back to Akamai on the mPulse beacon.

## What an mPulse beacon is

The mPulse beacon is an object that contains all of the business and performance information about a visitor's experience while they're looking at your website.

*Akamai mPulse: How mPulse Works,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/how-mpulse-works.

When Akamai delivers the customer's traffic, the boomerang.js file is stored on the Akamai edge server (a non-transitory computer readable storage medium), and the edge server injects the mPulse snippet that causes the visitor's browser to load and execute it.

Page 39 of 98

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,167,021



*Akamai mPulse: How mPulse Works,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/how-mpulse-works.

- **config.js.** The JavaScript file that contains all of the items in your mPulse app configuration (for example, API key, domain name, page group rules, custom timers and metrics), and determines what information about your visitors' experience is sent to the mPulse beacon logs.

- **custom dimension.** In mPulse, any non-performance data about your visitors that help to categorize page views into useful segments for analysis.

*Akamai mPulse: Key Concepts & Terms,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/key-concepts-terms.

Case 1:24-cv-01336-MN    Document 33-1    Filed 04/29/26    Page 545 of 602 PageID #: 2541

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,167,021

| | |
|---|---|
| | mpulse.js is available from the Akamai/mpulse.js Github repository.<br><br>The un-minified version is available at :<br><br>`dist/mpulse.js`<br><br>There is a minified version available at:<br><br>`dist/mpulse.min.js`<br><br>Akamai GitHub Repository: *akamai/mpulse.js, README.md (branch: master)* (last visited March 2026). |
| [15a] acquiring a current HTTP transaction; | The non-transitory computer readable storage medium of the Akamai '021 Product stores instructions that, when executed, cause the computer to acquire a current Hypertext Transfer Protocol (HTTP) transaction.  The analysis for this element is the same as set forth in the Claim 1 analysis at element [1a]. The Akamai '021 Product stored instructions assemble the per-transaction timing and metadata into a beacon payload.<br><br>• **beacon**. An invisible network request (HTTP or HTTPS) that contains a mass of performance data and other page-load characteristics. All of this factual information is sitting in the beacon as either HTTP headers or as part of the request's query string. In the web performance community, a beacon is commonly called RUM or real user measurement data.<br><br>• **boomerang**. An open-source JavaScript library that measures the page load and other performance characteristics experienced by users. mPulse is built on boomerang.js (open source JavaScript code) to measure the performance of your site from a visitor's perspective.<br><br>*Akamai mPulse: Key Concepts & Terms,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/key-concepts-terms. |

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,167,021

<table>
<tr>
<td></td>
<td>



- The Custom Resource Timing Buffer Size tells boomerang to raise the browser's default resource limit (150). This allows mPulse to track more resources on your site, which can also increase your memory usage so be mindful when using this feature.

- The Config Override lets you customize Boomerang your way, such as enabling and disabling single page application (SPA) support for specific pages. As an example, `{"history": {"enabled": true,"auto": true}}` enables the single page application (SPA) plug in.

*Akamai mPulse: About mPulse Edge Injection,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/about-edge-injection.
</td>
</tr>
<tr>
<td>[15b] determining whether the current HTTP transaction relates to web browsing;</td>
<td>

The non-transitory computer readable storage medium of the Akamai '021 Product stores instructions that, when executed, cause the computer to determine whether the current HTTP transaction relates to web browsing.

The above analysis for Claim 1 element [1b] is incorporated here.  The stored instructions cause the Akamai '021 Product  to match the beacon's user-agent string against a predefined set of synthetic and bot user-agent substrings, and cause the Akamai '021 Product to evaluate whether a transactions relates to web browsing.

mPulse captures as much real visitor data as possible, including synthetic monitoring services. Synthetic monitoring services are not real end users. They do not run the same transactions or access the same page on a scheduled basis. As a result, this could skew both traffic and performance statistics. To help you track synthetic and bot beacons, mPulse matches the user-agent string to detect most of them. If mPulse spots a request from a suspicious source such as Gomez or Facebook, it returns an HTTP 204 No Content response.

*Akamai mPulse: Make the Most of the mPulse Beacon*, AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/most-mpulse-beacon.
</td>
</tr>
</table>

Case 1:24-cv-01336-MN    Document 33-1    Filed 04/29/26    Page 547 of 602 PageID #: 2543

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,167,021

> - **onunload event**. A browser event that's triggered when a visitor leaves a page on your site, for example, they click a link or close their browser.
>
> - **page group**. A collection of URLs that represent a single logical web page such as search results, log in, and account summary.

*Akamai mPulse: Key Concepts & Terms*, AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/key-concepts-terms.

```
 * BOOMR = window.BOOMR || {};
 * BOOMR.xhr_excludes = {
 *    "mysite.com": true,
 *    "/dashboard/": true,
 *    "https://mysite.com/dashboard/": true
 * };
 *
 * @memberof BOOMR
 */
```

*Akamai GitHub Repository: akamai/boomerang, boomerang.js, BOOMR.xhr_excludes (branch: master)* (last visited March 2026).

| | |
|---|---|
| [15c] acquiring a previous transactions set of a specific client; | The non-transitory computer readable storage medium of the Akamai '021 Product stores instructions that, when executed, cause the computer to acquire a previous transactions set of a specific client.<br><br>The above analysis for Claim 1 element [1c] is incorporated here. The stored instructions identify each specific client via a persistent Session ID stored in a first-party session cookie, and retrieve the session state (session ID, session start, session length) on each new beacon to join the current transaction to the previously acquired transaction set. |

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,167,021

<table>
<tr><td></td><td>
mPulse uses the application's *Session Timeout* setting when determining how to track users sessions on your site. Each user session has a timeout associated with it (equal to the value in the *Session Timeout* field). As each new visitor arrives on your site, they're assigned a new and unique Session ID, and will retain that Session ID until their session reaches the timeout.

*Akamai mPulse: Use Session Tracking To Manage Visitor Requests,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/manage-visitor-requests.

The beacon collects the following data and sends it back to mPulse for analysis in the mPulse dashboards. See this list of available parameters for complete details on what the mPulse beacon collects for web apps.
- Top-level (for example, domain, timestamp, and IP address)
- Session (for example, session ID, and session start time)
- User agent (for example, browser family, major version, and device type)

*Akamai mPulse: How mPulse Works,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/how-mpulse-works.
</td></tr>
<tr><td>[15d] evaluating whether the current HTTP transaction belongs with the previous transactions set;</td><td>
The non-transitory computer readable storage medium of the Akamai '021 Product stores instructions that, when executed, cause the computer to evaluate whether the current HTTP transaction belongs with the previous transactions set.

The above analysis for Claim 1 element [1d] is incorporated here. The stored instructions evaluate if a current HTTP transaction belongs with a prior transaction set by evaluating each beacon's timestamp against the session's expiry time to determine whether the current transaction belongs with the prior set.
</td></tr>
</table>

| | |
|---|---|
| | **How mPulse Tracks Sessions**<br><br>mPulse uses the application's *Session Timeout* setting when determining how to track users sessions on your site. Each user session has a timeout associated with it (equal to the value in the *Session Timeout* field). As each new visitor arrives on your site, they're assigned a new and unique Session ID, and will retain that Session ID until their session reaches the timeout.<br><br>*Akamai mPulse: Use Session Tracking To Manage Visitor Requests – How mPulse Tracks Sessions,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/manage-visitor-requests.<br><br>Any beacon that mPulse receives, for a given session, refreshes the timeout period. A session is complete when the session timeout period expires due to no activity on the page. A completed session is then time-stamped according to the last beacon that mPulse received.<br><br>If a user visits only one (1) page before the session timeout expires, mPulse counts that session as a **Bounce**.<br><br>*Akamai mPulse: Use Session Tracking To Manage Visitor Requests - How mPulse Tracks Sessions,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/manage-visitor-requests. |
| [15e] if the current HTTP transaction belongs with the previous transactions set, adding the current HTTP transaction to the previous transactions set; and | The non-transitory computer readable storage medium of the Akamai '021 Product stores instructions that, when executed, cause the computer to add the current HTTP transaction to the previous transactions set if the current HTTP transaction belongs with the previous transactions set.<br><br>The above analysis for Claim 1 element [1d] is incorporated here.  The stored instructions perform the step of adding the current transaction to the previous transaction based on the existing Session ID, increment the session-length counter, and refresh the session-expiry timestamp. |

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,167,021

| |
|---|
| Any beacon that mPulse receives, for a given session, refreshes the timeout period. A session is complete when the session timeout period expires due to no activity on the page. A completed session is then time-stamped according to the last beacon that mPulse received.<br><br>If a user visits only one (1) page before the session timeout expires, mPulse counts that session as a **Bounce**.<br><br>*Akamai mPulse: Use Session Tracking To Manage Visitor Requests - How mPulse Tracks Sessions,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/manage-visitor-requests.<br><br>• **Traffic**. This widget shows the number of views and completed sessions.<br><br>• **Network Performance**. This widget shows the speed of your network.<br><br>• **Engagement**. This widget shows your bounce rate, average session duration, and average session length.<br><br>*Akamai mPulse: Find Ways To Boost Performance,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/boost-performance. |

Page 46 of 98

Case 1:24-cv-01336-MN    Document 33-1    Filed 04/29/26    Page 551 of 602 PageID #: 2547

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,167,021

```
function incrementSessionLength() {
    sessionLength++;
}

/**
 * Sets the session length
 *
 * @param {number} length Length
 */
function setSessionLength(length) {
    if (typeof length !== "number" ||
        length < 0) {
        return;
    }

    sessionLength = length;
}
```

*Akamai GitHub Repository: akamai/mpulse.js, src/mpulse.js, incrementSessionLength() (branch: master* (last visited March 2026).

| [15f] if the current HTTP transaction does not belong with the previous transactions set, creating a boundary of a page unit that includes the HTTP transactions of the previous transactions set for computing a page unit time. | The non-transitory computer readable storage medium of the Akamai '021 Product stores instructions that, when executed, cause the computer to create a boundary of a page unit that includes the HTTP transactions of the previous transactions set for computing a page unit time if the current HTTP transaction does not belong with the previous transactions set. The above analysis for Claim 1 element [1f] is incorporated here.  In addition, the stored instructions relating to RT, SPA, and AutoXHR functionality in the Akamai '021 Products close the current page unit at onload/onbeforeunload (traditional) or at SPA navigation completion (soft navigation), finalize the t_done page-load time, and emit the page-load beacon. |
|---|---|

- **onload event.** A browser event that's triggered when a page on your site fully loads all of the content on the page.

- **onunload event.** A browser event that's triggered when a visitor leaves a page on your site, for example, they click a link or close their browser.

*Akamai mPulse: Key Concepts & Terms,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/key-concepts-terms.

.

### Clear resource timing buffer on soft navigation

For single page applications it is recommended that you clear the resource timing buffer on soft navigation using the boomerang configuration "ResourceTiming.clearOnBeacon." You can set up that configuration in the **Config Override** section of your property in Property Manager.

*Akamai mPulse: Set Up Single Page Application,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/set-up-single-page-application.

```
            // send a beacon
            BOOMR.plugins.RT.done(null, "visible");
        }
    },

    page_unload: function(edata) {
        BOOMR.debug("Unload called when unloadfired = " + this.unloadfired, "rt");

        if (!this.unloadfired) {
            // run done on abort or on page_unload to measure session length
            BOOMR.plugins.RT.done(edata, "unload");
        }
```

*Akamai GitHub Repository: akamai/boomerang, plugins/rt.js, BOOMR.plugins.RT.done() (branch: master)* (last visited March 2026).

<table>
<tr><td></td><td>

```
660 ⌄        markNavigationComplete: function() {
661            var i, ev, waiting,
662               mh = BOOMR.plugins.AutoXHR.getMutationHandler();
663
664            // if we're waiting due to a `routeChangeWaitFilter` then mark it complete
665            if (latestResource && latestResource.wait) {
666              BOOMR.plugins.SPA.wait_complete();
667            }
```

*Akamai GitHub Repository: akamai/boomerang, plugins/spa.js, BOOMR.plugins.SPA (branch: master)* (last visited March 2026).

</td></tr>
<tr><td>

[16]  The computer readable storage medium of claim 15, wherein the page unit time is used for acquiring an expected quality of experience score.

</td><td>

The non-transitory computer readable storage medium of the Akamai '021 Product stores instructions wherein the page unit time is used for acquiring an expected quality of experience score.

The above analysis for Claim 2 is incorporated here.  The Akamai '021 Product instructions use the computed page unit time (t_done) as an input to the Frustration Index (0–100 scale), the What-If predictive analytics model for conversion/revenue, and bounce-rate correlation analysis.

</td></tr>
</table>

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,167,021

| | Frustration Index | Indicates the level of user frustration experienced while loading a page. The index is based on several metrics including *Time to First Byte, First Contentful Paint, Time to Visually Ready, Page Load Time,* and others. Frustration Index ranges from 0 (best) to 100 (worst). |
|---|---|---|

*Akamai mPulse: Use metrics and timers to understand how performance impacts your business,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/use-metrics.

**How are projections calculated?**

Each time a what-if analysis is generated, mPulse calculates the optimal load time to get the highest conversion rate with the least amount of change in load time.

**Load Time & Metrics**

This view shows an individual chart for each of the business metrics that you want to optimize for.

*Akamai mPulse: Forecast Revenue Conversion, and Degradation,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/forecast-revenue-conversion-degradation

```
1209                // send a beacon
1210                BOOMR.plugins.RT.done(null, "visible");
1211            }
1212        },
1213
1214  ∨     page_unload: function(edata) {
1215          BOOMR.debug("Unload called when unloadfired = " + this.unloadfired, "rt");
1216
1217          if (!this.unloadfired) {
1218              // run done on abort or on page_unload to measure session length
1219              BOOMR.plugins.RT.done(edata, "unload");
1220          }
```

*Akamai GitHub Repository: akamai/boomerang, plugins/rt.js, BOOMR.plugins.RT.done() (branch: master)* (last visited March 2026).

| [17] The computer readable storage medium of claim 15, wherein the determining whether the current HTTP transaction relates to web browsing comprises:<br><br>determining whether a user agent of the current HTTP transaction matches with an entry in a predefined user agent set; and<br><br>accepting the current HTTP transaction if the user agent of the current HTTP transaction matches with an | The non-transitory computer readable storage medium of the Akamai '021 Product stores instructions that determine whether the current HTTP transaction relates to web browsing by determining whether a user agent matches with an entry in a predefined user agent set, and accepting the current HTTP transaction if the user agent of the current HTTP transaction matches with an entry in a predefined user agent set.<br><br>The above analysis for Claim 3 is incorporated here.  The Akamai '021 Product maintains a set of Synthetic and Bot user-agent substrings and matches the user-agent of each beacon against this set; non-matching user agents (real browsers) are accepted as web-browsing transactions.<br><br>mPulse captures as much real visitor data as possible, including synthetic monitoring services. Synthetic monitoring services are not real end users. They do not run the same transactions or access the same page on a scheduled basis. As a result, this could skew both traffic and performance statistics. To help you track synthetic and bot beacons, mPulse matches the user-agent string to detect most of them. If mPulse spots a request from a suspicious source such as Gomez or Facebook, it returns an HTTP 204 No Content response.<br><br>*Akamai mPulse: Make the Most of the mPulse Beacon*, AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/most-mpulse-beacon. |

Case 1:24-cv-01336-MN    Document 33-1    Filed 04/29/26    Page 556 of 602 PageID #:
2552

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,167,021

| entry in a predefined user agent set. | Bot Manager integration improves mPulse bot detection and classification capabilities. Bots can skew performance data reported within mPulse. The integration with Bot Manager improves bot detection and classification capabilities and allows you to easily compare bot data against real user performance data. You can control whether or not mPulse collects beacons from bots in order to more precisely focus on performance, user engagement, and business metrics from real end users. mPulse uses Botman to determine whether a visitor is a bot or not so you can diagnose performance issues and identify if bots are the root cause. *Akamai mPulse: Get The Most From Your mPulse Beacon -Integration with Bot Manager,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/most-mpulse-beacon. <br><br> ```// user-agent was specified\nif (params.ua) {\n    ua = params.ua;\n    delete params.ua;\n}\n\nparams["d"] = configJson["site_domain"];\nparams["h.key"] = configJson["h.key"];\nparams["h.d"] = configJson["h.d"];\nparams["h.cr"] = configJson["h.cr"];\nparams["h.t"] = configJson["h.t"];\nparams["http.initiator"] = "api";\nparams["rt.start"] = "api";``` <br><br> *Akamai GitHub Repository: akamai/mpulse.js, src/mpulse.js, sendBeacon() (branch: master)* (last visited March 2026). |
|---|---|
| [18] The computer readable storage medium of claim 15, wherein the determining whether the current HTTP transaction relates to web browsing comprises: | The non-transitory computer readable storage medium of the Akamai '021 Product stores instructions that determine whether the current HTTP transaction relates to web browsing by determining whether a response code acquired based on the current HTTP transaction is in a predefined response code set and accepting the transaction if the response code is determined to be within the predefined response code set. |

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,167,021

| | |
|---|---|
| determining whether a response code is in a predefined response code set, wherein the response code is acquired based on the current HTTP transaction; and<br><br>accepting the current HTTP transaction if the response code is determined to be within the predefined response code set. | The above analysis for Claim 4 is incorporated here.  In addition, the stored instructions int he Akamai '021 Product evaluate beacon config.js responses (returning 204 or 200), and the AutoXHR functionality acquires XHR response status codes to classify transactions.<br><br>Stop beacons from returning data to mPulse. For example, you may have a planned outage and want to avoid collecting data during that time.<br><br>When beacons are suspended mPulse returns that information to the browser as part of the config.js request as either a 204 or a 200 that tells the browser not to send beacons. If a 204 is returned that means no beacons are sent.<br><br>*Akamai mPulse: Get The Most From Your mPulse Beacon,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/most-mpulse-beacon.<br><br>`* If this XHR triggers DOM changes, a beacon will eventually be sent.`<br>`*`<br>`* This beacon will have `http.initiator=xhr` and the beacon parameters will differ`<br>`* from a Page Load beacon.  See {@link BOOMR.plugins.RT} and`<br>`* {@link BOOMR.plugins.NavigationTiming} for details.`<br>`*`<br><br>*Akamai GitHub Repository: akamai/boomerang, plugins/auto-xhr.js, BOOMR.plugins.AutoXHR (branch: master)* (last visited March 2026). |
| [19] The computer readable storage medium of claim 15, wherein the determining whether the current HTTP transaction relates to web browsing comprises: | The non-transitory computer readable storage medium of the Akamai '021 Product stores instructions that determine whether the current HTTP transaction relates to web browsing by determining whether a content type acquired based on the current IMP transaction is within a predefined content type set and accepting the current HTTP transaction if the content type is within a predefined content type set.<br><br>The above analysis for Claim 5 is incorporated here.  In addition, the stored ResourceTiming functionality in the Akamai '021 Product instructions classify resources by initiator type using a predefined set (HTML, CSS, script, image, font, XHR, unknown, text), and the SPA functionality monitors resources matching these content types. |

Case 1:24-cv-01336-MN    Document 33-1    Filed 04/29/26    Page 558 of 602 PageID #: 2554

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,167,021

| | |
|---|---|
| determining whether a content type is within a predefined content type set, wherein the content type is acquired based on the current IMP transaction; and<br><br>accepting the current HTTP transaction if the content type is within a predefined content type set. | <br><br>*Akamai mPulse: Analyze how a resource performs over time,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/analyze-resource-performance.<br><br>```\n * To do so, the Boomerang SPA plugins listen for several life cycle events from\n * the framework, such as AngularJS's `$routeChangeStart`. Once it gets notified\n * of these events, the Boomerang SPA plugins start monitoring the page's markup\n * (DOM) for changes. If any of these changes trigger a download, such as a\n * XHR, image, CSS, or JavaScript, then the Boomerang SPA plugins monitor those\n * resources as well. Only once all of these new resources have been fetched do\n * the Boomerang SPA plugins consider the SPA navigation complete.\n```<br><br>*Akamai GitHub Repository: akamai/boomerang, plugins/spa.js, BOOMR.plugins.SPA (branch: master)* (last visited March 2026). |

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,167,021

| | |
|---|---|
| [20] The computer readable storage medium of claim 15, wherein the evaluating whether the current HTTP transaction belongs with the previous transactions set comprises:<br><br>computing a time gap between the current HTTP transaction and the previous transactions set;<br><br>determining whether the time gap satisfies a predefined timing threshold condition; and<br><br>associating the current HTTP transaction with the previous transactions set if the time gap satisfied the predefined timing threshold condition. | The non-transitory computer readable storage medium of the Akamai '021 Product stores instructions that evaluate whether the current HTTP transaction belongs with the previous transactions set by computing a time gap between the current HTTP transaction and the previous transaction set, determining whether the time gap satisfies a predefined timing threshold condition, and associating the current HTTP transaction with the previous transactions set if the predefined timing threshold condition is satisfied.<br><br>The above analysis for Claim 6 is incorporated here. In addition, the stored instructions in the Akamai '021 Product implement the Session Timeout with a configurable threshold (default 30 minutes, range 1–60 minutes).<br><br><br><br>*Akamai mPulse: Use Session Tracking To Manage Visitor Requests – How mPulse Tracks Sessions,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/manage-visitor-requests.<br><br><br><br>*Akamai mPulse: Use Session Tracking To Manage Visitor Requests - How mPulse Tracks Sessions,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/manage-visitor-requests. |

Case 1:24-cv-01336-MN    Document 33-1    Filed 04/29/26    Page 560 of 602 PageID #:
2556

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,167,021

*Akamai mPulse: Use Session Tracking To Manage Visitor Requests - How mPulse Tracks Sessions,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/manage-visitor-requests.

| [21] The computer readable storage medium of claim 15, wherein the creating a boundary of a page unit further comprises determining whether the previous transactions set is the page unit. | The non-transitory computer readable storage medium of the Akamai '021 Product stores instructions that, when creating a boundary of a page unit, further determine whether the previous transactions set is the page unit. |
|---|---|
| | The above analysis for Claim 7 is incorporated here. In addition, the stored AutoXHR instructions in the Akamai '021 Product evaluate whether the accumulated XHR/resource transactions qualifying as a page unit, and the SPA functionality verifies that a soft navigation changed the URL before treating the previous transactions set as a completed page unit. |
| | |
| | *Akamai mPulse: Key Concepts & Terms,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/key-concepts-terms. |

Case 1:24-cv-01336-MN    Document 33-1    Filed 04/29/26    Page 561 of 602 PageID #: 2557

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,167,021

| | |
|---|---|
| | ```
markNavigationComplete: function() {
    var i, ev, waiting,
        mh = BOOMR.plugins.AutoXHR.getMutationHandler();

    // if we're waiting due to a `routeChangeWaitFilter` then mark it complete
    if (latestResource && latestResource.wait) {
      BOOMR.plugins.SPA.wait_complete();
        }
``` |
| | *Akamai GitHub Repository: akamai/boomerang, plugins/spa.js, BOOMR.plugins.SPA (branch: master)* (last visited March 2026). |
| [22] The computer readable storage medium of claim 21, wherein determining whether the previous transactions set is a page unit further comprises:<br><br>determining whether the previous transactions set includes at least one HyperText Markup Language (HTML) object; and<br><br>accepting the previous transactions set as a page unit based at least in part on the previous transactions set | The non-transitory computer readable storage medium of the Akamai '021 Product stores instructions that, when determining whether the previous transactions set is a page unit, further determine whether the previous transactions set includes at least one HTML object and accept the previous transactions set as a page unit based at least in part on the previous transactions set including at least one HTML object.<br><br>The above analysis for Claim 8 is incorporated here. In addition, the Akamai '021 Product page-load beacon requires an HTML document, and the ResourceTiming functionality classifies "HTML" as the first recognized resource type. The AutoXHR MutationObserver functionality in the Akamai '021 Product evaluates whether the accumulated transactions triggered HTML content changes.<br><br>```
 * Boomerang monitors Single Page App (SPA) navigations differently than how it
 * monitors navigations on traditional websites.
 *
 * On traditional websites, the browser completes a full navigation for every page.
 * During this navigation, the browser requests the page's HTML, JavaScript,
 * CSS, etc., from the server, and builds the page from these components. Boomerang
 * monitors this entire process.
```<br><br>*Akamai GitHub Repository: akamai/boomerang, plugins/spa.js, BOOMR.plugins.SPA documentation (branch: master)* (last visited March 2026). |

| including at least one HTML object. |  |
|---|---|

*Akamai mPulse: Analyze how a resource performs over time,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/analyze-resource-performance.

```
        * As long as the event isn't determined to be background activity (i.e an XHR
        * that didn't change the DOM at all), the event will be measured until all networking
        * activity has completed.
        *
        * This means if your click generated an XHR that triggered an updated view to fetch
        * more HTML that added images to the page, the entire event will be measured
        * from the click to the last image completing.
        *
```

*Akamai GitHub Repository: akamai/boomerang, plugins/auto-xhr.js, BOOMR.plugins.AutoXHR (branch: master)* (last visited March 2026).

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,167,021

| [29PRE] An apparatus for page unit detection comprising: | Akamai tests and uses an apparatus for page unit detection comprising each and every limitation of the claim, and directly infringes the claim on at least these bases. *See, e.g.*, [29a]-[29f]. To the extent the preamble is limiting, the Akamai '021 Products are devices that comprise an apparatus for page unit detection. *See* [29a]-[29f]. |
|---|---|
| | Additionally, and/or in the alternative, Akamai indirectly infringes the claim, for example by actively inducing third-party infringement (*e.g.*, infringement by Akamai's Product end-users and/or third-party integrators). *See, e.g.*, [29a]-[29f]. Moreover, Akamai induces infringement under 35 U.S.C. § 271(b) by encouraging its customers and end users to infringe by offering, testing, using, and selling an apparatus for practicing the '021 patent in the United States. |
| | Unless otherwise noted, OptiMorphix contends that every element of each asserted claim is literally met by the Akamai '021 Products. To the extent Akamai claims any element is not literally met, OptiMorphix asserts that such element is nonetheless satisfied under the doctrine of equivalents. No substantial differences between the patent claim elements and the corresponding features of the Akamai '021 Products exist. In every instance, each element of the apparatus described in the claim is in the Akamai '021 Products for substantially the same function, in substantially the same way, and to achieve substantially the same result as the corresponding claim element. Furthermore, if a claim chart refers to specific Akamai '021 Products, OptiMorphix asserts that any similarly functioning components also infringe the charted claims. |
| | The Akamai '021 Product is a distributed real-user-monitoring apparatus that detects page units by capturing, classifying, and aggregating HTTP transactions from end-user browsers. |

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,167,021

| | |
|---|---|
| | mPulse gives you the power to collect and analyze detailed information about your users' experience whenever they visit your site or native application.<br><br>When a visitor looks at a page on your site, mPulse captures over 200 business and performance facts about that experience directly from the visitor's browser, and sends the data back to mPulse so you can see how your site is performing for real users, in real time.<br><br>With mPulse you can collect performance timers such as bandwidth and page load times as well as business metrics like bounce rate, conversion rates, or order totals.<br><br>*Akamai mPulse: How mPulse Works,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/how-mpulse-works.<br><br>• **mPulse behavior**. A property configuration behavior in Property Manager that lets you enable mPulse on your website.<br><br>• **mPulse collector**. A server that collects, processes, and stores mPulse beacons, and then sends performance data back to the mPulse dashboards for analysis. If Akamai delivers your web traffic, an edge server performs these tasks.<br><br>*Akamai mPulse: Key Concepts & Terms,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/key-concepts-terms. |
| [29a] a packet processor configured to acquire a current Hypertext Transfer Protocol (HTTP) transaction; | The Akamai '021 Product comprises a packet processor configured to acquire a current Hypertext Transfer Protocol (HTTP) transaction.<br><br>The analysis for Claim 1 element [1a] is incorporated by reference. In addition, the Akamai '021 Product contains processors executing AutoXHR, RT, NavigationTiming, and ResourceTiming functionality for acquiring a current HTTP transaction. |

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,167,021

> - **app**. The mPulse configuration used to get performance data from your website or native application into mPulse for data analysis.
>
> - **beacon**. An invisible network request (HTTP or HTTPS) that contains a mass of performance data and other page-load characteristics. All of this factual information is sitting in the beacon as either HTTP headers or as part of the request's query string. In the web performance community, a beacon is commonly called RUM or real user measurement data.

*Akamai mPulse: Key Concepts & Terms,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/key-concepts-terms.

> The beacon collects the following data and sends it back to mPulse for analysis in the mPulse dashboards. See this list of available parameters for complete details on what the mPulse beacon collects for web apps.
>
> - Top-level (for example, domain, timestamp, and IP address)
>
> - Session (for example, session ID, and session start time)
>
> - User agent (for example, browser family, major version, and device type)
>
> - Geographical (for example, country, and region)
>
> - Bandwidth (for example, in kbps and bandwidth block)
>
> - Timers (for example, response time and DOM loaded)
>
> - Custom metrics (for example, conversion and revenue)
>
> - Custom dimensions (for example, store number, logged in status, or origin server)
>
> - Third-party analytics (for example, Google, Adobe, and IBM Digital Analytics)
>
> - Resource timing data (for example, startTime, dns_start, and dns_end)

*Akamai mPulse: How mPulse Works,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/how-mpulse-works.

Page 61 of 98

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,167,021

```
47    * Once enabled and initialized, the `window.XMLHttpRequest` object will be
48    * replaced with a "proxy" object that instruments all XHRs.
49    *
50    * ## Monitoring XHRs
51    *
52    * After `AutoXHR` is enabled, any `XMLHttpRequest.send` will be monitored:
53    *
54    * ```
55    * xhr = new XMLHttpRequest();
56    * xhr.open("GET", "/api/foo");
57    * xhr.send(null);
58    * ```
```

*Akamai GitHub Repository: akamai/boomerang, plugins/auto-xhr.js, BOOMR.plugins.AutoXHR (branch: master)* (last visited March 2026).

```
4445            BOOMR.sendBeacon();
4446        },
4447
4448        /**
4449         * Sends all beacon data.
4450         *
4451         * This function should be called directly any time a "new" beacon is about
4452         * to be constructed.  For example, if you're creating a new XHR or other
4453         * custom beacon, you should ensure the existing beacon data is flushed
4454         * by calling `BOOMR.real_sendBeacon();` first.
4455         *
4456         * @memberof BOOMR
4457         */
```

*Akamai GitHub Repository: akamai/boomerang, boomerang.js, BOOMR.sendBeacon() (branch: master)* (last visited March 2026).

Page 62 of 98

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,167,021

| | |
|---|---|
| [29b] a transaction filter configured to determine whether the current HTTP transaction relates to web browsing; | The Akamai '021 Product comprises a transaction filter configured to determine whether the current HTTP transaction relates to web browsing.<br><br>The analysis for Claim element [1b] is incorporated by reference. In addition, the Akamai '021 Products determine if a current HTTP transaction relates to web browsing by match the beacon's user-agent string against a predefined synthetic/bot set at the collector, evaluate AutoXHR-intercepted XHRs, and apply xhr_excludes and page-group rules to filter non-browsing traffic.<br><br>mPulse captures as much real visitor data as possible, including synthetic monitoring services. Synthetic monitoring services are not real end users. They do not run the same transactions or access the same page on a scheduled basis. As a result, this could skew both traffic and performance statistics. To help you track synthetic and bot beacons, mPulse matches the user-agent string to detect most of them. If mPulse spots a request from a suspicious source such as Gomez or Facebook, it returns an HTTP 204 No Content response.<br><br>*Akamai mPulse: Make the Most of the mPulse Beacon*, AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/most-mpulse-beacon.<br><br>• **onunload event**. A browser event that's triggered when a visitor leaves a page on your site, for example, they click a link or close their browser.<br><br>• **page group**. A collection of URLs that represent a single logical web page such as search results, log in, and account summary.<br><br>*Akamai mPulse: Key Concepts & Terms*, AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/key-concepts-terms. |

| | |
|---|---|
| | ```
* BOOMR = window.BOOMR || {};
* BOOMR.xhr_excludes = {
*    "mysite.com": true,
*    "/dashboard/": true,
*    "https://mysite.com/dashboard/": true
* };
*
* @memberof BOOMR
*/
```<br><br>*Akamai GitHub Repository: akamai/boomerang, boomerang.js, BOOMR.xhr_excludes (branch: master)* (last visited March 2026). |
| [29c] a page unit detector configured to acquire a previous transactions set of a specific client, | The Akamai '021 Product comprises a page unit detector configured to acquire a previous transactions set of a specific client.<br><br>The analysis for Claim element [1c] is incorporated by reference.  In addition, the Akamai '021 Product identifies specific clients by a persistent Session ID stored in a first-party session cookie and retrieves the prior session state (session ID, session start, session length) whenever a new beacon is constructed.<br><br>mPulse uses the application's *Session Timeout* setting when determining how to track users sessions on your site. Each user session has a timeout associated with it (equal to the value in the *Session Timeout* field). As each new visitor arrives on your site, they're assigned a new and unique Session ID, and will retain that Session ID until their session reaches the timeout.<br><br>*Akamai mPulse: Use Session Tracking To Manage Visitor Requests,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/manage-visitor-requests. |

Case 1:24-cv-01336-MN    Document 33-1    Filed 04/29/26    Page 569 of 602 PageID #:
2565

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,167,021

The beacon collects the following data and sends it back to mPulse for analysis in the mPulse dashboards. See this list of available parameters for complete details on what the mPulse beacon collects for web apps.

- Top-level (for example, domain, timestamp, and IP address)
- Session (for example, session ID, and session start time)
- User agent (for example, browser family, major version, and device type)

*Akamai mPulse: How mPulse Works,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/how-mpulse-works.

| [29d] a page unit detector configured to evaluate whether the current HTTP transaction belongs with the previous transactions set, | The Akamai '021 Product comprises a page unit detector configured to evaluate whether the current HTTP transaction belongs with the previous transactions set. |
|---|---|
| | The analysis for claim element [1d] is incorporated by reference.  In addition, the Akamai '021 Product evaluates if a current HTTP transaction should belong with a prior transaction set by checking the Session Timeout threshold (the time between the current beacon and the session's most recent activity), and the Akamai '021 Product uses its SPA/History functionality to evaluate whether XHR or route changes belong to the active page unit (prior transaction set). |

**How mPulse Tracks Sessions**

mPulse uses the application's *Session Timeout* setting when determining how to track users sessions on your site. Each user session has a timeout associated with it (equal to the value in the *Session Timeout* field). As each new visitor arrives on your site, they're assigned a new and unique Session ID, and will retain that Session ID until their session reaches the timeout.

*Akamai mPulse: Use Session Tracking To Manage Visitor Requests – How mPulse Tracks Sessions,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/manage-visitor-requests.

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,167,021

| | |
|---|---|
| | Any beacon that mPulse receives, for a given session, refreshes the timeout period. A session is complete when the session timeout period expires due to no activity on the page. A completed session is then time-stamped according to the last beacon that mPulse received.<br><br>If a user visits only one (1) page before the session timeout expires, mPulse counts that session as a **Bounce**.<br><br>*Akamai mPulse: Use Session Tracking To Manage Visitor Requests - How mPulse Tracks Sessions,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/manage-visitor-requests.<br><br>The default *Session Timeout* for applications is 30 minutes. You can adjust the value based on your visitors' browsing habits. For example, visitors that read long articles on news sites may need longer session timeouts. The *Session Timeout* can be set as long as 60 minutes or as short as 1 minute.<br><br>*Akamai mPulse: Use Session Tracking To Manage Visitor Requests - How mPulse Tracks Sessions,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/manage-visitor-requests. |
| [29e] a page unit detector configured to, if the current HTTP transaction belongs with the previous transactions set, add the current HTTP transaction to the previous transactions set; and | The Akamai '021 Product comprises a page unit detector configured to determine if the current HTTP transaction belongs with the previous transactions set if the current HTTP transaction belongs with the previous transactions set, and if so, add the current HTTP transaction to the previous transactions set.<br><br>The analysis for Claim 1 element [1e] is incorporated by reference. In addition, the Akamai '021 Product adds the current HTTP transaction to the prior transactions set if the current HTTP transaction belongs with the prior transaction by continuing the existing Session ID, incrementing the session-length counter, and refreshing the session-expiry timestamp on the session cookie. |

> Any beacon that mPulse receives, for a given session, refreshes the timeout period. A session is complete when the session timeout period expires due to no activity on the page. A completed session is then time-stamped according to the last beacon that mPulse received.
>
> If a user visits only one (1) page before the session timeout expires, mPulse counts that session as a **Bounce**.

*Akamai mPulse: Use Session Tracking To Manage Visitor Requests - How mPulse Tracks Sessions,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/manage-visitor-requests.

```
function incrementSessionLength() {
    sessionLength++;
}

/**
 * Sets the session length
 *
 * @param {number} length Length
 */
function setSessionLength(length) {
    if (typeof length !== "number" ||
        length < 0) {
        return;
    }

    sessionLength = length;
}
```

*Akamai GitHub Repository: akamai/mpulse.js, src/mpulse.js, incrementSessionLength() (branch: master* (last visited March 2026).

Page 67 of 98

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,167,021

| [29f] a page unit detector configured to, if the current HTTP transaction does not belong with the previous transactions set, create a boundary of a page unit that includes the HTTP transactions of the previous transactions set for computing a page unit time. | The Akamai '021 Product comprises a page unit detector configured to determine if the current HTTP transaction does not belong with the previous transactions set, and create a boundary of a page unit that includes the HTTP transactions of the previous transactions set for computing a page unit time. |
|---|---|
| | The analysis for Claim 1 element [1f] is incorporated by reference. In addition, the Akamai '021 Product creates a boundary of a page unit that includes the HTTP transactions of the previous transactions set by executing the RT, SPA, and AutoXHR functionality which will close the current page unit at onload/onbeforeunload (traditional) or at SPA markNavigationComplete (soft navigation). The Akamai '021 Products will then finalize the t_done page-load time over the transactions belonging to that page unit using the page-load beacon. |
| | • **onload event**. A browser event that's triggered when a page on your site fully loads all of the content on the page.<br><br>• **onunload event**. A browser event that's triggered when a visitor leaves a page on your site, for example, they click a link or close their browser. |
| | *Akamai mPulse: Key Concepts & Terms,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/key-concepts-terms. |
| | Any beacon that mPulse receives, for a given session, refreshes the timeout period. A session is complete when the session timeout period expires due to no activity on the page. A completed session is then time-stamped according to the last beacon that mPulse received.<br><br>If a user visits only one (1) page before the session timeout expires, mPulse counts that session as a **Bounce**. |
| | *Akamai mPulse: Use Session Tracking To Manage Visitor Requests,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/manage-visitor-requests. |

```
1209            // send a beacon
1210            BOOMR.plugins.RT.done(null, "visible");
1211        }
1212    },
1213
1214  ∨    page_unload: function(edata) {
1215        BOOMR.debug("Unload called when unloadfired = " + this.unloadfired, "rt");
1216
1217        if (!this.unloadfired) {
1218            // run done on abort or on page_unload to measure session length
1219            BOOMR.plugins.RT.done(edata, "unload");
1220        }
```

*Akamai GitHub Repository: akamai/boomerang, plugins/rt.js, BOOMR.plugins.RT.done() (branch: master) (last visited March 2026).*

```
660  ∨    markNavigationComplete: function() {
661        var i, ev, waiting,
662            mh = BOOMR.plugins.AutoXHR.getMutationHandler();
663
664        // if we're waiting due to a `routeChangeWaitFilter` then mark it complete
665        if (latestResource && latestResource.wait) {
666            BOOMR.plugins.SPA.wait_complete();
667        }
```

*Akamai GitHub Repository: akamai/boomerang, plugins/spa.js, BOOMR.plugins.SPA (branch: master) (last visited March 2026).*

| | |
|---|---|
| [30] The apparatus of claim 29, wherein the page unit time is used for acquiring an expected quality of experience score. | The Akamai '021 Product comprises an apparatus of claim 29 wherein the page unit time is used for acquiring an expected quality of experience score.

The Akamai '021 Product uses the page unit time (page load time, also referred to as t_done) as a primary input for computing several quality-of-experience scores, including the Frustration Index, the What-If predictive conversion model, and the bounce-rate-versus-load-time correlation analysis. Each of these features derives an expected quality-of-experience metric from the computed page unit time. Specifically, the Akamai '021 Product computes a Frustration Index score that quantifies the end-user's |

Case 1:24-cv-01336-MN    Document 33-1    Filed 04/29/26    Page 574 of 602 PageID #: 2570

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,167,021

expected quality of experience on a 0–100 scale, derived from page unit time and performance measurements:

| | |
|---|---|
| Frustration Index | Indicates the level of user frustration experienced while loading a page. The index is based on several metrics including *Time to First Byte, First Contentful Paint, Time to Visually Ready, Page Load Time*, and others. Frustration Index ranges from 0 (best) to 100 (worst). |

*Akamai mPulse: Use metrics and timers to understand how performance impacts your business,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/use-metrics.

The Akamai '021 Product also uses the page unit time as the input to its What-If predictive analytics engine. The Akamai '021 Product computes an expected quality-of-experience score expressed in terms of projected conversion rate, revenue impact, and bounce-rate change for a given page-load-time target:

Case 1:24-cv-01336-MN    Document 33-1    Filed 04/29/26    Page 575 of 602 PageID #: 2571

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,167,021

| | |
|---|---|
| | mPulse not only shows you how fast you are, but how fast you need to be to meet your users' expectations.<br><br>mPulse lets you directly measure how your users are impacted by delays on your site, leading to a much more accurate estimate of what your target speed should be.<br><br>Use the What-If dashboard to see how improvements to performance can directly impact your revenue.<br><br>*Akamai mPulse: Forecast Revenue, Conversion, and Degradation,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/forecast-revenue-conversion-degradation.<br><br>The Akamai '021 Product What-If Summary widget uses the page unit time to compute projected improvements in quality-of-experience metrics:<br><br><ul><li>**Summary.** This widget shows completed sessions, bounce rate, conversion, revenue, and session load time.</li><li>**What-If Analysis.** This widget shows a graphical representation of what your revenue would be if your site was faster.</li><li>**What-If Summary.** This widget uses predictive analytics to tell you the impact of performance changes on conversions, revenue, and other business metrics.</li></ul><br>*Akamai mPulse: Forecast Revenue, Conversion, and Degradation,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/forecast-revenue-conversion-degradation. |
| [31] The apparatus of claim 29, wherein the transaction filter is configured to determine whether the current HTTP transaction relates to web browsing by determining whether a user | The Akamai '021 Product comprises an apparatus of claim 29, wherein the transaction filter is configured to determine whether the current HTTP transaction relates to web browsing by determining whether a user agent of the current HTTP transaction matches with an entry in a predefined user agent set, and accepting the current HTTP transaction if the user agent of the current HTTP transaction matches with an entry in a predefined user agent set.<br><br>As discussed above, the Akamai '021 Product maintains a set of user-agent substrings that identify synthetic-monitoring services and bots.  The Akamai '021 Product contains a collector that matches the |

Case 1:24-cv-01336-MN    Document 33-1    Filed 04/29/26    Page 576 of 602 PageID #:
2572

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,167,021

| | |
|---|---|
| agent of the current HTTP transaction matches with an entry in a predefined user agent set, and accepting the current HTTP transaction if the user agent of the current HTTP transaction matches with an entry in a predefined user agent set. | user-agent string of each incoming beacon against a predefined set. If the user-agent matches a synthetic or bot entry, the Akamai '021 Product returns an HTTP 204 No Content response, rejecting the transaction. If the Akamai '021 Product does not match a synthetic/bot entry (i.e., the user-agent matches an entry in the "real user browser" set), the Akamai '021 Product accepts the HTTP transaction as relating to web browsing.<br><br>mPulse captures as much real visitor data as possible, including synthetic monitoring services. Synthetic monitoring services are not real end users. They do not run the same transactions or access the same page on a scheduled basis. As a result, this could skew both traffic and performance statistics. To help you track synthetic and bot beacons, mPulse matches the user-agent string to detect most of them. If mPulse spots a request from a suspicious source such as Gomez or Facebook, it returns an HTTP 204 No Content response.<br><br>*Akamai mPulse: Make the Most of the mPulse Beacon*, AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/most-mpulse-beacon.<br><br>The predefined user-agent set om the Akamai '021 Product includes both a Synthetic user agents table (alertsite, browsermob, BTTAgent, catchpoint, DejaClick, gomeza, ktxn, pingdom.com_bot_, ptst, ptst/, rigor, yottaamonitor) and a Bot user agents table (^curl, ^python-urllib, baiduspider, bingbot, googlebot, facebookexternalhit, slurp, yandexbot, and dozens of others). |

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,167,021

mPulse matches these user-agent strings so you can monitor synthetic and bot beacons in your mPulse dashboards.

### Synthetic user agents

| Match | User agent |
|---|---|
| alertsite | AlertSite |
| browsermob | BrowserMob |
| BTTAgent | Blue Triangle |
| catchpoint | Catchpoint |
| DejaClick | DejaClick |
| gomeza | Gomez |
| ktxn | Keynote |
| pingdom.com_bot_ | Pingdom |
| ptst | WebPagetest |
| ptst/ | WebPagetest |
| rigor | Rigor |
| yottaamonitor | Yottaa |

*Akamai mPulse: Make the Most of the mPulse Beacon*, AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/most-mpulse-beacon.

The user-agent-based filtering performed by the Akamai '021 Product is also supplemented by Akamai Bot Manger, which performs classification of visitor by type.

Page 73 of 98

> Bot Manager integration improves mPulse bot detection and classification capabilities.
>
> Bots can skew performance data reported within mPulse. The integration with Bot Manager improves bot detection and classification capabilities and allows you to easily compare bot data against real user performance data. You can control whether or not mPulse collects beacons from bots in order to more precisely focus on performance, user engagement, and business metrics from real end users. mPulse uses Botman to determine whether a visitor is a bot or not so you can diagnose performance issues and identify if bots are the root cause.

*Akamai mPulse: Get The Most From Your mPulse Beacon -Integration with Bot Manager,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/most-mpulse-beacon.

In the Akamai '021 Product, each beacon's user-agent is included in the beacon payload, which the Akamai '021 Product collector matches against the predefined set:

> The beacon collects the following data and sends it back to mPulse for analysis in the mPulse dashboards. See this list of available parameters for complete details on what the mPulse beacon collects for web apps.
>
> - Top-level (for example, domain, timestamp, and IP address)
> - Session (for example, session ID, and session start time)
> - User agent (for example, browser family, major version, and device type)
> - Geographical (for example, country, and region)
> - Bandwidth (for example, in kbps and bandwidth block)

*Akamai mPulse: How mPulse Works,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/how-mpulse-works.

The mpulse.js API also shows the Akamai '021 Product performs user-agent detection in its beacon-sending logic:

```
678                   // user-agent was specified
679                   if (params.ua) {
680                       ua = params.ua;
681                       delete params.ua;
682                   }
683
684                   params["d"] = configJson["site_domain"];
685                   params["h.key"] = configJson["h.key"];
686                   params["h.d"] = configJson["h.d"];
687                   params["h.cr"] = configJson["h.cr"];
688                   params["h.t"] = configJson["h.t"];
689                   params["http.initiator"] = "api";
690                   params["rt.start"] = "api";
```

*Akamai GitHub Repository: akamai/mpulse.js, src/mpulse.js, sendBeacon() (branch: master)* (last visited March 2026).

| | |
|---|---|
| [32] The apparatus of claim 29, wherein the transaction filter is configured to determine whether the current HTTP transaction relates to web browsing by determining whether a response code is in a predefined response code set, wherein the response code is acquired based on the current HTTP transaction, and accepting the current HTTP transaction if the response code is determined to be | The Akamai '021 Product comprises the apparatus of claim 29, wherein the transaction filter is configured to determine whether the current HTTP transaction relates to web browsing by determining whether a response code is in a predefined response code set, wherein the response code is acquired based on the current HTTP transaction, and accepting the current HTTP transaction if the response code is determined to be within the predefined response code set. <br><br> The Akamai '021 Product performs response-code-based filtering to beacon requests. As described in the Claim 1 analysis above, when the collector identifies a bot or synthetic user-agent, it returns an HTTP 204 No Content response, dropping the beacon. Further, the Akamai '021 Product checks the response code to determine whether a beacon should be sent. |

Case 1:24-cv-01336-MN   Document 33-1   Filed 04/29/26   Page 580 of 602 PageID #: 2576

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,167,021

| | |
|---|---|
| within the predefined response code set. | Stop beacons from returning data to mPulse. For example, you may have a planned outage and want to avoid collecting data during that time.<br><br>When beacons are suspended mPulse returns that information to the browser as part of the config.js request as either a 204 or a 200 that tells the browser not to send beacons. If a 204 is returned that means no beacons are sent.<br><br>*Akamai mPulse: Get The Most From Your mPulse Beacon,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/most-mpulse-beacon. |
| [33] The apparatus of claim 29, wherein the transaction filter is configured to determine whether the current HTTP transaction relates to web browsing by determining whether a content type is within a predefined content type set, wherein the content type is acquired based on the current HTTP transaction, and accepting the current HTTP transaction if the content type is within a predefined content type set. | The Akamai '021 Product comprises the apparatus of claim 29, wherein the transaction filter is configured to determine whether the current HTTP transaction relates to web browsing by determining whether a content type is within a predefined content type set, wherein the content type is acquired based on the current HTTP transaction, and accepting the current HTTP transaction if the content type is within a predefined content type set.<br><br>The Akamai '021 Product Boomerang functionality classifies each resource and sub-transaction by content type (through the ResourceTiming functionality in the Akamai '021 Product). Akamai '021 Product documentation identifies a predefined set of content types that mPulse recognizes and accepts as web-browsing resources: HTML, CSS, script, image, font, XHR, unknown, and text: |

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,167,021



*Akamai mPulse: Analyze how a resource performs over time,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/analyze-resource-performance.

The ResourceTiming functionality in the Akamai '021 Product checks and performs content-type classification based on MIME type. The SPA functionality in the Akamai '021 Product shows that Boomerang distinguishes resources by whether "a XHR, image, CSS, or JavaScript" is triggered.

Case 1:24-cv-01336-MN    Document 33-1    Filed 04/29/26    Page 582 of 602 PageID #: 2578

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,167,021

```
48        * To do so, the Boomerang SPA plugins listen for several life cycle events from
49        * the framework, such as AngularJS's `$routeChangeStart`. Once it gets notified
50        * of these events, the Boomerang SPA plugins start monitoring the page's markup
51        * (DOM) for changes. If any of these changes trigger a download, such as a
52        * XHR, image, CSS, or JavaScript, then the Boomerang SPA plugins monitor those
53        * resources as well. Only once all of these new resources have been fetched do
54        * the Boomerang SPA plugins consider the SPA navigation complete.
```

*Akamai GitHub Repository: akamai/boomerang, plugins/spa.js, BOOMR.plugins.SPA (branch: master)* (last visited March 2026).

| [34] The apparatus of claim 29, wherein the page unit detector is configured to evaluate whether the current HTTP transaction belongs with the previous transactions set by computing a time gap between the current HTTP transaction and the previous transactions set, determining whether the time gap satisfies a predefined timing threshold condition, and associating the current HTTP transaction with the previous transactions set if the time gap satisfied the predefined timing threshold condition. | The Akamai '021 Product comprises the apparatus of claim 29, wherein the page unit detector is configured to evaluate whether the current HTTP transaction belongs with the previous transactions set by computing a time gap between the current HTTP transaction and the previous transactions set, determining whether the time gap satisfies a predefined timing threshold condition, and associating the current HTTP transaction with the previous transactions set if the time gap satisfied the predefined timing threshold condition.<br><br>As detailed above, the Akamai '021 Product performs session-tracking by maintaining a session-timeout timestamp for each active session. Each beacon that arrives is compared against the session's most recent timestamp by the Akamai '021 Product. The difference between the current beacon's timestamp and the last beacon's timestamp constitutes the "time gap." If this gap is less than the configurable Session Timeout threshold, the current HTTP transaction is associated with (added to) the previous transactions set and the timeout is refreshed by the Akamai '021 Product. If the gap exceeds the threshold, a new session begins. |

Case 1:24-cv-01336-MN    Document 33-1    Filed 04/29/26    Page 583 of 602 PageID #: 2579

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,167,021

**How mPulse Tracks Sessions**

mPulse uses the application's *Session Timeout* setting when determining how to track users sessions on your site. Each user session has a timeout associated with it (equal to the value in the *Session Timeout* field). As each new visitor arrives on your site, they're assigned a new and unique Session ID, and will retain that Session ID until their session reaches the timeout.

*Akamai mPulse: Use Session Tracking To Manage Visitor Requests – How mPulse Tracks Sessions,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/manage-visitor-requests.

Any beacon that mPulse receives, for a given session, refreshes the timeout period. A session is complete when the session timeout period expires due to no activity on the page. A completed session is then time-stamped according to the last beacon that mPulse received.

If a user visits only one (1) page before the session timeout expires, mPulse counts that session as a **Bounce**.

*Akamai mPulse: Use Session Tracking To Manage Visitor Requests - How mPulse Tracks Sessions,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/manage-visitor-requests.

The predefined timing threshold is a configurable parameter with a default of 30 minutes and a range of 1 to 60 minutes in the Akamai '021 Product.

The default *Session Timeout* for applications is 30 minutes. You can adjust the value based on your visitors' browsing habits. For example, visitors that read long articles on news sites may need longer session timeouts. The *Session Timeout* can be set as long as 60 minutes or as short as 1 minute.

*Akamai mPulse: Use Session Tracking To Manage Visitor Requests - How mPulse Tracks Sessions,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/manage-visitor-requests.

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,167,021

| [35] The apparatus of claim 29, wherein the page unit detector is configured to create a boundary of a page unit by determining whether the previous transactions set is the page unit. | The Akamai '021 Product comprises the apparatus of claim 29, wherein the page unit detector is configured to create a boundary of a page unit by determining whether the previous transactions set is the page unit.<br><br>The Akamai '021 Product determines if a previous transactions set is a page unit when the onload event fires, confirming that the browser has completed loading all content for the page. As described above, the page-load boundary is defined by the onload/onbeforeunload event pair.<br><br>• **onload event**. A browser event that's triggered when a page on your site fully loads all of the content on the page.<br><br>• **onunload event**. A browser event that's triggered when a visitor leaves a page on your site, for example, they click a link or close their browser.<br><br>*Akamai mPulse: Key Concepts & Terms,* Akamai TechDocs (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/key-concepts-terms.<br><br>In addition, the Akamai '021 Product contains AutoXHR functionality that performs a DOM analysis to determine if the accumulated XHR and resource transactions constitute a complete page unit (i.e., a navigation that "changed the DOM") versus background activity. If the XHR does not result in "interesting DOM modifications," the previous transactions set is not treated as a page unit, and no beacon is sent by the Akamai '021 Product. |

**Breaking Changes**

- Boomerang will no longer send an "XHR Beacon" when an `XMLHttpRequest` **does not** result in any interesting DOM modifications (i.e. no new images, stylesheets, IFRAMEs or other XHRs were added). This change can be reverted to the previous behavior (of still sending an XHR Beacon) by setting the `AutoXHR.xhrRequireChanges=false` flag.

**Bug Fixes**

- Issue 868: AutoXHR: Don't send XHR beacons if there were no DOM mutations
- Issue 1081: AutoXHR: Don't wait on lazy-loaded images
- Issue 1079: AutoXHR: For XHR beacons that happen before Page Load, ResourceTiming data is properly added to the XHR beacon when it is fired

*Akamai GitHub Repository: akamai/boomerang, Version History (branch: master)* (last visited March 2026) (emphasis added).

In addition, the SPA functionality in the Akamai '021 Product determines if the previous transactions set is a page unit by verifying that the SPA navigation changed the URL. Soft navigations that do not change the URL and trigger no resources are not treated as page units by the Akamai '021 Product. Additionally, the SPA functionality exposes markNavigationComplete() which signals that the transactions set constitutes a completed page unit.

```
markNavigationComplete: function() {
    var i, ev, waiting,
        mh = BOOMR.plugins.AutoXHR.getMutationHandler();

    // if we're waiting due to a `routeChangeWaitFilter` then mark it complete
    if (latestResource && latestResource.wait) {
      BOOMR.plugins.SPA.wait_complete();
    }
```

*Akamai GitHub Repository: akamai/boomerang, plugins/spa.js, BOOMR.plugins.SPA (branch: master)* (last visited March 2026).

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,167,021

| [36] The apparatus of claim 35, wherein the page unit detector is configured to determine whether the previous transactions set is a page unit by determining whether the previous transactions set includes at least one HyperText Markup Language (HTML) object, and accepting the previous transactions set as a page unit based at least in part on the previous transaction set including at least one HTML object. | The Akamai '021 Product comprises the apparatus of claim 35, wherein the page unit detector is configured to determine whether the previous transactions set is a page unit by determining whether the previous transactions set includes at least one HyperText Markup Language (HTML) object, and accepting the previous transactions set as a page unit based at least in part on the previous transaction set including at least one HTML object.<br><br>The Akamai '021 Product during page-loading uses NavigationTiming components to capture the HTML document's timing via the Navigation Timing API, and the ResourceTiming functionality classifies resource types including "HTML" as the first entry in its predefined content-type set. The traditional page-load beacon requires an HTML document response.<br><br>`* Boomerang monitors Single Page App (SPA) navigations differently than how it`<br>`* monitors navigations on traditional websites.`<br>`*`<br>`* On traditional websites, the browser completes a full navigation for every page.`<br>`* During this navigation, the browser requests the page's HTML, JavaScript,`<br>`* CSS, etc., from the server, and builds the page from these components. Boomerang`<br>`* monitors this entire process.`<br><br>*Akamai GitHub Repository: akamai/boomerang, plugins/spa.js, BOOMR.plugins.SPA documentation (branch: master)* (last visited March 2026).<br><br>The ResourceTiming widget includes "HTML" as the first recognized resource type, showing that the Akamai '021 Product classifies and tracks HTML objects within each page unit's transaction set: |

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,167,021



*Akamai mPulse: Analyze how a resource performs over time,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/analyze-resource-performance.

In addition, the Akamai '021 Product contains AutoXHR functionality that checks for DOM modifications that include new HTML content (images, stylesheets, iframes, or XHR-fetched HTML) before accepting the transactions set as a page unit.

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,167,021



```
29      * As long as the event isn't determined to be background activity (i.e an XHR
30      * that didn't change the DOM at all), the event will be measured until all networking
31      * activity has completed.
32      *
33      * This means if your click generated an XHR that triggered an updated view to fetch
34      * more HTML that added images to the page, the entire event will be measured
35      * from the click to the last image completing.
36      *
```

*Akamai GitHub Repository: akamai/boomerang, plugins/auto-xhr.js, BOOMR.plugins.AutoXHR (branch: master)* (last visited March 2026).

| [43PRE] An apparatus for page unit detection, comprising: | Akamai tests and uses an apparatus for page unit detection comprising each and every limitation of the claim, and directly infringes the claim on at least these bases. *See, e.g.*, [43a]-[43(b)(vi)]. To the extent the preamble is limiting, the Akamai '021 Products are devices that comprise an apparatus for page unit detection. *See* [43a]-[43(b)(vi)].

Additionally, and/or in the alternative, Akamai indirectly infringes the claim, for example by actively inducing third-party infringement (*e.g.*, infringement by Akamai's Product end-users and/or third-party integrators). *See, e.g.*, [43a]-[43(b)(vi)]. Moreover, Akamai induces infringement under 35 U.S.C. § 271(b) by encouraging its customers and end users to infringe by offering, testing, using, and selling an apparatus for practicing the '021 patent in the United States.

Unless otherwise noted, OptiMorphix contends that every element of each asserted claim is literally met by the Akamai '021 Products. To the extent Akamai claims any element is not literally met, OptiMorphix asserts that such element is nonetheless satisfied under the doctrine of equivalents. No substantial differences between the patent claim elements and the corresponding features of the Akamai '021 Products exist. In every instance, each element of the apparatus described in the claim is in the Akamai '021 Products for substantially the same function, in substantially the same way, and to achieve substantially the same result as the corresponding claim element. Furthermore, if a claim chart refers to specific Akamai '021 Products, OptiMorphix asserts that any similarly functioning components also infringe the charted claims. |

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,167,021

| | The Akamai '021 Product is an apparatus for page unit detection, comprising the structural components recited in the remainder of Claim 43.  The Akamai '021 Product is a distributed real-user-monitoring apparatus that detects page units by capturing, classifying, and aggregating HTTP transactions from end-user browsers.<br><br>mPulse gives you the power to collect and analyze detailed information about your users' experience whenever they visit your site or native application.<br><br>When a visitor looks at a page on your site, mPulse captures over 200 business and performance facts about that experience directly from the visitor's browser, and sends the data back to mPulse so you can see how your site is performing for real users, in real time.<br><br>With mPulse you can collect performance timers such as bandwidth and page load times as well as business metrics like bounce rate, conversion rates, or order totals.<br><br>*Akamai mPulse: How mPulse Works,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/how-mpulse-works.<br><br>• **mPulse behavior**. A property configuration behavior in Property Manager that lets you enable mPulse on your website.<br><br>• **mPulse collector**. A server that collects, processes, and stores mPulse beacons, and then sends performance data back to the mPulse dashboards for analysis. If Akamai delivers your web traffic, an edge server performs these tasks.<br><br>*Akamai mPulse: Key Concepts & Terms,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/key-concepts-terms. |
| [43a] one or more computer-readable storage media configured to store instructions; and | The Akamai '021 Product comprises one or more computer-readable storage media configured to store instructions.  As set forth in the Claim 15 preamble analysis, the apparatus stores its instructions on computer-readable storage media. |

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,167,021

| | |
|---|---|
| | mPulse uses a bit of JavaScript code that Akamai calls the mPulse snippet. It includes the boomerang JavaScript (boomerang.js) library to collect web performance data from a user's web browser. That data is sent back to Akamai on the mPulse beacon.<br><br>**What an mPulse beacon is**<br><br>The mPulse beacon is an object that contains all of the business and performance information about a visitor's experience while they're looking at your website.<br><br>*Akamai mPulse: How mPulse Works,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/how-mpulse-works.<br><br>• **config.js.** The JavaScript file that contains all of the items in your mPulse app configuration (for example, API key, domain name, page group rules, custom timers and metrics), and determines what information about your visitors' experience is sent to the mPulse beacon logs.<br><br>• **custom dimension.** In mPulse, any non-performance data about your visitors that help to categorize page views into useful segments for analysis.<br><br>*Akamai mPulse: Key Concepts & Terms,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/key-concepts-terms. |

Case 1:24-cv-01336-MN    Document 33-1    Filed 04/29/26    Page 591 of 602 PageID #: 2587

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,167,021



*Akamai mPulse: How mPulse Works,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/how-mpulse-works.

| [43b] one or more processors configured to execute the instructions to cause the apparatus to: | The Akamai '021 Product comprises one or more processors configured to execute the stored instructions to cause the apparatus to perform the recited page-unit-detection operations. |
|---|---|
| | The apparatus's processors include: (i) the CPUs of Akamai edge servers that execute the beacon collection, user-agent filtering, and config.js serving logic and (ii) the CPUs of the mPulse backend ingestion and analytics infrastructure, which loads and executes the stored boomerang.js and mpulse.js instructions to perform the page-unit-detection operations recited in elements [43(b)(i)]–[43(b)(vi)]. |

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,167,021

<table>
<tr>
<td></td>
<td>

### How the mPulse snippet works

The mPulse snippet creates an empty inline frame (IFrame) that's typically used to embed an HTML page within the current HTML page. In mPulse, the IFrame is used to wrap the snippet's components (for example, boomerang.js, an API key, and a domain name) and your web page's performance results together to generate and deliver the mPulse beacon to a collector such as a server on the Akamai edge, where your performance data is processed, stored, and displayed in the mPulse dashboards.

*Akamai mPulse: How mPulse Works,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/how-mpulse-works.

Akamai's edge platform provides the server-side processors that execute the collector-side instructions.

- **EdgeWorkers** is the world's most distributed edge serverless platform offering:
  - **Just Code**: Write JavaScript code and quickly deploy to all Akamai's secure edge servers.
  - **Every Edge Server as a Compute Node**: The Chrome V8 engine is deployed to every secure edge server, moving code execution closest to the end user and device.
  - **Integration with CDN traffic flow**: Execute business logic at different event-points of the traffic flow to improve latency, increase cacheability, and eliminate trips to origin.

*Akamai EdgeWorkers: General Questions,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/edgeworkers/docs/faq.

</td>
</tr>
<tr>
<td>[43(b)(i)] acquire a current Hypertext Transfer Protocol (HTTP) transaction;</td>
<td>The Akamai '021 Product's one or more processors execute the stored instructions to cause the apparatus to acquire a current Hypertext Transfer Protocol (HTTP) transaction.</td>
</tr>
</table>

Page 88 of 98

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,167,021

| | The analysis for claim 1 element [1a] is incorporated by reference.  In addition, the Akamai '021 Product contains processors executing AutoXHR, RT, NavigationTiming, and ResourceTiming functionality for acquiring a current HTTP transaction.<br><br>• **app**. The mPulse configuration used to get performance data from your website or native application into mPulse for data analysis.<br><br>• **beacon**. An invisible network request (HTTP or HTTPS) that contains a mass of performance data and other page-load characteristics. All of this factual information is sitting in the beacon as either HTTP headers or as part of the request's query string. In the web performance community, a beacon is commonly called RUM or real user measurement data.<br><br>*Akamai mPulse: Key Concepts & Terms,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/key-concepts-terms. |
|---|---|

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,167,021

The beacon collects the following data and sends it back to mPulse for analysis in the mPulse dashboards. See this list of available parameters for complete details on what the mPulse beacon collects for web apps.

- Top-level (for example, domain, timestamp, and IP address)

- Session (for example, session ID, and session start time)

- User agent (for example, browser family, major version, and device type)

- Geographical (for example, country, and region)

- Bandwidth (for example, in kbps and bandwidth block)

- Timers (for example, response time and DOM loaded)

- Custom metrics (for example, conversion and revenue)

- Custom dimensions (for example, store number, logged in status, or origin server)

- Third-party analytics (for example, Google, Adobe, and IBM Digital Analytics)

- Resource timing data (for example, startTime, dns_start, and dns_end)

*Akamai mPulse: How mPulse Works,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/how-mpulse-works.

Case 1:24-cv-01336-MN    Document 33-1    Filed 04/29/26    Page 595 of 602 PageID #:
2591

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,167,021

```
47    * Once enabled and initialized, the `window.XMLHttpRequest` object will be
48    * replaced with a "proxy" object that instruments all XHRs.
49    *
50    * ## Monitoring XHRs
51    *
52    * After `AutoXHR` is enabled, any `XMLHttpRequest.send` will be monitored:
53    *
54    * ```
55    * xhr = new XMLHttpRequest();
56    * xhr.open("GET", "/api/foo");
57    * xhr.send(null);
58    * ```
```

*Akamai GitHub Repository: akamai/boomerang, plugins/auto-xhr.js, BOOMR.plugins.AutoXHR (branch: master)* (last visited March 2026).

```
4445          BOOMR.sendBeacon();
4446        },
4447
4448        /**
4449         * Sends all beacon data.
4450         *
4451         * This function should be called directly any time a "new" beacon is about
4452         * to be constructed.  For example, if you're creating a new XHR or other
4453         * custom beacon, you should ensure the existing beacon data is flushed
4454         * by calling `BOOMR.real_sendBeacon();` first.
4455         *
4456         * @memberof BOOMR
4457         */
```

*Akamai GitHub Repository: akamai/boomerang, boomerang.js, BOOMR.sendBeacon() (branch: master)* (last visited March 2026).

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,167,021

| [43(b)(ii)] determine whether the current HTTP transaction relates to web browsing; | The Akamai '021 Product's one or more processors execute the stored instructions to cause the apparatus to determine whether the current HTTP transaction relates to web browsing.<br><br>The analysis for claim 1 element [1b] is incorporated by reference.  In addition, the Akamai '021 Products determine if a current HTTP transaction relates to web browsing by match the beacon's user-agent string against a predefined synthetic/bot set at the collector, evaluate AutoXHR-intercepted XHRs, and apply xhr_excludes and page-group rules to filter non-browsing traffic.<br><br>mPulse captures as much real visitor data as possible, including synthetic monitoring services. Synthetic monitoring services are not real end users. They do not run the same transactions or access the same page on a scheduled basis. As a result, this could skew both traffic and performance statistics. To help you track synthetic and bot beacons, mPulse matches the user-agent string to detect most of them. If mPulse spots a request from a suspicious source such as Gomez or Facebook, it returns an HTTP 204 No Content response.<br><br>*Akamai mPulse: Make the Most of the mPulse Beacon*, AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/most-mpulse-beacon.<br><br>• **onunload event**. A browser event that's triggered when a visitor leaves a page on your site, for example, they click a link or close their browser.<br><br>• **page group**. A collection of URLs that represent a single logical web page such as search results, log in, and account summary.<br><br>*Akamai mPulse: Key Concepts & Terms*, AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/key-concepts-terms. |
| --- | --- |

Case 1:24-cv-01336-MN   Document 33-1   Filed 04/29/26   Page 597 of 602 PageID #: 2593

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,167,021

| | |
|---|---|
| | ```
5259          * BOOMR = window.BOOMR || {};
5260          * BOOMR.xhr_excludes = {
5261          *   "mysite.com": true,
5262          *   "/dashboard/": true,
5263          *   "https://mysite.com/dashboard/": true
5264          * };
5265          *
5266          * @memberof BOOMR
5267          */
```<br><br>*Akamai GitHub Repository: akamai/boomerang, boomerang.js, BOOMR.xhr_excludes (branch: master)* (last visited March 2026). |
| [43(b)(iii)] acquire a previous transactions set of a specific client; | The Akamai '021 Product's one or more processors execute the stored instructions to cause the apparatus to acquire a previous transactions set of a specific client.<br><br>The analysis for claim 1 element [1c] is incorporated by reference.  In addition, the Akamai '021 Product identifies specific clients by a persistent Session ID stored in a first-party session cookie and retrieves the prior session state (session ID, session start, session length) whenever a new beacon is constructed.<br><br>mPulse uses the application's *Session Timeout* setting when determining how to track users sessions on your site. Each user session has a timeout associated with it (equal to the value in the *Session Timeout* field). As each new visitor arrives on your site, they're assigned a new and unique Session ID, and will retain that Session ID until their session reaches the timeout.<br><br>*Akamai mPulse: Use Session Tracking To Manage Visitor Requests,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/manage-visitor-requests. |

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,167,021

| | |
|---|---|
| | The beacon collects the following data and sends it back to mPulse for analysis in the mPulse dashboards. See this list of available parameters for complete details on what the mPulse beacon collects for web apps.<br><br>• Top-level (for example, domain, timestamp, and IP address)<br>• Session (for example, session ID, and session start time)<br>• User agent (for example, browser family, major version, and device type)<br><br>*Akamai mPulse: How mPulse Works,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/how-mpulse-works. |
| [43(b)(iv)] evaluate whether the current HTTP transaction belongs with the previous transactions set; | The Akamai '021 Product's one or more processors execute the stored instructions to cause the apparatus to evaluate whether the current HTTP transaction belongs with the previous transactions set.<br><br>The analysis for claim 1 element [1d] is incorporated by reference.  In addition, the Akamai '021 Product evaluates if a current HTTP transaction should belong with a prior transaction set by checking the Session Timeout threshold (the time between the current beacon and the session's most recent activity), and the Akamai '021 Product uses its SPA/History functionality to evaluate whether XHR or route changes belong to the active page unit (prior transaction set).<br><br>**How mPulse Tracks Sessions**<br><br>mPulse uses the application's *Session Timeout* setting when determining how to track users sessions on your site. Each user session has a timeout associated with it (equal to the value in the *Session Timeout* field). As each new visitor arrives on your site, they're assigned a new and unique Session ID, and will retain that Session ID until their session reaches the timeout.<br><br>*Akamai mPulse: Use Session Tracking To Manage Visitor Requests – How mPulse Tracks Sessions,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/manage-visitor-requests. |

<table>
<tr><td></td><td>

> Any beacon that mPulse receives, for a given session, refreshes the timeout period. A session is complete when the session timeout period expires due to no activity on the page. A completed session is then time-stamped according to the last beacon that mPulse received.
>
> If a user visits only one (1) page before the session timeout expires, mPulse counts that session as a **Bounce**.

*Akamai mPulse: Use Session Tracking To Manage Visitor Requests - How mPulse Tracks Sessions,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/manage-visitor-requests.

> The default *Session Timeout* for applications is 30 minutes. You can adjust the value based on your visitors' browsing habits. For example, visitors that read long articles on news sites may need longer session timeouts. The *Session Timeout* can be set as long as 60 minutes or as short as 1 minute.

*Akamai mPulse: Use Session Tracking To Manage Visitor Requests - How mPulse Tracks Sessions,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/manage-visitor-requests.

</td></tr>
<tr><td>

[43(b)(v)] if the current HTTP transaction belongs with the previous transactions set, add the current HTTP transaction to the previous transactions set; and

</td><td>

The Akamai '021 Product's one or more processors execute the stored instructions to cause the apparatus to add the current HTTP transaction to the previous transactions set if the current HTTP transaction belongs with the previous transactions set.

The analysis for claim 1 element [1e] is incorporated by reference. In addition, the Akamai '021 Product adds the current HTTP transaction to the prior transactions set if the current HTTP transaction belongs with the prior transaction by continuing the existing Session ID, incrementing the session-length counter, and refreshing the session-expiry timestamp on the session cookie.

</td></tr>
</table>

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,167,021

> Any beacon that mPulse receives, for a given session, refreshes the timeout period. A session is complete when the session timeout period expires due to no activity on the page. A completed session is then time-stamped according to the last beacon that mPulse received.
>
> If a user visits only one (1) page before the session timeout expires, mPulse counts that session as a **Bounce**.

*Akamai mPulse: Use Session Tracking To Manage Visitor Requests - How mPulse Tracks Sessions,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/manage-visitor-requests.

```
function incrementSessionLength() {
    sessionLength++;
}

/**
 * Sets the session length
 *
 * @param {number} length Length
 */
function setSessionLength(length) {
    if (typeof length !== "number" ||
        length < 0) {
        return;
    }

    sessionLength = length;
}
```

*Akamai GitHub Repository: akamai/mpulse.js, src/mpulse.js, incrementSessionLength() (branch: master (last visited March 2026).*

Page 96 of 98

OptiMorphix Prelim. Infringement Analysis
U.S. Patent No. 9,167,021

| | |
|---|---|
| [43(b)(vi)] if the current HTTP transaction does not belong with the previous transactions set, create a boundary of a page unit that includes the HTTP transactions of the previous transactions set for computing a page unit time. | The Akamai '021 Product's one or more processors execute the stored instructions to cause the apparatus to create a boundary of a page unit that includes the HTTP transactions of the previous transactions set for computing a page unit time if the current HTTP transaction does not belong with the previous transactions set. |
| | The analysis for claim 1 element [1f] is incorporated by reference. In addition, the Akamai '021 Product creates a boundary of a page unit that includes the HTTP transactions of the previous transactions set by executing the RT, SPA, and AutoXHR functionality which will close the current page unit at onload/onbeforeunload (traditional) or at SPA markNavigationComplete (soft navigation). The Akamai '021 Products will then finalize the t_done page-load time over the transactions belonging to that page unit using the page-load beacon. |
| | |
| | *Akamai mPulse: Key Concepts & Terms,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/key-concepts-terms. |
| | |
| | *Akamai mPulse: Use Session Tracking To Manage Visitor Requests,* AKAMAI TECHDOCS (last visited March 2026) (emphasis added), available at: https://techdocs.akamai.com/mpulse/docs/manage-visitor-requests. |

```
1209              // send a beacon
1210              BOOMR.plugins.RT.done(null, "visible");
1211          }
1212      },
1213
1214 ∨       page_unload: function(edata) {
1215          BOOMR.debug("Unload called when unloadfired = " + this.unloadfired, "rt");
1216
1217          if (!this.unloadfired) {
1218              // run done on abort or on page_unload to measure session length
1219              BOOMR.plugins.RT.done(edata, "unload");
1220          }
```

*Akamai GitHub Repository: akamai/boomerang, plugins/rt.js, BOOMR.plugins.RT.done() (branch: master)* (last visited March 2026).

```
660 ∨       markNavigationComplete: function() {
661          var i, ev, waiting,
662              mh = BOOMR.plugins.AutoXHR.getMutationHandler();
663
664          // if we're waiting due to a `routeChangeWaitFilter` then mark it complete
665          if (latestResource && latestResource.wait) {
666              BOOMR.plugins.SPA.wait_complete();
667          }
```

*Akamai GitHub Repository: akamai/boomerang, plugins/spa.js, BOOMR.plugins.SPA (branch: master)* (last visited March 2026).